DeRon McCoy, Jr #76894
Name

P.O Box 311 (E.D.C.F)

Eldorado, Ks 67042
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DeRon McCoy Jr , Plantiff
*(Full Name)*

V.

Aramark correctional services et al , Defendant (s)

CASE NO. 21-3269-SAC

(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) DeRon McCoy Jr , is a citizen of Kansas
*(Plaintiff)* *(State)*

who presently resides at 1757 S.e highway EU
*(Mailing address or place*

Eldorado, KS 67042 .
*of confinement.)*

2) Defendant Aramark correctional services is a private corporation
*(Name of first defendant)*

incorporated under the laws of Kansas , and its principal place
*(City, State)*

of business is Aramark Tower 1101 Market street phil, PA At the time the
*(Position and title, if any)* 19107

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

Aramark correctional services worked in conjuction

with K.D.O.C officials to implement the CRD isto policy,
and custom in K.D.O.C facilities.

1

3) Defendant _Robbi ~~~~~~~~~~ M.Fellig_____ is a citizen of
   (Name of second defendant)

_____Florida_____, and is employed as
          (City, state)

_Religious Authority for Aramack Corr Secures_ At the time the
          (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

_worked in conjuction with K.D.O.C officials_

_and other named defendants to create and implemented_
_CRD into policy and custum for secure in Ka.D.oc facilities_
(Use the back of this page to furnish the above information for additional defendants.)


4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

   assert jurisdiction under different or additional statutes, you may list them below.)

   _42 U.S.C. §1983; R.L.U.I.P.A_

   _____


## B.  NATURE OF THE CASE

1) Briefly state the background of your case:

   _Please see Attached_

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

                                                                              2

## C.  CAUSE OF ACTION

1)  I allege that the following of my constitutional rights, privileges or immunities have been

violated and that the following facts form the basis for my allegations: (If necessary you

may attach up to two additional pages (8h" x 11") to explain any allegation or to list

additional supporting facts.)

A)  (1) Count I: ___Defendants violated the plaintiffs___

___First Amendment right to free exercise and___

___R.L.U.I.P.A___

(2) Supporting Facts: (Include all facts you consider important, including names of

persons involved, places and dates. Describe exactly how each defendant is involved.

State the facts clearly in your own words without citing legal authority or argument.):

___Please see Attached!___

_____

_____

_____

_____

_____

B)  (1) Count II: _____

_____

(2) Supporting Facts: _____

_____

_____

_____

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts

involved in this action or otherwise relating to the conditions of your imprisonment?

Yes ☒  No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than

one lawsuit, describe the additional lawsuits on another piece of paper, using the same

outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: DeRon McCay II

   Defendants: Arumeal, P. Berry, C. Allen, J. Dockendorff
   Paul church

   b) Name of court and docket number U.S District. Court district of Kansas
   5: 16-CV-03027-CM-KGG

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still
   pending?) Summary Judgement granted Most did A
   appeal (Failure to exaust conditions at E.D.C.F)

   d) Issues raised violation of Free exercise clause
   of 1st Amendment and R.L.U.P.A

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

e) Approximate date of filing lawsuit 1/27/2016

f) Approximate date of disposition 10/2/2020

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐ . If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Please see Attached!

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Please see Attached!

_____          DeRon McCoy II
Signature of Attorney (if any)                   Signature of Plaintiff

_____

_____

_____
(Attorney's full address and telephone number)

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

DeRon McCoy, Jr #76894
P.O. BOX 311
Eldorado, Ks 67042

United States District Court
For the District of Kansas

| | |
|---|---|
| DeRon McCoy Jr, plaintiff<br><br>V.<br><br>Aramark correctional services,<br>Rabbi M. Fellig in his individual<br>and official capacity,<br>Rabbi B. Friedman in his<br>individual and official capacity,<br>Patricia Berry in her official and<br>individual capacity<br>John Doe    in    official and<br>individual capacity<br>Sharon Loats in her official and<br>individual capacity<br>Judy Huy   in her official and<br>individual capacity | CASE NO.<br>21-3269-SAC<br><br><br>Civil rights complaint<br>Pursuant to 42 U.S.C<br>§ 1983 |
| Defendants | |

A. Jurisdiction

1) DeRon McCoy, Jr, is a citizen of Kansas
who presently resides a 1757 S.e highway 54
Eldorado, KS 67042

2) Defendant Aramark correctional services is
a corporation incorporated under the laws of
Kansas, and it principal place of business
is Aramark Tower 1101 market street, Philadephia,
PA 19107. At the time the claim(s) alleged in this

①

complaint arose. This defendant was acting under the color of state Law. Aramark correctional services worked in conjuction with K.D.O.C officials to implement the certified religious diet (CRD) into policy, and custom for service upon Jewish offenders in K.D.O.C custody.

3) Defendant Rabbi M. fellig is a citizen of florida, and is employed as Aramarks religious Authority. At the time the claim(s) alleged in this complaint arose, This defendant acted under the color of state Law. Defendant M. Fellig worked inconjuction with K.D.O.C official to implement the (CRD) into policy and custom for service upon Jewish offenders in K.D.O.C custody

4) Defendant Rabbi B. Friedman is a citizen of Kansas and is employed as K.D.O.C religious Authority. At the time the claim(s) alleged in this complaint arose, This defendant was acting under the color of state Law. Defendant B. Friedman was an ~~actuross~~ aware of the defectures of the (CRD) and failed to act to correct problems

5) Defendant Patricia Berry is a citizen of Kansas and was employed a K.D.O.C contract monitor currently retired. At the time the CRD was signed and implemented into policy Defendant Berry was state contract monitor who reviewed and signed the CRD into policy and procedure for what Jewish offenders who request kosher modified diet are served as food.

6) Defendant Doe _____ is a citizen of Kansas and is employed as the current K.D.O.C contract monitor at the time the claim(s) arose. This defendant acted under the color of state law. As the K.D.O.C contract monitor defendant _____ is responsible reviewing and approving the CRD for service upon Jewish offender who request kosher modified diet and ensuring kosher Jewish dietary laws for service source and preparations are met.

7) Defendant Sharon Loats is a citizen of Kansas and is employed as the dietician for K.D.O.C. At the time the claim(s) arose. This defendant was acting under the color of state law. As the dietician for K.D.O.C Defendant Loats is responsible for reviewing the CRD menu for nutritional adequacy and then sign it into policy for service to Jewish offenders who request kosher modified diet.

8) Defendant Julie Hay is a citizen of Kansas and is employed as the A.F.D.S for Aramark correctional services. At the time the claims arose in this defendant was acting under the color of state law as the supervisor of EDCF Kitchen operated by Aramark and oversaw day to day operations of said kitchen.

9) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983 and LR.L.U.I.P.A., Religious Land Use and Institutionalized Persons Act, 42 U.S.C § 2000cc-1.

B. NATURE OF THE CASE

1) The plaintiff Dereon McCoy Jr is a Jewish offender currently housed at Eldorado correctional facility and has been since 6-1-19

2) The plaintiffs Jewish beliefs have a core foundation based in orthodox Judaism.

③

3) orthodox Judaism have Many tenants one of the central tenants being eating Kosher only foods.

4). Jewish Kosher dietary laws encompass not only what foods may be eaten, but also how said Kosher foods may be handle, prepared, and served As well as how the pots, pans, utensils, and plates/trays are handle and washed.

5) Another central tenats of the orthodox Jewish belief system is the observance of the sabbath and Jewish High holy days i.e Passover, Succoth, Yom kippur (Rosh Hasananh, Shovuot) The observance of these Jewish holidays come with traditions of certain foods to ne eaten on these holidays. (

6) on or about 1/15/21 The plaintiff requested to be placed on Kosher modified diet via form-a to the chapling office.

7) The plaintiff received a responce back on from the chaplins office in the form of a request for vegan or CRD diet.

8) In the space available to state why the request should be made. The plaintiff responded that he wanted a Kosher modified diet and not a CRD as (CRD)'s not kosher.

9) The plaintiff received response back from the E.J.C.F Chaplins office that CRD and vegan are the only religious diets available.

10) The plaintiff then checked the box indicating that he would request CRD.

11) on 2/11/2021 the plaintiff was placed on a CRD diet.

## CRD MENU.

12) The CRD menu for Kansas Doc adult males is the same for every K.D.oc facility kitchens operated by Aramark correctional food services. The CRD preparation procedure and service is the same at every K.D.O facility

13). The CRD menu operates in the same manner as a policy as it dictates the food items, thier frequency, and the amounts of said food items will be served to offenders in K.D.O.C custody

14). The CRD menu was developed by Aramark with the assistance and input of several persons named as defendants in this Civil Action.

15) Defendant P. Berry intially during the implementing of the CRD in 2012 served as the state contract monitor who reviewed the CRD menu and its meal componets per I.M.P.P (K.D.oc) _____ and then signed it into policy and custom for what meals items would be served to offenders who request Kosher diets per Jewish beliefs.

16) Defendant J.Doe       is now the state contract monitor who is responsible for reviewing and signing the CRD menu and approving the CRD menu into policy/custom for what meal items are to be served to offenders who request Kosher diets per Jewish beliefs.

17) Defendant M. fellig is the person responsible for reviewing the CRD menu and its meal components for compliance with Jewish dietary. Laws. Before signing his approval.

18) Defendant M. fellig is a resident of Flordia and has not ever overseen the preperation of the (CRD) ever. Which is apparent from the disclaimer that he does not oversee the preperation of the CRD and as such cannot verify it meets Kosher dietary Laws.

19) Defendant S. Leats is Aramarks dietician who is responsible for reviewing the CRD menu its meal items and the amounts to be served to ensure those meal items and amounts meet Federal guidelines for Nutrional adequacy. Before approving the CRD by signature for Nutrional adequacy per ACA

20) Defendant J. Hay is employed at the E.D.C.F Kitchen operated by Aramark as A.F.D.S and is responsible for supervising the Kitchen at E.D.C.F and how meals are prepared and that proper preperation procedures are followed.

21) If anyone of these defendants did not sign his/her approval of the CRD menu The (CRD) menu would not and could not dictate or be used for service of meal items to offenders in K.D.O.C custody.

CRD meal items

⑥

22) The Plaintiff has resided at L.C.F Lansing correctional facility, H.C.F Hutchinson correctional facility, and his current residence E.D.C.F Eldorado correctional facility and obtained Notorized Affidavits from offenders who have been employed by Aramark as (CRD) cooks as well as Affidavits based upon his own observation concerning the (CRD) at each facility.

23) The (CRD) meal components are vegan soy-proteins textedrized to make it look like real meat. there is NO real meat or cheese served for CRD. There is no Rabbinical supervision of the preparation or service of the (CRD) and the (CRD) is prepared and served by Non-Jews

CRD preparation

24) The CRD meal items arrive at E.d.c.F (as well as H.c.F and L.c.F) in Large Bulk packages

25) A K.D.O.C. offender employed by Aramark opens the large bulk packages and then makes smaller portions from the bulk packages coinsiding with the (CRD) menu for what is to be served that week to offenders

26) After making smaller portions from the bulk packages the offender stores these smaller portions in a room along with other meal items used for regular meals and vegitarian meals.

27) Per custom the offender when preparing the CRD meal for that day obtains the meal components for that day from the Aramark storage locker and then obtains the pots and pans for cooking the CRD from the general area of pots and pans which are used for preparation of CRD as well as all other meal items for regular, medical, and vegitarian meals.

28) The offender CRD cook then prepares the CRD meal items in a area directly in front of the Aramark supervisors

⑦

office. There is no designated room. This area is also directly ~~next~~ Next to the pots and pans area

29) After the meal components for that meal are finished cooking. A offender Peacock worker makes individual trays for offenders. By lining up plastic washable re-useable trays that are reddish-brown in color.

30) The offender (CRD) cook then scoops the finished meal components onto the reddish brown trays in the proper amounts as designated by the CRD Menu.

31) After all the meal components are placed onto the CRD Trays. The trays are then wrapped in saran-wrap and then when the proper amount of trays are completed for ~~service~~ to offenders on CRD the ~~completed~~ trays are stored in a food warmer directly behind the Main Line Serving Area ~~sable~~.

32) The same plastic-washable reusable trays that are reddish brown in color ~~one~~ that are used for Service of CRD are also used for Gluten restricted meals ~~on~~ well as Renal diet meals.

⊗. Service of the CRD General population

33) Once Meal Line is called for general population by cellhouses. offenders ~~proceed~~ from there cellhouse to the dinning hall.

34) Upon arriving at the dinning hall offenders proceed through the serving Line untill they reach the serving Line Window.

35) The serving line is a approx 2ft by 1ft tall opening in the dinning hall wall that allows for completed meal trays to be handed to offenders from kitchen serving line area.

36) Once a offender reaches the serving line window he informs the Aramark worker at the window of his diet by showing his Identification card (which display diet in lower Left hand corner) while stating his diet.

37) When a offender who is on CRD reaches the serving line window and states his meal diet as "CRD". A offender or Aramark supervisor then proceeds to the warmer which is directly behind serving line and grabs a CRD tray from the warmer and then hands it to the offender on CRD.

38) Renal diet trays, Gluten-free trays and CRD trays are all stored in the same serving line warmer to await service to offenders. There is no seperation and the trays are customarily stack on top of one another.

<u>Service of CRD Restrictive housing/Segregation</u>

39) Offenders housed in Restrictive housing (RH) are brought thier meal trays and are served them to the cells they are housed in.

40) Meal trays for RH offenders are prepared in the kitchen seg line once the meal trays are completed. The completed trays are placed in a electric large portable warmer, there is no seperation between trays. and

(9)

Meal trays for all diets are customarily
stacked one on-top of the other.

41) Once the proper number of trays are completed
and placed in the electric Large portable warmer,
the warmers are then transported to the RH
cell houses by offenders.

42) Upon reaching the cellhouses of Restrictive
housing, the warmers full of fully made
trays and pushed one to each side of
the (RH) unit.

43) A security staff member then takes a plastic
cart Multiple use cart and pushes it to the
front of the warmer. The security staff then
takes the required amount of trays to serve
each offender his required meal.

44). One tier is served at a time

45) One security staff pushes the Multiple use
cart with the trays while one security staff
opens the tray-hatch of the closed cell
doors hands each offender in RH the
required meal tray for his designated diet.
And And then secures the tray-hatch
afterwords.

46) After approx 30·45 min, after receiving
the meal trays. A security staff member
Then picks up the dirty meal trays in
the similar manner as they were handed
out using the same multiple-use plastic
cart.

47) The same multiple-use plastic carts

(10)

that security staff have to use hand out trays are also used to pass out cleaning supplies, transport offenders personal property as well as for whatever other purposes security staff deems fit.

48) After picking up the dirty trays a security staff then places the dirty trays back into the electric warmer used to transport the meal trays to RH, The electric warmer with dirty meal trays contained within is then pushed out of RH cellhouses and transported back to kitchen for washing.

49) At various times since observing the service of the CRD it has sometimes been served in styrofoam trays for short periods of times, usually during inspections but always reverts back to being served in the manner described above

Cleaning and Storage of trays

50) After offenders housed in general population are finished eating there food in the dining hall all the dirty trays are passed through dirty tray slot that is applox 2ft tall and ft wide to a offender working in the dish washer area of the kitchen.

51) The dirty trays for all meals are passed and stacked in the dirty tray window area and the dirty trays often pile up. These include CRD trays, medical trays and regular trays

52) The offender working in the dishroom takes

(11)

each dirty tray and empties the leftover contents of the trays by customarily banging the dirty trays on the rim part of a large plastic trash can until the dirty trays contents are off the dirty trays.

53) After the contents are off the dirty trays the offender dishroom worker then places each dirty tray onto the conveyor belt of the large commercial dish washer. The dirty trays then all through the washing process on the conveyor belt before arriving on the other end of the dish washer.

54) Another offender stomach worker removes the All the clean trays. CRN trays included and then stacks them onto a clean tray rack to await storage for service the next meal or next day.

55) The same process is used to wash the trays used to serve Restrive housing. The only difference is that a offender removes the trays from the electic warmer after its re arrival at the kitchen after service of meals to offenders in Restrictive housing.

<u>code of Jewish Law Shulchan Aruch</u>

56) There are Numerous dietary Laws that deal with How Meals are to be prepared, served and how pots, pans and utensils are to be stored cleaned and seperated. There are also Jewish Laws that deal with blessings of foods, utensils, As well as the people allowed to handle food items in order to be Kosher and remain Kosher. The Book that contains these laws is called the Shulchan aruch or Jewish code of Law. ( Exhibit D page 120 of D paragraph 1-13 ) and page 122-123 Pgh 1-13.

(12)

Sabbath

57.) The sabbath is the day of rest one of Gods appointed Holydays as dictated in Leviticas 23:1-3

58.) The Sabbath has work prescriptions that include Not being able to cook foods nor have a non-Jew cook food (This include reheating cook foods) (Exhibit D void cn't page 60 pargh 1)

59.) Observing the sabbath also includes a relatory meal that includes Meat, fish, challah bread, and wine or grape juice. (Exhibit D on vol 1 chapter 72 page 64 pgh 7

60.) The shulchan-aruch dictates that the sabbath meal be a celebration and that "every person should pre-pare fine meat, fish, choice wine, and other delicacies for the sabbath meals to the fullest extent of his means". page 83 of Exhibit D pgh 22]

61.) The commisary menu currently does not "any meat that is Kosher. Nor any Kosher Ramen noodles. offender are only provided cold meal for dinner.

Passover festival

62.) The Passover festival is a High Holy-day to commemorate the passing over of the Hebrews household (that had the sprinkling of the passover Lambs blood on the doors) by the Angel of Death. And is a appointed high holy day as dictated in Leviticus 23:4-14.

63.) No leaven may be eaten nor stored by any Jew during the Passover festival. No foods or food items that are not Kosher for Passover certified may be eaten. and Matzos must be eaten during this time (unleavened bread)

64.) Aramark provides boxes of Matzo (unleavened bread to last a offender the 8 days of the Passover festival.

65.) Aramark provides factory double factory sealed Airplane-Tv dinner type meals during passover that are Kosher for Passover certified. and fresh fruit and grape Juice as beverages during lunch and dinner. As well as Teabags and coffee packages

13

<u>Succoth</u> - General Population

66) Succooth (Sukkot) is a Jewish High Holyday celebrated by Jews to commemorate when God Led the Israelites out of Egypt. It Last 8 Days as Dictated by Leviticus 23:33-44!

67) E.D.C.F does allow offenders that religious observance to construct a Sukkah and eat their Meals in the Sukkah. This is the only other time that members of the Jewish callout are able to receive double wrap factory sealed Kosher meals. But fish and meat are

68) The items are purchased by offenders who are on Jewish callout and have the funds available to submit for purchase. The Meals are purchased from Aramark correctional services.

<u>Shavuot</u> - General Population -

67) Shavuot is a Jewish holiday which celebrates the giving of the torah to the Jewish people.

68) On Shavuot a observant Jew is required to consume dairy. The Shulhan Aruch does state the one must eat dairy. And also Meat. Exhibit D doc 1013 ch 163 page 17 pryh7.

69) It is the plaintiff custom to consume "dairy nezonot cake" which the plaintiff means Cheese cake.

70) offenders in the Jewish callout are allowed to celebrate shavuot with the eating of cheesecake but the cheesecake must be purchased with offenders own funds from Aramark services.

<u>YOM Kippur</u> - General population

71) Yom Kippur is a Jewish High holiday "The Day of Atonement" during which Jews fast for 25 hours without food or water as well as other things and prayer to Adone for there sins for the past year as dictated by Leviticus 23:26-32.

(14)

70) ~~offenders fee attached~~

72) The Yom Kippur fast is traditionally broke by the eating of fish (Lox or smoked fish).

73) offenders are allowed to break the Yom Kippur fast with lox or smoked fish) but the items must be purchased from funds from the offenders account.

74) Offenders in segregation are only allowed to participate in celebrating the Passover meals by the Kosher for passover provided by Aramark offenders in segregation are also able to to fast on fast days but are generally only given a 'fast sack' that has sliced bread, fruit, and Kosher packaged lunch meat.

75) offenders housed in segregation are not even given the opportunity to purchase food items required to participate in celebrating the Jewish High holidays, Like offenders in general population are

76) The plaintiff is unable to afford to pay for the food items required to properly celebrate the Jewish high holidays and fast days when breaking fast all year around.

77) A Kosher diet cannot be prepared and served from a standard Prison Kitchen.

C. CAUSE OF ACTION.

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations.

(15)

Count I - Cross - contamination claim.

Defendants Aramark correctional services, Robb, M. Fellig, Patricia Berry, John Doe state contract Monitor, and S. Loats, Intentionally, willfully, and deliberately violated the plaintiffs First Amendment rights and Religious Land Use and Institutionalized Persons Act (R.L.U.I.P.A) 42 USC § 2000 cc-1

Defendants Aramark, M. Fellig, P. Berry, John Doe K.D.O.C state-contract monitor, and S. Loats violated the plaintiffs First Amendment rights and rights under R.L.U.I.P.A when they collectively developed and implemented a policy and procedure for the preparation of the CRD. Said policy operates in a manner that has the Kosher certified Bulk packages meal components that are served for CRD being opened, and the taken from the bulk package, and then repackaged into smaller portions. This process invalidates the previous Kosher certification since it is not done under the direct supervision of a qualified Rabbi. Thus it violates Jewish dietary laws. This policy is statewide policy for the preparation of CRD in K.D.O.C and restricts the plaintiff from practicing a central tenet of his religious beliefs eating Kosher only foods.

Defendants Aramark correctional services, Rabbi M. Fellig, P. Berry, John Doe State contract Monitor, S. Loats violated the plaintiffs rights when they collectively developed and implemented a policy and procedure for the service of the CRD. The policy and procedure allows for the CRD meals to be served on plastic reusable-washable



trays. This process has lead to the constant cross-contamination of the plastic reusable trays due to them being used to serve other non-kosher meals and having direct contact with the transport warmer, the dish washing machine, and various other surfaces and items that have had contact with non-kosher food items or items and things that have had non-kosher contact rendering them non-kosher (unholy), which is against Jewish dietary-laws and restricts the plaintiffs right to eat kosher only foods, which is a central tenant of Judaism. Said procedure is a statewide procedure in K.D.O.C.

Defendants Aramark, Rabbi M. Fellig, Patricia Berry, John Doe State contract monitor and silvats violated the plaintiffs First Amendment rights and rights under R.L.I.U.P.A when they collectively developed and implemented the CRD preparation policy. Said policy operates in a manner that has the CRD meal components being cooked using pots, pans, and trays (that are also used to cook non-kosher meals, in a standard non-kosher kitchen. Said policy is statewide in K.D.O.C and is a violation of Jewish dietary laws and restricts the plaintiffs right to eat a fully kosher meal that meets all Jewish dietary laws.

Count II: Failure to Supervise.
        Defendants Rabbi M. Fellig and T. Hay, Rabbi B Friedman Intentionally, willfully, and deliberately violated the plaintiffs First Amendment rights and plaintiffs rights under the R.L.U.I.P.A 42 U.S.C 32000 cc-1, when they failed to supervise.

B. Friedman

Defendants Rabbi M. Fellig and J. Hay violated the plaintiffs First Amendment rights and rights under R.L.U.I.P.A when they each failed to supervise the preparation and service of the CRD. Their failure to supervise the preparation and service of the CRD, lead to the pots, pans, and trays that are used for the preparation and service of the CRD being cross-contaminated by coming in direct contact with Non-Kosher food items. The CRD pots and pans and trays are used for the preparation of other Non-Kosher food items while the trays are used to serve medical meals also. The pots, pans, and trays have consistent contact with workers used to transport seg trays. The kitchen walk-in coolers, the dish washer and various other surfaces that have had direct contact with other pots, pans and trays that are used for the preparation and service of Non-Kosher meal components and Non-Kosher meals. This violates Jewish dietary laws and this it violates plaintiffs rights and Defendants Fellig and Hays failure to supervise caused this.

(c)(1) count III" Meat and Dairy claim

Defendants Aramark correctional services, Rabbi M. Fellig, Patricia Berry, John Doe K.D.O.C State contract monitor, S. Loats. Intentionally, willfully, and deliberately violated the plaintiffs First Amendment rights and plaintiffs rights under the religious Land, Use and Institutionalized Persons Act (R.L.U.I.P.A) 42 U.S.C. § 2000 cc-1.

(2) Defendants Aramark correctional services, Patricia Berry, John Doe K.D.O.C State contract monitor, M. Fellig

(18)

and S.Loats. Intentionally, willfully, and deliberatly violated the plaintiffs First Amendment rights and plaintiffs rights under R.Lu.I.P.A. When they collectively developed and implemented the policy of only serving a vegan CRN diet to the plaintiff and other Jewish offenders in K.D.O.C custody, said policy of serving a vegans only diet restricts the plaintiff from observing the sabbath by eating a Joyful meal complete with fine meat fish, choice wine challah bread, and other delecacies as Jewish code of law Dictates. The vegan only CRN is statewide policy in K.D.O.C and violates plaintiff right to celebrate the sabbath day a Jewish festival.

(3) Defendants Aramark correctional services, Patricia Berry, John Doe K.D.O.C State contract Monitor, Rabbi M.Felliq and S.Loats. Intentionally, willfully and deliberatly violated the plaintiffs First Amendment rights and plaintiffs rights under (R.L.L.I.P.A) when they collectively developed and implemented the policy of only serving a vegan CRN diet to the plaintiff and Jewish offenders instead of Kosher, said policy of serving a vegan only diet restricts the plaintiff from observing the Jewish High Holiday of shavuot. During which Members of the Jewish religion are traditionally required to eat cheesecakeas Jewish code of law Dictates. The vegan only CRN is a statewide policy in K.D.O.C and violates plaintiffs right to celebrate the festival of shavuot.

(4) Defendants Aramark correctional services, Patricia Berry, John Doe K.D.O.C State contract Monitor, Rabbi M.Felliq and S.Loats. Intentionally, willfully, and deliberatly violated the plaintiffs States First Amendment rights and

(19)

Plaintiffs rights under R.L.U.I.P.A, when they collectively developed and implemented the policy of only serving a CRD vegan diet to plaintiff and other Jewish offenders in K.D.O.C custody, said policy of serving a vegan only diet restricts the plaintiff from observing the Jewish high holy days of succoth by eating meat & fish during the festival of Succoth. The vegan only meals served for CRD are statewide policy in K.D.O.C and violates plaintiffs rights to celebrate the festival of Succoth.

(5) Defendants Aramark correctional services, Patricia Berry, John Doe K.D.O.C state contract monitor, Rabbi M. Fellig and S. Loads. Intentionally, willfully, and deliberately violated the plaintiffs first Amendment rights and right under R.L.U.I.P.A when they collectively developed implemented the policy of serving a vegan only diet to plaintiff and other Jewish offenders in K.D.O.C custody. said policy of serving a vegan only diet. prohibits the plaintiffs from observing the tradition of breaking the fast day of Yom Kippur (a Jewish festival) by eating smoked fish or Lox. The vegan only CRD meals are statewide policy in K.D.O.C and violates the plaintiffs right to traditionally observe Yom Kippur.

D. Previous Lawsuits and
Administrative relief.

i) I have had a previous lawsuit in the federal court dealing with the same facts involved w/ some of the issues that are involved in this actions and with the same facts in this action related

(20)

to the conditions of my imprisonment.

a) Parties to previous lawsuit:

Plaintiff(s): Deron McCay Jr
Defendants: Aramark correctional services, C. Allen,
J. Deckendorff, P. Berry, M. Pelly, Paul Church:

b) Name of court and docket Number: United States
District court for the distarct of Kansas: 5'16-cv-3527-HLT.

c) Disposition: Summary Judgement granted Moot claims
and failure to Exhaust claims at E.D.C.F. Didn't
Appeal.

d) Issues raised violation of First Amendment right:
and right under R.L.U.I.PA due to preparation
and service of CRD Diet.

e) Approximate date of filing lawsuit: January 27th, 2016.

f) Approximate date of disposition: October 2nd, 2020.

1) "Yes" I have previously sought informal and
formal relief from the appropiate administrative
officials regarding the acts complained of in
Part C.

Briefly explain: On 1-21-21 plaintiff submitted
a grievance after being informed that he would
only be provided a vegan CRD since that was
all that Aramark provided. The grievance submitted
by the plaintiff outlined the short comings of
the CRD (vegan only) diet. Due to the repacking
of the bulk packages into smaller packages
by a Non-Jew in a standard Non-Kosher

(21)

Kitchen. The cross contamination of the pots, pans, and trays by contact with non-kosher foods and surfaces that have had contact with non-kosher items. The grievance also addressed not being served meat and fish and other food items during the sabbath. Not being served cheesecake during shavuot. Not being served meat and fish during Succoth, and Not being served smoked fish or lox during Yom Kippur.

I received response back on 1-28-2021 from UTS Brewer that he had spoke to chaplin Jones who stated that K.D.O.C does not offer kosher modified diet and that Certified Religious diet is the meal program for the Religious groups that need to have a kosher meal (see Attached Exhibit 1) I appealed the conclusion of UTS Brewers conclusion to the wardens office. The wardens office determined the response by UTS Brewer was appropriate on Feb 3, 2021 (Sur Clune) I then appealed that conclusion to the secretary of corrections office on February 7, 2021 on or about March 23, 2021 I received response back from secretary of corrections office stating "The response rendered to the inmate by staff at the facility is appropriate."

## 2) REQUEST FOR RELIEF.

i) I believe that I am entitled to the following relief:

(a) nominal damages $1.00.
(b) declatory judgement that the acts and omissions

(23)

contained within plaintiffs complaint violates the plaintiffs rights.

c) permanent injunction directing named defendants to provide plaintiff with Kosher modified diet that meets all Jewish dietary laws for preparation and service as dictated in Jewish code of law (shulhan aruch). Free of charge

(d) permanent injunction directing named defendants to provide plaintiff with Kosher modified meal items and meals that allow the plaintiff to observe the Jewish festivals (the sabbath, passover, sukkoth, Yom Kipper and shavuot) as dictated in Jewish code of law (shulhan aruch) free of charge

e) trail on all issue triable
f) cost of suit.
g) Any other relief the court deem just and suitable.

DeBow McCoy II
DeBow McCoy II #76854
P.O. Box 311
Eldorado KS 67042

23