DeRon McCoy Jr #76894
P.O Box 311
Eldorado, KS 67042

The United States District
Court for the district of Kansas

DeRon McCoy Jr,
    Plaintiff

  U.S.
Aramark Correctional services

)
)
)
)
) Case NO.
) 21-CV-3269-SAC
)

Additional Affidavit of truth
DeRon McCoy Jr #76894

"Sworn Affadavit signuned notorized
and Dated 1/6/22

sworn facts related to religious
Jewish observances and food
items required, ~~quoted~~ from
Jewish Code of law "shulhen
Aculch".

Dated 1/6/22                          S/ DeRon McCoy Jr

Affidavit of Truth
Delon McCoy. Jr
pertaining to various
religious precepts from
Jewish code of law
"Shulhan Arukh"

Dated 1/6/22

State of Kansas

) SS

county of Butler )

Affidavit of
DeRon McCoy, Jr

I DeRon McCoy Jr being of lawful age and being duly sworn upon oath and having being fully known of the facts state the following:

1. The Jewish laws and customs are contained within a text called the "Kitzur Shulhan Arukh" ~~contents~~ "Code of Jewish law".

2. The Shulhan Arukh contains the code of Jewish law for Kosher foods, Kosher utensils, what foods can be eaten as well as when certain foods are to be eaten. also who can prepare food items and who can not.

3. The Shulhan Arukh is the religious Authority and standard for customs and laws for Jewish people.

①

1-13

4. Volume I Chapter 37 par outlines the Immersion of utensils pot, puns etc what items can be immersed, how to immerse such items as well as which items must have a blessing said over them.

5. Volume I chapter 38 of the Shulhan Arukh outlines the laws concerning bread, cooked food and milk of a Non-Jew

6. Volume I chapter 38 parah 6 states that a Non-Jew may not cook any Kosher food item." An article of food that is not eaten raw and is also fit to be served at the table of a King, either as a relish eaten with bread or as a dessert, if cooked or roasted by a Non-Jew, even in the vessels and in the house of a Jew is forbidden

7. Volume I chapter 46 of the Shulhan Arukh outlines the forbidden foods.

②

8. Volume 2 Chapter 72 paragraph out lines the holiness of the sabbath

9. Volume 2 Chapter 72 chapter paragraph 7 of the Shulhan Arukh states "we should procure meat, fish, dainties and good wine for the sabbath, in accordance with our means. It is proper to eat fish at every sabbath

10. Volume 2 chapter 72 paragraph 9. states No regular work should be done on friday from Minah Ketannah (3:30 pm) on.

11. Volume 2 Chapter 73 paragraph 1 states A Jew is forbidden to allow a non-Jew to do work for him on the Sabbath.

12 Volume 2 chapter 77 paragraph 22 states on the sabbath one should partake generously of fruits and delicacies, and inhale sweet orders, in order to complete the total of one hundred benedictions. Indeed it is meritorious to partake of everything that provides one with pleasures, as it is written (Isaiah 58:13) "And thou shalt call the sabbath a delight"

③

13. Volume 3 Chapter 103 of the Shulhan Arakh outline rejoicing on a festival.

14. Volume 3 Chapter 103 paragraph 1 states It is our duty to honor all the festivals and take delight in them, just as we are to honor and take delight in the Sabbath, as it is written (Isaiah 58;13)" And the holy of the Lord honorable" and concerning all the festivals, is is written. "A holy convocation"

15. Volume 3 Chapter 103 paragraph 3, States what is meant by delight? As our Rabbis, of blessed memory, said: on each day of a festival, we must have two meals, one at night and one during the day, but no third meal is required. We should also recite the Kiddush over a cup of wine before the meal. And utter the benediction Hamotzi over two hallot, as we do on Sabbath. We should be as lavish with meat, wine, and dainties as our means permit.

(4)

16. ~~door~~ Volume 3 Chapter 103 paragraph7
States "It is customary to eat dairy food
on the First day of shavuot. Also
honey should be eaten on this day.

17. Volume 3    chapter 128 outlines the laws
and customs for Rosh Hashanah

18. Volume 3    Chapter 129 paragraph 9 states
At the evening meal, it is customary
to perform symbols as omens for a good
year. we dip in honey a portion of the
hallah over which we have said the Hamotzi.
after this we dip a piece of sweet apple
in honey and say benediction. It is also
customary to eat the head of some animal.
we also eat some vegetables, like carrots.
It is also meritorious to procure for this
occasion, fish which symbolizes fertility.
Also meat and confectioneries should be
partaken of.

19. Volume 3 Chapter 133 outlines the laws and
customs for 'Yom Kippur'

⑤

20. Volume 3 Chapter 133 paragraph 3 states It is Mandatory to feast symptuously on the day before yom kippur and the person who does it for the purpose of fulfilling this precept is credited with having fasted also on that day. It is fitting to eat fish at the first meal.

21. Volume 3 chapter 133 paragraph 24 states on the conclusion of Yom kippur, we eat and drink and rejoice.

22 Volume 3 chapter 134 contains the custom and laws for sukkah.

23. Volume 3 Chapter 142 contains the Customs and laws for purim.

Further Affiant suith Naught,

NOTARY PUBLIC - State of Kansas
JEREMY HOEPNER
My Appt Expires 8/26/25

J. Hoepner
Notary Public

DeRon McCoy
DeRon McCoy Jr
P.O Box 311
Eldorado iKS 67042

Signed and sworn to me on this 6 day of January 2022

(6)