IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DERON McCOY, JR.,**

        **Plaintiff,**

v.                                 CASE NO. 21-3269-SAC

**ARAMARK CORRECTIONAL
SERVICES, et al.,**

        **Defendants.**

**O R D E R**

    This matter comes before the Court on a motion for extension of time filed by Interested Party Kansas Department of Corrections ("KDOC"). KDOC requests a sixty (60) day extension of time to prepare and file the *Martinez* Report ordered by this Court to be submitted by April 15, 2022. This is KDOC's first request for an extension. For good cause shown, the motion is granted.

    **IT IS THEREFORE ORDERED** that KDOC's Motion for Extension of Time to File Martinez Report (Doc. 5) is **granted**. The deadline for KDOC to file the *Martinez* Report is extended to **June 14, 2022**.

    **IT IS SO ORDERED.**

    **DATED:** This 29th day of April, 2022, at Topeka, Kansas.

                                               s/ Sam A. Crow
                                               **SAM A. CROW
                                               U.S. Senior District Judge**