# Names

| Name Type | Name |
|---|---|
| Conviction | MCCOY, DERON JR |
| True | MCCOY, DERON JR |
| Alias | MCCOY, DERRON |

# Identification

| KDOC # | SID Num | FBI Num |
|---|---|---|
| 0076894 | 768502 | 101580PB9 |



(/kasper/search/image?kdocNumber=0076894&imageNumber=1)
**MCCOY, DERON JR**

**Approx Picture Date**

2015-04-29

(/kasper/search/image?kdocNumber=0076894&imageNumber=2)
**MCCOY, DERON JR**

**Approx Picture Date**

2015-04-29

# Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | Mar 02, 1983 | 39 |

# Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Black | 6'-0" | 189 | Male | Black |

# Current Status reported by Dept. of Corrections

**Work or Program Participation** Not Working

**Earliest Possible Release Date (1)** Feb 23, 2036

**Current Status** Incarcerated

**Admission Date** Mar 06, 2012

**Current Location (2)** El Dorado CF-Central (http://www.doc.ks.gov/facilities/edcf)

**Custody Level** Special Management

(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.

# Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Sedgwick | 01CR266 | Aug 14, 2000 | Oct 18, 2001 | N/A | Aggravated Battery - Intentional, Bodily Harm | 1 | Non Drug-Grid Severity Level 7 | Inactive | KS |
| Sedgwick | 01CR266 | Aug 14, 2000 | Oct 18, 2001 | N/A | Aggravated Assault | 1 | Non Drug-Grid Severity Level 7 | Inactive | KS |
| Reno | 07CR629 | Jul 06, 2007 | Jun 27, 2008 | N/A | Obstructing Legal Process | 1 | Non Drug-Grid Severity Level 9 | Inactive | KS |
| Sedgwick | 09CR3132 | Jul 30, 2009 | Aug 08, 2012 | N/A | Poss of depress, des stim, halluc or sel subst;1st | 1 | Class A Misdemeanor | Active | KS |
| Sedgwick | 09CR3132 | Jul 30, 2009 | Aug 08, 2012 | N/A | Poss of opiates,opium, narc drugs or desig stim | 1 | Drug-grid Severity Level 4 | Active | KS |
| Sedgwick | 02CR2192 | Jun 14, 2002 | Jan 30, 2003 | N/A | Aggravated Escape From Custody - held on Felony | 1 | Non Drug-Grid Severity Level 8 | Inactive | KS |
| Reno | 11CR178 | Mar 11, 2011 | Oct 28, 2016 | N/A | Poss of opiates,opium, narc drugs or desig stim | 1 | Drug-grid Severity Level 4 | Active | KS |
| Reno | 11CR178 | Mar 11, 2011 | Oct 28, 2016 | N/A | Aggravated Assault on a Law Enforcement Officer | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Aggravated Assault | 1 | Non Drug-Grid Severity Level 7 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Criminal Possession Firearm;BarLT12", 5yr Felon | 1 | Non Drug-Grid Severity Level 8 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Poss of opiates,opium, narc drugs or desig stim | 1 | Drug-grid Severity Level 4 | Active | KS |

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Aggravated Assault on a Law Enforcement Officer | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | Solicited | Perjury; False Statement Not Felony | 1 | Non Drug-Grid Severity Level 10 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Aggravated Assault on a Law Enforcement Officer | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Agg. Endangering a Child | 1 | Non Drug-Grid Severity Level 9 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Kidnapping | 1 | Non Drug-Grid Severity Level 3 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Aggravated Assault on a Law Enforcement Officer | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Aggravated Assault on a Law Enforcement Officer | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Reno | 02CR911 | Sep 20, 2002 | Nov 14, 2003 | N/A | Battery | 1 | Class B Misdemeanor | Inactive | KS |
| Reno | 02CR911 | Sep 20, 2002 | Nov 14, 2003 | N/A | Obstructing Legal Process | 1 | Non Drug-Grid Severity Level 9 | Inactive | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

# KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | Jun 18, 2019 | Inter-Facility Movement |
| Lansing CF-Central | May 16, 2019 | Inter-Facility Movement |

| Location | Movement Date | Movement Reason |
| --- | --- | --- |
| El Dorado CF-Central | Sep 04, 2018 | Returned From Court Appearance |
| Reno County | Aug 29, 2018 | Released For Court Appearance |
| El Dorado CF-Central | Jan 29, 2018 | Inter-Facility Movement |
| Hutchinson CF-Central | Mar 22, 2017 | Inter-Facility Movement |
| El Dorado CF-Central | Nov 01, 2016 | Returned From Court Appearance |
| Reno County | Oct 27, 2016 | Released For Court Appearance |
| El Dorado CF-Central | Jul 27, 2016 | Returned From Court Appearance |
| Reno County | Jul 20, 2016 | Released For Court Appearance |
| El Dorado CF-Central | Jun 16, 2016 | Inter-Facility Movement |
| Lansing CF-Central | Nov 15, 2012 | Returned From Court Appearance |
| Reno County | Oct 30, 2012 | Released For Court Appearance |
| Lansing CF-Central | Oct 02, 2012 | Inter-Facility Movement |
| El Dorado CF-RDU | Aug 09, 2012 | Returned From Court Appearance |
| Sedgwick County | Apr 11, 2012 | Released For Court Appearance |
| El Dorado CF-RDU | Apr 09, 2012 | Returned From Court Appearance |
| Reno County | Apr 05, 2012 | Released For Court Appearance |
| El Dorado CF-RDU | Mar 06, 2012 | New Court Commitment |
| Unknown or N/A | Jul 27, 2010 | Expiration Of Sentence |
| Hutchinson CF-Central | May 27, 2010 | Parole Viol. No New Sentence |
| Reno County | Apr 22, 2010 | DOC Warrant Issued |
| Reno County | Apr 22, 2010 | DOC Warrant Issued |
| Unknown or N/A | Feb 25, 2010 | Absconded |
| Sedgwick County | Jan 11, 2010 | Intra-parole/CR |
| Reno County | Jan 05, 2010 | Intra-parole/CR |
| Reno County | Jan 05, 2010 | DOC War. Wthdrwn Supervsn I/S |
| Reno County | Dec 23, 2009 | DOC Warrant Issued |
| Reno County | Dec 17, 2009 | Intra-parole/CR |
| Reno County | Nov 03, 2009 | Intra-parole/CR |
| Sedgwick County | Nov 03, 2009 | DOC War. Wthdrwn Supervsn I/S |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Reno County | Oct 27, 2009 | DOC Warrant Issued |
| Unknown or N/A | Aug 06, 2009 | Absconded |
| Sedgwick County | Aug 05, 2009 | Intra-parole/CR |
| Sedgwick County | Aug 05, 2009 | DOC War. Wthdrwn Supervsn I/S |
| Sedgwick County | Jul 30, 2009 | DOC Warrant Issued |
| Sedgwick County | Jul 30, 2009 | Intra-parole/CR |
| Sedgwick County | Jun 15, 2009 | In-State Post Release |
| Lansing CF-Central | Sep 18, 2008 | Inter-Facility Movement |
| El Dorado CF-RDU | Aug 06, 2008 | New Court Commitment |
| Unknown or N/A | Jun 14, 2008 | Expiration Of Sentence |
| Reno County | Jun 14, 2008 | Intra-parole/CR |
| Reno County | Jun 14, 2008 | DOC War. Wthdrwn Supervsn I/S |
| Reno County | Apr 25, 2008 | DOC Warrant Issued |
| Unknown or N/A | Apr 17, 2008 | Absconded |
| Sedgwick County | Mar 29, 2008 | Det. Par/CR Rtnd KS Supervsn |
| Reno County | Mar 18, 2008 | Paroled To Detainer |
| El Dorado CF-Central | Nov 13, 2007 | Returned From Court Appearance |
| Reno County | Oct 25, 2007 | Released For Court Appearance |
| El Dorado CF-Central | Sep 27, 2007 | Inter-Facility Movement |
| El Dorado CF-RDU | Aug 20, 2007 | Returned From Court Appearance |
| Reno County | Aug 20, 2007 | Released For Court Appearance |
| El Dorado CF-RDU | Aug 13, 2007 | Parole Viol. No New Sentence |
| Reno County | Jul 23, 2007 | DOC Warrant Issued |
| Reno County | Jul 06, 2007 | DOC Warrant Issued |
| Reno County | Jul 06, 2007 | DOC Warrant Issued |
| Sedgwick County | May 04, 2007 | In-State Post Release |
| Lansing CF-Central | Nov 18, 2003 | Returned From Court Appearance |
| Reno County | Nov 13, 2003 | Released For Court Appearance |
| Lansing CF-Central | Oct 02, 2003 | Returned From Court Appearance |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Reno County | Sep 25, 2003 | Released For Court Appearance |
| Lansing CF-Central | Sep 16, 2003 | Returned From Court Appearance |
| Reno County | Sep 09, 2003 | Released For Court Appearance |
| Hutchinson CF-Central | Sep 09, 2003 | Inter-Facility Movement |
| Lansing CF-Central | Aug 26, 2003 | Inter-Facility Movement |
| Norton CF-Central | Aug 12, 2003 | Returned From Court Appearance |
| Reno County | Aug 07, 2003 | Released For Court Appearance |
| Norton CF-Central | Jun 24, 2003 | Returned From Court Appearance |
| Reno County | Jun 10, 2003 | Released For Court Appearance |
| Norton CF-Central | May 06, 2003 | Inter-Facility Movement |
| Ellsworth CF | Apr 22, 2003 | Inter-Facility Movement |
| El Dorado CF-Central | Mar 18, 2003 | Probation Viol. New Sentence |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Dec 17, 2021 | 1 | El Dorado Correctional Fac. - Central | Fighting |
| Dec 17, 2021 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Oct 02, 2021 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Aug 28, 2021 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Feb 27, 2020 | 3 | El Dorado Correctional Fac. - Central | Restr Area and Unauth Presence |
| Dec 16, 2019 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Dec 16, 2019 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Oct 09, 2019 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Oct 09, 2019 | 1 | El Dorado Correctional Fac. - Central | Tobacco Contraband Possession |
| Oct 09, 2019 | 2 | El Dorado Correctional Fac. - Central | Sex Explicit Mtrl, n/SexOfndr |
| Sep 05, 2019 | 2 | El Dorado Correctional Fac. - Central | Restr Area/Unauth Presence |
| Aug 28, 2019 | 2 | El Dorado Correctional Fac. - Central | Sex Explicit Mtrl, n/SexOfndr |

| Date | Class | Location | Type of report |
|---|---|---|---|
| May 17, 2019 | 2 | Lansing Correctional Facility - Central | Obscenity (W/O Children) |
| Feb 28, 2019 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Feb 28, 2019 | 1 | El Dorado Correctional Fac. - Central | Theft |
| Feb 28, 2019 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Feb 28, 2019 | 2 | El Dorado Correctional Fac. - Central | Less Dangerous Contraband |
| Jan 25, 2019 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Jan 24, 2019 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Jan 24, 2019 | 2 | El Dorado Correctional Fac. - Central | Restr Area/Unauth Presence |
| Feb 25, 2017 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Apr 15, 2016 | 1 | Lansing Correctional Facility - Central | Fighting |
| Apr 09, 2016 | 1 | Lansing Correctional Facility - Central | Misusing Meds |
| Apr 09, 2016 | 2 | Lansing Correctional Facility - Central | Obscenity (W/O Children) |
| Apr 09, 2016 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 09, 2016 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Apr 02, 2016 | 1 | Lansing Correctional Facility - Central | Interf W/Cell Oper/Visibility |
| Apr 02, 2016 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 02, 2016 | 1 | Lansing Correctional Facility - Central | Interf W/Cell Oper/Visibility |
| Jan 21, 2016 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Jan 21, 2016 | 1 | Lansing Correctional Facility - Central | Battery |
| Jan 21, 2016 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Dec 25, 2015 | 1 | Lansing Correctional Facility - Central | Battery |
| Nov 29, 2015 | 1 | Lansing Correctional Facility - Central | Misusing Meds |
| Aug 02, 2015 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Aug 02, 2015 | 1 | Lansing Correctional Facility - Central | Interf W/Cell Oper/Visibility |
| Jun 16, 2015 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jan 30, 2015 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Aug 28, 2014 | 1 | Lansing Correctional Facility - Central | Fighting |
| Aug 28, 2014 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Apr 04, 2014 | 3 | Lansing Correctional Facility - Central | Answering Calls or Passes |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Mar 09, 2013 | 1 | Lansing Correctional Facility - Central | Battery |
| Jan 27, 2013 | 1 | Lansing Correctional Facility - Central | Use of Stimulants |
| Jan 27, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jan 27, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jun 05, 2010 | 1 | Hutchinson Correctional Fac. - Central | Disobeying Orders |
| Jun 05, 2010 | 2 | Hutchinson Correctional Fac. - Central | Unauthorized Dealing or Trade |
| Jun 05, 2010 | 2 | Hutchinson Correctional Fac. - Central | Lying |
| Mar 25, 2009 | 2 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, n/SexOfndr |
| Mar 16, 2009 | 1 | Lansing Correctional Facility - Central | Use of Stimulants |
| Mar 11, 2009 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| Feb 25, 2009 | 2 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, n/SexOfndr |
| Jan 29, 2009 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Dec 21, 2008 | 1 | Lansing Correctional Facility - Central | Lewd Acts |
| Dec 21, 2008 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Dec 20, 2008 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Dec 07, 2008 | 1 | Lansing Correctional Facility - Central | Fighting |
| Aug 11, 2008 | 2 | El Dorado Correctional Fac. - RDU | Unauthorized Dealing or Trade |
| Dec 24, 2007 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Oct 01, 2007 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Oct 01, 2007 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Oct 01, 2007 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Oct 01, 2007 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Apr 08, 2007 | 1 | Lansing Correctional Facility - Central | Use Stimulants, Sedatives, Etc |
| Mar 26, 2007 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Jan 22, 2007 | 3 | Lansing Correctional Facility - Central | Violation of Published Orders |
| Sep 07, 2006 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Sep 07, 2006 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| May 24, 2006 | 1 | Lansing Correctional Facility - Central | Avoiding an Officer |
| May 24, 2006 | 2 | Lansing Correctional Facility - Central | Tatoos and Body Markings |

| Date | Class | Location | Type of report |
|---|---|---|---|
| May 24, 2006 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Apr 19, 2006 | 2 | Lansing Correctional Facility - Central | Falsifying Documents |
| Mar 21, 2006 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Mar 21, 2006 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Jan 26, 2006 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Jan 07, 2006 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Jul 20, 2005 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Jul 14, 2005 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Jun 23, 2005 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| Jun 21, 2005 | 1 | Lansing Correctional Facility - Central | Inmate Activity; Limitations |
| Jun 21, 2005 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| May 25, 2005 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| May 13, 2005 | 1 | Lansing Correctional Facility - Central | Use Stimulants, Sedatives, Etc |
| Apr 21, 2005 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Apr 21, 2005 | 2 | Lansing Correctional Facility - Central | Misuse of State Property |
| Mar 01, 2005 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Mar 01, 2005 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Feb 26, 2005 | 1 | Lansing Correctional Facility - Central | Undue Familiarity |
| Feb 24, 2005 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Feb 03, 2005 | 1 | Lansing Correctional Facility - Central | Theft |
| Jan 27, 2005 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Dec 31, 2004 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Dec 31, 2004 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Dec 07, 2004 | 1 | Lansing Correctional Facility - Central | Use Stimulants, Sedatives, Etc |
| Oct 30, 2004 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Oct 30, 2004 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Oct 30, 2004 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Sep 16, 2004 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jul 02, 2004 | 2 | Lansing Correctional Facility - Central | Misconduct in Dining Room |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Apr 28, 2004 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 28, 2004 | 1 | Lansing Correctional Facility - Central | Avoiding an Officer |
| Mar 21, 2004 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Mar 21, 2004 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Jan 09, 2004 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Jan 09, 2004 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| Dec 23, 2003 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| Sep 08, 2003 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Sep 08, 2003 | 2 | Lansing Correctional Facility - Central | Misuse of State Property |
| Aug 18, 2003 | 1 | Norton Correctional Facility - Central | Fighting |
| Jul 11, 2003 | 2 | Norton Correctional Facility - Central | Unauthorized Dealing or Trade |
| Jun 30, 2003 | 2 | Norton Correctional Facility - Central | Work Performance |
| Apr 27, 2003 | 3 | Ellsworth Correctional Facility | Restr Area/Unauthor Presence |