# KANSAS DEPARTMENT OF CORRECTIONS

| ![Kansas Department of Corrections] | **INTERNAL MANAGEMENT POLICY AND PROCEDURE** | SECTION NUMBER  10-106D | PAGE NUMBER  1 of 7 |
|---|---|---|---|
| | | **SUBJECT:**  **PROGRAM AND SERVICES: Standardized Menu, Ensuring Nutritional Adequacy of Diets, and Meal Service Schedules** | |
| **Approved By:**   **Secretary of Corrections** | | Original Date Issued: 09-29-15 | |
| | | Replaces Version Issued: N/A | |
| | | **CURRENT VERSION EFFECTIVE: 09-29-15** | |

| **APPLICABILITY:** | _ ADULT Operations Only | _ JUVENILE Operations Only | **X DEPARTMENT-WIDE** |
|---|---|---|---|

## POLICY STATEMENT

All departmental food service operations shall follow a standardized menu that shall**:**

**ADULT:** Incorporate the MyPlate guidelines published by the United States Department of Agriculture and be in compliance with recommended dietary allowances published by the National Academy of Sciences for adult men and women. (NCCHC P-46)

**JUVENILE**: Be in compliance with the standards of the Kansas Department of Education, School Food Service Program for Residential facilities, and dietary standards established by the American Correctional Association. Nutrition programs for the offenders shall include the Federal school breakfast program, national school lunch program, and after school care snack program.

Food shall not be withheld from offenders as a disciplinary sanction. (ACA 4-4320; 4-JCF-3B-05)

## DEFINITIONS

Alternative Meal Service: Food or food ware served with consideration made for health and safety, i.e., food items free of bones or other potentially harmful objects, and meals not requiring utensils, such as finger foods or meat/meal loaf.

Crisis Level Placement: An offender who, based upon a report and recommendation of a behavioral health practitioner, is housed in Restrictive Housing for purposes of monitoring/observing behavior and actions to prevent self-injury or harm.

Contract Monitor: The staff member designated by the Deputy Secretary of Facilities Management to monitor the quality and quantity of food service contract delivery, provide input with regard to the development of modified diets, and to facilitate decisions and coordinate standardized departmental food service management.

Departmental Clinical Health Authority: The physician Medical Director (Regional Medical Director) of the agency or organization responsible for the provision of health care services for the KDOC. This position has full clinical autonomy and responsibility for clinical health care issues within the KDOC.

Director of Health Care Services: Acts as the administrative health authority for the Department. This position manages health care systems, directs the health care services model, and has final approval on all policies and procedures in the health care system.

Facility Administrative Health Authority:  The Health Services Administrator responsible for the provision of health care services at a facility.  The Facility Health Authority works under the direction of the Departmental Clinical Health Authority and the Regional Vice President or designee administratively.

Facility Clinical Health Authority:   The site physician Medical Director responsible to the Departmental Clinical Health Authority for all clinical matters and to the Health Services Administrator for all administrative matters.

Health Care Practitioner:  A person who has met the requirements of and is engaged in the practice of medicine, dentistry, or nursing.

Individualized Diet:  An adaptation of the medical or religious-type modified diet prescribed to meet specific needs, which are not addressed by the standardized modified diet.

Modified Diets:  Diets most commonly prescribed to meet offenders' medical, dental, therapeutic or religious needs, developed from written instructions provided by the treating physician, dentist, Health Services Administrator, and/or Chaplain and which conform as closely as possible to the standardized menu.  More specific modified diets are prescribed as individualized diets.

Registered Licensed Dietician:  A person registered by the American Dietetic Association or who has the documented equivalent in education, training, or experience, with evidence of relevant continuing education, and who is licensed by the State of Kansas to practice dietetics.

Standardized Menu:  A listing of the dishes to be served at all KDOC facilities for a particular meal, on a particular day; the same meal items, quantity and quality, served to offenders and to staff, and official visitors who purchase meals.

**PROCEDURES**

I.     **Contract Staff and Responsibilities**

       A.     The contractor staff shall be responsible for the following:

              1.     Planning and developing a standardized menu. (ACA 4-4328; 4-JCF-4A-08)

                     a.     The finalized menu shall be reviewed and approved by the Deputy Secretary of Facilities Management, with input from the contract monitor and Department's contracted, registered-licensed dietitian.

              2.     The Food Service Contractor shall also:

                     a.     Ensure, via a quarterly review, that the established basic servings per menu at the contracting facility meet required dietary allowances;

                            (1)    To facilitate evaluations, the KDOC Meal Evaluation Form (Attachment A) may be used by appropriate staff.

                     b.     Poll offender preferences and acceptance of menu items on an annual basis, and report findings as guidance for the revision of the standardized menu;

                     c.     Document substitutions and modifications to the menu, and request approval for any permanent changes; and,

                     d.     Provide drafts of any generated standardized menus to appropriate Departmental staff for review, comments and approval.

II.    **Provisions Ensuring Nutritional Adequacy and Variety in the Menu**

       A.     The menu shall be developed by the contractor in conjunction with the Department's contract monitor, and the Department's contracted registered-licensed dietician (ACA 4-4317; 4-JCF-4A-

        04) to provide food service to offenders within the care and custody of the Secretary of Corrections, shall be subject to approval by the Secretary or designee.

        1. Facilities provided meal service by other governmental agencies shall be exempt from adherence to the KDOC standardized menu but shall require documentation that the menu utilized meets the requirements of this policy.

B. Menus shall be developed according to the following minimum dietary requirements:

    1. **ADULT**: The diets for offenders shall consist of not less than a weekly average of 2900 calories per day for men and a similarly computed average of 2200 calories per day for women.

        a. **JUVENILE**: The food service contractor or state agency shall provide well-balanced meals to include 3500 calories per day for all male and female offenders.

    2. Notwithstanding the preceding provisions, offenders undergoing medical treatment may receive a diet of a higher or lower average caloric content based upon the prescriptive authority of their attending physician or other health care professional.

    3. The daily menus supplied by contractor shall satisfy the current nutritional requirements for offenders as called for by:

        a. **ADULT**: The National Academy of Sciences and

        b. **JUVENILE**: The American Correctional Association.

C. Menu planning and production shall employ standardized recipes provided by the contractor.

    1. All food items shall be prepared in accordance with the stated ingredients of the recipes, with adjustments made for yields appropriate to the facility. (ACA 4-4317; 4-JCF-4A-04)

    2. The planning and preparation of all meals shall take into consideration food flavor, texture, temperature, appearance, and palatability. (ACA 4-4317; 4-JCF-4A-04)

D. In conjunction with the development of the cyclical menus (Fall/Winter menu and Spring/Summer menu) or whenever substantial changes in the menu are made, the Department's contracted registered dietician shall review the menu. Once the Department's contracted registered dietician verifies that the menu meets the nutritional requirements stipulated in the food service contract, the contracted registered dietician and the contract monitor will sign it certifying that those requirements have been met.

    1. The finalized Religious Diet menu shall also be reviewed and approved by the contractor's religious authority, indicated by his/her signature on the menu.

    2. Copies of all menus, including modified and individualized diets, shall be retained by the facilities for the contract monitor's review, along with documentation of deviations from the menu as served.

    3. Facility food service supervisory staff shall conduct meal evaluations on a quarterly basis to verify the facility's adherence to the established basic daily servings. (ACA 4-4316; 4-JCF-4A-03)

**III.** **Provisions Ensuring Nutritional Adequacy in Modified Diets**

A. The standardized menu shall ensure basic nutritional requirements for all meals served to include provisions for alterations, substitutions and modifications for medical, dental, behavioral health, (NCCHC P-46) religious purposes (ACA 4-4319, 4-4327, 4-JCF-4A-04, 4-JCF-4A-07, ACI 3-

4299, 3-4300) and alternative meal service, which conform as closely as possible to the menu and ensure the nutritional adequacy of food items substituted for standard menu items.

    1. Instructions for modified diets shall provide for consideration of the most commonly prescribed modified diet for medical purposes or to address the most common religious dietary laws.

    2. Alternative meal service may be provided to an offender who uses food or food service equipment in a manner that is hazardous to self, staff or other offenders.

        a. Alternative meal service shall be based on health and safety considerations only and shall be approved in writing by the warden/superintendent and Site Medical Director. (ACA 4-4320; 4-JCF-3B-05)

B. Individualized diets may be written and prescribed by the treating physician and/or dentist, when the offender's specific need cannot be met by a standardized modified medical diet. (ACA 4-4318; 4-JCF-4A-06; NCCHC P-F-02, Y-F-02)

    1. All individualized diet prescriptions shall be specific and as complete and as simple as possible while adhering as closely as possible to the standardized modified menu.

    2. All individualized diet prescriptions shall be reviewed monthly.

IV. **Identification and Tracking of Approved Modified Diets**

A. Facility personnel shall ensure that a list of names of offenders receiving a modified diet of any type shall be prepared by the Health Services Administrator or designee and Chaplain, as appropriate, consistent with IMPP 10-119D, and forwarded, within 24 hours, to the Food Service Manager and Chief of Security or designee.

    1. Crisis level placements shall receive alternative meal service in the form of finger food for the duration of their crisis level placement, but not to exceed seven (7) days.

        a. Alternative meals for crisis level offenders shall meet basic nutritional requirements.

    2. The Health Care Practitioner shall be responsible for prescriptions for modified diets for health reasons. The Health Services Administrator or designee shall maintain a current list of offenders authorized to receive such diets.

    3. The daily list of modified diets for medical prescriptions or religious needs shall include:

        a. The name of the offender;

        b. The type of modified diet prescribed; and,

        c. A designation as to whether to add or to remove the offender's name to the list of modified diets.

    4. The food service manager shall refer to the list of modified diets to:

        a. Adjust the amount of modified foods to serve and control food waste; and,

        b. Aid in the identification of offenders placed on modified diets.

    5. The chief of security or designee shall refer to the list of modified diets to affix the appropriate color coded sticker to the offender's identification badge, per IMPP 12-131, indicating the type of diet the offender is approved to receive.

6. Facility personnel shall provide for the removal of offenders' names from the list of modified diets.

   a. The removal of offender names from the list of modified diets shall be effected within 24 hours of the determination of the Health Care Practitioner or the Chaplain.

   b. See IMPP 10-119D for the refusal process for medical diets and procedures to remove offenders' names from the medical diet list.

7. Names of offenders receiving modified diets shall be forwarded within 24 hours by a copy of the list provided to the food manager and the chief of security or designee to facilitate an offender's visual badge identification of a modified diet prescription.

   a. Offenders receiving medical diet prescriptions shall sign for them as they pass through the food line.

### V. Preparation and Serving of Modified Diets

A. Medical clinic staff shall be trained by the Site Medical Director as to the suggested prescription routine determining the use of each diet type and departmental policy and procedure surrounding medical diet prescriptions.

B. Senior food service staff shall be trained in the provision of the medical diets by the contractor's Registered Dietician.

C. Senior food service staff shall be trained by the contractor's Registered Dietician concerning the policy and procedure for provision of the standardized religious diet types.

D. Chaplains shall be trained by the Secretary's designee for chaplaincy programs concerning the policy and procedure for provision of the standardized religious diet types.

### VI. Provisions Ensuring Nutritional Adequacy for Restrictive Housing Offenders

A. Restrictive Housing offenders shall receive the same menu items served to the general population and shall be served these items at a temperature similar to that served to the general population, unless an offender uses food or food service equipment (to include obstructing closure of the food pass), in a manner that is hazardous to the offender, staff or other offenders.

   1. Alternative meal service for a restrictive housing offender shall be on an individual, case-by-case basis and shall be based on health and safety considerations.

      a. Such alternative meals shall be served in accordance with the General Orders of the facility.

      b. Alternative meal service shall not exceed seven (7) consecutive days.

   2. Alternative meals for restrictive housing offenders shall meet basic nutritional requirements.

   3. Alternative meal service shall be approved in writing by the warden/superintendent and the Site Medical Director.

B. Offenders who have obstructed closure of the food pass shall not receive meal service, including alternative meal service, until relinquishing control of the food pass and positioning themselves in a manner that does not endanger staff. Meal service, which may include alternative meal service, shall be initiated when delivery of the meal does not place staff in danger (i.e. offender has moved to the rear of the cell and is not holding any objects).

**VII.  Establishing Meal Schedules**

A.  The menu shall be established on a five (5)-week rotating cycle to provide for sufficient advance planning and preparation, consistent with applicable health, sanitation, and safety codes. (ACA 4-4317; 4-JCF-4A-04)

   1.  Menus shall be reviewed every six (6) months, or whenever substantial changes in the menu are made by a registered dietician. (NCCHC P-F-02, Y-F-02; ACA 4-4316, 4-JCF-4A-03)

   2.  Quarterly meal evaluations shall be conducted by the contracted food service supervisor, or staff to verify adherence to the established basic daily servings. (ACA 4-4316; 4-JCF-4A-03)

B.  Each facility shall establish routine meal service schedules consistent with the policy established by this IMPP.

   1.  With the exception of variations for weekend or holiday service schedules approved by the Deputy Secretary of Facilities Management or Deputy Secretary of Juvenile Services, at least three (3) meals (including two [2] hot meals) shall be served at regular times during each 24-hour period, with no more than 14 hours between the evening meal and breakfast.

C.  Facilities shall be allowed to adopt and use a Standardized Brunch Menu if a variation is authorized by the Deputy Secretary of Facility Management and if:

   1.  Staff can better manage the food service demands of the facility for weekends and holidays.

   2.  Offender visiting hours for weekends and holidays can be better managed by adjusting the food service schedule.

   3.  Weekend or holiday brunch meal schedules shall be arranged so that no more than eight (8) hours elapse between the brunch and the evening meal.

   4.  The Standardized Brunch Menu is reviewed by the contractor's Registered Dietician to certify that it will meet all the nutritional requirements of three (3) regular meals.

**VIII.  Food Production Record Monitoring**

A.  The contractor shall maintain a food production record that shall be used as a daily addendum to the standardized menus and includes portion-sizing controls.

   1.  The food production record shall be completed each day to record all substitutions, alterations, or changes made to the standardized menu.

   2.  The food productions record shall be maintained to monitor the number of meals served and record information on leftover portions. (ACA 4-4315; 4-JCF-4A-08)

B.  Alterations and substitutions of food items and the shifting of the daily menu to another day in the cycle shall be allowed for in the Standardized Menu, at the discretion of the senior facility food service staff member, for the following reasons: (ACA 4-4328; 4-JCF-4A-08)

   1.  Unavoidable changes due to spoilage or contamination;

      a.  Substitutions should be equivalent in nutritional value and from the same food group.

    2.  Changes to accommodate purchasing patterns necessary to take full advantage of commodities;

    3.  Changes due to equipment failure; and/or,

    4.  Special holiday meal planning.

IX.  **Purchase of Meals by Staff and Official Visitors**

  A.  Staff members, guests and official visitors may purchase meals from the contractor at the cost established by the contractor unless personnel provisions have established preemptive policy and procedure.

    1.  Meals served to facility staff, guests, and official visitors shall consist of the same menu items, be of the same quantity and quality as those served to offenders.

    2.  Accurate records shall be maintained of all meals served. (ACA 4-4315; 4-JCF-4A-08, 4-JCF-4A-05)

**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff and offenders and those entities that are contractually bound to adhere to them.  They are not intended to establish State created liberty interests for employees or offenders, or an independent duty owed by the Department of Corrections to employees, offenders, or third parties.  Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards.  Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

**REPORTS REQUIRED**

None.

**REFERENCES**

K.S.A. 75-5210
IMPP 10-119, 12-131
ACI 4-4315; 4-4316; 4-4317; 4-4318; 4-4319; 4-4320; 4-4327; 4-4328
JCF 4-JCF-4A-03; 4-JCF-4A-04; 4-JCF-4A-05; 4-JCF-4A-06; 4-JCF-4A-07; 4-JCF-4A-08; 4-JCF-3B-05
NCCHC P-F-04; Y-F-02
*Recommended Dietary Allowances,* Tenth Edition, National Research Council, 1989

**ATTACHMENTS**

| Attachment | Title of Attachment | Page Total |
|---|---|---|
| A | KDOC Meal Evaluation Form | 1 page |

Attachment A, IMPP 10-106D  
Effective 09-29-15

## KDOC Meal Evaluation Form

**Date:**_____     **Evaluator:** _____  
**(Please Print Name & Title)**

| **Breakfast** ___ | **Lunch**___ | **Dinner** ____ | **Facility:** _____ | **Unit:** _____ | **Restrictive Housing**: __Y __ N |

| **ITEM** | **YES** | **NO** | **COMMENTS** |
|---|---|---|---|
| WAS TRAY NEATLY ARRANGED? | | | |
| DID SUPERVISOR SERVE ENTRÉE? | | | |
| **PORTIONS ADEQUATE PER MENU** | | | |
| ENTREE: | | | |
| POTATO/STARCH: | | | |
| VEGETABLE: | | | |
| DESSERT: | | | |
| BEVERAGE: | | | |
| OTHER ITEMS: | | | |
| **SUBSTITUTIONS** | | | |
| WERE THERE MENU SUBSTITUTIONS?    **SPECIFY** | | | |
| **WERE THERE ANY RUNOUTS?**    SPECIFY | | | |
| ARE MENU SUBSTITUTIONS RECORDED BY THE CONTRACTOR | | | |
| **FOOD TEMPERATURES** | | | |
| WERE HOT FOODS SERVED HOT?    **SPECIFY** | | | |
| WERE COLD FOODS SERVED COLD?    **SPECIFY** | | | |
| WAS FOOD TASTE APPROPRIATE TO THE ITEM? | | | |
| **FOOD SERVICE WORKERS** | | | |
| CLEAN AND IN PROPER UNIFORM? | | | |
| WEARING HAIR NET/HAT AND/OR BEARD NET? | | | |
| USING GLOVES? | | | |
| **DINING AREA** | | | |
| CLEAN AND SANITARY? | | | |

**OFFENDER EVALUATION:**  Did offenders generally like the meal?  _____ Yes  _____ No  **COMMENTS:**

**CC:    Contract Food Service Director**  
           **Facility Warden/Superintendent or Designee**