Exhibit H

Sherri Price, Legal Counsel, SC #16485
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66048
Telephone: (913) 727-3235 x57277

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DERON MCCOY, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | **Case No. 16-3027-SAC-DJW** |
| **ARAMARK CORRECTIONAL SERVICES,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## REPORT IN "MARTINEZ v. AARON" INVESTIGATION
## CIVIL RIGHTS COMPLAINT

### I.  INTRODUCTION

On January 27, 2016, Plaintiff DeRon McCoy, an inmate incarcerated in the custody of

the Secretary of Corrections of the State of Kansas and confined at El Dorado

Correctional Facility (EDCF), filed an action in the United States District Court for the District

of Kansas.  A second amended complaint was filed on August 31, 2016.  Plaintiff's second

amended complaint, filed pursuant to 42 U.S.C. § 1983 and the Religious Land Use and

Institutionalized Persons Act (RLUIPA), 42 U.S.C. 2000 cc-1, named Aramark Correctional

Services, Julie Dockendorff, Patricia Berry, Cheryl Allen, Rabbi M. Gilly, Sheri Burns, Randy

Singletary and John Doe as Defendants.  Plaintiff's claims against Sheri Burns, Randy Singletary

1

and John Doe have been dismissed by the court without prejudice.  On August 31, 2016, the

Court ordered the preparation of a *Martinez v. Aaron* report by the Kansas Department of

Corrections.

## II.   **INVESTIGATION**

DeRon McCoy has been an inmate in the custody of the Secretary of Corrections since

March 6, 2012.  He was housed at Lansing Correctional Facility from October 2, 2012 to June

16, 2016.  He is currently housed at El Dorado Correctional Facility.  *See* Exhibit A (KASPER

Profile for Plaintiff McCoy).

On January 22, 2014, Plaintiff changed his religious preference from Protestant to

Assembly of Yahweh and on August 25, 2014 to Judaism.  With these changes, Plaintiff was

placed on the roster to receive religious diet meals.   *See* Exhibit B (Affidavit of Don Almond).

The department's procedures relating to religious diets are set out in Internal

Management Policy and Procedure (IMPP) 10-106 and 10-119.  *See* Exhibit C (Affidavit of

Patricia Berry).  IMPP 10-106 provides that the menus shall be established by a provider under

contract with the Department to provide food service to inmates within the care and custody of

the Secretary of Corrections. *See* Exhibit D (IMPP 10-106: PROGRAMS AND SERVICES:

Standardized Menu, Ensuring Nutritional Adequacy of Diets, and Meal Service Schedules).  The

Department has contracted with Aramark Correctional Services, Inc. for the provision of provide

food service for the department's correctional facilities since 1997.  Berry Affidavit (Ex. C) at ¶

3.

These menus shall be subject to approval by the Secretary or his designee, and reviewed

every six (6) months, or whenever substantial changes in the menu are made by a registered

2

dietician.  The menus must meet basic nutritional requirements for all meals served, including any alterations, substitutions and modifications for medical, dental, mental health, religious purposes and alternative meal service.  IMPP 10-106 (Ex. D) at p. 1.

In addition, the standardized menus shall include provisions for modified diets, which conform as closely as possible to the menus and ensure the nutritional adequacy of food items substituted for standard menu items.  Instructions for modified diets shall provide for consideration of the most commonly prescribed modified diet to address the most common religious dietary laws.  IMPP 10-106 (Ex. D) at p. 3.

All religious diets shall be consistent with the approved religious diet menu.  *See* Exhibit E (IMPP 10-119:  PROGRAMS AND SERVICES:  Medical and Religious Diets and Vegetarian Alternative Diet).

Religious meals menus are reviewed by an Aramark dietitian, a KDOC dietitian, and the state contract monitor who each sign the menu if approved.  In addition, the menu is reviewed by Aramark's religious authority who also signs the menu if approved.  By signing this approval on the menu, the religious authority confirms that the menu, its meal components and preparation processes follow the Jewish dietary laws.  He, however, does not confirm that each meal being served is Kosher as he does not oversee the preparation of the meals.  *See* Religious Meals Menus (attached to Berry Affidavit, Ex. C-A).

The following provisions are included on each menu:

> "Follow all kosher preparation instructions in recipes for Entrees,
> Starches and Salads.  Utensils used for scooping, cooking and
> serving must be dedicated for kosher food use ONLY and stored in
> a special area.  No meat is served.  Serve meal on disposable or

3

designated kosher tray with disposable or kosher only tableware."

*Id.*

At Lansing Correctional Facility, the foods purchased for the certified religious diet (CRD) are stored in a separate area of the warehouse and in the dry storage room in the maximum facility's kitchen.   The foods for the CRD are prepared in the Max Kitchen using a steam kettle that is dedicated for CRD use only.  Inmates and staff who work in the CRD receive training as to any special procedures to follow in the preparation and serving of the CRD.   The CRD has a dedicated steam table that is only used for CRD meals.  *See* Exhibit F (Affidavit of Randall Singletary).

Dark brown colored trays are used to serve the CRD meals as opposed to the light tan trays used to serve the general population meals.  These trays are either hand washed or washed after the dishwasher has been properly sanitized.  The trays are then stored in the CRD room.  *Id.*

On March 25, 2014, Plaintiff filed a grievance in which he alleged that the religious diet meals served did not satisfy the kosher modified diet requirements in that the food items served on the religious diet were not kosher and the food was not prepared or served in a kosher manner.   *See* Exhibit G (Grievance No. AA20140433).

The initial unit team response to this grievance stated that the diet currently served was a certified religious diet (CRD) which included many items on which the term kosher was recognized.  The cooking utensils used for the CRD mean preparation were cleaned and kept in the CRD room and two steam kettles were identified and used solely for the CRD meal preparation.  The dishwasher used for cleaning the meal trays was sanitized before its use in accordance with the reasonable accommodations clause.  Soy based meals that are factory sealed were used for the CRD meals as well as tuna and eggs.  An appeal of this response to the warden

4

affirmed the initial response as appropriate regarding the issues raised in the grievance. *Id.*

Plaintiff appealed the grievance response to the Secretary of Corrections who stated that the response by the staff at the facility was appropriate. In addition, the secretary's response stated that "the Religious Diet provided by the KDOC is based on the Common Fare diet, which has been reviewed and approved by the KDOC contracted religious advisor, as evidence[d] by the Rabbi's signature on the menu, and has been found to be consistent with kosher requirements. Further inquiry to the contractor's Religious Diet food preparation indicates that expected procedures consistent with the Rabbi's recommendations, are being followed." *Id.*

Patricia Berry, a contract compliance manager with the KDOC, oversees the Aramark contract. She conducted an audit inspection of LCF's food service on February 24, 2014. In this inspection, she found that the authorized menus were being used, that the kitchen had appropriate Kosher food preparation practices, that the equipment was clean and that pest control was evident (no roaches, mice, flies, etc.) and the pest control procedure was maintained. Berry Affidavit (Ex. C) at ¶ 6.

An unannounced site visit was conducted on July 3, 2014 as a result of concerns expressed by facility management exacerbated by a recent facility lockdown. During this inspection, Ms. Berry found additional food stored in the CRD cooler because the pass through cooler on the front line was not working. No other issues were observed with regard to the CRD meal preparation, serving or storage. Berry Affidavit (Ex. C) at ¶ 7.

Subsequent audits on July 22, 2014 and December 17, 2014 found that proper religious diet food preparation and serving practices were observed, that proper religious diet food storage practices were being used and that pest control was evident and the procedure was maintained. Berry Affidavit (Ex. C) at ¶¶ 8-9.

5

While the religious diet preparation and serving practices were not observed during an audit on September 30, 2015, proper religious diet food storage practices were being used. Pest control was evident and procedure was maintained. Berry Affidavit (Ex. C) at ¶ 10.

Plaintiff was assigned to work with an electric maintenance crew from November 6, 2014 to January 25, 2015. While there is no record of the work orders with which Plaintiff assisted, a work order indicates that the electrical cord on a steam well was repaired in the Max Kitchen on November 21, 2014. There is no work order reflecting a repair of a circuit board sensor in the Max Kitchen on December 12, 2014 but work was often completed in the kitchen prior to receiving a work order. A request would have been made of the Aramark supervisor to provide a work order but often none was forthcoming. *See* Exhibit H (Affidavit of Scott Fox).

## IV. <u>CONCLUSION</u>

Plaintiff's complaints with regard to the religious diet meals prepared and served at LCF appear to be based on uninformed observations and second hand knowledge. There is no evidence that the meals prepared or served were in violation of KDOC or Aramark policy and procedures. Efforts were consistently made by Aramark and staff to provide meals that complied with kosher requirements.

Respectfully submitted,

<u>s/ Sherri Price #16485</u>

6

**EXHIBIT LIST**

A.   KASPER display for DeRon McCoy Jr.
B.   Affidavit of Don Almond
C.   Affidavit of Patricia Berry
     C-A.   Religious Meals Menus
D.   KDOC IMPP 10-106:  PROGRAMS AND SERVICES:  Standardized Menu, Ensuring Nutritional Adequacy of Diets, and Meal Service Schedules
E.   KDOC IMPP 10-119:  PROGRAMS AND SERVICES:   Medical and Religious Diets and Vegetarian Alternative Diet
F.   Affidavit of Randall Singletary
G.   Grievance no. AA20140433
H.   Affidavit of Scott Fox

7




**KASPER INTERNAL KDOC - OFFENDER POPULATION SEARCH**
**Kansas Adult Supervised Population Electronic Repository**
**Kansas Criminal Justice Information System**
OFFENDERS SHALL NOT BE ARRESTED SOLELY ON THE BASIS OF INFORMATION
DISPLAYED ON THIS SITE

Offender Search    Parole Absconders

You are logged in as sherri.price    Log out

Community Correction Absconders    **MCCOY, DERON JR**

(KDOC# 0076894)    **This information is current as of: Feb 20 2017 5:00AM**

## Names

| Name Type | Name |
|-----------|------|
| Conviction | MCCOY, DERON JR |
| True | MCCOY, DERON JR |
| Alias | MCCOY, DERRON |

## Identification

| KDOC # | SID Num | FBI Num |
|--------|---------|---------|
| 0076894 | 768502 | 101580PB9 |

## Birthdates

| Birthdate Type | Birthdate | Age |
|----------------|-----------|-----|
| True | ▮▮▮▮▮▮▮ | 33 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|-----------|-----------|--------|--------|--------|------|
| Brown | Black | 6'-0" | 176 | Male | Black |




**MCCOY, DERON JR**
**Approx Picture Date**
2015-04-29

**MCCOY, DERON JR**
**Approx Picture Date**
2015-04-29



EXHIBIT
*A*

## Current Status reported by Dept. of Corrections

Work or Program Participation Not Working
Earliest Possible Release Date (1) Oct 23, 2035
Current Status Incarcerated
Admission Date Mar 06, 2012
Current Location (2)  El Dorado CF-Central
Custody Level Special Management
(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.

Offender Documents

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|--------|-----------------|--------------|-----------------|-----|--------------------------------|--------|---------------------|------------------|-------|
| Sedgwick | 01CR266 | Aug 14, 2000 | Oct 18, 2001 | N/A | Aggravated Battery - Intentional, Bodily Harm | 1 | Non Drug-Grid Severity Level 7 | Inactive | KS |
| Sedgwick | 01CR266 | | | N/A | | 1 | | Inactive | KS |

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| | : | Aug 14, 2000 | Oct 18, 2001 | | Aggravated Assault | | Non Drug-Grid Severity Level 7 | | |
| Reno | 07CR629 | Jul 06, 2007 | Jun 27, 2008 | N/A | Obstructing Legal Process | 1 | Non Drug-Grid Severity Level 9 | Inactive | KS |
| Sedgwick | 09CR3132 | Jul 30, 2009 | Aug 08, 2012 | N/A | Poss of depress, des stim, halluc or sel subst;1st | 1 | Class A Misdemeanor | Active | KS |
| Sedgwick | 09CR3132 | Jul 30, 2009 | Aug 08, 2012 | N/A | Poss of opiates,opium, narc drugs or desig stim | 1 | Drug-grid Severity Level 4 | Active | KS |
| Sedgwick | 02CR2192 | Jun 14, 2002 | Jan 30, 2003 | N/A | Aggravated Escape From Custody - held on Felony | 1 | Non Drug-Grid Severity Level 8 | Inactive | KS |
| Reno | 11CR178 | Mar 11, 2011 | Oct 28, 2016 | N/A | Aggravated Assault on a Law Enforcement Officer | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Reno | 11CR178 | Mar 11, 2011 | Oct 28, 2016 | N/A | Poss of opiates,opium, narc drugs or desig stim | 1 | Drug-grid Severity Level 4 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Aggravated Assault on a Law Enforcement Officer | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Aggravated Assault on a Law Enforcement Officer | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | Solicited | Perjury; False Statement Not Felony | 1 | Non Drug-Grid Severity Level 10 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Aggravated Assault on a Law Enforcement Officer | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Agg. Endangering a Child | 1 | Non Drug-Grid Severity Level 9 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Aggravated Assault on a Law Enforcement Officer | 1 | Non Drug-Grid Severity Level 6 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Aggravated Assault | 1 | Non Drug-Grid Severity Level 7 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Poss of opiates,opium, narc drugs or desig stim | 1 | Drug-grid Severity Level 4 | Active | KS |

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|--------|-----------------|--------------|-----------------|-----|-------------------------------|--------|---------------------|------------------|-------|
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Criminal Possession Firearm;BarLT12", 5yr Felon | 1 | Non Drug-Grid Severity Level 8 | Active | KS |
| Reno | 11CR178 | Mar 22, 2011 | Oct 28, 2016 | N/A | Kidnapping | 1 | Non Drug-Grid Severity Level 3 | Active | KS |
| Reno | 02CR911 | Sep 20, 2002 | Nov 14, 2003 | N/A | Obstructing Legal Process | 1 | Non Drug-Grid Severity Level 9 | Inactive | KS |
| Reno | 02CR911 | Sep 20, 2002 | Nov 14, 2003 | N/A | Battery | 1 | Class B Misdemeanor | Inactive | KS |

(I) If Number includes **JV** : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.

(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|----------|---------------|-----------------|
| El Dorado CF-Central | Nov 01, 2016 | Returned From Court Appearance |
| Reno County | Oct 27, 2016 | Released For Court Appearance |
| El Dorado CF-Central | Jul 27, 2016 | Returned From Court Appearance |
| Reno County | Jul 20, 2016 | Released For Court Appearance |
| El Dorado CF-Central | Jun 16, 2016 | Inter-Facility Movement |
| Lansing CF-Central | Nov 15, 2012 | Returned From Court Appearance |
| Reno County | Oct 30, 2012 | Released For Court Appearance |
| Lansing CF-Central | Oct 02, 2012 | Inter-Facility Movement |
| El Dorado CF-RDU | Aug 09, 2012 | Returned From Court Appearance |
| Sedgwick County | Apr 11, 2012 | Released For Court Appearance |
| El Dorado CF-RDU | Apr 09, 2012 | Returned From Court Appearance |
| Reno County | Apr 05, 2012 | Released For Court Appearance |
| El Dorado CF-RDU | Mar 06, 2012 | New Court Commitment |
| Unknown or N/A | Jul 27, 2010 | Expiration Of Sentence |
| Hutchinson CF-Central | May 27, 2010 | Parole Viol. No New Sentence |
| Reno County | Apr 22, 2010 | DOC Warrant Issued |
| Reno County | Apr 22, 2010 | DOC Warrant Issued |
| Unknown or N/A | Feb 25, 2010 | Absconded |
| Sedgwick County | Jan 11, 2010 | Intra-parole/CR |
| Reno County | Jan 05, 2010 | Intra-parole/CR |
| Reno County | Jan 05, 2010 | DOC War. Wthdrwn Supervsn I/S |
| Reno County | Dec 23, 2009 | DOC Warrant Issued |
| Reno County | Dec 17, 2009 | Intra-parole/CR |
| Reno County | Nov 03, 2009 | Intra-parole/CR |
| Sedgwick County | Nov 03, 2009 | DOC War. Wthdrwn Supervsn I/S |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Reno County | Oct 27, 2009 | DOC Warrant Issued |
| Unknown or N/A | Aug 06, 2009 | Absconded |
| Sedgwick County | Aug 05, 2009 | Intra-parole/CR |
| Sedgwick County | Aug 05, 2009 | DOC War. Wthdrwn Supervsn I/S |
| Sedgwick County | Jul 30, 2009 | DOC Warrant Issued |
| Sedgwick County | Jul 30, 2009 | Intra-parole/CR |
| Sedgwick County | Jun 15, 2009 | In-State Post Release |
| Lansing CF-Central | Sep 18, 2008 | Inter-Facility Movement |
| El Dorado CF-RDU | Aug 06, 2008 | New Court Commitment |
| Unknown or N/A | Jun 14, 2008 | Expiration Of Sentence |
| Reno County | Jun 14, 2008 | Intra-parole/CR |
| Reno County | Jun 14, 2008 | DOC War. Wthdrwn Supervsn I/S |
| Reno County | Apr 25, 2008 | DOC Warrant Issued |
| Unknown or N/A | Apr 17, 2008 | Absconded |
| Sedgwick County | Mar 29, 2008 | Det. Par/CR Rtnd KS Supervsn |
| Reno County | Mar 18, 2008 | Paroled To Detainer |
| El Dorado CF-Central | Nov 13, 2007 | Returned From Court Appearance |
| Reno County | Oct 25, 2007 | Released For Court Appearance |
| El Dorado CF-Central | Sep 27, 2007 | Inter-Facility Movement |
| El Dorado CF-RDU | Aug 20, 2007 | Returned From Court Appearance |
| Reno County | Aug 20, 2007 | Released For Court Appearance |
| El Dorado CF-RDU | Aug 13, 2007 | Parole Viol. No New Sentence |
| Reno County | Jul 23, 2007 | DOC Warrant Issued |
| Reno County | Jul 06, 2007 | DOC Warrant Issued |
| Reno County | Jul 06, 2007 | DOC Warrant Issued |
| Sedgwick County | May 04, 2007 | In-State Post Release |
| Lansing CF-Central | Nov 18, 2003 | Returned From Court Appearance |
| Reno County | Nov 13, 2003 | Released For Court Appearance |
| Lansing CF-Central | Oct 02, 2003 | Returned From Court Appearance |
| Reno County | Sep 25, 2003 | Released For Court Appearance |
| Lansing CF-Central | Sep 16, 2003 | Returned From Court Appearance |
| Reno County | Sep 09, 2003 | Released For Court Appearance |
| Hutchinson CF-Central | Sep 09, 2003 | Inter-Facility Movement |
| Lansing CF-Central | Aug 26, 2003 | Inter-Facility Movement |
| Norton CF-Central | Aug 12, 2003 | Returned From Court Appearance |
| Reno County | Aug 07, 2003 | Released For Court Appearance |
| Norton CF-Central | Jun 24, 2003 | Returned From Court Appearance |
| Reno County | Jun 10, 2003 | Released For Court Appearance |
| Norton CF-Central | May 06, 2003 | Inter-Facility Movement |
| Ellsworth CF | Apr 22, 2003 | Inter-Facility Movement |
| El Dorado CF-Central | Mar 18, 2003 | Probation Viol. New Sentence |

## KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| Apr 15, 2016 | 1 | Lansing Correctional Facility - Central | Fighting |
| Apr 09, 2016 | 1 | Lansing Correctional Facility - Central | Misusing Meds |
| Apr 09, 2016 | 2 | Lansing Correctional Facility - Central | Obscenity (W/O Children) |
| Apr 09, 2016 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 09, 2016 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Apr 02, 2016 | 1 | Lansing Correctional Facility - Central | Interf W/Cell Oper/Visibility |
| Apr 02, 2016 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 02, 2016 | 1 | Lansing Correctional Facility - Central | Interf W/Cell Oper/Visibility |
| Jan 21, 2016 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Jan 21, 2016 | 1 | Lansing Correctional Facility - Central | Battery |
| Jan 21, 2016 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Dec 25, 2015 | 1 | Lansing Correctional Facility - Central | Battery |
| Nov 29, 2015 | 1 | Lansing Correctional Facility - Central | Misusing Meds |
| Aug 02, 2015 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Aug 02, 2015 | 1 | Lansing Correctional Facility - Central | Interf W/Cell Oper/Visibility |
| Jun 16, 2015 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jan 30, 2015 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Aug 28, 2014 | 1 | Lansing Correctional Facility - Central | Fighting |
| Aug 28, 2014 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Apr 04, 2014 | 3 | Lansing Correctional Facility - Central | Answering Calls or Passes |
| Mar 09, 2013 | 1 | Lansing Correctional Facility - Central | Battery |
| Jan 27, 2013 | 1 | Lansing Correctional Facility - Central | Use of Stimulants |
| Jan 27, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jan 27, 2013 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jun 05, 2010 | 1 | Hutchinson Correctional Fac. - Central | Disobeying Orders |
| Jun 05, 2010 | 2 | Hutchinson Correctional Fac. - Central | Unauthorized Dealing or Trade |
| Jun 05, 2010 | 2 | Hutchinson Correctional Fac. - Central | Lying |
| Mar 25, 2009 | 2 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, n/SexOfndr |
| Mar 16, 2009 | 1 | Lansing Correctional Facility - Central | Use of Stimulants |
| Mar 11, 2009 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| Feb 25, 2009 | 2 | Lansing Correctional Facility - Central | Sex Explicit Mtrl, n/SexOfndr |
| Jan 29, 2009 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Dec 21, 2008 | 1 | Lansing Correctional Facility - Central | Lewd Acts |
| Dec 21, 2008 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Dec 20, 2008 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Dec 07, 2008 | 1 | Lansing Correctional Facility - Central | Fighting |
| Aug 11, 2008 | 2 | El Dorado Correctional Fac. - RDU | Unauthorized Dealing or Trade |
| Dec 24, 2007 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Oct 01, 2007 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Oct 01, 2007 | 1 | El Dorado Correctional Fac. - Central | Battery |

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| Oct 01, 2007 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Oct 01, 2007 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Apr 08, 2007 | 1 | Lansing Correctional Facility - Central | Use Stimulants, Sedatives, Etc |
| Mar 26, 2007 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Jan 22, 2007 | 3 | Lansing Correctional Facility - Central | Violation of Published Orders |
| Sep 07, 2006 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Sep 07, 2006 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| May 24, 2006 | 1 | Lansing Correctional Facility - Central | Avoiding an Officer |
| May 24, 2006 | 2 | Lansing Correctional Facility - Central | Tatoos and Body Markings |
| May 24, 2006 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Apr 19, 2006 | 2 | Lansing Correctional Facility - Central | Falsifying Documents |
| Mar 21, 2006 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Mar 21, 2006 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Jan 26, 2006 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Jan 07, 2006 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Jul 20, 2005 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Jul 14, 2005 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Jun 23, 2005 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| Jun 21, 2005 | 1 | Lansing Correctional Facility - Central | Inmate Activity; Limitations |
| Jun 21, 2005 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| May 25, 2005 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| May 13, 2005 | 1 | Lansing Correctional Facility - Central | Use Stimulants, Sedatives, Etc |
| Apr 21, 2005 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Apr 21, 2005 | 2 | Lansing Correctional Facility - Central | Misuse of State Property |
| Mar 01, 2005 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Mar 01, 2005 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Feb 26, 2005 | 1 | Lansing Correctional Facility - Central | Undue Familiarity |
| Feb 24, 2005 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Feb 03, 2005 | 1 | Lansing Correctional Facility - Central | Theft |
| Jan 27, 2005 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Dec 31, 2004 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Dec 31, 2004 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Dec 07, 2004 | 1 | Lansing Correctional Facility - Central | Use Stimulants, Sedatives, Etc |
| Oct 30, 2004 | 2 | Lansing Correctional Facility - Central | Unauthorized Dealing or Trade |
| Oct 30, 2004 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Oct 30, 2004 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Sep 16, 2004 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jul 02, 2004 | 2 | Lansing Correctional Facility - Central | Misconduct in Dining Room |
| Apr 28, 2004 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 28, 2004 | 1 | Lansing Correctional Facility - Central | Avoiding an Officer |
| Mar 21, 2004 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| Mar 21, 2004 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Jan 09, 2004 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Jan 09, 2004 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| Dec 23, 2003 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |
| Sep 08, 2003 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Sep 08, 2003 | 2 | Lansing Correctional Facility - Central | Misuse of State Property |
| Aug 18, 2003 | 1 | Norton Correctional Facility - Central | Fighting |
| Jul 11, 2003 | 2 | Norton Correctional Facility - Central | Unauthorized Dealing or Trade |
| Jun 30, 2003 | 2 | Norton Correctional Facility - Central | Work Performance |
| Apr 27, 2003 | 3 | Ellsworth Correctional Facility | Restr Area/Unauthor Presence |

Main Site:  Kansas Department of Corrections

## AFFIDAVIT OF DON ALMOND

I, Don Almond, of lawful age, being first duly sworn, on oath depose and state as follows:

1.  I am currently employed as a Chaplain at Lansing Correctional Facility. I have been employed in that position since 2013.

2.  My duties as chaplain include providing for the observance of the faith practices of our inmates per policy including attendance at religious callouts and approval of any special diet requirements related to the inmate's stated religion.

3.  On January 22, 2014, inmate DeRon McCoy #76894 changed his religious preference from Protestant to Assembly of Yahweh.

4.  Upon receiving this change in preference, inmate McCoy would have been placed on the roster to receive religious diet meals.

5.  On August 24, 2014, inmate McCoy changed his religious preference to Judaism.

Further affiant saith not.

Don Almond
Chaplain
Lansing Correctional Facility

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 27th day of February, 2017.

DEBORAH EHRET-REYES
Notary Public - State of Kansas
My Appt. Expires 8-15-19

Deborah Ehret-Reyes
Notary Public

My appointment expires: 8-15-19

1



AFFIDAVIT OF PATRICIA BERRY

I, Patricia Berry, of lawful age, being first duly sworn, on oath depose and state as follows:

1.    I am currently employed as a contract compliance manager with the Kansas Department of Corrections.  I have been employed in my current position since 2000 and I assumed the responsibilities of the food service contract manager in 2011.

2.    My duties as contract compliance manager include the enforcement of contract requirements, the preparation and processing of contract amendments, conducting food service operation inspections and facilitating the menu review and approval process.

3.    The Department has contracted with Aramark Correctional Services, Inc. for the provision of provide food service for the department's correctional facilities since 1997.

4.    The procedures relating to religious diets are set out in Internal Management Policy and Procedure (IMPP) 10-106 and 10-119.

5.    The religious meals menus for male inmates for 2014 and 2015 are attached as Exhibit A.

6.    I conducted an audit inspection of LCF's food service on February 24, 2014.  In this inspection, I found that the authorized menus were being used, that the kitchen had appropriate Kosher food preparation practices, that the equipment was clean and that pest control was evident (no roaches, mice, flies, etc.) and pest control procedure was maintained.

7.    On July 3, 2014, I conducted an unannounced site visit as a result of concerns expressed by facility management exacerbated by a facility lockdown.  During this inspection, I found additional food stored in the certified religious diet (CRD) cooler because the pass through cooler on the front line was not working.  I did not observe any other issues with regard to the preparation, serving or storage of CRD meals.

1


EXHIBIT
C

8. I conducted an audit inspection on July 22, 2014. I observed that proper religious diet food preparation and serving practices. Proper religious diet food storage practices were being used. Pest control was evident and the procedure was maintained.

9. I conducted on audit inspection on December 18, 2014. I observed that proper religious diet food preparation and serving practices. Proper religious diet food storage practices were being used. Pest control was evident and the procedure was maintained.

10. I conducted a food service inspection on September 30, 2015. No religious diet preparation or serving practices were observed. Proper religious diet food storage practices were being used. Pest control was evident and procedure was maintained.

Further affiant saith not.


_Patricia Berry_
Patricia Berry


SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 27th day of February, 2017.


_Tracie Gauntt_
Notary Public

My appointment expires Aug 15 2020

```
NOTARY PUBLIC - State of Kansas
TRACIE GAUNTT
My Appt Expires Aug 15 2020
```

Proposed 11/11.
Implemented 1/12
Revised 10/12, 10/15



# KANSAS DEPARTMENT OF CORRECTIONS
## RELIGIOUS MEALS MALE MENU
Weekly Average 2900 Calories Per Day

aramark

**Week:** 1

## Meal Name: Breakfast

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| Fruit Juice (50%) | 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup |
| Kosher Hot Cereal | 2 cup | Kosher Hot Cereal 2 cup | Kosher Hot Cereal 2 cup | Kosher Hot Cereal 2 cup | Kosher Hot Cereal 2 cup | Dry Cereal 2 cup | Kosher Hot Cereal 2 cup |
| Kosher Peanut Butter | 2 ccw | Kosher Hard Cooked Egg 1 each | Kosher Peanut Butter 1 each | Kosher Peanut Butter 2 ccw | Kosher Hard Cooked Egg 1 each | Kosher Peanut Butter 1 each | Kosher Hard Cooked Egg 1 each |
| Kosher Bread | 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 2 ccw | Kosher Bread 1 each |
| Kosher Margarine, po | 2 each | Kosher Margarine, po 2 each | Kosher Margarine, po 2 each | Kosher Margarine, po 2 each | Kosher Margarine, po 2 each | Kosher Margarine, po 3 slice | Kosher Margarine, po 3 slice |
| Jelly, po | 2 packet | Jelly, po 2 packet | Jelly, po 2 packet | Jelly, po 2 each | Jelly, po 2 each | Kosher Margarine, po 2 each | Kosher Margarine, po 2 each |
| 1% Milk (Half Pint) | 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | Jelly, po 2 packet | Jelly, po 2 packet |
| Sugar | 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each |
| | | | | | | Sugar 2 packet | Sugar 2 packet |

## Meal Name: Lunch

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| Chunky Beef Stew | | Sloppy Joe | Turkey A La King | Creamy Chicken Dinner | Turkey Tetrazzini | Roast Tuna | Taco Meat |
| Kosher Rice 3/4 cup | | Kosher Bread 3/4 cup | 3/4 cup | 3/4 cup | 3/4 cup | | 3/4 cup |
| Kosher Coleslaw Vinaigrette 1/2 cup | | Kosher Pinto Beans 1/2 cup | Kosher Rice 2 slice | Kosher Rice 1/2 cup | Kosher Noodles 1 1/2 cup | Mayo Dressing 2 ccw | Kosher Pinto Beans 2 packet |
| Kosher Bread 2 slice | | Garden Salad 1 1/2 cup | Garden Salad 1 cup | Kosher Salad 2 slice | Garden Salad 2 slice | Kosher Bread 2 packet | Kosher Rice 1 1/2 cup |
| Kosher Margarine, po 2 each | | Italian Salad Dressing 1 cup | Italian Salad Dressing 1 cup | Garden Salad 1 cup | Italian Salad Dressing 1 cup | MARINATED RICE SALAD KOSHER 1 1/2 cup | Kosher Rice 1 cup |
| Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | Kosher Margarine, po 1 flat | Kosher Bread 1 flat | Italian Salad Dressing 1 cup | Kosher Bread 1 flat | Kosher Coleslaw Vinaigrette 1/2 cup | Shredded Lettuce 1/2 cup |
| | | Kosher Margarine, po 2 each | Kosher Margarine, po 2 slice | Kosher Bread 1 flat | Kosher Margarine, po 2 slice | Kosher Bread 2 each | Flour Tortilla (8") 1/2 cup |
| | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Margarine, po 2 each | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Italian Salad Dressing 1 cup | Kosher Margarine, po 2 each |
| | | | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup |

## Meal Name: Dinner

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| Italian Chicken | | Creamy Chicken Dinner | Italian Meat Sauce | Beef Stroganoff | Broccoli & Sour Chicken | | Pulled BBQ Chicken |
| Kosher Noodles 3/4 cup | | Kosher Rice 3/4 cup | Kosher Noodles 3/4 cup | Kosher Noodles 3/4 cup | Kosher Rice 3/4 cup | Kosher Peanut Butter 2 ccw | Kosher Rice 3/4 cup |
| Kosher Green Beans 1 1/2 cup | | Kosher Coleslaw Vinaigrette 1 1/2 cup | Kosher Carrots 1 1/2 cup | Kosher Green Beans 1 1/2 cup | Kosher Mixed Vegetables 1 1/2 cup | Jelly, po 2 each | Kosher Rice 1 1/2 cup |
| Garden Salad 1/2 cup | | Kosher Bread 1/2 cup | Kosher Bread 1/2 cup | Kosher Bread 1/2 cup | Kosher Bread 1/2 cup | Kosher Bread 2 slice | Kosher Carrots 1/2 cup |
| Italian Salad Dressing 2 slice | | Kosher Margarine, po 2 slice | Kosher Margarine, po 2 slice | Kosher Bread 2 slice | Kosher Margarine, po 2 slice | Kosher Macaroni Salad 2 slice | Kosher Bread 1/2 cup |
| Kosher Bread 1 flat | | Kosher Margarine, po 2 slice | Kosher Margarine, po 2 each | Kosher Margarine, po 2 each | Kosher Margarine, po 2 each | Garden Salad 1 1/2 cup | Kosher Bread 2 slice |
| Kosher Margarine, po 2 each | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Italian Salad Dressing 1/2 cup | Kosher Margarine, po 2 each |
| Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | | | | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup |

Side dishes are volume measurements. All entrees are made with Textured Vegetable Protein (TVP) unless otherwise indicated with an asterisk (*). All starches, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low Fat). No pork is used.

NUTRITION STATEMENT: This menu meets the nutritional guidelines of the American Correctional Association which are based upon the current DRI's for males and females 19 to 50 years as established by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences. Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.

General Guidelines: Follow all kosher preparation instructions in recipe for Entrees, Starches and Salads. Utensils used for scooping, cooking and serving must be dedicated for kosher food use ONLY and stored in a special area. No meat is served. Serve meat on disposable or designated kosher trays with disposable or kosher only tableware.

KDOC Dietitian's Signature of Review: _Charlene Edmonce_

ARAMARK Dietitian's Signature of Nutritional Adequacy:

Reviewed 1/18

State Contract Monitor Signature of Approval:

Apparent Religious Authority's Signature of Approval: _Patricia Berry_

This menu, its meal components and preparation processes follow Jewish dietary laws. It is undersigned and I am not overseeing the preparation of these meals and as such can not confirm that each meal being served is Kosher



EXHIBIT
C-A

tabbies®

Proposed 11/11
Implemented 1/12
Revised 10/12, 10/15



## KANSAS DEPARTMENT OF CORRECTIONS
### RELIGIOUS MEALS MALE MENU
Weekly Average 2900 Calories Per Day

**aramark**

**Week:** 2

**Meal Name: Breakfast**

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| Fruit Juice (50%) | 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup |
| Kosher Hot Cereal | 2 cup | Kosher Hot Cereal 2 cup | Kosher Hot Cereal 2 cup | Kosher Hot Cereal 2 cup | Kosher Hot Cereal 2 cup | Dry Cereal 2 cup | Kosher Hot Cereal 2 cup |
| Kosher Peanut Butter | 2 oz | Kosher Hard Cooked Egg 1 each | Kosher Peanut Butter 1 each | Kosher Hard Cooked Egg 2 each | Kosher Peanut Butter 1 each | Kosher Hard Cooked Egg 1 each | Kosher Peanut Butter 1 each |
| Kosher Bread | 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice |
| Kosher Margarine, pc | 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each |
| Jelly, pc | 2 packet | Jelly, pc 2 packet | Jelly, pc 2 packet | Jelly, pc 2 packet | Jelly, pc 2 packet | Jelly, pc 2 packet | Jelly, pc 2 packet |
| 1% Milk (Half Pint) | 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each |
| Sugar | 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet |

**Meal Name: Lunch**

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| | Chunky Beef Stew | Sloppy Joe | Turkey A La King | Taco Meat | Turkey Tetrazzini | Kosher Peanut Butter | Turkey A La King |
| Kosher Rice | 3/4 cup | Kosher Bread 2 slice | Kosher Rice 3/4 cup | | 3/4 cup | | 3/4 cup |
| Kosher Coleslaw Vinaigrette | 1/2 cup | Kosher Pinto Beans 1/2 cup | Garden Salad 1/2 cup | Kosher Pinto Beans 1/2 cup | Kosher Noodles 1 1/2 cup | Jelly, pc 1 1/2 cup | Kosher Rice 3/4 cup |
| Kosher Bread | | Garden Salad | Italian Salad Dressing 1 cup | Kosher Rice 1 cup | Garden Salad 1 cup | Kosher Bread 2 slice | Garden Salad 1 cup |
| Kosher Margarine, pc | 2 slice | Italian Salad Dressing 1 fl oz | Kosher Bread 1 fl oz | Shredded Lettuce 1 fl oz | Italian Salad Dressing 1 fl oz | Kosher Mixed Veg Salad 1 fl oz | Italian Salad Dressing 1 fl oz |
| Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 2 each / 1 cup | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Flour Tortilla (8") 2 each | Kosher Bread 2 each | Garden Salad 2 slice | Kosher Bread 1 cup |
| | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Margarine, pc 2 each | Italian Salad Dressing 1 fl oz | Kosher Margarine, pc 2 each |
| | | | | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Garden Salad 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup |
| | | | | | | Italian Salad Dressing 1 fl oz | |
| | | | | | | Kosher Margarine, pc 2 each | |
| | | | | | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | |

**Meal Name: Dinner**

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| | Italian Meat Sauce | Creamy Chicken Dinner | Italian Chicken | Creamy Chicken Dinner | Sloppy Joe | Baked Tuna | Pulled BBQ Chicken |
| Kosher Noodles | 3/4 cup | Kosher Rice 3/4 cup | Kosher Noodles 3/4 cup | Kosher Noodles 3/4 cup | Kosher Rice 3/4 cup | Kosher Rice 3/4 cup | Kosher Rice 3/4 cup |
| Kosher Green Beans | 1 1/2 cup | Kosher Noodles 1 1/2 cup | Kosher Noodles 1 1/2 cup | Kosher Noodles 1 1/2 cup | Kosher Bread 1 1/2 cup | Mayo Dressing 2 slice | Kosher Noodles 1 1/2 cup |
| Garden Salad | 1/2 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Carrots 1/2 cup | Kosher Mixed Vegetables 1/2 cup | Kosher Pinto Beans 1/2 cup | Kosher Bread 2 packet | Kosher Carrots 1/2 cup |
| Salad Dressing LF | 1/2 fl oz | Kosher Bread 2 slice | Kosher Bread 2 slice | Kosher Bread 2 slice | Kosher Bread 1 1/2 cup | Kosher Carrots 1/2 cup | Kosher Bread 1/2 cup |
| Kosher Bread | 2 slice | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Coleslaw Vinaigrette 2 slice | MARINATED RICE SALAD KOSHER 1/2 cup | Kosher Bread 2 slice |
| Kosher Margarine, pc | 2 each | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1/2 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Margarine, pc 2 slice |
| Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 2 each / 1 cup | | | | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 2 each / 1 cup |

**Side dishes are volume measurements.** All entrees are made with Textured Vegetable Protein (TVP) unless otherwise indicated with an asterisk (*). All entrees, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low Fat). No pork is used.

**NUTRITION STATEMENT:** This menu meets the nutritional guidelines of the American Correctional Association which are based upon the current DRI's for males and females 19 to 50 years as established by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences. Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.

General Guidelines: Follow all kosher preparation instructions in recipe for Entrees, Starches and Salads. Utensils used for scooping, cooking and serving must be dedicated for kosher food use ONLY and stored in a special area. No meat is served.    Serve meal on disposable or designated kosher trays with disposable or kosher only tableware.

KDOC Dietitian's Signature of Review: _Oliza W pumpime_

State Contract Monitor Signature of Approval:

ARAMARK Dietitian's Signature of Nutritional Adequacy: _____

Aramark Religious Authority Signature of Approval: _Patricia Berry_

The Rabbi, as Religious Authority, is responsible for ensuring that preparation processes follow Jewish dietary laws. It is understood that I am not overseeing the preparation of these meals and as such can not confirm that each meal being served is Kosher.

Reviewed 1/13

## KANSAS DEPARTMENT OF CORRECTIONS
### RELIGIOUS MEALS MALE MENU
Weekly Average 2900 Calories Per Day


aramark

Proposed 11/11
Implemented 1/1/12
Revised 10/12, 10/16

**Week:** 3

### Meal Name: Breakfast

| Item | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fruit Juice (60%) | | 1 cup | | 1 cup | | 1 cup | | 1 cup | | 1 cup | | 1 cup | | 1 cup |
| Kosher Hot Cereal | | | | | | | | | | | | | | |
| Kosher Peanut Butter | | 2 cup | Kosher Hard Cooked Egg | 2 cup | Kosher Hot Cereal | 2 cup | Kosher Hot Cereal | 2 cup | Kosher Hot Cereal | 2 cup | Dry Cereal | 2 cup | Kosher Hot Cereal | 2 cup |
| Kosher Bread | 2 ozw | Kosher Peanut Butter | 1 each | Kosher Peanut Butter | 1 each | Kosher Hard Cooked Egg | 2 ozw | Kosher Hard Cooked Egg | 2 ozw | Kosher Peanut Butter | 1 each | Kosher Peanut Butter | 2 cup |
| Kosher Margarine, pc | 3 slice | Kosher Bread | 3 slice | Kosher Bread | 3 slice | Kosher Bread | 3 slice | Kosher Bread | 3 slice | Kosher Bread | 2 ozw | Kosher Bread | 1 each |
| Jelly, pc | 2 each | Kosher Margarine, pc | 2 each | Kosher Margarine, pc | 2 each | Kosher Margarine, pc | 2 each | Kosher Margarine, pc | 2 each | Kosher Margarine, pc | 3 slice | Kosher Margarine, pc | 3 slice |
| 1% Milk (Half Pint) | 2 packet | Jelly, pc | 2 packet | Jelly, pc | 2 packet | Jelly, pc | 2 packet | Jelly, pc | 2 packet | Kosher Margarine, pc | 2 each | Kosher Margarine, pc | 2 each |
| Sugar | 1 each | 1% Milk (Half Pint) | 1 each | 1% Milk (Half Pint) | 1 each | 1% Milk (Half Pint) | 1 each | 1% Milk (Half Pint) | 1 each | Jelly, pc | 2 packet | Jelly, pc | 2 packet |
| | 2 packet | Sugar | 2 packet | Sugar | 2 packet | Sugar | 2 packet | Sugar | 2 packet | 1% Milk (Half Pint) | 1 each | 1% Milk (Half Pint) | 1 each |
| | | | | | | | | | | Sugar | 2 packet | Sugar | 2 packet |

### Meal Name: Lunch

| Item | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Creamy Chicken Dinner | | | Sweet & Sour Chicken | | Italian Meat Sauce | | Creamy Chicken Dinner | | Turkey Tetrazzini | | Kosher Peanut Butter | | Taco Meat | |
| Kosher Noodles | 3/4 cup | Kosher Rice | 3/4 cup | Kosher Noodles | 3/4 cup | Kosher Rice | 3/4 cup | Kosher Noodles | 3/4 cup | Jelly, pc | 3/4 cup | | 2 ozw |
| Kosher Coleslaw Vinaigrette | 1 1/2 cup | Garden Salad | 1 1/2 cup | Kosher Coleslaw Vinaigrette | 1 1/2 cup | Kosher Coleslaw Vinaigrette | 1 1/2 cup | Garden Salad | 1 1/2 cup | Kosher Bread | 1 1/2 cup | Kosher Fresh Beans | 2 packet |
| Kosher Bread | 1/2 cup | Italian Salad Dressing | 1/2 cup | Kosher Bread | 1/2 cup | Garden Salad | 1/2 cup | Italian Salad Dressing | 1/2 cup | Kosher Mozarol Salad | 1 cup | Kosher Rice | 1/2 cup |
| Kosher Margarine, pc | 2 slice | Kosher Bread | 1 ea | Kosher Margarine, pc | 2 slice | Italian Salad Dressing | 2 slice | Kosher Bread | 1 floz | Garden Salad | 2 slice | Shredded Lettuce | 1 cup |
| Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 2 each, 1 cup | Kosher Margarine, pc | 2 slice | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 2 each, 1 cup | Kosher Margarine, pc | 2 each | Kosher Margarine, pc | 2 slice | Garden Salad | 1 1/2 cup | Flour Tortilla (9") | 1/2 cup |
| | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 2 each, 1 cup | | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 2 each, 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 2 each, 1 cup | Kosher Coleslaw Vinaigrette | 1 floz | Kosher Margarine, pc | 2 each |
| | | | | | | | | | | Italian Salad Dressing | 2 slice | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 2 each, 1 cup |
| | | | | | | | | | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 1 floz, 1 cup | | |

### Meal Name: Dinner

| Item | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | | SUNDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Italian Chicken | | Beef Stroganoff | | Chunky Beef Stew | | Beef Stroganoff | | Pulled BBQ Chicken | | Roast Tuna | | Creamy Chicken Dinner | |
| Kosher Rice | 3/4 cup | Kosher Noodles | 3/4 cup | Kosher Rice | 3/4 cup | Kosher Noodles | 3/4 cup | Kosher Rice | 3/4 cup | | 3/4 cup | Kosher Noodles | 3/4 cup |
| Kosher Green Beans | 1 1/2 cup | Kosher Coleslaw Vinaigrette | 1 1/2 cup | Kosher Carrots | 1 1/2 cup | Kosher Noodles | 1 1/2 cup | Kosher Rice | 1 1/2 cup | Mayo Dressing | 2 ozw | Kosher Noodles | 1 1/2 cup |
| Garden Salad | 1/2 cup | Kosher Bread | 1/2 cup | Garden Salad | 1/2 cup | Kosher Mixed Vegetables | 1/2 cup | Kosher Carrots | 1/2 cup | Kosher Bread | 2 packet | Kosher Mixed Vegetables | 1/2 cup |
| Salad Dressing LF | 1/2 cup | Kosher Margarine, pc | 2 slice | Salad Dressing LF | 1/2 cup | Garden Salad | 1/2 cup | Kosher Bread | 1/2 cup | | 1/2 cup | Kosher Bread | 1/2 cup |
| Kosher Bread | 1/2 floz | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 2 each | Kosher Bread | 1/2 floz | Salad Dressing LF | 1/2 floz | Kosher Margarine, pc | 2 slice | MARINATED RICE SALAD KOSHER | 2 slice | Kosher Margarine, pc | 2 slice |
| Kosher Margarine, pc | 2 slice | | 1 cup | Kosher Margarine, pc | 2 slice | Kosher Bread | 1/2 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 2 each, 1 cup | Kosher Coleslaw Vinaigrette | 1/2 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 2 each, 1 cup |
| Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 2 each, 1 cup | | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 2 each, 1 cup | Kosher Margarine, pc | 2 slice | | | Kosher Margarine, pc | 2 each | | |
| | | | | | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 2 each, 1 cup | | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 2 each, 1 cup | | |

Side dishes are volume measurements. All entrées are made with Textured Vegetable Protein (TVP) unless otherwise indicated with an asterisk (*). All starches, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low/Fat). No pork is used.

**NUTRITION STATEMENT:** This menu meets the nutritional guidelines of the American Correctional Association which are based upon the current DRI's for males and females 19 to 50 years as established by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences. Adequate levels of protein, Vitamin A, Vitamin C, calcium and iron are included.

General Guidelines: Follow all kosher preparation instructions in recipe for Entrees, Starches and Salads. Utensils used for scooping, cooking and serving must be dedicated for kosher food use ONLY and stored in a special area. No meat is served. Serve meal on disposable or designated kosher trays with disposable or kosher only tableware.

KDOC Dietitian's Signature of Review: *[signature]* Criydellen _____

ARAMARK Dietitian's Signature of Approval: *[signature]*

State Contract Monitor Signature of Approval: *[signature]*

Aramark Religious Authority's Signature of Approval: *Patricia Berry*

*[signature]*

This menu, its meal components and preparation processes follow Jewish dietary laws. It is understood that I am not overseeing the preparation of these meals and as such can not confirm that each meal being served is Kosher.

Reviewed 1/13

Proposed 11/11
Implemented 1/12
Revised 10/12, 10/15

## KANSAS DEPARTMENT OF CORRECTIONS
### RELIGIOUS MEALS MALE MENU
Weekly Average 2900 Calories Per Day



aramark

**Week:** 4

### Meal Name: Breakfast

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| Fruit Juice (50%) | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup |
| Kosher Hot Cereal | 2 cup | 2 cup | 2 cup | 2 cup | 2 cup | 2 cup | 2 cup |
| Kosher Peanut Butter | 2 ea | Kosher Hard Cooked Egg 2 ea | 2 ea | Kosher Hard Cooked Egg 2 ea | Kosher Peanut Butter 1 each | Kosher Peanut Butter 1 each | Kosher Peanut Butter 1 each |
| Kosher Bread | 3 slice | 3 slice | 3 slice | 3 slice | 3 slice | 3 slice | 3 slice |
| Kosher Margarine, pc | 2 each | 2 each | 2 each | 2 each | 2 each | 2 each | 2 each |
| Jelly, pc | 2 packet | 2 packet | 2 packet | 2 packet | 2 packet | 2 packet | 2 packet |
| 1% Milk (Half Pint) | 1 each | 1 each | 1 each | 1 each | 1 each | 1 each | 1 each |
| Sugar | 2 packet | 2 packet | 2 packet | 2 packet | 2 packet | 2 packet | 2 packet |

### Meal Name: Lunch

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| Entree | Chunky Beef Stew | Sloppy Joe | Turkey A La King | Taco Meat | Turkey A La King | Kosher Peanut Butter | Turkey Tetrazzini |
| Kosher Rice | 3/4 cup | Kosher Bread 2 slice | 3/4 cup | 3/4 cup | 3/4 cup | Jelly, pc 2 each | Kosher Noodles 3/4 cup |
| Kosher Coleslaw Vinaigrette | 1/2 cup | 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Pinto Beans 1 1/2 cup | Kosher Rice 1 1/2 cup | Jelly, pc 1 1/2 cup | 1 1/2 cup |
| Kosher Bread | 2 slice | Garden Salad 1 cup | Garden Salad 1 cup | Kosher Rice 1 cup | Garden Salad 1 cup | Garden Salad 2 slice | Garden Salad 1 cup |
| Kosher Margarine, pc | 2 each | Italian Salad Dressing 1 fl oz | Italian Salad Dressing 1 fl oz | Shredded Lettuce 1 fl oz | Italian Salad Dressing 1/2 cup | Kosher Macaroni Salad 1/2 cup | Italian Salad Dressing 1 fl oz |
| | | Kosher Margarine, pc 1 fl oz | Kosher Bread 1 cup | Flour Tortilla (8") 2 slice | Kosher Bread 1 each | Garden Salad 1 fl oz | Kosher Bread 1 each |
| | | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, po 2 each | Kosher Margarine, pc 2 each | Italian Salad Dressing 1 fl oz | Kosher Margarine, pc 2 each |
| Fruit Drink w/ Vitamin B12, C, D, E & Calcium | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup | Kosher Margarine, pc / Fruit Drink 1 cup | 1 cup |

### Meal Name: Dinner

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| Entree | Italian Meat Sauce | Sweet & Sour Chicken | Italian Chicken | Cherry Chicken Dinner | Sloppy Joe | Roasted Tuna | Italian Chicken |
| Kosher Noodles | 3/4 cup | 3/4 cup | 3/4 cup | 3/4 cup | 3/4 cup | 3/4 cup | 3/4 cup |
| Kosher Green Beans | 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Noodles 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Bread 1 1/2 cup | Mayo Dressing 1 1/2 cup | Kosher Rice 1 1/2 cup |
| Garden Salad | 1/2 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Carrots 1/2 cup | Kosher Mixed Vegetable 1/2 cup | Kosher Pinto Beans 1/2 cup | Kosher Bread 1/2 cup | Kosher Carrots 1/2 cup |
| Salad Dressing LF | 1/2 cup | Kosher Bread 2 slice | Kosher Bread 2 slice | Kosher Bread 2 slice | Kosher Mixed Vegetable 2 slice | Kosher Carrots 1 1/2 cup | Kosher Bread 1/2 cup |
| Kosher Bread | 1/2 oz | Kosher Margarine, po 2 each | Kosher Margarine, po 2 each | Kosher Margarine, ps 2 each | Kosher Bread 2 slice | MARINATED RICE SALAD KOSHER 1/2 cup | Kosher Margarine, po 2 slice |
| Kosher Bread | 2 each | | | | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Coleslaw Vinaigrette 1/2 cup | |
| Kosher Margarine, pc | 2 each | | | | Kosher Margarine, pc 2 each | | |
| Fruit Drink w/ Vitamin B12, C, D, E & Calcium | 2 each | Fruit Drink w/ Vitamin B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamin B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamin B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamin B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamin B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamin B12, C, D, E & Calcium 1 cup |

Side dishes are volume measurements. All entrees are made with Textured Vegetable Protein (TVP) unless otherwise indicated with an asterisk (*). All starches, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low Fat). No pork is used.

**NUTRITION STATEMENT:** This menu meets the nutritional guidelines of the American Correctional Association which are based upon the current DRIs for males and females 19 to 50 years as established by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences. Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.

**General Guidelines:** Follow all kosher preparation instructions in recipes for Entrees, Starches and Salads. Utensils used for scooping, cooking and serving must be dedicated for kosher food use ONLY and stored in a special area. No meat is served. Serve meal on disposable or designated kosher trays with disposable or kosher only tableware.

Reviewed 1/13

KDOC Dietitian's Signature of Review: _Greg Mitchell E_

ARAMARK Dietitian's Signature of Nutritional Adequacy: _____

State Contract Monitor Signature of Approval: _____

Aramark Religious Authority Signature of Approval: _Patricia Berry_

The menu listed components and preparation processes follow Jewish dietary laws. It is understood that I am not overseeing the preparation of these meals and as such can not confirm that each meal being served is Kosher



# KANSAS DEPARTMENT OF CORRECTIONS
## RELIGIOUS MEALS MALE MENU
### Weekly Average 2900 Calories Per Day

Proposed 11/11
Implemented 1/12
Revised 10/12, 10/15

**Week: 5**

**Meal Name: Breakfast**

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| | Fruit Juice (50%) | Fruit Juice (50%) | Fruit Juice (50%) | Fruit Juice (50%) | Fruit Juice (50%) | Fruit Juice (50%) | Fruit Juice (50%) |
| | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup |
| Kosher Hot Cereal | Kosher Hot Cereal | Kosher Hot Cereal | Kosher Hot Cereal | Kosher Hot Cereal | Kosher Hot Cereal | Dry Cereal | Kosher Hot Cereal |
| | 2 cup | 2 cup | 2 cup | 2 cup | 2 cup | 2 cup | 1 cup |
| Kosher Peanut Butter | Kosher Hard Cooked Egg | Kosher Peanut Butter | Kosher Hard Cooked Egg | Kosher Hard Cooked Egg | Kosher Peanut Butter | Kosher Hard Cooked Egg |
| | 1 each | 2 each | 1 each | 2 each | 1 each | 1 each |
| Kosher Bread | Kosher Bread | Kosher Bread | Kosher Bread | Kosher Bread | Kosher Bread | Kosher Bread |
| | 3 slice | 3 slice | 3 slice | 3 slice | 3 slice | 3 slice |
| Kosher Margarine, pc | Kosher Margarine, pc | Kosher Margarine, pc | Kosher Margarine, pc | Kosher Margarine, pc | Kosher Margarine, pc | Kosher Margarine, pc |
| | 2 each | 2 each | 2 each | 2 each | 2 each | 2 each |
| Jelly, pc | Jelly, pc | Jelly, pc | Jelly, pc | Jelly, pc | Jelly, pc | Jelly, pc |
| | 2 packet | 2 packet | 2 packet | 2 packet | 2 packet | 2 packet |
| 1% Milk (Half Pint) | 1% Milk (Half Pint) | 1% Milk (Half Pint) | 1% Milk (Half Pint) | 1% Milk (Half Pint) | 1% Milk (Half Pint) | 1% Milk (Half Pint) |
| | 1 each | 1 each | 1 each | 1 each | 1 each | 1 each |
| Sugar | Sugar | Sugar | Sugar | Sugar | Sugar | Sugar |
| | 2 packet | 2 packet | 2 packet | 2 packet | 2 packet | 2 packet |

**Meal Name: Lunch**

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Creamy Chicken Dinner | Sweet & Sour Chicken | Italian Meat Sauce | Creamy Chicken Dinner | Turkey Tetrazzini | Kosher Peanut Butter | Taco Meat |
| 3/4 cup | 3/4 cup | 3/4 cup | 3/4 cup | 3/4 cup | | 2 each |
| Kosher Rice | Kosher Rice | Kosher Noodles | Kosher Rice | Kosher Noodles | Jelly, pc | Kosher Pinto Beans |
| 1/2 cup | 1/2 cup | 1 1/2 cup | 1 1/2 cup | 1 1/2 cup | | 3/4 cup |
| Kosher Coleslaw Vinaigrette | Garden Salad | Kosher Coleslaw Vinaigrette | Garden Salad | Garden Salad | Kosher Bread | Kosher Rice |
| 1/2 cup | 1 cup | 1/2 cup | 1 cup | 1 cup | | 1 1/2 cup |
| Kosher Bread | Italian Salad Dressing | Kosher Bread | Italian Salad Dressing | Italian Salad Dressing | Kosher Margarine, pc | Kosher Rice |
| 1 cup | 1 fl oz | 1.5 oz | 1 fl oz | 1 fl oz | | 1 cup |
| Kosher Margarine, pc | Kosher Bread | Kosher Bread | Kosher Bread | Kosher Bread | Kosher Minestral Salad | Shredded Lettuce |
| 2 each | 2 slice | 2 each | 2 slice | 1 cup | | 1/2 cup |
| Fruit Drink w/ Vitamins B12, C, D, E & Calcium | Kosher Margarine, pc | Kosher Margarine, pc | Kosher Margarine, pc | Kosher Margarine, pc | Kosher Coleslaw Vinaigrette | Fruit Tortilla (9") |
| 1 cup | 2 each | 2 each | 2 each | 2 each | 1/2 cup | 1/2 cup |
| | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | Kosher Margarine, pc | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | Fruit Drink w/ Vitamins B12, C, D, E & Calcium |
| | 1 cup | 1 cup | 1 cup | 2 each | 1 cup | 1 cup |

**Meal Name: Dinner**

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Beef Stroganoff | Pulled BBQ Chicken | Chunky Beef Stew | Beef Stroganoff | Sweet & Sour Chicken | Rinsed Tuna | Pulled BBQ Chicken |
| 3/4 cup | 3/4 cup | 3/4 cup | 3/4 cup | 3/4 cup | | 3/4 cup |
| Kosher Noodles | Kosher Rice | Kosher Rice | Kosher Noodles | Kosher Rice | Mayo Dressing | Kosher Noodles |
| 1 1/2 cup | 1 1/2 cup | 1 1/2 cup | 1 1/2 cup | 1 1/2 cup | 2 packet | 1 1/2 cup |
| Kosher Green Beans | Kosher Coleslaw Vinaigrette | Kosher Carrots | Kosher Mixed Vegetables | Kosher Green Beans | Kosher Bread | Kosher Carrots |
| 1/2 cup | 1/2 cup | 1/2 cup | 1/2 cup | 1/2 cup | 1/2 cup | 1/2 cup |
| Garden Salad | Garden Salad | Garden Salad | Kosher Bread | Kosher Bread | MARINATED RICE SALAD | Kosher Bread |
| 1/2 cup | 2 slice | 2 slice | | | 1 1/2 cup | |
| Salad Dressing LF | Salad Dressing LF | Salad Dressing LF | Kosher Margarine, pc | Kosher Margarine, pc | Garden Salad | Kosher Margarine, pc |
| 1 fl oz | 1 fl oz | 1/2 cup | 2 slice | 2 slice | 1/2 cup | 2 slice |
| Kosher Bread | Kosher Bread | Kosher Bread | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | Italian Salad Dressing | Fruit Drink w/ Vitamins B12, C, D, E & Calcium |
| | | | 1 cup | 1 cup | 1 fl oz | 1 cup |
| Kosher Margarine, pc | Kosher Margarine, pc | Kosher Margarine, pc | | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | |
| 2 each | 2 each | 2 each | | | 1 cup | |
| Fruit Drink w/ Vitamins B12, C, D, E & Calcium | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | Fruit Drink w/ Vitamins B12, C, D, E & Calcium | | | | |
| 1 cup | 1 cup | 1 cup | | | | |

Side dishes are volume measurements. All entrees are made with Textured Vegetable Protein (TVP) unless otherwise indicated with an asterisk (*). All starches, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low Fat). No pork is used.

**NUTRITION STATEMENT:** This menu meets the nutritional guidelines of the American Correctional Association which are based upon the current DRI's for males and females 19 to 50 years as established by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences. Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.

General Guidelines: Follow all kosher preparation instructions in recipes for Entrees, Starches and Salads. Utensils used for scooping, cooking and serving must be dedicated for kosher food use ONLY and stored in a special area. No meat is served. No meat is served. Serve meal on disposable or designated kosher trays with disposable or kosher only tableware.

Revised 1/13

KDOC Dietitian's Signature of Review: _Christopher Simmons_

ARAMARK Dietitian's Signature of Nutritional Adequacy: _signature_

State Contract Monitor Signature of Approval: _signature_

Aramark Religious Authority's Signature of Approval: _Patricia Berry_

_signature_

This menu, its meal components and preparation processes follow Jewish dietary laws. It is understood that I am not overseeing the preparation of these meals and as such can not confirm that each meal being served is Kosher

# KANSAS DEPARTMENT OF CORRECTIONS

| | | SECTION NUMBER | PAGE NUMBER |
|---|---|---|---|
| **DOC** Serving Kansas | **I**NTERNAL **M**ANAGEMENT **P**OLICY AND **P**ROCEDURE | **10-106** | **1 of 7** |
| | | **SUBJECT:** **PROGRAMS & SERVICES: Standardized Menu, Ensuring Nutritional Adequacy of Diets, and Meal Service Schedules** | |

| **Approved By:** *[signature]* Secretary of Corrections | **Original Date Issued:** | **08-15-82** |
|---|---|---|
| | **Current Amendment Effective:** | **03-12-10** |
| | **Replaces Amendment Issued:** | **02-26-10** |

| **Reissued By:** *[signature]* Policy & Procedure Coordinator | The substantive content of this IMPP has been reissued as per the appropriate provisions of IMPP 01-101. The only modifications within the reissue of this document concern technical revisions of a non substantive nature. | |
|---|---|---|
| | **Date Reissued:** | **05-20-11** |

## POLICY

All departmental food service operations shall follow a standardized menu, which shall incorporate the principles expressed in the United States Department of Agriculture and Human Services Food Guide Pyramid and be in compliance with recommended dietary allowances published by the National Academy of Sciences for adult men and women. (NCCHC P-46) The menu shall be established by a provider under contract with the Department to provide food service to inmates within the care and custody of the Secretary of Corrections, shall be subject to approval by the Secretary or designee, and reviewed every six (6) months, or whenever substantial changes in the menu are made (NCCHC P-46) by a registered dietician. (ACI 3-4298) The menu shall ensure basic nutritional requirements for all meals served, to include alterations, substitutions and modifications for medical, dental, mental health, (NCCHC P-46) religious purposes, (ACI 3-4299, 3-4300) and alternative meal service. A rotating cycle of the daily menu shall be established to provide for sufficient advance planning and preparation, consistent with applicable health, sanitation, and safety codes. Meal preparation and service shall also take into consideration the quality and presentation of the food. (ACI 3-4298) Quarterly meal evaluations shall be conducted by the contracted food service director, at the request of the Food Service Contract Administrator, to ensure adherence to the approved diet. (ACI 3-4297) Facilities provided meal service by other governmental agencies shall be exempt from adherence to the KDOC standardized menu but shall require documentation that the menu utilized meets the requirements of this policy.

With the exception of variations for weekend or holiday service schedules approved by the Deputy Secretary of Facility Management, at least three (3) meals (including two hot meals) shall be served at regular times during each 24-hour period, with no more than fourteen (14) hours between the evening meal and breakfast. (ACI 3-4309) Meals served to facility staff, guests, and visitors shall consist of the same menu items, be of the same quantity and quality as those served to inmates. Accurate records shall be maintained of all meals served. (ACI 3-4296)

Food shall not be withheld from inmates as a disciplinary sanction. Alternative meal service may be provided to an inmate who used food or food service equipment in a manner that is hazardous to self, staff or other inmates. Alternative meal service shall be based on health and safety considerations only and shall be approved in writing by the Warden and Health Authority. (ACI 3-4252)

## DEFINITIONS

<u>Alternative meal service</u>: Food or foodware served with consideration made for health and safety, i.e., food items free of bones or other potentially harmful objects, and meals not requiring utensils, such as finger foods or meat/meal loaf.

**EXHIBIT D**

<u>Crisis Level Placement</u>: An inmate who, based upon a report and recommendation of a mental health practitioner, is housed in Administrative Segregation for purposes of monitoring / observing behaviour and actions to prevent self injury or harm.

<u>Contract Monitor:</u> The staff member designated by the Deputy Secretary of Programs, Research and Support Services to monitor the quality and quantity of food service contract delivery, provide input with regard to the development of modified diets, and to facilitate decisions and coordinate standardized departmental food service management.

<u>Individualized diet</u>: An adaptation of the medical or religious-type modified diet prescribed to meet specific needs, which are not addressed by the standardized modified diet.

<u>Modified diets</u>: Diets most commonly prescribed to meet inmates medical, dental, therapeutic or religious needs, developed from written instructions provided by the treating physician, dentist, facility health authority, and/or chaplain and which conform as closely as possible to the standardized menu.  More specific modified diets are prescribed as individualized diets.

<u>Registered Licensed Dietician</u>: A person registered by the American Dietetic Association or who has the documented equivalent in education, training, or experience, with evidence of relevant continuing education, and who is licensed by the State of Kansas to practice dietetics.

<u>Standardized menu</u>: A listing of the dishes to be served at all KDOC facilities for a particular meal, on a particular day; the same meal items, quantity and quality, served to inmates and to staff, and official visitors who purchase meals.

## PROCEDURES

I.      **Contract Staff and Responsibilities**

      A.      The contractor staff shall be responsible for the following:

            1.      The contractor staff shall be responsible to plan and develop a standardized menu. (ACI 3-4298)

                a.      The finalized menu shall be reviewed and approved by the Deputy Secretary of Facility Management, with input from the Food Service Administrator.

            2.      The Food Service Contractor shall also:

                a.      Ensure, via a quarterly review, that the established basic servings per menu at the contracting facility meet required dietary allowances;

                    (1)    To facilitate evaluations, the KDOC Meal Evaluation Form(Attachment "A") may be used by appropriate staff.

                b.      Poll inmate preferences and acceptance of menu items on an annual basis, and report findings as guidance for the revision of the standardized menu;

                c.      Document substitutions and modifications to the menu, and request approval for any permanent changes; and,

                d.      Provide drafts of any generated standardized menus to appropriate Departmental staff for review, comments and approval.

II.     **Provisions Ensuring Nutritional Adequacy and Variety in the Menu**

A.    The menu shall be developed by the contractor in conjunction with the Department's contract monitor, and the Department's contracted registered-licensed dietician (ACI 3-4297)

B.    Menus shall be developed according to the following minimum dietary requirements:

    1.    The diets for inmates shall consist of not less than a weekly average of 2900 calories per day for men and a similarly computed average of 2200 calories per day for women.

        a.    Notwithstanding the preceding provisions, inmates undergoing medical treatment may receive a diet of a higher or lower average caloric content based upon the prescriptive authority of their attending physician or other health care professional.

    2.    The daily menus supplied by contractor shall satisfy the current nutritional requirements for adult men and women as called for by the National Academy of Sciences.

C.    Menu planning and production shall employ standardized recipes provided by the contractor.

    1.    All food items shall be prepared in accordance with the stated ingredients of the recipes, with adjustments made for yields appropriate to the facility. (ACI 3-4298)

    2.    The planning and preparation of all meals shall take into consideration food flavor, texture, temperature, appearance, and palatability. (ACI 3-4298)

D.    In conjunction with the development of the cyclical menus (Fall/Winter menu and Spring/Summer menu) or whenever substantial changes in the menu are made, the Department's contracted registered dietician shall review the menu. Once the Department's contracted registered dietician verifies that the menu meets the nutritional requirements stipulated in the food service contract, the contract monitor will sign it certifying that those requirements have been met.(ACI 3-4297)

    1.    Copies of all menus, including modified and individualized diets, shall be retained by the facilities for the contract monitor's review, along with documentation of deviations from the menu as served. (ACI 3-4296)

    2.    Facility food service supervisory staff shall conduct meal evaluations on a quarterly basis to verify the facility's adherence to the established basic daily servings. (ACI 3-4297)

## III.    Provisions Ensuring Nutritional Adequacy in Modified Diets

A.    The standardized menu shall include provisions for modified diets, which conform as closely as possible to the menu and ensure the nutritional adequacy of food items substituted for standard menu items.

    1.    Instructions for modified diets shall provide for consideration of the most commonly prescribed modified diet for medical purposes or to address the most common religious dietary laws.

B.    Individualized diets may be written and prescribed by the treating physician, dentist, and/or facility health authority when the inmate's specific need cannot be met by a standardized modified medical diet. (ACI 3-4299, 3-4300; NCCHC P-46)

    1.    All individualized diet prescriptions shall be specific and as complete and as simple as possible while adhering as closely as possible to the standardized modified menu.

2. All individualized diet prescriptions shall be reviewed monthly.

**IV.  Identification and Tracking of Approved Modified Diets**

A. Facility personnel shall ensure that a list of names of inmates receiving a modified diet of any type shall be prepared by the facility health authority or designee and chaplain, as appropriate, consistent with IMPP 10-119, and forwarded, within 24 hours, to the food service manager and chief of security or designee.

1. Crisis level placements shall receive alternative meal service in the form of finger food for the duration of their crisis level placement, but not to exceed seven days.

a. Alternative meals for crisis level inmates shall meet basic nutritional requirements.

2. The facility health authority shall be responsible to approve all prescriptions for modified diets for medical reasons and shall maintain a current list of inmates authorized to receive such diets.

3. The daily list of modified diets for medical prescriptions or religious needs shall include:

a. The name of the inmate;

b. The type of modified diet prescribed; and,

c. A designation as to whether to add or to remove the inmate's name to the list of modified diets.

4. The food service manager shall refer to the list of modified diets to:

a. Adjudge the amount of modified foods to serve and control food waste; and,

b. Aid in the identification of inmates placed on modified diets.

5. The chief of security or designee shall refer to the list of modified diets to affix the appropriate color coded sticker to the inmates' identification badge, per IMPP 12-131, indicating the type of diet the inmate is approved to receive.

6. Facility personnel shall provide for the removal of inmates' names from the list of modified diets.

a. The removal of inmate names from the list of modified diets shall be effected within twenty-four (24) hours of the determination of the health authority or the facility chaplain.

b. See IMPP 10-119 for the refusal process for medical diets and procedures to remove inmates' names from the medical diet list.

7 Names of inmates receiving modified diets shall be forwarded within 24 hours by a copy of the list provided to the food manager and the chief of security or designee to facilitate an inmate's visual badge identification of a modified diet prescription.

a. Inmates receiving medical diet prescriptions shall sign for them as they pass through the food line.

**V.  Preparation and Serving of Modified Diets**

A.    Medical clinic staff shall be trained by the facility health authority as to the suggested prescription routine determining the use of each diet type and departmental policy and procedure surrounding medical diet prescriptions.

B.    Senior food service staff shall be trained in the provision of the medical diets by the contractor's Registered Dietician.

C.    Senior food service staff shall be trained by the contractor's Registered Dietician concerning the policy and procedure for provision of the standardized religious diet types.

D.    Facility chaplains shall be trained by the Secretary's designee for chaplaincy programs concerning the policy and procedure for provision of the standardized religious diet types.

## VI.    Provisions Ensuring Nutritional Adequacy for Segregation Inmates

A.    Segregation inmates shall receive the same menu items served to the general population and shall be served these items at a temperature similar to that served to the general population, unless an inmate uses food or food service equipment (to include obstructing closure of the food pass), in a manner that is hazardous to the inmate, staff or other inmates.

1.    Alternative meal service for a segregation inmate shall be on an individual, case-by-case basis and shall be based on health and safety considerations.

a.    Such alternative meals shall be served in accordance with the General Orders of the facility.

b.    Alternative meal service shall not exceed seven (7) consecutive days.

2.    Alternative meals for segregation inmates shall meet basic nutritional requirements.

3.    Alternative meal service shall be approved in writing by the warden and the responsible facility health authority.

B.    Inmates who have obstructed closure of the food pass shall not receive meal service, including alternative meal service, until relinquishing control of the food pass and positioning themselves in a manner that does not endanger staff. Meal service, which may include alternative meal service, SHALL be initiated when delivery of the meal does not place staff in danger (i.e. inmate has moved to the rear of the cell and is not holding any objects).

## VII.    Establishing Meal Schedules

A.    The menu shall be established on a five-week rotating cycle. (ACI 3-4298)

B.    Each facility shall establish routine meal service schedules consistent with the policy established by this IMPP.

C.    Facilities shall be allowed to adopt and use a Standardized Brunch Menu if a variation is authorized by the Deputy Secretary of Facility Management and if:

1.    Staff can better manage the food service demands of the facility for weekends and holidays.

2.    Inmate visiting hours for weekends and holidays can be better managed by adjusting the food service schedule.

3.    Weekend or holiday brunch meal schedules shall be arranged so that no more than eight (8) hours elapse between the brunch and the evening meal.

    4.    The Standardized Brunch Menu is reviewed by the contractor's Registered Dietician to certify that it will meet all the nutritional requirements of three (3) regular meals.

## VIII.    Food Production Order Sheet Monitoring

A.    The contractor shall establish a Food Production Order Sheet, which may be used as a daily addendum to the standardized menus, which include portion-sizing controls.

    1.    The Food Production Order Sheet, when utilized, shall be completed each day to record all substitutions, alterations, or changes made to the standardized menu.

    2.    Facilities, which do not utilize a Food Production Order Sheet, shall maintain a separate record of all substitutions made to the standardized menu.

    3.    The Food Production Order Sheet or other contractor-supplied record shall be maintained to monitor the number of meals served and record information on leftover portions. (ACI 3-4296)

B.    Alterations and substitutions of food items and the shifting of the daily menu to another day in the cycle shall be allowed for in the Standardized Menu, at the discretion of the senior facility food service staff member, for the following reasons: (ACI 3-4309)

    1.    Unavoidable changes due to spoilage or contamination;

        a.    Substitutions should be equivalent in nutritional value and from the same food group.

    2.    Changes to accommodate purchasing patterns necessary to take full advantage of commodities;

    3.    Changes due to equipment failure; and/or,

    4.    Special holiday meal planning.

## IX.    Purchase of Meals by Staff and Official Visitors

A.    Staff members and official visitors may purchase meals from the contractor at the cost established by the contractor unless personnel provisions have established preemptive policy and procedure.

**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff and offenders and those entities that are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees or offenders, or an independent duty owed by the Department of Corrections to employees, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

## REPORTS REQUIRED

None.

**REFERENCES**

K.S.A. 75-5210
IMPP 10-119, 12-131
ACI 3-4252, 3-4296, 3-4297, 3-4298, 3-4299, 3-4300, 3-4301, 3-4309
NCCHC P-46
*Recommended Dietary Allowances,* Tenth Edition, National Research Council, 1989

**ATTACHMENTS**

Attachment A – KDOC Meal Evaluation Form, 1page

Attachment A, IMPP 10-106
Effective 03-12-10

## KDOC Meal Evaluation Form

Date:_____     Evaluator:_____

_____
(Please Print Name & Title)

| Breakfast ____ | Lunch____ | Dinner ____ | Facility: | Unit: | Segregation: ___Y ___ N |
|---|---|---|---|---|---|

| ITEM | YES | NO | COMMENTS |
|---|---|---|---|
| WAS TRAY NEATLY ARRANGED? | | | |
| DID SUPERVISOR SERVE ENTRÉE? | | | |
| **PORTIONS ADEQUATE PER MENU** | | | |
| ENTREE: | | | |
| POTATO/STARCH: | | | |
| VEGETABLE: | | | |
| DESSERT: | | | |
| BEVERAGE: | | | |
| OTHER ITEMS: | | | |
| **SUBSTITUTIONS** | | | |
| WERE THERE MENU SUBSTITUTIONS?     SPECIFY | | | |
| WERE THERE ANY RUNOUTS?     SPECIFY | | | |
| ARE MENU SUBSTITUTIONS RECORDED BY THE CONTRACTOR | | | |
| **FOOD TEMPERATURES** | | | |
| WERE HOT FOODS SERVED HOT?     SPECIFY | | | |
| WERE COLD FOODS SERVED COLD?     SPECIFY | | | |
| WAS FOOD TASTE APPROPRIATE TO THE ITEM? | | | |
| **FOOD SERVICE WORKERS** | | | |
| CLEAN AND IN PROPER UNIFORM? | | | |
| WEARING HAIR NET/HAT AND/OR BEARD NET? | | | |
| USING GLOVES? | | | |
| **DINING AREA** | | | |
| CLEAN AND SANITARY? | | | |

**INMATE EVALUATION:**  Did inmates generally like the meal? _____ Yes _____ No  **COMMENTS:**

CC:   Aramark F/S Director
      Facility Warden or Designee

# KANSAS DEPARTMENT OF CORRECTIONS

| **I**NTERNAL **M**ANAGEMENT **P**OLICY AND **P**ROCEDURE | **SECTION NUMBER** 10-119 | **PAGE NUMBER** 1 of 7 |
|---|---|---|
| | **SUBJECT:** **PROGRAMS AND SERVICES: Medical and Religious Diets and Vegetarian Alternative Diet** | |

| **Approved By:** *Ray Roberts* **Secretary of Corrections** | **Original Date Issued:** | **04-15-92** |
|---|---|---|
| | **Current Amendment Effective:** | **06-19-13** |
| | **Replaces Amendment Issued:** | **04-25-12** |

## POLICY

Inmates at any facility within the Department of Corrections may receive or refuse medical and/or dental diets. (ACI 4-4317, 4-4318, 4-4316, NCCHC P-F-02)

All modified diets shall be consistent with instructions developed and authorized by a registered dietician and in accordance with the provisions of IMPP 10-106.

The facility health authority shall be responsible for determining an individual inmate's medical need for a diet that deviates from the standardized menu. Such a medical diet shall be provided only upon prescription by the facility health authority.

Nutrition and medical diets are provided that enhance inmate health and are modified when necessary to meet specific requirements related to clinical conditions.

Inmates approved for modified diets shall be identified through the use of a two- or three-character alphabetical or alphanumeric code enclosed in a black bordered box on the front of their inmate identification badges. Implementation procedures shall be specified in facility General Orders.

## DEFINITIONS

Chronic care clinic: That portion of medical services in the facility that treats chronic illnesses by use of preventive medical care, monitoring the patient's condition, and educational efforts.

Departmental Health Authority: The medical director of the agency or organization responsible for the provision of health care services for the Kansas Department of Corrections.

Facility health authority: The physician or health administrator responsible for the provision of health care services at a facility. The facility health authority works under direction of the Departmental Health Authority.

Medical diet: A diet with certain specific items included or excluded as prescribed by medical or dental personnel for medical purposes.

Modified Diets: Diets most commonly prescribed to meet inmates' medical, dental, therapeutic or religious needs, developed from written instructions provided by the treating physician, dentist, facility health authority, and/or chaplain and which conform as closely as possible to the standardized menu. More specific modified diets are prescribed as individualized diets.

Religious diet: A diet based on a program intended to comply with religious dietary requirements.

Vegetarian Alternative Diet: A diet approved by a registered dietitian, that contains a meal pattern consisting of nuts, vegetables, fruits, legumes, grains, eggs and milk products.

DEFENDANT'S EXHIBIT
E

## PROCEDURES

I.  **Medical Modified Diets**

    A.    The Departmental Health Authority shall be responsible for determining the types of medical diets to be made available to inmates.

        1.    Unless a facility obtains its food service from another governmental agency, all medical diets prescribed shall be consistent with the standardized menu modified diets and:

            a.    Be specific;

            b.    Be kept as simple as possible;

            c.    Conform as closely as possible to foods served other inmates; and,

            d.    Meet the medical needs of the inmate.

        2.    In those instances when food service is obtained from another governmental agency, the facility shall accommodate the need for a medical diet to the extent possible within the menu plan of the providing agency.

        3.    Before a medical diet prescribed by the facility health authority goes into effect, the inmate shall sign a Consent to Submit to Treatment by Medical Diet form (Attachment A, form #010-119-001). ( ACI 4-4397; NCCHC P-I-05)

            a.    The medical diet shall begin not later than twenty-four (24) hours after the execution of the consent form.

            b.    The effective period of the medical diet shall be specifically set out in the consent form by the facility health authority or designee and shall be documented in the inmate's medical record in accordance with this IMPP.

                (1)    The effective period of the medical diet shall not exceed 90 days.

        4.    When a medical diet is prescribed for an inmate, the facility health authority shall, within twenty-four (24) hours, provide written notification to the facility's chief of security (or warden's designee) and food service manager.

            a.    Such notification shall specify the type of modified diet prescribed and its duration.

    B.    Any deviation from the standard modified medical diets must be approved by the Regional Medical Director.

II.  **Religious Modified Diets**

    A.    The chaplain shall be responsible to approve inmate requests for modified diets to comply with religious dietary laws and shall maintain a current list of inmates approved to receive such modified diets. ( ACO 2-5E-01; ACI 4-4319)

    B.    Unless a facility obtains its food service from another governmental agency, all religious diets shall be consistent with the approved religious diet menu.

        1.    In those instances when food is obtained from another governmental agency, the facility shall accommodate the inmate's request for a religious diet to the extent possible within the menu plan of the providing agency.

C.  Inmate requests for a religious diet shall be made via Form 9 to the chaplain.

    1.  Approval of the request shall be based on the inmate's declaration that he/she wishes to eat from the modified diet.

    2.  Each inmate wishing to follow a religious diet shall sign a statement to that effect. (ACI 3-4372)

    3.  Each inmate requesting a religious diet shall be advised that failure to adhere to the modified diet may result in the inmate's removal from the modified diet program. Failure to adhere to the modified diet shall include taking a meal tray from or eating items from the standardized menu, or any menu other than that of the religious diet.

### III.  Vegetarian Alternative Diet

A.  The Chaplain, or other staff person designated by the Warden, shall be responsible to process and allow inmate requests for the vegetarian alternative diet and shall maintain a current list of inmates approved to receive the vegetarian alternative diet.

B.  Inmate requests for the vegetarian alternative diet shall be made via Form 9 to the chaplain or other designated staff.

    1.  Approval of the request shall be based on the inmate's declaration that he/she wishes to eat the vegetarian alternative diet.

    2.  Each inmate requesting the vegetarian alternative diet shall be advised that failure to adhere to the vegetarian alternative diet may result in the inmate's removal from the vegetarian alternative diet. Failure to adhere to the vegetarian alternative diet shall include taking a meal tray from or eating items from the standardized menu, the religious diet menu, or any menu other than that of the vegetarian alternative diet.

    3.  Inmates approved for the vegetarian alternative diet shall be served the vegetarian alternative diet prepared by food service at each meal.

### IV.  Implementation Procedures

A.  Inmates approved for a modified diet for medical or religious reasons shall be served the modified diet prepared by food service at each meal.

    1.  Such inmates shall not have the option of eating from the regular menu during the period the individual is placed on the modified diet listunless and until that inmate executes a refusal of medical treatment pursuant to Section V. of this IMPP, or submits a request to the chaplain regarding a desire to terminate the modified diet for religious reasons.

        a.  Inmates who are removed or who elect to withdraw from the modified diet for religious reasons must wait ninety (90) days before requesting readmission to the modified diet.

        b.  The third (3rd) time a given inmate is removed or elects to withdraw from the modified diet for religious reasons, the inmate must wait six (6) months before requesting readmission to the modified diet.

        c.  The fourth (4th) time a given inmate is removed or elects to withdraw from the modified diet for religious reasons, the inmate must wait one (1) year before requesting readmission to the modified diet.

B.  Within 24 hours of receiving a list of inmates approved for modified diet from the facility health authority or chaplain or for the vegetarian alternative diet from the chaplain or other designated staff, the food service manager shall forward a copy of the list to the chief of

security or his/her designee to facilitate preparation or modification of the inmate's I.D. badge to reflect a modified diet or vegetarian alternative diet.

    1.    Inmates who have been placed on a medical diet and have consented to that item of medical treatment, a religious diet, or a vegetarian alternative diet shall be identified by a coded printed dietary symbol on the inmate's identification badge.

    2.    Inmates shall be served the diet indicated on the identification badge.

C.    Facility general orders shall establish procedures for:

    1.    The coding of inmate I.D. badges, including responsibilities for the initial issuance of the coded identification badges;

    2.    Notification to the chief of security (or warden's designee) and the food service manager, within a 24-hour period, of all modified diets for medical or religious purposes or for purposes of a vegetarian alternative diet;

    3    Preparation of the type of diet for each inmate, a beginning date and/or meal, and a termination date, if known; ,

    4.    Process for the removal of an inmate from a modified or alternative diet and for communicating that removal to applicable facility staff and/or chaplain;

    5.    Process for communicating and/or ensuring that medical diet designations follow the inmate when transferred to a different facility; and,

    6.    The method of serving such meals to inmates, if special service or assistance is required due to the inmate's condition.

D.    Facility general orders shall establish procedures that ensure that the chief of security or designee:

    1.    Receives lists of inmates' names that require a coded-symbol to designate a modified diet for medical or religious preference purposes or for a vegetarian alternative diet;

    2.    Ensures the timely contact with inmates to issue identification badges bearing the appropriate coded symbol prior to the beginning date/meal indicated, per written instructions from the facility health authority, chaplain, or other designated staff; and,

    3.    Ensures the reissue of inmate identification cards within twenty-four (24) hours of the notification by the facility health authority, chaplain, or other designated staff to terminate an inmate's medical or religious diet or vegetarian alternative diet.

        a.    Receives lists of inmates' names which require a coded symbol to designate a religious preference requiring a modified diet.

            (1)    The contact with inmates for religious preference indicators should be made within twenty-four (24) hours of the written notification by the facility chaplain.

E.    The following codes shall be used for medical, religious, and vegetarian alternative diets.

    1.    Medical diets shall always be identified by a two- or three-character alphanumeric code enclosed in a black bordered box on the front of the inmate identification badge.

        a.    Cardiovascular – CA

b.      Diabetic 2500 calories (3 meals + bedtime snack) – D25

c.      Diabetic 2300 calories (3 meals + bedtime snack) – D23

d.      Diabetic 1800 calories (3 meals + bedtime snack) – D18

e.      Pregnancy – PR

f.      GI Soft/Bland – SO GI

g.      Dental Soft – SO D

h.      High Fiber - HF

i.      High Protein / High Calorie (includes bedtime snack) – HP

j.      High Protein/ High Calorie (includes bedtime snack) Vegetarian – HP VE

k.      Renal diet I – RD1 (Pre-Dialysis)

l.      Renal diet II – RD2 (Dialysis)

m.      Cardiovascular Vegetarian – CA VE

n.      Cardiovascular Religious – CA REL

o.      Cardiovascular Diabetic/2500 – D25 CA

p.      Cardiovascular Diabetic/2300 – D23 CA

q.      Cardiovascular Diabetic/1800 – D18 CA

r.      Diabetic/2500 Vegetarian – D25 VE

s.      Diabetic/2300 Vegetarian – D23 VE

t.      Diabetic/1800 Vegetarian – D18 VE

u.      Pregnancy Vegetarian – PR VE

v.      Diabetic/ 2500 Religious – D 25 REL

w.      Diabetic/2300 Religious – D23 REL

x      Diabetic/1800 Religious – D18 REL

y.      Full Liquid (Broken Jaw) Diet - FL

z.      Clear Liquid Diet (3 to 4 day maximum duration) - CL

aa.     Severe Food Allergy Diet – SFA

bb.     Milk Intolerance Diet – MI

cc.     Finger Food Diet – FF

dd.     Gluten Restricted Diet – GR

ee.     Hospice - HO

2.      Religious diets shall always be identified by the three character alphabetical code "REL" enclosed in a black bordered box on the front of the inmate identification badge:

3.      A vegetarian alternative diet shall always be identified by the two character alphabetical code "VE" enclosed in a black bordered box on the front of the inmate identification badge.

F.      When an inmate ID badge with a printed dietary symbol is initially issued or reissued, the inmate's previous badge shall be retrieved from the inmate and either destroyed or maintained in a secure area for possible reissue/reuse at a later time. Procedures for the issuance, retrieval, and disposition of retrieved badges shall be established by facility general order.

## V.    Refusal of Treatment by Medical Diet

A.      Each inmate shall have the right to refuse a medical diet as an item of medical treatment pursuant to IMPP 10-127.

B.      In the event an inmate elects not to consent to the medical diet, the inmate shall be asked to execute a Refusal to Submit to Treatment by Medical Diet Form (Attachment B, Form #10-119-002).

1.      If the inmate refuses to sign, staff shall write "Refused to Sign" in the inmate's signature block; the staff member making such a notation shall sign the form as a witness to the inmate's decision.

2.      The refusal form, signed or unsigned by the inmate, shall be filed in the inmate's medical file.

C.      The refusal shall become effective not later than twenty-four (24) hours after the inmate executes the refusal form.

1.      In the event an inmate has previously executed a consent form and is partaking of a medical diet, the inmate shall be required to continue with the medical diet for twenty-four (24) hours after the inmate's execution of the refusal form.

2.      The facility health authority shall provide immediate written notification to the facility chief of security and the food service manager to:

     a.      Ensure the removal of the inmate's name from the food service Department's list of medical diets.

D.      If an inmate refuses medical treatment by medical diet for any condition, such refusal shall not waive the right to other medical care for the same condition, and the inmate shall continue to be entitled to such necessary medical care, including medication or otherwise, unless a Refusal of Treatment form, pursuant to IMPP 10-127, is executed by the inmate.

E.      If an inmate refuses medical treatment by medical diet, food service staff shall be informed of the inmate's refusal, pursuant to procedures established by facility general order.

F.      If an inmate refuses medical treatment by medical diet and executes a refusal form pursuant to section V.B. above, the inmate shall be bound by that refusal form and that decision until the next examination by the facility health authority who recommended the medical diet.

G.      If an inmate indicates the intent to refuse treatment by medical diet, the facility health authority or designee shall counsel the inmate about the consequences of refusing the medical diet and shall explain to the inmate that other medical care may or will be less effective without the medical diet.

1.    In the discretion of the facility health authority or designee, if it appears that mental health counseling would assist the inmate in the decision about the medical diet, the health authority or staff may refer the inmate for mental health counseling in accordance with the Departmental Health Authority's mental health procedures.

**NOTE:**  The policy and procedures set forth herein are intended to establish directives and guidelines for staff and offenders and those entities that are contractually bound to adhere to them.  They are not intended to establish State created liberty interests for employees or offenders, or an independent duty owed by the Department of Corrections to employees, offenders, or third parties.  Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards.  Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

## REPORTS REQUIRED

None.

## REFERENCES

K.S.A. 65-28,101, et seq.
IMPP 10-106, 10-122, 10-127
ACI 4-4319, 4-4316, 4-4317, 4-4318, 4-4397
NCCHC P-F-02, P-I-05
BOP OM 4700

## ATTACHMENTS

Attachment A - Consent to Submit to Treatment by Medical Diet, 1 page
Attachment B - Refusal to Submit to Treatment by Medical Diet, 1 page

## CONSENT TO SUBMIT TO TREATMENT BY MEDICAL DIET

DATE: _____ TIME: _____, _____.M.

I have been advised by Dr. _____ that it is necessary for me to undergo medical

treatment by medical diet for the condition of _____during the

time period from _____ to _____.

I understand that this medical diet will not go into effect for twenty-four (24) hours from the time I sign

this consent form.

The effect and nature of this treatment have been explained to me. Further, I have been advised that

my refusal of this medical care by medical diet will not cause me to waive other medical care for the

above identified condition.

I hereby agree and consent to the medical diet prescribed, and hereby agree, by my signature below, to

follow said medical diet, and to select said special diet at mealtime in lieu of regular menu meals. I

reserve the right to refuse further medical treatment or surgical treatment for said condition without

further consent.

_____
Inmate

KDOC #:_____

WITNESS:_____

Form # 10-119-001

## REFUSAL TO SUBMIT TO TREATMENT BY MEDICAL DIET

DATE: _____ TIME: _____, _____.M.

     I have been advised by Dr. _____ that it is necessary for me to undergo

medical treatment by medical diet for the condition of _____,

during the time period from _____ to _____.

     The effect and nature of this treatment have been explained to me. Further, I have been advised

that my refusal of this medical care by medical diet does not constitute a waiver of other medical care or

treatment for the above identified condition.

     Although my failure to follow the advice I have received may seriously imperil my life or health,

and although I have been counseled about the potential decreased effectiveness of other medical care for

this condition in the absence of this medical diet, I nevertheless refuse to submit to the recommended

treatment of a medical diet for the condition stated. I assume the risks and consequences involved and

release the above named physician, the _____, the Kansas Department
                                     (Name of Facility)

of Corrections, the Kansas Department of Corrections' Health Care Provider, and their agents and

employees from any liability.

     I have been informed and hereby acknowledge that I understand that this refusal does not go

into effect for twenty-four (24) hours from the time I sign this form. If I have previously consented to a

medical diet, I must continue to follow that diet for twenty-four (24) more hours. I have been informed

and further acknowledge that I understand that I shall be bound by the refusal of treatment by medical

diet until the next scheduled examination by the health authority who recommended the medical diet.


        _____
        Inmate

        KDOC #:_____

WITNESS:_____

WITNESS:_____

Form # 10-119-002

## AFFIDAVIT OF RANDALL SINGLETARY

I, Randall Singletary, of lawful age, being first duly sworn, on oath depose and state as follows:

1. I am currently employed by Aramark Correctional Services, Inc. as the Food Service Director for Lansing Correctional Facility. I have been employed in that position since March 16, 2015. I previously held the position of Food Service Manager from May 12th 2014 until March 15, 2015.

2. My duties as Food Service Director include developing teams to maximize their contributions, including recruiting, training, coaching and managing performance; ensuring safety and sanitation standards in all operations; developing and maintaining effective client and customer rapport for mutually beneficial business relationship; identifying client needs and effectively communicating operational progress; building revenue and managing budget, including cost controls with regard to food, beverage and labor; creating value through efficient operations, appropriate cost controls and profit management; gull compliance with Operational Excellence fundamentals, including food and labor; directing and overseeing operations related to food service; and maintaining a safe and healthy environment for clients, customers and employees. The purchase of the foods used to prepare the religious diet meals are coordinated by Aramark's dietician to assure that they meet Kosher requirements.



3. At Lansing Correctional Facility, the foods purchased for the certified religious diet (CRD) are stored in a separate area of the warehouse and in the dry storage room in the maximum facility's kitchen.

4. The foods for the CRD are prepared in the Max Kitchen using a steam kettle that is dedicated for CRD use only.

5. Inmate and staff who work in the CRD receive training as to any special procedures to follow in the preparation and serving of the CRD.

6. The CRD has a dedicated steam table that is only used for serving the CRD meals.

7. Dark brown colored trays are used to serve the CRD as opposed to the light tan trays used to serve the general population meal. These trays are either hand washed or washed after the dishwasher has been properly sanitized. The trays are then stored in the CRD room.

Further affiant saith not.

Randall Singletary

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 27th day of February, 2017.

DEBORAH EHRET-REYES
Notary Public - State of Kansas
My Appt. Expires 8-15-19

Notary Public

My appointment expires: 8-15-19

2

# Grievance-Response on Appeal

**FACILITY:**     **Lansing Correctional Facility**

**INMATE:**      **McCoy, Deron #76894**

**GRIEVANCE NO.:**  **AA20140433**

**DATE:**          **April 25, 2014**

### FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

### CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

The Religious Diet provided by the KDOC is based on the Common Fare diet, which has been reviewed and approved by the KDOC contracted religious advisor, as evidence by the Rabbi's signature on the menu, and has been found to be consistent with kosher requirements. Further inquiry to the contractor's Religious Diet food preparation indicates that expected procedures consistent with the Rabbi's recommendations, are being followed.

### ACTION TAKEN

None further.

*Patricia Berry*

Patricia Berry
Secretary of Corrections Designee

cc:    Grievance File, SOCRESP w/attachments

*The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on* APR **2 9 2014** ____.



## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: DeRon McCoy, Jr    Facility: LCF

Inmate Number: 76894    Grievance Serial No. AA 20140433

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:    Secretary of Corrections    Date Mailed: 4/19-14
Landon State Office Building
900 Jackson, 4th Floor
Topeka, Kansas 66612

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.)

( See attached pages 1-2)

DeRon McCoy, Jr
Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned within 20 days)
If applicable - Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____    Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

RECEIVED
APR 23 2014
DOC Facility Management Area

Action Taken:

_____
Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**
Type of Response (Item 6b:  Code    Ø1,    Ø2,    Ø8    or    Ø9)    __ __

DC Ø9Ø, Effective May 1, 1988

P-157a

I feel that the principal administrator should make Aramark provide me & the other inmates who are on a Judiac type callouts with proper Kosher meals year round. The certified religious diet is not Kosher when served to the inmates if it were Kosher it would be called Kosher diet & not certified religious diet. Pardee states in his respose that the soy based meals are factory sealed as well as the "tuna & eggs" That may be so when those items I recieved by Aramark but once these food items are to be served they are taken out what ever packaging the are in and cook in the stem kettles then the open expecso to the air food items are poured into a steel pan to be scooped onto the brown plastic trays. In order for the meal to be Kosher. The whole meal would have to be factory sealed and un-open when the inmate recieves it in his hand just like the Kosher meals served during the passover celebration. To eat meals or food items that are not-Kosher is basically a sin & to be forced to have to eat unclean meals or, unclean meals or starve, because the company supplying K.D.O.C with food doesn't want to serve Kosher meals is unders and I believe the secretary of

(1)

corrections should force Aramark to provide actual Kosher meals to those (including myself) whose are approved for Kosher modified diet, or find a different company to serve K.D.O.C.

Respectfully submitted,

Dated 4-15-14                    Derlin McCay II


P. O. Box 2
301 East Kansas
Lansing, KS 66043

# Kansas
### Department of Corrections
*Lansing Correctional Facility*

Phone: (913) 727-3235
Fax: (913) 250-2762
www.doc.ks.gov/facilities/lcf

Ray Roberts, Secretary
Rex Pryor, Warden

Sam Brownback, Governor

**DATE:**  April 9, 2014

**TO:**  Deron McCoy #76894

**FROM:**  Rex Pryor, Warden

**SUBJECT:**  Grievance # AA20140433

**Findings of Fact:**  Your grievance was received and an investigation into your allegations has been completed.

**Conclusions Made:**  After an investigation by the Grievance Officer, and a complete review of the applicable documentation, it was determined the response provided by Unit Team Manager Portice is appropriate regarding your issues.

**Action Taken:**  No further action is deemed necessary.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections.

RP: CBR/cr

Cc: File

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name DeRon McCoy, Jr          Number 76894

Facility LaCiF          Housing Unit C2-313          Work Detail Clinic aide

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). (See attached pages) pg 1-3

Date this report was given to Unit Team for informal resolution (to be completed by inmate). March 25, 2014

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

I have reviewed your complaint with the following findings:
Your grievance issue concerns being placed on a Modified Diet of Kosher, in accordance with your religious beliefs. Currently there is only a Certified Religious Diet (CRD). The term Kosher is recognized on many of the items that are served on the Certified Religious Diet. The cooking utensils used for the (CRD), meal preparation are cleaned and kept in the (CRD) Room, and two steam kettles have been identified and used solely for the (CRD) meal preparation. The dish washer machine is used for the cleaning of the trays but it is sanitized before its use in accordance with the reasonable accommodations clause. The soy based meals are all factory sealed as well as the tuna and eggs. No further action is deemed necessary at this time.

D Pattie UTM 04/02/2014

Unit Team Signature          Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

___X___ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff).

DeRon McCoy, Jr 76894          4.4.14

Inmate Signature          Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received APR 0 8 2014 Date of Final Answer APR 11 2014          Date Returned to Inmate _____

_____          _____
Inmate's Signature          Date          Unit Team Signature          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number          AA 20140433

Type of Complaint (Item 4: Code 01-75)          01

Cause of Complaint (Item 5: Code 01-30)          27

Type of Response (Item 6a: Code 01,02,08 or 09)          01

ON approx March 18, 2014 I spoke to chaplin Dunn concerning being placed on a modified diet of Kosher to be in accordance with the practicing of my religious beliefs. I was told that there was no Kosher meals diet currently provided by aramark for K.D.O.C. I was told ~~it~~ by chaplin Dunn that the only modified diet currently provided was the Religious Diet Meals. I asked if the religious Diet was Kosher. chaplin Dunn told me that he was not even allowed ~~able~~ to say that the religious Diet was Kosher. I have personally observed the serving of the religious Diet by aramark. the Religious Diet Meal is served on Dark brown plastic trays. the food items are served from the same warmer were the regular Diet Meals are served. once a person on religious diet is finished eating the reusable trays are placed through the same dirty tray slot as regular diet trays these religious diet trays are then washed in the same dishwasher as all the other dirty ~~diet~~ trays. I have on More then one occasion personally witnessed a regular diet meal served on a tray that is supposed to be for only

①

religious diets per my religious beliefs
once eating utensils, containers & cooking utensils
come in contact, or touch, or are touched by
things or foods that are unclean by scripture
then they also become unclean and cannot
be used for food preperation as the useing
of unclean cooking containers or cooking or eating
utensils make the food items unclean and
no longer Kosher. I have also been told
by various kitchen workers that the
religious diet meals are prepared in the
same areas as regular diet meals and
not in the room built for the preperation
of Kosher diet meals. The food items served for
religious diets are also not Kosher due to
the food items not being factory packaged
when a person on religious diet is served
the food items. For all these reasons and
More (i.e. the blessing of utensils by a Rabbi)
the religious diet meals do not sustify the
Kosher modified diet requirements protected
by Impp-10-110 attachment D. I would like for Kosher
Meals to immediately be provided to me
and for all religious
callouts that are approved for Kosher modified
diet requirements (H.O.Y, H.O.Y, & Judaic). To
not do so is a direct violation of my

⃝

constitutional right to religious practice.

Respectfully submitted,
Jerus McCoy, II

(3)

## AFFIDAVIT OF SCOTT FOX

I, Scott Fox, of lawful age, being first duly sworn, on oath depose and state as follows:

1.    I am currently employed as the supervisor of the physical plant at Lansing Correctional Facility.  I have been employed in that position since December of 2011.

2.    My duties as physical plant supervisor include the oversight for maintenance of the max and medium facilities, issuing work orders to the supervisors, hiring inmate workers for the crew supervisors and other duties as assigned by the Chief of Maintenance.

3.    Inmate DeRon McCoy #76894 was assigned to work with an electrical crew from November 6, 2014 to January 25, 2015.

4.    There is no record of the work orders with which he assisted while so assigned.

5.    On November 21, 2014, a work order relating to the electrical cord on the steam well in the max kitchen was completed.

6.    There is no work order for December 12, 2014 relating to the repair of a circuit board sensor.   On some occasions, however, repairs are performed in the max kitchen for which a work order is never provided despite a request being made of the Aramark supervisor.

Further affiant saith not.

_____
Scott Fox
Physical Plant Supervisor Sr.

1


EXHIBIT
H

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 28th day of February, 2017.

DEBORAH EHRET-REYES
Notary Public - State of Kansas
My Appt. Expires 8-15-19

Deborah Ehret-Reyes
Notary Public

My appointment expires: 8-15-19