Exhibit I



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Sam Cline, Warden

Laura Kelly, Governor

**Date:** 1-28-2021

**To:** McCoy, DeRon #76894

**Subject:** Grievance dated 1-21-2021 received by my office on Friday 1-22-2021
In your claim you stat that you that you are requesting the Kosher Modified diet.

**Finding Facts:** Upon receiving this grievance, I spoke with Chaplin Jones. She states that the KDOC does not off the Kosher Modified diet. The Certified Religious Diet is the meal program for the Religious Groups that need to have a Kosher meal.

**Conclusion:** EDCF and the KDOC offer a compatible religious diet to the Kosher Modified diet with the CRD meal.

**Actions taken:** Nothing further is required at this time.

UTS C Brewer
B2 Unit Team