# Preparing a Kosher Environment

*The procedures outlined below follow Jewish dietary laws for Kosher food preparation\* and must be adhered to when serving religious meals. If there are questions, STOP and contact your NOSS Director or Manager.*

**HAND WASHING**
- ALL staff, workers and visitors MUST wash hands upon entry to the Kosher environment. Aramark Staff shall redirect anyone who fails to do so.

**DELIVERY**
- Ensure Kosher products are delivered in sealed containers to prevent contact with non-Kosher food, items or surfaces
- Reject Kosher products if damaged or shows signs of time/temperature abuse.

**KOSHER CERTIFYING SYMBOLS**
- Kosher products must contain a certifying symbol from the manufacturer verifying its Kosher status.
    - Fresh fruit, fresh vegetables, foam and paper goods do not require kosher certification.
- Common symbols are shown here:

    

- The Rabbi approves all new certification symbols and must be notified when we receive a new or different certification symbol/certification.
    - If accompanied by a "D" the symbol indicates the item is Dairy and can only be consumed with Dairy meals.
    - If accompanied by a "P" it indicates Pareve and therefore considered "Neutral" containing neither Dairy nor Meat ingredients.

**STORAGE**
- Confirm a Kosher symbol is present on all product packaging. If a product does not contain a Kosher symbol or a new product is received that has not been verified for use, scan the label or take picture of packaging, email your regional NOSS contact and await confirmation that the product can be used. Some certifiers are more liberal than others and the Rabbi will determine if they can be used or not. Place the email confirmation with the item until a certificate can be obtained.
- Separate storage areas must be designated **"For Kosher Use Only"** and may consist of a separate room or designated shelf.
- Shelves must be dedicated top shelves or the uppermost used shelves on a unit. Kosher food must not be stored below other foods to protect against cross contamination.
    - This includes but is not limited:
        - ✓ dry storage
        - ✓ cooler
        - ✓ freezer
        - ✓ mop closet and/or chemical dispensing units
- Kosher areas must be inspected weekly for cleanliness and to verify that no items for general population are stored in those areas.
- Full cases of items in their original packaging may be stored with General Population food until needed for Kosher use. Once taken for Kosher use, the unopened/unused case must be checked for Kosher symbol and labeled **"For Kosher Use Only"** prior to taking it into the designated Kosher environment or storage area.
        - ✓ Examples: whole fruit, bread, drink packets, dry cereal, peanut butter, vinegar, oil, spices, paper/foam goods, gloves, etc.
    - If a case of Kosher product is removed from the Kosher area for use with General Population, it cannot be returned to the Kosher area.
    - No items from an open case used for General Population can be brought into the Kosher area and used for Kosher use.
    - If a case of product designated **"For Kosher Use Only"** is needed for General Population, mark out **"For Kosher Use Only"** and move to General Population storage until gone. It cannot be returned for Kosher use.
    - Pre-Printed Labels with **"For Kosher Use Only"** may be used.

**DOCUMENTATION**

- A file containing kosher certification for local items (bread, salad mix etc.) must be kept in the food service operation. Expired records must be archived and kept per contract requirements.
- Separate Results Worksheets and recipes are used for Kosher meals and are filed separately for ease of reference to verify not only correct food production but also maintenance of Kosher Procedures.
- A weekly inspection should be conducted and kept on file to ensure the integrity of the Kosher program is maintained.

## CLEANING

- Kosher dish soap should be used to wash pots, pans and smallwares. For a complete list of Kosher cleaning products, click here: <u>Diversey Kosher Certified Items</u> or contact your NOSS manager or Director.

| ECOLAB ITEM Description | ECOLAB SKU No | DIVERSEY ITEM DESCRIPTION | DIVERSEY SKU No |
|---|---|---|---|
| DIGICLEAN E2 FOAM SOAP | 23673 | SOFT CARE ALL PURPOSE FOAM 6X1.3L W5150 | 100907877 |
| OASIS 146 MULTI QUAT | 17708 | SUMA FINALSTEP 1024 D4 JFILL 2X2.5L W5239 | 100897736 |
| PANTASTIC | 12963 | SUMA LIGHT D1.2 DISH DET 4X1G | 957229280 |

- Thoroughly clean and sanitize all surfaces immediately prior to Kosher food preparation.
  - If a dedicated food preparation table or counter is not available (or in the case of an emergency loss of Kosher prep area) the designated alternative working surface is to be washed and sanitized, then covered with food quality deli paper or double wrapped with plastic wrap.
- Equipment used for the kosher program must be washed, rinsed and sanitized in designated Kosher labeled tubs and are to be placed inside clean three compartment sinks. Items being washed must not come into contact with the sink.
- Dry on a separate and dedicated rack.

## PREPARATION

- No food or beverages, other than those labeled **"For Kosher Use Only"** are to be prepared in the designated Kosher area.
  - Only dedicated Kosher pots, pans, and smallwares shall be used for Kosher food prep and must stay in the Kosher environment.
  - Disposable utensils may be used to prepare food, but must be stored in the Kosher environment.
  - Specially marked kosher cookware or utensils <u>must not be used</u> on non-kosher food
  - Specially marked kosher cookware and utensils must be <u>washed and stored</u> separately from all other cookware.
- Clean, disposable gloves must be worn at all times during any part of the meal preparation.
- After meals are inspected by staff to verify correct portions, these containers should be sealed in plastic wrap to prevent misuse or trafficking.
  - Wrap the hot container, wrap the cold container, then wrap the two containers together to provide 2 layers of wrap.
  - If trays are delivered separately, both containers should be double wrapped prior to transport.

## MEAL SERVICE SPECIFICS

- **Fruit:** Fruits are washed, wrapped and served whole.
- **Vegetables:** Vegetables are washed and processed.
  - If the vegetable requires cutting, i.e. cabbage wedge, lettuce salad, onions, whole green pepper, whole zucchini, whole cucumber, use the kosher cutting utensils only. Otherwise, gloved hands may be used to tear leafy greens i.e. lettuce.
  - Pre-cut salad mix is not allowed unless it is marked Kosher.
- **Water:** Water from any faucet designed to dispense water for cooking or drinking is considered Kosher according to industry standards.
  - If serving water in bulk, it needs to be in a designated Kosher dispenser or pitcher.
- **Bulk Kosher entrees:** If kosher entrees are prepared in bulk, food is measured with a clean, disposable or designated utensil/cup and placed in disposable cups, sealed and double wrapped.
- **Frozen/Shelf Stable Kosher meals:** If frozen/shelf stable Kosher meals are served, they must remain in their original packaging. Do not remove the covering from the frozen/shelf stable kosher meals before heating. Follow specific heating instructions listed on the box.
- **Breakfast:** No meat is served. Serve a cold tray only, on paper with a disposable cup and utensils.
  - Cold tray: individually wrap fruit, bowls of cereal, bread, margarine, jelly, peanut butter, sugar, plastic ware & napkin together on disposable tray. Serve dry cereal in disposable bowls with lids.
- **Lunch and dinner**: Serve a cold tray and a hot tray on paper with a disposable cup and utensils.
  - Cold tray: individually wrap cookies, fruit, and bowl of salad, bread, margarine, plastic ware & napkin together on disposable tray. Top salad with dressing, use a disposable spoon or cup to transfer dressing from container to salad.

pg. 2

Revised 9/18

Serve salad in a disposable bowl.
- Hot tray: Store, cook and serve sealed.  A non-dairy beverage is served.

**HEATING METHODS:**
- **Oven:** If each individual Kosher entrée is double wrapped in foil, placed on dedicated Kosher sheet pan, any oven may be used. NO NON-KOSHER COOKING is to be done at the same time in the same equipment or any adjacent equipment.
- **Microwave:**
  - Designated "Kosher Use Only" Microwave:  Entrees should be double wrapped in plastic wrap in the event steam escapes and breaks the seal.
  - Undesignated Microwave:  Entrees should be double wrapped in plastic wrap in the event steam escapes and breaks the seal.
  - Should there be a question about the kosher status of the microwave, it may be made acceptable using the following procedure:
    1. The microwave should not have been used for the past 24 hours.
    2. Clean and sanitize the oven thoroughly.
    3. Fill a completely clean container that was not used for 24 hours, with water.
    4. Turn the microwave oven on and let it steam heavily.
    5. Turn it off and wipe out the inside.
- **Steamer Preparation:**
  - Entrees should be double wrapped in plastic wrap in the event steam escapes and breaks the seal.
  - Should there be a question about the kosher status of the steamer, it may be made acceptable using the following procedures:
    1. The steamer should be cleaned inside and outside.
    2. Fill with water to its normal use level.
    3. Let it steam for 15 minutes.
- **Temping Food:** Use a designated kosher probe thermometer to record all food temperatures. Place the thermometer over the protein item and record temp. Do not puncture seal.

I have been trained and understand the importance of the proper storage, handling and service of kosher foods.

**Trainee Printed Name:**_____  Signature_____  Date:_____

**Trainer Printed Name:**_____  Signature_____  Date:_____

*Disclaimer: The steps outlined above are considered best practices towards creating a kosher environment suitable for kosher food preparation.  Although preparation processes follow Jewish dietary laws, it should be understood that a Rabbi is not overseeing the preparation of meals and as such, cannot confirm that each meal being served is Kosher.*

Aramark Religious Authority's Signature of Approval: _____Ralph M Kelly_____
These procedures follow Jewish dietary laws.  It is understood that I am not overseeing the preparation of the meals, nor conducting site visits, and as such, cannot confirm that meals served meet kosher dietary laws.

Revised 9/18

pg. 3