JOCILYN B. OYLER, SC# 22229
LEGAL COUNSEL
KANSAS DEPARTMENT OF CORRECTIONS
714 SW JACKSON ST 2ND FLOOR
TOPEKA, KS  66603
TEL: 785.940.1124
FAX: 785.296.0014
Jocilyn.Oyler1@ks.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DERON MCCOY, #76894** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ARAMARK** )<br>)<br>**Defendants.** ) | Case No. 5:21-CV-03269-SAC |

## MOTION FOR EXTENSION OF TIME TO FILE MARTINEZ REPORT

**COMES NOW**, the Kansas Department of Corrections (KDOC) as an interested party, through Counsel Jocilyn B. Oyler, and moves this Court for an order extending the time to file the Martinez Report ordered by the Court in this matter. In support of this motion, KDOC states as follows:

1. The Martinez Report was filed June 15, 2022.

2. Counsel intends to file an amendment to the Martinez Report in this case.

3. Counsel believes a 30-day extension will provide sufficient time to secure additional records and complete the amended report.  The interest of Justice will be served by granting this extension in that Counsel will be able to provide meaningful information to the Court to assist in the resolution of the cause.

1

**WHEREFORE**, KDOC requests a thirty (30) day extension, or until July 27, 2022, to file the Martinez report ordered in this cause.

          Respectfully Submitted,

          /s/ Jocilyn B. Oyler
          Jocilyn B. Oyler, SC# 22229
          Legal Counsel
          Kansas Department of Corrections
          714 SW Jackson St, 2nd Floor
          Topeka, KS 66603
          Tel: 785.940.1124
          Fax: 785.296.0014
          Jocilyn.Oyler1@ks.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Natasha Carter
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St., Suite 300
Topeka, Kansas 66603

I hereby certify that a true and correct copy of the foregoing was sent via intra facility mail on this 27th day of June 2022 to:

Deron McCoy, 76894
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042

                                                  /s/ Jocilyn B. Oyler
                                                  Jocilyn B. Oyler, SC# 22229