IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DERON McCOY, JR.,**

        **Plaintiff,**

v.         CASE NO. 21-3269-SAC

**ARAMARK CORRECTIONAL SERVICES, et al.,**

        **Defendants.**

**O R D E R**

This matter comes before the Court on a motion for extension of time filed by Interested Party Kansas Department of Corrections ("KDOC"). KDOC states that it intends to file an amendment to the *Martinez* Report, which it filed on June 15, 2022, and requests a thirty (30) day extension of time to secure additional records and complete the amended Report. For good cause shown, the motion is granted.

**IT IS THEREFORE ORDERED** that KDOC's Motion for Extension of Time to File Amended *Martinez* Report (Doc. 8) is **granted**. The deadline for KDOC to file an amended *Martinez* Report is **July 27, 2022**.

IT IS SO ORDERED.

DATED: This 30th day of June, 2022, at Topeka, Kansas.

        s/ Sam A. Crow
        SAM A. CROW
        U.S. Senior District Judge

1