Deron McCoy Jr #76894
P.O Box 311
Eldorado, Ks 67042

United States District Court
For the District of Kansas

Deron McCoy Jr, )
  Plaintiff, )
 )
 ) Case No. 21-3269-SAC
vs. )
Acumark Correctional )
Services et al. )
  defendant(s) )

## Plaintiffs Motion to Amend

Comes now the plaintiff Deron McCoy Jr in a prose motion and request this court to Amend his civil rights complaint in the above captioned case. In support of said motion the plaintiff states the following.

## Facts

1) The plaintiff intially filed his complaint on 11/24/2021

2) The plaintiff paid the filing fee on 12/2/21.

3) On 2/28/22 the court order that KDOC prepare a martinez report.

4) On 6/15/22 EDCF legal counsel submitted a martinez report.

5) Since the filing of the martinez report

(1)

The plaintiff has reviewed his complaint and determined that one of the claims he wanted to allege on page 16 was missing in regard to the cooking of the crib meal components by a non-teen.

6) The plaintiff has also learned the name of the John Doe defendant and the amended complaint reflects that name (Ruddy Singletary).

7) The complaint has not been served upon the defendants so it would not prejudice the defendants in anyway

Wherefore the plaintiff request the court grant his motion to amend.

Respectfully submitted
Deron McCoy Jr

(2)