IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DERON McCOY, JR.,**

        **Plaintiff,**

v.                              CASE NO. 21-3269-SAC

**ARAMARK CORRECTIONAL
SERVICES, et al.,**

        **Defendants.**

# O R D E R

This matter comes before the Court on a Motion to Amend Complaint (Doc. 10) filed by Plaintiff. Plaintiff properly attached the proposed Amended Complaint to his motion (*see* Doc. 10-1). Although Plaintiff does not need leave of Court to file an amended complaint because this is his first amendment and because the Complaint has not yet been served (*see* Fed. R. Civ. P. 15(a)(1)), the Court grants Plaintiff's motion and directs the clerk to file Doc. 10-1 as the First Amended Complaint.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Amend Complaint (Doc. 10) is **granted**.

IT IS SO ORDERED.

DATED: This 8th day of July, 2022, at Topeka, Kansas.

                                    s/ Sam A. Crow
                                    SAM A. CROW
                                    U.S. Senior District Judge