DeRon McCoy, Jr #76894
P.O Box 311
ElDorado, KS 67042

United States District Court
For the District of Kansas

DeRon McCoy, Jr,
              Plaintiff,

      vs                          )  Case No. 21-CV-3269-SAC

Aramark correctional services.
   et al. Defendants

<u>Plaintiffs additional Affidavit of truth</u>

comes Now the plaintiff DeRon McCoy, Jr and
submits to the court his additional affidavit
of truth Dated 7/20/22 as evidence in support
of his First Amended complaint.

Date: 7/20/22                    Respectfully submitted.
                                 DeRon McCoy, Jr
                                 DeRon McCoy, Jr. #76894
                                 P.O Box 311
                                 ElDorado, KS 67042

County of Butler )
) SS:
State of Kansas )

## Affidavit of DeRon McCoy Jr

I DeRon McCoy Jr being duly sworn upon oath and being of lawful age state the following.

1) In October of 2021 the eldorado correctional facility began limited movement of the facility due to what was claimed to be staffing shortage.

2) The limited movement restricted inmates from being allowed to go to yard as well as programs, religious callouts, and ability to walk to dinning hall and eat in dinning hall

3) The meals are instead brought to each cellhouse in electrical warmers just like segregation cellhouses.

4) The meals are served either Like outlined in plaintiffs complaint or inmates are allowed to go to electric warmer and handed there tray

5) The meal trays are all stacked together as outlined in other affidavits and complaint and are transported and pulled up in the same manner as outlined in previous affidavit.

6) As of the writting of this affidavit staffing numberous have greatly increased but E.D.C.F is still not under regular movement

Further Affiant saith Naught

_Ruell D Hoover_
Notary public

DeRon McCoy Jr # 76804
P.O Box 311
eldorado iles

NOTARY PUBLIC - State of Kansas
RICHARD D. HOOVER
My Appt Expires 2/16/2022

Date 7/20/22

(2)