IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DERON McCOY, JR.,**

        **Plaintiff,**

    v.                                                    **CASE NO. 21-3269-SAC**

**ARAMARK CORRECTIONAL SERVICES, et al.,**

        **Defendants.**

## O R D E R

This matter comes before the Court on a motion for extension of time filed by Interested Party Kansas Department of Corrections ("KDOC"). KDOC previously requested and obtained time to file an amendment to the *Martinez* Report it filed on June 15, 2022. The current deadline for KDOC to file the amendment is July 27, 2022. KDOC requests an additional two (2) days to receive and file certificates from outside vendors as exhibits to the Report. For good cause shown, the motion is granted.

**IT IS THEREFORE ORDERED** that KDOC's Motion for Extension of Time to File *Martinez* Report (Doc. 15) is **granted**. The deadline for KDOC to file an amended *Martinez* Report is **July 29, 2022**.

**IT IS SO ORDERED.**

**DATED:** This 29th day of July, 2022, at Topeka, Kansas.

                                                              s/ Sam A. Crow
                                                             **SAM A. CROW**
                                                             **U.S. Senior District Judge**