Exhibit 1

## FOOD SERVICE AMENDMENT NUMBER 12
## KANSAS DEPARTMENT OF CORRECTIONS-
## ARAMARK CORRECTIONAL SERVICES, LLC.

This Amendment No. 12 made and entered into as of this *22nd* day of February, 2011, by and between the DEPARTMENT of Corrections of the State of Kansas (hereinafter called the "DEPARTMENT") and ARAMARK Correctional Services, LLC, a Delaware Limited Liability Company (hereinafter called "CONTRACTOR");

WHEREAS, the DEPARTMENT desires to continue purchasing the professional food service management and administrative services and expertise of CONTRACTOR for those purposes and duties hereinafter enumerated below; and

WHEREAS, the parties amended the Original Contract by amendments dated November 4, 1997 (Amendment No. 1); August 31, 1998 (Amendment No. 2); August 31, 2000 (Amendment No. 3); January 31, 2001 (Amendment No. 4); April 2001 (Amendment No. 5); May, 2002 (Amendment No. 6); April 3, 2003 (Amendment No. 7); 2004 (Amendment No. 8); December 31, 2008 (Amendment No. 9); March 1, 2010 (Amendment No. 10); July 26, 2010 (Amendment No. 11), and

WHEREAS, CONTRACTOR is willing to continue providing such services on a regular basis under the terms and conditions hereinafter set forth;

NOW, THEREFORE, in consideration of the mutual promises herein contained, the parties have agreed and do hereby enter into this contract according to the provisions set out herein:

I.   GENERAL TERMS
   1.   The CONTRACTOR shall perform and shall have the exclusive right (excluding those food programs where inmate vocational training activities are performed) to perform, all services which encompass the complete and full provision of food service, including all labor (other than inmate labor provided by the DEPARTMENT), food, supplies and other materials necessary to provide food services for inmates, staff and official visitors/guests at the following facilities, including all units comprising such facilities:

   - Ellsworth Correctional Facility (ECF);
   - El Dorado Correctional Facility (EDCF);
   - Hutchinson Correctional Facility (HCF);
   - Lansing Correctional Facility (LCF);
   - Larned Correctional Mental Health Facility (LCMHF);
   - Norton Correctional Facility (NCF);
   - Topeka Correctional Facility (TCF);
   - Wichita Work Release Facility (WWRF); and,
   - Winfield Correctional Facility (WCF).

Any future consolidation or separation of any of these facilities shall not affect the duty of CONTRACTOR to provide services pursuant to this contract in the same manner as though the consolidation or separation had not occurred; provided, however, that if such consolidation or separation materially adversely affects CONTRACTOR's cost to provide services, the parties will renegotiate the terms (including financial terms) and conditions of this contract. With respect to any facilities constructed and opened by the DEPARTMENT during the term of this contract that require additional kitchens, with the exception of private for-profit operated facilities, the CONTRACTOR shall provide services as described above in this paragraph at such facilities, on terms (including financial terms) and conditions to be negotiated and agreed upon by the parties prior to CONTRACTOR's commencement of operations at such facilities.

2. Performance of food service personnel and the administration and delivery of food service pursuant to this contract shall meet or exceed the applicable American Correctional Association (ACA) standards and the National Commission on Correctional Health Care (NCCHC) standards, including as they may from time to time be amended. If applicable,

    a. CONTRACTOR shall maintain ACA and NCCHC accreditation status at all facilities.

    b. At facilities where DEPARTMENT has or seeks ACA accreditation, CONTRACTOR shall comply with ACA accreditation standards for the food service and related areas. The DEPARTMENT will pay any accreditation fees and costs incurred in the accreditation process, such as reimbursement to the ACA and NCCHC of travel and lodging expenses during accreditation inspections.

    c. CONTRACTOR shall maintain and keep updated such documentation as may be necessary for ACA and NCCHC accreditation audits. All such documentation shall become the property of DEPARTMENT. CONTRACTOR shall fully cooperate in preparing for accreditation audits at such facilities as DEPARTMENT may schedule.

## II.   RESPONSIBILITIES OF THE CONTRACTOR

CONTRACTOR shall perform those duties, functions and tasks enumerated below:

    1.   a) CONTRACTOR will provide a food services training program for all inmates assigned to the food service area, consisting of orientation training and periodic training. Orientation training shall include, but not be limited to, basic sanitation and personal hygiene practices,

fire safety, emergency evacuation procedures, and fundamental occupational safety practices.

Periodic training shall include, but not be limited to, all topics covered in orientation training plus those topics selected by CONTRACTOR in the areas of food preparation and production, simple equipment maintenance, and operation of a food service line. All training shall be carefully and contemporaneously documented, and said documentation shall be made available upon request of the Contract Monitor or on-site field auditor. CONTRACTOR shall develop in cooperation with the DEPARTMENT of Corrections a written schedule for inmate training at all food preparation sites.

b)    CONTRACTOR will provide training for its employees which includes as a minimum: For Management Personnel: 40 hours DEPARTMENT orientation prior to placement; and 40 hours annual training (24 hours of which to be determined and provided by DEPARTMENT; 16 hours determined and provided by CONTRACTOR. CONTRACTOR will document all training which it directly provides or arranges for its staff in fulfillment of this requirement, and shall assure that a portion of such training is provided by a licensed dietitian as required by DEPARTMENT'S policy (IMPP 10-106). All such training documentation shall be furnished annually to the DEPARTMENT Contract Monitor, or more frequently upon request of the Contract Monitor. CONTRACTOR shall develop in cooperation with the DEPARTMENT of Corrections a written schedule for annual training of all employees.

2.    CONTRACTOR shall utilize all useable garden produce generated by DEPARTMENT and shall credit DEPARTMENT for the value of that garden produce, in the following manner: If the produce is an item found on the CONTRACTOR's menu, then the price the CONTRACTOR, would have paid for the item being replaced shall be credited; or, CONTRACTOR may provide catering services of a comparable value for the facility as approved by the warden. CONTRACTOR shall use garden produce grown by DEPARTMENT to provide food items designated on the standard menu, and shall use items of produce not so utilized to provide a supplemental salad bar. CONTRACTOR shall also confer with DEPARTMENT in a timely and effective way concerning what type of garden produce should be produced by DEPARTMENT so as to assure DEPARTMENT is growing garden produce that can be productively utilized by CONTRACTOR.

3.     Three Tiered Maintenance Pattern for Equipment Maintenance:

The parties' obligations for maintaining equipment at DEPARTMENT locations shall be as follows:

A.    Maintenance to be Performed by Food Service CONTRACTOR:
   i.    Cleaning of all equipment
   ii.    Sanitation
   iii.    CONTRACTOR shall sharpen all slicer blades
   iv.    CONTRACTOR shall notify DOC when equipment is in need of repair.

B.    After notification by CONTRACTOR that in its opinion equipment is in need of repair or other factors which cause CONTRACTOR to believe that the equipment needs evaluation, the DEPARTMENT personnel shall assess condition and determine it the repair is within their scope of abilities.  If so, the DEPARTMENT shall make repairs.  If not, go to C.

C.    The DEPARTMENT shall take appropriate steps to insure other repairs shall be performed by technical specialists (non-State staff). The cost of all food service equipment maintenance, repairs and replacements shall be paid in accord with Section VI, paragraph 11, of this contract.

4.    CONTRACTOR will own the food inventory and food service supplies inventory, including paper goods and cleaning supplies, excluding smallwares and cooking equipment.  CONTRACTOR shall be responsible to maintain adequate smallwares inventory levels during the term of the contract.  In the event this contract is terminated or not renewed, all food inventory and other food service supplies owned by CONTRACTOR at such time will be purchased by KDOC from CONTRACTOR at CONTRACTOR invoice price, at which time such inventory and supplies will become property of KDOC.  DEPARTMENT shall maintain ownership of smallwares and equipment at all times.

5.    CONTRACTOR shall provide for the delivery of food to all inmates in the custody of DEPARTMENT, including delivery of food to general population, segregation units, outside work crews, medical units, special religious meals, medical meals; inmates who reside/sleep outside correctional facility perimeters, and inmates who suffer from mental illness or developmental disabilities.  CONTRACTOR and the DEPARTMENT's designated representative at each facility shall negotiate and agree upon delivery points, times and procedures.  From time to time at some of DEPARTMENT's correctional facilities, outside organizations deliver donated food for purposes of religious meals and food service staff shall

then utilize that donated food to prepare religious meals. CONTRACTOR will continue that practice.

When approved for individual cases by DEPARTMENT's medical provider and chaplaincy, CONTRACTOR shall provide religious meals modified to adhere to medical guidelines as set forth in a document entitled "KDOC Medical/Religious Diets", which is attached hereto and incorporated herein, marked "Appendix C" for purposes of identification. Appendix C may be modified as necessary in response to evolving dietary needs by joint consent or the parties.

6.    DEPARTMENT does not anticipate employing additional security staff as a result of outsourcing food service management. Therefore, CONTRACTOR shall provide staff that will be able to work in a secure environment and supervise inmate workers.

7.    CONTRACTOR shall utilize a standardized menu mutually agreed on by the CONTRACTOR and DEPARTMENT and updated seasonally (twice a year, a Fall-Winter season and a Spring-Summer season). CONTRACTOR shall provide other special diets as mutually agreed on by the CONTRACTOR and DEPARTMENT to include, but not limited to a certified religious diet and certain standardized medical diets. CONTRACTOR shall be responsible for obtaining review of the certified religious diet by appropriate religious advisor to insure that the diet meets the requirements of a certified religious diet as defined by the DEPARTMENT, and shall provide proof of the review to the DEPARTMENT. The parties shall act in good faith to reach such mutual agreement as is set forth in this paragraph; however, in the event the parties cannot reach mutual agreement, KDOC shall have final approval rights of these menus.

8.    CONTRACTOR shall notify the DEPARTMENT's Contract Monitor, in writing, of any non-permanent proposed menu changes made during a month, at or within two weeks after the end of such month. Any non-permanent substitutes must be appropriate to the menu relative to the type of food group substituted and be comparable. Permanent menu changes (i.e., changes which will continue for more than two cycles) must be approved in advance, in writing by the DEPARTMENT's Contract Monitor. CONTRACTOR will publish dated weekly menus at least ten (10) days in advance, for each correctional facility to distribute and post for the staff and inmate population. Only wholesome, appropriately inspected foods will be used. Foods outside of a normal stated shelf life date shall not be used. CONTRACTOR shall be responsible for determining the number of meals to be served on a daily basis.

9.      CONTRACTOR shall be responsible for all food service area cleaning and sanitation, including food preparation and storage areas, dining areas, and kitchen dock areas, and shall assure compliance with all applicable federal, state, city and county health codes and requirements.

10.     CONTRACTOR shall provide all ancillary food service supplies and products, including but not limited to sacks, napkins, plastics, small utensils and office supplies.  With respect to ancillary food service supplies, CONTRACTOR is required to use available Kansas Correctional Industries products; provided that such products are of equal or similar quality and price to the products CONTRACTOR would have purchased. Such supplies will be purchased by the facility on behalf of the CONTRACTOR with the costs then to be deducted from contractual payments.

11.     Each DEPARTMENT correctional facility must receive food that is equal or better in quality when compared to that which was served immediately prior to the effective date of this contract.  Unpaid staff meals will be provided by CONTRACTOR in accord with the provisions of K.A.R. 1-19-4, and CONTRACTOR shall bill DEPARTMENT one hundred (100) meals per day at $1.25 per meal for these meals.

12.     CONTRACTOR will also provide paid staff meals, and the cost of such meals shall be the same as the per unit cost of inmate meals. CONTRACTOR will be fully responsible for charging for and receiving payment for paid staff meals directly from the participating staff members, which accounting process shall be separate and apart from the billing procedures set forth herein relating to inmate meals.

13.     CONTRACTOR shall provide for all storage of food necessary for the providing of food services to DEPARTMENT under the provisions of this contract.  DEPARTMENT shall make available storage space up to the storage space currently so utilized.  At LCMHF, additional storage space located on the premises of Larned State Hospital (LSH) shall be made available, subject to approval and as determined by the Kansas Department of Social and Rehabilitation Services [SRS].

14.     CONTRACTOR shall provide ice at DEPARTMENT's correctional facilities, when the ice-making equipment is located in the kitchen, provided the equipment is in good working order, and provided there is otherwise sufficient ice for purposes of operating the food service area. The DEPARTMENT shall be responsible for the cost of maintaining, repairing and replacing such equipment subject to the same conditions and provisions set forth in the equipment section of this contract.

15.     CONTRACTOR shall provide emergency plans to DEPARTMENT's
        Contract Monitor for weather and other natural disasters' utility failure,
        work stoppages and inmate disturbances, or any other disruptions to
        normal food service operations, and shall be prepared and able to carry
        out such emergency plans when necessary.  CONTRACTOR shall
        participate in all emergency preparedness training.  CONTRACTOR shall
        provide a minimum of one (1) hot meal for each twenty-four (24) hour time
        period during the emergency condition.

16.     CONTRACTOR shall comply with DEPARTMENT practices and
        procedures utilized to assure health and medical clearance of food service
        staff and inmate food service workers.

17.     CONTRACTOR shall cook and serve food on site at the facilities, other
        than the Larned Correctional Mental Health Facility.  With respect to the
        Larned facility, CONTRACTOR shall prepare and serve food provided by
        LSH.  CONTRACTOR shall bill, and the DEPARTMENT shall pay for
        meals at LCMHF at a fixed total daily rate.  The price per meal designation
        for LCMHF is set in the "Multi-Year Sliding Scale Table" (Appendix B).

        The fixed total daily rate shall be in effect irrespective of any change in the
        LCMHF population.  If the State discontinues provision of free food to
        CONTRACTOR, or if the DEPARTMENT requires CONTRACTOR to
        increase the number of CONTRACTOR staff assigned to duty at LCMHF
        above the current staffing level, the parties shall renegotiate in good faith
        a fixed total daily rate.

18.     CONTRACTOR shall keep all meat and vegetables required for the next
        two (2) days menu in-house at each DEPARTMENT correctional facility at
        all times.  (LSH shall be considered to be part of LCMHF for purposes of
        this Paragraph).  Additionally, a two-day supply of food for a mutually
        agreed on "lock down menu" shall be on hand or immediately available at
        each DEPARTMENT correctional facility at all times.

19.     CONTRACTOR shall provide a contract manager for Kansas on a full-time
        basis.

20.     CONTRACTOR shall provide a staff member at each DEPARTMENT
        correctional facility who will serve as a liaison with the warden or warden's
        designee and the classification administrator of each such facility
        regarding utilizing inmate staff for food service work as well as day-to-day
        operations of food service.

21.     CONTRACTOR shall be responsible for all long distance telephone
        expenses, additional telephone lines, copying expenses, office supply

expenses, and any other administrative expenses attendant to CONTRACTOR's performance of this contract.

22. CONTRACTOR shall provide full-time site managers who are "on call" for each DEPARTMENT correctional facility when not in attendance, during all hours the food service section is in operation.. With respect to such full-time site managers, CONTRACTOR's staff liaisons, and CONTRACTOR's contract manager, the DEPARTMENT acknowledges that CONTRACTOR has invested considerable amounts of time and money in training its supervisory employees in systems, procedures, methods, forms, reports, formulas computer programs, recipes, menus, plans, techniques and other valuable information which is proprietary and unique to the CONTRACTOR's manner of conducting its business and that such information is available on a confidential basis, to the CONTRACTOR's supervisory employees.  Therefore, the DEPARTMENT agrees that supervisory employees of CONTRACTOR shall neither be hired by the DEPARTMENT for the term of this contract and six (6) months thereafter nor shall the DEPARTMENT permit supervisory employees of CONTRACTOR to be employed at the DEPARTMENT's facilities for a period of six (6) months subsequent to the termination of this contract (unless such employees were formerly employees of the DEPARTMENT or who desire to maintain residency in the local area).  For the purposes of this prohibition "supervisory employees" shall mean those persons who have directly or indirectly performed management or professional services at the DEPARTMENT's facilities at any time during the twelve (12) month period immediately preceding termination of this contract.

23. CONTRACTOR will obtain and maintain OSHA approved first-aid equipment and supplies in all DEPARTMENT food production and service areas.

24. CONTRACTOR may not use DEPARTMENT facilities or equipment for other individuals, groups or organizations for any purpose other than contract performance, without written approval of DEPARTMENT's Deputy Secretary of Programs, Research and Support Services.  From time to time, DEPARTMENT has made its correctional facility food service facilities and equipment available to charitable community organizations. DEPARTMENT desires to continue that practice and CONTRACTOR shall facilitate that custom so long as such practice does not prevent CONTRACTOR from carrying out its duties under this contract and does not cause CONTRACTOR to incur additional costs.

25. CONTRACTOR shall ensure that all meat utilized in performing the food services called for in this contract shall meet the USDA specifications and all raw foods used shall meet the following specifications:
   a.    Beef-USDA Inspected

b.    Pork-USDA No. 1;
c.    Veal and Lamb-USDA Choice;
d.    Poultry-USDA Inspected;
e.    Seafood- USDA Inspected;
f.    Eggs-USDA Grade A;
g.    Fresh fruits and vegetables-No. 1 Quality or comparable quality;
h.    Canned fruits and juices-light syrup or natural juice, USDA choice, extra standard or better grade or comparable quality.
i.    Canned vegetables-Extra Standard Grades or comparable quality;
j.    Frozen fruits, vegetables, juices-USDA Extra Standard or comparable quality;
k.    Milk, cheese-USDA Grade A.
l.    Imitation or cheese substitute will rate a USDA 3 for meltability when applicable to the menu.

26.    All meat cuts utilized by CONTRACTOR in performing the food services called for this in the contract shall be in accordance with USDA specifications. To the extent CONTRACTOR utilizes processed meat products, all such products shall be manufactured in USDA inspected facilities. The above-indicated grades are intended as minimum standards only. All other food stuffs not included in the above listing shall be of comparable quality.

27.    CONTRACTOR shall ensure that meals dispensed pursuant to this contract shall provide sufficient variety to include:

a.    Ethnic foods consistent with the population of each DEPARTMENT correctional facility;

b.    Flavor, texture and color balance;

c.    Seasonal menus that reflect availability of seasonal foods, traditional holiday menus and heavier foods during the colder weather and light, cool and crisp foods during warmer weather;

d.    Color contrast to provide eye appealing combinations;

e.    Avoidance of repetitious servings;

f.    Food at temperatures in accordance with public health requirements.

CONTRACTOR shall provide well balanced meals that provide caloric values of not less than a weekly average of 2900 calories per day for men and a similarly computed average of 2200 calories per day for women.

28.   The menus rendered by CONTRACTOR pursuant to this contract shall provide a weekly average of a minimum of 25 grams of dietary fiber per day. The menus shall be comprised of no more than 31% fat and with no more than 10% saturated fat per day on a weekly average, and shall contain no more than 4000 mg sodium per day based on a weekly average. CONTRACTOR may, with approval of the DEPARTMENT contract manager, utilize vegetable filler.

29.   The daily menus supplied by CONTRACTOR pursuant to this contract shall consist of the following number of minimum servings per day from the indicated food groups:

  a.   Meats, poultry, fish or protein alternatives such as eggs, nuts, or beans -- two (2) to three (3) servings per day equivalent to six (6) to eight (8) ounce total for the day;

  b.   Vegetables and fruits -- four (4) servings per day (to include two yellow or leafy green vegetables);

  c.   Dairy products -- minimum sixteen (16) oz. fluid milk or nutritional equivalent per day;

  d.   Bread and cereals -- four (4) servings per day; and,

  e.   Fats and oils -- at least .35 ounces per day.

In any event, daily menus supplied by CONTRACTOR shall satisfy the current nutritional requirements for adult men and women as called for by the National Academy of Sciences.

30.   CONTRACTOR shall ensure that adequate quantities of food are prepared for each and every meal so that all inmates receive the same meal items in essentially the same portions and so that CONTRACTOR does not run out of food during the meal service.

31.   CONTRACTOR shall institute a quality assurance program that encompasses all levels of the food service operation. This program will be applied to all steps of the food service procurement, preparation and service system. As a minimum, this program shall address and assess:
  –   Meal planning
  –   Subsistence and supply ordering
  –   Receiving/storage
  –   Pre-preparation of raw products
  –   Food preparation
  –   Refrigeration and potentially hazardous foods handling
  –   Meal service

- Therapeutic diet preparation and service
- Satellite meal service
- Ware washing
- Sanitation
- Customer satisfaction
- Training program

Documentation of implementation and continuing use of the quality assurance program shall be made carefully and contemporaneously, and shall be provided to the Contract Monitor or on-site field auditors upon request.

One complete meal tray from each meal served must be made up at the end of the meal service period, dated, frozen and stored in one location for a minimum of three days.  These samples shall be available for microbiological testing in the event of a suspected case of food borne illness.

32.  CONTRACTOR shall have a policy providing for response to inmates and staff menu suggestions and food service program comments. CONTRACTOR shall cooperate with DEPARTMENT personnel in responding to inmate and staff grievances submitted in accord with DEPARTMENT's grievance procedures.  CONTRACTOR shall provide the initial response to each grievance.

33.  Designated members of CONTRACTOR staff and DEPARTMENT staff (including the contract manager for both CONTRACTOR and DEPARTMENT) will meet on a monthly basis or as needed to evaluate the food service program, identify problem areas and develop and implement solutions.

34.  As to each DEPARTMENT correctional facility, a formal food service meal acceptance survey will be performed annually by CONTRACTOR with results consolidated and reported by the CONTRACTOR to designated DEPARTMENT central office staff and correctional facility management staff.

35.  Food portions to be served by CONTRACTOR under the terms of this contract will be strictly observed and monitored by CONTRACTOR and DEPARTMENT.

36.  As to food served by CONTRACTOR under the terms of this contract, food temperatures will be carefully monitored by CONTRACTOR through each meal period and recorded to assure proper serving temperatures. Food temperatures of food for delivery to special needs or special

circumstances inmates will also be recorded for each meal at or immediately before departure from the kitchen.

37. CONTRACTOR shall effectively supervise food service inmates, requiring a minimum amount of time on the part of DEPARTMENT supervisory and management staff to settle disputes regarding day to day issues. DEPARTMENT shall supply inmate labor at levels mutually agreed to by the DEPARTMENT and the CONTRACTOR.

38. CONTRACTOR shall gather, sort and put into containers trash, garbage and grease generated by the food service operation, and move it to sites identified by each DEPARTMENT correctional facility for pick-up. CONTRACTOR agrees to participate in the DEPARTMENT's recycling initiative.

39. CONTRACTOR shall comply with all occupational safety and health standards and regulations as promulgated by federal, state and local authority. Any unsafe practices observed by DEPARTMENT will be corrected by CONTRACTOR within five (5) days of discovery and notice to Site Manager. If such practices are not corrected by CONTRACTOR within five (5) days after receipt of such notice, DEPARTMENT will make corrections and the cost of such corrections will be deducted from payments due CONTRACTOR. Failure on the part of CONTRACTOR to comply with all applicable safety and health standards and regulations will be grounds for contract termination.

40. CONTRACTOR shall promulgate and observe specific policies relative to food service inmate supervision, key control, knife control, yeast control, control of cleaning agents and chemicals, and protection of food, supplies and equipment from damage or loss.

41. CONTRACTOR shall also provide coffee, tea, doughnuts, rolls, and other snack foods and beverages for such functions upon advance arrangement by the individual facility warden, who shall present payment for the same on or before the date of the function in question. Payment for such beverages and snack food shall not be made from appropriated state funds.

42. With respect to provision of services at Larned Correctional Mental Health Facility (LCMHF), CONTRACTOR shall provide personnel necessary for operation of current LCMHF serving kitchen, and delivery of inmate meals using food prepared by Larned State Hospital (LSH) with charges for said service made pursuant to Appendix B. For billing purposes, the inmates served at LCMHF shall not be included as part of the total census.

43.     In addition to providing coffee at breakfast and evening meals, the CONTRACTOR shall provide coffee as a beverage only when requested by the facilities for work details or crews during the winter season, defined as the period beginning October 1st and ending March 31st during each year during the term of this contract.

III.    <u>RESPONSIBILITIES OF THE DEPARTMENT</u>

DEPARTMENT shall perform those duties, functions and tasks enumerated below:

1.      DEPARTMENT shall be responsible for all utility costs associated with food service.  DEPARTMENT shall be responsible to provide adequate kitchen, preparation and storage facilities, equipped and ready to operate.

2.      DEPARTMENT shall be responsible for all needed building renovations and building code violation corrections with food service.

3.      DEPARTMENT shall provide administrative oversight to assure contract compliance, which may include on site field auditors as well as a central administrator.

4.      DEPARTMENT shall be responsible for pest control in all food service areas.

5.      DEPARTMENT shall assign necessary security staff to the food service areas as determined by the warden or the warden's designee at each DEPARTMENT correctional facility.

6.      DEPARTMENT shall pay the cost of 'medical screening' for food service employees and inmates assigned to work in the food service area.

7.      DEPARTMENT shall provide laundry services for food service programs, including but not limited to, inmate uniforms, towels and rags.

        CONTRACTOR staff uniforms are excluded from DEPARTMENT laundry services.

8.      DEPARTMENT will provide refuse disposal service for trash, garbage and grease processed by CONTRACTOR in compliance with the terms of this contract.

9.      DEPARTMENT will be responsible for all maintenance to all building structures, including utilities, ventilation, fire suppression/fire safety systems, air conditioning, heating, duct work, floor coverings, and wall and ceiling surfaces.

IV.   <u>STAFFING RESPONSIBILITIES OF THE CONTRACTOR</u>

1.   All CONTRACTOR employees and subcontractors must pass a background investigation conducted by DEPARTMENT or its designee to be eligible for employment by the CONTRACTOR within a DEPARTMENT correctional facility.  Such investigations shall be the equivalent of investigations required of all DEPARTMENT personnel, except to the extent limited by applicable law, including but not limited to, the Federal Employee Polygraph Protection Act, as amended.

2.   If any employee hired by CONTRACTOR is disapproved by DEPARTMENT, a written summary of the reasons for the disapproval shall be presented to CONTRACTOR.

3.   In recognition of the sensitive nature of penal institutions, CONTRACTOR agrees that in the event that DEPARTMENT, in its discretion, is dissatisfied with any of the personnel provided under this contract, DEPARTMENT may deny access of such personnel to the DEPARTMENT correctional facility.  DEPARTMENT shall give written notice to CONTRACTOR of such fact and the reasons therefore and the CONTRACTOR shall remove the individual in question from the services covered herein and cover with other appropriate personnel until an approved replacement is found.

   a.   Decisions regarding the employment status of such personnel elsewhere in the CONTRACTOR's organization outside DEPARTMENT facilities shall be at the CONTRACTOR's discretion.

   b.   If DEPARTMENT's decision to deny access results in the termination of an employee by CONTRACTOR, DEPARTMENT shall provide CONTRACTOR's employee an opportunity for a denial-of-access hearing.  The Warden of the correctional facility shall notify CONTRACTOR's employee, in writing, of the opportunity for the hearing and the basis for the decision to deny access.  Following such hearing the Warden of the correctional facility shall determine whether to continue or modify the decision to deny access.

4.   CONTRACTOR shall insure that all food service staff meet or exceed qualifications appropriate to their level of responsibility.

5.   All CONTRACTOR personnel shall be required to have a medical screening as a condition of employment and shall be free of any communicable disease or other health problem that could impact the health and safety of food service provided by CONTRACTOR.

6.      CONTRACTOR shall conduct performance evaluations of the food service staff in accordance with its established policies and procedures. Copies of such evaluations shall be furnished to DEPARTMENT's Contract Monitor upon request.

7.      CONTRACTOR, its employees, and others acting under its direction or control, shall at all times, observe and comply with all applicable DEPARTMENT rules and regulations, including DEPARTMENT Internal Management Policies and Procedures, and general orders of DEPARTMENT correctional facilities, as well as all laws and pertinent regulations of the state of Kansas and the United States that are generally applicable, now existing or hereafter adopted, respecting operations and activities in and about property occupied by DEPARTMENT, CONTRACTOR agrees that its personnel will assist DEPARTMENT by reporting violations of inmate rules to DEPARTMENT, writing disciplinary reports regarding such violations as appropriate, and testifying in judicial or administrative hearings as requested by DEPARTMENT regarding such violation. CONTRACTOR's personnel shall adhere to the same standards of personal appearance as are applicable to non-uniformed staff of DEPARTMENT. CONTRACTOR shall specifically inform its employees of the provisions of K.S.A. 21-3826; K.A.R. 44-2-103; and K.S.A. 21-3520. DEPARTMENT shall provide CONTRACTOR with copies of DEPARTMENT rules, regulations and other materials referred to above in this Paragraph.

8.      Each site CONTRACTOR Food Service Manager shall participate in correctional facility management meetings and other meetings as may be required.

9.      CONTRACTOR staff shall wear a uniform which is different from inmate food service staff while on duty and the type of uniform is to be proposed by CONTRACTOR and approved by DEPARTMENT.

10.     CONTRACTOR shall provide an employee relief plan that addresses issues such as employee illness, vacation, holidays and absence due to training. All CONTRACTOR food service site managers employed by CONTRACTOR shall have at least two years prior food service experience.

11.     CONTRACTOR shall provide, at a minimum, the staffing levels (excepting inmate workers) as set forth in Appendix A to this contract, which is attached hereto and made a part of this contract by this reference. CONTRACTOR shall provide a monthly status report on staffing levels which includes a staffing inventory utilizing position numbers. CONTRACTOR shall provide job descriptions and position numbers to DEPARTMENT for each position in the staffing plan. Job descriptions

shall be tailored for use throughout the DEPARTMENT and shall reflect appropriate lines of authority and reporting hierarchy consistent with Appendix A hereto. CONTRACTOR agrees to maintain employed staff at not less than the minimum staffing levels provided in Appendix A hereto. In the event CONTRACTOR allows the staffing level to fall below the minimum staffing levels provided in Appendix A hereto, and that failure endures for more than thirty (30) calendar days (and is not the result of the DEPARTMENT's delay in the grant of a security clearance or orientation training related to CONTRACTOR's replacement personnel), the salary value of each such vacant position shall be deducted from the compensation due CONTRACTOR under this contract on the 31st day from which the vacancy occurs. The salary value of such position shall equal (a) the total annual salary offered by CONTRACTOR for such position, divided by (b) 261, multiplied by, (c) the number of work days such position is vacant. CONTRACTOR shall make a good faith effort to fill all vacant positions with a qualified employee at the earliest possible opportunity and shall not require or allow employees to work so much overtime so that their performance is less effective, substandard or in any way compromised.

12.   CONTRACTOR may employ selected inmates to hold low level CONTRACTOR jobs (in lieu of civilian workers), such inmates to be paid by CONTRACTOR at no lower than minimum wage rates. Inmate employment is subject to approval of DEPARTMENT, and with the understanding that all assignment decisions are to be made by DEPARTMENT with consultation of CONTRACTOR to provide minimal interruption in labor coverage. DEPARTMENT's security interest may require curtailing Inmate Industry workers. CONTRACTOR agrees to pay said wages to the DEPARTMENT for the account of the inmates employed by CONTRACTOR. In conjunction with Facility Wardens, CONTRACTOR shall have the right to select and reject inmate applicants. CONTRACTOR reserves the right to reject and to request the DEPARTMENT to remove inmate workers who perform unsatisfactorily. Industry inmate workers shall not be subject to the training required of civilian workers. Medical care will be provided by the DEPARTMENT for the entire period for which inmates who are assigned to duty in the food services are incarcerated. Inmates will not be eligible to receive unemployment compensation benefits while incarcerated. Inmates shall not be provided vacation leave, sick pay, holiday pay, health or life insurance, or any benefits of any kind from CONTRACTOR unless required by law.

The DEPARTMENT shall provide up to fifteen (15) inmate industry workers as requested by CONTRACTOR. Vacancies due to the unavailability of inmate industries workers, for 30 calendar days shall, on the 31st day, result in the CONTRACTOR receiving credit for the salary

and benefit value of a civilian position pursuant to the same formula for DEPARTMENT credit for vacant civilian CONTRACTOR positions.  If said industry workers are subject to DEPARTMENT re-assignment for non-security reasons, DEPARTMENT will attempt to give CONTRACTOR a minimum of seven (7) calendar days notice to insure continuity in service.

V.   <u>TERM OF CONTRACT</u>

1.   In consideration for the extension of the contract for an additional ten (10) years beyond the term of the current contract which expires June 30, 2012, CONTRACTOR will provide the DEPARTMENT with a financial commitment of Three Million, Five Hundred Thousand Dollars ($3,500,000.00) payable upon execution of this contract.  That financial commitment will be subject to straight amortization over the term of the 10-year contract extension. This amendment shall be effective as of July 1, 2011 and the term shall continue through June 30, 2022.

2.   Effective October 1, 2011, CONTRACTOR will reduce the per meal price for food service by Eleven Cents ($0.11) which reduction will apply through June 30, 2022.

3.   Funding for the continuation of this program is dependent upon successful compliance with standards established for the program, the availability of funds appropriated to continue the program and the DEPARTMENT's review of the program's performance.  Annual increases to the per meal price will be determined based upon the CPI.  Annual increases will be adjusted based on the following formula.

   a. If the CPI is equal to or less than 1.5 percent, the increase will reflect the actual CPI;
   b. If the CPI is greater than 1.5 percent and equal to or less than 2.5 percent, the increase will be 2.0%;
   c. If the CPI is greater than 2.5 percent, the increase will reflect the actual CPI.

The DEPARTMENT may exceed the "not to exceed" amounts set forth in this contract due to increased inmate populations, or an increase in the CPI Index if the resulting price change is excess of the "not to exceed" amounts.

4.   This extended contract may be terminated under the following conditions:

(a)   **Termination for Convenience.**  DEPARTMENT may terminate performance of work under this contract in whole or in part

whenever, for any reason, DEPARTMENT shall determine that the termination is in the best interest of the State of Kansas. In the event that DEPARTMENT elects to terminate this contract pursuant to this provision, it shall provide the CONTRACTOR written notice at least thirty (30) days prior to the termination date. The termination shall be effective as of the date specified in the notice. CONTRACTOR shall continue to perform any part of the work that may have not been terminated by the notice.

(b)    **Termination for Cause.** DEPARTMENT may terminate this contract for cause under any of the following circumstances:

   ✓ CONTRACTOR fails to make delivery of goods or services as specified in this contract;

   ✓ CONTRACTOR fails to perform any of the provisions of this contract, or so fails to make progress as to endanger performance of this contract in accordance with its terms; and/or,

   ✓ CONTRACTOR fails to comply with all applicable safety and health standards and regulations.

DEPARTMENT shall provide CONTRACTOR with written notice of the condition(s) constituting a serious deficiency in performance, as provided in Section VII, Paragraph 6. If the CONTRACTOR fails to remedy the condition(s) within 30 days of the receipt of the notice, the DEPARTMENT may, with sole discretion, assess liquidated damages as provided in Section VII, Paragraph 6, or issue an order to stop work 30 days from the date of receipt of the notice, or both. Receipt of the notice shall be presumed to have occurred within three (3) days of the date of the notice. If CONTRACTOR remedies the condition to DEPARTMENT'S satisfaction before the stop work order is to become effective, the stop work order shall become null and void and the contract shall continue uninterrupted.

(c)    **Mutual Agreement.** With the mutual agreement of DEPARTMENT and CONTRACTOR upon receipt and acceptance of not less than thirty (30) days written notice, the Contract may be terminated at an agreed date prior to the end of the Contract period without penalty to either party.

5.    In the event this contract is terminated for convenience prior to the end of the amortization period of ten (10) years, the DEPARTMENT will

reimburse CONTRACTOR for the unamortized balance of the initial financial commitment of $3,500,000.00 as of the date of such termination.

6. In the event this contract is terminated for cause prior to the end of the amortization period of ten (10) years, the DEPARTMENT shall not be obligated to reimburse CONTRACTOR any of the initial financial commitment of $3,500,000.00 as of the date of such termination.

7. This contract shall, at the sole discretion of DEPARTMENT, automatically terminate at such time as CONTRACTOR shall become a debtor-in-bankruptcy either by voluntary or involuntary petition, and no notice of such termination shall be required. All payments to CONTRACTOR's trustee in bankruptcy shall be paid pursuant to the provisions of this contract. In the event the contract is terminated under this circumstance, the DEPARTMENT will not be required to repay the unamortized amount of initial financial commitment of $3,500,000.00.

8. In the event this contract is terminated for convenience or for cause, all finished or unfinished documents, data, studies and reports prepared by CONTRACTOR under this contract shall, at the option of the DEPARTMENT, become its property. CONTRACTOR shall retain title to CONTRACTOR's software and manuals.

9. Monies saved as a result of relieving CONTRACTOR to maintain a performance bond shall be applied to and expended by CONTRACTOR to maintain and operate vocational food service programs at the following facilities: Ellsworth Correctional Facility, El Dorado Correctional Facility, Hutchinson Correctional Facility, Lansing Correctional Facility, Norton Correctional Facility, Topeka Correctional Facility, Winfield Correctional Facility, and Wichita Work Release Facility. No additional payments will be made to CONTRACTOR for the operation of the vocational programs.

VI.   BASIS OF PAYMENT

1. Pricing levels for the period January 1, 2011 through June 30, 2022 and for fiscal year (FY) 2012 are set forth in the 1-page document entitled "ARAMARK Correctional Services, LLC., Kansas Department of Corrections, Multi-Year Sliding Scales", which is attached hereto and incorporated herein, marked Appendix B for purposes of identification. The pricing levels set forth therein may be modified on an annual basis as set forth in Section V.3.

2. CONTRACTOR shall bill the state on July 1 of each contract year $300,000 for capital outlay items and similar expenditures described in Paragraph VI (11).

3.    At each facility, the DEPARTMENT will provide CONTRACTOR with an inmate count as of midnight of each day.   CONTRACTOR will bill the DEPARTMENT, and the DEPARTMENT will pay CONTRACTOR based on such count, at the price per meal set forth on Appendix B. CONTRACTOR shall bill the DEPARTMENT at the end of each month during the term, for services rendered during such month.  The maintenance, repair and replacement (including capital outlay item) costs incurred under Section II, Paragraph (3) shall be reconciled each month.

4.    The annual costs will be paid by DEPARTMENT to CONTRACTOR on a monthly basis for the contract period but such monthly payments will be subject to adjustment for payment of any liquidated damages, set-off(s), penalty(s) or credit(s) as set forth within the terms and provisions of this contract.

5.    DEPARTMENT shall pay CONTRACTOR's invoices on or within 15 days after DEPARTMENT's receipt thereof.  Payments pursuant to this contract shall be subject to the Kansas Prompt Payment Act, K.S.A. 75-6401 et seq., and amendments thereto.

6.    On July 1, of each fiscal year, CONTRACTOR shall submit to DEPARTMENT, and the DEPARTMENT shall pay, an invoice in the amount of 1/12th of the total allocation set forth in the contract, minus the $300,000 equipment fund and $36,500 for monitor meals (the "Initial Payment").  For each subsequent month, the CONTRACTOR shall bill the DEPARTMENT, by actual inmate census, and credits and deductions relative to the previous month.  The CONTRACTOR shall credit such initial payment to the actual inmate census, and credits and deductions experienced in the tenth month (April) of each fiscal year when CONTRACTOR submits CONTRACTOR's invoice in the eleventh month of each fiscal year (May).

7.    The payment due CONTRACTOR for the final month of each DEPARTMENT fiscal year shall be split with one half paid according to the schedule provided herein and the other one half retained by DEPARTMENT until all applicable deductions or additions can be calculated.  The remaining balance shall then be paid to CONTRACTOR by the 15th day of the following month.

8.    DEPARTMENT shall not be liable for and shall not reimburse CONTRACTOR for any expenses incurred by CONTRACTOR except as provided for by the terms and provisions of this contract.

9.    If any statute, rule or regulation, or court order is adopted, enacted or entered after the contract date which materially increases the services to

be provided to inmates and the subsequent cost to CONTRACTOR of providing such additional services, CONTRACTOR and DEPARTMENT will negotiate an additional compensation to be paid by DEPARTMENT to CONTRACTOR as a result of such changes.

10. In addition to Paragraph 9, the fiscal arrangements in this CONTRACT are based on and reliance is placed upon the conditions existing on the date CONTRACTOR commences operations regarding the number of facilities in operation on such date, the facilities' inmate and staff populations, the ability of suppliers to deliver inside secured perimeters, the availability of inmate and Industries labor and the cost thereof, and any State assessed tax applied to outsourcing of services not now assessed which may become applicable to this CONTRACT. In the event of a change in such conditions set forth above or the inaccuracy or breach of, or failure to fulfill, any representations made by the DEPARTMENT, the financial terms and other obligations assumed by the CONTRACTOR shall be renegotiated on a mutually agreeable basis to reflect such change, inaccuracy or breach. In addition, the DEPARTMENT will work with the CONTRACTOR to change or replace menu items which may have cost increases which were not foreseen by the parties.

11. The parties agree that the annual amount specified in Article VI, Paragraph 2, i.e., the sum of $300,000.00 per year shall be utilized only for the acquisition and/or reimbursement to CONTRACTOR of the costs to maintain, repair and replace food service equipment and to acquire other capital outlay items deemed necessary by mutual agreement of the parties for the delivery of services pursuant to the terms and provisions of this contract. Capital outlay items are defined as equipment with a purchase price of $300.00 or more and a life expectancy of three years or more. CONTRACTOR shall obtain DEPARTMENT's approval from the Deputy Secretary of Programs, Research and Support Services or designee prior to obtaining any capital outlay items pursuant to this Paragraph. Such approval shall not be unreasonably withheld. All items acquired with these funds shall become the property of DEPARTMENT. At the end of each month during the term, CONTRACTOR shall provide to DEPARTMENT a report summarizing expenditures for maintenance, repairs and replacements, and capital outlay item purchases, and identifying the remaining available funds for the then-current contract year. In the event that all of the above-enumerated monetary allowance is not expended within a contract year, the balance shall be carried over to the next contract year. At the termination of the contract, any remaining balance of the total pursuant to this Paragraph shall be deducted from the final payment to CONTRACTOR. If all of the above-enumerated monetary allowance is expended during a contract year, the DEPARTMENT and CONTRACTOR shall work together to determine a mutually agreed upon plan of action to address maintenance, repair and replacement issues.

VII.   <u>MISCELLANEOUS TERMS</u>

1.   DEPARTMENT neither assumes nor accepts any liability for the acts or failures to act, professionally or otherwise, of CONTRACTOR, its agents, servants or employees.

2.   CONTRACTOR neither assumes nor accepts any liability for the acts or failures to act, professionally or otherwise, of the DEPARTMENT or its agents, servants or employees.

3.   CONTRACTOR will indemnify and shall keep, save and hold harmless DEPARTMENT and the State of Kansas from and against loss and any and all claims, demands, causes of actions, damages, costs or liability arising from or out of any allegation of or actual negligence, gross negligence, willful or wanton conduct, or intentional act or omission on the part of CONTRACTOR's employees, or disregard of proper lawful instructions from DEPARTMENT. This provision shall remain in effect after the termination of the contract with respect to any matter arising from CONTRACTOR's activities during the term of the contract. CONTRACTOR further agrees to make its personnel available to assist in the defense of any action arising from or involving CONTRACTOR's activities during the term of the contract, including actions filed after the termination of the contract, without additional cost to DEPARTMENT.

4.   At all times during its performance hereunder, CONTRACTOR shall be an independent CONTRACTOR and shall not become or be deemed to become an agent, servant or employee of DEPARTMENT or the State of Kansas.

5.   CONTRACTOR shall be responsible for all FICA, Federal and State withholding taxes, for worker's compensation coverage, and for any and all employment benefits due its employees, excluding Industry inmate workers to the extent as previously set forth in this contract.

6.   Should DEPARTMENT determine that CONTRACTOR's services as required under this contract are seriously deficient, DEPARTMENT shall notify CONTRACTOR in writing of the serious deficiency. A serious deficiency shall include, but not be limited to:

a.   Staffing levels falling below 90 percent of minimum levels.

b.   Failure to maintain ACA or NCCHC accreditation at any DEPARTMENT correctional facility (if applicable), or

c.     Any other material breach of this contract by CONTRACTOR that materially adversely affects food services to inmates or staff or the security of any facility.

CONTRACTOR shall have 30 days from the date of the notification to rectify the serious deficiency.  If, after the 30 days, CONTRACTOR has not resolved the serious deficiency, CONTRACTOR agrees, notwithstanding any other provision of this contract, to pay DEPARTMENT the sum of $2,000 per calendar day for each day that CONTRACTOR's services are seriously deficient.  This amount shall be paid for each separate serious deficiency.  It is understood and agreed that said amount is to be paid as liquidated damages, and not as a penalty, in view of the difficulty of affixing actual damages under this contract.  The liquidated damages provided for in this Paragraph shall be in addition to any other set-off, credit or penalty to be paid DEPARTMENT by CONTRACTOR pursuant to the terms and provisions of this contract.  DEPARTMENT may withhold the amount to be paid by CONTRACTOR pursuant to this Paragraph from subsequent payments due CONTRACTOR pursuant to this contract.  CONTRACTOR shall not be liable for liquidated damages when CONTRACTOR's failure to provide acceptable services under the contract arises as a result of any reason beyond its control, including inmate disturbances, acts of God, or any other similar causes beyond the reasonable control of either party or if the serious deficiency is not capable of rectification within 30 days and CONTRACTOR, in good faith, is diligently pursuing rectification, as determined by DEPARTMENT.  In any case, however, CONTRACTOR shall be obligated to notify DEPARTMENT in writing immediately upon its determination that it cannot provide said services.  Nothing in this Paragraph shall be interpreted to preclude DEPARTMENT from recovering damages from CONTRACTOR under any other provision of this contract or exercising any other remedy at law or equity; nor shall DEPARTMENT be precluded from terminating this contract for breach.

7.     At all times during the term of this contract, CONTRACTOR shall maintain insurance coverage for all services provided pursuant to the terms and provisions of this contract as required by Request for Proposal #31575 Section 4.7,p. 16 and as set forth by CONTRACTOR in its Proposal. CONTRACTOR shall notify DEPARTMENT of any renewal, non-renewal, cancellation or material changes in insurance coverage.

8.     In the event of a strike, slowdown or full or partial work stoppage of any kind by the employees of CONTRACTOR, CONTRACTOR hereby acknowledges its responsibility to continue to perform its obligations under this contract and will indemnify DEPARTMENT for any reasonable losses it may incur in the event of a strike, slowdown, full or partial work stoppage by CONTRACTOR's employees.

9.  The waiver of any breach of this contract by either party shall not operate as a waiver by such party of any of its rights or remedies as to any other breach.

10. CONTRACTOR agrees not to seek, whether by suit or other means, payment of any monies due CONTRACTOR under this contract from any individual officers or employees of DEPARTMENT of the State of Kansas. The parties acknowledge that::

    (a)  Past, present and future officers of DEPARTMENT and the State of Kansas are entitled to enforce the undertaking set forth herein; and,

    (b)  Inmates are not third party beneficiaries of this contract and are not entitled to enforce the undertaking set forth herein.

11. All food service records prepared pursuant to this contract shall be within the possession, custody and control of CONTRACTOR.  CONTRACTOR shall not release or deliver any of the food service records generated as a result of its services required hereunder to the general public or local officials unless authorized in writing to do so by DEPARTMENT or by court order or in accordance with applicable law.  CONTRACTOR shall not deny to DEPARTMENT access to such records for examination and photocopying.  Requests to CONTRACTOR for food service records shall be made b y the Deputy Secretary of Programs, Research and Support Services or designee, the warden of each facility or the warden's designee, or by counsel for DEPARTMENT.  At the expiration of the contract, all such records shall become the sole and exclusive property of the DEPARTMENT.  At all times during the performance of its functions hereunder, and for a reasonable time after termination of this contract, CONTRACTOR shall have full access to all records relating to its performance hereunder and shall have the right to make and to take copies of any and all such records as it shall deem necessary for the performance of its duties hereunder and for the investigation or defense of any and all actions or incidents related to said performance.  Any reports, information, data, etc. given to or prepared or assembled by CONTRACTOR under the terms and provisions of this contract which DEPARTMENT requests to be kept confidential shall not be made available to any individual or organization by CONTRACTOR without the prior written approval of DEPARTMENT or by court order in accordance with applicable law.  In the event any record is maintained in an electronic file, CONTRACTOR shall use only software which is compatible with the software utilized by DEPARTMENT or provided by CONTRACTOR to DEPARTMENT for generation and maintenance of such electronic records.

12. If any provisions contained in this contract are held to be unenforceable by a court of law or equity, this contract shall be construed as if such

provision did not exist, and the unenforceability of such provisions shall not be held to render any other provision or provisions of this contract unenforceable.

13. The parties do not enter into this contract for the benefit of any person other than the parties to this contract. The parties do not intend that any person other than the State of Kansas be or become a third party beneficiary to this contract.

14. This contract and the covenants and agreements contained herein shall be binding upon and inure to the benefit of the successors and assigns of the parties hereto and may not be assigned by either party hereto without the prior written consent of the other party. Any attempts to assign this contract in violation of this Paragraph is void and of no effect. CONTRACTOR shall not subcontract with any other entity relative to the provisions and requirements of this contract without prior written approval from DEPARTMENT.

15. Upon the expiration or termination of this contract, should DEPARTMENT award any succeeding contract for food service to a contractor other than CONTRACTOR, CONTRACTOR agrees to cooperate fully and in all respects with DEPARTMENT and the new contractor in accomplishing an efficient and effective transfer of responsibilities.

16. All notice or other communications required or permitted to be given under this contract shall be in writing and shall be deemed to have been duly given if delivered personally by hand or mailed certified mail, return receipt requested, postage prepaid on the date posted and addressed to the appropriate party at the following address or such other address as may be given in writing to the parties:

(a) DEPARTMENT:
Secretary of Corrections
State of Kansas
900 S.W. Jackson, 4th Floor
Topeka, Kansas 66612;

With copy to:
Chief Legal Counsel
Kansas Department of Corrections
900 S.W. Jackson, 4th Floor
Topeka, Kansas 66612.

(b) CONTRACTOR:
Vice President - Finance
ARAMARK Correctional Services, LLC
ARAMARK Tower 1101 Market Street
Philadelphia, PA 19107

With copy to:
Paul D. Church
District Manager, Kansas
2500 Warrenville Road
Downers Grove, IL 60515

17. In addition to inspecting and reviewing CONTRACTOR's services in order to determine their acceptability upon CONTRACTOR's requisition for payment DEPARTMENT shall be empowered to inspect and review

CONTRACTOR's services in progress at such reasonable times as desired by DEPARTMENT.

18. No reports or other documents produced in whole or in part under this contract shall be the subject of an application for copyright by or on behalf of CONTRACTOR, with all rights reserved for DEPARTMENT.

19. CONTRACTOR covenants that it presently has no interest and shall not acquire any interest, direct or indirect, which would conflict in any manner or degree with the performance of its services hereunder. CONTRACTOR further covenants that in the performance of this contract no person having such interest shall be employed. CONTRACTOR, its agents and employees agree to comply with K.S.A. 46-215 et seq., and amendments thereto, which govern conflicts of interest of persons who do business with State of Kansas, and will not be violated by this contract or CONTRACTOR's performance hereunder.

20. Neither party to this contract shall prohibit or prevent the Legislative Division of Post Audit from having access pursuant to K.S.A. 46-1101, et seq. to any records, documents or other information -- confidential or otherwise -- regarding or relating to the execution and/or performance of this contract.

21. This contract represents the sole and exclusive agreement between the parties hereto and this contract shall not be changed, modified or amended except by a written agreement executed by the parties hereto.

22. This contract shall be governed and construed under the laws of the State of Kansas, without regard to its conflicts or choice of laws rules. Any litigation of this contract between the parties shall be commenced and maintained in Federal District Court sitting in the State of Kansas, or in the Kansas State Court, the parties waiving any objection that venue in any such forum is inconvenient or improper, and the parties further consenting to, and waiving any objection to, jurisdiction (subject matter or personal) of such courts.

23. The provisions found in the Contractual Provisions Attachment (Form DA-146a), which is Appendix D attached hereto and executed by the parties to this contract, are hereby incorporated in this contract and made a part hereof.

24. Except as herein above provided, the Contract is hereby in all other respects ratified and confirmed.

IN WITNESS WHEREOF, the parties have caused this contract to be executed on the day and year first above mentioned.

KDOC

ARAMARK CORRECTIONAL SERVICES, LLC

By: _Ray Roberts_ 2-14-11
Ray Roberts
Secretary of Corrections

By: _David Kimmel_
David Kimmel
Vice President - Finance

DIVISION OF PURCHASES

By: _Chris Howe_ 2/22/11
Chris Howe
Director of Purchases

APPENDIX A

ARAMARK MINIMUM STAFFING LEVELS

| Facility | Administration Managers | Food Service Supervisors | Industries Inmates |
|---|---|---|---|
| District Office | 2 | 0 | |
| Ellsworth | 2 | 6.5 | |
| El Dorado CF | 3 | 14 | 1 |
| Hutchinson CF | | | |
| Central | 3 | 12 | |
| South | 0 | 3 | |
| East | 1 | 5 | |
| TOTAL HCF | 4 | 20 | 3 |
| Lansing CF | | | |
| Maximum | 3 | 12 | |
| Medium | 1 | 5 | |
| Minimum | 1 | 3 | |
| TOTAL LCF | 5 | 20 | 3 |
| Larned CMHF | 1 | 2 | |
| Norton CF | 2 | 11 | 1 |
| Stockton | 1 | 2 | |
| Topeka CF | | | |
| Central | 2 | 9 | |
| I-Max | 0 | 0 | |
| Total TCF | 2 | 9 | 1 |
| Wichita WRF | 1 | 2 | |
| Winfield CF | 2 | 4.5 | 6 |
| STATE TOTAL | 25 | 91 | 15 |

APPENDIX B

ARAMARK Correctional Services, LLC
Kansas Department of Corrections
Multi-Year Sliding Scales

Average Monthly
Inmate Census

| Low | High | 2011 | 2012 (7-1-2011 to 9-30-2011) 2.0% | 2012 (10-1-2011 to 6-30-2012) $0.11 reduction | 2013 2.0% | 2014 2.0% | 2015 2.0% | 2016 2.0% |
|---|---|---|---|---|---|---|---|---|
| 7,001 | 7,200 | $1.504 | $1.534 | $1.424 | $1.452 | $1.481 | $1.511 | $1.541 |
| 7.201 | 7,500 | 1.487 | 1.517 | $1.407 | $1.435 | $1.464 | $1.493 | $1.523 |
| 7,501 | 8,000 | 1.463 | 1.492 | $1.382 | $1.410 | $1.438 | $1.467 | $1.496 |
| 8,001 | 8,200 | 1.448 | 1.477 | $1.367 | $1.394 | $1.422 | $1.451 | $1.480 |
| 8,201 | 8,300 | 1.442 | 1.471 | $1.361 | $1.388 | $1.416 | $1.444 | $1.473 |
| 8,301 | 8,400 | 1.435 | 1.464 | $1.354 | $1.381 | $1.409 | $1.437 | $1.466 |
| 8,401 | & above | 1.428 | 1.457 | $1.347 | $1.374 | $1.401 | $1.429 | $1.458 |
| Larned – rate/day | | $506.51 | $521.70 | $521.70 | $532.13 | $542.77 | $553.63 | $564.70 |

| Low | High | 2017 2.0% | 2018 2.0% | 2019 2.0% | 2020 2.0% | 2021 2.0% | 2022 2.0% |
|---|---|---|---|---|---|---|---|
| 7,001 | 7,200 | $1.572 | $1.603 | $1.635 | $1.668 | $1.701 | $1.735 |
| 7.201 | 7,500 | $1.553 | $1.584 | $1.616 | $1.648 | $1.681 | $1.715 |
| 7,501 | 8,000 | $1.526 | $1.557 | $1.588 | $1.620 | $1.652 | $1.685 |
| 8,001 | 8,200 | $1.510 | $1.540 | $1.571 | $1.602 | $1.634 | $1.667 |
| 8,201 | 8,300 | $1.502 | $1.532 | $1.563 | $1.594 | $1.626 | $1.659 |
| 8,301 | 8,400 | $1.495 | $1.525 | $1.555 | $1.586 | $1.618 | $1.650 |
| 8,401 | & above | $1.487 | $1.517 | $1.547 | $1.578 | $1.610 | $1.642 |
| Larned – rate/day | | $576.00 | $587.52 | $599.27 | $611.26 | $623.49 | $635.96 |

APPENDIX C

## Kansas DOC — Medical & Religious Diet Combination Matrix

Proposed 7/09
Revised 1/9/10, 1/21/10, 1/27/10, 3/29/10

(c) 2004 ARAMARK Correctional Services, LLC (ARAMARK). All rights reserved. Confidential and proprietary to ARAMARK. Unauthorized use or copying will subject user or copier to civil and/or criminal penalties and enforcement.

| | CRD + 1600 cal Diabetic Diet | CRD + 1800 cal Diabetic Diet | CRD + 2300 cal Diabetic Diet | CRD + 2800 cal Diabetic Diet | CRD + Cardiac Diet | CRD + Pregnancy Diet | CRD + Calorie / Hi Protein Diet | CRD + Clear Liquid Diet |
|---|---|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | | | |
| Fresh Fruit | same as std CRD | same as std CRD | same as std CRD | same as std CRD | same as CRD + 2800 Diabetic Diet | same as FEMALE CRD menu, except beverage | same as MALE CRD menu, except beverage | 16 oz Fat Free Beef Broth |
| LF Hot Cereal | 1c toasted oats | 1c toasted oats | 1 1/2 c | 1 1/2 c | | | | Chicken Broth |
| Unsweetened Dry Cereal | | | | | | | | |
| Muffin or Cornbread | -OR- | -OR- | | | | | | |
| Wheat Rolls | 2oz | 2oz | 3oz | 3oz | | | | 8 oz Apple Juice (50%) |
| Jelly | same as std CRD | same as std CRD | same as std CRD | same as std CRD | | | | |
| Sugar | same as std CRD | same as std CRD | same as std CRD | same as std CRD | | | | 2 @ Sugar Pkt |
| Coffee | | | | | | | | 8 oz Coffee |
| Milk | 16 oz LF Milk | 16 oz LF Milk | 16 oz LF Milk | 16 oz LF Milk | 16 oz LF Milk | 16 oz LF Milk | 16 oz LF Milk | 16 oz LF Milk |
| **LUNCH** | | | | | | | | |
| Fresh Fruit | 8 oz | 8 oz | 8 oz | 8 oz | 8 oz Fruit Drink w/ C | 8 oz Fruit Drink w/ C | 8 oz Fresh Fruit | Chicken Broth |
| Meat / Meat Equivalent | 2 oz Peanut Butter, Tuna, & Eggs - all else same as std CRD | 2 oz Peanut Butter, Tuna, & Eggs - all else same as std CRD | 3 or Peanut Butter - all else same as std CRD | 3 or Peanut Butter - all else same as std CRD | same as CRD menu, -OR- | same as CRD menu, except beverage | same as MALE CRD menu | 8 oz Apple Juice (50%) |
| All Vegetables (individual) | same as std CRD | same as std CRD | same as std CRD | same as std CRD | same as std CRD | note restrictions below | note restrictions below | Chicken Broth |
| Wheat Rolls -OR- Tortillas | 1 oz -OR- 1 @ | 1 oz -OR- 1 @ | 4 oz -OR- 4 @ | 4 oz -OR- 4 @ | | | | 8 oz Coffee |
| Mustard or Mayo (only if on menu) | 1 @ mustard | 1 @ mustard | 1 @ mustard | same as std CRD | | | | 2 @ Sugar Pkt |
| Jelly | same as std CRD | same as std CRD | same as std CRD | same as std CRD | | | | 8 oz Coffee |
| Unsweetened Tea | 8 oz | 8 oz | 8 oz | 8 oz | | | | |
| **DINNER** | | | | | | | | |
| Fresh Fruit | 8 oz | 8 oz | 8 oz | 8 oz | 8 oz Fruit Drink w/ C | 8 oz Fruit Drink w/ C | 8 oz Fresh Fruit | 16 oz LF Milk |
| Meat / Meat Equivalent | 2 oz Peanut Butter, Tuna, & Eggs - all else same as std CRD | 2 oz Peanut Butter, Tuna, & Eggs - all else same as std CRD | 3 or Peanut Butter - all else same as std CRD | 3 or Peanut Butter - all else same as std CRD | same as CRD menu, -OR- | same as CRD menu, except beverage | same as MALE CRD menu | 16 oz Citrus Fruit |
| All Vegetables (individual) | same as std CRD | same as std CRD | same as std CRD | same as std CRD | same as std CRD | | | 16 oz Fresh Fruit |
| Wheat Rolls -OR- Tortillas | 2 oz -OR- 2 @ | 2 oz -OR- 2 @ | 4 oz -OR- 4 @ | 4 oz -OR- 4 @ | | | | |
| Mustard or Mayo (only if on menu) | 1 @ mustard | 1 @ mustard | 1 @ mustard | same as std CRD | | | | |
| Jelly | same as std CRD | same as std CRD | same as std CRD | same as std CRD | | | | |
| Sugar | | | | | | | | |
| Unsweetened Tea | 8 oz | 8 oz | 8 oz | 8 oz | | | | 8 oz Coffee |
| Coffee | 8 oz | 8 oz | 8 oz | 8 oz | 8 oz Coffee | 8 oz Coffee | 8 oz Coffee | 8 oz Coffee |
| **SNACK** | | | | | | | | |
| Meat / Meat Equivalent | 2 or Peanut Butter, Tuna, & Eggs - all else same as std CRD | 2 or Peanut Butter, Tuna, & Eggs - all else same as std CRD | 3 or Peanut Butter - all else same as std CRD | 3 or Peanut Butter - all else same as std CRD | | | | |
| Wheat Rolls | 2 or | 2 or | | | | | | |
| CRD = Pregnancy: ALL cold cuts MUST be served 3oz. Fish is limited to once per week. Replace 3 oz Tuna with 3 oz Scrambled Eggs, 4 oz Peanut Butter, 4 oz Kosher Turkey Cold Cuts (SERVED HOT), or 4 oz Kosher Chicken. | 1 oz Peanut Butter | 2 oz Peanut Butter | 2 oz Peanut Butter | 3 oz Peanut Butter | | | | |

NUTRITION STANDARD: This menu meets the nutritional guidelines of the American Correctional Association which are based upon the current DRI's for males and females 19 to 50 years and juveniles 9 to 18 years as established by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences. Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.

All items portioned purchased fully cooked, within manufacturer tolerance specifications, are weight measurements prior to reheating. Weights on rolls made from mix are prior to baking. Side dishes are volume measurements. All starches, vegetables, and cooked cereal are weight measurements.

ARAMARK Dietitian's Signature: _____

Client Approval: _____

Reviewed 2010

State of Kansas
Department of Administration
DA-146a   (Rev. 1-01)

APPENDIX D

# CONTRACTUAL PROVISIONS ATTACHMENT

**Important:**   This form contains mandatory contract provisions and must be attached to or incorporated in all copies of any contractual agreement.   If it is attached to the vendor/contractor's standard contract form, then that form must be altered to contain the following provision:

"The Provisions found in Contractual Provisions Attachment (Form DA-146a, Rev. 1-01), which is attached hereto, are hereby incorporated in this contract and made a part thereof."

The parties agree that the following provisions are hereby incorporated into the contract to which it is attached and made a part thereof, said contract being the _____ day of _____, 20_____.

1.  **Terms Herein Controlling Provisions:**  It is expressly agreed that the terms of each and every provision in this attachment shall prevail and control over the terms of any other conflicting provision in any other document relating to and a part of the contract in which this attachment is incorporated.

2.  **Agreement With Kansas Law:**  All contractual agreements shall be subject to, governed by, and construed according to the laws of the State of Kansas.

3.  **Termination Due To Lack Of Funding Appropriation:**  If, in the judgment of the Director of Accounts and Reports, Department of Administration, sufficient funds are not appropriated to continue the function performed in this agreement and for the payment of the charges hereunder, State may terminate this agreement at the end of its current fiscal year.  State agrees to give written notice of termination to contractor at least 30 days prior to the end of its current fiscal year, and shall give such notice for a greater period prior to the end of such fiscal year as may be provided in this contract, except that such notice shall not be required prior to 90 days before the end of such fiscal year.  Contractor shall have the right, at the end of such fiscal year, to take possession of any equipment provided State under the contract.  State will pay to the contractor all regular contractual payments incurred through the end of such fiscal year, plus contractual charges incidental to the return of any such equipment.  Upon termination of the agreement by State, title to any such equipment shall revert to contractor at the end of State's current fiscal year.  The termination of the contract pursuant to this paragraph shall not cause any penalty to be charged to the agency or the contractor.

4.  **Disclaimer Of Liability:**  Neither the State of Kansas nor any agency thereof shall hold harmless or indemnify any contractor beyond that liability incurred under the Kansas Tort Claims Act (K.S.A. 75-6101 et seq.).

5.  **Anti-Discrimination Clause:**  The contractor agrees: (a) to comply with the Kansas Act Against Discrimination (K.S.A. 44-1001 et seq.) and the Kansas Age Discrimination in Employment Act (K.S.A. 44-1111 et seq.) and the applicable provisions of the Americans With Disabilities Act (42 U.S.C. 12101 et seq.) (ADA) and to not discriminate against any person because of race, religion, color, sex, disability, national origin or ancestry, or age in the admission or access to, or treatment or employment in, its programs or activities; (b) to include in all solicitations or advertisements for employees, the phrase "equal opportunity employer"; (c) to comply with the reporting requirements set out at K.S.A. 44-1031 and K.S.A. 44-1116; (d) to include those provisions in every subcontract or purchase order so that they are binding upon such subcontractor or vendor; (e) that a failure to comply with the reporting requirements of (c) above or if the contractor is found guilty of any violation of such acts by the Kansas Human Rights Commission, such violation shall constitute a breach of contract and the contract may be cancelled, terminated or suspended, in whole or in part, by the contracting state agency or the Kansas Department of Administration; (f) if it is determined that the contractor has violated applicable provisions of ADA, such violation shall constitute a breach of contract and the contract may be cancelled, terminated or suspended, in whole or in part, by the contracting state agency or the Kansas Department of Administration.

Parties to this contract understand that the provisions of this paragraph number 5 (with the exception of those provisions relating to the ADA) are not applicable to a contractor who employs fewer than four employees during the term of such contract or whose contracts with the contracting state agency cumulatively total $5,000 or less during the fiscal year of such agency.

6.  **Acceptance Of Contract:**  This contract shall not be considered accepted, approved or otherwise effective until the statutorily required approvals and certifications have been given.

7.  **Arbitration, Damages, Warranties:**  Notwithstanding any language to the contrary, no interpretation shall be allowed to find the State or any agency thereof has agreed to binding arbitration, or the payment of damages or penalties upon the occurrence of a contingency.  Further, the State of Kansas shall not agree to pay attorney fees and late payment charges beyond those available under the Kansas Prompt Payment Act (K.S.A. 75-6403), and no provision will be given effect which attempts to exclude, modify, disclaim or otherwise attempt to limit implied warranties of merchantability and fitness for a particular purpose.

8.  **Representative's Authority To Contract:**  By signing this contract, the representative of the contractor thereby represents that such person is duly authorized by the contractor to execute this contract on behalf of the contractor and that the contractor agrees to be bound by the provisions thereof.

9.  **Responsibility For Taxes:**  The State of Kansas shall not be responsible for, nor indemnify a contractor for, any federal, state or local taxes which may be imposed or levied upon the subject matter of this contract.

10.  **Insurance:**  The State of Kansas shall not be required to purchase, any insurance against loss or damage to any personal property to which this contract relates, nor shall this contract require the State to establish a "self-insurance" fund to protect against any such loss or damage.  Subject to the provisions of the Kansas Tort Claims Act (K.S.A. 75-6101 et seq.), the vendor or lessor shall bear the risk of any loss or damage to any personal property in which vendor or lessor holds title.

11.  **Information:**  No provision of this contract shall be construed as limiting the Legislative Division of Post Audit from having access to information pursuant to K.S.A. 46-1101 et seq.

12.  **The Eleventh Amendment:**  "The Eleventh Amendment is an inherent and incumbent protection with the State of Kansas and need not be reserved, but prudence requires the State to reiterate that nothing related to this contract shall be deemed a waiver of the Eleventh Amendment."

ב"ה



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איחוד קהילות האורתודוקסים דאמעריקא

Exhibit 2

February 26, 2021

This is to certify that the following product prepared by

Catania Spagna Corporation dba Catania Oils, 3 Nemco Way, Ayer, MA, 01432-0227

at the following facilitie(s) is manufactured under the supervision of the Kashrus Division of the Orthodox Union and is Kosher as indicated below.

Catania Spagna Corporation dba Catania Oils - Ayer 1 Nemco Way, Ayer, MA

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: La Spagnola**<br>• Blended Vegetable and Olive Oil | OUV3-O5HXB00 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 3/31/2022

Page 1 of 1



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איגוד קהילות האורתודוקסים בארצות הברית
ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

March 23, 2021

**Ventura Foods, 40 Pointe Drive, Brea, CA, 92821**

This is to certify that the following Private Label product(s) are manufactured under the supervision of the Kashrus Division of the Orthodox Union and are Kosher as indicated below.

**Private Label Company:   Boulder Brands USA, Inc., 1600 Pearl Street, Suite 300, Boulder, CO 80302**

At your plant(s) located in:

**Ventura Foods - Birmingham 3900 Vanderbilt Road, Birmingham, AL**

**Ventura Foods - Ontario 2900 Jurupa Street, Ontario, CA**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smart Balance** | | | |
| • 17338SBN Buttery Spread 79% Vegetable Oils (5lb) | OUV7-CBB71B9 | Pareve | Ⓤ Symbol required. |
| • 17339 Buttery Spread | OUV7-OWL6HYT | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Menachem Genack* (signature)

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 3/31/2022**

Page 1 of 1

ב"ה



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים דאמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 08, 2021

This is to certify that the following product(s) prepared by

**Bunge Oils (2621), 1391 Timberlake Manor Parkway, Chesterfield, MO 63017**

at the following facilitie(s) are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Bunge Oils-Sandston, 1595 Mary Street, Sandston, VA**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Bunge** | | | |
| • 05136 Margarine UPC 88210 | OUD3-37289DF | Dairy | Ⓤ-D Symbol required. |
| • 51% NH Spread UPC 73830 | OUV3-81080E1 | Pareve | Ⓤ Symbol required. |
| • 53% Spread Quarters UPC 73669 | OUD3-0B54062 | Dairy | Ⓤ-D Symbol required. |
| • 80% Margarine Quarters UPC 73668 | OUD3-BEA3529 | Dairy | Ⓤ-D Symbol required. |
| • Anhydrous Roll-In NH UPC 72560 | OUV3-ISWG9J3 | Pareve | Ⓤ Symbol required. |
| • Country Premium European Butter Blend - UPC: 73993 | OUD3-R1QHZ3F | Dairy | Ⓤ-D Symbol required. |
| • Country Premium European Butter Blend - UPC:73990 | OUD3-DDQ1LCA | Dairy | Ⓤ-D Symbol required. |
| • Country Premium European Style Butter Blend UPC 73740 - Parchment Code #2009297 | OUD3-2CA0AB8 | Dairy | Ⓤ-D Symbol required. |
| • Country Premium Liquid Margarine - UPC:74046 | OUD3-HIDYMUE | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*(signature)*

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

### LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA
ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איחוד קהילות האורתודוקסים דאמעריקא

ב״ה

April 08, 2021

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Product Name**

**Bunge Oils (2621)   (continued)**

**Brand:   Bunge   (continued)**

| | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| • Country Premium Margarine UPC 73738 - Parchment Code #2009275 | OUV3-DF189F6 | Pareve | Ⓤ Symbol required. |
| • Country Premium NH Margarine UPC 73739 - Parchment Code #2009276 | OUV3-8FBDB3C | Pareve | Ⓤ Symbol required. |
| • Country Premium Soft Whipped Margarine UPC 73741 | OUD3-FECA509 | Dairy | Ⓤ-D Symbol required. |
| • Country Premium Unsalted Margarine UPC 73737 – Parchment Code # 2009274 | OUV3-71489E2 | Pareve | Ⓤ Symbol required. |
| • Country Premium Whipped Butter Blend - UPC: 73989 | OUD3-HKTERUQ | Dairy | Ⓤ-D Symbol required. |
| • Country Premium Whipped Margarine: UPC - 73988 | OUD3-YC4HXJT | Dairy | Ⓤ-D Symbol required. |
| • Emulsified Puff Pastry Shortening with Color UPC: 73932 | OUV3-D661732 | Pareve | Ⓤ Symbol required. |
| • European Butter Blend No Salt Margarine UPC 73607 | OUD3-22083B7 | Dairy | Ⓤ-D Symbol required. |
| • European Style Butter Blend #2011282 | OUD3-569F843 | Dairy | Ⓤ-D Symbol required. |
| • European Style Butter Blend, #2009418 | OUD3-77E3F8F | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איחוד קהילות האורתודוקסים באמריקה

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 08, 2021

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Product Name**

**Bunge Oils (2621)    (continued)**

**Brand:   Bunge    (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| • Garlic Liquid Margarine UPC 73614 | OUD3-9AC30C3 | Dairy | Ⓤ-D Symbol required. |
| • Margarine, #2009417 | OUV3-B357D31 | Pareve | Ⓤ Symbol required. |
| • NH 231 Roll-In Shortening UPC 73874 | OUV3-E6F3C02 | Pareve | Ⓤ Symbol required. |
| • NH 335 Hydrated Shortening UPC 73928 | OUV3-420E200 | Pareve | Ⓤ Symbol required. |
| • NH 500 Bakers Margarine UPC 72472 | OUV3-5FE8871 | Pareve | Ⓤ Symbol required. |
| • NH 502 Buttery Blend UPC 73902 | OUD3-52AD09B | Dairy | Ⓤ-D Symbol required. |
| • NH 504 Pastry Margarine UPC 72590 | OUV3-665B762 | Pareve | Ⓤ Symbol required. |
| • NH 507 Bakers Margarine Grade UPC 88317 | OUV3-D3D0DA2 | Pareve | Ⓤ Symbol required. |
| • NH 507 G021711 Bakers Grade Margarine UPC 73660 | OUV3-3D3BD22 | Pareve | Ⓤ Symbol required. |
| • NH 51% Spread with Whey | OUD3-A3F9392 | Dairy | Ⓤ-D Symbol required. |
| • NH 512 Bakers Margarine White UPC 72551 | OUV3-0BD426E | Pareve | Ⓤ Symbol required. |
| • NH 515 Cookie Margarine UPC 88304 | OUV3-AACD795 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 3 of 12



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA
ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG
אורח קהלת ישראל האורטודוקסים בקהילת ישראל

April 08, 2021

בס"ד

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Bunge Oils (2621)   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Bunge  (continued)** | | | |
| • NH 516 Table Grade Margarine UPC 73004 | OUD3-A2BA47D | Dairy | Ⓤ-D Symbol required. |
| • NH 524 Table Grade Margarine with Natural Flavor UPC 73044 | OUD3-C7A2591 | Dairy | Ⓤ-D Symbol required. |
| • NH 526 39% Fortified Spread UPC 73674 | OUD3-BC39890 | Dairy | Ⓤ-D Symbol required. |
| • NH 528 Bakers Margarine UPC 73118 | OUV3-F1BCFE4 | Pareve | Ⓤ Symbol required. |
| • NH 528 Cool Bakers Margarine UPC 73338 | OUV3-6C6AD7A | Pareve | Ⓤ Symbol required. |
| • NH 530 Bakers Margarine NF Cool UPC 73821 | OUV3-BFF0600 | Pareve | Ⓤ Symbol required. |
| • NH 536 Buttery Blend UPC 72903 | OUD3-748BCCB | Dairy | Ⓤ-D Symbol required. |
| • NH 548 Bakers Margarine UPC 72474 | OUV3-6B11315 | Pareve | Ⓤ Symbol required. |
| • NH 554 Cookie Margarine UPC 88316 | OUV3-F37B62F | Pareve | Ⓤ Symbol required. |
| • NH 555 Cookie Margarine No Color UPC 73855 | OUV3-BDC37B0 | Pareve | Ⓤ Symbol required. |
| • NH 557 Unflavored Margarine UPC 73748 | OUV3-93F8ED3 | Pareve | Ⓤ Symbol required. |
| • NH 560 Table Grade Margarine - UPC: 73359 | OUV3-OCRQOVK | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איחוד קהילות האורתודוקסים בצפון אמריקה

April 08, 2021

בס"ד

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

Bunge Oils (2621)   (continued)

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Bunge  (continued)** | | | |
| • NH 561 Cookie Margarine UPC: 73968 | OUV3-1317FCA | Pareve | Ⓤ Symbol required. |
| • NH 58% Spread with Buttermilk | OUD3-98E2475 | Dairy | Ⓤ-D Symbol required. |
| • NH 58% Spread with Buttermilk UPC 73697 | OUD3-F69588B | Dairy | Ⓤ-D Symbol required. |
| • NH 59% Spread with Whey UPC 73698 | OUD3-61F7BEC | Dairy | Ⓤ-D Symbol required. |
| • NH Butter Blend Solids Margarine UPC 73757 | OUD3-2511GDC | Dairy | Ⓤ-D Symbol required. |
| • NH European Butter Blend TFF UPC 73733 | OUV3-4FC162F | Pareve | Ⓤ Symbol required. |
| • NH European Style Butter Blend UPC: 73961 | OUD3-53B7BCA | Dairy | Ⓤ-D Symbol required. |
| • NH European Style Butter Blend, #2009401 | OUD3-8035ECA | Dairy | Ⓤ-D Symbol required. |
| • NH Margarine, #2009374 | OUV3-3C4DABD | Pareve | Ⓤ Symbol required. |
| • NH Soft Margarine UPC 73779 | OUD3-945727A | Dairy | Ⓤ-D Symbol required. |
| • NH Solid TFF Margarine UPC 73734 | OUV3-172002D | Pareve | Ⓤ Symbol required. |
| • NH Unsalted Margarine, #2009373 | OUV3-AAE17FF | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA
ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איחוד קהילות האורתודוקסים דאמעריקא

בס"ד

April 08, 2021

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Bunge Oils (2621)   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Bunge  (continued)** | | | |
| • Non Hydrogenated 510 Bakers Margarine UPC: 73954 | OUV3-2145BB7 | Pareve | Ⓤ Symbol required. |
| • Old World European Butter Blend UPC 88104 | OUD3-E25507F | Dairy | Ⓤ-D Symbol required. |
| • Old World European Style Butter Blend #2008102 | OUD3-1B43B64 | Dairy | Ⓤ-D Symbol required. |
| • Old World European Style Butter Blend UPC 82429 | OUD3-37DE300 | Dairy | Ⓤ-D Symbol required. |
| • Old World Margarine #2008077 | OUV3-765AAC8 | Pareve | Ⓤ Symbol required. |
| • Old World Margarine #81781 | OUV3-197054E | Pareve | Ⓤ Symbol required. |
| • Old World NH Margarine - UPC: 73768 | OUV3-XRBCMVR | Pareve | Ⓤ Symbol required. |
| • Old World NH Whipped Butter Blend UPC 73805 | OUD3-E8B99EA | Dairy | Ⓤ-D Symbol required. |
| • Old World NH Whipped Butter Blend UPC 73806 | OUD3-49EE46F | Dairy | Ⓤ-D Symbol required. |
| • Old World NH Whipped Butter Blend UPC 73901 | OUD3-99A2D36 | Dairy | Ⓤ-D Symbol required. |
| • Old World NH Whipped Margarine UPC 73651 | OUD3-7DD4915 | Dairy | Ⓤ-D Symbol required. |
| • Old World NH Whipped Margarine UPC 73800 | OUD3-9FD9B4D | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס״ד

איחוד קהילות האורתודוקסים בארצות הברית

April 08, 2021

**Bunge Oils (2621)   (continued)**

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Bunge  (continued)** | | | |
| • Old World No Trans Butter Blend #2008268 | OUD3-FAFCFE3 | Dairy | Ⓤ-D Symbol required. |
| • Old World No Trans Butter Blend UPC 82444 | OUD5-E3E4F1E | Dairy | Ⓤ-D Symbol required. |
| • Old World No Trans Margarine UPC 81786 | OUV3-1E2C19B | Pareve | Ⓤ Symbol required. |
| • Old World NT Margarine #2008090 | OUV3-EEA388D | Pareve | Ⓤ Symbol required. |
| • Old World Soft Whipped Margarine UPC 80116 | OUD3-E98628C | Dairy | Ⓤ-D Symbol required. |
| • Old World Soft Whipped Margarine UPC 80430 | OUD3-B4D8B5F | Dairy | Ⓤ-D Symbol required. |
| • Old World Unsalted Margarine #2008095 | OUV3-EAADA97 | Pareve | Ⓤ Symbol required. |
| • Old World Whipped Euro Butter Blend UPC 80117 | OUD3-709C2AE | Dairy | Ⓤ-D Symbol required. |
| • Salted Margarine UPC 804504 | OUV3-110B32C | Pareve | Ⓤ Symbol required. |
| • Table Grade Margarine UPC 80448 | OUV3-1E897E4 | Pareve | Ⓤ Symbol required. |
| • Ultra 587 Bakers Margarine   UPC: 73527 | OUV3-778D62E | Pareve | Ⓤ Symbol required. |
| • Ultra 599 Margarine No Color UPC 73701 | OUV3-3564F16 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 7 of 12



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    אורתודוקס קאשער קהילות האורטודוקסים באמעריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 08, 2021

בס"ד

Bunge Oils (2621)    (continued)

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Bunge  (continued)** | | | |
| • Ultra Blends All Soy Margarine UPC 73587 | OUV3-FDCC244 | Pareve | Ⓤ Symbol required. |
| • Ultrablends Table Grade Margarine UPC 73598 | OUV3-0126FB5 | Pareve | Ⓤ Symbol required. |
| • Unsalted European Style Butter Blend UPC 2008039 | OUD3-64F99AF | Dairy | Ⓤ-D Symbol required. |
| • Unsalted European Style-Butter Blend UPC 82128 | OUD3-3473923 | Dairy | Ⓤ-D Symbol required. |
| • Unsalted Margarine, #2009376 | OUV3-9F5EDFA | Pareve | Ⓤ Symbol required. |
| **Brand:  Bunge Dew Fresh** | | | |
| • NH Margarine UPC 73775 | OUD3-EB88D7C | Dairy | Ⓤ-D Symbol required. |
| **Brand:  Bunge Sunrise** | | | |
| • NH Butter Blend UPC 73771 | OUD3-7B9C104 | Dairy | Ⓤ-D Symbol required. |
| **Brand:   Country Premium** | | | |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איחוד קהילות האורתודוקסים בדרום ומרכז אמריקה

April 08, 2021

ב"ה

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Bunge Oils (2621)   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Country Premium   (continued)** | | | |
| • 1# Vegetable Spread (48%) | OUD3-E94E07B | Dairy | Ⓤ-D Symbol required. |
| • 3# Vegetable Spread (40%) | OUD3-C53BF97 | Dairy | Ⓤ-D Symbol required. |
| • 39% Vegetable Oil Spread | OUD3-FF7F1CF | Dairy | Ⓤ-D Symbol required. |
| • 48% Whipped Spread | OUD3-7AF163F | Dairy | Ⓤ-D Symbol required. |
| • 5# Vegetable Spread (48%) | OUD3-648E3EF | Dairy | Ⓤ-D Symbol required. |
| • Buttery Spread (40% Vegetable Oil) UPC: 74011 | OUD3-BPQF6XH | Dairy | Ⓤ-D Symbol required. |
| • Buttery Spread (40% Vegetable Oil) UPC: 74015 | OUD3-NW2SOFS | Dairy | Ⓤ-D Symbol required. |
| • Buttery Spread 51% Vegetable Oil | OUD3-300D86C | Dairy | Ⓤ-D Symbol required. |
| • Creamy Spread 65% Vegetable Oil | OUD3-B838BD6 | Dairy | Ⓤ-D Symbol required. |
| • Honey Spread | OUD3-9BDB73C | Dairy | Ⓤ-D Symbol required. |
| • Honey Spread Cups | OUD3-75B660B | Dairy | Ⓤ-D Symbol required. |
| • Liquid Margarine | OUV3-S03DBCD | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים באמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב״סד

April 08, 2021

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

Bunge Oils (2621)   (continued)

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Country Premium (continued)** | | | |
| • Squeeze (60%) | OUD3-54BCC00 | Dairy | Ⓤ-D Symbol required. |
| • Tastes Like Butter (45% Vegetable Oil Spread) | OUD3-3GR9YIN | Dairy | Ⓤ-D Symbol required. |
| • Tastes Like Butter (58% Vegetable Oil Spread) UPC: 74012 | OUD3-5D428FS | Dairy | Ⓤ-D Symbol required. |
| • Vegetable Oil Margarine Quarters | OUD3-AAB8085 | Dairy | Ⓤ-D Symbol required. |
| • Vegetable Oil Spread (40%) | OUD3-244EEE21 | Dairy | Ⓤ-D Symbol required. |
| • Whipped Spread (48%) 5 Gram Cups | OUD3-809AA7F | Dairy | Ⓤ-D Symbol required. |
| • Whipped Spread (52%) 10 Gram Cups | OUD3-1C261B2 | Dairy | Ⓤ-D Symbol required. |
| • Whipped Spread (52%) 14 Gram Cups | OUD3-85ABADD | Dairy | Ⓤ-D Symbol required. |
| • Whipped Spread (52%) 5 Gram Cups | OUD3-F2D1F67 | Dairy | Ⓤ-D Symbol required. |
| **Brand:  Dew Fresh** | | | |
| • 1# Soft Margarine | OUD3-03C3174 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

אורה קהלת האורתודוקסית בארה'ב

בס'ד

April 08, 2021

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Bunge Oils (2621)   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Dew Fresh (continued)** | | | |
| • 2# Vegetable Spread (48%) | OUD3-2818CF9 | Dairy | Ⓤ-D Symbol required. |
| • 3# Vegetable Spread (48%) | OUD3-4A0FF08 | Dairy | Ⓤ-D Symbol required. |
| • 51% Vegetable Oil Spread | OUD3-60FA261 | Dairy | Ⓤ-D Symbol required. |
| • 8 Oz. Maragine Pattie | OUD3-0718A5D | Dairy | Ⓤ-D Symbol required. |
| • Buttery Spread (40% Vegetable Oil) UPC: 74014 | OUD3-1639CK8 | Dairy | Ⓤ-D Symbol required. |
| • Buttery Spread (40% Vegetable Oil) UPC: 74019 | OUD3-A7WNZMG | Dairy | Ⓤ-D Symbol required. |
| • Margarine Solids | OUD3-CE43534 | Dairy | Ⓤ-D Symbol required. |
| • Vegetable Oil Margarine Quarters | OUD3-68CD302 | Dairy | Ⓤ-D Symbol required. |
| **Brand:   Old World** | | | |
| • Unsalted NH Margarine - UPC: 73963 | OUV3-M3YHB04 | Pareve | Ⓤ Symbol required. |
| • Whipped European Butter Blend NH NEF UPC 73910 | OUD3-56393E0 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 11 of 12



ב"ה

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים באמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 08, 2021

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Bunge Oils (2621)   (continued)** | | | |
| **Brand:   Old World  (continued)** | | | |
| • Whipped Margarine NH NEF UPC 73900 | OUD3-BB94B6B | Dairy | Ⓤ-D Symbol required. |
| **Brand:   Sunrise** | | | |
| • 4# Whipped Butter Blend | OUD3-1501015 | Dairy | Ⓤ-D Symbol required. |
| • Margarine Solids With Butter | OUD3-40A4649 | Dairy | Ⓤ-D Symbol required. |
| • No Trans Butter Blend | OUD3-EE6796B | Dairy | Ⓤ-D Symbol required. |
| • Whipped Margarine with Butter 20# | OUD3-60CB000 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through **04/30/2022**



בס"ד

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איחוד קהילות האורתודוקסים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

This is to certify that the following product(s) prepared by

**The J.M. Smucker Co., 1 Strawberry Lane, Box 280, Orrville, OH 44667-0280**

at the following facilitie(s) are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**J.M. Smucker Co./RETAIL/INDUSTRIAL MFG.-New Orrville, 830 North Mill St, Orrville, OH**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Dickinson** | | | |
| • 200114 Seedless Blackberry Preserves 0.5oz | OUV3-E7ICDD1 | Pareve | Ⓤ Symbol required. |
| • 200115 Apricot Preserves 0.5oz | OUV3-20A3913 | Pareve | Ⓤ Symbol required. |
| • 200116 Grape Jam 0.5oz | OUV3-0813FF6 | Pareve | Ⓤ Symbol required. |
| • 200117 Pure Honey 0.5oz | OUV3-A84E474 | Pareve | Ⓤ Symbol required. |
| • 200118 Orange Marmalade 0.5oz | OUV3-6872ADB | Pareve | Ⓤ Symbol required. |
| • 200119 Red Raspberry Preserves 0.5oz | OUV3-47F96F5 | Pareve | Ⓤ Symbol required. |
| • 200120 Strawberry Preserves 0.5oz | OUV3-816F9DA | Pareve | Ⓤ Symbol required. |
| • 200122 Breakfast Syrup 1oz | OUV3-28101A8 | Pareve | Ⓤ Symbol required. |
| • 51500-21114 Seedless Blackberry Preserves 0.5oz | OUV3-359BE6F | Pareve | Ⓤ Symbol required. |
| • 51500-21116 Grape Jam 0.5oz | OUV3-1A80093 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

אורת׳ קהילת האורתודוקסים באמריקה

April 21, 2021

בס״ד

The J.M. Smucker Co.    (continued)

J. M. Smucker Co.,/RETAIL/INDUSTRIAL/MFG.-New Orrville, 830 North Mill St , Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Dickinson   (continued)** | | | |
| • 51500-21117 Pure Honey 0.5oz | OUV3-FE2804D | Pareve | Ⓤ Symbol required. |
| • 51500-21118 Orange Marmalade 0.5oz | OUV3-1972692 | Pareve | Ⓤ Symbol required. |
| • 51500-21119 Red Raspberry Preserves 0.5oz | OUV3-CC62063 | Pareve | Ⓤ Symbol required. |
| • 51500-21120 Strawberry Preserves 0.5oz | OUV3-41328F6 | Pareve | Ⓤ Symbol required. |
| • 51500-21122 Breakfast Syrup 1oz | OUV3-624FDE9 | Pareve | Ⓤ Symbol required. |
| **Brand:   Double Fruit** | | | |
| • 69848-40063 Blueberry Fruit Spread 16 ml | OUV3-F0A32DE | Pareve | Ⓤ Symbol required. |
| • 69848-40170 Blueberry Fruit Spread 10 ml | OUV3-7BAB96C | Pareve | Ⓤ Symbol required. |
| **Brand:   Good Morning** | | | |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

אורך קביעת היהדות האירגון האורתודוכסי

April 21, 2021

בס"ד

The J.M. Smucker Co.   (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG.-New Orrville, 830 North Mill St, Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Good Morning   (continued)** | | | |
| • 51500-04530 Strawberry Fruit Spread 16 ml | OUV3-3E6B3EE | Pareve | Ⓤ Symbol required. |
| • 51500-04531 Strawberry Fruit Spread 10 ml | OUV3-C009FB2 | Pareve | Ⓤ Symbol required. |
| • 51500-04532 Raspberry Fruit Spread 16 ml | OUV3-695E39C | Pareve | Ⓤ Symbol required. |
| • 51500-04533 Raspberry Fruit Spread 10 ml | OUV3-A5A1D34 | Pareve | Ⓤ Symbol required. |
| • 51500-04540 Honey Spread 21 G | OUV3-1010238 | Pareve | Ⓤ Symbol required. |
| • 51500-04541 Honey Spread 14 G | OUV3-AE242F0 | Pareve | Ⓤ Symbol required. |
| • 51500-04544 Light Strawberry Fruit Spread 10 ml | OUV3-F7BE921 | Pareve | Ⓤ Symbol required. |
| **Brand:   Smucker** | | | |
| • 51500-02999 Blueberry Jam PC 10 ml | OUV3-B6923C5 | Pareve | Ⓤ Symbol required. |
| • 51500-04231 Sugarfree Breakfast Syrup 14.5 fl oz | OUD3-DA579B2 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through **04/30/2022**

Page 3 of 24



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA  אגודת קהילות האורתודוכסים דאמעריקא

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@ULORG / OUKOSHER.ORG

April 21, 2021

בס"ד

The J.M. Smucker Co.   (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG.-New Orrville, 830 North Mill St, Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker (continued)** | | | |
| • 51500-05057 Raspberry Platescaper 19.25oz | OUV3-BA3BC82 | Pareve | Ⓤ Symbol required. |
| • 51500-05055 Caramel Platescaper 19.5oz | OUD3-A93CF1D | Dairy | Ⓤ-D Symbol required. |
| • 51500-05054 Chocolate Platescaper 19.5oz | OUD3-033E061 | Dairy | Ⓤ-D Symbol required. |
| *Changed from dairy to pareve as of June 13 2013.* | | | |
| • 51500-05063 Vanilla Platescaper 19.5oz | OUD3-153D343 | Dairy | Ⓤ-D Symbol required. |
| • 51500-06054 Chocolate Platescapers 420ml | OUD3-FA88FC2 | Dairy | Ⓤ-D Symbol required. |
| • 51500-06055 Caramel Platescapers 420ml | OUD3-E7FCA14 | Dairy | Ⓤ-D Symbol required. |
| • 51500-06057 Raspberry Platescapers 420ml | OUV3-8D084EB | Pareve | Ⓤ Symbol required. |
| • 51500-06061 Vanilla Platescapers 420ml | OUD3-55F4B11 | Dairy | Ⓤ-D Symbol required. |
| • 51500-40122 Grape Jelly 16 ml | OUV3-46A75A7 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 4 of 24



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

אורה קהילות האורתודוכסים באמריקה

April 21, 2021

בס"ד

The J.M. Smucker Co.     (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG.–New Orrville, 830 North Mill St , Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Smucker (continued)** | | | |
| • 51500-40132 Grape Jelly 10 ml | OUV3-7BAB030 | Pareve | Ⓤ Symbol required. |
| • 51500-40148 No Sugar Added Orange Spread 10 ml | OUV3-C458FD1 | Pareve | Ⓤ Symbol required. |
| • 51500-40149 No Sugar Added Strawberry Spread 10 ml | OUV3-EAE2546 | Pareve | Ⓤ Symbol required. |
| • 51500-40150 No Sugar Added Wildberry Spread 10 ml | OUV3-AA11AFA | Pareve | Ⓤ Symbol required. |
| • 515007B222 SM Natural Red Raspberry 30.75 oz | OUV3-VHSFOVF | Pareve | Ⓤ Symbol required. |
| **Brand:   Smucker's** | | | |
| • 051500783504 SMUCKER PURE HONEY | OUV3-IRFRPZG | Pareve | Ⓤ Symbol required. |
| • 051500783511 SMUCKER STRAWBERRY HONEY | OUV3-13QZDDG | Pareve | Ⓤ Symbol required. |
| • 051500783528 SMUCKER LEMON HONEY | OUV3-NGMLF5K | Pareve | Ⓤ Symbol required. |
| • 210143 Sugar Free Breakfast Syrup 1.1oz 100ct | OUD3-5EAE777 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איחוד קהילות האורתודוכסים דקהיליתנו באמעריקה

בס"ד

April 21, 2021

The J.M. Smucker Co.    (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG.–New Orrville, 830 North Mill St., Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's (continued)** | | | |
| • 210861 Natural Strawberry Jam 0.5oz | OUV3-5480CDF | Pareve | Ⓤ Symbol required. |
| • 210862 Natural Concord Grape Jam 0.5oz | OUV3-659706F | Pareve | Ⓤ Symbol required. |
| • 210863 Natural Red Raspberry Jam 0.5oz | OUV3-B6545A3 | Pareve | Ⓤ Symbol required. |
| • 210864 Natural Orange Marmalade 0.5oz | OUV3-29A7D56 | Pareve | Ⓤ Symbol required. |
| • 210865 Natural Honey 0.5oz | OUV3-5BF5621 | Pareve | Ⓤ Symbol required. |
| • 51500-00017 Sugar Free Caramel Topping 11.75oz | OUD3-7F9C7DB | Dairy | Ⓤ-D Symbol required. |
| • 51500-00020 Butterscotch Topping 12.25oz | OUD3-E8781AB | Dairy | Ⓤ-D Symbol required. |
| • 51500-00021 Caramel Topping 12.25oz | OUD3-1DD2A88 | Dairy | Ⓤ-D Symbol required. |
| • 51500-00022 Chocolate Fudge Topping 12oz | OUD3-BB51C43 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איגוד קהילות האורתודוקסים בצפון אמריקה

April 21, 2021

ב"ה

**The J.M. Smucker Co.**    (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG.–New Orrvile, 830 North Mill St, Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's (continued)** | | | |
| • 51500-00025 Pineapple Topping 12oz *Changed from Dairy to Pareve as of April 1st 2013.* | OUV3-36S964F | Pareve | Ⓤ Symbol required. |
| • 51500-00026 Strawberry Topping 11.75oz *Changed to pareve as of April 1st 2013.* | OUV3-16F4387 | Pareve | Ⓤ Symbol required. |
| • 51500-00048 Hot Fudge Topping 11.75oz | OUD3-F849E8B | Dairy | Ⓤ-D Symbol required. |
| • 515000120 Artificially Flavored Marshmallow Topping 12.25oz | OUV3-YWOZWOD | Pareve | Ⓤ Symbol required. |
| • 51500-00760 Apple Jelly 0.5oz | OUV3-08B4390 | Pareve | Ⓤ Symbol required. |
| • 51500-00763 Honey 0.5oz | OUV3-25C436B | Pareve | Ⓤ Symbol required. |
| • 51500-00764 Grape Jelly 0.5oz | OUV3-1F18A36 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 7 of 24



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

אורתודוקס קשרות גדולה בכשרות בהשגחת

April 21, 2021

בס"ד

The J.M. Smucker Co.   (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG.–New Orrville, 830 North Mill St, Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Smucker's   (continued)** | | | |
| • 51500-00766 Orange Marmalade 0.5oz | OUV3-DED7ECC | Pareve | Ⓤ Symbol required. |
| • 51500-00767 Strawberry Jam 0.5oz | OUV3-0F3AA87 | Pareve | Ⓤ Symbol required. |
| • 51500-00773 Grape, Apple, Mixed Fruit assortment 0.5oz 200 pc | OUV3-1161833 | Pareve | Ⓤ Symbol required. |
| • 51500-00774 Grape, Strawberry, Mixed Fruit assortment 0.5oz 200 pc | OUV3-A66E43C | Pareve | Ⓤ Symbol required. |
| • 51500-00795 Grape, Strawberry assortment 0.5oz 200 pc | OUV3-E1C523C | Pareve | Ⓤ Symbol required. |
| • 51500-00800 Grape, Strawberry, Orange Marmalade assortment 0.5oz 200 pc | OUV3-63665EF | Pareve | Ⓤ Symbol required. |
| • 51500-01696 Grape, Strawberry, Apple assortment 0.5oz 200 pc | OUV3-57F7286 | Pareve | Ⓤ Symbol required. |
| • 51500-01698 Seedless Blackberry Jam 0.5oz | OUV3-D2A0A22 | Pareve | Ⓤ Symbol required. |
| • 51500-01984 Apple Butter 0.5oz | OUV3-869B8B8 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 8 of 24



בס"ד

# ORTHODOX UNION
### LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איחוד קהילות האורתודוקסים בצפון אמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

**The J.M. Smucker Co.    (continued)**

J. M. Smucker Co./RETAIL/INDUSTRIAL.MFG.-New Orrville, 830 North Mill St., Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's (continued)** | | | |
| • 51500-02106 Strawberry Preserves 0.75oz | OUV3-0467F78 | Pareve | Ⓤ Symbol required. |
| • 51500-02272 Chocolate Fudge Flavored Topping 250 ml | OUD3-606AE5A | Dairy | Ⓤ-D Symbol required. |
| • 51500-02273 Butterscotch Flavored Topping 250 ml | OUD3-3C8F5BB | Dairy | Ⓤ-D Symbol required. |
| • 51-50002284 Smucker 2.1 Oz Breakfast Syrup Plastic | OUV3-NUKPRVX | Pareve | Ⓤ Symbol required. |
| • 51500-02325 SM Simply Fruit Strawberry Spreadable Fruit | OUV3-83A90S3 | Pareve | Ⓤ Symbol required. |
| • 51500-02326 SM Simply Fruit Red Raspberry Spreadable Fruit | OUV3-D843E5A | Pareve | Ⓤ Symbol required. |
| • 51500-02327 SM Simply Fruit Seedless Blackberry Spreadable Fruit | OUV3-640516C | Pareve | Ⓤ Symbol required. |
| • 51500-02328 SM Simply Fruit Blueberry Spreadable Fruit | OUV3-3327888 | Pareve | Ⓤ Symbol required. |
| • 51500-02329 SM Simply Fruit Grape Spreadable Fruit | OUV3-6F7219C | Pareve | Ⓤ Symbol required. |
| • 51500-02331 SM Simply Fruit Apricot Spreadable Fruit | OUV3-420A8AE | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



KOSHER CERTIFICATION SERVICE

# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

אורטהאדוקס יודישע קהלות פון אמעריקא בני ברית

בס"ד

April 21, 2021

The J.M. Smucker Co.   (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG.-New Orrville, 830 North Mill St., Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Smucker's (continued)** | | | |
| • 51500-02342 SM Simply Fruit Peach Spreadable Fruit | OUV3-AABD86F | Pareve | Ⓤ Symbol required. |
| • 51500-02511 Butterscotch Sundae Syrup 20oz | OUD3-BA4C0E0 | Dairy | Ⓤ-D Symbol required. |
| • 51500-02512 Caramel Sundae Syrup 20oz | OUD3-6A16F18 | Dairy | Ⓤ-D Symbol required. |
| • 51500-02513 Chocolate Sundae Syrup 20oz | OUD3-F976313 | Dairy | Ⓤ-D Symbol required. |
| • 51500-02514 Strawberry Sundae Syrup 20oz | OUD3-7785F63 | Dairy | Ⓤ-D Symbol required. |
| • 51500-02518 Sugar Free Caramel Sundae Syrup 19.25oz | OUD3-2F0AD39 | Dairy | Ⓤ-D Symbol required. |
| • 51500-02522 Sugar Free Chocolate Sundae Syrup 19oz | OUD3-AC4D739 | Dairy | Ⓤ-D Symbol required. |
| • 51500-02569 SM Simply Fruit Seedless Black Raspberry Spreadable Fruit | OUV3-DA76B33 | Pareve | Ⓤ Symbol required. |
| • 51500-02570 SM Simply Fruit Seedless Red Raspberry Spreadable Fruit | OUV3-D48AA55 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through **04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

The J.M. Smucker Co.   (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG.-New Orrville, 830 North Mill St, Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's (continued)** | | | |
| 51500-02571 SM Simply Fruit Seedless Strawberry Spreadable Fruit | OUV3-E2A5203 | Pareve | Ⓤ Symbol required. |
| 51500-02640 Orange Marmalade 0.5oz 200 pc assortment | OUV3-C449700 | Pareve | Ⓤ Symbol required. |
| 51500-02644 Strawberry Jam 0.5oz 200 pc assortment | OUV3-C2B25EB | Pareve | Ⓤ Symbol required. |
| 51500-02646 Breakfast Syrup 1.4oz 200 pc assortment | OUV3-9710DC4 | Pareve | Ⓤ Symbol required. |
| 51500-02649 Grape Jelly, Strawberry Jam, Mixed Fruit Jelly 0.5oz 200 pc assortment | OUV3-27D8D9A | Pareve | Ⓤ Symbol required. |
| 51500-02836 Natural Blackberry Fruit Spread 32oz | OUV3-7CCEFB3 | Pareve | Ⓤ Symbol required. |
| 51500-02913 SM Summer Fruit Spread and Honey 16.5 oz | OUV3-3690A4D | Pareve | Ⓤ Symbol required. |
| 51500-02918 SM Triple Berry Fruit Spread and Honey 16.5 oz | OUV3-37591F8 | Pareve | Ⓤ Symbol required. |
| 51500-02926 Blueberry Lemon Fruit and Honey Spread 9 oz | OUV3-14255CD | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 11 of 24



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

The J.M. Smucker Co.   (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG.–New Orrville, 830 North Mill St., Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's (continued)** | | | |
| • 51500-02985 SM Mixed Fruit Jelly 0.5oz 200ct | OUV3-11F928A | Pareve | Ⓤ Symbol required. |
| • 51500-02987 SM Blackberry Jam 0.5oz 200ct | OUV3-B06D903 | Pareve | Ⓤ Symbol required. |
| • 51500-02988 SM Honey 0.5oz 200ct | OUV3-20BB622 | Pareve | Ⓤ Symbol required. |
| • 51500-02989 SM Assorted 0.5oz 200ct | OUV3-71FA195 | Pareve | Ⓤ Symbol required. |
| • 51500-02994 Natural PC Assortment 200ct. | OUV3-HUP0DIT | Pareve | Ⓤ Symbol required. |
| • 51500-04450 Sugar Free Hot Fudge Topping 11.75oz | OUD3-6FB772B | Dairy | Ⓤ-D Symbol required. |
| • 51500-05118 Simply Fruit Strawberry Spreadable Fruit 284G | OUV3-B27CFBD | Pareve | Ⓤ Symbol required. |
| • 51500-05120 Simply Fruit Apricot Spreadable Fruit 284G | OUV3-85DD377 | Pareve | Ⓤ Symbol required. |
| • 51500-05195 Caramel Sundae Syrup 428ml | OUD3-051D995 | Dairy | Ⓤ-D Symbol required. |
| • 51500-05196 Chocolate Sundae Syrup 428ml | OUD3-3F1DFA3 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס״ד

April 21, 2021

The J.M. Smucker Co.   (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG.–New Orrville, 830 North Mill St , Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's (continued)** | | | |
| • 51500-05211 Apricot Jam 340G | OUV3-78C78DC | Pareve | Ⓤ Symbol required. |
| • 51500-05214 Orange Maramalade 340G | OUV3-FB1FEF24 | Pareve | Ⓤ Symbol required. |
| • 51500-05217 Red Raspberry Jam 340G | OUV3-6324294 | Pareve | Ⓤ Symbol required. |
| • 51500-05218 Strawberry Jam 340G | OUV3-BDC6884 | Pareve | Ⓤ Symbol required. |
| • 51500-05220 Grape Jelly 510G | OUV3-362D3F7 | Pareve | Ⓤ Symbol required. |
| • 51500-05222 Apricot Jam 510G | OUV3-BE7EA6E | Pareve | Ⓤ Symbol required. |
| • 51500-05380 Strawberry Preserves 12oz | OUV3-DF50CC8 | Pareve | Ⓤ Symbol required. |
| • 51500-05381 Red Raspberry Preserves 12oz | OUV3-85E7B4A | Pareve | Ⓤ Symbol required. |
| • 51500-05382 Grape Jam 12oz | OUV3-D06AC6E | Pareve | Ⓤ Symbol required. |
| • 51500-05384 Seedless Blackberry Jam 12oz | OUV3-520A3EC | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

אונ"ן הקהלות האורתודוכס"יות באמריקה

April 21, 2021

כ"ד

The J.M. Smucker Co.    (continued)

J. M. Smucker Co.,/RETAIL/INDUSTRIAL MFG.-New Orrville, 830 North Mill St , Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's (continued)** | | | |
| • 51500-05385 Orange Marmalade 12oz | OUV3-044AFFC | Pareve | Ⓤ Symbol required. |
| • 51500-05555 Grape, Strawberry, Blackberry assortment 0.375oz 200pc | OUV3-B831E2D | Pareve | Ⓤ Symbol required. |
| • 51500-05711 Grape Jelly Squeeze 20oz | OUV3-0A2384F | Pareve | Ⓤ Symbol required. |
| • 51500-05715 Reduced Sugar Strawberry Squeeze 17.4oz | OUV3-507D97C | Pareve | Ⓤ Symbol required. |
| • 51500-05715 Reduced Sugar Strawberry Squeeze 17.4oz | OUV3-67DCD48 | Pareve | Ⓤ Symbol required. |
| • 51500-05722 Strawberry Squeeze 20oz | OUV3-57AC94F | Pareve | Ⓤ Symbol required. |
| • 515008110 Smucker's Pure Honey | OUV3-EPYGMTP | Pareve | Ⓤ Symbol required. |
| • 51500-08201 Natural Strawberry Jam 0.5oz 200ct | OUV3-210D42D | Pareve | Ⓤ Symbol required. |
| • 51500-08202 Natural Concord Grape Jame 0.5oz 200ct | OUV3-6923953 | Pareve | Ⓤ Symbol required. |
| • 51500-08204 Natural Orange Marmalade 0.5oz 200ct | OUV3-DA9833F | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 14 of 24



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים באמריקה

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

The J.M. Smucker Co.   (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL.MFG.–New Orrville, 830 North Mill St , Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's (continued)** | | | |
| • 515001 0454 Natural Blackberry Portion control 0.5 oz | OUV3-D28F6AD | Pareve | Ⓤ Symbol required. |
| • 51500-14125 Smucker's Natural Grape Fruit Spread | OUV3-0313D26 | Pareve | Ⓤ Symbol required. |
| • 51500-14127 Natural Cherry Fruit Spread 17.25oz | OUV3-AA436DA | Pareve | Ⓤ Symbol required. |
| • 51500-14129 Natural Blackberry Fruit Spread 17.25oz | OUV3-277CC69 | Pareve | Ⓤ Symbol required. |
| • 51500-14130 Smucker's Natural Strawberry Fruit Spread | OUV3-A6D4B27 | Pareve | Ⓤ Symbol required. |
| • 51500-14133 Natural Orange Marmalade Fruit Spread 17.25 oz | OUV3-2EB2FD4 | Pareve | Ⓤ Symbol required. |
| • 51500-14134 Natural Raspberry Fruit Spread | OUV3-76F272C | Pareve | Ⓤ Symbol required. |
| • 51500-14172 Natural Strawberry Squeeze Fruit Spread 19 oz | OUV3-01A1E4A | Pareve | Ⓤ Symbol required. |
| • 51500-14174 Natural Grape Squeeze Fruit Spread 19 oz | OUV3-CFB6F16 | Pareve | Ⓤ Symbol required. |
| • 51500-14175 Natural Red Raspberry Squeeze 19 oz. | OUV3-CBB9B4C | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*



בס״ד

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איגוד קהילות האורתודוקסים בארה״ק

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

The J.M. Smucker Co.    (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG.-New Orrville, 830 North Mill St, Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's (continued)** | | | |
| • 51500-24109 Jam and Jelly Assortment 1/2oz PC's | OUV3-BD4CF5B | Pareve | Ⓤ Symbol required. |
| • 51500-33658 No Sugar Added Strawberry Sundae Syrup 428ml | OUV3-CD17CC2 | Pareve | Ⓤ Symbol required. |
| • 51500-33815 No Sugar Added Caramel Sundae Syrup 428ml | OUD3-3BBF853 | Dairy | Ⓤ-D Symbol required. |
| • 515007829R Grape Fruit and Honey Spread 9.5 oz. | OUV3-F67D869 | Pareve | Ⓤ Symbol required. |
| • 510082026 SMUCKER 32 OUNCE SPECIAL RECIPE STRAWBERRY PRESERVES GLASS TWIN PACK | OUV3-7IYMUNY | Pareve | Ⓤ Symbol required. |
| • Apple Jelly | OUV3-FF66E98 | Pareve | Ⓤ Symbol required. |
| • Apple Mint Jelly | OUV3-10FVEOT | Pareve | Ⓤ Symbol required. |
| • Apricot Jam | OUV3-3184901 | Pareve | Ⓤ Symbol required. |
| • Apricot Preserves | OUV3-0D9925A | Pareve | Ⓤ Symbol required. |
| • Black Raspberry Jelly | OUV3-EE19B47 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 16 of 24

בס"ד



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איחוד קהילות האורתודוקסים דאמריקה

April 21, 2021

The J.M. Smucker Co.    (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG.–New Orrville, 830 North Mill St., Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's (continued)** | | | |
| • Blackberry Jam | OUV3-3379A4A | Pareve | Ⓤ Symbol required. |
| • Blueberry Preserves | OUV3-4083335 | Pareve | Ⓤ Symbol required. |
| • Boysenberry Jam | OUV3-CC10CC1 | Pareve | Ⓤ Symbol required. |
| • Boysenberry Preserves | OUV3-BF30711 | Pareve | Ⓤ Symbol required. |
| • Breakfast Syrup | OUV3-3E35E86 | Pareve | Ⓤ Symbol required. |
| • Butter Syrup | OUV3-1E1497B | Pareve | Ⓤ Symbol required. |
| • Caramel Platescapers | OUD3-6E74F80 | Dairy | Ⓤ-D Symbol required. |
| • Cherry Preserves | OUV3-E765F1A | Pareve | Ⓤ Symbol required. |
| • Chocolate Platescapers | OUD3-D0205DF | Dairy | Ⓤ-D Symbol required. |
| • Grape Jam | OUV3-DE9C6F3 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איחוד קהילות האורטודוקסים באמריקה

April 21, 2021

בס״ד

The J.M. Smucker Co.   (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG.–New Orrville, 830 North Mill St, Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's (continued)** | | | |
| • Grape Jelly | OUV3-F90493D | Pareve | Ⓤ Symbol required. |
| • KBF Boysenberry Preserves | OUV3-C07D50A | Pareve | Ⓤ Symbol required. |
| • KBF Strawberry Preserves | OUV3-05ADC60 | Pareve | Ⓤ Symbol required. |
| • LS Grape | OUV3-BFB98BB | Pareve | Ⓤ Symbol required. |
| • LS Orange Marmalade | OUV3-DDD088D | Pareve | Ⓤ Symbol required. |
| • LS Strawberry | OUV3-DBE3B68 | Pareve | Ⓤ Symbol required. |
| • Mixed Fruit Jelly | OUV3-6E92356 | Pareve | Ⓤ Symbol required. |
| • Natural Breakfast Syrup | OUV3-GYHCHQA | Pareve | Ⓤ Symbol required. |
| • Orange Marmalade | OUV3-F140FB4 | Pareve | Ⓤ Symbol required. |
| • Peach Preserves | OUV3-C571AF2 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 18 of 24



ב"ה

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איחוד קהילות האורתודוקסים בארה"ב

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

The J.M. Smucker Co.   (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG.–New Orrville, 830 North Mill St, Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's (continued)** | | | |
| • Pineapple Preserves | OUV3-E5E523E | Pareve | Ⓤ Symbol required. |
| • Pure Apple Jelly | OUV3-15FBC69 | Pareve | Ⓤ Symbol required. |
| • Pure Apricot Jam | OUV3-E8212A1 | Pareve | Ⓤ Symbol required. |
| • Pure Blackberry Jam | OUV3-F1DBFB3 | Pareve | Ⓤ Symbol required. |
| • PURE BLUEBERRY JAM | OUV3-E2E75B4 | Pareve | Ⓤ Symbol required. |
| • Pure Blueberry Jam | OUV3-E63BCF5 | Pareve | Ⓤ Symbol required. |
| • Pure Cherry Jam | OUV3-C750186 | Pareve | Ⓤ Symbol required. |
| • Pure Grape Jam | OUV3-EF3575A | Pareve | Ⓤ Symbol required. |
| • Pure Grape Jelly | OUV3-0C0A3AB | Pareve | Ⓤ Symbol required. |
| • Pure Orange Marmalade | OUV3-5C38F22 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 19 of 24



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    אורתודוקס יוניאן האכשרה קאשערוס ועד הרבנים

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

כ"ט ניסן

The J.M. Smucker Co.   (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG.-New Orrville, 830 North Mill St, Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's (continued)** | | | |
| • Pure Peach Jam | OUV3-07DC4EE | Pareve | Ⓤ Symbol required. |
| • Pure Pineapple Jam | OUV3-89EE866 | Pareve | Ⓤ Symbol required. |
| • Pure Raspberry Jam | OUV3-8B77371 | Pareve | Ⓤ Symbol required. |
| • Pure Sdls. Raspberry Jam | OUV3-070A3F1 | Pareve | Ⓤ Symbol required. |
| • Pure Sdls. Strawberry Jam | OUV3-28EF25F | Pareve | Ⓤ Symbol required. |
| • Pure Strawberry Jam | OUV3-B4B0B3B | Pareve | Ⓤ Symbol required. |
| • Pure Strawberry Jelly | OUV3-FC31A61 | Pareve | Ⓤ Symbol required. |
| • Raspberry Platescapers | OUD3-362998F | Dairy | Ⓤ-D Symbol required. |
| • Red Plum Jam | OUV3-8FD08DE | Pareve | Ⓤ Symbol required. |
| • Red Raspberry Preserves | OUV3-C0F402B | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 20 of 24



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   אוניון אוו אורטאדאקס ....

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

The J.M. Smucker Co.   (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL.MFG.-New Orrville, 830 North Mill St, Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's (continued)** | | | |
| • Red Raspberry Seedless Jam | OUV3-8D2EA1C | Pareve | Ⓤ Symbol required. |
| • Regular Syrup | OUV3-8BC7B47 | Pareve | Ⓤ Symbol required. |
| • Sdl. Blackberry Jam | OUV3-4FC8472 | Pareve | Ⓤ Symbol required. |
| • Sdl. Boysenberry Jam | OUV3-79A1EC3 | Pareve | Ⓤ Symbol required. |
| • SF Grape w/ Splenda | OUV3-E9D0FFD | Pareve | Ⓤ Symbol required. |
| • SF Orange w/ Splenda | OUV3-A2482F5 | Pareve | Ⓤ Symbol required. |
| • SF Red Raspberry w/ Splenda | OUV3-A7EA5C7 | Pareve | Ⓤ Symbol required. |
| • Simply Fruit Apricot Spreadable Fruit | OUV3-43249CF | Pareve | Ⓤ Symbol required. |
| • Simply Fruit Blueberry Spreadable Fruit | OUV3-08F54AC | Pareve | Ⓤ Symbol required. |
| • Simply Fruit Grape Spreadable Fruit | OUV3-9AB2255 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 21 of 24



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורטודוקסים בארה"ק

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

The J.M. Smucker Co.    (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG–New Orrville, 830 North Mill St, Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Product Name**

**Brand: Smucker's (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| • Simply Fruit Peach Spreadable Fruit | OUV3-7E053E2 | Pareve | Ⓤ Symbol required. |
| • Simply Fruit Red Raspberry Spreadable Fruit | OUV3-1317F71 | Pareve | Ⓤ Symbol required. |
| • Simply Fruit Seedless Black Raspberry Spreadable Fruit | OUV3-27449IB | Pareve | Ⓤ Symbol required. |
| • Simply Fruit Seedless Blackberry Spreadable Fruit | OUV3-CCDA224 | Pareve | Ⓤ Symbol required. |
| • Simply Fruit Seedless Red Raspberry Spreadable Fruit | OUV3-8CB4D5E | Pareve | Ⓤ Symbol required. |
| • Simply Fruit Seedless Strawberry Spreadable Fruit | OUV3-8EF51FA | Pareve | Ⓤ Symbol required. |
| • Simply Fruit Strawberry Spreadable Fruit | OUV3-0FB7F30 | Pareve | Ⓤ Symbol required. |
| • Spoonable Butterscotch | OUD3-F169CEA | Dairy | Ⓤ-D Symbol required. |
| • Spoonable Chocolate Fudge ICT | OUD3-B731F92 | Dairy | Ⓤ-D Symbol required. |
| • Strawberry Jam | OUV3-66CC136 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 22 of 24



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    אורטהאדיקס קאשעראוצטהאדאקסמדאסטראקשטא
ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

בס"ד

The J.M. Smucker Co.    (continued)
J. M. Smucker Co./RETAIL/INDUSTRIAL.MFG.-New Orrville, 830 North Mill St , Orrville, OH

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's (continued)** | | | |
| • Strawberry Jelly | OUV3-C08EBDB | Pareve | ⓤ Symbol required. |
| • Strawberry Platescapers | OUD3-F8D4A68 | Dairy | ⓤ-D Symbol required. |
| • Strawberry Preserves | OUV3-868CDB2 | Pareve | ⓤ Symbol required. |
| • Strawberry Seedless Jam | OUV3-1E66BFB | Pareve | ⓤ Symbol required. |
| • Sugar Free  Blackberry With Splenda | OUV3-CC52A08 | Pareve | ⓤ Symbol required. |
| • Sugar Free Apricot Preserves with Splenda | OUV3-C2BA53E | Pareve | ⓤ Symbol required. |
| • Sugar Free Blueberry with Splenda | OUV3-8091EC1 | Pareve | ⓤ Symbol required. |
| • Sugar Free Breakfast Syrup | OUD3-DB15CC2 | Dairy | ⓤ-D Symbol required. |
| • Sugar Free Butter Syrup | OUD3-17D5474 | Dairy | ⓤ-D Symbol required. |
| • Sugar Free Cherry Preserves with Splenda | OUV3-DB4DB37 | Pareve | ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 23 of 24



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איחוד קהילות האורטודוקסים בארה"ב

April 21, 2021

בס"ד

The J.M. Smucker Co.   (continued)

J. M. Smucker Co./RETAIL/INDUSTRIAL MFG.-New Orrville, 830 North Mill St, Orrville, OH

This is to certify, that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Smucker's (continued)** | | | |
| • Sugar Free Peach with Splenda | OUV3-4CB48C2 | Pareve | Ⓤ Symbol required. |
| • Sugar Free Seedless Strawberry Preserves with Splenda | OUV3-57ACCA2 | Pareve | Ⓤ Symbol required. |
| • Sugar Free Strawberry With Splenda | OUV3-662BF16 | Pareve | Ⓤ Symbol required. |
| • Syrup | OUV3-F329972 | Pareve | Ⓤ Symbol required. |
| • Vanilla Platescapers | OUD3-99B7050 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*signature*

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA        איחוד קהילות האורתודוקסים באמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

בס"ד

This is to certify that the following product(s) prepared by

**The J.M. Smucker Co., 1 Strawberry Lane, Box 280, Orrville, OH 44667-0280**

at the following facilitie(s) are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**J.M. Smucker Co. - Longmont, 2900 Peak Ave, Longmont, CO**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's Uncrustables** | | | |
| • Uncrustables Peanut Butter and Grape | OUV3-R6XVA64 | Pareve | Ⓤ Symbol required. |
| • Uncrustables Peanut Butter and Grape White | OUV3-H4OSRAD | Pareve | Ⓤ Symbol required. |
| • Uncrustables Peanut Butter and Strawberry | OUV3-MVQI00F | Pareve | Ⓤ Symbol required. |
| • Uncrustables Peanut Butter and Strawberry White | OUV3-GDTJ559 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 1 of 1



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA
ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

איחוד קהילות האורטודוקסים בארצות הברית

April 21, 2021

This is to certify that the following product(s) prepared by

**The J.M. Smucker Co., 1 Strawberry Lane, Box 280, Orrville, OH 44667-0280**

at the following facilitie(s) are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below:

**J.M. Smucker Co./RETAIL MFG.-Lexington, 767 Winchester Rd , Lexington, KY**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Jif** | | | |
| • 12600 Jif Chocolate Silk Peanut Butter Drum Intermediate | | | |
| • 13842 Pea Protein Enriched Regular Peanut Butter | | | |
| • 16712 JIF NATURAL CREAMY PEANUT BUTTER SPREAD DRUM | OUV3-DIGOLYD | Pareve | Ⓤ Symbol required. |
| • 51500 01011 Creamy Twinpack 80oz | OUV3-F9E9351 | Pareve | Ⓤ Symbol required. |
| • 51500 01012 Crunchy Twinpack 80oz | OUV3-2D7C5D4 | Pareve | Ⓤ Symbol required. |
| • 51500 01017 Reduced Fat Twinpack 80oz | OUV3-BC2CDFD | Pareve | Ⓤ Symbol required. |
| • 51500 01018 Creamy Twinpack 96oz | OUV3-1BA7A70 | Pareve | Ⓤ Symbol required. |
| • 51500 01019 Crunchy Twinpack 96oz | OUV3-4824C0C | Pareve | Ⓤ Symbol required. |
| • 51500 05480 Creamy Peanut Butter (Mexico) 12oz | OUV3-471C8FE | Pareve | Ⓤ Symbol required. |
| • 51500 24143 Creamy Peanut Butter To Go 36ct | OUV3-E9EE030 | Pareve | Ⓤ Symbol required. |
| | OUV3-TDGEKNS | Pareve | |
| | OUV3-XNJAZRE | Pareve | |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איחוד קהילות האורטודוקסים באמריקה

April 21, 2021

בס"ד

The J.M. Smucker Co.   (continued)

J.M. Smucker Co./RETAIL MFG.-Lexington, 767 Winchester Rd., Lexington, KY

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Jif (continued)** | | | |
| • 51500 24170 JIF Creamy PB To Go 96ct. | OUV3-A304A16 | Pareve | Ⓤ Symbol required. |
| • 51500 24174 Natural Creamy Peanut Butter To Go 36ct | OUV3-841454З | Pareve | Ⓤ Symbol required. |
| • 51500 24199 JIF Peanut Butter cup | OUV3-983D633 | Pareve | Ⓤ Symbol required. |
| • 51500 25516 Creamy Peanut Butter 16oz | OUV3-1F4A1B5 | Pareve | Ⓤ Symbol required. |
| • 51500 25542 Natural Creamy Peanut Butter Twinpack 80oz | OUV3-B9A7515 | Pareve | Ⓤ Symbol required. |
| • 51500 25565 Natural Creamy Peanut Butter 16oz | OUV3-FB5652A | Pareve | Ⓤ Symbol required. |
| • 51500 72001 Creamy Peanut Butter 40oz | OUV3-BDB7CD1 | Pareve | Ⓤ Symbol required. |
| • 51500-07565 Natural Crunchy Peanut Butter 40oz | OUV3-13A5A87 | Pareve | Ⓤ Symbol required. |
| • 515008026 Jif Crunchy Peanut Butter 340g Asia | OUV3-ADKQEXF | Pareve | Ⓤ Symbol required. |
| • 515008051 Jif Creamy Peanut Butter 3/4 oz 200 ct case | OUV3-W05UOYJ | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 2 of 9



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    אורטודוקסים קהילות של אמריקה ברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

ב״ה

The J.M. Smucker Co.   (continued)

J.M. Smucker Co./RETAIL MFG.-Lexington, 767 Winchester Rd., Lexington, KY

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Jif (continued)** | | | |
| • 515008058 Natural Creamy Peanut Butter 0.5oz PC | OUV3-OR8ODIN | Pareve | Ⓤ Symbol required. |
| • 515011202 JIF Creamy Peanut Butter Drum | OUV3-4AAA998 | Pareve | Ⓤ Symbol required. |
| • 515011442 Simply Creamy Peanut Butter Bulk Drum | OUV3-4AF5ADF | Pareve | Ⓤ Symbol required. |
| • 51500-24090 Creamy Peanut Butter 40oz | OUV3-AABF0A5 | Pareve | Ⓤ Symbol required. |
| • 51500-24091 Extra Crunchy Peanut Butter 40oz | OUV3-4264067 | Pareve | Ⓤ Symbol required. |
| • 51500-24092 Creamy Reduced Fat Peanut Butter 40oz | OUV3-E2E2818 | Pareve | Ⓤ Symbol required. |
| • 51500-24094 Creamy Peanut Butter 48oz | OUV3-5FA73AB | Pareve | Ⓤ Symbol required. |
| • 51500-24095 Extra Crunchy Peanut Butter 48oz | OUV3-4D1BA30 | Pareve | Ⓤ Symbol required. |
| • 51500-24114 24114 Creamy Peanut Butter To Go 1.5oz 36ct | OUV3-A1775C0 | Pareve | Ⓤ Symbol required. |
| • 51500-24130 Crunchy Peanut Butter To-Go 12oz | OUV3-373C197 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 3 of 9



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

אורדוך קהילות האורתודוכסים באמריקה

April 21, 2021

בס"ד

The J.M. Smucker Co.    (continued)

J.M. Smucker Co./RETAIL MFG.-Lexington, 767 Winchester Rd , Lexington, KY

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Jif (continued)** | | | |
| • 51500-24131 Crunchy Peanut Butter To-Go 4.5oz | OUV3-027DE95 | Pareve | Ⓤ Symbol required. |
| • 51500-24133 24133 Crunchy Peanut Butter To Go 1.5oz 48ct | OUV3-6C573AF | Pareve | Ⓤ Symbol required. |
| • 51500-24136 Creamy Peanut Butter To-Go 12oz | OUV3-647F362 | Pareve | Ⓤ Symbol required. |
| • 51500-24137 Creamy Peanut Butter To-Go 4.5oz | OUV3-5DDA018 | Pareve | Ⓤ Symbol required. |
| • 51500-24138 Creamy Peanut Butter Reduced Fat To-Go 13.6oz | OUV3-6E72476 | Pareve | Ⓤ Symbol required. |
| • 51500-24141 24141 Creamy Peanut Butter To Go 1.5oz 48ct | OUV3-A02FDCD | Pareve | Ⓤ Symbol required. |
| • 51500-24143 Creamy Peanut Butter To-Go 1.5oz 36ct | OUV3-1E2F606 | Pareve | Ⓤ Symbol required. |
| • 51500-24163 Extra Crunchy Peanut Butter 28oz | OUV3-7C56F13 | Pareve | Ⓤ Symbol required. |
| • 51500-24174 24174 Natural Creamy Peanut Butter To Go 1.5oz 36ct | OUV3-AA321D5 | Pareve | Ⓤ Symbol required. |
| • 51500-24177 Creamy Peanut Butter 28oz | OUV3-0EAFC02 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 4 of 9



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

כ״ט ניסן תשפ״א

April 21, 2021

The J.M. Smucker Co.    (continued)

J.M. Smucker Co./RETAIL MFG.-Lexington, 767 Winchester Rd., Lexington, KY

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Jif (continued)** | | | |
| • 51500-24191 Creamy Peanut Butter 12oz | OUV3-4CEE348 | Pareve | Ⓤ Symbol required. |
| • 51500-24307 24307 Natural Creamy Peanut Butter To Go 12oz | OUV3-96AA0C9 | Pareve | Ⓤ Symbol required. |
| • 51500-24321 Natural Creamy Peanut Butter 40oz | OUV3-A916320 | Pareve | Ⓤ Symbol required. |
| • 51500-24322 Natural Creamy Peanut Butter 28oz | OUV3-7BC21C3 | Pareve | Ⓤ Symbol required. |
| • 51500-24324 Extra Crunchy Peanut Butter 4lb Can | OUV3-431D178 | Pareve | Ⓤ Symbol required. |
| • 51500-24331 Creamy Peanut Butter 4lb Can | OUV3-24FCF8B | Pareve | Ⓤ Symbol required. |
| • 51500-24334 24334 Creamy Peanut Butter To Go 13.5oz | OUV3-51E775 | Pareve | Ⓤ Symbol required. |
| • 515002457 1 Jif Peanut Butter & Chocolate Flavored Spread | OUV3-UW69DKU | Pareve | Ⓤ Symbol required. |
| • 51500-24705 Creamy Peanut Butter 96oz Twin-Pack | OUV3-B7E26B4 | Pareve | Ⓤ Symbol required. |
| • 51500-24706 Extra Crunchy Peanut Butter 96oz Twin-Pack | OUV3-DB3BB6C | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 5 of 9



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA
ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איגוד קהילות האורתודוקסים באמריקה

April 21, 2021

בס"ד

The J.M. Smucker Co.   (continued)

J.M. Smucker Co./RETAIL MFG.-Lexington, 767 Winchester Rd , Lexington, KY

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Jif (continued)** | | | |
| • 51500-24769 Creamy Peanut Butter 80oz Twin-Pack | OUV3-C6C1A2C | Pareve | Ⓤ Symbol required. |
| • 51500-24776 Extra Crunchy Peanut Butter 80oz Twin-Pack | OUV3-FEF00B3 | Pareve | Ⓤ Symbol required. |
| • 51500-25480 25480 Creamy Peanut Butter 12oz | OUV3-8F2DF21 | Pareve | Ⓤ Symbol required. |
| • 51500-25485 25485 Creamy Peanut Butter 16oz | OUV3-14EF9C4 | Pareve | Ⓤ Symbol required. |
| • 51500-25499 Creamy Reduced Fat Peanut Butter 40oz | OUV3-F436673 | Pareve | Ⓤ Symbol required. |
| • 51500-25506 Creamy Reduced Fat Peanut Butter 80oz Twin-Pack | OUV3-608D007 | Pareve | Ⓤ Symbol required. |
| • 51500-25516 Creamy Peanut Butter 16oz | OUV3-B946CED | Pareve | Ⓤ Symbol required. |
| • 51500-25518 Creamy Reduced Fat Peanut Butter 16oz | OUV3-926A1C6 | Pareve | Ⓤ Symbol required. |
| • 51500-25524 Natural Creamy Peanut Butter 40oz | OUV3-646E778 | Pareve | Ⓤ Symbol required. |
| • 515002S527 Jif Simply Jif Creamy Peanut Butter 15.5 oz | OUV3-420A5D1 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 6 of 9



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA
ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס״ד

אורח החיים קהילות קהל היהודים באמריקה

April 21, 2021

The J.M. Smucker Co.   (continued)

J.M. Smucker Co./RETAIL MFG.-Lexington, 767 Winchester Rd., Lexington, KY

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Jif (continued)** | | | |
| • 51500-25530 Omega-3 Creamy Peanut Butter 16oz | OUV3-EBE502E | Pareve | Ⓤ Symbol required. |
| • 51500-25533 Omega-3 Crunchy Peanut Butter 16oz | OUV3-9BD0449 | Pareve | Ⓤ Symbol required. |
| • 51500-25537 Crunchy Peanut Butter 16oz | OUV3-24D17A1 | Pareve | Ⓤ Symbol required. |
| • 51500-25542 Natural Creamy Peanut Butter 80oz Twin-Pack | OUV3-9801SCD | Pareve | Ⓤ Symbol required. |
| • 51500-25560 Crunchy Reduced Fat Peanut Butter 16oz | OUV3-EB3AF14 | Pareve | Ⓤ Symbol required. |
| • 51500-25574 Natural Crunchy 16 oz | OUV3-446686E | Pareve | Ⓤ Symbol required. |
| • 51500-25578 Natural Creamy Peanut Butter with Honey 16oz | OUV3-C98A092 | Pareve | Ⓤ Symbol required. |
| • 51500-25594 Natural Crunchy Peanut Butter with Honey 16oz | OUV3-A28CCF6 | Pareve | Ⓤ Symbol required. |
| • 51500-40121 Creamy Peanut Butter 3/4oz | OUV3-A0BE105 | Pareve | Ⓤ Symbol required. |
| • 515040200 Jif Creamy Peanut Butter 18 gram | OUV3-K2FDGG8 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 7 of 9



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

אונ״ק קהלות קודש ונהר מאפע בקהלת ישיראל

April 21, 2021

בס״ד

The J.M. Smucker Co.   (continued)

J.M. Smucker Co./RETAIL MFG.-Lexington, 767 Winchester Rd., Lexington, KY

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Jif (continued)** | | | |
| • 5150045163 Jif Creamy Dark Roast 500 gram | OUV3-BCURGID | Pareve | Ⓤ Symbol required. |
| • 5150045736 Jif Creamy Dark Roast 1 kg | OUV3-IMQX5OC | Pareve | Ⓤ Symbol required. |
| • 5150070037 JIF 500 GRAM LIGHT CREAMY PEANUT BUTTER | OUV3-1OX6C0K | Pareve | Ⓤ Symbol required. |
| • 5150070038 JIF 1 KILOGRAM LIGHT CREAMY PEANUT BUTTER | OUV3-7DKGH03 | Pareve | Ⓤ Symbol required. |
| • 5150-72001 Creamy Peanut Butter 40oz | OUV3-D9A244B | Pareve | Ⓤ Symbol required. |
| • 5150-72002 Extra Crunchy Peanut Butter 40oz | OUV3-796E389 | Pareve | Ⓤ Symbol required. |
| • 5150-72011 40oz Jif Creamy Peanut Butter | OUV3-ZUKDFAS | Pareve | Ⓤ Symbol required. |
| • 5150-72520 Simply Creamy Peanut Butter 27.3oz | OUV3-60A3DF3 | Pareve | Ⓤ Symbol required. |
| • 5150092100 Jif Creamy Peanut Butter 1.1 oz | OUV3-ER24DAU | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 8 of 9



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   אתרת קהילת האורטודוקסים בקהילת אמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

April 21, 2021

The J.M. Smucker Co.   (continued)

J.M. Smucker Co./RETAIL MFG.-Lexington, 767 Winchester Rd, Lexington, KY

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Jif (continued)** | | | |
| • Creamy Peanut Butter No Added Sugar | OUV3-89NRU2B | Pareve | Ⓤ Symbol required. |
| • Jif Creamy Peanut Butter Squeeze | OUV3-LA33VNQ | Pareve | Ⓤ Symbol required. |
| **Brand:  Smucker's** | | | |
| • 5105002282 SMK PEANUT BUTTER PLASTIC JAR 200-.75 OUNCE | OUV3-WEAUU3H | Pareve | Ⓤ Symbol required. |
| • 5150-02281 Low Sodium Creamy Peanut Butter 2/3oz | OUV3-6CCEA07 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, Rabbinic Administrator, CEO

This certification is valid through 04/30/2022



KOSHER CERTIFICATION SERVICE

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איחוד קהילות האורטודוקסים בנקאמעריקה

ב"ה

April 21, 2021

This is to certify that the following product(s) prepared by

**The J.M. Smucker Co., 1 Strawberry Lane, Box 280, Orrville, OH 44667-0280**

at the following facility(ies) are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**J.M. Smucker Co./RETAIL MFG.–Memphis, 4740 Burbank Rd, Memphis, TN**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Goober** | | | |
| • 10191 Goober Strawberry Jelly | OUV3-8D80221 | Pareve | Ⓤ Symbol required. |
| • 10192 Goober Grape Jelly | OUV3-F9C2BB2 | Pareve | Ⓤ Symbol required. |
| • 10193 Goober Fudge | OUD3-F96EB2C | Dairy | Ⓤ-D Symbol required. |
| • 10194 Goober Honey | OUV3-028209C | Pareve | Ⓤ Symbol required. |
| **Brand:  Jif** | | | |
| • 15514 Simply Jif Peanut Butter Tote | OUV3-LAIIDKU | Pareve | Ⓤ Symbol required. |
| • 16710 16 OZ JIF Natural UNWRAPPED | OUV3-V9D1MB6 | Pareve | Ⓤ Symbol required. |
| • 16712 JIF NATURAL CREAMY PEANUT BUTTER SPREAD DRUM | OUV3-DIG0LYD | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, Rabbinic Administrator, CEO

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA אורטא קהלות האורטאדאקסים בנאמ

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב״ה

April 21, 2021

**The J.M. Smucker Co.   (continued)**

J.M. Smucker Co./RETAIL MFG.–Memphis, 4740 Burbank Rd, Memphis, TN

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Jif (continued)** | | | |
| • 515007565 JIF 40 OUNCE NATURAL CRUNCHY PEANUT BUTTER | OUV3-S1NHSX8 | Pareve | Ⓤ Symbol required. |
| • 515011202 JIF Creamy Peanut Butter Drum | OUV3-4AAA998 | Pareve | Ⓤ Symbol required. |
| • 515011442 Simply Creamy Peanut Butter Bulk Drum | OUV3-4AF5ADF | Pareve | Ⓤ Symbol required. |
| • 515024163 Crunchy Peanut Butter 28oz | OUV3-AECF0S8 | Pareve | Ⓤ Symbol required. |
| • 515024177 Creamy Peanut Butter 28oz | OUV3-E74B152 | Pareve | Ⓤ Symbol required. |
| • 515024321 JIF 40 OUNCE NATURAL CREAMY PEANUT BUTTER | OUV3-ADUYBPM | Pareve | Ⓤ Symbol required. |
| • 515024322 JIF 28 OUNCE NATURAL CREAMY PEANUT BUTTER | OUV3-SK7MKTL | Pareve | Ⓤ Symbol required. |
| • 515025516 Creamy Peanut Butter 16oz | OUV3-270C2FA | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Menachem Genack*

Rabbi Menachem Genack, Rabbinic Administrator, CEO

**This certification is valid through 04/30/2022**

Page 2 of 5



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקס בנאמ"ד

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

בס"ד

**The J.M. Smucker Co.   (continued)**

**J.M. Smucker Co./RETAIL MFG.--Memphis, 4740 Burbank Rd, Memphis, TN**

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Jif (continued)** | | | |
| • 515002S527 Simply Creamy Peanut Butter 15.5oz | OUV3-151263 | Pareve | Ⓤ Symbol required. |
| • 515002S537 Crunchy Peanut Butter 16oz | OUV3-606B0FB | Pareve | Ⓤ Symbol required. |
| • 515002S565 Natural Creamy Peanut Butter 16oz | OUV3-250B5A | Pareve | Ⓤ Symbol required. |
| • 515002S574 Natural Crunchy Peanut Butter 16oz | OUV3-7D1681F | Pareve | Ⓤ Symbol required. |
| • 515002S578 Natural Creamy Peanut Butter with Honey 16oz | OUV3-9A34B5 | Pareve | Ⓤ Symbol required. |
| • 515002S594 Natural Crunchy Peanut Butter with Honey 16oz | OUV3-A90A372 | Pareve | Ⓤ Symbol required. |
| • 515072001 JIF 40 OUNCE CREAMY PEANUT BUTTER | OUV3-RTK00HP | Pareve | Ⓤ Symbol required. |
| • 515072002 JIF 40 OUNCE CRUNCHY PEANUT BUTTER | OUV3-RL3YF8I | Pareve | Ⓤ Symbol required. |
| • 74560081 16 OZ JIF CREAMY UNWRAPPED | OUV3-RVYHWPF | Pareve | Ⓤ Symbol required. |
| • 74560087 16 OZ JIF CRUNCHY UNWRAPPED | OUV3-ILRKSBE | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, Rabbinic Administrator, CEO

**This certification is valid through 04/30/2022**

Page 3 of 5



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס״ד

April 21, 2021

**The J.M. Smucker Co.    (continued)**

J.M. Smucker Co./RETAIL MFG.–Memphis, 4740 Burbank Rd, Memphis, TN

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Simply Jif** | | | |
| • 5150075520 Creamy Peanut Butter 27.3oz | OUV3-6F0DBEC | Pareve | Ⓤ Symbol required. |
| **Brand:  Smucker's** | | | |
| • 15519 Smucker Orange Marmalade Spread Natural Tote | OUV3-8DHWSYJ | Pareve | Ⓤ Symbol required. |
| • 17407 Smucker Strawberry Spread Natural Tote | OUV3-BDE5HKA | Pareve | Ⓤ Symbol required. |
| • 17412 Smucker Grape Spread Natural Tote | OUV3-7OCAUTN | Pareve | Ⓤ Symbol required. |
| • 19541 Traditional Strawberry Jam | OUV3-K9UMLBA | Pareve | Ⓤ Symbol required. |
| • 19542 Traditional Orange Marmalade | OUV3-YRLJMCK | Pareve | Ⓤ Symbol required. |
| • 19543 Traditional Grape Jelly Tote | OUV3-AYQ4VK9 | Pareve | Ⓤ Symbol required. |
| **Brand:  Smucker's Uncrustables** | | | |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Menachem Genack*

Rabbi Menachem Genack, Rabbinic Administrator, CEO

**This certification is valid through 04/30/2022**

Page 4 of 5



בס"ד

# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

**The J.M. Smucker Co.   (continued)**

**J.M. Smucker Co./RETAIL MFG.-Memphis, 4740 Burbank Rd, Memphis, TN**

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's Uncrustables  (continued)** | | | |
| • 13828 SMUCKER UNCRUSTABLES REDUCED SUGAR STRAWBERRY SPREAD TOTE NON GMO | OUV3-UKSEGJ | Pareve | Ⓤ Symbol required. |
| • 13832 Grape Jelly Non-GMO | OUV3-548F9E3 | Pareve | Ⓤ Symbol required. |
| • 13834 SMUCKER UNCRUSTABLES STRAWBERRY JAM TOTE NON GMO | OUV3-UTB5YF3 | Pareve | Ⓤ Symbol required. |
| **Brand: Uncrustables** | | | |
| • 13826 SMUCKER UNCRUSTABLES REDUCED SUGAR GRAPE SPREAD TOTE NON GMO | OUV3-IFTMIW2 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

April 21, 2021

This is to certify that the following product(s) prepared by

**The J.M. Smucker Co., 1 Strawberry Lane, Box 280, Orrville, OH 44667-0280**

at the following facilitie(s) are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

J.M. Smucker Co./RETAIL MFG.-New Bethlehem, 300 Keck Avenue, New Bethlehem, PA

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|

**Brand:  Adam's**

| | | | |
|---|---|---|---|
| · 11562 Old Fashion Creamy Peanut Butter Bulk Drum | OUV3-3CE1F2C | Pareve | Ⓤ Symbol required. |
| · 14938 ADAMS DARK ROAST CREAMY PEANUT BUTTER CANADA DRUM | OUV3-NL3VKSW | Pareve | Ⓤ Symbol required. |
| · 51500-70016 Natural Creamy Peanut Butter 16oz | OUV3-B89B951 | Pareve | Ⓤ Symbol required. |
| · 51500-70017 Old Fashioned Creamy Peanut Butter 500G | OUV3-8489845 | Pareve | Ⓤ Symbol required. |
| · 51500-70020 Natural Creamy Peanut Butter 26oz | OUV3-37B869D | Pareve | Ⓤ Symbol required. |
| · 51500-70030 Natural Creamy Peanut Butter 36oz | OUV3-131E9F9 | Pareve | Ⓤ Symbol required. |
| · 51500-71000 Organic Peanut Butter 16oz | OUV3-C1FDE17 | Pareve | Ⓤ Symbol required. |
| · 51500-71001 Organic Crunchy Peanut Butter 16oz | OUV3-FA1879E | Pareve | Ⓤ Symbol required. |
| · 51500-71016 Natural Crunchy Peanut Butter 16oz | OUV3-675C795 | Pareve | Ⓤ Symbol required. |
| · 51500-71017 Old Fashioned Crunchy Peanut Butter 500G | OUV3-C197FFD | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*signature*

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



# ORTHODOX UNION

LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

The J.M. Smucker Co.    (continued)

J.M. Smucker Co./RETAIL MFG.-New Bethlehem, 300 Keck Avenue, New Bethlehem, PA

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Adam's (continued)** | | | |
| • 51500-71020 Natural Crunchy Peanut Butter 26oz | OUV3-79E7D73 | Pareve | Ⓤ Symbol required. |
| • 51500-71030 Natural Crunchy Peanut Butter 36oz | OUV3-5BE665D0 | Pareve | Ⓤ Symbol required. |
| • 51500-74016 No Salt Natural Creamy Peanut Butter 16oz | OUV3-F963A26 | Pareve | Ⓤ Symbol required. |
| • 51500-74017 No-Salt Old Fashioned Creamy Peanut Butter 500G | OUV3-3E63541 | Pareve | Ⓤ Symbol required. |
| • 51500-75016 No Salt Natural Crunchy Peanut Butter 16oz | OUV3-65EBE50 | Pareve | Ⓤ Symbol required. |
| • 51500-75017 No-Salt Old Fashioned Crunchy Peanut Butter 500G | OUV3-8E87A58 | Pareve | Ⓤ Symbol required. |
| • 51500-75035 No Stir Creamy Peanut Butter 16oz | OUV3-3F8A025 | Pareve | Ⓤ Symbol required. |
| • 51500-75036 Old Fashion Creamy Peanut Butter 1Kg | OUV3-E3487D | Pareve | Ⓤ Symbol required. |
| • 51500-75135 No Stir Crunchy Peanut Butter 16oz | OUV3-CEDC757 | Pareve | Ⓤ Symbol required. |
| • 51500-75136 Old Fashion Crunchy Peanut Butter 1Kg | OUV3-1369873 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



KOSHER CERTIFICATION SERVICE

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   אגודת קהילות האורתודוקסים בארה"ק
ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

April 21, 2021

The J.M. Smucker Co.   (continued)

J.M. Smucker Co./RETAIL MFG.-New Bethlehem, 300 Keek Avenue, New Bethlehem, PA

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Adam's   (continued)** | | | |
| • 51500-75580 Natural Crunchy Peanut Butter 80oz | OUV3-FF1CAA8 | Pareve | Ⓤ Symbol required. |
| • Homogenized Creamy Peanut Butter | OUV3-5C9C5BD | Pareve | Ⓤ Symbol required. |
| • Old Fashioned Creamy Peanut Butter | OUV3-4B3F13A | Pareve | Ⓤ Symbol required. |
| • Old Fashioned Crunchy Peanut Butter | OUV3-39B62D8 | Pareve | Ⓤ Symbol required. |
| **Brand:   Jif** | | | |
| • 515000S102 Natural Jif Creamy Peanut Butter Sauce | OUV3-ETS8SCH | Pareve | Ⓤ Symbol required. |
| **Brand:   Laura Scudder's** | | | |
| • 11613 Smooth Natural Peanut Butter Bulk Drum | OUV3-38C6807 | Pareve | Ⓤ Symbol required. |
| • 51500-05004 Creamy Organic Peanut Butter 16oz | OUV3-97B57E9 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    בס"ד

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

אתר כשרות של האיחוד האורתודוקסי בני ברק

April 21, 2021

The J.M. Smucker Co.    (continued)

J.M. Smucker Co./RETAIL MFG.-New Bethlehem, 300 Keck Avenue, New Bethlehem, PA

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Laura Scudder's (continued)** | | | |
| • 51500-05005 Crunchy Organic Peanut Butter 16oz | OUV3-DF3899F | Pareve | Ⓤ Symbol required. |
| • 51500-05029 Smooth Natural Peanut Butter 16oz | OUV3-512EAAE | Pareve | Ⓤ Symbol required. |
| • 51500-05030 Reduced Fat Natural Peanut Butter 16oz | OUV3-0CD25F9 | Pareve | Ⓤ Symbol required. |
| • 51500-05061 Nutty Natural Peanut Butter 16oz | OUV3-A842D5B | Pareve | Ⓤ Symbol required. |
| • 51500-06823 Smooth Natural Peanut Butter 16oz | OUV3-60D316D | Pareve | Ⓤ Symbol required. |
| • 51500-06833 Smooth Natural Peanut Butter 26oz | OUV3-42CAE78 | Pareve | Ⓤ Symbol required. |
| • 51500-06939 Nutty Natural Peanut Butter 26oz | OUV3-F768785 | Pareve | Ⓤ Symbol required. |
| • 51500-19615 No Salt Smooth Natural Peanut Butter 16oz | OUV3-33DD7B6 | Pareve | Ⓤ Symbol required. |
| **Brand: Santa Cruz** | | | |
| • 36192-12322 Organic Dark Roast Creamy Peanut Butter 26 oz | OUV3-47477A3 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.



Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איחוד קהילות האורתודוקסים באמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

April 21, 2021

**The J.M. Smucker Co.    (continued)**

J.M. Smucker Co./RETAIL MFG.-New Bethlehem, 300 Keck Avenue, New Bethlehem, PA

This is to certify, that the following product(s) prepared by this company at the facility(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Santa Cruz (continued)** | | | |
| • 36192-12700 Organic Dark Roast Creamy Peanut Butter 16oz | OUV3-A2D272B | Pareve | Ⓤ Symbol required. |
| • 36192-12701 Organic Dark Roast Crunchy Peanut Butter 16oz | OUV3-80DD8F3 | Pareve | Ⓤ Symbol required. |
| • 36192-12702 Organic Light Roast Creamy Peanut Butter 16oz | OUV3-BB5EAA4 | Pareve | Ⓤ Symbol required. |
| • 36192-12703 Organic Light Roast Crunchy Peanut Butter 16oz | OUV3-54CFE67 | Pareve | Ⓤ Symbol required. |
| **Brand: Santa Cruz Organic** | | | |
| • 361920102 2 Dark Roast Creamy Peanut Butter (Canada) | OUV3-S5O0DPJ | Pareve | Ⓤ Symbol required. |
| • 361921202 4 Dark Roast Crunchy Peanut Butter (Canada) | OUV3-MG26L51 | Pareve | Ⓤ Symbol required. |
| • 361921236 4 Creamy Dark Roasted Peanut Butter | OUV3-QF336EJ | Pareve | Ⓤ Symbol required. |
| • 361921501 0 SANTA CRUZ ORGANIC 16 OUNCE ORGANIC NO STIR DARK CREAMY | OUV3-DJ3EN0N | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איחוד קהילות האורתודוקסים בצפון אמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

The J.M. Smucker Co.    (continued)

J.M. Smucker Co./RETAIL MFG.-New Bethlehem, 300 Keck Avenue, New Bethlehem, PA

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Santa Cruz Organic  (continued)** | | | |
| • 361921S011 SANTA CRUZ ORGANIC 16 OUNCE ORGANIC NO STIR DARK CRUNCHY | OUV3-MO5JYAP | Pareve | Ⓤ Symbol required. |
| **Brand:  Smucker's** | | | |
| • 11532 Natural Creamy Peanut Butter Bulk | OUV3-B2A5BDE | Pareve | Ⓤ Symbol required. |
| • 12815 Smucker Stabilized Creamy Peanut Butter | OUV3-UGWSIHI | Pareve | Ⓤ Symbol required. |
| • 51500-00055 Goober Grape 18oz | OUV3-6469FC0 | Pareve | Ⓤ Symbol required. |
| • 51500-00065 Goober Strawberry 18oz | OUV3-6BB38CF | Pareve | Ⓤ Symbol required. |
| • 51500-01700 Natural Creamy Peanut Butter 16oz | OUV3-5A91E4F | Pareve | Ⓤ Symbol required. |
| • 51500-01701 Natural Chunky Peanut Butter 16oz | OUV3-7C199E3 | Pareve | Ⓤ Symbol required. |
| • 51500-01704 No Salt Creamy Natural Peanut Butter 12oz | OUV3-3B62D15 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

אורתודוקס יוניון האמריקאי בראשות הכשרות

בס"ד

April 21, 2021

The J.M. Smucker Co.   (continued)

J.M. Smucker Co./RETAIL MFG.-New Bethlehem, 300 Keck Avenue, New Bethlehem, PA

This is to certify, that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's  (continued)** | | | |
| • 51500-01747 Goober Grape 12oz | OUV3-3B1A4BB | Pareve | Ⓤ Symbol required. |
| • 51500-01993 Goober Grape 12oz | OUV3-E36A1FB | Pareve | Ⓤ Symbol required. |
| • 51500-01994 Goober Grape 18oz | OUV3-AD4669E | Pareve | Ⓤ Symbol required. |
| • 51500-01996 Goober Strawberry 18oz | OUV3-94B20E6 | Pareve | Ⓤ Symbol required. |
| • 51500-02015 Goober Grape 18oz | OUV3-6D6DA62 | Pareve | Ⓤ Symbol required. |
| • 51500-02015 Smucker's Goober Grape (Asia) 18oz | OUV3-6KXDZM8 | Pareve | Ⓤ Symbol required. |
| • 51500-02016 Goober Strawberry 18oz | OUV3-283CA90 | Pareve | Ⓤ Symbol required. |
| • 51500-02016 Smucker's Strawberry (Asia) 18oz | OUV3-FMPVA7B | Pareve | Ⓤ Symbol required. |
| • 51500-02066 Goober Strawberry 12oz | OUV3-9EC40F4 | Pareve | Ⓤ Symbol required. |
| • 51500-02077 Goober Strawberry 12oz | OUV3-A1FC4F6 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



ב"ה

# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    אנון אוף ארטאדוקס דזואיש קאנגריגיישאנס

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

The J.M. Smucker Co.    (continued)

J.M. Smucker Co./RETAIL MFG.-New Bethlehem, 300 Keck Avenue, New Bethlehem, PA

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's (continued)** | | | |
| • 51500-02196 Goober Chocolate 12oz | OUV3-69DD470 | Pareve | Ⓤ Symbol required. |
| • 51500-02265 Goober Honey 510G | OUV3-E175C2C | Pareve | Ⓤ Symbol required. |
| • 51500-02266 Goober Honey 12oz | OUV3-6B21D74 | Pareve | Ⓤ Symbol required. |
| • 51500-02267 Goober Strawberry 12oz | OUV3-A31FCE7 | Pareve | Ⓤ Symbol required. |
| • 51500-02290 Goober Grape 12oz | OUV3-5F532F0 | Pareve | Ⓤ Symbol required. |
| • 51500-02310 Goober Grape 12oz | OUV3-4F5EA9A | Pareve | Ⓤ Symbol required. |
| • 51500-03843 Goober Chocolate 12oz | OUV3-49A86A8 | Pareve | Ⓤ Symbol required. |
| • 51500-04346 Reduced Fat Natural Peanut Butter 16oz | OUV3-077AB78 | Pareve | Ⓤ Symbol required. |
| • 51500-05330 Creamy Organic Peanut Butter 16oz | OUV3-38B1358 | Pareve | Ⓤ Symbol required. |
| • 51500-05331 Crunchy Organic Peanut Butter 16oz | OUV3-4A4BE36 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 8 of 9



בס"ד

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איחוד קהילות האורתודוקסים דאמעריקא

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

The J.M. Smucker Co.    (continued)

J.M. Smucker Co./RETAIL MFG.-New Bethlehem, 300 Keck Avenue, New Bethlehem, PA

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Smucker's (continued)** | | | |
| • 51500-06200 Natural Chunky Peanut Butter 26oz 6pk | OUV3-7187FD3 | Pareve | Ⓤ Symbol required. |
| • 51500-06814 Natural Creamy Peanut Butter 26oz 12pk | OUV3-8F94D63 | Pareve | Ⓤ Symbol required. |
| • 51500-06824 Natural Creamy Peanut Butter 26oz 6pk | OUV3-DBBC541 | Pareve | Ⓤ Symbol required. |
| • 51500-24166 Goober Grape 12 oz | OUV3-7FDFCBD | Pareve | Ⓤ Symbol required. |
| • 51500-24169 Goober Strawberry 12 oz | OUV3-6EA55D8 | Pareve | Ⓤ Symbol required. |
| • 51500224555 Organic Natural Peanut Butter | OUV3-PHU7IYG | Pareve | Ⓤ Symbol required. |
| • FG #6163 Natural Nutty Peanut Butter | OUV3-6DE1ECA | Pareve | Ⓤ Symbol required. |
| • FG #6575 Smucker Natural Style Peanut Butter-No Salt | OUV3-722FFB2 | Pareve | Ⓤ Symbol required. |
| **Brand:   Smucker's Uncrustables** | | | |
| • 10851 Creamy Peanut Butter Bulk Drum | OUV3-5108367 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



ב"ה

# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA       איגוד קהילות האורתודוקסים באמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

This is to certify that the following product(s) prepared by

**The J.M. Smucker Co., 1 Strawberry Lane, Box 280, Orrville, OH 44667-0280**

at the following facilitie(s) are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**J.M. Smucker Co–Chef, 5500 Chef Menteur Highway, New Orleans, LA**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  1850 by Folgers** | | | |
| • Roasted Coffee | OUV3-YOZX1TG | Pareve | Ⓤ Symbol required. |
| **Brand:  Café Bustelo** | | | |
| • Roasted Coffee (Regular and Decaf) | OUV3-1ZASJCX | Pareve | Ⓤ Symbol required. |
| **Brand:  Dunkin** | | | |
| • Blueberry Muffin Flavored Coffee | OUV3-TEIBYPK | Pareve | Ⓤ Symbol required. |
| • Chocoholic Pancake Flavored Coffee | OUV3-QB09ANZ | Pareve | Ⓤ Symbol required. |
| • Chocolate Covered Strawberry Flavored Coffee | OUV3-AO41DNM | Pareve | Ⓤ Symbol required. |
| • Falling For Maple Artificially Flavored Coffee | OUV3-BJUIILT | Pareve | Ⓤ Symbol required. |
| • Turtle Love Flavored Coffee | OUV3-S7OVFHT | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 1 of 9



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    אורטאדאקסי קאנגרעגיישאנס פון אמעריקא

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

The J.M. Smucker Co.    (continued)

J.M. Smucker Co.–Chef, 5500 Chef Menteur Highway, New Orleans, LA

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Dunkin (continued)** | | | |
| • Winter Edition Egg Nog Spice | OUV3-1AVFYFU | Pareve | Ⓤ Symbol required. |
| • Winter Edition Holiday Cheers Dark Roast | OUV3-A9K4J6I | Pareve | Ⓤ Symbol required. |
| **Brand:   Dunkin Donuts** | | | |
| • Apple Pie Flavored Coffee | OUV3-E333938 | Pareve | Ⓤ Symbol required. |
| • Baskin Robbins Butter Pecan Flavored Coffee | OUV3-AKTQIU3 | Pareve | Ⓤ Symbol required. |
| • Baskin Robbins Jamocha Almond Fudge Flavored Coffee | OUV3-4BD0YGK | Pareve | Ⓤ Symbol required. |
| • Blueberry Muffin Flavored Coffee | OUV3-0C98747 | Pareve | Ⓤ Symbol required. |
| • Blueberry Pancake Flavored Coffee | OUV3-HUS2RA6 | Pareve | Ⓤ Symbol required. |
| • Caramel Coffee Cake Flavored Coffee | OUV3-55CF700 | Pareve | Ⓤ Symbol required. |
| • Caramel Me Crazy Flavored Coffee | OUV3-D1A59CC | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

The J.M. Smucker Co.    (continued)

J.M. Smucker Co.–Chef, 5500 Chef Menteur Highway, New Orleans, LA

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Dunkin Donuts  (continued)** | | | |
| • Cherry Crisp Flavored Coffee | OUV3-1C42AC0 | Pareve | Ⓤ Symbol required. |
| • Chocolate Glazed Donut Flavored Coffee | OUV3-E1B2C4D | Pareve | Ⓤ Symbol required. |
| • Cinnamania Flavored Coffee | OUV3-23741 7E | Pareve | Ⓤ Symbol required. |
| • Cinnamin' Nutmeg Flavored Coffee | OUV3-CXKRCY9 | Pareve | Ⓤ Symbol required. |
| • Cinnamon Coffee Roll flavored Coffee | OUV3-210DE31 | Pareve | Ⓤ Symbol required. |
| • Cinnamon Spice Flavored Coffee | OUV3-D5C06AC | Pareve | Ⓤ Symbol required. |
| • Coconut Caramel Flavored Coffee | OUV3-NES5M3A | Pareve | Ⓤ Symbol required. |
| • Coconut Flavored Coffee | OUV3-H2TRI7C | Pareve | Ⓤ Symbol required. |
| • Coconut Flavored Coffee | OUV3-6A7878A | Pareve | Ⓤ Symbol required. |
| • Dulce de Leche Flavored Coffee | OUV3-V1XSVIG | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 3 of 9



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

The J.M. Smucker Co.    (continued)

J.M. Smucker Co.–Chef, 5500 Chef Menteur Highway, New Orleans, LA

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Dunkin Donuts  (continued)** | | | |
| • French Vanilla Flavored Coffee | OUV3-LHRUDRV | Pareve | Ⓤ Symbol required. |
| • French Vanilla Flavored Coffee | OUV3-ZQHSVAY | Pareve | Ⓤ Symbol required. |
| • Gingerbread Cookie Flavored Coffee | OUV3-8D5CCA9 | Pareve | Ⓤ Symbol required. |
| • Hazelnut Flavored Coffee | OUV3-G3LLOMG | Pareve | Ⓤ Symbol required. |
| • Jelly Donut Flavored Coffee | OUV3-7295D0A | Pareve | Ⓤ Symbol required. |
| • Maple Brown Sugar Flavored Coffee | OUV3-98314B6 | Pareve | Ⓤ Symbol required. |
| • Mocha Mint Flavored Coffee | OUV3-C89F34E | Pareve | Ⓤ Symbol required. |
| • Old Fashioned Donut Flavored Coffee | OUV3-1B2CB89 | Pareve | Ⓤ Symbol required. |
| • Peach Cobbler Flavored Coffee | OUV3-866623C | Pareve | Ⓤ Symbol required. |
| • Pumpkin Spice Flavored Coffee | OUV3-SYHOVVY | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 4 of 9



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בנאמ"ק

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

April 21, 2021

The J.M. Smucker Co.   (continued)

J.M. Smucker Co.–Chef, 5500 Chef Menteur Highway, New Orleans, LA

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Dunkin Donuts  (continued)** | | | |
| • Roasted Coffee (Regular and Decaf) | OUV3-0F31228 | Pareve | Ⓤ Symbol required. |
| • S'mores Flavored Coffee | OUV3-0DAEB0A | Pareve | Ⓤ Symbol required. |
| • Strawberry Shortcake Flavored Coffee | OUV3-F225481 | Pareve | Ⓤ Symbol required. |
| • Toasted Almond Flavored Coffee | OUV3-66D1D3E | Pareve | Ⓤ Symbol required. |
| • Triple Berry Flavored Coffee | OUV3-6FD6639 | Pareve | Ⓤ Symbol required. |
| • Vanilla Cupcake Flavored Coffee | OUV3-119F1BE | Pareve | Ⓤ Symbol required. |
| • Vanilla Nut Flavored Coffee | OUV3-CA04289 | Pareve | Ⓤ Symbol required. |
| • White Chocolate Peppermint Flavored Coffee | OUV3-F22A228 | Pareve | Ⓤ Symbol required. |
| **Brand:  El Pico** | | | |
| • Rosted Coffee (Regular and Decaf) | OUV3-MEZVKNN | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 5 of 9

ב"ה



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בארה"ק

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

The J.M. Smucker Co.    (continued)

J.M. Smucker Co.–Chef, 5500 Chef Menteur Highway, New Orleans, LA

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Folgers** | | | |
| • 25500-10137 Decaf Classic Roast Coffee | OUV3-2ACC8D4 | Pareve | Ⓤ Symbol required. |
| • Caramel Drizzle Flavored Coffee | OUV3-0134ED5 | Pareve | Ⓤ Symbol required. |
| • Chocolate Truffle Flavored Coffee | OUV3-3776568 | Pareve | Ⓤ Symbol required. |
| • Crème Brulée Flavored Coffee | OUV3-6DC72FB | Pareve | Ⓤ Symbol required. |
| • French Vanilla Flavored Coffee | OUV3-37A24BD | Pareve | Ⓤ Symbol required. |
| • Hazelnut Crème Flavored Coffee | OUV3-6112967 | Pareve | Ⓤ Symbol required. |
| • Hazelnut Flavored Coffee | OUV3-5756CFA | Pareve | Ⓤ Symbol required. |
| • Mocha Swirl Flavored Coffee | OUV3-449B9F8 | Pareve | Ⓤ Symbol required. |
| • Natural Caramel Flavored Coffee | OUV3-EXKIZJX | Pareve | Ⓤ Symbol required. |
| • Natural Caramel Flavored Coffee - Simply Gourmet | OUV3-KQRZPXM | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 6 of 9



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איתור קהילות האורתודוכסים בארה"ב

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

April 21, 2021

The J.M. Smucker Co.   (continued)

J.M. Smucker Co.-Chef, 5500 Chef Menteur Highway, New Orleans, LA

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Folgers (continued)** | | | |
| • Natural Chocolate Flavored Coffee | OUV3-QAES18 | Pareve | Ⓤ Symbol required. |
| • Natural Chocolate Flavored Coffee - Simply Gourmet | OUV3-FTTSQFT | Pareve | Ⓤ Symbol required. |
| • Natural Chocolate Raspberry Flavored Coffee - Simply Gourmet | OUV3-LEI5CVH | Pareve | Ⓤ Symbol required. |
| • Natural Cinnamon Flavored Coffee | OUV3-O7RV3SA | Pareve | Ⓤ Symbol required. |
| • Natural Cinnamon Flavored Coffee - Simply Gourmet | OUV3-O0ERMNK | Pareve | Ⓤ Symbol required. |
| • Natural Mint Flavored Coffee - Simply Gourmet | OUV3-ARHN42E | Pareve | Ⓤ Symbol required. |
| • Natural Vanilla Flavored Coffee | OUV3-ALMHQ6M | Pareve | Ⓤ Symbol required. |
| • Natural Vanilla Flavored Coffee | OUV3-NQ2VGGA | Pareve | Ⓤ Symbol required. |
| • Peanut Butter Cookie Flavored Coffee | OUV3-E811246 | Pareve | Ⓤ Symbol required. |
| • Roasted Coffee | OUV3-7FAFD24 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



KOSHER
CERTIFICATION
SERVICE

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוכסים בצפון אמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

**The J.M. Smucker Co.    (continued)**

J.M. Smucker Co.-Chef, 5500 Chef Menteur Highway, New Orleans, LA

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Folgers  (continued)** | | | |
| • Roasted Coffee - Maryland Club | OUV3-4073BDD | Pareve | Ⓤ Symbol required. |
| • Roasted Unflavored Coffee (Decaf) | OUW3-B201264 | Pareve | Ⓤ Symbol required. Certified for Passover and year-round use. |
| **Brand:  Ideal** | | | |
| • Sugar Cookie Flavored Coffee | OUV3-BE08FB7 | Pareve | Ⓤ Symbol required. |
| • Vanilla Biscotti Flavored Coffee | OUV3-8EE10ED | Pareve | Ⓤ Symbol required. |
| **Brand:  Ideal** | | | |
| • Roasted Coffee (Regular and Decaf) | OUV3-1IMY2IV | Pareve | Ⓤ Symbol required. |
| **Brand:  Java Coast** | | | |
| • Roasted Coffee (Regular and Decaf) | OUV3-WI1WZXB | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*signature*

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



ב"ה

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בארה"ק

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

**The J.M. Smucker Co.   (continued)**

J.M. Smucker Co.–Chef, 5500 Chef Menteur Highway, New Orleans, LA

This is to certify, that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Medaglia D'oro** | | | |
| • Roasted Coffee (Regular and Decaf) | OUV3-GQ0J3PY | Pareve | Ⓤ Symbol required. |
| **Brand:   Moka D' Oro** | | | |
| • Roasted Coffee (Regular and Decaf) | OUV3-DOVJDOT | Pareve | Ⓤ Symbol required. |
| **Brand:   Pilon** | | | |
| • Roasted Coffee (Regular and Decaf) | OUV3-3EFF41D | Pareve | Ⓤ Symbol required. |
| • Roasted Coffee (Regular and Decaf) | OUV3-48415D7 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איחוד קהילות האורתודוקסים בארצות הברית

ב״ה

April 21, 2021

This is to certify that the following product(s) prepared by

**The J.M. Smucker Co., 1 Strawberry Lane, Box 280, Orrville, OH 44667-0280**

at the following facilitie(s) are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

J.M. Smucker Co–Gentilly, 14601 Old Gentilly Road, New Orleans, LA

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Bustelo** | | | |
| • Roasted Coffee (Regular) | OUV3-4I7O7B4 | Pareve | Ⓤ Symbol required. |
| **Brand: El Pico** | | | |
| • Roasted Coffee | OUV3-F6CBE68 | Pareve | Ⓤ Symbol required. |
| **Brand: Folgers** | | | |
| • French Vanilla Flavored Coffee | OUV3-XK17KFQ | Pareve | Ⓤ Symbol required. |
| • Hazelnut Flavored Coffee | OUV3-6HDRY2W | Pareve | Ⓤ Symbol required. |
| • Roasted Coffee - Maryland Club | OUV3-B874CA4 | Pareve | Ⓤ Symbol required. |
| • Roasted Coffee (whole bean, ground, spray dried, instant) | OUV3-D3AF625 | Pareve | Ⓤ Symbol required. |
| • Roasted Decaf Flavored Hazelnut Coffee | OUV3-6FDBD15 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   אירוח קהילות האורטודוקסים בנאמ״קק

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס״ד

April 21, 2021

The J.M. Smucker Co.    (continued)

J.M. Smucker Co.–Gentilly, 14601 Old Gentilly Road, New Orleans, LA

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Folgers  (continued)** | | | |
| • Roasted Unflavored Decaf Coffee (Beans, ground, instant, spray dried) | OUW3-90CA49B | Pareve | Ⓤ Symbol required. Certified for Passover and year-round use. |
| **Brand:  Pilon** | | | |
| • Roasted Coffee | OUV3-772DFC4 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 2 of 2



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    אורתודוקס יוניאן - התאחדות הקהילות האורתודוקסיות בארה"ב

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

This is to certify that the following product(s) prepared by

**The J.M. Smucker Co., 1 Strawberry Lane, Box 280, Orrville, OH 44667-0280**

at the following facilitie(s) are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

J.M. Smucker Co.–Scottsville, 1070 Smiths Grove Rd, Scottsville, KY

**Brand:  Smucker's Uncrustables**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| · Uncrustables Peanut Butter & Chocolate Flavored Hazelnut Spread | OUV3-4UDXVAW | Pareve | Ⓤ Symbol required. |
| · Uncrustables Peanut Butter & Honey Wheat | OUV3-2QBOAJM | Pareve | Ⓤ Symbol required. |
| · Uncrustables Peanut Butter and Grape | OUV3-R6XVA64 | Pareve | Ⓤ Symbol required. |
| · Uncrustables Peanut Butter and Strawberry | OUV3-MVQI00F | Pareve | Ⓤ Symbol required. |
| · Uncrustables Peanut Butter Sandwich | OUV3-ROHWMII | Pareve | Ⓤ Symbol required. |
| · Uncrustables Reduced Sugar Grape Wheat | OUV3-C5BC256 | Pareve | Ⓤ Symbol required. |
| · Uncrustables Reduced Sugar Strawberry Wheat | OUV3-FA3EA9A | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

This certification is valid through 04/30/2022

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

Page 1 of 1



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA  אור קבלת כשרות ותעודת הכשר מבית דין קהלה
ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

April 21, 2021

This is to certify that the following product(s) prepared by

**The J.M. Smucker Co., 1 Strawberry Lane, Box 280, Orrville, OH 44667-0280**

at the following facilitie(s) are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Smucker Spec. Foods/RETAIL MFG-Ripon(V), 1050 Vermont Street, Ripon, WI**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Crosse & Blackwell** | | | |
| • 210718 Orange Blossom Honey 1.1oz | OUV3-57F8D53 | Pareve | Ⓤ Symbol required. |
| • 51500-02631 Orange Marmalade 1oz PC | OUV3-A44EE01 | Pareve | Ⓤ Symbol required. |
| • 51500-08213 Tart Red Cherry Fruit Spread | OUV3-E8AD5BB | Pareve | Ⓤ Symbol required. |
| • 51500-08214 Triple Berry Fruit Spread | OUV3-812F619 | Pareve | Ⓤ Symbol required. |
| • 51500-08215 Concord Grape Fruit Spread | OUV3-FB6ED16 | Pareve | Ⓤ Symbol required. |
| • 51500-24800 Piccalilli Chow Chow 250mL | OUV3-AF5FBC9 | Pareve | Ⓤ Symbol required. |
| • 51500-28602 Mint Apple Jelly 12oz | OUV3-AD231FD | Pareve | Ⓤ Symbol required. |
| • 515002843 CROSSE & BLACKWELL 5 FLUID OUNCE MINT SAUCE | OUV3-X96A8KE | Pareve | Ⓤ Symbol required. |
| • 5150028647 CROSSE & BLACKWELL 10 OUNCE HAM GLAZE | OUV3-Q6XZPXB | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*[signature]*

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 1 of 36



ב"ה

# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA · איחוד קהילות האורתודוכסים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

**The J.M. Smucker Co.   (continued)**

Smucker Spec. Foods/RETAIL.MFG-Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Crosse & Blackwell (continued)** | | | |
| • 51500-28650 Mint Sauce 5 fl oz 6-pack | OUV3-CD84463 | Pareve | Ⓤ Symbol required. |
| • 51500-28662 Piccalilli Chow Chow 9.34oz | OUV3-F9431C3 | Pareve | Ⓤ Symbol required. |
| • 51500-28663 Branston Pickle Relish 10.9oz | OUV3-A981596 | Pareve | Ⓤ Symbol required. |
| • 51500028684 CROSSE & BLACKWELL 29 OUNCE MINCEMEAT PLAIN | OUV3-JSBXAQG | Pareve | Ⓤ Symbol required. |
| • 51500-28740 Piccalilli Chow Chow 9.34oz 6-pack | OUV3-C3B95BC | Pareve | Ⓤ Symbol required. |
| • Cranberry Chutney | OUV3-259D18B | Pareve | Ⓤ Symbol required. |
| • Genuine Major Grey's Chutney | OUV3-1585BCF | Pareve | Ⓤ Symbol required. |
| • Hot Mango Chutney | OUV3-25372BF | Pareve | Ⓤ Symbol required. |
| • Lemon Curd | OUD3-057C3D6 | Dairy | Ⓤ-D Symbol required. |
| • Old English Fish & Chip Vinegar 100% Natural Malt Vinegar | OUV3-0208C6F | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

_Menachem Genack_

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 2 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

The J.M. Smucker Co.    (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Crosse & Blackwell (continued)** | | | |
| • Orange Marmalade | OUV3-8326537 | Pareve | Ⓤ Symbol required. |
| • Red Currant Jelly | OUV3-7A6FEB2 | Pareve | Ⓤ Symbol required. |
| • Seafood Cocktail Sauce | OUV3-2A085FA | Pareve | Ⓤ Symbol required. |
| • Tomato Chutney | OUV3-6BE90A7 | Pareve | Ⓤ Symbol required. |
| • Zesty Shrimp Sauce | OUV3-3901252 | Pareve | Ⓤ Symbol required. |
| **Brand:  Dickinson** | | | |
| • 51500-02630 Grape Jam 10oz 12ct. | OUV3-D83C59F | Pareve | Ⓤ Symbol required. |
| • 51500-03077 Hot Pepper Spread 9.5oz | OUV3-98C6A29 | Pareve | Ⓤ Symbol required. |
| • 51500-03131 Sweet'n Hot Pepper & Onion Relish 8.75oz | OUV3-03EC2EB | Pareve | Ⓤ Symbol required. |
| • 51500-03135 Ketchup 8.5oz | OUV3-EF70A89 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 3 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

**The J.M. Smucker Co.   (continued)**

Smucker Spec. Foods/RETAIL MFG-Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Dickinson  (continued)** | | | |
| • 51500-03258 Country Apple Butter 9oz | OUV3-5BED512 | Pareve | Ⓤ Symbol required. |
| • 51500-03259 Country Pumpkin Butter 9oz | OUV3-ED707A9 | Pareve | Ⓤ Symbol required. |
| • 51500-03326 Wild Maine Blueberry Syrup 12 fl oz | OUV3-C9A9E6D | Pareve | Ⓤ Symbol required. |
| • 51500-03353 Pacific Mountain Seedless Strawberry Preserves 10oz | OUV3-7B5A902 | Pareve | Ⓤ Symbol required. |
| • 51500-03355 Seedless Black Raspberry Preserves 10oz | OUV3-FE5C0C5 | Pareve | Ⓤ Symbol required. |
| • 51500-03356 Cascade Mountain Seedless Red Raspberry Preserves 10oz | OUV3-7208373 | Pareve | Ⓤ Symbol required. |
| • 51500-03357 Seedless Marion Blackberry Preserves 10oz | OUV3-C81BDF8 | Pareve | Ⓤ Symbol required. |
| • 51500-03362 Patterson Apricot Preserves 10oz | OUV3-E260328 | Pareve | Ⓤ Symbol required. |
| • 51500-03364 Cascade Mountain Red Raspberry Preserves 10oz | OUV3-FCF85C2 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בצפון אמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

April 21, 2021

**The J.M. Smucker Co.**   **(continued)**

Smucker Spec. Foods/RETAIL MFG-Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Dickinson  (continued)** | | | |
| • 51500-03365 Pacific Mountain Blueberry Preserves 10oz | OUV3-CAB1778 | Pareve | Ⓤ Symbol required. |
| • 51500-03366 Black Sweet Cherry Preserves 10oz | OUV3-FF65B09 | Pareve | Ⓤ Symbol required. |
| • 51500-03367 Pacific Mountain Strawberry Preserves 10oz | OUV3-0027B79 | Pareve | Ⓤ Symbol required. |
| • 515003501 Dickinson's Blackberry Preserves | OUV3-HDT60RC | Pareve | Ⓤ Symbol required. |
| • 515003503 Dickinson Raspberry Preserve | OUV3-8LBBSU1 | Pareve | Ⓤ Symbol required. |
| • 51500-03535 10TN Black Sweet Cherry Preserves | OUV3-BALHPGD | Pareve | Ⓤ Symbol required. |
| • 51500-03880 Apricot Preserves 1oz | OUV3-EC59540 | Pareve | Ⓤ Symbol required. |
| • 51500-03889 Strawberry Preserves 1oz | OUV3-A571AA7 | Pareve | Ⓤ Symbol required. |
| • 515003892 Dickinson 1oz Seedless Blackberry Preserves | OUV3-1UVZIOV | Pareve | Ⓤ Symbol required. |
| • 51500-03907 Maple Syrup | OUV3-B6EE5A3 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 5 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוכסים באמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

The J.M. Smucker Co.    (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Dickinson  (continued)** | | | |
| • 51500-21118 Orange Marmalade 0.5oz | OUV3-4018DDA | Pareve | Ⓤ Symbol required. |
| • 51500-21122 Breakfast Syrup 1oz | OUV3-3B29891 | Pareve | Ⓤ Symbol required. |
| • Banana Curd | OUD3-EF4A1F5 | Dairy | Ⓤ-D Symbol required. |
| • Bing Cherry Preserves | OUV3-E4A946A | Pareve | Ⓤ Symbol required. |
| • Blackberry Seedless Spreadable Fruit | OUV3-9B34666 | Pareve | Ⓤ Symbol required. |
| • Boysenberry Preserves | OUV3-0443A3B | Pareve | Ⓤ Symbol required. |
| • Boysenberry Seedless Spreadable Fruit | OUV3-A981EE3 | Pareve | Ⓤ Symbol required. |
| • Breakfast Syrup | OUV3-3E63A76A | Pareve | Ⓤ Symbol required. |
| • Canadian Blackberry Preserves | OUV3-79E9675 | Pareve | Ⓤ Symbol required. |
| • Canadian Honey | OUV3-1FE5FC3 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



ב"ה

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

The J.M. Smucker Co.    (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Dickinson  (continued)** | | | |
| • Canadian Pure Maple Syrup | OUV3-AB94C3D | Pareve | Ⓤ Symbol required. |
| • Canadian Red Raspberry Preserves | OUV3-CC9E5E1 | Pareve | Ⓤ Symbol required. |
| • Canadian Strawberry Preserves | OUV3-9DAD5D3 | Pareve | Ⓤ Symbol required. |
| • Concord Grape Jam | OUV3-1CFCD72 | Pareve | Ⓤ Symbol required. |
| • Lemon Curd | OUD3-D21F8EE | Dairy | Ⓤ-D Symbol required. |
| • Orange Sweet Spreadable Fruit | OUV3-8EBB01E | Pareve | Ⓤ Symbol required. |
| • Pineapple Orange Marmalade | OUV3-8AE9D69 | Pareve | Ⓤ Symbol required. |
| • Plum Damson Preserves | OUV3-54C676C | Pareve | Ⓤ Symbol required. |
| • Pure Maple Syrup | OUV3-E3ACA8E | Pareve | Ⓤ Symbol required. |
| • Purely Fruit Apricot Patterson Spreadable Fruit | OUV3-7CF8E36 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 7 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    אלה העדות והחקים והמשפטים בני ישראל

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

April 21, 2021

The J.M. Smucker Co.    (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Dickinson   (continued)** | | | |
| • Purely Fruit Bing Cherry Spreadable Fruit | OUV3-028697A | Pareve | Ⓤ Symbol required. |
| • Purely Fruit Blueberry Pacific Northwest Spread Fruit | OUV3-16CFCE9 | Pareve | Ⓤ Symbol required. |
| • Purely Fruit Strawberry Pacific Northwest Spread Fruit | OUV3-6169B4B | Pareve | Ⓤ Symbol required. |
| • Real Mayonnaise | OUV3-5C9839C | Pareve | Ⓤ Symbol required. |
| • Red Raspberry Cascade Mountain Spreadable Fruit | OUV3-846F745 | Pareve | Ⓤ Symbol required. |
| • Stoneground Mustard | OUV3-2ECC37D0 | Pareve | Ⓤ Symbol required. |
| • Sugar Free Apricot | OUV3-D681B65 | Pareve | Ⓤ Symbol required. |
| • Sugar Free Blackberry Preserves | OUV3-C5AC13F | Pareve | Ⓤ Symbol required. |
| • Sugar Free Cherry | OUV3-EDE33EC | Pareve | Ⓤ Symbol required. |
| • Sugar Free Red Raspberry | OUV3-4F1F132 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, Rabbinic Administrator, CEO

This certification is valid through 04/30/2022

Page 8 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

April 21, 2021

The J.M. Smucker Co.   (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify, that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Dickinson  (continued)** | | | |
| • Sugar Free Seedless Blackberry | OUV3-CC67DB2 | Pareve | Ⓤ Symbol required. |
| • Sugar Free Strawberry | OUV3-C9AEE22 | Pareve | Ⓤ Symbol required. |
| • Sweet Orange Marmalade | OUV3-CB076B | Pareve | Ⓤ Symbol required. |
| • Vanilla Curd | OUD3-E0982E7 | Dairy | Ⓤ-D Symbol required. |
| • White Clover Honey | OUV3-56A43FE | Pareve | Ⓤ Symbol required. |
| **Brand:   Double Fruit** | | | |
| • S1500-05175 Double Fruit Light Strawberry Spread 390 ML | OUV3-3E8DE07 | Pareve | Ⓤ Symbol required. |
| • S1500-05177 Double Fruit Light Raspberry Spread 390 ML | OUV3-2DA060F | Pareve | Ⓤ Symbol required. |
| • S1500-05179 Double Fruit Light Apricot Spread 390 ML | OUV3-025EA8A | Pareve | Ⓤ Symbol required. |
| • S1500-05180 Double Fruit Light Blueberry Spread 390 ML | OUV3-1BC13D8 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

_Menachem Genack_

Rabbi Menachem Genack, Rabbinic Administrator, CEO

**This certification is valid through 04/30/2022**

Page 9 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס״ד

April 21, 2021

The J.M. Smucker Co.    (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Double Fruit (continued)** | | | |
| • 69848-00500 Double Fruit Simple Blends Wildberry Fruit Spread 375 ML | OUV3-49CDBA5 | Pareve | Ⓤ Symbol required. |
| • 69848-00501 Double Fruit Simple Blends Four Fruit Fruit Spread 375 ML | OUV3-F24CACE | Pareve | Ⓤ Symbol required. |
| • 69848-00502 Double Fruit Simple Blends Strawberry Rhubarb Fruit Spread 375 ML | OUV3-165EC05 | Pareve | Ⓤ Symbol required. |
| • 69848-04932 Double Fruit No Sugar Added Strawberry Spread 375 ML | OUV3-B261E56 | Pareve | Ⓤ Symbol required. |
| • 69848-04933 Double Fruit No Sugar Added Raspberry Spread 375 ML | OUV3-8F933D5 | Pareve | Ⓤ Symbol required. |
| • 69848-04936 Double Fruit No Sugar Added Apricot Spread 375 ML | OUV3-44AA3CA | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 10 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

**The J.M. Smucker Co.    (continued)**

Smucker Spec. Foods/RETAIL MFG-Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify, that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Double Fruit (continued)** | | | |
| • 69848-04937 Double Fruit No Sugar Added Blueberry Spread 375 ML | OUV3-B04448A | Pareve | Ⓤ Symbol required. |
| • 69848-04938 Double Fruit No Sugar Added Orange Spread | OUV3-FE7B6D7 | Pareve | Ⓤ Symbol required. |
| • 69848-05852 Double Fruit Cherry Fruit Spread 500 ML | OUV3-52864ED | Pareve | Ⓤ Symbol required. |
| • 69848-06270 Double Fruit Strawberry Fruit Spread 500 ML | OUV3-17E24B9 | Pareve | Ⓤ Symbol required. |
| • 69848-06288 Double Fruit Raspberry Fruit Spread 500 ML | OUV3-499F40A | Pareve | Ⓤ Symbol required. |
| • 69848-06304 Double Fruit Light Strawberry Fruit Spread 500ML | OUV3-25FCFD1 | Pareve | Ⓤ Symbol required. |
| • 69848-06361 Double Fruit Light Raspberry Fruit Spread 500ML | OUV3-0705730 | Pareve | Ⓤ Symbol required. |
| • 69848-06478 Double Fruit Marmalade Light 500 ML | OUV3-86DD820 | Pareve | Ⓤ Symbol required. |
| • 69848-06668 Double Fruit Light Garden Fruit Spread 500 ML | OUV3-B8041B9 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 11 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA
אלף כשרות בהזוראאדאקאדעל הקהילות בבארה"ק

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

The J.M. Smucker Co.    (continued)

Smucker Spec. Foods/RETAIL.MFG-Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Double Fruit (continued)** | | | |
| • 69848-06676 Double Fruit Light Boysenberry Strawberry Fruit Spread 500 ML | OUV3-2B4A1CC | Pareve | Ⓤ Symbol required. |
| • 69848-06783 Double Fruit Light Blueberry Fruit Spread 500 ML | OUV3-0466445 | Pareve | Ⓤ Symbol required. |
| • 69848-06932 Double Fruit Light Strawberry Spread 1 L | OUV3-59FEB0B | Pareve | Ⓤ Symbol required. |
| • 69848-06940 Double Fruit Light Raspberry Spread 1 L | OUV3-613387C | Pareve | Ⓤ Symbol required. |
| • 69848-06957 Double Fruit Light Apricot Fruit Spread 500 ML | OUV3-1275637 | Pareve | Ⓤ Symbol required. |
| • 69848-50501 Double Fruit Merveille Du Verger Strawberry | OUV3-KAKVFG1 | Pareve | Ⓤ Symbol required. |
| • 69848-50502 Double Fruit Merveille Du Verger Raspberry | OUV3-EDEBYA6 | Pareve | Ⓤ Symbol required. |
| • 69848-50503 Double Fruit Merveille Du Verger Blueberry | OUV3-SLSF9CS | Pareve | Ⓤ Symbol required. |
| **Brand:  Good Morning** | | | |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*[signature]*

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

בס"ד

The J.M. Smucker Co.   (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Good Morning  (continued)** | | | |
| • 51500-04534 Orange Maramalade 16 ml | OUV3-03D6F8D | Pareve | Ⓤ Symbol required. |
| • 51500-04535 Orange Maramalade 10 ml | OUV3-F8F7864 | Pareve | Ⓤ Symbol required. |
| • 51500-04545 Light Raspberry Fruit Spread 10 ml | OUV3-070E74B | Pareve | Ⓤ Symbol required. |
| • 51500-04546 Light Orange Marmalade 10 ml | OUV3-F087F31 | Pareve | Ⓤ Symbol required. |
| • 51500-04591 Apple Spread 10 ml | OUV3-FC3C7F6 | Pareve | Ⓤ Symbol required. |
| • 51500-04593 Grape Spread 10 ml | OUV3-3C8F015 | Pareve | Ⓤ Symbol required. |
| **Brand:  Hungry Jack** | | | |
| • 51500-55003 Original Syrup 24 fl oz | OUV3-606EF9C | Pareve | Ⓤ Symbol required. |
| **Brand:  Knott's Berry Farm** | | | |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 13 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

אגוד קהלות האורתודוקסים באמעריקא

ב"ה

April 21, 2021

The J.M. Smucker Co.   (continued)

Smucker Spec: Foods/RETAIL.MFG-Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify, that the following product(s) prepared by this company at the facilite(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Knott's Berry Farm (continued)** | | | |
| • Apricot Preserves | OUV3-DF839CA | Pareve | Ⓤ Symbol required. |
| • Bing Cherry Preserves | OUV3-3CA96C1 | Pareve | Ⓤ Symbol required. |
| • Blackberry Preserves | OUV3-5863439 | Pareve | Ⓤ Symbol required. |
| • Blueberry Preserves | OUV3-B9308E8 | Pareve | Ⓤ Symbol required. |
| • Boysenberry Preserves | OUV3-19CEF13 | Pareve | Ⓤ Symbol required. |
| • Boysenberry Preserves, Light | OUV3-7067960 | Pareve | Ⓤ Symbol required. |
| • Boysenberry Syrup | OUV3-C407FC3 | Pareve | Ⓤ Symbol required. |
| • California Plum Jam | OUV3-08FCF02 | Pareve | Ⓤ Symbol required. |
| • Mint Flavored Apple Jelly | OUV3-566E47E | Pareve | Ⓤ Symbol required. |
| • Orange Marmalade | OUV3-F6BB85A | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב״ה

April 21, 2021

The J.M. Smucker Co.    (continued)

Smucker Spec. Foods/RETAIL MFG–Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Knott's Berry Farm (continued)** | | | |
| • Pure Maple Syrup | OUV3-4DFAA5F | Pareve | Ⓤ Symbol required. |
| • Red Currant Jelly | OUV3-8EA3F64 | Pareve | Ⓤ Symbol required. |
| • Seedless Blackberry Jam | OUV3-804A9CA | Pareve | Ⓤ Symbol required. |
| • Seedless Boysenberry Jam | OUV3-054843E | Pareve | Ⓤ Symbol required. |
| • Seedless Red Raspberry Jam | OUV3-57F5480 | Pareve | Ⓤ Symbol required. |
| • Seedless Strawberry Jam | OUV3-A8251F9 | Pareve | Ⓤ Symbol required. |
| • Strawberry Fruit Spread | OUV3-089E82A | Pareve | Ⓤ Symbol required. |
| • Strawberry Jam | OUV3-D63B63D | Pareve | Ⓤ Symbol required. |
| • Strawberry Preserves | OUV3-4C2B090 | Pareve | Ⓤ Symbol required. |
| **Brand:  OKA** | | | |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

אגוד קהילות האורתודוקסים בצפון אמריקה

April 21, 2021

בס"ד

The J.M. Smucker Co.   (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify, that the following product(s) prepared by this company at the facility(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  OKA (continued)** | | | |
| • 69848-23879 Oka Apple Jelly 500 ML | OUV3-0869A9C | Pareve | Ⓤ Symbol required. |
| **Brand:  Santa Cruz Organic** | | | |
| • 36192-10510 Blackberry Pomegranate Fruit Spread 9oz | OUV3-7E1D161 | Pareve | Ⓤ Symbol required. |
| • 36192-10513 Raspberry Fruit Spread 9oz | OUV3-F6F212D | Pareve | Ⓤ Symbol required. |
| • 36192-10514 Apricot Fruit Spread 9oz | OUV3-AC8B8E9 | Pareve | Ⓤ Symbol required. |
| • 36192-10515 Strawberry Fruit Spread 9oz | OUV3-1859703 | Pareve | Ⓤ Symbol required. |
| • 36192-10516 Mango Fruit Spread 9oz | OUV3-FD0FE48 | Pareve | Ⓤ Symbol required. |
| • 36192-10517 Concord Grape Fruit Spread 9oz | OUV3-F759CC9 | Pareve | Ⓤ Symbol required. |
| • 36192112026 SCO Organic Strawberry Fruit Spread 215mL 6ct. | OUV3-SVT3KPJ | Pareve | Ⓤ Symbol required. |
| • 36192112027 SCO Organic Apricot Fruit Spread 215mL 6ct | OUV3-YTFKYCY | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 16 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בצפון אמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

The J.M. Smucker Co.   (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Santa Cruz Organic  (continued)** | | | |
| • 361921 2028 SCO Organic Concord Grape Fruit Spread 215mL 6ct. | OUV3-81WYPG2 | Pareve | Ⓤ Symbol required. |
| • 36192-12075 Organic Mint Chocolate Flavored Syrup 15.5 oz | OUD3-2B5C549 | Dairy | Ⓤ-D Symbol required. |
| • 36192-12077 Organic Chocolate Flavored Syrup 15.5 oz | OUD3-DB3B221 | Dairy | Ⓤ-D Symbol required. |
| • 36192-12310 SCO Strawberry Fruit Spread 44 oz | OUV3-1D9FB5E | Pareve | Ⓤ Symbol required. |
| • Strawberry Cranberry Organic Spread | OUV3-2D06121 | Pareve | Ⓤ Symbol required. |
| **Brand:  Sherriff** | | | |
| • 51500-00010 Sherriff Marmalade 3 Fruit Orange/Lemon/Grape 375 ML | OUV3-FC67BC5 | Pareve | Ⓤ Symbol required. |
| • 51500-00012 Sherriff Marmalade 3 Fruit Orange/Lemon/Grape 750 ML | OUV3-1A6CE2A | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, Rabbinic Administrator, CEO

This certification is valid through 04/30/2022

Page 17 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

The J.M. Smucker Co.   (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify, that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Sherriff  (continued)** | | | |
| • 51500-00015 Sherriff Seville Orange Marmalade 375 ML | OUV3-E9AEF47 | Pareve | Ⓤ Symbol required. |
| • 51500-00420 Sherriff Pure Pineapple Marmalade 375 ML | OUV3-5C37650 | Pareve | Ⓤ Symbol required. |
| • 51500-03850 Sherriff Extra Orange Marmalade 375 ML | OUV3-3644F6A | Pareve | Ⓤ Symbol required. |
| **Brand:  Smucker** | | | |
| • 515007R8353 Smucker Mosaic Strawberry Blackberry 11.3 oz | OUV3-HJTB3RI | Pareve | Ⓤ Symbol required. |
| • 515007R8354 Smucker Mosaic Strawberry Mango 11.3 oz. | OUV3-XATEF40 | Pareve | Ⓤ Symbol required. |
| • 515007R8356 Smucker Mosaic Peach Raspberry 11.3 oz. | OUV3-JJ9QVYG | Pareve | Ⓤ Symbol required. |
| • 515007R8357 Smucker Mosaic Cherry Blueberry 11.3 oz. | OUV3-JGNIFOV | Pareve | Ⓤ Symbol required. |
| **Brand:  Smucker's** | | | |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA          איחוד קהילות האורתודוקסים בקהילות אמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

April 21, 2021

**The J.M. Smucker Co.    (continued)**

Smucker Spec. Foods/RETAIL MFG–Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's (continued)** | | | |
| • 211039 SM Mosaics Strawberry Blackberry Fruit Spread 1 oz | OUV3-1LO3PHV | Pareve | Ⓤ Symbol required. |
| • 51500-00008 Pecans in Syrup 11.75oz | OUV3-733B361 | Pareve | Ⓤ Symbol required. |
| *Changed to Parve as of December 1, 2014.* | | | |
| • 51500-00009 Walnuts in Syrup 11.75oz | OUV3-C15A5D4 | Pareve | Ⓤ Symbol required. |
| *Changed to Parve as of December 1, 2014.* | | | |
| • 51500-00019 Spiced Apple Butter | OUV3-697BA6B | Pareve | Ⓤ Symbol required. |
| • 51500-00020 Butterscotch Topping 12.25oz | OUD3-E8781AB | Dairy | Ⓤ-D Symbol required. |
| • 51500-00021 Caramel Topping 12.25oz | OUD3-1DD2A88 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 19 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA     איחוד קהילות האורתודוקסים בצפון אמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

The J.M. Smucker Co.     (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's (continued)** | | | |
| • 51500-00026 Strawberry Topping 11.75oz | OUV3-16F4387 | Pareve | Ⓤ Symbol required. |
| *Changed to pareve as of April 1st 2013.* | | | |
| • 51500-00120 Marshmallow Topping 12.25oz | OUV3-BF68909 | Pareve | Ⓤ Symbol required. |
| *Changed to Parve as of December 1, 2014.* | | | |
| • 51500-00121 Hot Caramel Topping 12oz | OUD3-A369A8F | Dairy | Ⓤ-D Symbol required. |
| • 51500-00273 Sugar Free Strawberry Topping 10oz | OUV3-A04E6D7 | Pareve | Ⓤ Symbol required. |
| • 515000310 Smucker's Apricot Preserve | OUV3-QMGBLB1 | Pareve | Ⓤ Symbol required. |
| • 51500-00323 Apple Jelly 4lb | OUV3-8ACA377 | Pareve | Ⓤ Symbol required. |
| • 51500-00325 Cherry Jelly 4lb | OUV3-050DDBD | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*signature*

Rabbi Menachem Genack, Rabbinic Administrator, CEO

**This certification is valid through 04/30/2022**

Page 20 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

**The J.M. Smucker Co.    (continued)**

Smucker Spec. Foods/RETAIL MFG-Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's  (continued)** | | | |
| 51500-00338 Grape Jelly 8.25 LB | OUV3-0E1293E | Pareve | Ⓤ Symbol required. |
| 51500-02154 Milk Chocolate Flavored Topping | OUD3-C6501F2 | Dairy | Ⓤ-D Symbol required. |
| 51500-02157 Butterscotch Flavored Topping | OUD3-2E33C4A | Dairy | Ⓤ-D Symbol required. |
| 51500-02158 Hot Dark Chocolate Topping 15.5oz | OUD3-6E45C60 | Dairy | Ⓤ-D Symbol required. |
| 51500-02500 SM Magic Shell Chocolate Flavored Topping | OUD3-6358129 | Dairy | Ⓤ-D Symbol required. |
| 51500-02501 SM Magic Shell Chocolate Fudge Topping | OUD3-93218C8 | Dairy | Ⓤ-D Symbol required. |
| 515002501 Unicorn Magic Shell | OUD3-C8BP707 | Dairy | Ⓤ-D Symbol required. |
| 51500-02545 Blueberry Topping | OUV3-88A4C57 | Pareve | Ⓤ Symbol required. |
| 51500-02587 Caramel Microwave Squeeze Ice Cream Topping | OUD3-AB44326 | Dairy | Ⓤ-D Symbol required. |
| 51500-02588 Hot Fudge Microwave Ice Cream Topping | OUD3-92280AD | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Warsen Genack

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 21 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איחוד קהילות האורטודוקסים בצפון אמריקה

April 21, 2021

ב"ה

The J.M. Smucker Co.    (continued)

Smucker Spec. Foods/RETAIL.MFG-Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's (continued)** | | | |
| • 51500-02708 Smucker's Ketchup 10.25oz. | OUV3-F0AEC7A | Pareve | Ⓤ Symbol required. |
| • 51500-02786 Seedless Blackberry Jam 340G | OUV3-3F296E7 | Pareve | Ⓤ Symbol required. |
| • 51500-02787 Blueberry Perserves 340G | OUV3-EEE4E68 | Pareve | Ⓤ Symbol required. |
| • 51500-02788 Orange Marmalade 340G | OUV3-FD401CF | Pareve | Ⓤ Symbol required. |
| • 51500-02789 Red Raspberry Preserves 340G | OUV3-6A326FB | Pareve | Ⓤ Symbol required. |
| • 51500-02790 Strawberry Perserves 340G | OUV3-BA692B7 | Pareve | Ⓤ Symbol required. |
| • 51500-02827 Cake Batter with Funfetti Magic Shell 7.25oz | OUD3-F592263 | Dairy | Ⓤ-D Symbol required. |
| • 515002999 Blueberry Spread 10mL | OUV3-6A0893F | Pareve | Ⓤ Symbol required. |
| • 51500-04014 No Sugar Added Blueberry 310 ML | OUV3-D0E94C5 | Pareve | Ⓤ Symbol required. |
| • 51500-04015 No Sugar Added Apricot 310 ML | OUV3-5ADE776 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 22 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

בס"ד

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איגוד קהילות האורתודוכסים בארה"ק

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

The J.M. Smucker Co.    (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's (continued)** | | | |
| · 51500-04016 No Sugar Added Orange 310 ML | OUV3-FF16E36 | Pareve | Ⓤ Symbol required. |
| · 51500-04017 No Sugar Added Raspberry 310 ML | OUV3-197764A | Pareve | Ⓤ Symbol required. |
| · 51500-04018 No Sugar Added Strawberry 310 ML | OUV3-14EF9E2 | Pareve | Ⓤ Symbol required. |
| · 51500-04021 Organic Blackberry Preserves | OUV3-D8ED624 | Pareve | Ⓤ Symbol required. |
| · 51500-04110 Orange Marmalade 12oz | OUV3-D22AAF4 | Pareve | Ⓤ Symbol required. |
| · 51500-04408 Mint Jelly 250 ML | OUV3-23DFED5 | Pareve | Ⓤ Symbol required. |
| · 51500-04518 SM Magic Shell Caramel Flavored Topping | OUD3-83E1607 | Dairy | Ⓤ-D Symbol required. |
| · 51500-04802 Grape Jelly 5oz | OUV3-9B93771 | Pareve | Ⓤ Symbol required. |
| · 51500-04804 Orange Marmalade 5oz | OUV3-439E029 | Pareve | Ⓤ Symbol required. |
| · 51500-04809 Strawberry Preserves 5oz | OUV3-5B87DA7 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 23 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס״ד

איגוד קהילות האורתודוקסים באמעריקא

April 21, 2021

**The J.M. Smucker Co.    (continued)**

Smucker Spec. Foods/RETAIL MFG–Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify, that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's (continued)** | | | |
| • 51500-05108 Strawberry Perserves 340G | OUV3-A340081 | Pareve | Ⓤ Symbol required. |
| • 51500-05109 Orange Marmalade 340G | OUV3-F9D64AB | Pareve | Ⓤ Symbol required. |
| • 51500-05110 Apricot Preserves 340G | OUV3-75558FA | Pareve | Ⓤ Symbol required. |
| • 51500-05111 Red Raspberry Preserves 340G | OUV3-41A1DF4A | Pareve | Ⓤ Symbol required. |
| • 51500-05112 Grape Jam 340G | OUV3-7630D5F | Pareve | Ⓤ Symbol required. |
| • 51500-05113 Peach Preserves 340G | OUV3-EBCD58C | Pareve | Ⓤ Symbol required. |
| • 51500-05115 Blueberry Preserves 340G | OUV3-1988E99 | Pareve | Ⓤ Symbol required. |
| • 51500-05118 Simply Fruit Strawberry Spreadable Fruit 284G | OUV3-B27CFBD | Pareve | Ⓤ Symbol required. |
| • 51500-05120 Simply Fruit Apricot Spreadable Fruit 284G | OUV3-85DD377 | Pareve | Ⓤ Symbol required. |
| • 51500-05172 Double Fruit Strawberry Spread | OUV3-18EA82D | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 24 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איגוד קהילות האורתודוכסים בארה״ק

ב״ה

April 21, 2021

The J.M. Smucker Co.    (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify, that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's  (continued)** | | | |
| • 51500-05175 Double Fruit Light Strawberry Spread 390 ML | OUV3-B67AF4E | Pareve | Ⓤ Symbol required. |
| • 51500-05177 Double Fruit Light Raspberry Spread 390 ML | OUV3-7DEA29E | Pareve | Ⓤ Symbol required. |
| • 51500-05179 Double Fruit Light Apricot Spread 390 ML | OUV3-969C55B | Pareve | Ⓤ Symbol required. |
| • 51500-05180 Double Fruit Light Blueberry Spread 390 ML | OUV3-F176F27 | Pareve | Ⓤ Symbol required. |
| • 51500-05210 Grape Jelly 340G | OUV3-E1BAD20 | Pareve | Ⓤ Symbol required. |
| • 51500-05211 Apricot Jam 340G | OUV3-78C78DC | Pareve | Ⓤ Symbol required. |
| • 51500-05212 Cherry Jam 340G | OUV3-6A6F7FD | Pareve | Ⓤ Symbol required. |
| • 51500-05214 Orange Maramalade 340G | OUV3-FBFEF24 | Pareve | Ⓤ Symbol required. |
| • 51500-05217 Red Raspberry Jam 340G | OUV3-6324294 | Pareve | Ⓤ Symbol required. |
| • 51500-05218 Strawberry Jam 340G | OUV3-BDC6884 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהלות האורטודוקסים באמעריקא

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

The J.M. Smucker Co.   (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's  (continued)** | | | |
| • 51500-05220 Grape Jelly 510G | OUV3-362D3F7 | Pareve | Ⓤ Symbol required. |
| • 51500-05222 Apricot Jam 510G | OUV3-BE7EA6E | Pareve | Ⓤ Symbol required. |
| • 51500-05223 Cherry Jam 510G | OUV3-E51B097 | Pareve | Ⓤ Symbol required. |
| • 51500-05224 Orange Marmalade 510G | OUV3-10E0648 | Pareve | Ⓤ Symbol required. |
| • 51500-05225 Red Raspberry Jam 510G | OUV3-EC549BD | Pareve | Ⓤ Symbol required. |
| • 51500-05226 Strawberry Jam 510G | OUV3-7A20B50 | Pareve | Ⓤ Symbol required. |
| • 51500-05227 Grape Jelly 907G | OUV3-F659B27 | Pareve | Ⓤ Symbol required. |
| • 51500-05228 Strawberry Jam 907G | OUV3-D26AF45 | Pareve | Ⓤ Symbol required. |
| • 51500-05380 Strawberry Preserves 12oz | OUV3-DF50CC8 | Pareve | Ⓤ Symbol required. |
| • 51500-05381 Red Raspberry Preserves 12oz | OUV3-85E7B4A | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Menachem Genack* (signature)

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA        אורתודוקסי קהילות ארגוני איחוד

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

April 21, 2021

The J.M. Smucker Co.    (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's (continued)** | | | |
| • 51500-05382 Grape Jam 12oz | OUV3-D06AC6E | Pareve | Ⓤ Symbol required. |
| • 51500-05384 Seedless Blackberry Jam 12oz | OUV3-520A3EC | Pareve | Ⓤ Symbol required. |
| • 51500-05385 Orange Marmalade 12oz | OUV3-044AFFC | Pareve | Ⓤ Symbol required. |
| • 51500-05575 Apricot Preserves 340G | OUV3-B0D1618 | Pareve | Ⓤ Symbol required. |
| • 51500-05583 Grape Jam 340G | OUV3-9A06C77 | Pareve | Ⓤ Symbol required. |
| • 51500-05584 Orange Marmalade 340G | OUV3-84FB5E1 | Pareve | Ⓤ Symbol required. |
| • 51500-05589 Red Raspberry Preserves 340G | OUV3-7B37120 | Pareve | Ⓤ Symbol required. |
| • 51500-05595 Strawberry Preserves 340G | OUV3-CB33622 | Pareve | Ⓤ Symbol required. |
| • 51500-06954 Simple Blends Fieldberry 390 ML | OUV3-F19C184 | Pareve | Ⓤ Symbol required. |
| • 51500-06955 Simple Blends Summer Fruit 390 ML | OUV3-B46263A | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 27 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

The J.M. Smucker Co.   (continued)

Smucker Spec. Foods/RETAIL.MFG–Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's (continued)** | | | |
| • 515008065 Smucker Strawberry Honey Portion Control 0.5oz | OUV3-GFIG5PM | Pareve | ⓊSymbol required. |
| • 515008066 Smucker Lemon Honey Portion Control 0.5oz | OUV3-EMULOOC | Pareve | ⓊSymbol required. |
| • 515008079 Canadian Smucker's Pure Raspberry Jam 16 mL PC - 200 count | OUV3-HNJUI1M | Pareve | ⓊSymbol required. |
| • 515008080 Canadian Smuckers Pure Orange Marmalade 16 mL PC - 200 count | OUV3-123TUSQ | Pareve | ⓊSymbol required. |
| • 51500-10860 Simple Delight Salted Caramel Topping 11.5oz | OUD3-D66561C | Dairy | Ⓤ-D Symbol required. |
| • 51500-10864 Simple Delight Hot Fudge Topping 11.5oz | OUD3-5B8A4F0 | Dairy | Ⓤ-D Symbol required. |
| • 51500-10865 Simple Delight Dark Chocolate Topping 11.5oz | OUD3-53B5ED5 | Dairy | Ⓤ-D Symbol required. |
| • 51500-10867 Simple Delight Chocolate Coconut Topping 11.5oz | OUD3-EB3408E | Dairy | Ⓤ-D Symbol required. |
| • 51500-10872 Magic Shell Chocolate Pretzel 7.25oz | OUD3-00F89D6 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**



ב"ה

# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   אורטח קהילות החרדים דאמעריקא

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

**The J.M. Smucker Co.    (continued)**

Smucker Spec. Foods/RETAIL MFG-Ripon(V), 1050 Vermont Street, Ripon, WI

This is to certify, that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's (continued)** | | | |
| • 51500-14110 Orchard's Finest Strawberry Preserves | OUV3-16A4D1B | Pareve | ⓤ Symbol required. |
| • 51500-14111 Orchard's Finest Blueberry Preserves | OUV3-BE53EB5 | Pareve | ⓤ Symbol required. |
| • 51500-14112 Orchard's Finest Triple Berry Preserves | OUV3-74F871F | Pareve | ⓤ Symbol required. |
| • 51500-14113 Orchard's Finest Cherry Preserves | OUV3-5ED9D87 | Pareve | ⓤ Symbol required. |
| • 51500-14115 Orchard's Finest Peach Apricot Preserves | OUV3-90CD9B1 | Pareve | ⓤ Symbol required. |
| • 51500-14117 Orchard's Finest Orange Marmalade Preserves | OUV3-5B0AA63 | Pareve | ⓤ Symbol required. |
| • 51500-14119 Orchard's Finest Raspberry Cranberry Preserves | OUV3-1360B28 | Pareve | ⓤ Symbol required. |
| • 51500-14145 Black Raspberry Blackberry Jam | OUV3-69A059E | Pareve | ⓤ Symbol required. |
| • 51500-40122 Grape Jelly 16mL | OUV3-441A9CF | Pareve | ⓤ Symbol required. |
| • 51500-40125 Pure Raspberry 10mL | OUV3-A3CC591 | Pareve | ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    אגודת קהילות האורתודוכסים באמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

April 21, 2021

The J.M. Smucker Co.    (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's (continued)** | | | |
| • 51500-40126 Pure Raspberry 16mL | OUV3-EFA2DCD | Pareve | Ⓤ Symbol required. |
| • 51500-40127 Pure Orange Marmalade 10mL | OUV3-787EB1E | Pareve | Ⓤ Symbol required. |
| • 51500-40128 Pure Orange Marmalade 10mL | OUV3-C562874 | Pareve | Ⓤ Symbol required. |
| • 51500401132 Grape Jelly 10mL | OUV3-28886SD | Pareve | Ⓤ Symbol required. |
| • 51500-40148 No Sugar Added Orange Spread 10mL | OUV3-B3A2FFC | Pareve | Ⓤ Symbol required. |
| • 51500-40149 No Sugar Added Strawberry Spread 10mL | OUV3-531814C | Pareve | Ⓤ Symbol required. |
| • 51500-40150 No Sugar Added Wildberry Spread 10mL | OUV3-D673247 | Pareve | Ⓤ Symbol required. |
| • 51500411112 No Sugar Added Orchard Berry 10ML | OUV3-VGCHMAL | Pareve | Ⓤ Symbol required. |
| • 51500411112 No Sugar Added Orchard Berry 10ML | OUD3-SXLNB2O | Dairy | Ⓤ-D Symbol required. |
| • 51500411112 No Sugar Added Orchard Berry 10ML | | | |
| • 51004587 SMUCKER 11.5 OZ HOT TOFFEE FUDGE SIMPLE DELIGHT | | | |
| • 515007832 Smucker's Orchard's Finest Strawberry | OUV3-YOUT8RU | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



בס"ד

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בארה"ב

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

April 21, 2021

The J.M. Smucker Co.   (continued)

Smucker Spec. Foods/RETAIL.MFG-Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's (continued)** | | | |
| • 515007 8333 Smucker's Orchard's Finest Raspberry | OUV3-UVWY3M0 | Pareve | Ⓤ Symbol required. |
| • 515007 8334 Smucker's Orchard's Finest Blueberry | OUV3-MIS7HJQJ | Pareve | Ⓤ Symbol required. |
| • 51500-80079 Blueberry Preserves 12oz | OUV3-7526EE7 | Pareve | Ⓤ Symbol required. |
| • 51500-80083 Grape Jam 12oz | OUV3-3075CDE | Pareve | Ⓤ Symbol required. |
| • Apple Cinnamon Topping | OUD3-AFE6F71 | Dairy | Ⓤ-D Symbol required. |
| • Apricot Fruit Syrup | OUV3-F179919 | Pareve | Ⓤ Symbol required. |
| • Apricot Organic Spread | OUV3-B6D06E3 | Pareve | Ⓤ Symbol required. |
| • Apricot Preserves | OUV3-0D9925A | Pareve | Ⓤ Symbol required. |
| • Banana Curd | OUD3-A803DC9 | Dairy | Ⓤ-D Symbol required. |
| • Black Cherry Ice Cream Topping | OUD3-EF585A7 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 31 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

כ"ד

April 21, 2021

The J.M. Smucker Co.   (continued)

Smucker Spec. Foods/RETAIL MFG-Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facility(ies) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's  (continued)** | | | |
| • Black Cherry Topping | OUD3-80279BD | Dairy | Ⓤ-D Symbol required. |
| • Blackberry Fruit Syrup | OUV3-802F617 | Pareve | Ⓤ Symbol required. |
| • Blackberry Jelly | OUV3-11E27C3 | Pareve | Ⓤ Symbol required. |
| • Blackberry Pomegranate Organic Spread | OUV3-C5098SB | Pareve | Ⓤ Symbol required. |
| • Blackberry Seedless Jam | OUV3-FA2FE07 | Pareve | Ⓤ Symbol required. |
| • Blueberry Fruit Syrup | OUV3-C901F7F7 | Pareve | Ⓤ Symbol required. |
| • Boysenberry Fruit Syrup | OUV3-24627AF | Pareve | Ⓤ Symbol required. |
| • Canadian Chocolate Magic Shell | OUD3-B02S7DA | Dairy | Ⓤ-D Symbol required. |
| • Caramel Macchiato | OUD3-3C1695E | Dairy | Ⓤ-D Symbol required. |
| • Caramel Microwave Squeeze | OUD3-8724BF2 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 32 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איגוד קהילות האורתודוקסים בארה"ב

בס"ד

April 21, 2021

The J.M. Smucker Co.    (continued)

Smucker Spec. Foods/RETAIL.MFG-Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's (continued)** | | | |
| • Cherry Jelly | OUV3-9ECAEDA | Pareve | Ⓤ Symbol required. |
| • Cherry Preserves | OUV3-E765F1A | Pareve | Ⓤ Symbol required. |
| • Chocolate Fudge Topping | OUD3-5CCCF5E | Dairy | Ⓤ-D Symbol required. |
| • Chocolate Mocha | OUD3-A53452C | Dairy | Ⓤ-D Symbol required. |
| • Chocolate Slurry W300804 | OUV3-23E9004 | Pareve | Ⓤ Symbol required. |
| • Cinnamon Flavored Apple Jelly | OUV3-DC8247B | Pareve | Ⓤ Symbol required. |
| • Concord Grape Jelly | OUV3-0FB7AB3 | Pareve | Ⓤ Symbol required. |
| • Hot Fudge Microwave Squeeze | OUD3-F3CC3D4 | Dairy | Ⓤ-D Symbol required. |
| • Low Sugar Apricot Preserves | OUV3-443BB87 | Pareve | Ⓤ Symbol required. |
| • Low Sugar Grape Jelly | OUV3-4B180EA | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 33 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

אורתודקס קהלת קהלות החרדים דבני ישראל באמעריקא

בס"ד

April 21, 2021

**The J.M. Smucker Co.   (continued)**

Smucker Spec. Foods/RETAIL MFG-Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Smucker's (continued)** | | | |
| • Low Sugar Orange Marmalade | OUV3-5515CFB | Pareve | Ⓤ Symbol required. |
| • Low Sugar Red Raspberry Preserves | OUV3-AF647C6 | Pareve | Ⓤ Symbol required. |
| • Low Sugar Strawberry Preserves | OUV3-EDACF8F | Pareve | Ⓤ Symbol required. |
| • Magic Shell Topping Caramel Flavor | OUD3-612FEA3 | Dairy | Ⓤ-D Symbol required. |
| • Magic Shell Topping Chocolate Flavored | OUD3-ACB8E8D | Dairy | Ⓤ-D Symbol required. |
| • Magic Shell Topping Chocolate Fudge Flavor | OUD3-7515D1C | Dairy | Ⓤ-D Symbol required. |
| • Mint Flavor Apple Jelly | OUV3-FA43C50 | Pareve | Ⓤ Symbol required. |
| • Orchard's Finest Apple Cinnamon | OUV3-928447F | Pareve | Ⓤ Symbol required. |
| • Peach Preserves | OUV3-C571AF2 | Pareve | Ⓤ Symbol required. |
| • Pure Maple Syrup | OUV3-E6D1698 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Menachem Genack*

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 04/30/2022**

Page 34 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    אורת קהילות האורתודוקסים באמעריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

April 21, 2021

**The J.M. Smucker Co.    (continued)**

Smucker Spec. Foods/RETAIL.MFG-Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Smucker's   (continued)** | | | |
| • Raspberry Fruit Syrup | OUV3-4E8385C | Pareve | Ⓤ Symbol required. |
| • Raspberry Organic Spread | OUV3-96C7922 | Pareve | Ⓤ Symbol required. |
| • Red Raspberry Preserves | OUV3-C0F402B | Pareve | Ⓤ Symbol required. |
| • Seedless Black Raspberry Blackberry Jam | OUV3-D367E33 | Pareve | Ⓤ Symbol required. |
| • Strawberry Cranberry Organic Spread | OUV3-5D103E6 | Pareve | Ⓤ Symbol required. |
| • Strawberry Fruit Syrup | OUV3-3E69292 | Pareve | Ⓤ Symbol required. |
| • Strawberry Organic Spread | OUV3-EEA4B2B | Pareve | Ⓤ Symbol required. |
| • Strawberry Preserves | OUV3-868CDB2 | Pareve | Ⓤ Symbol required. |
| • Strawberry Sugar Free Preserves | OUV3-DD89BBF | Pareve | Ⓤ Symbol required. |
| • Sugar Free Apricot With Nutrasweet | OUV3-BBD1F53 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022

Page 35 of 36



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   אורטהאדאקסע קהילות פון פאראייניגטע

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

April 21, 2021

**The J.M. Smucker Co.    (continued)**

Smucker Spec. Foods/RETAIL.MFG-Ripon(Y), 1050 Vermont Street, Ripon, WI

This is to certify that the following product(s) prepared by this company at the facilitie(s) listed above are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Smucker's  (continued)** | | | |
| • Sugar Free Blueberry Fruit Syrup | OUV3-C3AEE65 | Pareve | Ⓤ Symbol required. |
| • Sugar Free Seedless Blackberry Jam With Nutrasweet | OUV3-DA3A1AE | Pareve | Ⓤ Symbol required. |
| • Sugar Free Strawberry Preserves With Nutrasweet | OUV3-0C4C8C7 | Pareve | Ⓤ Symbol required. |
| • Sweet Orange Marmalade | OUV3-2F4E4E2 | Pareve | Ⓤ Symbol required. |
| • Vanilla Curd | OUD3-D634AF6 | Dairy | Ⓤ-D Symbol required. |
| **Brand:  Smucker's Simple Blends** | | | |
| • 51500-24311 Orchard Berry Fruit Spread 390mL | OUV3-DCE8518 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

_Menachem Genack_

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 04/30/2022



בס"ד

# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איחוד קהילות האורתודוקס בנאמעריקא
ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

May 04, 2021

This is to certify that the following product(s) prepared by

**Oregon Potato Company, P.O. Box 169, Boardman, OR 97818**

are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Gem State Processing** | | | |
| • Simplot Premier Flake Tote (Internal) *Product Code GS1000* | OUV2-A637700 | Pareve | Symbol not required. |
| **Brand:  Oregon Potato Company** | | | |
| • Potato Crumble | OUD3-1594151 | Dairy | Ⓤ-D Symbol required. |
| • Potato Dehydrated Flour | OUV3-D99BA3E | Pareve | Ⓤ Symbol required. |
| • Potato Dehydrated Flour | OUV4-E52896D | Pareve | Certified when bulk shipped in OU approved carriers. |
| • Potato Dices | OUV3-A76DC43 | Pareve | Ⓤ Symbol required. |
| • Potato Flakes | OUV3-1114CB2 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 05/31/2022

ב"ה



# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

אורטאדקס יוניאן קאשער סערטיפיקאציע

May 04, 2021

**Oregon Potato Company   (continued)**

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Oregon Potato Company (continued)** | | | |
| • Potato Flakes Dehydrated | OUV3-F2E4DCE | Pareve | Ⓤ Symbol required. |
| • Potato Flakes Dehydrated | OUV4-012D942 | Pareve | Certified when bulk shipped in OU approved carriers. |
| • Potato Flour | OUV3-A94BD4F | Pareve | Ⓤ Symbol required. |
| • Potato Grind | OUV3-8E73035 | Pareve | Ⓤ Symbol required. |
| • Potato Shreds | OUV3-E0B098B | Pareve | Ⓤ Symbol required. |
| • Potato Slices | OUV3-D8ED355 | Pareve | Ⓤ Symbol required. |
| • Unseasoned Agglomerated Potato Flakes | OUD3-8668A50 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*[signature]*

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 05/31/2022**

בס"ד



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

איגוד קהילות האורטודוקסים בצפון אמריקה

June 30, 2021

This is to certify that the following product prepared by

**Producers Rice Mill, Inc., P.O. Box 1248, Stuttgart, AR, 72160**

is manufactured under the supervision of the Kashrus Division of the Orthodox Union and is Kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Classic Grains** | | | |
| • Parboiled Rice | OUV3-41FE1CA | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 6/30/2022

Page 1 of 1



**KSA**

**KOSHER SUPERVISION OF AMERICA**

ב"סד

Sep 10, 2021

The following product(s) prepared by the named company are certified kosher with the stated requirements:

**Single Source, Inc**
(S-0097)

8160 Cass Ave
Darien IL 60561

| Brand | Product Name | UKD-ID | D/P/M | Symbol Required | Special Conditions |
|-------|--------------|--------|-------|-----------------|--------------------|
| Correct Choice | Enchliada Yellow Corn Tortilla | KSAV3-E3E1W86 | P | KSA | |
| Correct Choice | Press Corn Tortilla | KSAV3-T1E8E14 | P | KSA | |
| Correct Choice | Press Flour Tortilla | KSAV3-K4W1G48 | P | KSA | |
| Correct Choice | Yellow Round Salted Chips | KSAV3-A8Y0M34 | P | KSA | |

This certificate expires on
Jul 31, 2022

Rabbi Binyomin Lisbon
Kashrus Administrator

Document id: 0002100097 P.O.Box 35721, Los Angeles, Ca 90035 - (310) 282-0444 - Fax (310) 282-0505 - Email info@ksakosher.com - www.ksakosher.com

Placing the KSA logo on products not listed above constitutes an un-authorized use of the KSA symbol, which is a federally registered trademark.

Page 1



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איגוד קהילות האורתודוקסים באמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

July 23, 2021

This is to certify that the following product(s) prepared by

**Olds Products Co.** *c/o Fitzpatrick Bros., Inc.*, 10700 88th Avenue, Pleasant Prairie, WI 53158

at the following facilitie(s) are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

Olds Products Co.–Pleasant Prairie, 10700 88th Avenue, Pleasant Prairie, WI

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Old Style** | | | |
| • Apple Cider Vinegar 5% Acidity | OUV3-HSG7WPM | Pareve | Ⓤ Symbol required. |
| • Dijon Mustard with White Wine | OUV3-C5A7C3E | Pareve | Ⓤ Symbol required. |
| • Distilled White Vinegar 5 % Acidity | OUV3-EM27NXV | Pareve | Ⓤ Symbol required. |
| • Dusseldorf Mustard | OUV3-B3E69BB | Pareve | Ⓤ Symbol required. |
| • Honey Mustard | OUV3-A4F97A9 | Pareve | Ⓤ Symbol required. |
| • Horseradish Mustard | OUV3-E9FED6E | Pareve | Ⓤ Symbol required. |
| • Spicy Brown Mustard | OUV3-5C35OD2 | Pareve | Ⓤ Symbol required. |
| • Stone Ground Mustard | OUV3-THVM7Q1 | Pareve | Ⓤ Symbol required. |
| • Sweet & Hot Mustard | OUV3-XID8CRK | Pareve | Ⓤ Symbol required. |
| • Yellow (Salad) Mustard | OUV3-F350BAC | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 08/31/2022

Page 1 of 1



בס"ד

# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA אלף קהילות האורתודוקסים בצפון אמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

September 17, 2021

This is to certify that the following product prepared by this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

**Fairview Mills, LLC**
32 S. 6th Street, Seneca, KS 66538

| | |
|---|---|
| **UKD-ID:** | OUV3-FC52FB6 |
| **Product Name:** | White Corn Grits |
| **Brand:** | Fairview Mills |
| **Status:** | Pareve |
| **Certification Requirements:** | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

**This certification is valid
through 09/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איחוד קהילות האורתודוקסים בנ״א

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס״ד

November 04, 2021

This is to certify that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

**UKD-ID:**                    OUD7-UHSATQ4

**Product Name:**          46446 Vegetarian Entrée A-La-King Mix

**Brand:**                       Global Food Industries

**Status:**                      Dairy

**Certification Requirements:**    Ⓤ-D Symbol required.

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
Rabbinic Administrator, CEO

This certification is valid
through 11/30/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    אתרד קהלות האורתודוקסים באמעריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

November 04, 2021

This is to certify that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

**UKD-ID:**            OUV7-1MTKPQ5

**Product Name:**     46621 Vegetarian Entrée Beef Stew Mix

**Brand:**             Global Food Industries

**Status:**            Pareve

**Certification Requirements:**    Ⓤ Symbol required.

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

**This certification is valid**
**through 11/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורטודוקסים בצפון אמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

November 04, 2021

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

This is to certify that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

**UKD-ID:**                    OUV7-C159175

**Product Name:**         974805 Vegetarian Entrée Beefaroni

**Brand:**                     Global Food Industries

**Status:**                    Pareve

**Certification Requirements:**   Ⓤ Symbol required.

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

**This certification is valid
through 11/30/2022**



בס״ד

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   אורthodox קהילות הקדושות בני ישראל דאמעריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

November 04, 2021

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

This is to certify that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

**UKD-ID:** OUV7-QHWFCJE

**Product Name:** 46601 Vegetarian Chicken Stew Entrée Mix

**Brand:** Global Food Industries

**Status:** Pareve

**Certification Requirements:** Ⓤ Symbol required.

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

**This certification is valid through 11/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איחוד קהילות האורתודוקסים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

November 04, 2021

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

This is to certify that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

**UKD-ID:**                          OUV7-9911BAC

**Product Name:**              974825 Vegetarian Entrée Chili

**Brand:**                            Global Food Industries

**Status:**                           Pareve

**Certification Requirements:**     Ⓤ Symbol required.

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

**This certification is valid
through 11/30/2022**



בס"ד

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

November 04, 2021

This is to certify that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

**UKD-ID:**                          OUD7-F810619

**Product Name:**               46683 Vegetarian Entrée Creamy Chicken Dinner

**Brand:**                           Global Food Industries

**Status:**                          Dairy

**Certification Requirements:**   Ⓤ-D Symbol required.

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

This certification is valid
through 11/30/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    אתור קהילות האורתודוקסים בארה״ק

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס״ד

November 04, 2021

This is to certify that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

| | |
|---|---|
| **UKD-ID:** | OUV7-WIQFIPN |
| **Product Name:** | 46751 Vegetarian Italian Chicken Entrée Mix |
| **Brand:** | Global Food Industries |
| **Status:** | Pareve |
| **Certification Requirements:** | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

This certification is valid
through 11/30/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    אורתודוקס קהלות התאחדות בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

November 04, 2021

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

This is to certify that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

| | |
|---|---|
| **UKD-ID:** | OUD7-60C6C5F |
| **Product Name:** | 46616 Vegetarian Entrée Jambalaya |
| **Brand:** | Global Food Industries |
| **Status:** | Dairy |
| **Certification Requirements:** | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

**This certification is valid
through 11/30/2022**



# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איחוד קהילות האורתודוקסים היהודים בצפון אמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

November 04, 2021

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

This is to certify, that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

| | |
|---|---|
| **UKD-ID:** | OUV7-MATTDSS |
| **Product Name:** | 46711 Vegetarian Pepper Steak Entrée Mix |
| **Brand:** | Global Food Industries |
| **Status:** | Pareve |
| **Certification Requirements:** | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

**This certification is valid
through 11/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   אורתודוקס קאנגרעגיישנס אמעריקא היברו

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

November 04, 2021

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

This is to certify, that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

| | |
|---|---|
| **UKD-ID:** | OUV7-3D4D631 |
| **Product Name:** | 46490 Vegetarian Entrée Picadillo |
| **Brand:** | Global Food Industries |
| **Status:** | Pareve |
| **Certification Requirements:** | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

**This certification is valid
through 11/30/2022**



ב״ה

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    אורתודוקס קהילות התאחדות היהודים באמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

November 04, 2021

This is to certify that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

| | |
|---|---|
| **UKD-ID:** | OUV7-EKUIIT8 |
| **Product Name:** | 46326 Pulled BBQ Mix |
| **Brand:** | Global Food Industries |
| **Status:** | Pareve |
| **Certification Requirements:** | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

**This certification is valid through 11/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

**UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA** אורטודוקס קהילה האורטודוקסים היהודים הקהילות בארצות

**ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG**

November 04, 2021

This is to certify that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

| | |
|---|---|
| **UKD-ID:** | OUV7-NXQGZCK |
| **Product Name:** | 46429 Vegetarian Entrée Sloppy Joe Mix |
| **Brand:** | Global Food Industries |
| **Status:** | Pareve |
| **Certification Requirements:** | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

בס"ד

**This certification is valid
through 11/30/2022**



ב"ה

# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איחוד קהילות האורטודוקסים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

November 04, 2021

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

This is to certify that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

**UKD-ID:**    OUV7-IHE8QFI

**Product Name:**    46331 Southern BBQ Mix

**Brand:**    Global Food Industries

**Status:**    Pareve

**Certification Requirements:**    Ⓤ Symbol required.

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

**This certification is valid through 11/30/2022**



# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   אתור קהילות האורתודוקסים באמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

November 04, 2021

This is to certify that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

**UKD-ID:**                     OUV7-56HEI6Y

**Product Name:**               46501 Vegetarian Entrée Spaghetti Sauce Mix

**Brand:**                      Global Food Industries

**Status:**                     Pareve

**Certification Requirements:**  Ⓤ Symbol required.

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

**This certification is valid through 11/30/2022**



בס"ד

# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   אורטהודקס קהילות התאחדות בני ישראל

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

November 04, 2021

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

This is to certify that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

**UKD-ID:**                     OUD7-GAS56KQ

**Product Name:**               46364 Vegetarian Entrée Stroganoff Mix

**Brand:**                      Global Food Industries

**Status:**                     Dairy

**Certification Requirements:** Ⓤ–D Symbol required.

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

**This certification is valid
through 11/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוכסים בצפון אמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

November 04, 2021

This is to certify that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

**UKD-ID:** OUV7-QXVEOQM

**Product Name:** 46531 Vegetarian Entrée Sweet & Sour Chicken Mix

**Brand:** Global Food Industries

**Status:** Pareve

**Certification Requirements:** Ⓤ Symbol required.

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

**This certification is valid
through 11/30/2022**



ב"ה

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איגוד קהילות האורטודוקסים היהודים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

November 04, 2021

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

This is to certify that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

**UKD-ID:** OUV7-NKDVFTO

**Product Name:** 46820 Vegetarian Taco Entrée Mix

**Brand:** Global Food Industries

**Status:** Pareve

**Certification Requirements:** Ⓤ Symbol required.

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

**This certification is valid
through 11/30/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   אורתודוקס יוניאן־התאחדות הקהילות בארה״ק

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס״ד

November 04, 2021

This is to certify that the following product produced for this company is under the supervision of the Kashruth Division of the Orthodox Union and is kosher as indicated below.

**Global Food Industries**
2961 SW 19th Terrace, Miami, FL 33145

**UKD-ID:** OUD7-UFL9RWD

**Product Name:** 46661 Vegetarian Entrée Chicken Tetrazzini Mix

**Brand:** Global Food Industries

**Status:** Dairy

**Certification Requirements:** Ⓤ-D Symbol required.

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack,
*Rabbinic Administrator, CEO*

This certification is valid
through 11/30/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

December 03, 2021

This is to certify that the following product(s) prepared by

**Basic American Foods, 415 West Collins Road, Blackfoot, ID 83221-5668**

are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Basic American** | | | |
| • 11140-10089 Dehydrated Seasoned Mashed Potatoes | OUD3-7712411 | Dairy | Ⓤ-D Symbol required. |
| • 11140-10091 Complete Mashed Potatoes | OUD3-A4CC265 | Dairy | Ⓤ-D Symbol required. |
| • 11140-10243 Mashed Potatoes | OUD3-4CE55C0 | Dairy | Ⓤ-D Symbol required. |
| • 11140-10513 Potato Pearls Smart Servings Low Sodium Mashed Potatoes with Vitamin C 40# Bag | OUD3-CFF2D27 | Dairy | Ⓤ-D Symbol required. |
| • 11140-10517 Sweet Potato Mashed - Sample *Changed to Dairy 8/8/18* | OUD3-5969B2B | Dairy | Ⓤ-D Symbol required. |
| • 11140-32307 Extra Rich Complete Mashed Potatoes | OUD3-66D45C8 | Dairy | Ⓤ-D Symbol required. |
| **Brand:   Basic American Foods** | | | |
| • 001-08013 Instant Potato Granules XL | OUV3-72A731A | Pareve | Ⓤ Symbol required. |
| • 01915 Whole Pinto Beans 50# Bag | OUV3-9F0B894 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through **12/31/2022**



# ORTHODOX UNION

### LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בארה״ק

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב״ה

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Basic American Foods (continued)** | | | |
| • 03003 Precooked Whole Black Beans 1000# Tote | OUV3-D00D9C0 | Pareve | Ⓤ Symbol required. |
| • 05944 Whole Pinto Beans 1000# Tote | OUV3-A053D57 | Pareve | Ⓤ Symbol required. |
| • 06691 Black Beans 1000# Tote | OUV3-949BC7E | Pareve | Ⓤ Symbol required. |
| • 10054 O'BRIEN STYLE SCALLOPED POTATOES REDUCED SODIUM | OUD3-CGHC6UD | Dairy | Ⓤ-D Symbol required. |
| • 10120 Potato Slices | OUV3-FA2B9F4 | Pareve | Ⓤ Symbol required. |
| • 10142 Hojuelas de Papas Deshidratadas / Batata Pure MV002 | OUV3-1Y7DVAN | Pareve | Ⓤ Symbol required. |
| • 10143 Redi Shred Instant Hashbrown Potatoes | OUV3-O3510FA | Pareve | Ⓤ Symbol required. |
| • 10333 Yellow Potato Flakes | OUV3-CU6WD93 | Pareve | Ⓤ Symbol required. |
| • 10354 Potato Flakes | OUV3-FBB2F4F | Pareve | Ⓤ Symbol required. |
| • 10363 Potato Pieces | OUV3-0AEF306 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022

Page 2 of 30



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

**UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA**    איחוד קהילות האורתודוקסים בארה״ק

**ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG**

ב״ה

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods    (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Basic American Foods (continued)** | | | |
| • 10435 Potato Slices | OUV3-0B3F0B | Pareve | Ⓤ Symbol required. |
|   *Assorted UPC codes for unflavored potato slices* | | | |
| • 10446 SVG Potato Slices | OUV3-19EE14E | Pareve | Ⓤ Symbol required. |
| • 10465 Potato Shreds | OUV3-A8F30E7 | Pareve | Ⓤ Symbol required. |
| • 10487 Potato Shred | OUV3-860219B | Pareve | Ⓤ Symbol required. |
| • 10490 Instant Potato Granules | OUV3-288E6A3 | Pareve | Ⓤ Symbol required. |
| • 10499 Enhanced Potato Granules | OUV3-3A9D670 | Pareve | Ⓤ Symbol required. |
| • 10536 Potato Flakes | OUV3-5080F4C | Pareve | Ⓤ Symbol required. |
| • 10537 Potato Pearls®Excel® | OUD3-AF86A5C | Dairy | Ⓤ-D Symbol required. |
| • 10543 Precooked Whole Small Red Beans | OUV3-774C189 | Pareve | Ⓤ Symbol required. |
| • 10613 Potato Pearls® Golden Extra Rich 1000 lb Supersack | OUD3-LZRLDEV | Dairy | Ⓤ-D Symbol required. |
| • 10617 Shredded Potato Hashbrown Dhytd | OUV3-0392207 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*[signature]*

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 12/31/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

December 03, 2021

Basic American Foods    (continued)

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Basic American Foods (continued)** | | | |
| • 10618 Fine Grind Potato Flour | OUV3-B9B6A91 | Pareve | Ⓤ Symbol required. |
| • 10623 100711179029687 Traditions Dehydrated Seasoned Hashbrowns | OUV3-A4E9E4A | Pareve | Ⓤ Symbol required. |
| • 10624 100711029694 Bountiful Harvest Dehydrated Seasoned Hashbrowns | OUV3-4980A02 | Pareve | Ⓤ Symbol required. |
| • 10633 Potato Flakes | OUV3-530D818 | Pareve | Ⓤ Symbol required. |
| • 10644 Potato Granules | OUV3-1A7FE94 | Pareve | Ⓤ Symbol required. |
| • 10646 Potato Dice Picks | OUV3-EA0E00E | Pareve | Ⓤ Symbol required. |
| • 10647 Potato Slice Picks | OUV3-0BCCB05 | Pareve | Ⓤ Symbol required. |
| • 10648 Potato Flakes | OUV3-2A91DFE | Pareve | Ⓤ Symbol required. |
| • 10649 Instant Mashed Potatoes Classic Flakes | OUV3-E533FB0 | Pareve | Ⓤ Symbol required. |
| • 10650 Instant Potato Granules | OUV3-DEAB4EF | Pareve | Ⓤ Symbol required. |
| • 10651 Potato Granules | OUV3-C7BC33A | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022

Page 4 of 30



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס״ד

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods   (continued)**

**Brand:   Basic American Foods (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| • 10664 Potato Flake | OUV3-4D1A553 | Pareve | Ⓤ Symbol required. |
| • 10666 Canada Golden Grill® Club Pack Hashbrowns 192/2.1 lb | OUV3-T0XZSEP | Pareve | Ⓤ Symbol required. |
| • 10670 Potato Flakes | OUV3-G7GBUGR | Pareve | Ⓤ Symbol required. |
| • 10683 Potato Flakes | OUV3-5861963 | Pareve | Ⓤ Symbol required. |
| • 10684 Potato Flakes | OUV3-A1289D0 | Pareve | Ⓤ Symbol required. |
| • 10693 Vegetable Extract | OUV3-EAC2563 | Pareve | Ⓤ Symbol required. |
| • 10695 Potato Flake - Idaho Only | OUV3-C5EFD3C | Pareve | Ⓤ Symbol required. |
| • 10722 Enhanced Snack Pellet | OUV3-AUNGM5O | Pareve | Ⓤ Symbol required. |
| • 10723 Snack Pellet | OUV3-SMF258X | Pareve | Ⓤ Symbol required. |
| • 10738 Medium Grind No-Sulfite Crushed Potatoes | OUV3-LYNPVNS | Pareve | Ⓤ Symbol required. |
| • 10743 Potato Flakes | OUV3-65GV4DV | Pareve | Ⓤ Symbol required. |
| • 10746 Diced Potatoes | OUV3-CXTXWT6 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   אורת קהילות האורתודוקסים באמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

December 03, 2021

**Basic American Foods   (continued)**

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Basic American Foods (continued)** | | | |
| • 10749 Diced Potatoes | OUV3-DIAICGS | Pareve | Ⓤ Symbol required. |
| • 10773 X-TRATOS® | OUV3-L6RCUCF | Pareve | Ⓤ Symbol required. |
| • 10774 X-TRATOS® O | OUV3-PW7LHJE | Pareve | Ⓤ Symbol required. |
| • 10775 X-TRATOS® W | OUV3-EJWJPBN | Pareve | Ⓤ Symbol required. |
| • 10781 Snack Pellet | OUV3-KYRJLU7 | Pareve | Ⓤ Symbol required. |
| • 10782 Excel Potato Mix | OUD3-KWBFDIA | Dairy | Ⓤ-D Symbol required. |
| • 10786 Potato Powder LLLP | OUV3-C2SRVGP | Pareve | Ⓤ Symbol required. |
| • 10847 Lentil Penne | OUV3-KHC7U3U | Pareve | Ⓤ Symbol required. |
| • 10898 Plank Chips | OUV3-KOIIJXF | Pareve | Ⓤ Symbol required. |
| • 10909 Potato Shreds | OUV3-0KNEOFG | Pareve | Ⓤ Symbol required. |
| • 10911 Corn Ring Snack | OUV3-ZQP2DLW | Pareve | Ⓤ Symbol required. |
| • 10921 Enhanced Potato Granules | OUV3-OPOQP5J | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

**This certification is valid through 12/31/2022**

Page 6 of 30



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בנאמ״ה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס״ד

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Basic American Foods (continued)** | | | |
| • 10928 Potato Granules | OUV3-WA7KSMX | Pareve | Ⓤ Symbol required. |
| • 10941 Corn Ring Snack, 12 lb box | OUV3-UEZ1CNX | Pareve | Ⓤ Symbol required. |
| • 10955 Lentil Penne | OUV3-SYALEPO | Pareve | Ⓤ Symbol required. |
| • 10960 LDS Potato Flakes 1000 lb Jumbo Bag | OUV3-WI7SQ8 | Pareve | Ⓤ Symbol required. |
| • 11046 Ground Potato Flakes | OUV3-DARFOMQ | Pareve | Ⓤ Symbol required. |
| • 11049 Bulk Potato Flake | OUV3-YGCFH10 | Pareve | Ⓤ Symbol required. |
| • 11050 Potato Pearls® EXCEL® Original Butter Mashed 75/47g | OUD3-EYMXIHV | Dairy | Ⓤ-D Symbol required. |
| • 11084 Plant Protein Crumbles Southwest Seasoned 4/13.65 oz pch | OUV3-FVGUNJF | Pareve | Ⓤ Symbol required. |
| • 11140-01188 Extra Rich Potato Pearls | OUD3-FF89688 | Dairy | Ⓤ-D Symbol required. |
| • 11140-06114 Potato Pearls Dehydrated Seasoned Mashed Potatoes | OUD3-Q4DSRAS | Dairy | Ⓤ-D Symbol required. |
| • 11140-10017 Pancake Mix | OUV3-324C9D6 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022

Page 7 of 30



# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Basic American Foods (continued)** | | | |
| • 11140-10040 Potato Pearls Excel Creamy Butter Mashed Potatoes with Skins | OUD3-5FC0B68 | Dairy | Ⓤ-D Symbol required. |
| • 11140-10056 Original Recipe Mashed Potatoes | OUD3-122196F | Dairy | Ⓤ-D Symbol required. |
| • 11140-10062 Potato Diced - Spanish Language Label | OUV3-95465BA | Pareve | Ⓤ Symbol required. |
| • 11140-10066 Potato Bits 50# Bag | OUV3-A199478 | Pareve | Ⓤ Symbol required. |
| • 11140-10079 Instant Potato Granules | OUV3-0970TDF | Pareve | Ⓤ Symbol required. |
| • 11140-10093 Shredded Potatoes Revet Kartoffel | OUV3-53129E6 | Pareve | Ⓤ Symbol required. |
| • 11140-10094 Dehydrated Shredded Potatoes - Samples | OUV3-UTXGHLX | Pareve | Ⓤ Symbol required. |
| • 11140-10095 Dehydrated Sliced Potatoes | OUV3-F83406F | Pareve | Ⓤ Symbol required. |
| • 11140-10096 Dehydrated Sliced Potatoes | OUV3-22EEFEI | Pareve | Ⓤ Symbol required. |
| • 11140-10169 Potato Pearls Premium Nature's Own Mashed Potatoes | OUD3-A4225E9 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022



# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods    (continued)**

**Product Name**

**Brand:    Basic American Foods (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| • 11140-10170 Potato Pearls Premium Nature's Own Mashed Potatoes - Sample | OUD3-LOYBKAX | Dairy | Ⓤ-D Symbol required. |
| • 11140-10215 Instant Mashed Potatoes Complete with Vitamin C *Certified as Pareve since 7/5/2018* | OUV3-DCCDA27 | Pareve | Ⓤ Symbol required. |
| • 11140-10216 Mashed Potatoes Complete with Vitamin C | OUV3-26BFI84 | Pareve | Ⓤ Symbol required. |
| • 11140-10217 Instant Mashed Potatoes w/Vit. C | OUV3-031437B | Pareve | Ⓤ Symbol required. |
| • 11140-10218 Instant Mashed Potatoes with Vitamin C | OUV3-4C47F80 | Pareve | Ⓤ Symbol required. |
| • 11140-10238 Potato Peel | OUV3-567FD69 | Pareve | Ⓤ Symbol required. |
| • 11140-10240 Potato Shreds | OUV3-5DE8F42 | Pareve | Ⓤ Symbol required. |
| • 11140-10241 Instant Potato Granules | OUV3-1310FE3 | Pareve | Ⓤ Symbol required. |
| • 11140-10277 Precooked Whole Small Red Beans | OUV3-606F6F6 | Pareve | Ⓤ Symbol required. |
| • 11140-10278 Precooked Whole Black Beans | OUV3-5C50E65 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

December 03, 2021

**Basic American Foods   (continued)**

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Basic American Foods (continued)** | | | |
| • 11140-10298 Santiago Quick Start Chili with Red Beans | OUV3-645EF68 | Pareve | Ⓤ Symbol required. |
| • 11140-10338 Whole Pinto Beans | OUV3-8D19C2F | Pareve | Ⓤ Symbol required. |
| • 11140-10349 Potato Pearls Premium Redskin Mashed Potatoes with Skin | OUD3-ED7FA5B | Dairy | Ⓤ-D Symbol required. |
| • 11140-10366 Potato Flakes | OUV3-E6F3468 | Pareve | Ⓤ Symbol required. |
| • 11140-10379 Potato Pearls Premium Gold Mashed Potatoes | OUD3-07DB9DC | Dairy | Ⓤ-D Symbol required. |
| • 11140-10413 Potato Slices | OUV3-6C51EC6 | Pareve | Ⓤ Symbol required. |
| • 11140-10425 Potato Pearls Excel Sweet Potato Mashed | OUV3-81CED3C | Pareve | Ⓤ Symbol required. |
| • 11140-10426 Potato Pearls Smart Servings Low Sodium Mashed Potatoes with Vitamin C | OUD3-D9125A8 | Dairy | Ⓤ-D Symbol required. |
| • 11140-10430 Potato Pearls Smart Servings Low Sodium Mashed Potatoes with Vitamin C - Sample | OUD3-CBKS56G | Dairy | Ⓤ-D Symbol required. |
| • 11140-10434 1/4" Diced Potatoes | OUV3-6O53DAF | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022

Page 10 of 30



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איגוד קהילות האורטודוקסים בארה"ב

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods   (continued)**

**Brand:   Basic American Foods  (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| • 11140-10527 Mashed Potatoes | OUV3-3S586ED | Pareve | Ⓤ Symbol required. |
| • 11140-10793 Potato Granules 50 lb | OUV3-SEF4TYD | Pareve | Ⓤ Symbol required. |
| • 11140-10799 Potato Pearls Reduced Sodium Excel Original Butter Mashed Potatoes | OUD3-UCQ1ETW | Dairy | Ⓤ-D Symbol required. |
| • 11140-10816 Potato Pearls Reduced Sodium Excel Original Butter Mashed Potatoes - Sample | OUD3-2VLI1KF | Dairy | Ⓤ-D Symbol required. |
| • 11140-10861 Potato Pearls Mashed Sweet Potatoes | OUD3-27H3ATH | Dairy | Ⓤ-D Symbol required. |
| • 11140-10894 Potato Pearls® Mashed Potatoes with Cauliflower | OUD3-LXLS7KA | Dairy | Ⓤ-D Symbol required. |
| • 11140-10914 Potato Pearls® Mashed Potatoes with Cauliflower - Sample | OUD3-GQHPJCV | Dairy | Ⓤ-D Symbol required. |
| • 11140-10967 Instant Mashed Potatoes - Canada | OUV3-NPR8TSX | Pareve | Ⓤ Symbol required. |
| • 11140-11053 Mashed Potato Granules 12/16 oz PCH | OUV3-7CHZXVI | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through **12/31/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   אאיחוד קהילות האורתודוקסים בארה"ק
ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods    (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Basic American Foods (continued)** | | | |
| • 11140-11054 Potato Pearls® Mashed Sweet Potatoes 1,000 lb Jumbo Bag | OUD3-VIWWWI | Dairy | ⓊD Symbol required. |
| • 11140-11060 Potato Pearls® Excel® Original Butter Mashed 24/16 oz PCH | OUD3-M33BVZW | Dairy | ⓊD Symbol required. |
| • 11140-11062 1/9" Potato Slices 600 lb tote | OUV3-GWVHSCP | Pareve | Ⓤ Symbol required. |
| • 11140-11064 Dehydrated Potato Flake 400 lb Jumbo Bag | OUV3-OQOHBFZ3 | Pareve | Ⓤ Symbol required. |
| • 11140-11065 Dehydrated Potato Flake 35 lb Bag | OUV3-PTUDNDB | Pareve | Ⓤ Symbol required. |
| • 11140-11067 Potato Tot Mix | OUV3-0DFEYRT | Pareve | Ⓤ Symbol required. |
| • 11140-11072 Potato Pieces, No Sulfite, GMO free 25 lb. bag | OUV3-N1HR1K9 | Pareve | Ⓤ Symbol required. |
| • 11140-14110 Golden Extra Rich Mashed Potatoes | OUD3-17SD5DD | Dairy | ⓊD Symbol required. |
| • 11140-15053 Navy Refried Beans (Smooth) 50# Bag | OUV3-5EF3F6F | Pareve | Ⓤ Symbol required. |
| • 11140-17866 Redi Shred Hashbrown Potatoes-Sample | OUV3-A2A24CA | Pareve | Ⓤ Symbol required. |
| • 11140-18845 Instant Potato Granules | OUV3-E020C72 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 12/31/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    אונ"ר תחת השגחת כ"ק האדמו"ר מבאבוב

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

December 03, 2021

בס"ד

**Basic American Foods    (continued)**

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Brand:   Basic American Foods   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| • 11140-20696 Instant Potato Flakes | OUV3-D1C8A9E | Pareve | Ⓤ Symbol required. |
| • 11140-22597 Potato Pieces | OUV3-3B0CD46 | Pareve | Ⓤ Symbol required. |
| • 11140-25595 Instant Potato Slices | OUV3-B4539FC | Pareve | Ⓤ Symbol required. |
| • 11140-27156 Potato Diced | OUV3-BB05D42 | Pareve | Ⓤ Symbol required. |
| • 11140-29852 Small Red Beans | OUV3-DBAC739 | Pareve | Ⓤ Symbol required. |
| • 11140-30613 Potato Diced | OUV3-476CA80 | Pareve | Ⓤ Symbol required. |
| • 11140-33276 Precooked Whole Black Beans | OUV3-523F649 | Pareve | Ⓤ Symbol required. |
| • 11140-35307 Lentils | OUV3-67DDB9A | Pareve | Ⓤ Symbol required. |
| • 11140-36207 Diced Potatoes | OUV3-3E3F57D | Pareve | Ⓤ Symbol required. |
| • 11140-37493 Potato Pieces | OUV3-AFDC5E9 | Pareve | Ⓤ Symbol required. |
| • 11140-39440 Russet Fries | OUD3-8F53F35 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*[signature]*

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022



KOSHER
CERTIFICATION
SERVICE

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods   (continued)**

**Brand:   Basic American Foods (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| • 11140-45585 Potato Pearls Golden Extra Rich Mashed Potatoes–Sample | OUD3-C3F6643 | Dairy | Ⓤ-D Symbol required. |
| • 11140-50908 Potato Shreds | OUV3-97D46DA | Pareve | Ⓤ Symbol required. |
| • 11140-53498 Potato Pearls Golden Extra Rich Mashed Potatoes | OUD3-EE76B96 | Dairy | Ⓤ-D Symbol required. |
| • 11140-600037 HOUELAS DE PAPAS DESHIDRATADAS | OUV3-GUKS69E | Pareve | Ⓤ Symbol required. |
| • 11140-60045 Santiago Seasoned Black Beans | OUV3-A97932I | Pareve | Ⓤ Symbol required. |
| • 11140-62590 Potato Diced | OUV3-D537F44 | Pareve | Ⓤ Symbol required. |
| • 11140-69994 Whole Pinto Beans | OUV3-C1BCBA5 | Pareve | Ⓤ Symbol required. |
| • 11140-70659 Potato Pearls Golden Extra Rich Mashed Potatoes | OUD3-03C0982 | Dairy | Ⓤ-D Symbol required. |
| • 11140-76222 Custom Mashed Potatoes | OUD3-EFC0209 | Dairy | Ⓤ-D Symbol required. |
| • 11140-76468 Potato Pearls Excel Original Recipe Mashed Potatoes | OUD3-1BC9B6E | Dairy | Ⓤ-D Symbol required. |
| • 11140-79936 Refried Beans-No Oil | OUV3-87767D7 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בארץ

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Basic American Foods (continued)** | | | |
| • 11140-81056 Potato Pearls Country Style Mashed Potatoes | OUD3-06BA071 | Dairy | Ⓤ-D Symbol required. |
| • 11140-81837 Potato Pearls Extra Rich Mashed Potatoes No Salt Added | OUD3-658FA0A | Dairy | Ⓤ-D Symbol required. |
| • 11140-82765 Santiago Quick Start Chili with Red Beans | OUV3-FADA047 | Pareve | Ⓤ Symbol required. |
| • 11140-83149 Navy Refried Beans (Smooth) 1000# Tote | OUV3-197B8CB | Pareve | Ⓤ Symbol required. |
| • 11140-88604 Crushed Potatoes | OUV3-82E642C | Pareve | Ⓤ Symbol required. |
| • 11140-91977 Potato Pearls Instant Mashed Potatoes Classic Flakes | OUV3-9DD9205 | Pareve | Ⓤ Symbol required. |
| • 11140-94884 Black Bean Pieces | OUV3-EC2B94B | Pareve | Ⓤ Symbol required. |
| • 11140-99570 Potato Slices | OUV3-42FBA09 | Pareve | Ⓤ Symbol required. |
| • 11140-XXXXX Potato Slices | OUV3-C2AC3B9 | Pareve | Ⓤ Symbol required. |
| *Assorted UPC codes for unflavored potato slices* | | | |
| • 11458 Precooked Whole Small Red Beans 1000# Tote | OUV3-10FEB0A | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022



בס"ד

# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA
ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG
איחוד קהילות האורתודוקסים דנארטה בנאי אמריקה

December 03, 2021

Basic American Foods   (continued)

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Brand:   Basic American Foods (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| • 1-86068 Potato Diced | OUV3-3938E45 | Pareve | Ⓤ Symbol required. |
| • 2032300 Potato Flakes | OUV3-9C6C958 | Pareve | Ⓤ Symbol required. |
| • 301166 Precooked Whole Black Beans | OUV3-2146D0C | Pareve | Ⓤ Symbol required. |
| • 33354 Potato Granules | OUV3-J7OYMND | Pareve | Ⓤ Symbol required. |
| • 35749 Original Recipe Mashed Potatoes Sample | OUD3-8477170 | Dairy | Ⓤ-D Symbol required. |
| • 40719 Instant Potato Granules | OUV3-54ED7C2 | Pareve | Ⓤ Symbol required. |
| • 9394 Precooked Whole Small Red Beans 50# Bag | OUV3-N83XMZK | Pareve | Ⓤ Symbol required. |
| • 94595 Reduced Sodium Scalloped Potato Casserole | OUD3-CD566SW | Dairy | Ⓤ-D Symbol required. |
| • GG8420 Whole Red Beans 50# Bag | OUV3-41124AA | Pareve | Ⓤ Symbol required. |
| • GG8500 Ground Red Beans 45# Bag | OUV3-1086B45 | Pareve | Ⓤ Symbol required. |
| • IFA3050 1750 | OUV3-6F76C21 | Pareve | Ⓤ Symbol required. |
| • IFA3073 Potato Flakes | OUV3-996F165 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA     איחוד קהילות האורטודוקסים באמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

December 03, 2021

Basic American Foods   (continued)

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Basic American Foods (continued)** | | | |
| • IFA3077 Potato Flakes | OUV3-B44F61E | Pareve | Ⓤ Symbol required. |
| • IFA3112 Potato Flake | OUV3-8D6070B | Pareve | Ⓤ Symbol required. |
| • IFA3114 Potato Flake | OUV3-0CBD3CC | Pareve | Ⓤ Symbol required. |
| • IFA3170 Dehydrated Potato Flake | OUV3-C1AB65B | Pareve | Ⓤ Symbol required. |
| • IFA3170A Dehydrated Potato Flake | OUV3-33216B3 | Pareve | Ⓤ Symbol required. |
| • IFA3180 1718 | OUV3-6FDB363 | Pareve | Ⓤ Symbol required. |
| • IFA3337 Potato Powder LLLP | OUV3-DC43738 | Pareve | Ⓤ Symbol required. |
| • IFA3369 Potato Flakes | OUV3-E545D8C | Pareve | Ⓤ Symbol required. |
| • IFA3370 Ground Potato Flake | OUV3-4B6AED6 | Pareve | Ⓤ Symbol required. |
| • IFA3371 Dehydrated Potato Flake | OUV3-DC38B58 | Pareve | Ⓤ Symbol required. |
| • IFA3381 Potato Flakes | OUV3-0FB8162 | Pareve | Ⓤ Symbol required. |
| • IFA3391 Ground Potato Flake | OUV3-37FD47C | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022



# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

אורטודאקס קאשרוס יוניון בּה"ק

בס"ד

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods   (continued)**

**Brand:   Basic American Foods (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| • IGA3402 Coarse Potato Flour | OUV3-4DC6B7E | Pareve | Ⓤ Symbol required. |
| • IGA3415 Potato Flour 1070 | OUV3-9329ZB3 | Pareve | Ⓤ Symbol required. |
| • IGA3432 Potato Flour | OUV3-47EFCA8 | Pareve | Ⓤ Symbol required. |
| • IGA3455 Medium Potato Flour | OUV3-7BCCE25 | Pareve | Ⓤ Symbol required. |
| • IGA3464 Medium Potato Flour 43352017 | OUV3-7AB051C | Pareve | Ⓤ Symbol required. |
| • Instant Mashed Potatoes | OUV3-28B2769 | Pareve | Ⓤ Symbol required. |
| • IQA5038 X-Tend Potato Extract | OUV3-AE94F73 | Pareve | Ⓤ Symbol required. |
| • IQA5039 X-Tend S Potato Extract | OUV3-AF260E8 | Pareve | Ⓤ Symbol required. |
| • IQA5140 X-Tend M Potato Extract | OUV3-6507012 | Pareve | Ⓤ Symbol required. |
| • NQA0503 Dehydrated Potatoes 1/4 x 1/4 x 1/4 | OUV3-4DDB140 | Pareve | Ⓤ Symbol required. |
| • NQA0693 Dehydrated 1/4" Potato Dices | OUV3-YB3-AZSQ | Pareve | Ⓤ Symbol required. |
| • NQA1102 Dehydrated Potato Dice 3/8 x 3/8 x 3/8 | OUV3-RLEJLXX | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 12/31/2022**

Page 18 of 30



# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   אירגוד קהילות האורטודוקסים בנאמ"ריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

December 03, 2021

Basic American Foods   (continued)

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Basic American Foods  (continued)** | | | |
| • NQA2301 Dehydrated Potato Strings White Dried INFG 22017245 | OUV3-466405A | Pareve | Ⓤ Symbol required. |
| • NQA2471 Julienne Strips 1748 | OUV3-801B7FB | Pareve | Ⓤ Symbol required. |
| • NSA0131 Dehydrated Potato Slices | OUV3-3170B74 | Pareve | Ⓤ Symbol required. |
| • NSA0441 Dehydrated 1/9" Potato Slices | OUV3-ULCVAY5 | Pareve | Ⓤ Symbol required. |
| • NSB0139 Dehydrated Potato Slices-Mill Run | OUV3-5DD8E9F | Pareve | Ⓤ Symbol required. |
| • NW22597 Potato Pieces | OUV3-1B608A9 | Pareve | Ⓤ Symbol required. |
| • Potato Buds | OUV3-1718007 | Pareve | Ⓤ Symbol required. |
| • Potato Granules | OUV3-320C43E | Pareve | Ⓤ Symbol required. |
| • Potato Granules Complete | OUD3-091B339 | Dairy | Ⓤ-D Symbol required. |
| • Potato Hash Browns | OUV3-6FC86FB | Pareve | Ⓤ Symbol required. |
| • Potato Pearls | OUD3-1B33599 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022

Page 19 of 30



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקס באמריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Basic American Foods (continued)** | | | |
| • Potato Pearls Excel | OUD3-740666A | Dairy | Ⓤ-D Symbol required. |
| • Potato Pearls Extra Rich | OUD3-9B5F6CA | Dairy | Ⓤ-D Symbol required. |
| • Potato Pieces | OUV3-4D93447 | Pareve | Ⓤ Symbol required. |
| • Potato Strips | OUV3-E77101C | Pareve | Ⓤ Symbol required. |
| • Potato Water | OUV3-4ABE438 | Pareve | Ⓤ Symbol required. |
| • R-PE-0043 Potato Pellets – Untreated | OUV3-1B7D244 | Pareve | Ⓤ Symbol required. |
| • R-PE-0044 Potato Pellets – Treated | OUV3-9A5F58A | Pareve | Ⓤ Symbol required. |
| • R-PE-0045 Potato Pellets – Lens Shape | OUV3-0C82594 | Pareve | Ⓤ Symbol required. |
| **Brand:   Basic American Foods-Golden Grill** | | | |
| • 10865 Dehydrated Potato Shreds | OUV3-8NYCPKB | Pareve | Ⓤ Symbol required. |
| • 11140-10084 Premium Russet Hashbrown Potatoes | OUV3-64EE2AB | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איגוד קהילות האורטודוקסים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Basic American Foods   (continued)** | | | |
| **Brand:   Basic American Foods-Golden Grill (continued)** | | | |
| • 11140-10085 Premium Russet Hashbrown Potatoes | OUV3-54BD85A | Pareve | Ⓤ Symbol required. |
| • 11140-10373 Russet Premium Hashbrown Potatoes | OUV3-65043FE | Pareve | Ⓤ Symbol required. |
| • 11140-10460 Premium Russet Hashbrown Potatoes | OUV3-BFBP9JH | Pareve | Ⓤ Symbol required. |
| • 11140-12952 Potato Diced | OUV3-FBF4A1F | Pareve | Ⓤ Symbol required. |
| • 11140-25122 Redi Shred Hashbrown Potatoes | OUV3-55AA673 | Pareve | Ⓤ Symbol required. |
| • 11140-42206 Hashbrown Potatoes | OUV3-0BE9AF9 | Pareve | Ⓤ Symbol required. |
| • 11140-47070 Hashbrown Potatoes | OUV3-0C6C20B | Pareve | Ⓤ Symbol required. |
| • 11140-71341 Redi-Shred Hashbrown Potatoes | OUV3-78B8A4A | Pareve | Ⓤ Symbol required. |
| • 11140-91291 Hashbrown Potatoes | OUV3-73C36D3 | Pareve | Ⓤ Symbol required. |
| • 11140-93969 Hashbrown Potatoes | OUV3-2B71EA0 | Pareve | Ⓤ Symbol required. |
| **Brand:   Brilliant Beginnings** | | | |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    אורתודוקס יוניון כאשר סערטיפיקאציע

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Brilliant Beginnings  (continued)** | | | |
| • 11140-10630 Recipe Ready Mashed Potatoes | OUV3-611A830 | Pareve | Ⓤ Symbol required. |
| • 11140-10762 Mashed Potatoes | OUV3-MENCNAQ | Pareve | Ⓤ Symbol required. |
| **Brand:   Harvest** | | | |
| • 11140-10077 Potato Pearls | OUD3-19848A8 | Dairy | Ⓤ-D Symbol required. |
| **Brand:   Hungry Jack** | | | |
| • 11140-10389 Premium Hashbrown Potatoes | OUV3-AEl0106 | Pareve | Ⓤ Symbol required. |
| • 11140-10476 Cheesy Hashbrown Potatoes | OUD3-BE8C0EC | Dairy | Ⓤ-D Symbol required. |
| • 11140-10489 Premium Hashbrown Potatoes | OUV3-DCCCAA3 | Pareve | Ⓤ Symbol required. |
| • 11140-10529 Original Hashbrown Potatoes | OUV3-NSNMlVM | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Menachem Genack*

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022

Page 22 of 30



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA          אורתאדקס יוניאן ניו יארק בנאמעריקע

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Hungry Jack (continued)** | | | |
| • 11140-10533 Hungry Jack Mashed Potatoes 15.3oz<br>*Pareve as of 10.16, 2017* | OUV3-81E4DFD | Pareve | Ⓤ Symbol required. |
| • 11140-10748 Black Pepper & Onion Hashbrown Potatoes | OUD3-JV6S6L2 | Dairy | Ⓤ-D Symbol required. |
| • 11140-10952 Hungry Jack Original Hashbrown Potatoes | OUV3-36NE6WI | Pareve | Ⓤ Symbol required. |
| • 11140-11012 Country Butter Mashed Potatoes | OUD3-DAAADPU | Dairy | Ⓤ-D Symbol required. |
| • 11140-11013 Roasted Garlic Mashed Potatoes | OUD3-P1Q0XCY | Dairy | Ⓤ-D Symbol required. |
| • 11140-11042 Four Cheese Mashed Potatoes | OUD3-5MH4GBD | Dairy | Ⓤ-D Symbol required. |
| • 11140-11043 Supreme Baked Mashed Potatoe | OUD3-3ERIYHZ | Dairy | Ⓤ-D Symbol required. |
| • 11140-11045 Mashed Potatoes | OUD3-DHIOVZNY | Dairy | Ⓤ-D Symbol required. |
| • 11140-11047 Sweet Potato Mash | OUD3-H0IZRJI | Dairy | Ⓤ-D Symbol required. |
| • 11140-11052 Hungry Jack® Country Buttered Mashed 170/50.0 oz Box | OUD3-MNM6GTS | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*[signature]*

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022

Page 23 of 30



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בנ"ם

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

ב"ה

December 03, 2021

Basic American Foods   (continued)

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Hungry Jack  (continued)** | | | |
| • 11140-42380 Potato Pancake Mix | OUD3-28CDDBC | Dairy | Ⓤ-D Symbol required. |
| • 11140-11074 Hungry Jack Real Mashed Potatoes 192/3.25 lb. Ctn | OUD3-LGIDULP | Dairy | Ⓤ-D Symbol required. |
| • 11140-11071 Hungry Jack Mashed Potatoes 8/6 oz pch | OUV3-BHYMNXP | Pareve | Ⓤ Symbol required. |
| • 11140-11070 Hungry Jack Mashed Potatoes 12/6 oz pch | OUV3-GMWQHSZ | Pareve | Ⓤ Symbol required. |
| *Produced as dairy since 4/13/17* | | | |
| • 11140-79800 Mashed Potatoes | OUV3-JWWFLMI | Pareve | Ⓤ Symbol required. |
| • 11140-79810 Mashed Potato | OUD3-BCA866E | Dairy | Ⓤ-D Symbol required. |
| • 11140-79830 Mashed Potatoes | OUV3-3ERLAMI | Pareve | Ⓤ Symbol required. |
| • 11140-87102 Hungry Jack Mashed Potatoes 15.3oz | OUV3-CE32564 | Pareve | Ⓤ Symbol required. |
| *Pareve as of 10.16. 2017* | | | |
| • 11140-87105 Red Skinned & Gold Mashed Potatoes | OUV3-ILSHZZO | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022

Page 24 of 30



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

December 03, 2021

Basic American Foods    (continued)

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Hungry Jack  (continued)** | | | |
| • 11140-87206 Mashed Potatoes | OUD3-DEFDBC4 | Dairy | Ⓤ-D Symbol required. |
| **Brand:  Idaho** | | | |
| • 11140-42300 Idaho Mashed Potato Granules 6.5oz<br>*Changed to Dairy 3/23/17* | OUD3-9F5D9FD | Dairy | Ⓤ-D Symbol required. |
| • 11140-42310 Idaho Mashed Potato Granules 13.75oz | OUD3-806C884 | Dairy | Ⓤ-D Symbol required. |
| **Brand:  Idaho Spuds** | | | |
| • 11140-00245 Golden Grill Hashbrown Potatoes | OUV3-21968AF | Pareve | Ⓤ Symbol required. |
| • 11140-10539 Classic Mashed Potato Flakes 13.3oz<br>*Changed to Pareve status as of February 25, 2019* | OUV3-23681 4B | Pareve | Ⓤ Symbol required. |
| • 11140-10636 Country Buttered Mashed Potatoes | OUD3-9FE4F66 | Dairy | Ⓤ-D Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Idaho Spuds (continued)** | | | |
| • 11140-10637 Roasted Garlic Mashed Potatoes | OUD3-32705SB | Dairy | Ⓤ-D Symbol required. |
| • 11140-10638 Supreme Baked Mashed Potatoes | OUD3-3E4CC0F | Dairy | Ⓤ-D Symbol required. |
| • 11140-10639 Creamy Ranch Mashed Potatoes | OUD3-D772E92 | Dairy | Ⓤ-D Symbol required. |
| • 11140-10747 Four Cheese Mashed Potatoes | OUD3-0A28NTJ | Dairy | Ⓤ-D Symbol required. |
| • 11140-10790 Butter & Herb Mashed Potatoes | OUD3-TDSE8AM | Dairy | Ⓤ-D Symbol required. |
| • 11140-10839 Country Buttered Mashed Potatoes | OUD3-77CXRDR | Dairy | Ⓤ-D Symbol required. |
| • 11140-10839 Country Buttered Mashed Potatoes Promo | OUD3-OTTWIE7 | Dairy | Ⓤ-D Symbol required. |
| • 11140-10840 Roasted Garlic Mashed Potatoes-Pre-Priced | OUD3-FIKFNGK | Dairy | Ⓤ-D Symbol required. |
| • 11140-10841 Four Cheese Mashed Potatoes-Pre-Priced | OUD3-OHKIOKP | Dairy | Ⓤ-D Symbol required. |
| • 11140-10842 Country Buttered Mashed Potatoes | OUD3-SR0P5F2 | Dairy | Ⓤ-D Symbol required. |
| • 11140-10872 Country Buttered Mashed Potatoes | OUD3-XDQ3RNY | Dairy | Ⓤ-D Symbol required. |
| • 11140-10873 Roasted Garlic Mashed Potatoes | OUD3-4RSJAFU | Dairy | Ⓤ-D Symbol required. |
| • 11140-10874 Supreme Baked Mashed Potatoes | | | |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022

Page 26 of 30



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   אורח קהילות האורתודוקסים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods    (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Idaho Spuds  (continued)** | | | |
| • 11140-10883 VeggieMash Mashed Potatoes with Cauliflower, Butter & Herb | OUD3-1YRG5HH | Dairy | Ⓤ-D Symbol required. |
| • 11140-10885 VeggieMash Mashed Potatoes with Cauliflower & Ranch | OUD3-8RTWPVN | Dairy | Ⓤ-D Symbol required. |
| • 11140-10886 VeggieMash Mashed Potatoes with Broccoli & Cheddar | OUD3-P5NPXDT | Dairy | Ⓤ-D Symbol required. |
| • 11140-10887 Four Cheese Mashed Potatoes | OUD3-OOY7PJI | Dairy | Ⓤ-D Symbol required. |
| • 11140-10961 Veggie Hashbrowns - Potatoes with Red and Green Peppers | OUV3-321C624 | Pareve | Ⓤ Symbol required. |
| • 11140-10962 Veggie Hashbrowns - Potatoes with Carrots and Bell Peppers | OUV3-D2417BE | Pareve | Ⓤ Symbol required. |
| • 11140-42400 Classic Mashed Potato Flakes 26.7oz | OUV3-88A67B2 | Pareve | Ⓤ Symbol required. |

*Pareve as of December 18, 2018*

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022



# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורטודוקסים דאמעריקא

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Idaho Spuds  (continued)** | | | |
| • 11140-42500 Classic Mashed Potato Flakes 13.3oz | OUV3-B2DABC8 | Pareve | Ⓤ Symbol required. |
| *Changed to Pareve status as of February 25, 2019* | | | |
| **Brand:  Idaho™ Spuds®** | | | |
| • 11140-10965 Hashbrowns (No Sodium Bisulfite) 192/2.1 lb Tray | OUV3-OWXYHAH | Pareve | Ⓤ Symbol required. |
| • 11140-11057 Hashbrowns 6/4.2 oz CTN | OUV3-89RFUJO | Pareve | Ⓤ Symbol required. |
| **Brand:  Luigino's** | | | |
| • 900142 Potato Flakes 40# Bag | OUV3-60B4AD3 | Pareve | Ⓤ Symbol required. |
| • 900143 Instant Potato Granules 50# Bag | OUV3-731959E | Pareve | Ⓤ Symbol required. |
| **Brand:  Modern Table** | | | |
| • 10925 Classic Cheddar Style Vegan Mac | OUV3-RHRBTIQ | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

**This certification is valid through 12/31/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס״ד

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Modern Table (continued)** | | | |
| • 10926 Southwest Vegan Mac | OUV3-TOTUAF6 | Pareve | Ⓤ Symbol required. |
| • 10927 White Cheddar Style Vegan Mac | OUV3-6REKOME | Pareve | Ⓤ Symbol required. |
| • 11006 Creamy Parmesan & Herb Style Vegan Sauce & Pasta | OUV3-DMSNBGQ | Pareve | Ⓤ Symbol required. |
| • 11007 Creamy Garlic & Herb Vegan Sauce & Pasta | OUV3-JZZC9LY | Pareve | Ⓤ Symbol required. |
| • 11008 Creamy Alfredo Style Vegan Sauce & Pasta | OUV3-2C8EZSF | Pareve | Ⓤ Symbol required. |
| • 11009 Thai Coconut Curry Vegan Sauce & Pasta | OUV3-WD3AC3A | Pareve | Ⓤ Symbol required. |
| • 88683 10800 Complete Protein Pasta Elbows | OUV3-D60F5BC | Pareve | Ⓤ Symbol required. |
| • 88683 10801 Complete Protein Pasta Rotini | OUV3-2F08363 | Pareve | Ⓤ Symbol required. |
| • 88683 10802 Complete Protein Pasta Penne | OUV3-4436GBF | Pareve | Ⓤ Symbol required. |
| • 88683 10881 Complete Protein Pasta Spirals | OUV3-CBE6D17 | Pareve | Ⓤ Symbol required. |
| • 88683 10945 Complete Protein Rotini with Beets | OUV3-C216ECE | Pareve | Ⓤ Symbol required. |
| • 88683-11002 Vegan White Cheddar | OUV3-HU1HVQR | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022

Page 29 of 30



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

December 03, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Basic American Foods   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Modern Table (continued)** | | | |
| • 88683-11003 Vegan Southwest | OUV3-6GXSWQI | Pareve | Ⓤ Symbol required. |
| • 88683-11004 Vegan Classic Cheddar | OUV3-OAIFFIU | Pareve | Ⓤ Symbol required. |
| **Brand:  Nonpareil** | | | |
| • Potato Flakes | OUV3-0708A2I | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022

Page 30 of 30

# KOSHER SERVICE



## Certificate of Kashruth — תעודת כשרות

**Food Concepts**
216 East Main Street
Lebanon TN 37087
Tel: 615-443-1079 Fax: 615-443-0802

This letter of certification issued on משרד שלנו ה"ז has been explicitly approved to produce and or distribute kosher certified products under the **Ko** and is valid through December 31, 2022:

**The following products are Kosher and PAREVE as listed.**

| Item Number | Description | Status |
|---|---|---|
| | **Beverage** | |
| BAL013302 | 100% Instant Orange Beverage 72/7 oz | PAREVE |
| BAL013303 | 100% Instant Punch Beverage 72/7 oz | PAREVE |
| BAL013304 | 100% Instant Grape Beverage 72/7 oz | PAREVE |
| BAL013310 | 100% Instant Pink Lemonade Beverage 72/7 oz | PAREVE |
| GEO013202 | GEO Clear Orange Fortified Beverage Single Serve 1000/1.4 gr. | PAREVE |
| GEO013203 | GEO Clear Punch Fortified Beverage Single Serve 1000/1.4 gr. | PAREVE |
| GEO013204 | GEO Clear Grape Fortified Beverage Single Serve 1000/1.4 gr. | PAREVE |
| GEO013206 | GEO Clear Lemonade Fortified Beverage Single Serve 1000/1.4 gr. | PAREVE |
| GEO013603 | GEO Clear Punch with added Calcium 72/ 5 oz. | PAREVE |
| GEO013604 | GEO Clear Grape with added Calcium 72/ 5 oz. | PAREVE |
| GEO013606 | GEO Clear Lemonade with added Calcium 72/ 5 oz. | PAREVE |
| GEO013607 | GEO Clear Raspberry with added Calcium 72/ 5 oz. | PAREVE |
| JNM091202 | Jennax Orange Beverage with Vitamins38.6/8.5 oz | PAREVE |
| JNM091204 | Jennax Grape Beverage with Vitamins 36/8.5 oz | PAREVE |
| JNM091205 | Jennax Cherry Beverage with Vitamins 36/8.5 oz | PAREVE |
| JNM091221 | Jennax Cranberry Beverage with Vitamins 36/8.5 oz | PAREVE |
| MSH777702 | Orange Springhouse Regular Beverage Drink Mix 1000/7gr. | PAREVE |
| MSH777704 | Punch Springhouse Regular Beverage Drink Mix 1000/7gr. | PAREVE |
| MSH777706 | Grape Springhouse Regular Beverage Drink Mix 1000/7gr. | PAREVE |
| MSH777706 | Lemon Springhouse Regular Beverage Drink Mix 1000/7gr. | PAREVE |
| MSH777707 | Raspberry Springhouse Regular Beverage Drink Mix 1000/7gr. | PAREVE |
| MSH777711 | Clear Orange Springhouse Regular Beverage Drink Mix 1000/7gr. | PAREVE |
| MSH777713 | Clear Peach Springhouse Regular Beverage Drink Mix 1000/7gr. | PAREVE |
| MSH888802 | Orange Calcium & Vitamin Fortified Beverage 1000/2.6 gr. | PAREVE |
| MSH888803 | Punch Calcium & Vitamin Fortified Beverage 1000/2.6 gr. | PAREVE |
| MSH888804 | Grape Calcium & Vitamin Fortified Beverage 1000/2.6 gr. | PAREVE |
| MSH888806 | Lemon Calcium & Vitamin Fortified Beverage 1000/2.6 gr. | PAREVE |
| MSH888807 | Raspberry Calcium & Vitamin Fortified Beverage 1000/2.6 gr. | PAREVE |
| MSH888812 | Clear Orange Calcium & Vitamin Fortified Beverage 1000/2.6 gr. | PAREVE |
| MSH888813 | Clear Peach Calcium & Vitamin Fortified Beverage 1000/2.6 gr. | PAREVE |

_Signature of Food Concepts Representative_

This מכתב הכשר is valid as indicated and is the property of Adas Harabonim of Philadelphia

**Founded in 1940 by**
Rabbi David S. Novoseller, ז"ל
Rabbi Moshe Schaalb, ז"ל
Rabbi Dr. Shalom Novoseller, ז"ל

Ko Kosher Service
Rabbi Amiel B. Novoseller
amiel@kokosher.org
Rabbi Moshe E. Novoseller

Thursday, January 27, 2022
Shvat25/5782

LOC Page 1 of 16

Member/affiliate of IFT and NPA

www.kokosher.com
email: info@kokosher.org
Phone # 800-626-1100
Postal Mailing:
1504 Von Steuben Drive
West Chester PA 19380
USA

For more information about
Ko Kosher Service



# KOSHER SERVICE



## Certificate of Kashruth

אל ידידנו היקרים חברת Food Concepts אשר בכל ומפקדת על ידנו יתן לו יתעלה

## Food Concepts
216 East Main Street
Lebanon TN 37087
Tel: 615-443-1079 Fax: 615-443-0802

This letter of certification issued on ב"ה ט"ו שבט has been explicitly approved to produce and or distribute kosher certified products under the **Ko** and is valid through **December 31, 2022**:

### The following products are Kosher and PAREVE as listed.

| Item Number | Description | Status |
|---|---|---|
| SSP010722 | Lemon Lime Refresher Source Sports Drink 6/55 oz. | PAREVE |
| SSP010731 | Cal 15 Bulk Berry Punch 36/7.5oz | PAREVE |
| SSP010732 | Cal 15 Bulk Orange 36/7.5oz | PAREVE |
| SSP010733 | Cal 15 Bulk Punch 36/7.5oz | PAREVE |
| SSP010734 | Cal 15 Bulk Grape 36/7.5oz | PAREVE |
| SSP010737 | Cal 15 Raspberry Lemon Bulk Beverage 36/7.5oz | PAREVE |
| SSP010155 | Orange Refresher Sports Drink 12/55oz | PAREVE |
| SSP010156 | Lemon Lime Refresher Sports Drink 12/55oz | PAREVE |
| SSP010302 | Orange Individual Beverage Base 1000/1.4 gr. | PAREVE |
| SSP010303 | Punch Individual Beverage Base 1000/1.4gr | PAREVE |
| SSP010304 | Grape Individual Beverage Base 1000/1.4 gr. | PAREVE |
| SSP010306 | Lemon Individual Beverage Base 1000/1.4 gr. | PAREVE |
| SSP010322 | Orange Springhouse Instant Beverage with Vitamin C & D 2000/1.4 gr | PAREVE |
| SSP010326 | Lemonade Springhouse Instant Beverage with Vitamin C & D 2000/1.4 gr. | PAREVE |
| SSP010402 | Orange CAL-15 1,500 lb. Super Sac | PAREVE |
| SSP010403 | Punch CAL-15 1,500 lb. Super Sac | PAREVE |
| SSP010412 | Clear Grape CAL-15 1,500 lb. Super Sac | PAREVE |
| SSP010414 | Raspberry Lemon CAL-15 1,500 lb. Super Sac | PAREVE |
| SSP010420 | Clear Grape CAL-15 1,500 lb. Super Sac | PAREVE |
| SSP010421 | Lemonade CAL-15, 1500 lb. Super Sac | PAREVE |
| SSP010427 | Berry Punch CAL-15, 1,500 lb. Super Sac | PAREVE |
| SSP010432 | Orange Power Stix Drink Mix 1,500 lb. Super Sac | PAREVE |
| SSP010433 | Punch Power Stix Drink Mix 1,500 lb. Super Sac | PAREVE |
| SSP010434 | Grape Power Stix Drink Mix 1,500 lb. Super Sac | PAREVE |
| SSP010435 | Pink Lemonade Power Stix Drink Mix 1,500 lb. Super Sac | PAREVE |
| SSP010436 | Lemon Power Stix Drink Mix 1,500 lb. Super Sac | PAREVE |
| SSP010712 | Clear Orange California 1 gram w/ Vitamin C&D 1500 lb. Super Sac | PAREVE |
| SSP010713 | Clear Punch California 1 gram w/ Vitamin C&D 1500 lb. Super Sac | PAREVE |
| SSP010714 | Clear Grape California 1 gram w/ Vitamin C&D 1500 lb. Super Sac | PAREVE |
| SSP010716 | Clear Lemon Beverage California 1 gram w/ Vitamin C&D 1500 lb. Super Sac | PAREVE |
| SSP010722 | Orange California 1 gram w/ Vitamin C&D 1500 lb. Super Sac | PAREVE |
| SSP010723 | Punch California 1 gram w/ Vitamin C&D 1500 lb. Super Sac | PAREVE |

www.kokosher.com
email: info@kokosher.org
Phone # 800-626-1100
Postal Mailing:
1504 Von Steuben Drive
West Chester PA 19380
USA

For more information about
Ko Kosher Service



Thursday, January 27, 2022
Shvat/5782

Member/affiliate of IFF and NPA

This שמחה is valid as indicated and is the property of Adas Harabonim of Philadelphia

Founded in 1940 by
Rabbi David S. Novoseller, זצ"ל,
Rabbi Moshe Schnell, זצ"ל,
Rabbi Dr. Shalom Novoseller, זצ"ל

Rabbi Amiel B. Novoseller
amiel@kokosher.org

Rabbi Moshe B. Novoseller,
Rabbi Mosheim B. Novoseller

LE HAKOL

Signature of Food Concepts representative

# KOSHER SERVICE



## Certificate of Kashruth

הרבנית שליטא קבוצת כשרות פעדראלסקאיא הבטחת כשרות הרב קאנסעפט
הרב משה י' ואת הרב ד' קבלת בית דין צדק לוס אנזשעלעס ולוס אנזשעלעס

Founded in 1940 by
ת"דל
Rabbi David S. Novoseller, ז"ל
Rabbi Moshe Schmidt, ז"ל
Rabbi Dr. Shalom Novoseller, ז"ל

Rabbi Amiel B. Novoseller
amiel@kokosher.org

Rabbi Moshe E. Novoseller
LC הרב מאיר

## Food Concepts
216 East Main Street
Lebanon TN 37087
Tel: 615-443-1079 Fax: 615-443-0802

This letter of certification issued to הרב קאנסעפט has been explicitly approved to produce and or distribute kosher certified products under the **Ko** and is valid through **December 31, 2022**:

**The following products are Kosher and PAREVE as listed.**

| Item Number | Description | Status |
|---|---|---|
| SSP01276 | Lemon California 1 gram w/ Vitamin C&D 1500 lb. Super Sac | PAREVE |
| SSP01727 | Pink Lemonade California 1 gram with Vitamin C & D, 1500 lb. Super Sac | PAREVE |
| SSP013002 | Orange Sweetened with Aspartame Enriched with Vitamin C Diet Beverage 72/5 oz. | PAREVE |
| SSP013003 | Punch Sweetened with Aspartame Enriched with Vitamin C Diet Beverage 72/5 oz. | PAREVE |
| SSP013004 | Grape Sweetened with Aspartame Enriched with Vitamin C Diet Beverage 72/5 oz. | PAREVE |
| SSP013006 | Lemonade Sweetened with Aspartame Enriched with Vitamin C Diet Beverage 72/5 oz. | PAREVE |
| SSP013009 | Strawberry Sweetened with Aspartame Enriched with Vitamin C Diet Beverage 72/5 oz. | PAREVE |
| SSP013122 | MI DOC Orange Sugar Free High K Bulk Beverage 72/5 oz. | PAREVE |
| SSP013123 | MI DOC Punch Sugar Free High K Bulk Beverage 72/5 oz. | PAREVE |
| SSP013124 | MI DOC Grape Sugar Free High K Bulk Beverage 72/5 oz. | PAREVE |
| SSP013128 | MI DOC Colorless Raspberry Sugar Free High K Bulk Beverage 72/5 oz. | PAREVE |
| SSP013132 | MI DOC Orange Sugar Free High K Single Serve Beverage 1000/2.6 gr. | PAREVE |
| SSP013133 | MI DOC Punch Sugar Free High K Single Serve Beverage 1000/2.6 gr. | PAREVE |
| SSP013134 | MI DOC Grape Sugar Free High K Single Serve Beverage 1000/2.6 gr. | PAREVE |
| SSP013138 | MI DOC Colorless Raspberry Sugar Free High K Single Serve Beverage 1000/2.6 gr. | PAREVE |
| SSP013302 | Punch PC Colorless Beverage 1000/1.4 gr. | PAREVE |
| SSP013303 | Orange PC Colorless Beverage 1000/1.4 gr. | PAREVE |
| SSP013552 | Clear Orange Vitamin Enriched Sugar Free Beverage 3,000/1.4 gr. | PAREVE |
| SSP013553 | Clear Punch Vitamin Enriched Sugar Free Beverage 3,000/1.4 gr. | PAREVE |
| SSP013554 | Clear Grape Vitamin Enriched Sugar Free Beverage 3,000/1.4 gr. | PAREVE |
| SSP013556 | Clear Lemon Vitamin Enriched Sugar Free Beverage 3,000/1.4 gr. | PAREVE |
| SSP013602 | Clear Orange Beverage with added Calcium 72/5 oz. | PAREVE |
| SSP013603 | Clear Punch Beverage with added Calcium 72/5 oz. | PAREVE |
| SSP013606 | Clear Lemonade Beverage with added Calcium 72/5 oz. | PAREVE |
| SSP013702 | Orange High Yield Economy Beverage w/Vitamins 144/56 gr. | PAREVE |
| SSP013703 | Punch High Yield Economy Beverage w/Vitamins 144/56 gr. | PAREVE |
| SSP013704 | Grape High Yield Economy Beverage w/Vitamins 144/56 gr. | PAREVE |
| SSP013706 | Lemonade High Yield Economy Beverage w/Vitamins 144/56 gr. | PAREVE |
| SSP013708 | Clear Orange High Yield Economy Beverage w/Vitamins 144/56 gr. | PAREVE |
| SSP013709 | Clear Punch High Yield Economy Beverage w/Vitamins 144/56 gr. | PAREVE |
| SSP013710 | Clear Grape High Yield Economy Beverage w/Vitamins 144/56 gr. | PAREVE |
| SSP013711 | Clear Lemonade High Yield Economy Beverage w/Vitamins 144/56 gr. | PAREVE |

For more information about
Ko Kosher Service

Member/Affiliate of IFF and NPA

Thursday, January 27, 2022
Shvat/25/5782
כ"ה בשבט/תשפ"ב

LOC Page 3 of 16

www.kokosher.com
email: info@kokosher.org
Phone # 800-626-1100
Postal Mailing:
1504 Von Steuben Drive
West Chester PA 19380
USA



_Signature of Food Concept representative_

This מכתב מיתן valid as indicated and is the property of Ada Harabonim of Philadelphia

# KOSHER SERVICE



תעודת הכשר  Certificate of Kashruth

הננו לתת כתיבת הכשר מעכ"ת אשר בהשגחתנו נעשים כל מיני

בעזה"י 2022 ינואר 31 עד הפסח הבעל"ט על הפרודקטן קמפעני.

Food Concepts

216 East Main Street
Lebanon TN 37087
Tel: 615-443-1079 Fax: 615-443-0802

This letter of certification issued on בעזה"י ימים באם ה"ה has been explicitly approved to produce and or distribute kosher certified products under the **Ko** and is valid through **December 31, 2022**:

## The following products are Kosher and PAREVE as listed.

| Item Number | Description | Status |
|---|---|---|
| SSP013722 | Orange Vitamin Enriched Bulk Beverage 72/56 gr. | PAREVE |
| SSP013723 | Punch Vitamin Enriched Bulk Beverage 72/56 gr. | PAREVE |
| SSP013732 | Clear Orange Vitamin Enriched Beverage 72/56 gr. | PAREVE |
| SSP013733 | Clear Punch Vitamin Enriched Beverage 72/56 gr. | PAREVE |
| SSP013734 | Clear Grape Vitamin Enriched Beverage 72/56 gr. | PAREVE |
| SSP013736 | Clear Lemon Vitamin Enriched Bulk Beverage 72/56 gr. | PAREVE |
| SSP013802 | Orange Beverage Base with added Calcium 72/5 oz. | PAREVE |
| SSP013803 | Punch Beverage Base with added Calcium 72/5 oz. | PAREVE |
| SSP013804 | Grape Beverage Base with added Calcium 72/5 oz. | PAREVE |
| SSP013805 | Cherry Beverage Base with added Calcium 72/5 oz. | PAREVE |
| SSP013806 | Lemonade Beverage Base with added Calcium 72/5 oz. | PAREVE |
| SSP013807 | Raspberry Beverage Base with added Calcium 72/5 oz. | PAREVE |
| SSP013808 | Kiwi Beverage Base with added Calcium 72/5 oz. | PAREVE |
| SSP013810 | Pink Lemonade Beverage Base with added Calcium 72/5 oz. | PAREVE |
| SSP013902 | Orange FL DOC High Calorie Beverage Base Fortified with Vitamins & Potassium 250/40 gr. | PAREVE |
| SSP013904 | Grape FL DOC High Calorie Beverage Base Fortified with Vitamins & Potassium 250/40 gr. | PAREVE |
| SSP013905 | Cherry FL DOC High Calorie Beverage Base Fortified with Vitamins & Potassium 250/40 gr. | PAREVE |
| SSP013909 | FL DOC High Calorie Cherry Kosher Passover Beverage 250/40 gr. | PAREVE |
| SSP013933 | Clear Punch Vitamin & Calcium Enriched Beverage 1,000/1.4 gr. | PAREVE |
| SSP013934 | Clear Grape Vitamin & Calcium Enriched Beverage 1,000/1.4 gr. | PAREVE |
| SSP013936 | Clear Lemon Vitamin & Calcium Enriched Single Serve 1000/1.4 gr. | PAREVE |
| SSP013942 | Orange Vitamin & Calcium Enriched Single Serve 1000/1.4 gr. | PAREVE |
| SSP01342F | Orange Vitamin & Calcium Enriched Beverage 1,000/1.4 gr. High Barrier Silver Film | PAREVE |
| SSP013943 | Punch Vitamin & Calcium Enriched Single Serve 1000/1.4 gr. | PAREVE |
| SSP01344F | Grape Vitamin & Calcium Enriched Beverage 1,000/1.4 gr. High Barrier Silver Film | PAREVE |
| SSP01346F | Lemon Vitamin & Calcium Enriched Beverage 1,000/1.4 gr. High Barrier Silver Film | PAREVE |
| SSP014002 | Colorless Orange Bulk Beverage 72/5 oz | PAREVE |
| SSP014003 | Colorless Punch Bulk Beverage 72/5 oz. | PAREVE |
| SSP014122 | MI DOC Orange High Calorie with Vitamins & Potassium Bulk Beverage 12/16 oz. | PAREVE |
| SSP014123 | MI DOC Punch High Calorie with Vitamins & Potassium Bulk Beverage 12/16 oz. | PAREVE |
| SSP014124 | MI DOC Grape High Calorie with Vitamins & Potassium Bulk Beverage 12/16 oz. | PAREVE |
| SSP014128 | MI DOC Colorless Raspberry High Calorie with Vitamins & Potassium Bulk Beverage 12/16 oz. | PAREVE |

Signature of Food Concepts/Representative

רחמי'ה בתרם, אטיזא

Rexford E. Kingstone

President, F.C.

This תעודה הכשר is valid as
indicated and is the
property of
Adas Hatophim of
Philadelphia

USA
West Chester PA 19380
1504 Von Steuben Drive
Postal Mailing:

Phone # 800-626-1100
email: info@kokosher.org
www.kokosher.com



For more information about
Ko Kosher Service

Member/affiliate of IFF and NPA

ט'ע'ר'נ/ט'ל'ע/ט'ל'נ
Siyan/5/5782
Thursday, January 27, 2022

LOC Page 4 of 16

בערלין, בּנ
ליטא
הרב עזריאל יוסף ראזנער
טשעבנהאוו, בנ
ליטוטא
הרב חיים פישל רייזער
קענעדקע, בנ
פולין
הרב ברוך דוב היא אלטער, הבד"צ
הרמאנשטאט, בנ
בנ הרב ר' חיים שלום, הבד"צ
פנט, גלי פולין

הרב דוד אברהם פעטערזאהן
Rabbi Moshe E. Novoseller
פארדאמינג מלוה חסיד בנ רב חיא
חברה ר' חיים, בנ רב אלחנן
הרחבוט מהני בבערלין וישראל
ברוך הבד"צ, הבד"צ מהני פעטערזאהן
הרב אברהם בערלין

הרב דניאל

Rabbi Daniel S. Novoseller, רב"ה,
Rabbi Moshe Schmidt, רב"ה,
Rabbi Dr. Shalom Novoseller, רב"ה,
Rabbi Amiel B. Novoseller
Rabbi David S. Novoseller, רב"ה,

בס"ד
Founded in 1940 by



# KOSHER SERVICE Ko

תעודת כשרות
## Certificate of Kashruth

אל יעסוק אדם במשא ובמתן ולא יתקרב לשום דבר אלא אם כן למד דיני איסור והיתר

הננו מעידים בזה כי חברת פוד קאנסעפטס עד 31 בדצמבר 2022 תעמוד תחת השגחתנו

**Food Concepts**
216 East Main Street
Lebanon TN 37087
Tel: 615-443-1079 Fax: 615-443-0802

This letter of certification issued to פוד קאנסעפטס has been explicitly approved to produce and or distribute kosher certified products under the **Ko** and is valid through **December 31, 2022.**

The following products are Kosher and PAREVE as listed.

| Item Number | Description | Status |
|---|---|---|
| SSP014132 | MI DOC Orange High Calorie with Vitamins & Potassium Single Serve Beverage 100/11.4 gr. | PAREVE |
| SSP014133 | MI DOC Punch High Calorie with Vitamins & Potassium Single Serve Beverage 100/11.4 gr. | PAREVE |
| SSP014134 | MI DOC Grape High Calorie with Vitamins & Potassium Single Serve Beverage 100/11.4 gr. | PAREVE |
| SSP014138 | MI DOC Colorless Raspberry High Calorie with Vitamins & Potassium Single Serve Beverage 100/11.4 gr | PAREVE |
| SSP014302 | Clear Orange with Added Calcium Beverage 72/7 oz. | PAREVE |
| SSP014303 | Clear Punch with Added Calcium Beverage 72/7 oz. | PAREVE |
| SSP014304 | Clear Grape with Added Calcium Beverage 72/7 oz. | PAREVE |
| SSP020304 | Tropical Splash Juice-O-Plenty II 6/60 oz. | PAREVE |
| SSP020305 | Lemon/Orange Juice-O-Plenty II 6/60 oz. | PAREVE |
| SSP030395 | Orange Citrus Sunrise 12/40 oz. | PAREVE |
| SSP030396 | Strawberry Banana Citrus Sunrise 12/40 oz. | PAREVE |
| SSP030397 | Punch Citrus Sunrise 12/40 oz. | PAREVE |
| SSP090902 | Orange Breakfast Drink Enriched with Vitamin C 6/60 oz | PAREVE |
| SSP090916 | Grapefruit Breakfast Drink Enriched with Vitamin C 6/60 oz | PAREVE |
| SSP090921 | Cranberry Breakfast Drink Enriched with Vitamin C 6/60 oz | PAREVE |
| SSP091030 | 300/1 oz Regular with Protein Equimilk | PAREVE |
| SSP091030P | 300/1 oz Regular with Protein Equimilk (Printed Film) | PAREVE |
| SSP091206 | Cherry Fortified with Vitamins and Potassium Beverage Base 100/5.5 oz. | PAREVE |
| SSP091207 | Grape Fortified with Vitamins and Potassium Beverage Base 100/5.5 oz. | PAREVE |
| SSP091215 | Colorless Orange Beverage 100/1 oz. | PAREVE |
| SSP091216 | Colorless Raspberry Beverage 100/1 oz. | PAREVE |
| SSP501302 | Orange High Calcium Plus Bulk Beverage 24/7.4 oz. | PAREVE |
| SSP501304 | Grape High Calcium Plus Bulk Beverage 24/7.4 oz. | PAREVE |
| SSP501305 | Cherry High Calcium Plus Bulk Beverage 24/7.4 oz. | PAREVE |
| SSP501306 | Clear Lemon High Calcium Plus Bulk Beverage 24/7.4 oz. | PAREVE |
| SSP501313 | Clear Punch High Calcium Plus Bulk Beverage 24/7.4 oz. | PAREVE |
| SSP501314 | Clear Grape High Calcium Plus Bulk Beverage 24/7.4 oz. | PAREVE |
| SSP503222 | Punch Calcium & Vitamin Fortified Single Serve 1000/3 gr. | PAREVE |
| SSP503223 | Orange Calcium & Vitamin Fortified Single Serve 1000/3 gr. | PAREVE |
| SSP503232 | Clear Orange Calcium & Vitamin Fortified Single Serve 1000/3 gr. | PAREVE |
| SSP503233 | Clear Peach Calcium & Vitamin Fortified Single Serve 1000/3 gr. | PAREVE |
| SSP503236 | Clear Lemon Calcium & Vitamin Fortified Single Serve 1000/3 gr. | PAREVE |



Signature of Food Concepts Representative

**Founded in 1940 by**
בס"ד

Rabbi David S. Novoseller, זצ"ל
Rabbi Moshe Shatzkes זצ"ל
Rabbi Dr. Shalom Novoseller, זצ"ל

Rabbi Amiel B. Novoseller
amiel@kokosher.org

Rabbi Moshe E. Novoseller

LOC Page 5 of 16
Thursday, January 27, 2022
Shvat23/5782
ט"ו/שבט/תשפ"ב

Member/affiliate of IFF and NPA

For more information about
Ko Kosher Service



www.kokosher.com
www.Kokosher.com
email: info@kokosher.org
Phone # 800-626-1100

Postal Mailing:
1504 Von Steuben Drive
West Chester PA 19380
USA

This אישור is valid as indicated and is the property of Adas Harabonim of Philadelphia

# KOSHER SERVICE ®



## Certificate of Kashruth

[Hebrew text]

Ko Kosher Service
אגוד הרבנים דפילאדלפיא
info@kokosher.org
Rabbi Aniel R. Novoseller
Rabbi Dr. Shalom Novoseller,שליט"א

**Food Concepts**
216 East Main Street
Lebanon TN 37087
Tel: 615-443-1079 Fax: 615-443-0802

This letter of certification issued on [Hebrew] has been explicitly approved to produce and or distribute kosher certified products under the **Ko** and is valid through December 31, 2022:

**The following products are Kosher and PAREVE as listed.**

| Item Number | Description | Status |
|---|---|---|
| | **Bread** | |
| SSP1011 | TSG Roll and Loaf Base CCA 24/21.5 oz. | PAREVE |
| SSP1012 | TSG Roll and Loaf Base 48/7.1 oz. | PAREVE |
| SSP1015 | Roll & Loaf Mix 48/7.1 oz. | PAREVE |
| | **Cheese** | |
| SSP07403 | Aramark Cheese Sauce 2/25 lb. | DAIRY |
| MLJK072401 | Cheese Sauce Mix 40 lb. | DAIRY |
| SSP07401 | Cheese Sauce Mix 1/39 lb 10 oz. | DAIRY |
| SSP07402 | Cheese Sauce Mix 12/25.5 oz. | DAIRY |
| SSP07407 | Cheddar Cheese Spread 6/2.5 lb. | DAIRY |
| SSP07601 | Cheese Sauce Mix with Jalapenos 12/25.5 oz | DAIRY |
| SSP07701 | Calcium Fortified Reduced Sodium Cheese Sauce 12/25.5oz | DAIRY |
| | **Tea & Coffee** | |
| GEO013611 | GEO Fortified Tea Beverage with Vitamin C&D 72/5 oz | PAREVE |
| GEOEC001313 | GEO Instant Spray Dried Coffee with Activator Double Yield 1/20 lb. | PAREVE |
| SSP013551 | Sugar Free Instant Beverage 1000/1.4gr | PAREVE |
| SSP013551 | Sweet Tea Vitamin Enriched Sugar Free Beverage 3,000/1,4 gr. | PAREVE |
| SSP01725 | Tea Vitamin Enriched Bulk Beverage 72/56 gr. | PAREVE |
| SSP013811 | Sweet Tea with added Calcium & Vitamin C Beverage 72/5 oz. | PAREVE |
| SSP013945 | Tea Vitamin & Calcium Enriched Single Serve 1000/1,4 gr. | PAREVE |
| SSP013945F | Sweet Tea Vitamin & Calcium Enriched Beverage 1,000/1,4 gr. High Barrier Silver Film | PAREVE |
| SSP01441 | TN Tea Bulk Beverage 12/1,5 lb. | PAREVE |
| SSP091210 | Instant Tea Sweetened Fortified with Vitamins Beverage Mix 100/5 oz. | PAREVE |
| SSP092120 | Sweet Tea Bulk 12/2.5oz | PAREVE |
| SSP013909 | Instant Freeze Dried Coffee w/Activator Double Yield 12/8oz. | PAREVE |
| SSPEC013110 | Instant Coffee FD W/Activator 24/4 oz | PAREVE |
| SSPEC013111 | Deep Rich Spray Dried Coffee Single Serve 1000 ct | PAREVE |
| SSPEC013112 | Freeze Dried Instant Coffee with Activator 1/25 lb. | PAREVE |
| SSPEC013113 | Instant Spray Dried With Activator Double Yield Coffee 1/20 lb. | PAREVE |
| SSPEC013402 | Ground Coffee 1/2/2 lb | PAREVE |
| SSPEC030201 | Instant Caffeinated Coffee Single Serve 1000-1.4gr | PAREVE |
| TBD | Ice Brew 250/23gr | PAREVE |

**Founded in 1940 by**
ל'פ'ק
Rabbi David S. Novoseller, שליט"א
Rabbi Moshe Sthum,שליט"א
Rabbi Dr. Shalom Novoseller,שליט"א

Rabbi Moshe E. Novoseller,
[Hebrew]
[Hebrew]

LOC Page 6 of 16
Thursday, January 27, 2022
Shreve/53782
ל'ק/אדר/תשפ"ב
Member/affiliate of IFF and NPA

For more information about
Ko Kosher Service



www.kokosher.com
email: info@kokosher.org
Phone # 800-626-1100
Postal Mailing:
1604 Von Steuben Drive
West Chester PA 19380
USA

This [Hebrew] is valid as indicated and is the property of Adas Harabonim of Philadelphia

_Signature of Food Concepts representative_

# KOSHER SERVICE

**Ko**

## תעודת כשרות Certificate of Kashruth

### Food Concepts
216 East Main Street
Lebanon TN 37087
Tel: 615-443-1079 Fax: 615-443-0802

This letter of certification issued on מזמן זאת has been explicitly approved to produce and or distribute kosher certified products under the **Ko** and is valid through **December 31, 2022**.

**The following products are Kosher and PAREVE as listed.**

| Item Number | Description | Status |
| --- | --- | --- |
| | **Frosting** | |
| SSP820566 | Buttercreme Easy Spread Cake Frosting Mix 6/3 lb. 12 oz. | DAIRY |
| SSP820567 | Chocolate Easy Spread Cake Frosting Mix 6/3 lb. 12 oz. | DAIRY |
| SSP820568 | Vanilla Easy Spread Cake Frosting Mix 6/3 lb. 12 oz. | DAIRY |
| SSP900590 | Whip Topping Mix 12/1 lb. | DAIRY |
| | **Gelatin** | |
| SSP052202 | Orange High Yield Instant Gelatin 6/24.0 oz . | PAREVE |
| SSP052205 | Cherry High Yield Instant Gelatin 6/24 oz . | PAREVE |
| SSP052206 | Lemon High Yield Instant Gelatin 6/24 oz . | PAREVE |
| SSP052207 | Raspberry High Yield Instant Gelatin 6/24 oz . | PAREVE |
| SSP052209 | Strawberry High Yield Instant Gelatin 6/24 oz . | PAREVE |
| SSP052212 | Lime High Yield Instant Gelatin 6/24 oz . | PAREVE |
| SSP052422 | Orange High Calorie Instant Gelatin 6/24 oz. | PAREVE |
| SSP052425 | Cherry High Calorie Instant Gelatin 6/24 oz. | PAREVE |
| SSP052426 | Lemon High Calorie Instant Gelatin 6/24 oz. | PAREVE |
| SSP052427 | Raspberry High Calorie Instant Gelatin 6/24 oz. | PAREVE |
| SSP052429 | Strawberry High Calorie Instant Gelatin 6/24 oz. | PAREVE |
| SSP052432 | Lime High Calorie Instant Gelatin 6/24.0 oz. | PAREVE |
| SSP052442 | Orange High Calorie Instant Gelatin 6/4.5 lb | PAREVE |
| SSP052446 | Lime High Calorie Instant Gelatin 6/4.5 lb | PAREVE |
| SSP052448 | Lemon High Calorie Instant Gelatin 6/4.5 lb | PAREVE |
| SSP052502 | Orange Sweet Gelatin 12/24 oz. | PAREVE |
| SSP052505 | Cherry Sweet Gelatin 12/24 oz. | PAREVE |
| SSP052506 | Lemon Sweet Gelatin 12/24 oz. | PAREVE |
| SSP052507 | Raspberry Sweet Gelatin 12/24 oz. | PAREVE |
| SSP052509 | Strawberry Sweet Gelatin 12/24 oz. | PAREVE |
| SSP052512 | Lime Sweet Gelatin 12/24 oz. | PAREVE |
| SSP053002 | Cherry Diet Gelatin Sweetened with Aspartame 18/2.75 oz. | PAREVE |
| SSP053005 | Lemon Diet Gelatin Sweetened with Aspartame 18/2.75 oz. | PAREVE |
| SSP053006 | Cherry Diet Gelatin Sweetened with Aspartame 18/2.75 oz. | PAREVE |
| SSP053007 | Raspberry Diet Gelatin Sweetened with Aspartame 18/2.75 oz. | PAREVE |
| SSP053009 | Strawberry Diet Gelatin Sweetened with Aspartame 18/2.75 oz. | PAREVE |

**Founded in 1940 by**
ל"ד
Rabbi David S. Novoseller, זצ"ל,
Rabbi Moshe Schmulka ב"ב,
Rabbi Dr. Shalom Novoseller זצ"ל.

Rabbi Amiel D. Novoseller
amiel@kokosher.org

Rabbi Moshe E. Novoseller

For more information about
Ko Kosher Service

Member/affiliate of IKF and NPA

LOC Page 7 of 16
Thursday, January 27, 2022
Shevat 25/5782

www.kokosher.com
email: info@kokosher.org
Phone # 800-626-1100
Postal Mailing:
1504 Von Steuben Drive
West Chester PA 19380
USA

This תעודה is valid as indicated and is the property of Adas Harabonim of Philadelphia

Signature of Food Concepts representative



# KOSHER SERVICE



**Ko**

## Certificate of Kashruth — תעודת כשרות

הננו בזה מאשרים כי חברת Food Concepts אשר תחת השגחתנו ניתן להם רשיון להשתמש בסמל ®Ko

אנו מאשרים בזה כי המוצרים המפורטים בזה הם תחת השגחתנו ביום 31 דעמבר 2022 קאסערד, והמוצרים כולם כשרים לאכלם.

## Food Concepts
216 East Main Street
Lebanon TN 37087
Tel: 615-443-1079 Fax: 615-443-0802

This letter of certification issued on בע"ה ראש חדש כסלו has been explicitly approved to produce and or distribute kosher certified products under the **Ko** and is valid through December 31, 2022:

### The following products are Kosher and PAREVE as listed.

| Item Number | Description | Status |
|---|---|---|
| SSP053012 | Lime Diet Gelatin Sweetened with Aspartame 18/2.75 oz. | PAREVE |
| SSP054002 | Bulk Orange Gelatin 22.5 lb | PAREVE |
| SSP054006 | Bulk Lemon Gelatin 22.5 lb. | PAREVE |
| SSP054012 | Bulk Lime Gelatin 22.5 lb. | PAREVE |
| SSP054302 | Orange High Calorie Bulk Gelatin 25lb | PAREVE |
| SSP054305 | Cherry High Calorie Bulk Gelatin 25lb | PAREVE |
| SSP054306 | Lemon High Calorie Bulk Gelatin 25lb | PAREVE |
| SSP054307 | Raspberry High Calorie Bulk Gelatin 25lb | PAREVE |
| SSP054309 | Strawberry High Calorie Bulk Gelatin 25lb | PAREVE |
| SSP054312 | Lime High Calorie Bulk Gelatin 25lb | PAREVE |
| | **Gravy & Base** | |
| MJK072403 | Country Gravy 30 lb | DAIRY |
| SSP070101 | Poultry Soup & Gravy Base 12/1 lb. | DAIRY |
| SSP070102 | Beef Soup & Gravy Base 12/1 lb. | PAREVE |
| SSP070105 | Economy Poultry Soup & Gravy Base 1/25 lb. | PAREVE |
| SSP070106 | Economy Beef Soup & Gravy Base 1/25 lb. | PAREVE |
| SSP070702 | Low Sodium Beef Soup & Gravy Base 1/25 lb. | PAREVE |
| SSP070703 | Low Sodium Poultry Soup & Gravy Base 1/25 lb. | PAREVE |
| SSP070704 | Low Sodium Beef Soup & Gravy Base 2/25 lb. | PAREVE |
| SSP071801 | Beef Brown Gravy Mix 20 lb 8 oz. | DAIRY |
| SSP071802 | Beef Gravy Mix 12/25 oz | DAIRY |
| SSP071803 | Beef Brown Gravy Mix 24/25 oz. | DAIRY |
| SSP071806 | Missouri Beef Gravy 1/20lb 8oz | DAIRY |
| SSP072201 | Poultry Gravy Mix 20 lb 8 oz. | DAIRY |
| SSP072202 | Poultry Gravy Mix 12/25 oz. | DAIRY |
| SSP072206 | Missouri Poultry Gravy 1/20lb 8oz | DAIRY |
| SSP072301 | Breakfast Gravy High Calorie 1/25 lb. 8 oz. | DAIRY |
| SSP072401 | Country Gravy 25 lb 8 oz | DAIRY |
| SSP072402 | Country Gravy 12/ 32 oz | DAIRY |
| SSP072403 | Country Gravy 18/32 oz. | DAIRY |
| SSP072498 | Country Gravy with Protein 25 lb 8 oz | DAIRY |

**נתיבי**
Founded in 1940 by

Rabbi David S. Novoseller, זצ"ל,
Rabbi Moshe Schanful זצ"ל,
Rabbi Dr. Shalom Novoseller,שליט"א.

בריך שמיה דקודשא בריך הוא

אוגדת נתיבי כשרות קאהן
amiel@kokosher.org

**לזכר עולם**

Rabbi Moshe E. Novoseller
**זכרונם לברכה**

הרב דוד ש. נאוואסעללער זצ"ל
הרב משה שאנפעלד זצ"ל

**מוקדש**
לעילוי נשמת
הרב משה נ. נאוואסעללער זצ"ל

**קדושים לה'**
לע"נ
הרב זרח ר. ז"ל דוד ברוקער זצ"ל

For more information about
Ko Kosher Service

www.kokosher.com
email: info@kokosher.org
Phone # 800-626-1100
Postal Mailing:
1504 Von Steuben Drive
West Chester PA 19380
USA

This תעודת כשרות is valid as indicated and is the property of Ada Harabonim of Philadelphia

LOC Page 8 of 16
Thursday, January 27, 2022
Shevat/25/5782
בס"ד/כ"ה/שבט/תשפ"ב
Member/affiliate of IFF and NPA

_____
Signature of Food Concepts representative

# KOSHER SERVICE

**Ko**

## Certificate of Kashruth — תעודת כשרות



אנו נותנים בזה תעודת כשרות להמפעל הנ"ל מעת חתם
אל ותחת השגחתנו הכשרות הקפדנית תחת חתם הקו

**Food Concepts**
216 East Main Street
Lebanon TN 37087
Tel: 615-443-1079 Fax: 615-443-0802

This letter of certification issued on ה"מ מצות has been explicitly approved to produce and or
distribute kosher certified products under the **Ko** and is
valid through December 31, 2022.

### The following products are Kosher and PAREVE as listed.

| Item Number | Description | Status |
|---|---|---|
| SSP072499 | Country Gravy with Protein 12/32 oz | DAIRY |
| SSP072501 | Hot Salsa Mix 4/22.5 oz | PAREVE |
| SSP072529 | Missouri Hot Salsa Mix 1/29.5 | PAREVE |
| | **Soy Meals** | |
| SSP08001 | Spaghetti Dehydrated Soy Meal-5 bags each Sauce & Soy | PAREVE |
| SSP08002 | Chili Dehydrated Soy Meal | PAREVE |
| SSP08003 | Sloppy Joe Dehydrated Soy Meal | PAREVE |
| SSP08004 | Beef Stew Dehydrated Soy Meal 5 bags each Soy & Sauce/dehydrates | DAIRY |
| SSP08008 | Ala King Dehydrated Soy Meal-5 bags each Sauce & Soy | DAIRY |
| SSP08009 | Pepper Steak Dehydrated Soy Meal 5 bags each Sauce & Soy | DAIRY |
| SSP08010 | Sweet and Sour Dehydrated Soy Meal-5 bags each Sauce & Soy | PAREVE |
| SSP08012 | Beef Stroganoff with Soy Meal-5 bags each Sauce & Soy | DAIRY |
| SSP08013 | Country Breakfast Dehydrated Soy Meal- 5 bags each Sauce & Soy | DAIRY |
| SSP08092 | Cattleman's Dinner Dehydrated Rice Meal- 5 bags each Sauce & Soy | DAIRY |
| SSP08093 | Rajun Cajun Red Beans Dehydrated Rice Meal-5 bags each Sauce, Soy, Rice & Beans | PAREVE |
| SSP08094 | Vegetable Chicken with Rice Dinner 5 bags each Soy, Sauce, Rice & Vegetables | DAIRY |
| SSP08095 | Spanish Sensation Dehydrated Rice Meal-5 bags each Sauce, Soy, Rice & Beans | PAREVE |

**Founded in 1940 by** בס"ד
Rabbi David S. Novoseller, זצ"ל
Rabbi Moshe Schmall, זצ"ל
Rabbi Dr. Shalom Novoseller, שליט"א

LC Member
Rabbi Amiel B. Novoseller
email@kokosher.org

LOC Page 9 of 16
Thursday, January 27, 2022
Shvat/5782
Member/affiliate of IFF and NPA

For more information about
Ko Kosher Service

www.kokosher.com
email: info@kokosher.org
Phone # 800-626-1100
Postal Mailing:
1504 Von Steuben Drive
West Chester PA 19380
USA

This תעודה is valid as
indicated and is the
property of
Adas Harabonim of
Philadelphia

Signature of Food Concepts representative



# Ko KOSHER SERVICE ®

## תעודת כשרות   Certificate of Kashruth

הננו נותן בזה את האישור הבא כי המפעל הנזכר למטה ואת אשר יפרט להלן

נבדק ע"י ואושר ע"י מערכת 2022 כשרות בהשגחתנו

### Food Concepts

216 East Main Street
Lebanon TN 37087
Tel: 615-443-1079 Fax: 615-443-0802

This letter of certification issued on אתר שלנו has been explicitly approved to produce and or distribute kosher certified products under the **Ko** and is valid through December 31, 2022:

**The following products are Kosher and PAREVE as listed.**

Dairy Drink

| Item Number | Description | Status |
|---|---|---|
| GEO002401 | GEO Regular Dairy Drink 100/23gr. | DAIRY |
| GEO002402 | GEO Chocolate Dairy Drink Beverage 100/23 gr. | DAIRY |
| GEO002403 | GEO Vanilla Dairy Drink 100/23 gr. | DAIRY |
| GEO002409 | GEO Strawberry Dairy Drink 100/23 gr. | DAIRY |
| GEO002411 | GEO Regular Dairy Drink 1/25 lb. | DAIRY |
| GEO002412 | GEO Chocolate Dairy Drink 1/25 lb. | DAIRY |
| GEO002413 | GEO Vanilla Dairy Drink 1/25 lb. | DAIRY |
| GEO002419 | GEO Strawberry Dairy Drink 1/25 lb. | DAIRY |
| SSP002301 | Vanilla Nutrient Dairy Drink 100/35 gr. | DAIRY |
| SSP002302 | Chocolate Nutrient Dairy Drink 100/35 gr. | DAIRY |
| SSP002303 | 1/25 lb Coffee Creamer | DAIRY |
| SSP002304 | 12/2 lb Coffee Creamer | DAIRY |
| SSP002401 | Regular Dairy Drink (Individual Instant Milk Servings) 100/23 gr. | DAIRY |
| SSP002401KO | Regular Dairy Drink Individually labeled with KO Kosher 100/23gr | DAIRY |
| SSP002401P | Regular Dairy Drink - Individually Labeled 100/23 gr. | DAIRY |
| SSP002402 | Chocolate Dairy Mix 100/23 gr. | DAIRY |
| SSP002403 | Vanilla Dairy Drink 100/23 gr. | DAIRY |
| SSP002409 | Strawberry Dairy Drink 100/23 gr. | DAIRY |
| SSP002411 | Regular Dairy Drink 1/25 lb | DAIRY |
| SSP002412 | Chocolate Dairy Drink 1/25 lb. | DAIRY |
| SSP002413 | Vanilla Dairy Drink 1/25 lb. | DAIRY |
| SSP002419 | Strawberry Dairy Drink 1/25 lb. | DAIRY |
| SSP002881 | Morning Beverage with Protein 8/3lb. | DAIRY |
| SSP002893 | Vegan Morning Beverage-(No Soy) 100/23 gr. | PAREVE |
| SSP002894 | Soy Beverage Sticks-Individually Labeled 200/28 gr. | PAREVE |
| SSP002895 | Florida DOC Morning Beverage 12/3 lb. | PAREVE |
| SSP002896 | Florida DOC Morning Beverage 250/23 gr. | PAREVE |
| SSP002897 | Florida DOC Chocolate Vegan Morning Beverage 12/3 lb. | PAREVE |
| SSP002898 | Vegan Morning Beverage 250/23gr. | PAREVE |
| SSP002901 | Morning Beverage Original 8/3 lb | DAIRY |
| SSP002911 | Florida DOC Dairy Blend 2/25 lb. | DAIRY |

This תעודה is valid as indicated and is the property of Adas Haraborim of Philadelphia

For more information about Ko Kosher Service

Member/affiliate of IFT and NPA

ק'ושר/דת'א/ת'ו/ח'בל'"ל
Shevat/23/5782
Thursday, January 27, 2022

LOC Page 10 of 16

הרב דוד נ. נאוואסעלער
ראבי הלל שנלל"ר
ראבי ד. שלום נאוואסעלער

ואטראל ל.
נאב

קהלת אדת הרבנים
פילאדעלפיא

www.kokosher.com
email: info@kokosher.org
Phone # 800-626-1100
Postal Mailing:
1504 Von Steuben Drive
West Chester PA 19380
USA

Rabbi David S. Novoseller, כש"ת,
Rabbi Hoshe Schnall/ר"ת,
Rabbi Dr. Shalom Novoseller,כש"ת,

העד כאשר הכשר לדיתא אייך

רב נאסעל

Rabbi Moshe E. Novoseller
הנ"ל תעודת זאת רק ל- ימים
ק'ושר/דת'א/ת'ו/ח'בל'"ל

ד"ר שלום ל. נאוו. מאסע וויסט טשעסטער פא.
בנ"ל ל- ימים.

Rabbi Amiel R. Novoseller
amiel@kokosher.org
email@kokosher.org
הרב דוד נ. נאוו. אמיעל ראבי נאוואסעלער

T'נ'ב'ל
Founded in 1940 by

_____
Signature of Food Concepts representative

_____
תאריך/ שבט/ ק'ושר/ 2022

Reserate V. y'glass



# KOSHER SERVICE

## Certificate of Kashruth · תעודת כשרות

אנחנו נותן הכשר מלאכתינו לחברת פואָד קאַנסעפטס אשר למען מצרכי המאכל אשר יש בו הכשרם ומקרא שם שם קדוש, כי בשנת 2022 מאשרים.

## Food Concepts
216 East Main Street
Lebanon TN 37087
Tel: 615-443-1079 Fax: 615-443-0802

This letter of certification issued on מכ״ם סמ״ם מאשר׳ן has been explicitly approved to produce and or distribute kosher certified products under the **Ko** and is valid through December 31, 2022:

**The following products are Kosher and PAREVE as listed.**

| Status | ItemNumber | Description |
|---|---|---|
| | | **Status** |
| DAIRY | SSP003912 | Chocolate Morning Beverage with Protein 8/3 lb. |
| DAIRY | SSP003913 | Banana Morning Beverage with Protein 8/3 lb. |
| PAREVE | SSP003914 | Fortified Vegan Morning Beverage with Protein 8/3 lb. |
| DAIRY | SSP003922 | Chocolate Morning Beverage with Protein 100/23 gr. |
| DAIRY | SSP003923 | Banana Morning Beverage with Protein 100/23 gr. |
| DAIRY | SSP004101 | 25lb Vanilla Shake |
| DAIRY | SSP004102 | 25lb Chocolate Shake |
| DAIRY | SSP006123 | Nonfat Dry Milk 100/23 gr. |
| DAIRY | SSP112920 | Morning Beverage with Protein 120/23gr |
| DAIRY | SSP112989 | Morning Beverage with Protein 100/23 gr. |
| | | **Miscellaneous** |
| PAREVE | SSP020101 | Jelly Starter-Grape Flavor 12/10 oz. |
| DAIRY | SSP071607 | Better Spread 6/24 oz. |
| DAIRY | SSP400102 | Baker's Whey 1/25 lb. |
| PAREVE | SSP002912 | Dairy Blend 2/25 lb. |
| | | **Syrup** |
| PAREVE | SSP900535 | Maple Flavored Syrup 1/35.5lb |
| PAREVE | SSP900580 | Maple Flavored Syrup 4/22.5 oz |
| PAREVE | SSP900581 | Diet Maple Syrup 4/22.5 oz |
| PAREVE | SSP900583 | High Calorie Maple Syrup 4/58 oz. |

LOC Page 11 of 16

Thursday, January 27, 2022
שבט/ד׳/5782
כ״ה/שבט/ד׳תשפ״ב



For more information about Ko Kosher Service

www.kokosher.com
email: info@kokosher.org
Phone # 800-626-1100
Postal Mailing:
1604 Von Steuben Drive
West Chester PA 19380
USA

This תעודה is valid as indicated and is the property of Adas Harabonim of Philadelphia

Signature of Food Concepts representative

ב״ה
Founded in 1940 by

Rabbi David S. Novoseller, זצ״ל,
Rabbi Moshe Schnall, זצ״ל,
Rabbi Dr. Shalom Novoseller, זצ״ל.

חתם נשיא ועד הכשרות
Rabbi Amiel B. Novoseller
amiel@kokosher.org

Rabbi Moshe B. Novoseller



# Ko KOSHER SERVICE ®

## תעודת כשרות · Certificate of Kashruth

הנה לכם המצורף כתב הכשר הרבני להבד״ץ חברת Food Concepts
והוא כפי הנזכר 31 דצמבר 2022 מכוח, מא ל קו אדת תרתין כ תל קו

### Food Concepts
216 East Main Street
Lebanon TN 37087
Tel: 615-443-1079 Fax: 615-443-0802

This letter of certification issued on נ״ן שעת ע״ן has been explicitly approved to produce and or distribute kosher certified products under the **Ko** and is valid through **December 31, 2022**:

### The following products are Kosher and PAREVE as listed.

| Item Number | Description | Status |
|---|---|---|
| | **Pudding** | |
| SSP970201 | Butterscotch Pudding 6/3 lb. | DAIRY |
| SSP970202 | Chocolate Pudding 6/3 lb. | DAIRY |
| SSP970203 | Vanilla Pudding 6/3 lb. | DAIRY |
| SSP970204 | Banana Pudding 6/3 lb. | DAIRY |
| SSP970205 | Lemon Pudding 6/3 lb. | DAIRY |
| SSP970206 | Coconut Pudding 6/3 lb. | DAIRY |
| SSP970302 | Chocolate Instant Pudding 1/25 lb. | DAIRY |
| SSP970303 | Vanilla Instant Pudding 1/25 lb. | DAIRY |
| SSP970304 | Banana Instant Pudding 1/25 lb. | DAIRY |
| SSP970306 | Coconut Instant Pudding 1/25 lb. | DAIRY |
| SSP970502 | Chocolate Instant Sugar-Free Pudding 6/2 lb | DAIRY |
| SSP970503 | Vanilla Instant Sugar-Free Pudding 6/2 lb | DAIRY |
| SSP970504 | Banana Pudding Instant Sugar-Free Pudding 6/2 lb | DAIRY |
| SSP975002 | Chocolate Pudding 1/50 lb. | DAIRY |
| SSP975003 | Vanilla Pudding 1/50 lb. | DAIRY |
| SSP970311 | Aramark Butterscotch Bulk Pudding 2/25 lb. | DAIRY |
| SSP970312 | Aramark Chocolate Bulk Pudding 2/25 lb. | DAIRY |
| SSP970313 | Aramark Vanilla Bulk Pudding 2/25 lb. | DAIRY |

LOC Page 12 of 16

Thursday, January 27, 2022
Shvat/25/5782
כ״ה/שבט/תשפ״ב



For more information about
Ko Kosher Service

www.kokosher.com
email: info@kokosher.org
Phone # 800-626-1100
Postal Mailing:
1504 Von Steuben Drive
West Chester PA 19380
USA

This תעודה הנ״ל is valid as indicated and is the property of Adas Harabonim of Philadelphia

_Signature of Food Concepts representative_

# KOSHER SERVICE

**Ko**

## Certificate of Kashruth · תעודת כשרות

ניתנה זאת תעודת כשרות למפעל הכשרים

"סער פעטש, קאנסעפטס בלעבענאן טענעסי 31 לחודש דעצעמבער 2022 לפ"ק, אנו נותנים תעודה זו שכל המוצרים הרשומים הם כשר ופרוה"

## Food Concepts
216 East Main Street
Lebanon TN 37087
Tel: 615-443-1079 Fax: 615-443-0802

This letter of certification issued on ניתן שטר שמאל ... has been explicitly approved to produce and or distribute kosher certified products under the **Ko** and is valid through **December 31, 2022:**

**The following products are Kosher and PAREVE as listed.**

| Item Number | Description | Status |
|---|---|---|
| | **Spices and Seasonings** | |
| SSP006101 | Ground Black Pepper 1/5lb | PAREVE |
| SSP006102 | White Pepper Ground 1/5 lb. | PAREVE |
| SSP006103 | Chili Powder 1/5lb | PAREVE |
| SSP006104 | Ground Cinnamon 1/5lb | PAREVE |
| SSP006105 | Ground Cumin 1/5lb | PAREVE |
| SSP006106 | Granulated Garlic 1/5lb | PAREVE |
| SSP006107 | Ground Basil 1/5lb | PAREVE |
| SSP008108 | Onion Powder 1/5lb | PAREVE |
| SSP006109 | Ground Oregano 1/5lb | PAREVE |
| SSP006110 | Paprika 1/5lb | PAREVE |
| SSP006111 | Parsley Flakes 1/5lb | PAREVE |
| SSP006112 | Ground Sage 1/5lb | PAREVE |
| SSP006113 | Ground Thyme 1/5lb | PAREVE |
| SSP006114 | Cajun Seasoning 1/5lb | PAREVE |
| SSP006115 | Italian Seasoning 1/5lb | PAREVE |
| SSP006119 | Cayenne Pepper 1/5lb | PAREVE |
| SSP006120 | Crushed Red Pepper 1/5lb | PAREVE |
| SSP006121 | Ground Ginger 1/5lb | PAREVE |
| SSP006122 | Imitation Black Pepper 1/5lb | PAREVE |
| SSP800105 | Lemon Pepper Seasoning 1/5 lb. | DAIRY |
| SSP800106 | Jerk Seasoning Rub 1/25 lb. box | PAREVE |
| SSP006117 | Taco Seasoning 1/5lb | PAREVE |
| | **Soup** | |
| SSP980507 | Cream of Potato Soup 2/25 lb. | DAIRY |

LOC Page 13 of 16

Thursday, January 27, 2022
Shvat/5/5782
כ"ה שבט, תשפ"ב

MemberAffiliate of IPT and NPA

www.kokosher.com
email: info@kokosher.org
Phone # 800-626-1100
Postal Mailing:
1504 Von Steuben Drive
West Chester PA 19380
USA

For more information about
Ko Kosher Service

This תעודה שלנו is valid as indicated and is the property of Adas Hatzoomim of Philadelphia

נתייסד בשנת 1940 ע"י
Founded in 1940 by

Rabbi David S. Novoseller ז"ל
Rabbi Moshe Schusheim ז"ל
Rabbi Dr. Sholom Novosoeller שליט"א

הרב משה אליעזר נאוואסעללער
Rabbi Moshe E. Novoseller

הרב עמיאל ראובן נאוואסעללער
Rabbi Amiel R. Novoseller

Signature of Food Concepts representative

# KOSHER SERVICE

## Certificate of Kashruth

תעודת כשרות

## Food Concepts

216 East Main Street
Lebanon TN 37087
Tel: 615-443-1079 Fax: 615-443-0802

This letter of certification issued on ה׳שם אשם has been explicitly approved to produce and or distribute kosher certified products under the **Ko** and is valid through **December 31, 2022.**

### The following products are Kosher and PAREVE as listed.

| Item Number | Description | Status |
|---|---|---|

Shelf Stable Meals
The following products are produced and distributed at GICS Foods, LLC
111 White Horse Ct
Greenville, SC 29605

| Item Number | Description | Status |
|---|---|---|
| SSP093012 | Chili Shelf Stable Meal 18/10oz | DAIRY |
| SSP093014 | Sweet & Sour Shelf Stable Meal 18/10oz | DAIRY |
| SSP093016 | Stroganoff Shelf Stable meal 18/10oz | DAIRY |
| SSP093018 | Country Breakfast Shelf Stable Meal 18/10oz | DAIRY |
| SSP093020 | Stew Shelf Stable Meal 18/10oz | DAIRY |
| SSP093022 | Rajun Cajun Shelf Stable Mela 18/10oz | DAIRY |
| SSP093038 | Country Breakfast Shelf Stable Meal 36/6oz | DAIRY |

LOC Page 14 of 16
Thursday, January 27, 2022
Shevat 25/5782

Member/affiliate of IFF and NPA

For more information about
Ko Kosher Service

www.kokosher.com
email: info@kokosher.org
Phone # 800-626-1100
Postal Mailing:
1604 Von Steuben Drive
West Chester PA 19380
USA

This תעודה is valid as
indicated and is the
property of
Adas Harabonim of
Philadelphia

Founded in 1940 by
Rabbi David S. Novoseller, ז״ל
Rabbi Amiel B. Novoseller
Rabbi Dr. Shalom Novoseller,שליט״א,

Rabbi אמיאל info@kokosher.org



Signature of Food Concepts representative

# KOSHER SERVICE

**Ko**

## Certificate of Kashruth

בס״ד Founded in 1940 by

Rabbi David S. Novoseller, ז״ל
Rabbi Moshe Schimel, ז״ל
Rabbi Dr. Shalom Novoseller, ז״ל

אתרוג לשמן שרות כשרות

Rabbi Aniel R. Novoseller
aniel@kokosher.org

**Food Concepts**
216 East Main Street
Lebanon TN 37087
Tel: 615-443-1079 Fax: 615-443-0802

This letter of certification issued by שרות כשרות ני״ם has been explicitly approved to produce and or distribute kosher certified products under the **Ko** and is valid through December 31, 2022:

The following products are Kosher and PAREVE as listed.

| Item Number | Description | Status |
|---|---|---|
| | **Soy** | |
| SSP001003 | Textured Vegetable Protein (TVP) Caramel Crumbles Prosante EXTM-10B 1/50lb. | PARVE |
| SSP001004 | Textured Vegetable Protein (TVP) Neutral Crumbles Prosante EXTM 10-P 1/50lb | PARVE |
| SSP001005 | Textured Vegetable Protein (TVP) – Crumbles Prosante EXTM 10B 50 lb | PARVE |
| | **Meal Extender** | |
| SSP001020 | 12/24 oz. Grand Slam Breakfast Pattie | PARVE |
| SSP001038 | Premium Veggie Burger Blend 12/50.9oz | PARVE |
| SSP062601 | Sterling Hamburger Seasoning Blend 1/37 lb. | DAIRY |
| SSP062603 | Sterling Meatball Seasoning Blend 1/52 lb. | PARVE |
| SSP062604 | Sterling Meatloaf Seasoning Blend 1/50 lb. | PARVE |
| SSP062605 | Sterling Salisbury Seasoning Blend 1/44 lb. | PARVE |
| SSP062606 | Sterling Breakfast Seasoning Blend 1/48 lb. | DAIRY |
| SSP001001 | Burger Base 12/24 oz | PARVE |
| SSP001030 | Chorizo Blend 12/42.2 oz. | PARVE |
| SSP001031 | Burger Blend 12/42 oz. | PARVE |
| SSP001032 | Breakfast Blend 12/46 oz. | DAIRY |
| SSP001032 | Salisbury Blend 12/48.1 oz. | PARVE |
| SSP001033 | Meatloaf Blend 12/50.9 oz. | PARVE |
| SSP001034 | Meatball Blend 12/43.6 oz. | PARVE |
| SSP001035 | Hamburger Patty Mix 12/33 oz. | PARVE |
| VB001001015 | Veggie Burger Mix 25 lb. | PARVE |

For more information about
Ko Kosher Service

www.kokosher.com
email: info@kokosher.org
Phone # 800-626-1100
Postal Mailing:
1504 Von Steuben Drive
West Chester PA 19380
USA

This תּו נunn שרות כשרות is valid as indicated and is the property of Adas Harabonim of Philadelphia

Thursday, January 27, 2022

Signature of Food Concepts representative





# KOSHER SERVICE

**Ko**

בס"ד
Founded in 1940 by
Rabbi David S. Novoseller, זצ"ל,
Rabbi Hoshe Sthinkl, זצ"ל,
Rabbi Dr. Shalom Novoseller, זצ"ל

## Certificate of Kashruth / תעודת כשר

אנו נותנים אישור כשר בזאת
Rabbi Amiel B. Novoseller
amiel@kokosher.org

25 Tamuz
Rabbi Moshe E. Novoseller



This letter of certification issued on ב"בם תמוז תשפ"ב has been explicitly approved to produce and or
distribute kosher certified products under the **Ko** and is
valid through December 31, 2022:

## Food Concepts
216 East Main Street
Lebanon TN 37087
Tel: 615-443-1079 Fax: 615-443-0802

**The following products are kosher and PAREVE as listed.**

| Item Number | Description | Status |
|---|---|---|
| | **Sauces** | |
| SSP062501 | GICS Country Breakfast Sauce 1/25 lb. bag | DAIRY |
| SSP062502 | GICS Stew Sauce 1/25 lb. bag | PAREVE |
| SSP062503 | GICS Stroganoff Sauce 1/25 lb. bag | DAIRY |
| SSP062504 | GICS Sweet & Sour Sauce 1/25 lb. bag | PAREVE |
| SSP062505 | GICS Chili Sauce 1/25 lb. bag | PAREVE |
| SSP062506 | GICS Rajun Cajun Sauce 1/25 lb. bag | PAREVE |
| SSP072601 | Cold Prep Chili Sauce 1/20 lb. | PAREVE |
| SSP072601 | White Sauce Mix 17 lb. 10 oz. | DAIRY |
| SSP072801 | White Sauce Mix 12/22 oz. | DAIRY |
| SSP072802 | Italian Sauce Mix 12/14.8 oz. | PAREVE |
| SSP072802 | Italian Sauce Mix 11 lb 4 oz. | PAREVE |
| SSP072803 | Red Sauce 6/12.6 oz. | PAREVE |
| SSP072824 | Red Sauce 12/48 oz. | PAREVE |
| SSP072826 | Red Sauce 1/26lb | PAREVE |
| SSP072903 | Soy Sauce 4/14 oz. | PAREVE |
| SSP073805 | Cold Prep Spaghetti Sauce 1/20 lb. | PAREVE |
| SSP910293 | Sloppy Joe Mix 4/5 lb 12 oz. | PAREVE |
| SSP911081 | Spicy Barbecue Sauce Brown Sugar Flavor 4/6 lb. | PAREVE |
| SSP911085 | Complete BBQ Sauce Mix 1/25lb | PAREVE |
| SSP21082 | Chili Sauce 12/2 lb. 4 oz. | PAREVE |
| SSP980703 | Beef Stroganoff Sauce Mix 12/3 lb. | DAIRY |
| SSP980704 | Beef Stroganoff Sauce Mix 1/25 lb. | DAIRY |
| SSP980711 | Alfredo Mix 6/3 lb 7 oz. | PAREVE |
| SSP980712 | Alfredo Mix 17 lb 4 oz. | DAIRY |
| SSP980713 | Alfredo Sauce 12/3 lb. 7 oz. | DAIRY |
| SSP980716 | Ala King Sauce 18/32 oz. | DAIRY |
| SSP980718 | Sweet & Sour Sauce 18/43.5 oz. | PAREVE |
| SSP980720 | Cold Prep Cream Sauce 1/20 lb. | DAIRY |

For more information about
Ko Kosher Service

LOC Page 16 of 16

Thursday, January 27, 2022
Shevat/25/5782

מ"זכ/אדר/ח"י
Member/affiliate of IFT and NPA



www.kokosher.com
email: info@kokosher.org
Phone # 800-626-1100
Postal Mailing:
1504 Von Steuben Drive
West Chester PA 19380
USA

This כשר letter is valid as
indicated and is the
property of
Adas Harahonim of
Philadelphia



_____
Signature of Food Concepts representative



# KOSHER CERTIFICATE

**VAAD HOEIR**
OF ST. LOUIS

Glister Mary Lee Corporation
1037 State Street
Chester, IL 62233

KC# 301484 – 1
7 Adar I, 5782
February 8, 2022

The following products manufactured by Glister Mary Lee Corporation are certified Kosher with the listed restrictions.

| Name | K-ID | Status | Restriction | Size |
|---|---|---|---|---|
| Egg Noodles Wide | PSN-VTSS | Pareve | OK Symbol | |
| Brand: GMLFS | | | | |
| Fruit Whirls | GWS-BMTS | Pareve | OK Symbol | |
| 40% Bran Flakes | HDC-GXZQ | Pareve | OK Symbol | |
| Brand: GMLFS | | | | |
| Cinch Basic Cookie | KZW-GXMK | Dairy | חלב סתם | OK Symbol |
| Cinch Blueberry Muffin | KKM-WDQB | Dairy | חלב סתם | OK Symbol |
| Cinch Brownie | PLZ-CLBW | Dairy | חלב סתם | OK Symbol |
| Cinch Buttermilk Biscuit | FFJ-TWCC | Dairy | חלב סתם | OK Symbol |
| Cinch Chocolate Cake | MCH-XFDN | Dairy | חלב סתם | OK Symbol |
| Cinch Complete No Time Bread and Hot Roll Mix | RBG-THTG | Dairy | חלב סתם | OK Symbol |
| Cinch Complete No Time Variety Wheat Bread and Roll Mix | JLM-BGFM | Dairy | חלב סתם | OK Symbol |
| Cinch Cornbread | JHD-ZZVM | Dairy | חלב סתם | OK Symbol |
| Cinch Oatmeal Cookie Mix | JRJ-FKMK | Dairy | חלב סתם | OK Symbol |
| Cinch Pancake and Waffle Mix | RSJ-WPFD | Dairy | חלב סתם | OK Symbol |

**This certificate is VALID UNTIL December 31, 2022**

Verify authenticity by entering K-ID at
**www.digitalkosher.com**



Rabbi Zvi Zuravin, Executive Director

Powered by: K•ID
DIGITALKOSHER.COM



# VAAD HOER
## OF ST. LOUIS

# KOSHER CERTIFICATE

KC# 301484 – 2
7 Adar I, 5782
February 8, 2022

בס"ד

Gilster Mary Lee Corporation
1037 State Street
Chester, IL 62233

The following products manufactured by Gilster Mary Lee Corporation are certified Kosher with the listed restrictions.

| Name | K-ID | Status | | Restriction | Size |
|------|------|--------|---|-------------|------|
| Cinch Plain Muffin | PBQ-JQZR | Dairy | חלב ישראל | OK Symbol | |
| Cinch Quick Coffee Cake Mix | SXP-MHNT | Dairy | חלב ישראל | OK Symbol | |
| Cinch White Cake | ZJD-VLWJ | Dairy | חלב ישראל | OK Symbol | |
| Cinch Yellow Cake | LLJ-WNKK | Dairy | חלב ישראל | OK Symbol | |
| Complete Enriched Bran Flakes<br>Brand: Hospitality FS | NXM-TCQD | Pareve | | OK Symbol | |
| Corn Flakes<br>Brand: Hospitality | PXL-ZCZR | Pareve | | OK Symbol | |
| Corn Flakes<br>Brand: GMLFS | XSF-GGMQ | Pareve | | OK Symbol | |
| Corn Muffin<br>Brand: GMLFS | WWN-MMXG | Dairy | חלב ישראל | OK Symbol | |
| Crisp Rice<br>Brand: Hospitality | WGP-WNXS | Pareve | | OK Symbol | |
| Crisp Rice<br>Brand: GMLFS | XBS-GNXK | Pareve | | OK Symbol | |

Verify authenticity by entering K-ID at
www.digitalkosher.com

This certificate is VALID UNTIL December 31, 2022

Rabbi Zvi Zuravin, Executive Director



Powered by:
DIGITALKOSHER.COM

United Orthodox Jewish Community of St. Louis | #4 Millstone Campus Dr., St. Louis, Missouri 63146 | Phone: 314-569-2770 | Fax: 314-569-2774



# KOSHER CERTIFICATE

**VAAD HOEIR** OF ST. LOUIS

KC# 301484 – 3
7 Adar I, 5782
February 8, 2022

Gilster Mary Lee Corporation
1037 State Street
Chester, IL 62233

The following products manufactured by Gilster Mary Lee Corporation are certified Kosher with the listed restrictions.

| Name | K-ID | Status | Restriction | Size |
|------|------|--------|-------------|------|
| Elbow Macaroni | | | | |
| Brand: GMLFS | WRH-GGVF | Pareve | OK Symbol | |
| GMLFS Cheese Sauce | CBB-RVWZ | Dairy חלב ישראל | OK Symbol | |
| GMLFS Chocolate Cookie | TNV-NRBS | Dairy חלב ישראל | OK Symbol | |
| GMLFS Dairyblend | LMV-RRVG | Dairy חלב ישראל | OK Symbol | |
| GMLFS Instant Butterscotch Pudding | WBJ-XGJF | Dairy חלב ישראל | OK Symbol | |
| GMLFS Instant Chocolate Pudding | LWK-XBZT | Dairy חלב ישראל | OK Symbol | |
| GMLFS Instant Vanilla Pudding | CLD-LNLS | Dairy חלב ישראל | OK Symbol | |
| Honey Nut Toasted Oats | CXQ-CQHV | Pareve | OK Symbol | |
| Brand: Hospitality | | | | |
| Lasagna | TSQ-DPTB | Pareve | OK Symbol | |
| Raisin Bran | LVX-WRNV | Pareve | OK Symbol | |
| Brand: Hospitality | | | | |
| Rotini | DLH-BDVX | Pareve | OK Symbol | |
| Brand: GMLFS | | | | |

Verify authenticity by entering K-ID at
**www.digitalkosher.com**

This certificate is VALID UNTIL December 31, 2022



Rabbi Zvi Zuravin, Executive Director

Powered by: **K·ID**
DIGITALKOSHER.COM

United Orthodox Jewish Community of St. Louis | #4 Millstone Campus Dr., St. Louis, Missouri 63146 | Phone 314-569-2770 | Fax 314-569-2774



# KOSHER CERTIFICATE

**VAAD HOEIR**
OF ST. LOUIS

Gilster Mary Lee Corporation
1037 State Street
Chester, IL 62233

KC# 301484 - 4
7 Adar I, 5782
February 8, 2022

בס״ד

The following products manufactured by Gilster Mary Lee Corporation are certified Kosher with the listed restrictions.

| Name | K-ID | Status | Restriction | Size |
|---|---|---|---|---|
| Spaghetti<br>Brand: GMLFS | XJF-ZFRG | Pareve | OK Symbol | |
| Spice Cake Mix<br>Brand: Glister Mary Lee FS | SKX-NTDP | Dairy | חלב ישראל OK Symbol | |
| Sugar Frosted Flakes<br>Brand: Hospitality | SJT-DRTB | Pareve | OK Symbol | |
| Sugar Frosted Flakes<br>Brand: GMLFS | LTD-NTZB | Pareve | OK Symbol | |
| Sweet Cornbread and Muffin Mix<br>Brand: Hospitality FS | VPW-DCBQ | Dairy | חלב ישראל OK Symbol | |
| Toasted Oats<br>Brand: Hospitality | FBG-QHMP | Pareve | OK Symbol | |
| Toasted Oats<br>Brand: GMLFS | GPS-RHJF | Pareve | OK Symbol | |
| Ziti<br>Brand: GMLFS | RTS-FRJC | Pareve | OK Symbol | |

This certificate is VALID UNTIL December 31, 2022

Verify authenticity by entering K-ID at
www.digitalkosher.com

צבי יוסף הלוי זוראוין

Rabbi Zvi Zuravin, Executive Director

Powered by
DIGITALKOSHER.COM
K-ID

United Orthdox Jewish Community of St. Louis | #4 Millstone Campus Dr., St. Louis, Missouri 63146 | Phone 314-569-2770 | Fax 314-569-2774



**KOSHER CERTIFICATION** (cRc)

ב"ה

# cRc Kosher
**Chicago Rabbinical Council**
2701 West Howard Street
Chicago, IL  60645-1303
Ph: 773.465.3900   Fax: 773.465.6929
www.EZcRc.org/LOC

November 29, 2021

## Letter of Kosher Certification

This is to certify that the following products, produced by:

**La Crosse Milling Company, 101 WI-35, POB No. 86, Cochrane, WI 54622-0086**

are under the certification of cRc Kosher.

This certification covers the regular, gluten free and organic varieties.

| | Product Name | Status | Certifying Requirement | UKD-ID |
|---|---|---|---|---|
| 1 | Baby Oat Flakes | Pareve | No symbol needed | CC2236784 |
| 2 | Barley Flour | Pareve | No symbol needed | CC2236793 |
| 3 | Barley Grits | Pareve | No symbol needed | CC2236794 |
| 4 | Bumped White Wheat Flakes | Pareve | No symbol needed | CC2236788 |
| 5 | Hulled Barley | Pareve | No symbol needed | CC2236792 |
| 6 | Instant Rolled Oats | Pareve | No symbol needed | CC2236777 |
| 7 | Oat Bran | Pareve | No symbol needed | CC2236783 |
| 8 | Oat Fiber | Pareve | No symbol needed | CC2236785 |
| 9 | Oat Flour | Pareve | No symbol needed | CC2236774 |
| 10 | Oat Hulls | Pareve | No symbol needed | CC2236782 |
| 11 | Oat Meal Blend | Pareve | No symbol needed | CC2236786 |
| 12 | Pearl Barley | Pareve | No symbol needed | CC2236790 |
| 13 | Pearl Barley Flakes | Pareve | No symbol needed | CC2236791 |
| 14 | Pearled Wheat | Pareve | No symbol needed | CC2236789 |
| 15 | Quick Cooking Rolled Oats | Pareve | No symbol needed | CC2236776 |
| 16 | Rolled Oats | Pareve | No symbol needed | CC2236781 |
| 17 | Steel-Cut Oat Groats | Pareve | No symbol needed | CC2236779 |
| 18 | Table Rolled Oats | Pareve | No symbol needed | CC2236778 |
| 19 | Unprocessed Barley | Pareve | No symbol needed | CC2261338 |

Expiration Date: 12/31/2022.
cRc ID:#109502
Total # of Products on Certificate: 24
Page 1 of 2

Use of the cRc Kosher trademark must comply with the terms set forth in the written
agreement with cRc Kosher. Any other use of the cRc Kosher trademark is not
authorized.

Powered by KDM

*Sholem Fishbane*
Rabbi Sholem Fishbane
Kashrus Administrator



Kosher Food Consulting

2445A Section Road
Cincinnati OH 45237
(513) 549-0450 • (513) 631-4900 fax
info@CincinnatiKosher.org

January 2, 2022

This is to certify that the following products produced by **Klosterman Bakery** located at 1000 E. Ross Ave, St. Bernard, OH, 508 Main St, Springfield, OH, 350 S. Pioneer Blvd, Springboro, OH and 837 Green Crest Drive Westerville, OH, are under the supervision of Cincinnati Kosher/Vaad Hoier of Cincinnati.

Please note the following conditions of certification:

**All products are Parave.**
**All products are certified only when bearing the Cincinnati Kosher symbol. All products are certified year-round, excluding Passover.**
**This certification is valid through December 31st 2022 and is subject to renewal at that time.**

| Brand: | Product Name: |
|---|---|
| Klosterman | Cinnamon Bread |
| Klosterman | Coney Bun |
| Klosterman | Cornmeal Sandwich Roll |
| Klosterman | Cut-top Cornmeal Kaiser Bun |
| Klosterman | Cut-top Cornmeal Kaiser Bun |
| Klosterman | Cut-top Kaiser Bun |
| Klosterman | Cut-top Knotted Bun |
| Klosterman | Cut-top Sesame Kaiser Bun |
| Klosterman | Cut-top Sesame Seeded Kaiser Bun |
| Klosterman | Cut-top Seven Grain Kaiser Bun |
| Klosterman | Cut-top Soft Kaiser |
| Klosterman | Dark Rye |
| Klosterman | Deli Italian Hoagie |

| Brand: | Product Name: |
|---|---|
| Klosterman | 100% Wheat Half-Loaf |
| Klosterman | 100% Whole Wheat Hamburger Bun |
| Klosterman | 100% Whole Wheat hot Dog Bun |
| Klosterman | 100% Whole Wheat Slim |
| Klosterman | 100% Whole Wheat Square |
| Klosterman | Artisan Thin |
| Klosterman | Banquet Soft Roll |
| Klosterman | BIG White Bread |
| Klosterman | Bohemia Dark Rye |
| Klosterman | Brioche |
| Klosterman | Brown & Serve Split-top White Rolls |
| Klosterman | Cincinnati Dark Rye |
| Klosterman | Cincinnati Light Rye |

**Rabbi Avrohom Weinrib**
*Rabbinic Administrator-Cincinnati Kosher*          1

BEIS DIN / RABBINIC BOARD
Rabbi Yosef Alt
Rabbi Ezra Goldschmiedt
Rabbi David Spetner
Rabbi Avrohom Weinrib

PRESIDENT
Shmulie Botnick

RABBINIC ADMINISTRATOR
Rabbi Avrohom Weinrib



# Cincinnati Kosher

Kosher Food Consulting

2445A Section Road
Cincinnati OH 45237
(513) 549-0450 • (513) 631-4900 fax
info@CincinnatiKosher.org

This is to certify that the following products produced by **Klosterman Bakery** are under the supervision of Cincinnati Kosher.

Please note the following conditions of certification:
**All products are Parve.**
**All products are certified only when bearing the Cincinnati Kosher symbol.**
**All products are certified year-round, excluding Passover.**
**This certification is valid through December 31st 2022 and is subject to renewal at that time.**

| Brand: | Product Name: | Brand: | Product Name: |
|---|---|---|---|
| Klosterman | Deli Rye Stix | Klosterman | Individual Rye Slice |
| Klosterman | Double Decker Hamburger Bun | Klosterman | Individual Wheat Slice |
| Klosterman | E/H 12 Grain Bread | Klosterman | Individual White Slice |
| Klosterman | E/H Natural 100% Wheat | Klosterman | Individual Whole Wheat Slice |
| Klosterman | Everything Bagel Thin | Klosterman | Irish Potato Soft Roll |
| Klosterman | Flatbread | Klosterman | Jumbo Hamburger Bun |
| Klosterman | Foot Long Hot Dog Bun | Klosterman | Jumbo Poppy Hot Dog |
| Klosterman | French Rye | Klosterman | Jumbo Yellow Hot Dog Bun |
| Klosterman | Golden Wheat Bun | Klosterman | Kimmel Rye Bread |
| Klosterman | Hamburger Bun | Klosterman | King Challah Bread |
| Klosterman | Hamburger Bun Wheat | Klosterman | Knotted Roll Cut-top Bun |
| Klosterman | Hard Roll | Klosterman | Large Breadstick |
| Klosterman | Hinged Split-Top Hoagie Roll | Klosterman | Large Whole Grain Hot Dog Bun |
| Klosterman | Homestyle Potato | Klosterman | Light Rye |
| Klosterman | Homestyle Wheat | Klosterman | Lite Wheat Bread |
| Klosterman | Honey Hamburger Bun | Klosterman | Mini Slammer Bun |
| Klosterman | Honey Hot Dog Bun | Klosterman | Multigrain Hamburger Bun |
| Klosterman | Honey Wheat Berry | Klosterman | Multigrain Slim |
| Klosterman | Honey Wheat Half-Loaf | Klosterman | Oat-topped Wheat Hamburger Bun |
| Klosterman | Hot Dog Bun | Klosterman | Old Fashioned Wheat |

**Rabbi Avrohom Weinrib**
*Rabbinic Administrator-Cincinnati Kosher*   2

Shmule Botnick
PRESIDENT
Rabbi Avrohom Weinrib
RABBINIC ADMINISTRATOR

BEIS DIN / RABBINIC BOARD
Rabbi Yosef Alt
Rabbi Ezra Goldschmiedt
Rabbi David Spetner
Rabbi Avrohom Weinrib



# Cincinnati ⊂K⊃ Kosher
CINCINNATI KOSHER

Kosher Food Consulting

2445A Section Road
Cincinnati OH 45237
(513) 549-0450 • (513) 631-4900 fax
Info@CincinnatiKosher.org

This is to certify that the following products produced by **Klostermann Bakery** are under the supervision of Cincinnati Kosher.

Please note the following conditions of certification:

**All products are Parve.**
**All products are certified only when bearing the Cincinnati Kosher symbol.**
**All products are certified year-round, excluding Passover.**
**This certification is valid through December 31ˢᵗ 2022 and is subject to renewal at that time.**

| Brand: | Product Name: | Brand: | Product Name: |
|---|---|---|---|
| Klosterman | Organic 100% Whole Wheat | Klosterman | Sausage Bun |
| Klosterman | Organic Harvest Cranberry | Klosterman | Sesame BBQ Bread |
| Klosterman | Organic Honey Wheat | Klosterman | Sesame Seeded Cut-top Soft Kaiser |
| Klosterman | Organic Raisin | Klosterman | Sesame Seeded Double Decker Hamburger Bun |
| Klosterman | Organic White | Klosterman | Sesame Seeded Hamburger Bun |
| Klosterman | Pan Dinner Roll | Klosterman | Sesame Seeded Hamburger Bun |
| Klosterman | Par-Baked Split-top Subie Hoagie Roll | Klosterman | Sheraton Rye |
| Klosterman | Pita | Klosterman | Signature Sausage Roll |
| Klosterman | Plain Bagel Thin | Klosterman | Small Breadstick |
| Klosterman | Poppy Footlong Bun | Klosterman | Sour Dough |
| Klosterman | Poppy Seeded Hot Dog Bun | Klosterman | Sour Dough Texas |
| Klosterman | Potato Flake Soft Roll | Klosterman | Split –top Small French Hoagie Roll |
| Klosterman | Pretzel Thin | Klosterman | Split-top 100% Whole Wheat Hoagie Roll |
| Klosterman | Pullman Dark Rye | Klosterman | Split-top Dark Rye Hoagie Roll |
| Klosterman | Pullman Light Rye | Klosterman | Split-top Dinner Rolls |
| Klosterman | Raisin Bread | Klosterman | Split-top Hoagie Roll Wheat |
| Klosterman | Rye Stix (Plain) | Klosterman | Split-Top Homestyle White |
| Klosterman | Rye Stix (Salted) | | |
| Klosterman | Sandwich White | | |

3   *Rabbinic Administrator-Cincinnati Kosher*

**Rabbi Avrohom Weinrib**

RABBINIC ADMINISTRATOR
Rabbi Avrohom Weinrib

Shmule Botnick
PRESIDENT

BEIS DIN / RABBINIC BOARD
Rabbi Yosef Alt
Rabbi Ezra Goldschmidt
Rabbi David Spetner
Rabbi Avrohom Weinrib



**Cincinnati Kosher**   Kosher Food Consulting

2445A Section Road
Cincinnati OH 45237
(513) 549-0450 • (513) 631-4900 fax
info@CincinnatiKosher.org

This is to certify that the following products produced by **Klosterman Bakery** are under the supervision of Cincinnati Kosher.

Please note the following conditions of certification:

**All products are certified only when bearing the Cincinnati Kosher symbol.**
**All products are Pareve.**
**All products are certified year-round, excluding Passover.**
**This certification is valid through December 31st 2022 and is subject to renewal at that time.**

| Brand: | Product Name: | Brand: | Product Name: |
|---|---|---|---|
| Klosterman | Whole Grain Bread | Klosterman | Split-top Large French Hoagie Roll |
| Klosterman | Whole grain breadstick | Klosterman | Split-top Large Light Rye Hoagie |
| Klosterman | Whole Grain Coney Bun | Klosterman | Split-top Large Wheat Hoagie |
| Klosterman | Whole Grain Foot Long Hot Dog Bun | Klosterman | Split-top Sesame Seeded Steak Roll |
| Klosterman | Whole Grain Hamburger Bun | Klosterman | Split-top Whole Grain White Hoagie Roll |
| Klosterman | Whole Grain Hamburger Bun | Klosterman | Steak'n Shake Hamburger Bun |
| Klosterman | Whole Grain Hamburger Bun | Klosterman | Texas Slice Bohemian Dark Rye |
| Klosterman | Whole Grain Hot Dog Bun | Klosterman | Texas Slice Honey Wheat-Berry |
| Klosterman | Whole Grain Pan Dinner Roll | Klosterman | Texas Style Homestyle Potato |
| Klosterman | Whole Grain Rich Hamburger Bun | Klosterman | Texas Style light Rye |
| Klosterman | Whole Grain Rich Slammer | Klosterman | Texas Toast |
| Klosterman | Whole Grain Sandwich Bread | Klosterman | Texas Toast Vienna |
| Klosterman | Whole Grain Texas Slice Bread | Klosterman | Texas Toast Yellow |
| Klosterman | Whole Grain White Half-Loaf | Klosterman | Vienna Bread |
| Klosterman | Wide Pan Light Rye | Klosterman | Wheat Half Loaf |
| Klosterman | Yellow Hamburger Roll | Klosterman | Wheat Hamburger Bun |
| Klosterman | Yellow Seeded Hamburger Bun | Klosterman | Wheat Pullman |
| Klosterman | Yellow Sesame Seed Bun | Klosterman | White Half Loaf |
| Klosterman | Yellow Sesame Seeded Hamburger Bun | Klosterman | White Pullman |

Rabbi Avrohom Weinrib

Rabbinic Administrator-Cincinnati Kosher      4

**BEIS DIN / RABBINIC BOARD**
Rabbi Yosef Alt
Rabbi Ezra Goldschmiedt
Rabbi David Spetner
Rabbi Avrohom Weinrib

**RABBINIC ADMINISTRATOR**
Rabbi Avrohom Weinrib

**PRESIDENT**
Shmulie Botnick



Kosher Food Consulting
2445A Section Road
Cincinnati OH 45237
(513) 549-0450 • (513) 631-4900 fax
info@CincinnatiKosher.org

This is to certify that the following products produced by **Klosterman Bakery** are under the supervision of Cincinnati Kosher.

Please note the following conditions of certification:
All products are Parve.
All products are certified only when bearing the Cincinnati Kosher symbol.
All products are certified year-round, excluding Passover.
This certification is valid through December 31st, 2022 and is subject to renewal at that time.

| Brand: | Product Name: | Brand: | Product Name: |
| --- | --- | --- | --- |
| Klosterman | Yellow Texas Toast | Fred Meyer | Honey Wheat Thins |
| Kroger | Brioche Buns | Vandekamp | 100% Wheat Thins |
| Kroger | Challah Buns | Vandekamp | Multigrain Thins |
| Kroger | 100% Wheat Thins | Vandekamp | Honey Wheat Thins |
| Kroger | Multigrain Thins | Aldi | 100% Wheat Skinny |
| Kroger | Honey Wheat Thins | Aldi | Multigrain Skinny |
| Fred Meyer | 100% Wheat Thins | Aunt Millies | 100% Slimwiches |
| Fred Meyer | Multigrain Thins | | |

Please Note: This product is acceptable even when arriving in clear plastic bags.

| Brand: | Product Name |
| --- | --- |
| Klosterman | 24 oz. Sandwich Bread |

**Rabbi Avrohom Weinrib**    5
*Rabbinic Administrator-Cincinnati Kosher*

BEIS DIN / RABBINIC BOARD
Rabbi Yosef Alt
Rabbi Ezra Goldschmiedt
Rabbi David Spetner
Rabbi Avrohom Weinrib

RABBINIC ADMINISTRATOR
Rabbi Avrohom Weinrib
PRESIDENT
Shmule Botrick



**cRc Kosher**

Chicago Rabbinical Council
2701 West Howard Street
Chicago, IL 60645
(773) 465-3900   Fax: (773) 465-6929
www.EZcRc.org/LOC

**Letter of Kosher Certification**

This is to certify that the following products, produced by:

**Mission Foods Corporate, Irving, TX**

are under the certification of cRc Kosher.

February 10, 2022

בס"ד

## Mission FS

| Product Code | Product Name | Status | Certifying Req | UKD |
|---|---|---|---|---|
| 10105 | 5" White Taco Shell, 8/25 Ct. | Pareve | With cRc symbol | CC2044814 |
| 10112 | 7" Yellow Taco Shell, 200 Ct. | Pareve | With cRc symbol | CC2044835 |
| 10115 | 6" Yellow Taco Shell, 200 Ct. | Pareve | With cRc symbol | CC2044833 |
| 10237 | 13" Press Tortilla, 12/12 Ct. | Pareve | With cRc symbol | CC2044809 |
| 10250 | 12" Sundried Tomato Wrap, 6/12 Ct. | Pareve | With cRc symbol | CC2044805 |
| 10251 | FS MSN 12" Spinach Wraps 12ct | Pareve | With cRc symbol | CC2238182 |
| 10251 | FS MSN 12" Spinach Wraps, 6/12ct | Pareve | With cRc symbol | CC2243706 |
| 10252 | 12" Garlic Herb Wrap, 6/12 Ct. | Pareve | With cRc symbol | CC2044795 |
| 10253 | 12" Chipotle Wrap, 6/12 Ct. | Pareve | With cRc symbol | CC2044793 |
| 10254 | 12" Whole Wheat Wrap, 6/12 Ct. | Pareve | With cRc symbol | CC2044807 |
| 10256 | 12" Cheddar/Jalapeno Wrap, 6/12 Ct. | Pareve | With cRc symbol | CC2045073 |
| 10400 | 6" Press Tortilla, 24/12 Ct. | Pareve | With cRc symbol | CC2044819 |
| 10410 | 8" Press Tortilla, 24/12 Ct. | Pareve | With cRc symbol | CC2044838 |
| 10411 | 8" Whole Wheat Tortilla, 24/12 Ct. | Pareve | With cRc symbol | CC2044843 |
| 10420 | 10" Heat Pressed Flour Tortilla, 12/12 Ct. | Pareve | With cRc symbol | CC2044784 |

*Signature*
Rabbi Sholem Fishbane,
Kashrus Administrator

Expiration Date: Dec 31 2022
Company# 119

Use of the cRc Kosher trademark must comply with the terms set forth in the written
agreement with cRc Kosher. Any other use of the cRc Kosher trademark is not authorized.

Powered by EZcRc.org





# cRc Kosher

**Chicago Rabbinical Council**
2701 West Howard Street
Chicago, IL 60645
(773) 465-3900   Fax: (773) 465-6929
www.EZcRc.org/LOC

ב"ה

February 10, 2022



## Mission FS

| Product Code | Product Name | Status | Certifying Req | UKD |
|---|---|---|---|---|
| 10425 | 10" Whole Wheat Press Tort, 12/12 Ct. | Pareve | With cRc symbol | CC2044789 |
| 10430 | 12" Heat Pressed Whole Wheat Tortillas, 24/12 Ct. | Pareve | With cRc symbol | CC2158637 |
| 10462 | 6" Whole Wheat Tortilla 12 ct. | Pareve | With cRc symbol | CC2044798 |
| 10503 | 6" Yellow Corn Tort, 5oz/dz, 12/60 Ct. | Pareve | With cRc symbol | CC2044830 |
| 10600 | 6" White Corn Tort, 5oz/dz, 12/60 Ct. | Pareve | With cRc symbol | CC2044826 |
| 10605 | 6" White Corn Tort, 6oz/dz, 12/60 Ct. | Pareve | With cRc symbol | CC2044827 |
| 10610 | 6" White Corn Tort, 7oz/dz, 12/60 Ct. | Pareve | With cRc symbol | CC2044828 |
| 10611 | 6" Red Corn Tort, 7oz/dz, 12/60 Ct. | Pareve | With cRc symbol | CC2044817 |
| 10612 | 6" Blue Corn Tort, 7oz/dz, 12/60 Ct. | Pareve | With cRc symbol | CC2044818 |
| 10613 | 6" White Corn Tortillas 12/36 Ct. | Pareve | With cRc symbol | CC2139054 |
| 10620 | 6" White Corn Tort, 12oz/dz, 6/60 Ct. | Pareve | With cRc symbol | CC2044824 |
| 10624 | 5" White Corn Tort, 8.2oz/dz, 15/60 Ct | Pareve | With cRc symbol | CC2052061 |
| 10630 | 6" White Corn Tort, 14oz/dz, 6/60 Ct. | Pareve | With cRc symbol | CC2044825 |
| 10821 | Tri-Color PCUF Chip, 4-Cut, 3/10 Lbs. | Pareve | With cRc symbol | CC2044870 |
| 10831 | Round Yellow Chip, 48/3 Oz. | Pareve | With cRc symbol | CC2044862 |
| 10843 | Blue PCUF Chip, 20 Lbs. | Pareve | With cRc symbol | CC2044846 |
| 10854 | Yellow PCUF Chip, 6 Cut, 30 Lbs. | Pareve | With cRc symbol | CC2044885 |
| 10861 | White Unfried Precut Chip, 30 Lbs. | Pareve | With cRc symbol | CC2044882 |
| 10866 | White PCUF Chip, 6 Cut, 30 Lbs. | Pareve | With cRc symbol | CC2044877 |
| 10867 | White PCUF Thin Chip, 20 Lbs. | Pareve | With cRc symbol | CC2044878 |

Expiration Date: Dec 31 2022
Company# 119

Use of the cRc Kosher trademark must comply with the terms set forth in the written agreement with cRc Kosher. Any other use of the cRc Kosher trademark is not authorized.

Powered by EZcRc.org

Rabbi Sholem Fishbane,
Kashrus Administrator



# cRc Kosher

**Chicago Rabbinical Council**
2701 West Howard Street
Chicago, IL 60645
(773) 465-3900  Fax: (773) 465-6929
www.EZcRc.org/LLOC

בס"ד

February 10, 2022

UKD

**Mission FS**

| Product Code | Product Name | Status | Certifying Req | |
|---|---|---|---|---|
| 11611 | White PCUF Chip, 4 Cut, 25 Lbs. | Pareve | With cRc symbol | CC2044875 |
| 13560 | Red, White & Blue Corn PCUF Chips, 6 Cut, 25 Lb | Pareve | With cRc symbol | CC211601S |
| 15012 | 4.5" White Corn Tortilla, 6.4oz/dz,20/60 Ct | Pareve | With cRc symbol | CC2052075 |
| 15870 | 6" Press Tortilla, Fajita, 8/30 Ct | Pareve | With cRc symbol | CC211783 |
| 16093 | Pre-Cut Unfried White Chips, 6 Cut, 1/30 Lbs. | Pareve | With cRc symbol | CC150798 |
| 16185 | 8" Press Thin Tortilla, 12/24 Ct | Pareve | With cRc symbol | CC211871 |
| 18802 | 12" Red Tomato Basil Wrap 6/12 Ct. | Pareve | With cRc symbol | CC133677 |
| 20123 | 4.5" White Corn Tortilla 6/50 Ct. | Pareve | With cRc symbol | CC145447 |
| 20700 | La Fiesta 5" White Corn Tortillas 50ct | Pareve | With cRc symbol | CC2238184 |
| 22854 | 7.5" Grill Ready Par-Baked Flour Tortilla 16/12 Ct. | Pareve | With cRc symbol | CC145452 |
| 24242 | Restaurant Style Tri-Color Chips, 6/2Lbs. | Pareve | With cRc symbol | CC158517 |
| 24323 | 12.5" Orange Cheddar Jalapeno Wraps, 8/12 Ct | Pareve | With cRc symbol | CC158653 |
| 25823 | Round White Chips, 28/3 oz | Pareve | With cRc symbol | CC172227 |
| 25863 | Yellow Mini-Round Chips, 8/2 lbs | Pareve | With cRc symbol | CC172232 |
| 28671 | 4.5" Press Tortilla, 24/12 ct. | Pareve | With cRc symbol | CC172236 |
| 29135 | White Triangle Tortilla Chips - Unsalted 1/12lb | Pareve | With cRc symbol | CC190151 |
| 29302 | FS MSN White PCUF Chips, 4 Cut - Large, 30 Lbs | Pareve | With cRc symbol | CC2238185 |
| 29714 | Yellow PCUF Chips, 30lb. | Pareve | With cRc symbol | CC2196508 |
| 29716 | White PCUF Chips, 30lb. | Pareve | With cRc symbol | CC2196509 |
| 31395 | FS MSN 6" Thin Press W/Palm Oil Tortilla 32ct | Pareve | With cRc symbol | CC2238218 |

Expiration Date: Dec 31 2022
Company# 119

Total # of Products on Certificate 93
Page 3 of 5

Use of the cRc Kosher trademark must comply with the terms set forth in the written agreement with cRc Kosher. Any other use of the cRc Kosher trademark is not authorized.

Powered by EZcRc.org

*Sholom Fishbane*
Rabbi Sholom Fishbane,
Kashrus Administrator





# cRc Kosher

**Chicago Rabbinical Council**
2701 West Howard Street
Chicago, IL 60645
(773) 465-3900   Fax: (773) 465-6929
www.EZcRc.org/LOC

ב"ה

**Mission FS**

| Product Code | Product Name | Status | Certifying Req | UKD |
|---|---|---|---|---|
| 3162 | 8" Press Thin Tort, 15oz/dz, 12/24 Ct. | Pareve | With cRc symbol | CC2044928 |
| 3165 | White PCUF Chip, 6 Cut, 30 Lbs. | Pareve | With cRc symbol | CC2044876 |
| 33171 | Mission Tortilla 4 Pk | Pareve | With cRc symbol | CC2198525 |
| 36905 | FS MSN 7.5" Flatbread 8ct | Pareve | With cRc symbol | CC2281186 |
| 37183 | 10" Fry Ready Flour Tortillas, 16/12ct | Pareve | With cRc symbol | CC2208482 |
| 37184 | 12" Fry Ready Flour Tortillas, 8/12ct. | Pareve | With cRc symbol | CC2208483 |
| 37185 | 8" Fry Ready Flour Tortillas, 8/12ct. | Pareve | With cRc symbol | CC2208484 |
| 37186 | 6" Fry Ready Flour Tortillas, 24/12ct | Pareve | With cRc symbol | CC2208485 |
| 39174 | 12" Press tortilla, 8/12ct | Pareve | With cRc symbol | CC2228071 |
| 39257 | 5.5 Super Soft White Corn Tortilla | Pareve | With cRc symbol | CC2231633 |
| 39258 | 5.5" Super Soft Yellow Corn Tortilla | Pareve | With cRc symbol | CC2231634 |
| 40342 | 5.5" Heat Press Wheat Flour Tortilla, 10.5oz/dz, 24/24ct | Pareve | With cRc symbol | CC2252619 |
| 40478 | FS Organic 10" Shelf Stable Flour Tortilla | Pareve | With cRc symbol | CC2277368 |
| 42107-10049 | Chick-fil-A Meal Kit Flour Tortilla 4ct | Pareve | With cRc symbol | CC2246120 |
| 48746 | Dunkin Donuts HP White Whole Wheat Tortillas | Pareve | With cRc symbol | CC2283633 |
| 4931 | Tri-Color PCUF Thin Strip, 6oz/dz, 3/10 Lb | Pareve | With cRc symbol | CC2044872 |
| 6771 | White PCUF Thin Strip, 30 Lbs. | Pareve | With cRc symbol | CC2044879 |
| 6941 | Yellow PCUF Chip, 30 Lbs. | Pareve | With cRc symbol | CC2044884 |
| 6942 | Mission FS 6" Yellow Corn Tortillas 12/60ct | Pareve | With cRc symbol | CC2259519 |
| 73731-08613 | FS MSN Restaurant Style Tri-Color Chips | Pareve | With cRc symbol | CC2283745 |

Use of the cRc Kosher trademark must comply with the terms set forth in the written agreement with cRc Kosher. Any other use of the cRc Kosher trademark is not authorized.

**Expiration Date: Dec 31 2022**
**Company# 119**

February 10, 2022

*Sholom Fishbane*
Rabbi Sholom Fishbane,
Kashrus Administrator

Powered by EZcRc.org





# cRc Kosher

Chicago Rabbinical Council
2701 West Howard Street
Chicago, IL 60645
(773) 465-3900  Fax: (773) 465-6929
www.EZcRc.org/LOC

**Mission FS**

| Product Code | Product Name | Status | Certifying Req | UKD |
|---|---|---|---|---|
| 73731-33804 | FS MSN 8" Press Thin Tortilla | Pareve | With cRc symbol | CC2277369 |
| 7381 | 5" Yellow Taco Shell, 8/25 Ct. | Pareve | With cRc symbol | CC2044815 |
| 7983 | Tri-Color 6" White Corn, 7oz/dz, 12/60 Ct. | Pareve | With cRc symbol | CC2044869 |
| 8042 | Mazina 6" Press tortilla, 24/12ct | Pareve | With cRc symbol | CC2246900 |
| 8043 | Mazina 8" Press Tortilla, 24/12ct | Pareve | With cRc symbol | CC2246901 |
| 8244 | 6" Press Tortilla, 24/12 Ct. | Pareve | With cRc symbol | CC2044893 |
| 8248 | 6" White Corn Tortilla, 5oz/dz, 12/60 Ct. | Pareve | With cRc symbol | CC2044895 |
| 8251 | 8" Press Tortilla, 24/12 Ct. | Pareve | With cRc symbol | CC2044900 |
| 8615 | Restaurant Style Blue Chip, 6/2 Lbs. | Pareve | With cRc symbol | CC2044851 |
| 8617 | Round Non-Salted White Chip, 6/2 Lbs. | Pareve | With cRc symbol | CC2044859 |
| 8618 | Restaurant Style White Chip, 6/2 Lbs. | Pareve | With cRc symbol | CC2044857 |
| 8619 | Restaurant Style Yellow Chip, 6/2 Lbs. | Pareve | With cRc symbol | CC2044858 |
| 8620 | Round White Chip, 6/2 Lbs. | Pareve | With cRc symbol | CC2044864 |
| 8641 | Round Yellow Chip, 6/2 Lbs. | Pareve | With cRc symbol | CC2044866 |
| 9003 | Yellow PCUF Thin Strip, 30 Lbs. | Pareve | With cRc symbol | CC2044886 |
| 9301 | Grill Ready Flour Tort, 6.5", 24/12 Ct. | Pareve | With cRc symbol | CC2044848 |
| 9641 | Yellow PCUF Chip, 20 Lbs. | Pareve | With cRc symbol | CC2044903 |
| 9711 | 12" Flavored Wraps, Variety Pack, 6/12 Ct. | Pareve | With cRc symbol | CC2044794 |

February 10, 2022

Use of the cRc Kosher trademark must comply with the terms set forth in the written agreement with cRc Kosher. Any other use of the cRc Kosher trademark is not authorized.

Powered by EZcRc.org

*Sholom Fishbane*

Rabbi Sholom Fishbane,
Kashrus Administrator





# cRc Kosher

**Chicago Rabbinical Council**
2701 West Howard Street
Chicago, IL 60645-1303
Ph: 773.465.3900   Fax: 773.465.6929
www.cRc.org/LOC

בס"ד

January 13, 2022

## Letter of Kosher Certification

This is to certify that the following products, produced by:

**Swiss Food Products, 4333 West Division St., Chicago, IL 60651**

are under the certification of cRc Kosher.

**Brand: Swiss Preferred**

| | Product Name | Status | Certifying Requirement | UKD-ID |
|---|---|---|---|---|
| 1 | Allspice | Pareve | cRc Logo Required | CC2186988 |
| 2 | Basil | Pareve | cRc Logo Required | CC2186990 |
| 3 | Bay Leaves | Pareve | cRc Logo Required | CC2187007 |
| 4 | Beef Base | Pareve | cRc Logo Required | CC2186092 |
| 5 | Beef Base Low Sodium | Pareve | cRc Logo Required | CC2186093 |
| 6 | Beef Paste | Pareve | cRc Logo Required | CC2270144 |
| 7 | Black Pepper | Pareve | cRc Logo Required | CC2197711 |
| 8 | Cayenne | Pareve | cRc Logo Required | CC2186992 |
| 9 | Chicken Base | Pareve | cRc Logo Required | CC2186090 |
| 10 | Chicken Base Low Sodium | Pareve | cRc Logo Required | CC2186089 |
| 11 | Chicken Paste | Pareve | cRc Logo Required | CC2270143 |
| 12 | Chili Powder | Pareve | cRc Logo Required | CC2186093 |
| 13 | Cinnamon | Pareve | cRc Logo Required | CC2186995 |
| 14 | Cloves | Pareve | cRc Logo Required | CC2186996 |
| 15 | Crushed Red Pepper | Pareve | cRc Logo Required | CC2186997 |
| 16 | Cumin | Pareve | cRc Logo Required | CC2186994 |
| 17 | Garlic | Pareve | cRc Logo Required | CC2186998 |
| 18 | Ginger | Pareve | cRc Logo Required | CC2187006 |
| 19 | Ham Base | Pareve | cRc Logo Required | CC2270142 |

Expiration Date: 12/31/2022.
cRc ID:#I03515
Total # of Products on Certificate: 44
Page 1 of 3

Use of the cRc Kosher trademark must comply with the terms set forth in the written agreement with cRc Kosher. Any other use of the cRc Kosher trademark is not authorized.

Powered by KDM



Rabbi Sholem Fishbane
Kashrus Administrator



# cRc Kosher

**Chicago Rabbinical Council**
2701 West Howard Street
Chicago, IL 60645-1303
Ph: 773.465.3900   Fax: 773.465.6929
www.cRc.org/LOC

January 13, 2022

ב"ה



**Swiss Food Products - Chicago, IL**

| | Product Name | Status | Certifying Requirement | UKD-ID |
|---|---|---|---|---|
| | **Brand: Swiss Preferred** | | | |
| 20 | Imitation Black Pepper | Pareve | cRc Logo Required | CC2186091 |
| 21 | Mustard | Pareve | cRc Logo Required | CC2186999 |
| 22 | Nutmeg | Pareve | cRc Logo Required | CC2187003 |
| 23 | Nutmeg Seasoning | Pareve | cRc Logo Required | CC2187008 |
| 24 | Onion | Pareve | cRc Logo Required | CC2187000 |
| 25 | Oregano | Pareve | cRc Logo Required | CC2186991 |
| 26 | Paprika | Pareve | cRc Logo Required | CC2187001 |
| 27 | Parsley | Pareve | cRc Logo Required | CC2187002 |
| 28 | Poultry Seasoning | Pareve | cRc Logo Required | CC2187009 |
| 29 | Sage | Pareve | cRc Logo Required | CC2187005 |
| 30 | Seasoning Salt | Pareve | cRc Logo Required | CC2186094 |
| 31 | Thyme | Pareve | cRc Logo Required | CC2187004 |
| 32 | Vegetable Base Low Sodium | Pareve | cRc Logo Required | CC2233390 |
| | **Brand: Swiss Products** | | | |
| 33 | All Purpose Flavor Booster Consomme | Pareve | cRc Logo Required | CC2193907 |
| 34 | Beef Gravy | Dairy | cRc-D Logo Required | CC2200039 |
| 35 | Cajun Spice Mix | Pareve | cRc Logo Required | CC2233385 |
| 36 | Chicken Gravy | Dairy | cRc-D Logo Required | CC2200041 |
| 37 | Creole Spice Mix | Pareve | cRc Logo Required | CC2233386 |
| 38 | Garlic Salt | Pareve | cRc Logo Required | CC2233387 |
| 39 | Lemon Pepper | Pareve | cRc Logo Required | CC2233388 |
| 40 | Swiss Beef Base | Pareve | cRc Logo Required | CC2193953 |
| 41 | Swiss Beef Base No MSG | Pareve | cRc Logo Required | CC2196470 |

Use of the cRc Kosher trademark must comply with the terms set forth in the written agreement with cRc Kosher. Any other use of the cRc Kosher trademark is not authorized.

Expiration Date: 12/31/2022.
cRc ID:#103515
Total # of Products on Certificate: 44
Page 2 of 3

Powered by KDM

Rabbi Sholem Fishbane
Kashrus Administrator



**KOSHER CERTIFICATION**

## cRc Kosher

Chicago Rabbinical Council
2701 West Howard Street
Chicago, IL 60645-1303
Ph: 773.465.3900   Fax: 773.465.6929
www.EZcRc.org/LOC

January 13, 2022

ב"ה

### Swiss Food Products - Chicago, IL

**Brand: Swiss Products**

| | Product Name | Status | Certifying Requirement | UKD-ID |
|---|---|---|---|---|
| 42 | Swiss Chicken Base | Pareve | cRc Logo Required | CC2193951 |
| 43 | Swiss Chicken Base No MSG | Pareve | cRc Logo Required | CC2193962 |
| 44 | Swiss Vegetable Base | Pareve | cRc Logo Required | CC2233389 |



Rabbi Sholem Fishbane
Kashrus Administrator

Use of the cRc Kosher trademark must comply with the terms set forth in the written agreement with cRc Kosher. Any other use of the cRc Kosher trademark is not authorized.

Expiration Date: 12/31/2022.
cRc ID:#103515
Total # of Products on Certificate: 44
Page 3 of 3

Powered by KDM



ב״ה

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורטודוקסים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

March 24, 2022

This is to certify that the following product(s) prepared by

**Trinidad Benham, 3650 S. Yosemite St., Denver, CO 80237**

are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Diamond** | | | |
| • Prewashed Pinto Beans | OUV3-35B6844 | Pareve | Ⓤ Symbol required. |
| • Turtle Beans - Black Prewashed | OUV3-317805A | Pareve | Ⓤ Symbol required. |
| **Brand:  Generic** | | | |
| • Blackeye Peas | OUV3-CEE6AB9 | Pareve | Ⓤ Symbol required. |
| • Navy Beans | OUV3-7CE7D1B | Pareve | Ⓤ Symbol required. |
| • Pinto Splits | OUV3-32C7AD1 | Pareve | Ⓤ Symbol required. |
| **Brand:  Peak** | | | |
| • Black Beans | OUV3-31D9537 | Pareve | Ⓤ Symbol required. |
| • Blackeye Peas | OUV3-D6AD8E3 | Pareve | Ⓤ Symbol required. |
| • Navy Beans | OUV3-7D46F70 | Pareve | Ⓤ Symbol required. |
| • Pinto Beans | OUV3-A6D58FD | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022

Page 1 of 1



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

בס"ד

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA · איחוד קהילות האורתודוקסים בנקי אמעריקה

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

December 27, 2021

This is to certify that the following product(s) prepared by

**Trinidad Benham, 3650 S. Yosemite St., Denver, CO 80237**

are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Peak** | | | |
| • 16 Bean Soup Mix | OUV3-0B81F3C | Pareve | Ⓤ Symbol required. |
| • Aluminum Foil | OUW3-28D6853 | Pareve | Ⓤ Symbol required. Certified for Passover and year-round use. |
| • Baby Green Lima Beans | OUV3-E01DC93 | Pareve | Ⓤ Symbol required. |
| • Barley | OUV3-403D9A6 | Pareve | Ⓤ Symbol required. |
| • Beans - Green Whole | OUV3-7E90223 | Pareve | Ⓤ Symbol required. |
| • Black Beans | OUV3-31D9537 | Pareve | Ⓤ Symbol required. |
| • Black Turtle Beans | OUV3-642E2BD | Pareve | Ⓤ Symbol required. |
| • Blackeye Peas | OUV3-D6AD8E3 | Pareve | Ⓤ Symbol required. |
| • Cranberry Beans | OUV3-EE07B29 | Pareve | Ⓤ Symbol required. |
| • Dark Red Kidney Beans | OUV3-8BF2814 | Pareve | Ⓤ Symbol required. |
| • Dried Beans | OUV3-F3072A7 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 12/31/2022**

Page 1 of 5



בס"ד

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איחוד קהילות האורתודוקסים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

December 27, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Trinidad Benham** (continued)

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: Peak** (continued) | | | |
| • Field Peas | OUV3-6773367 | Pareve | Ⓤ Symbol required. |
| • Foil Sheets | OUW3-5CE573D | Pareve | Ⓤ Symbol required. Certified for Passover and year-round use. |
| • Garbanzo Beans | OUV3-C0675C1 | Pareve | Ⓤ Symbol required. |
| • Great Northern Beans | OUV3-DAF4C99 | Pareve | Ⓤ Symbol required. |
| • Great Northern Beans | OUV4-X5KTJFK | Pareve | Ⓤ Certified when bulk shipped in OU approved carriers. |
| • Green Split Peas | OUV3-46F3CF8 | Pareve | Ⓤ Symbol required. |
| • Jasmine Rice | OUV3-985EDBC | Pareve | Ⓤ Symbol required. |
| • Large Lima Beans | OUV3-5B941E6 | Pareve | Ⓤ Symbol required. |
| • Lentils | OUV3-6D6C455 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022

Page 2 of 5



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בנארי

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

December 27, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Trinidad Benham**   (continued)

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Peak (continued)** | | | |
| • Light Red Kidney Beans | OUV3-E419414 | Pareve | Ⓤ Symbol required. |
| • Light Red Kidney Beans | OUV4-9LCKQFU | Pareve | Certified when bulk shipped in OU approved carriers. |
| • Lima Beans - Baby | OUV3-44BEF2E | Pareve | Ⓤ Symbol required. |
| • Long Grain Rice | OUV3-8798494 | Pareve | Ⓤ Symbol required. |
| • Mayocoba Beans | OUV3-6162604 | Pareve | Ⓤ Symbol required. |
| • Medium Grain Rice | OUV3-05ABDC1 | Pareve | Ⓤ Symbol required. |
| • Navy Beans | OUV3-7D46F70 | Pareve | Ⓤ Symbol required. |
| • Parboiled Rice | OUV3-06D3B39 | Pareve | Ⓤ Symbol required. |
| • Peas - Small Red | OUV3-2420280 | Pareve | Ⓤ Symbol required. |
| • Peas - Small White | OUV3-48DC725 | Pareve | Ⓤ Symbol required. |
| • Peas - Yelloweyed | OUV3-E43B0CE | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 12/31/2022**

Page 3 of 5



ב"ה

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בארה"ב

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

December 27, 2021

**Trinidad Benham**   (continued)

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Peak (continued)** | | | |
| • Plastic Wrap | OUW3-F2B48BD | Pareve | Ⓤ Symbol required. Certified for Passover and year-round use. |
| • Pinto Beans | OUV3-A6D58FD | Pareve | Ⓤ Symbol required. |
| • Pink Beans | OUV3-9065DD0 | Pareve | Ⓤ Symbol required. |
| • Prewashed Pinto Beans | OUV3-29E3650 | Pareve | Ⓤ Symbol required. |
| • Red Kidney Beans | OUV3-D3AA729 | Pareve | Ⓤ Symbol required. |
| • Red Lentils | OUV3-312B162 | Pareve | Ⓤ Symbol required. |
| • Rice - Brown | OUV3-EE25B10 | Pareve | Ⓤ Symbol required. |
| • Rice - Par Boiled | OUV3-F8C5E5A | Pareve | Ⓤ Symbol required. |
| • Rice - Thrifty | OUV3-3AD0BDA | Pareve | Ⓤ Symbol required. |
| • Short Grain Rice | OUV3-CB576F5 | Pareve | Ⓤ Symbol required. |
| • Speckled Lima Beans | OUV3-1B5030C | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 12/31/2022

Page 4 of 5



בס"ד

# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים באמריקה

ELEVEN BROADWAY / NEW YORK NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

December 27, 2021

This is to certify that the following product(s) prepared by this company are under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Trinidad Benham   (continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Peak (continued)** | | | |
| • White Popcorn | OUV3-B467D75 | Pareve | Ⓤ Symbol required. |
| • Yellow Popcorn | OUV3-849F2D9 | Pareve | Ⓤ Symbol required. |
| • Yellow Split Peas | OUV3-FEE5A92 | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Rabbi Menachem Genack, Rabbinic Administrator, CEO*

This certification is valid through **12/31/2022**



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איחוד קהילות האורתודוקסים בארצות הברית
ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

January 19, 2022

This is to certify that the following Private Label product(s) are manufactured under the supervision of the Kashrus Division of the Orthodox Union and are Kosher as indicated below.

**Private Label Company:**  National Foods Packaging Inc., 8200 Madison Avenue, Cleveland, OH 44102

At your plant(s) located in:

Dakota Growers' Pasta Co.–Carrington One Pasta Avenue, Carrington, ND
Dakota Growers' Pasta Co.–New Hope 7300 36th Avenue, New Hope, MN

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand: National Food Packaging** | | | |
| • Elbows | OUV7-7C506C3 | Pareve | Ⓤ Symbol required. |
| • Rotini | OUV7-2FE92F9 | Pareve | Ⓤ Symbol required. |
| • Spaghetti | OUV7-3202BFC | Pareve | Ⓤ Symbol required. |
| **Brand: National Foods Packaging** | | | |
| • 5019410101 Large Elbow | OUV7-7L0PE6S | Pareve | Ⓤ Symbol required. |
| • 5019410500 Ziti | OUV7-FGWTITP | Pareve | Ⓤ Symbol required. |
| • Elbow Macaroni | OUV7-CJSW7AN | Pareve | Ⓤ Symbol required. |
| • Rotini | OUV7-3WO6BAN | Pareve | Ⓤ Symbol required. |

**Dakota Growers' Pasta Company, One Pasta Avenue, Carrington, ND, 58421-0021**

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 1/31/2023**

Page 1 of 2



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים בארצות הברית

ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

January 19, 2022

Dakota Growers' Pasta Company, One Pasta Avenue, Carrington, ND, 58421-0021

This is to certify that the following Private Label product(s) are manufactured under the supervision of the Kashrus Division of the Orthodox Union and are Kosher as indicated below.

Private Label Company:  National Foods Packaging Inc., 8200 Madison Avenue, Cleveland, OH 44102

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|

**Brand: National Foods Packaging (Continued)**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| • Small Shells | OUV7-PI1ATBQ | Pareve | Ⓤ Symbol required. |
| • Spaghetti | OUV7-FKYXSPI | Pareve | Ⓤ Symbol required. |

Use of the OU trademark must comply with the terms set forth in a written agreement with the Orthodox Union. Any other use of the OU trademark is not authorized.

*Menachem Genack*

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 1/31/2023

Page 2 of 2

Rabbi J.H. Ralbag 

Rabbi Aryeh Ralbag
Coordinator
Phone 212-877-1823
Fax 212-595-7966

Triangle K, Inc.
225 West 86th Street
Suite 717
New York, N.Y. 10024

## KOSHER CERTIFICATION

This is to state that I made all the necessary arrangements for the **KOSHER** and **PAREVE** production of only pure plain peanut butter under the following labels

**SUNNY BOY, SUNSHINE PEANUT BUTTER**
**ANYTIME, PEANUT BUTTER**
**CORRECT CHOICE, PEANUT BUTTER**
**NO SALT PEANUT BUTTER**

produced at the **SUNSHINE USA, INC.** located in Jacksonville, Florida.

On this basis, I certify that the above named **only pure plain peanut butter** under the following label names, Sunny Boy, Sunshine Peanut Butter, Anytime Peanut Butter and Correct Choice Peanut Butter produced at the Sunshine Peanut Company in Jacksonville, Florida is absolutely free from any forbidden substance and is strictly **KOSHER** and **PAREVE** under my Rabbinical supervision when bearing the [K] Kosher identification.

In witness thereof, I herewith affix my signature and seal this 28th day of the month of Adar 1, 5782 (March 1, 2022) in the city of New York. This certification is valid until March 2023 and is subject to renewal at that time.



Rabbi Aryeh Ralbag *