DeRon McCoy, Jr #116844
P.O. Box 311
Eldorado, KS 67042

In The United States District Court
For the District Court of Kansas

DeRon McCoy Jr )
Plaintiff )
)
v. ) Case No: 21-cv-03269-JWL-JPO
Aramark Correctional Services et al ) 
Defendants )
)
)

## Plaintiff's Motion Requesting Issuing of Waiver of Service

Comes now the plaintiff DeRon McCoy Jr pro se and request the court direct the clerk of the court issue waiver of service upon the named defendants in the above captioned case. In support of said motion the plaintiff states the following

### Facts

1) On 11/29/2021 The plaintiff complaint was filed

2) On 11/29/2021 The court granted the plaintiff until Dec 29, 2021 to pay the filing fee

3) On 12/02/2021 The plaintiff paid the $402 filing fee

(1)

(b) (1) Count III: Observance of Jewish High Holy days while in Segregation.

Defendants Rabbi M. Fellia, R. Singletary, Rabbi Ben Friedman and Aramark correctional services Intentionally, willfully and deliberately violated the Plaintiffs First Amendment rights, Religious land use and Institutionalized Person ACT (R.L.U.I.P.A) 42 U.S.C § 2001, and equal protection claim of the 14th Amendment.

(2) Defendant Rabbi M. Fellia, R. Singletary, Rabbi Ben Friedman, and Aramark

4) On 2/28/2022 The court directed Official at K.D.O.C to complete a Martinez report regarding the subject Matter of the plaintiff's complaint.

5) On 6/15/2022 The first Martinez report was submitted by K.D.O.C

6) On 7/29/2022 K.D.O.C submitted a Amended Martinez report.

7) On 11/07/2022 The above caption case was reassigned to District Judge John W. Lungstrum and Magistrate Judge James P. O'Hara.

8) Nearly a year has gone by since the plaintiff initially submitted his first complaint.

9) The plaintiff has submitted along with his second Amended complaint relevant excerpts from the Shulhan Aruch (Jewish code of law) That supports everyone of his claims in his complaint as to what his religious pratice requires (see Exhibit D)

Wherefore the plaintiff request the court have the clerk ~~take~~ ~~send~~ waive of service upon the defendants; so as to get a response from the defendants

Respectfully submitted
Delron McCoy Jr

Date: 11/7/2022

②