DeBan McCoy, Jr #76894
_____ Name

P.O Box 311 (E.D.c.F)

Eldorado, Ks 67042
_____ Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DeBon McCoy Jr , Plaintiff
*(Full Name)*

v.

Aramark correctional
services et al , Defendant (s)

CASE NO. 21-3269-s.c
(To be supplied by the Clerk)

~~First~~ Second Amended
CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) DeBon McCoy Jr , is a citizen of Kansas
   *(Plaintiff)* *(State)*

   who presently resides at 1757 S.e highway 54
   *(Mailing address or place*
   Eldorado, Ks 67042 .
   *of confinement.)*

2) Defendant Aramark correctional services is a ~~citizen of~~ corporation
   *(Name of first defendant)*

   incorporated under the Laws of Kansas , and ~~is employer at~~ its principal place
   *(City, State)*

   of business is Aramark Tower 1101 Market street Phil, pa. At the time the
   *(Position and title, if any)* 19104

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

   Aramark correctional services worked in conjuction
   with K.D.O.C officials to implement the CRD ilsto policy,
   and costom in K.D.O.C facilities.

1

3) Defendant ~~Robbi~~ M. Fellig is a citizen of
_(Name of second defendant)_

Florida , and is employed as
_(City, state)_

Religious Authority for Aramack Corr Secure) At the time the
_(Position and title, if any)_

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

worked in conjuction with K.D.O.C officials

and other named defendants to create and implemented

CRD into policy and custom for secure in K.D.O.C facilities

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

42 U.S.C. §1983; R.L.U.I.P.A

## B.  NATURE OF THE CASE

1) Briefly state the background of your case:

Please see Attached;

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983

## C.  CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been

   violated and that the following facts form the basis for my allegations: (If necessary you

   may attach up to two additional pages (8h" x 11") to explain any allegation or to list

   additional supporting facts.)

A) (1) Count I: Defendants violated the plaintiffs
First Amendment right to free exercise and
R.L.U.I.P.A

(2) Supporting Facts: (Include all facts you consider important, including names of

persons involved, places and dates. Describe exactly how each defendant is involved.

State the facts clearly in your own words without citing legal authority or argument.):

Please see Attached!

B)  (1) Count II: _____

(2) Supporting Facts: _____

3

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts

involved in this action or otherwise relating to the conditions of your imprisonment?

Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than

one lawsuit, describe the additional lawsuits on another piece of paper, using the same

outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: DeRon McCoy, II

   Defendants: Arimiah P. Berry, C. Allen, J. Dodderdorf Paul church

   b) Name of court and docket number U.S. District Court district of Kansas 5:16-CV-03027-CM-KGG

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still

   pending?) Summary Judgement granted did not Appeal Most (failure to exaust conditions at E.d.c.F)

   d) Issues raised violation of Free exercise clause of 19th Amendment and R.L.U.P.A

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

e) Approximate date of filing lawsuit 1/27/2016

f) Approximate date of disposition 10/2/2020

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐ . If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Please see Attached.

## 2)  REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Please See Attached.

_____
Signature of Attorney (if any)

DeRon McCoy II
Signature of Plaintiff

_____

_____

_____
(Attorney's full address and telephone number)

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

DeRon McCoy, Jr #76894
P.O. BOX 311
Eldorado, Ks 67042

---

United States District Court
For the District of Kansas

| | |
|---|---|
| DeRon McCoy Jr, plaintiff<br><br>V.<br><br>Aramark correctional services,<br>Rabbi M. Eellig in his individual<br>and official capacity,<br>Rabbi B. Friedman in his<br>individual and official capacity,<br>Patricia Berry in her official and<br>individual capacity<br>Randy Styke in his official and<br>individual capacity<br>Sharon Coots in her official and<br>individual capacity<br>Judy Hay in her official and<br>individual capacity<br>Jeff Zmuda in his official and<br>individual capacity,<br>Defendants | Case No.<br>21-3269-SAC<br><br>Second Amended<br><br>Civil rights complaint<br>Pursuant to 42 U.S.C.<br>§ 1983 |

## A. Jurisdiction

1) DeRon McCoy, Jr. is a citizen of Kansas
who presently resides a 1757 S.E highway 54
Eldorado, Ks 67042

2) Defendant Aramark correctional services is
a corporation incorporated under the laws of
Kansas, and it principal place of buisness
is Aramark Tower 1101 market street, Philadelphia,
PA 19107. At the time the claim(s) alleged in this

①

complaint arose. This defendant was acting under the color of state Law. Aramark correctional services worked in conjuction with K.D.O.C officials to implement the certified religious diet (CRD) into policy, and custom for service upon Jewish offenders in K.D.O.C custody.

3) Defendant Rabbi M. fellig is a citizen of florida, and is employed as Aramarks religious Authority. At the time the claim(s) alleged in this complaint arose, This defendant acted under the color of state Law. Defendant M. Fellig worked inconjuction w/th K.D.O.C official to implement the (CRD) into policy and custom for service upon Jewish offenders in K.D.O.C custody

4) Defendant Rabbi B. Friedman is a citizen of Kansas and is employed as K.D.O.C religious Authority. At the time the claim(s) alleged in this complaint arose, This defendant was acting under the color of state Law. Defendant B. Friedman was ~~detunes~~ aware of the defectances of the (CRD) and failed to act to correct problems

5) Defendant Patricia Berry is a citizen of Kansas and was employed a K.D.O.C contract Monitor currently retired. At the time the CRD was signed and implemented into policy defendant Berry was state contract monitor who reveiwed and signed the CRD into policy and procedure for what Jewish offenders who request Kosher modified diet are served as food.

(a)

6) Defendant Rony Shakelay a citizen of Kansas and is employed as the current K.D.O.C contract monitor At the time the claim(s) arose. This defendant acted under the color of state law. As the K.D.O.C contract monitor Defendant Shakelay is responsible reviewing and approving the CRD for service upon Jewish offender who request Kosher Modified diet and ensuring Kosher Jewish dietary laws for service sourse and preparations are met.

7) Defendant Sharon Loats is a citizen of Kansas and is employed as the dietrician for K.D.O.C At the time the claim(s) arose. This defendant was acting under the color of state law. As the dietrican for K.D.O.C Defendant Loats is responsible for reviewing the CRD menu for nutritional adequese and then sign it into policy for service to Jewish offenders who request Kosher modified diet.

8) Defendant Julie Hay is a citizen of Kansas and is employed as the A.F.O.S for Aramark correctional services. At the time the claims arose in this defendant was acting under the color of state law As the supervisor of said Kitchen operated by Aramark and oversaw Day to day operations of said Kitchen.

9) Defendant Jeff Zmuda is a citizen of Kansas and is employed as the K.D.O.C secretary of corrections. At the time the claims arose this defendant was acting under the color of law oversees emplimenting policy and procedure for K.D.O.C

10) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. and LR.L.U.I.P.A.) Religious Land Use and Institutionalized Persons Act. 42 U.S.C.§ 2000cc-1.

## B. NATURE OF THE CASE

1) The plaintiff DeRon McCoy Jr's is a Jewish offender currently housed at Eldorado correctional facility and has been since 6-1-19

2) The plaintiff's Jewish beliefs have a core foundation based in orthodox Judaism.

③

3) orthodox Judaism have Many tenants one of the central tenants being eating kosher only foods.

4) Jewish Kosher dietary Laws encompass not only what foods May be eaten, but also how said Kosher Foods May be handle, prepared, and served as well as how the pots, pans, utensils, and plates/trays are handle and washed.

5) Another central tenants of the orthodox Jewish belief system is the observance of the Sabbath and Jewish High holy days i.e. Passover, Succoth, Yom Kippur (Rosh Hashanah, Shavuot) The observance of these Jewish holidays come with traditions of certain foods to be eaten on these holidays.(

6) On or about 1/15/21 The plaintiff requested to be placed on Kosher Modified diet via form-a to the chaplins office.

7) The plaintiff received a response back on from the chaplins office in the form of a request for vegan or CRD diet.

8) In the space available to state why the request should be Made The plaintiff responded that he wanted a Kosher Modified diet and not a CRD as (CRD)`s not kosher.

9) The plaintiff received response back from the E.D.C.F Chaplins office that CRD and vegan are the only religious diets available.

10) The plaintiff then checked the box indicating that he would request CRD.

11) On 2/11/2021 the plaintiff was placed on a CRD diet.

CRD MENU:

12) The CRD Menu for Kansas DoC adult Males is the same for every K.n.0.c facility Kitchen operated by Aramark correctional food services. The CRD preparation procedure and service is the same at every K.n.0.c facility

13). The CRD Menu operates in the same manner as a policy as it dictates the food Items, thier frequency, and the amounts of said food Items will be secved to offenders in K.D.0.C Custody

14). The CRD Menu was developed by Aramark with the assitance and input of several persons named as defendents in this civil Action.

15) Defendant P. Berry intially during the implementing of the CRD in 2012 served as the State Contract Monitor who reviewed the CRD Menu and its Meal components per I.M.P.P (K.D.0.C) _____ and then signed It into policy and custum for what Meals items would be secved to offenders who request Kosher diets per Jewish beliefs.

16) Defendant R. Strickley is now the state Contact Monitor who is responsible for Deviewing and Signing the CRD Menu and approving the CRD menu into policy/custom for what Meal Items are to be secved to offenders who request Kosher diets per Jewish beliefs:

17) Defendant M. Fellig is the person responsible for reviewing the CRD menu and its meal components for compliance with Jewish dietary laws. Before signing his approval.

18) Defendant M. Fellig is a resident of Flordia and has not ever overseen the preperation of the (CRD) ever, which is apparent from the disclaimer that he does not oversee the preperation of the CRD and as such cannot verify it meets kosher dietary laws.

19) Defendant S. Leats   is Aramarks dietician who is responsible for reviewing the CRD menu its meal items and the amounts to be served to ensure those meal items and amounts meet federal guidelines for nutrional adequacy. Before approving the CRD by signature for nutrional adequacy per ACA

20) Defendant T. Hay is employed at the E.D.C.F kitchen operated by Aramark as A.F.D.S and is responsible for supervising the kitchen at E.D.C.F and how meals are prepared and that proper preperation procedures are followed.

21) Defendant Jeff Zmuda is employed as the secretary of corrections and oversees the implimenting and enforcing of K.D.O.C policy and procedure.

22) If anyone of these defendants did not sign his/her approval of the CRD menu The (CRD) menu would not and could not dictate or be used for service of meal items to offenders in K.D.O.C custody.

CRD Meal Items

22) The plaintiff has resided at L.C.F Lansing correctional facility, H.C.F Hutchinson correctional facility, and his current residence E.D.C.F Eldorado correctional facility and obtained notarized Affidavits from offenders who have been employed by Aramark as (CRD) cooks as well as Affidavits based upon his own observation concerning the (CRD) at each facility.

23) The (CRD) meal components are vegan soy-patties textexterized to make it look like real meat. there is No real meat or cheese served for CRD. There is No Rabbincal supervision of the preparation or service of the (CRD) and the (CRD) is prepared and served by Non-Jews

CRD preparation

24) The CRD meal items arrive at E.D.C.F (as well as H.C.F and L.C.F) in Large Bulk packages

25) A K.D.O.C. offender employed by Aramark opens the Large bulk packages and then makes smaller portions from the bulk packages coinsiding with the (CRD) menu for what is to be served that week to offenders

26) After making smaller portions from the bulk packages the offender stores these smaller portions in a room along with other meal items used for regular meals and veagturean meals.

27) Per custom the offender when preparing the CRD meal for that day obtains the meal components for that day from the Aramack storage locker and then obtains the pots and pans for cooking the CRD from the general area of pots and pans which are used for preparation of CRD as well as all other meal items for regular, medical, and vegaterian meals.

28) The offender CRD cook then prepares the CRD meal items in a area directly in front of the Aramark supervisors

⑦

office. There is No designated room. This area is also directly next Next to the pots and pans area

29) After the meal components for that meal are finished cooking, A offender Peacock worker makes individual trays for offenders. By Lining up plastic washable re-usable trays that are reddish-brown in color.

30) The offender (CRD) cook then scoops the finished meal components onto the reddish brown trays in the proper amounts as designated by the CRD menu.

31) After all the meal components are placed onto the CRD trays. The trays are then wrapped in saran-wrap and then when the proper amount of trays are completed for service to offenders on CRD, the completed trays are stored in a food warner directly behind the Main line serving area.

32) The same plastic-washable reusable trays that are reddish brown in color that are used for service of CRD are also used for gluten restricted meals as well as Renal diet meals.

⟪B⟫. service of the CRD General population

33) Once Meal Line is called for general population by cellhouses. offenders proceed from there cellhouse to the dinning hall.

34) upon arriving at the dinning hall offenders proceed through the serving Line until they reach the serving Line window.

35) The serving line is a approx 2ft by 1ft tall opening in the dinning hall wall that allows for completed meal trays to be handed to offenders from kitchen serving line area.

36) Once a offender reaches the serving line window he informs the Aramark worker at the window of his diet by showing his Identification card (which display diet in lower Lefthand corner) while stating his diet.

37) When a offender who is on CRD reaches the serving line window and states his meal diet as "CRD". A offender or Aramark supervisor then proceeds to the warmer which is directly behind serving line and grabs a CRD tray from the warmer and then hands it to the offender on CRD.

38) Renal diet trays, Gluten-free trays and CRD trays are all stored in the same serving line warmer to await service to offenders. There is no seperation and the trays are customarily stack on top of one another.

<u>Service of CRD Restrictive housing/segregation</u>

39) Offenders housed in Restrictive housing (RH) are brought thier meal trays and are served them too the cells they are housed in.

40) Meal trays for RH offenders are prepared in the kitchen seg line once the meal trays are completed. The completed trays are placed in a electric large portable warmer, there is no seperation between trays and

Meal trays for all diets are customarily stacked one on-top of the other.

41) Once the proper number of trays are completed and placed in the Electric Large Portable warmer, the warmers are then transported to the RH cell houses by offenders.

42) Upon reaching the cellhouses of Restrictive housing, the warmers full of fully made trays and pushed one to each side of the (RH) unit.

43) A security Staff member then takes a plastic Multiple use cart and pushes it to the front of the warmer. The security Staff then takes the required amount of trays to serve each offender his required meal.

44). One tier is served at a time

45) One Security Staff pushes the Multiple use cart with the trays while one security Staff opens the tray-hatch of the closed cell doors hands each offender in RH the required meal tray for his designated diet. And then secures the tray-hatch afterwards.

46) After approx 30-45 min, after receiving the meal trays. A security Staff member Then picks up the dirty meal trays in the similar manner as they were handed out using the same multiple-use plastic cart.

47) The Same multiple-use plastic carts

that security staff have to use hand out trays are also used to pass out cleaning supplies, transport offenders personal property as well as for whatever other purposes security staff deems fit.

48) After picking up the dirty trays a security staff then places the dirty trays back into the electric warmer used to transport the meal trays to RH, The electric warmer with dirty meal trays contained within is then pushed out of RH cellhouses and transported back to kitchen for washing.

49) At various times since during the service of the CRD it has sometimes been served in styrofoam trays for short periods of times, usually during inspections but always reverts back to being served in the manner described above

Cleaning and storage of trays

50) After offenders housed in general population are finished eating there food in the dining hall all the dirty trays are passed through dirty tray slot that is approx 2ft tall and ft wide to a offender working in the dish washer area of the Kitchen.

51) The dirty trays for all meals are passed and stacked in the dirty tray window area and the dirty trays often pile up. These include CRD trays, medical trays and regular trays

52) The offender working in the dishroom takes

11

each dirty tray and empties the leftover contents of the trays by customarily banging the dirty trays on the rim part of a large plastic trashcan until the dirty trays contents are off the dirty trays.

53) After the contents are off the dirty trays the offender dishroom worker then places each dirty tray onto the conveyor belt of the large commercial dish washer. The dirty trays then go through the washing process on the conveyor belt before arriving on the other end of the dish washer.

54) Another offender dishroom worker removes the All the clean trays, CRA trays included and then stacks them onto a clean tray rack to await storage for service the next meal or next day.

55) The same process is used to wash the trays used to serve Restrive housing. The only difference is that a Offender removes the trays from the electric warmer after its re arrival at the Kitchen, after service of meals to offenders in Restrictive housing.

Code of Jewish Law Shulchan Aruch

56) There are Numerous dietary Laws that deal with How meals are to be prepared, served and how pots, pans and utensils are to be stored cleaned and seperated. There are also Jewish Laws that deal with blessings of foods, utensils, As well as the people allowed to handle food Items in order to be Kosher and remain Kosher. The Book that contains these Laws is called the Shulchan aruch or Jewish code of Law. ( Exhibit D page 120 of D paragraph 1-13 ) and page 122-123 pgh 1-13.

## Sabbath

57.) The sabbath is the day of rest one of Gods appointed Holydays as dictated in Leviticus 23:1-3

58) The Sabbath has work prescriptions that include Not being able to cook foods nor have a non Jew cook food [ This include reheating cook foods. ] also (Exhibit D void cnt page 120 pgh 1)

59) Observing the sabbath also includes a relelatory meal that includes Meat, fish, cHallah bread, and wine (or grape Juice). (Exhibit D on Vol 1 chapter 72 page 64 pgh 7

60) The Shulchan-aruch dictates that the sabbath meal be a Celebration and that "Every person should pre-pare fine meat, fish, choice wine, and other delicacies for the sabbath meals to the fullest extent of his means". page 83 of Exhibit D pgh 20]

61) The Commisary Menu currently does NOT any meat that is Kosner. Nor any Kosner Ramen noodles. offender are only provided cold meal for dinner.

## Passover festival

62) The Passover festival is a High Holy-day to commemorate the passing over of the Hebrews household (that had the sprinkling of the passover Lambs blood on the doors) by the Angel of Death. And is a appointed high holy day as dictated in Leviticus 23:4-14.

63) No Leaven may be eaten Nor stored by any Jew During the Passover festival. No foods or food items that are Not Kosher for Passover certified may be eaten and, Matzos must be eaten during this time (Unleavened bread)

64) Aramark provides boxes of Matzo (unleavened bread to last a offender the 8 days of the Passover festival.

65) Aramark provides factory double factory sealed Airplane-TV dinner type Meals during passover that are Kosher for Passover certified. and Fresh fruit and Grape Juice as beverages during Lunch and dinner. As well as Teabags and coffee packages

(13)

Succoth - General population

66) Succoth (Sukkot) is a Jewish High Holyday celebrated by Jews to commemorate when God Led the Israelites out of Egypt. It Last 8 days as dictated by Leviticus 23:33-44!

67) E.D.C.F does allow offenders that religious observance to construct a sukkah and eat their meals in the Sukkah. This is the only other time that members of the Jewish callout are able to receive double wrap factory sealed Kosher meals But fish and Trout

68) The items are purchased by offenders who are on Jewish callout and have the funds available to submit for purchase. The meals are purchased from Aramark correctional services.

Shavuot - General Population -

67) Shavuot is a Jewish holiday which celebrates the giving of the torah to the Jewish people.

68) On shavuot a observant Jew is required to consume dairy. The Shulhan Aruch does Not state the one must eat dairy, and also Meat. Exhibit D vol 3 ch 103 page 17 right.

69) It is the plaintiff custom to consume "dairy merovat cake" which the plaintiff means Cheese cake.

70) offenders in the Jewish callout are allowed to celebrate shavuot with the eating of cheesecake but the cheesecake must be purchased with offenders own funds from Aramark services.

Yom Kippur - General population

71) Yom Kippur is a Jewish High holiday "The Day of Atonement" during which Jews fast for 25 hours without food or water as well as other things and prayer to More for there Sins for the past year as dictated by Leviticus: 23: 26-32.

(14)

71) ~~offenders are allowed~~

72) The Yom Kippur fast is traditionally broke by the eating of fish (lox or smoked fish).

73) offenders are allowed to break the Yom Kippur fast with lox or smoked fish) but the items must be purchased from funds from the offenders account.

74) offenders in segregation are only allowed to participate in celebrating the Passover meals by the Kosher for passover provided by Aramark offenders in segregation are also able to to fast on fast days, but are generally only given a 'fast sack' that has sliced bread, fruit, and kosher packaged lunch meat.

75) offenders housed in segregation are not even given the opportunity to purchase food items required to participate in celebrating the Jewish High holidays (like offenders in general population are).

76) The plaintiff is unable to afford to pay for the food items required to properly celebrate the Jewish high holidays and fast days when breaking fast all year around.

77) A Kosher diet cannot be prepared and served from a standard Prison kitchen.

C. CAUSE OF ACTION.

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:

Count I: cross-contamination claim -
Defendants Aramark correctional services, Rabbi M. Fellig, Patricia Berry, R. Singletary, and S. Loats Intentionally, willfully, and deliberately violated the plaintiffs First Amendment rights and Religious land use and institutionalized persons Act (R.L.U.I.P.A) 42 U.S.C § 2000 cc-1

Defendants Aramark, M. Fellig, P. Berry, R. Singletary K.D.O.C state contract monitor and B. Freeman violated the plaintiffs First Amendment rights and rights under R.L.U.I.P.A when they collectively developed and implemented policy and procedure for the preparation of the CRD. Said policy operates in a manner that has the Kosher certified Bulk packages meal components that arrive sealed being opened and then taken from the bulk package and then repackaged into smaller portions. This is before cooked. This process invalidates the previous Kosher certification since its is not done under direct supervision of a qualified Rabbi. The procedure also operates in a manner that has a non-Jew cooking the CRD meal components which is forbidden by Jewish law in both regards. This policy is statewide policy and procedure for the preparation of CRD in K.D.O.C and restricts the plaintiff from properly practicing a central tenant of his religious belief of eating Kosher only foods that meet all Jewish dietary laws.

Defendants Aramark correctional services, Rabbi M. Fellig, P. Berry, Randy Singletary and S. Loats violated the plaintiffs rights when they collectively developed and implemented a policy and procedure for the service of the CRD. The policy and procedure allows for the CRD meals to be served on plastic reusable-washable

trays. This process was lead to the consistant cross-contamination of the plastic reusable trays due to them being used to serve other non-kosher meals and having direct contact with the transport warmer, the dish washing machine, and various other surfaces and items that have had contact with non-kosher food items or items and things that have had non-kosher contact rendering them non-kosher (un-holy), which is against Jewish dietary-laws and restricts the plaintiffs right to eat kosher only foods, which is a central tenant of Judaism. Said procedure is a statewide procedure in K.D.O.C.

Defendants Aramark, Rabbi M.Fellig, Patricia Berry, R.Singletary state contract monitor, and silvers violated the plaintiffs First Amendment rights and rights under R.L.U.I.P.A when they collectively developed and implemented the CRD preparation policy. Said policy operates in a manner that has the CRD meal components being cooked using pots, pans, and trays (that are also used to cook non-kosher meals in) a standard non-kosher kitchen. Said policy is statewide in K.D.O.C. and is a violation of Jewish dietary laws and restricts the plaintiffs right to eat a fully kosher meal that meets all Jewish dietary laws.

count II: Failure to Supervise.

Defendants Rabbi M.Fellig and T. Hay, Rabbi B.Friedman Intentionally, willfully, and deliberatly violated the plaintiffs First Amendment rights and plaintiffs rights under the R.L.U.I.P.A 42 U.S.C 32000 cc-1, when they failed to supervise.

(17)

B.Friedman

Defendants Rabbi M.fellig and J.Hay violated the plaintiffs First Amendment rights and rights under R.L.U.I.P.A when they each failed to supervise the preparation and service of the CRD. Their failure to supervise the preparation and service of the CRD. Lead to the pots, pans, and trays that are used for the preparation and service of the CRD being cross-contaminated by coming in direct contact with non-kosher food items. The CRD pots and pans, and trays are used for the preparation of other non-kosher food items, while the trays are used to serve medical meals also. The pots, pans, and trays have consistent contact with warmers used to transport seg. trays. The Kitchen walk-in warmers, the dish washer and various other surfaces that have had direct contact with other pots, pans and trays that are used for the preparation and service of non-kosher meal components and non-kosher meals. This violates Tewish dietary laws and this it violates plaintiffs rights and Defendants fellig and Hay's failure to supervise caused this.

(c)(i) Count III " Meat and Dairy Claim

Defendants Aramark correctional services, Rabbi M.fellig, Patricia Berry R.Singletary K.D.O.C State contract Monitor, S.Loots. Intentionally, willfully, and deliberately violated the plaintiffs First Amendment rights and plaintiffs rights under the religious Land Use and Institutionalized Persons Act (RLLUIPA) 42 U.S.C. § 2000cc-1.

(2) Defendants Aramark correctional services, Patricia Berry, R.Singletary K.D.O.C State Contract monitor, M.fellig

and s.Loats. Intentionally, willfully, and deliberatly violated the plaintiffs First Amendment rights and plaintiff's rights under R.Lu.I.P.A. when they collectively developed and implemented the policy of only serving a vegan CRN diet to the plaintiff and other Jewish offenders in K.D.o.c custody. said policy of serving a vegan only diet restricts the plaintiff from observing the sabbath by eating a Joyful meal complete with fine meat Fish, Choice wine Challah bread, and other delecacies as Jewish code of law Dictates. The vegan only CRN is statewide policy in K.D.o.c and violates plaintiff right to celebrate the sabbath day a Jewish festival.

(3) Defendants Aramark correctional services, Patricia Berry Rasinglotary K.D.o.c State contract Monitor, Rabbi M.Fellig and S.Loats. Intentionally willfully and deliberatly violated the plaintiffs First Amendment rights and plaintiffs rights under (R.L.L.I.P.A) when they collectively developed and implemented the policy of only serving a vegan CRN diet to the plaintiff and Jewish offenders instead of Kosher, said policy of serving a vegan only diet restricts the plaintiff from observing the Jewish High Holiday of Shavuot. During which Members of the Jewish religion are traditionally required to eat cheesecake as Jewish code of law dictates. The vegan only CRN is a statewide policy in K.D.o.c and violates plaintiffs right to celebrate the festival of shavuot.

(4) Defendants Aramark correctional services, Patricia Berry, Rasinglotary K.D.o.c state contract Monitor, Robbi M.Fellig and S.Loats. Intentionally, willfully, and deliberatly violated the plaintiffs dolotes First Amendment rights and

(19)

Plaintiffs rights under R.L.U.I.P.A, when they collectively developed and implemented the policy of only serving a CRD vegan diet to plaintiff and other Jewish offenders in K.D.O.C custody, said policy of serving a vegan only diet restricts the plaintiff from observing the Jewish highholy Days of succoth by eating Meat & Fish during the festival of Succoth. The vegan only meals served for CRD are statewide policy in K.D.O.C and violates plaintiffs rights to celebrate the Festival of Succoth.

(5) Defendants Aramark correctional services, Patricia Berry Russ Jetary K.D.O.C State contract Monitor, Rabbi McFelly and S. Loats. Intentionally, willfully, and deliberately violated the plaintiffs First Amendment rights and right under R.L.U.I.P.A when they collectively developed implemented the policy of serving a vegan only diet to plaintiff and other Jewish offenders in K.D.O.C custody. Said policy of serving a vegan only diet prohibits the plaintiffs from observing the tradition of Breaking the fast day of Yom Kippur a Jewish festival by eating smoked fish or Lox. The vegan only CRD meals are statewide policy in K.D.O.C and violates the plaintiffs right to traditionally observe Yom Kippur.

to the conditions of my imprisonment.

a) Parties to previous lawsuit:

Plaintiff(s): DeRon McCay Jr.
Defendants: Aramark correctional services, C.Allen,
J. Dickendorff, P. Berry, M. Fellg, Paul Church.

b) Name of court and docket number: United States
District court for the district of Kansas: 5'16-cv-3527-HLT.

c) Disposition: Summary Judgement granted moot claims
and failure to ~~Exhaust~~ claims at E.D.C.F. Didn't
Appeal.

d) Issues raised: violation of First Amendment rights
and right Land R.L.U.I.P.A due to preparation
and service of CRD diet.

e) Approximate date of filing lawsuit: January 27th, 2016.

f) Approximate date of disposition: October 2nd, 2020.

1) "Yes" I have previously sought informal and
formal relief from the appropiate administrative
officials regarding the acts complained of in
Part C.

briefly explain: On 1-21-21 Plaintiff submitted
a grievance after being informed that he would
only be provided a vegan CRD since that was
all that Aramark provided. The grievance submitted
by the plaintiff outlined the shortcomings of
the CRD (vegan only) diet. Due to the repacking
of the bulk packages into smaller packages
by a non-Jew in a standard non-kosher

(22)

Kitchen. The cross contamination of the
pots, pans, and trays by contact with
non-kosher foods and surfaces that have had
contact with non-kosher items. The grievance
also addressed not being served meat and
fish and other food items during the sabbath,
not being served cheesecake during shavuot,
not being served meat and fish during
succoth, and not being served smoked fish
or lox during Yom Kippur.

I received response back on 1-28-2021 from
UTS Brewer that he had spoke to chaplin
Jones who stated that K.D.O.C does not
offer kosher modified diet and that certified
Religious diet is the meal program for the
Religious groups that need to have a kosher
meal (see Attached exhibit 1) I appealed
the conclusion of UTS Brewers conclusion
to the wardens office. The wardens office
determined the response by UTS Brewer
was appropriate on Feb 5, 2021 (sam clune)
I then appealed that conclusion to the
secretary of corrections office on February 7, 2021
on or about March 23, 2021 I received response
back from secretary of corrections office stating
"The response rendered to the inmate by staff at
the facility is appropriate."

## grievance for denial of participation in Jewish holy days while in segregation (RA)

On 8/5/2022 I wrote a form-a to the chaplins
office at E.D.C.F after Rabbi Ben Friedman Attested
that inmates in seg shall be allowed to purchase
or be provided challah bread and grape juice for
the sabbath. In that same form-a I requested
to be provided challah bread as well as to know what
other food items were allowed for inmates in seg

on or about 8/17/2022 I recieved response back
that offenders in seg are not supplied challah
bread and grape juice. I wrote a grievance that
day about the denial of challah bread to celebrate
the sabbath as well as other food items to celebrate
the other Jewish High holy days. I received response
back from the chaplins office on 8/25/22
quoting C.W.C.F G.O 23-105 page 1. stating that
banquets and refreshments are only open to inmates
who are part of requesting organization and who
are housed in general population. On 8/29/22
I forwarded the grievance to the wardens office at
E.D.C.F. On 9/12/22 I recieved response back from
Warden office at E.D.C.F. stating chaplin response
was appropriate. I appealed that decision to the
Secretary of Correction that same day and recieved
response back on October/2022 agreeing with the E.D.C.F
Warden.

## Request for relief

1) I believe that I am entitled to the following
relief:

(a) punitive damages in excess of $75,000.00

(b) nominal damages in the amount of $1.00

(c) declatory judgement that the acts and omissions
contained within plaintiffs complaint violates
the plaintiffs rights

(d) permanent injunction directing named defendants
to provide the plaintiff and all other Jewish
Inmates in K.D.O.C with a real Kosher
modified diet that meets all Jewish dietary laws
for preparation and service as dictated and outlined
In the Jewish code of law (shulhan aruch
Free of charge.

(E) permanent injunction directing named defendants to



provide the plaintiff with Kosher Modified Meal items and Meals i.e Fish, Kosher Meat, Cheesecake, lox, etc) that would allow him and other Jewish offenders to properly observe the Jewish High holy days, festivals (the sabbath, passover, Sukkoth, Rosh Hassanah, Yom Kippur, and Shawuot) as they are dictated and outlined in the Jewish code of law (Shulhan Aruch), Free of charge

(F) permanent injunction directing named defendants to provide any Jewish offender who is housed in segregation (Restrictive housing) with Kosher Real Kosher Meal items and Real Kosher Meals in order to properly observe every High Holy day and festival as the observance is dictated and outlined in the Jewish code of law (Shulhan Aruch) Free of charge.

(G) trial on all issues triable.

(H) cost of suit.

(I) Any other relief the court deems Just and suitable.

Date: _____

Deron McCoy Jr
DERON McCoy Jr #76894
P.O Box 311
Eldorado Ks 67042



(D) (1) Count IV : Observance of Jewish High Holy
                        Days while housed in segregation

Defendant Aramark correctional services. Rabbi M.
Fellig , R. Singletary & Rabbi Ben Friedman. Intentionally,
willfully and deliberately violated the plaintiffs First
Amendment right. His Religious land use and Institution-
lized Person Act (R.L.u.I.P.A) 42 U.S.C §2001 and
His 14th Amendment Equal protection rights as
protected by the U.S Constitution.

(2) Defendant Aramark correctional service, Rabbi M. Fellig,
R. Singletary and Rabbi Ben Friedman Intentionally
violated the plaintiffs rights when the failed to
provide the plaintiff with real kosher modified meal
item while the plaintiff has been housed in
segregation (Restrictive housing) so That he could properly
observe the Jewish high holy days (Rosh Hasanah,
Yum Kippur, succoth, passover, sabbath, etc), said
high holy day require certain food items (kosher meat
kosher fish, cheesecake, apple, Honey etc) as dictated
by Jewish code of law.

(3) Defendant Aramark correctional services, Jeff Zmudar
R. Singletary and Rabbi Ben Friedman. Intentionally,
willfully, and deliberately violated the plaintiffs
equal protection rights when they failed to provide
or enact policy and procedure to provide the plaintiff
with kosher meal items so that he could also properly
observe Jewish high holy days /festivals while he's housed
is segregation but allows Native Americans to smudge
while in segregation and also allows Jewish
inmates in General population to purchase and observe
High Holy Days

                        D. Previous lawsuits and Administrative
                              relief.

1) I have had a previous lawsuit in the Federal court dealing
with some of facts and Issues that are involved in this
action and with some of the same facts in this action.

(21)