Exhibit 1

Grievance responses

1) grievance No. CA00022101 (Kosher food & food items)
   Dated: February 3, 2021 (E.D.C.F)
           February 11, 2021 (S.O.C)

2) grievance No. CA22693 (denial of food items to observe holy days while in seg LCH)
   Dated: Sept 8, 2022 (E.D.C.F)

EDCF ✓

B2. 141

# Grievance-Response on Appeal

**FACILITY:**       El Dorado Correctional Facility

**INMATE:**         0076894 MCCOY, DERON

**GRIEVANCE NO.:**  CA00022101

**DATE:**           February 11, 2021

### FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

### CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

### ACTION TAKEN

None further.

_Libby T. Keogh_
Libby T. Keogh
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:   Acting Warden Butler
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

RECEIVED

MAR 23 2021

WARDEN'S OFFICE

# APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: DeRon McCoy II   Facility: LDCF

Inmate Number: 76894   Grievance Serial No.: CA22101

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Kansas Department of Corrections
714 SW Jackson
Suite 300
Topeka, KS 66603

Date Mailed: 2/7/2021

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) I feel the principal administrator should have done more into lookin into the Jewish Kosher dietary law himself instead of Just going with what the findings were. I believe the seccetary should direct Aramark

Signature of Inmate: DeRon McCoy Jr

## DECISION BY SECRETARY OF CORRECTIONS (to be completed and returned with 20 days)

If applicable -- Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____   Date Sent to Inmate: _____

Finding of Fact:

RECEIVED
FEB 10 2021
DOC Facility Management Area

Conclusions Made:

Action Taken:

Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code   01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042


Kansas
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary

Sam Cline, Warden

Laura Kelly, Governor

Date:  FEB - 3 2021

To:   I/M McCoy, Deron #76894 B2-141

Subject:  Grievance dated 1/21/21, CA22101

Findings of Facts: Your grievance was received and a review into your allegations has been completed.

Conclusion Made: After a review of the applicable documentation, it was determined the response provided by UTS C. Brewer is appropriate regarding your issues.

Action Taken: Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Sam Cline, Warden
El Dorado Correctional Facility

Cc: file
    Offender
    UTS C. Brewer

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name: DeRon McCoy Jr
Number: 76894
Facility: E.D.C.F.
Housing Unit: B2-141
Work Detail: _____

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

On 1-_-21 I requested to be placed on a fully Kosher modified diet that meets all Jewish dietary laws for preparation, service and storage. I was instead sent a form for certified religious diet or vegetarian diet. There was no place for Kosher diet. In the

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 1-21-21

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

See Attached

Unit Team Signature: UTJ [signature]    Date: 1-29-2021

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature: DeRon McCoy Jr    Date: 1-29-21

## WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received: FEB - 2 2021    Date of Final Answer: FEB - 3 2021    Date Returned to Inmate: 2-5-2021

Inmate's Signature _____ Date _____ Unit Team Signature _____ Date _____

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number: CA22101
Type of Complaint (Item 4: Code 01-75): 01
Cause of Complaint (Item 5: Code 01-30): 04
Type of Response (Item 6a: Code 01,02,08 or 09): 08

RECEIVED FEB - 2 2021 WARDEN'S OFFICE    R/gm

place were it asked the reason for the request I wrote that "I would like a Kosher modified diet not a CRD as it does not meet all Jewish dietary laws. I received response back that I had been placed on (CRD). The (CRD) which is used at every ~~provider~~ K.D.O.C. facility Kitchen operated by Aramark is not Kosher as does not meet all Jewish dietary laws for preparation, service, and storage for the following reasons.

1. The (CRD) is prepared in the same Kitchen that other Non-Kosher food items are prepared in.

2. The (CRD) meal items that are served are taken from large bulk packages and placed into smaller portions which invalidates the meal items Kosher certification due to there being no rabinical supervision during this process

(2)

3. There is only vegan soy protein served for the main course there is no meat served. Jewish dietary laws require that Jewish people eat meat and [illegible] on the sabbath during sabbath meal. [illegible] which is weekly. Jewish dietary laws also require that Jewish people eat cheesecake during shavuot [illegible], fish and meat during succoth and other meal items required to break religious fast are also not supplied under CRD (Yom Kippur)

4) The CRD policy also [illegible] does not meet Jewish dietary laws for service due to it leaving a option of using washable reusable plastic trays. These trays are stored in the same areas as regular trays, washed in the same dishwasher(s) as all the other trays, and the same reddish-brown trays used to serve Gluten-free renal diet meals

(3)



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Sam Cline, Warden

Laura Kelly, Governor

**Date:** 1-28-2021

**To:** McCoy, DeRon #76894

**Subject:** Grievance dated 1-21-2021 received by my office on Friday 1-22-2021
In your claim you stat that you that you are requesting the Kosher Modified diet.

**Finding Facts:** Upon receiving this grievance, I spoke with Chaplin Jones. She states that the KDOC does not off the Kosher Modified diet. The Certified Religious Diet is the meal program for the Religious Groups that need to have a Kosher meal.

**Conclusion:** EDCF and the KDOC offer a compatible religious diet to the Kosher Modified diet with the CRD meal.

**Actions taken:** Nothing further is required at this time.

UTS C Brewer
B2 Unit Team

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042



**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Laura Kelly, Governor

Jeff Zmuda, Secretary
Tommy Williams, Warden

Date:   SEP - 8 2022

To:   McCoy, Deron #76894 A2-205

Subject:  Grievance dated 8/17/22, CA22693

Findings of Facts:  Your grievance was received and a review into your allegations has been completed.

Conclusion Made:  After a review of the applicable documentation, it was determined the response provided by Chaplain's Office is appropriate regarding your issues.

Action Taken:  Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

*(signature)*

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: file
    Offender
    UTM J. Buchanan

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name: DeRon McCoy Jr     Number: 76894

Facility: EDCF     Housing Unit: A2-205     Work Detail: ___

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). On 8/5/2022 I wrote a form-9 to the Chaplins office requesting that I be provided with challah bread & grape juice or be allowed to purchase challah bread and grape juice in order to celebrate the sabbath. I also requested to know all other food items that are provided or available for purchase to observe the other Jewish High holy days while I'm in segregation. I recieved response back via GTL tablet account that the Chaplins office does not provide this for segregation offenders.

Date this report was given to Unit Team for informal resolution (to be completed by inmate): 8/17/2022

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Forward to Chaplains office for response.

Unit Team Signature: JJ Buchanan     Date: 8-18-2022

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

___ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

X I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). 8/27/22

Inmate Signature: DeRon McCoy Jr     Date: 8/27/22

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received: SEP - 6 2022     Date of Final Answer: SEP - 8 2022     Date Returned to Inmate: ___

Inmate's Signature ___ Date ___ Unit Team Signature ___ Date ___

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number: CA22693

Type of Complaint (Item 4: Code 01-75): 08

Cause of Complaint (Item 5: Code 01-30): 04

Type of Response (Item 6a: Code 01,02,08 or 09): 08

RECEIVED SEP 6 2022 WARDEN'S OFFICE

McCoy #76894 A2-205 Response to Grievance Dated 08/17/22

Attached is a copy of the form-9 that is referred to in this grievance. As you can read, he is asking the Chaplain to provide challah bread and grape juice to observe Shabbat, which is the Jewish Sabbath. He does not offer to purchase said items. His form-9 also asked for dates of upcoming holidays, which were included in GTL Message# 6908852902. According EDCF GO23-103 Page 1, Second paragraph under Policy, it states "Banquets and refreshment events shall only be open to those inmates who are members of the requesting organization at the time of the request and who are housed in the facility general population units. No meals shall be approved for delivery to inmates on segregation or RDU intake status." According to EDCF GO 23-103 Inmate Organization Food Events are not for an "individual" but for a group. Section II. Inmate Organization Food Event Scheduling, B, 5 Food from a food event shall not be delivered to any inmate not attending the banquet; i.e. inmates on segregation or RDU intake status. To my knowledge there have been no residents in restricted housing allowed to order food outside of Canteen or Aramark Fresh Favorites.

Attachment A, IMPP 04-103D
Effective 08-24-21

# Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

| Printed Name | Number | Facility | Unit/Cell Location | Date |
|---|---|---|---|---|
| Dorow McCoy Jr | 70894 | EDCF | A2-2S | 9/12/22 |

Please pay the following and charge to my account:

### Outgoing Funds/Donations

Payable To:
_____
Name

$ _____
Check Amount

_____
Address

_____
City, State, Zip

_____
Purpose/Inmate Benefit Fund Group

Title of Publication*
Frequency – (Circle One)
Yearly   Monthly   Weekly   Daily   Other
Number of Issues _____
Expiration Date _____
Publication Price _____
*Book, Magazine or News Paper
(Per IMPP 11-101)

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)
☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

(To Be Completed by Mailroom) | **Postage** – (To Be Completed by Inmate)

$ 0.81
Postage Amount

VB 9-18
Verified By

☒ Postage
☒ Legal/Official Postage
(Per K.A.R. 44-12-601)
☐ Certified
(Only if Funds are Available)

To: Jeff Zmuda (S.O.C)(K.D.O.C)
Name
714 SW Tucson Suite 300
Address
Topeka, KS 66603
City, State, Zip
(Official Mail)
Reason

Dorow McCoy Jr   9/12/22
Resident Signature   Date

_____ _____
Unit Team Approval   Date

_____
Handicraft Approval (If Applicable)   Date

_____
Religious Approval (If Applicable)   Date

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

_____
Exception Approval   Date

This withdrawal request is being returned for the following reason(s):
___ Insufficient Funds
___ Signature Missing
___ Exceeds Spending Limit
___ Incentive Level
___ Envelope/Order/Stamp Missing
___ Unauthorized Per IMPP/KAR _____
___ Payee Missing
___ Insufficient Address
___ Amount Missing
___ Name/Number – Do Not Match
___ Illegible Information
___ Other _____

CW
Account Processor

9/22/22
Date Withdrawn

272188
Acct. Use