Affidavit A
Plaintiff DeRon McCoy,Jr#76894
Dated 1/4/21

County of Butler )
                  )ss
State of Kansas )

Affidavit of Truth
DeRon McCoy, Jr

I DeRon McCoy, Jr being of lawful age
and being duly sworn upon oath
state the following facts:

1. I am currently housed at Eldorado
correctional facility and have been
since my transfer on 6-14-19.

2. I have been on the certified religion
diet (CRD) since 4/11/2019

3. I have ascertained the following
facts from my own observations
concerning the Securies and storage
of the (CRD).

4. upon entering the dinning hall
I proceeded through the meal line
until receiving the serving line un
which a 2ft wide by 1ft tall open
in the kitchen wall.

(1)

5. Upon reaching the serving line window I show my inmate I.D which shows which meal I am on.

6. A inmate Aramark worker then proceeds to take a (CRD) tray from a warmer built into the wall directly behind the serving line and then slides it through the serving line window to me.

7. The (CRD) trays are reddish-brown in color, plastic and reusable. The completed (CRD) meal trays are wrapped in saran-wrap.

8. The same reddish-brown trays are also used for service of veg meals, Gluten-free and Renal diet meals.

9. After completing my meal I then proceed to the dirty tray window which is a approx 8ft wide by 2ft tall

(2)

Affidavit B
plaintiff DeRon McCoy,Jr#76894
Dated 1-5-21

County of Butler )
                  ) ss.
State of Kansas   )

### Affidavit of truth
### Delon McCay II

I Delon McCay, II being of lawful age and being duly sworn upon oath state the following;

1. I am currently housed at E.D.C.F in eldorado correctional facility.

2. I am currently being housed in B-cellhouse restrictive housing on Pending Investigation status and have been such status since December 1 2020.

3. While housed in RCH I have been able to ascertain the following facts concerning the service of the certified religious diet (CRD) to offenders housed in Restrictive housing.

4. All meal trays arrive in a Large Metal electric warmer.

5. The regular meal trays are reddish-brown in color, are stackable, and plastic Reusable.

6. The veg. and medical trays are reusable, stackable, and grey in color.

(1)

7. The CRD trays are plastic reuseable trays same as G.P
They are also wrapped in saran-wrap

8. The meal components served for
CRD contain no meat product
and are all vegan as described
by CRD menu

9. The is No seperations of the trays
while in the electric warmer

10. A security staff members places the
required number of trays to serve
each tier onto a rollable gray cart
and then hands the trays out
via a door hatch.

11. When offenders are finished eating
there meals security staff pick the
dirty trays up in the same manner.
they are

12. There is No seperation of the meal
trays for CRD from other meal
trays.

Further Affiant saith naught.

Date: 1-5-21

Deron McCray Jr
Deron McCray Jr

NOTARY PUBLIC - State of Kansas
MICHAEL W. ADDINGTON
My Appt Expires 10/23/21

Notary Public

(2)

Affidavit of Daniel
Wahquahboshkuk#87097

<u>affidavit</u>

State of Kansas    )
                   )
County of Reno     )


I <u>DANIEL WAHQUAHBOSHKUK</u>, <u>#0087097</u> being of lawful age and being duly sworn upon oath, state the following:

1. I am currently incarcerated at Hutchinson correctional facility. (H.C.F)

2. I have previously held the possition of common fare (CRD) Cook at (H.C.F) from <u>04-15-</u>2017 to <u>04-15-</u>2017.

3. I was responsible for serving lunch and preparing and serving Dinner. 10 to 6 shift.

4. The following is how the Common fare (CRD) is prepared at (H.C.F).

5. When I would arrive at work the inmate who worked in the storgae room would already have the food componants to be used for the preparation of Dinner already sitting in the (CRD) room.

6. Depending on the (CRD) menu I would be supplied with flavored soy meat (chicken, turkey, or Beef)

(1)

in its own factory sealed package.

7. The factory sealed package bares No Kosher symbols or marking.

8. In a seperate factory sealed package with no Kosher symbols or markings would be the flavorings for the soy meat (Beef stroganoff, Itlian chicken, creamy chicken, etc... in accordance with (CRD) menu).

9. In a large plastic bag would be the first side item either noodles or Rice these items are portioned out from a larger bag kept in dry storage and are ~~prepared~~ Packaged, portioned out by a inmate working in dry storage.

10. The same procedure is used for the side items Mixed vegetables and carrots. with a inmate in storage/prep packaging the side items in a large plastic sack from a larger box in the freezer.

11. The ~~Garden~~ salad is the Same salad used for regular Meals and has no Kosher symbols or markings on its clear plastic factory sealed package

12. The bread is sliced white bread in a clear plastic bag and Niether the loaf or cardbord box that the sliced white bread comes in has any Kosher symbols or Markings.

(2)

13. The flour tortillas also come in clear factory sealed packages and have No Kosher symbols or markings on them.

14. I have Not personally witnessed any Kosher symbols or markings on any of the food items beside the margarine, Jelly and sweetner and the peanut butter used for common fare sack lunches.

15. After I check the food items to be used for LCRD) Dinner to make sure all items match up with the menu. I would then proceed to the serving line to serve LCRD) lunch to general population.

16. The lunch items would already be prepared by the 2-10 A.m LCRD) cook and would be in metal serving pans ready to be served.

17. I would take one serving pan each of the meal components to be served for lunch LCRD) from the hot storage and/or cold storage and take them to the serving line to be served to general population.

18. The LCRD) is served from the same areas and serving window as all other meals.

(3)

19. The same metal serving pans used for preparation and service of regular and veg meals are the same metal serving pans used for LCRD) meals

20. The same utensils used for preparation and service of regular and veg meals are the same utensils used for prep and service of LCRD) meals. (except for one whisk).

21. After service of (CRD) meals is complete I would then cover and date any leftovers (in accordance with my training and as I was directed by the Aramark supervisors) and then place those leftovers in the cold storage with all other meals leftovers for service on another day I then would proceed to the LCRD) room to start prep of (CRD) dinner.

22. I would then get all the items to be used for preparation of dinner and in accordance with my training take these items from the LCRD) room out into the steam kettle area so that I could cook them.

23. There is a steam kettle designated for (CRD), but it is directly next to the other steam kettle(s) used for preparation of regular meals.

24. I would basically put the contents from the ✓two factory sealed meal components for the main entree in warm water

(4)

and whisk them together while cooking until cooking time was complete.

25. The same procedure was used for Noodles/rice and/or vegetables.

26. Once the meal components were done cooking I would then laddle the completed Meal items out of the steam Kettle and into individual Metal serving pans and then place the serving pans into the large food warmer to await service.

27. If salad was to be served I would pour the salad out of its package into a Metal serving pan and then pour italian dressing over the salad and toss it until salad greens were evenly coated. I would then cover pans and place them in cold storage to await service.

28. After all (CRD) meal components were completed I then would begin to prepare the trays to be served to the inmates in restrictive housing (segregation).

29. I would place the required amount of food in accordance with the (CRD) menu onto each section of the gray trays and then stack the trays on top of one another.

(5)

30. The same gray trays used for (CRD) are also used for veg meals at HCCF.

31. The completed trays are then placed on a metal cart along with the other trays (Reg & veg) for inmates in restrictive housing.

32. After I completed restrictive housings trays for (CRD) and after count cleared I would then proceed back to the serving line to serve (CRD) Dinner to general population.

33. The same procedure for service of lunch (CRD) is the same procedure for service of Dinner (CRD) for general population, even the procedure for any (CRD) leftovers.

34. The utensils, serving pans and pots are washed in the same area as the utensils, serving pans and pots, as they all are used for prep and service for all Meals

35. The gray trays are washed in the same Dish washer as all the other trays used for service of every meal.

36. The foregoing description of preparation and service of (CRD) is how I was trained by Aramark to prepare and serve the (CRD) at

(6)

(H.C.F) and is also how I have seen the other
(CRD) cooks be trained to prepare and serve
the (CRD) meal and its meal components.

Further affiant saith not.

_Daniel W._ 7-12-17
Signature

Subscribed and sworn to before me on this
12ᵀᴴ day of 2017
~~June~~
Jula

JORDAN C. BELL
Notary Public - State of Kansas
My Appt. Expires 5/23/2021

_____
Notary public

(7)

Affidavit of inmate Moses#56669

State of Kansas    )
                   ) :ss
County of Butler  )

Affidavit of Inmate

MOSES _____ # 57669

I __MOSES__ being duly sworn upon oath and being of lawful age state the following:

1. I have held the position of CRD cook at E.D.C.F. From 12/18 to 6/2020 .
2. I am fully aware of the CRD menu as well as preparation, storage, and secure process of the CRD at E.D.C.F.
3. There is No separate room designated as a (CRD) room at E.D.C.F. kitchen there is only a small table and rollable cart in a area by the pots and pans area.
4. After my arrival at work I had to have a Aramark supervisor let me in the dry storage area, freezer, etc..... to get the necessary items to cook the CRD with in accordance with the CRD menu for the respective date of the menu.
5. I prepared the parts of the CRD that I could in the CRD area by the pots and pans area.
6. It was common practice to use the same pots and pans for preparation and service of the CRD. The only time that there was deviation of the practice was right before the inspection by the Attorney General's Office. At which time pots and pans were separated and marked with a K. for kosher, one month later things went back to the common practice, where the same pots and pans are used for preparation and service of the regular meals and CRD meals, which I grabbed from general pots and pans area. There generally is no separation of pots and pans. The same are generally used for all diet.
7. In order to cook the CRD I had to obtain meal components (portioned from a bulk box) and then empty contents into serving pan that are situated in a steam well table, then obtain boiling water from the large steam kettle, which is used for all meals.
8. After all CRD meal components are finished cooking, I then made each CRD meal tray, the completed CRD trays are then placed in a warmer behind the serving line to await service also in this same warmer is medical diets meal trays and other meal components.
9. The reusable plastic CRD trays are reddish brown in color and are washed in the same dish washing machine as all other reusable meal trays (veg., medical., etc...). All meal trays are stored in the same area.

Further Affiant saith naught.

/s/ _Steve Moses_

Subscribed and sworn before me on this 6th day of _July_____, 2020

NOTARY PUBLIC - State of Kansas
RICHARD D. HOOVER
My Appt Expires 9/16/2022

/s/ _Richard D. Hoover_
Notary Public

Affidavit of Joe Hill#90373

State of Kansas    )
                   ) :ss
County of Butler   )

Affidavit of Inmate

_for Deer_ # 93373

I Joe Hill being duly sworn upon oath and being of lawful age state the following:

1. I have held the position of CRD cook at E.D.C.F. From _9/1/20_ to _Current_
2. I am fully aware of the CRD menu as well as preparation, storage, and secure process of the CRD at E.D.C.F.
3. There is No separate room designated as a (CRD) room at E.D.C.F. kitchen there is only a small table and rollable cart in a area by the pots and pans area.
4. After my arrival at work I had to have a Aramark supervisor let me in the dry storage area, freezer, etc..... to get the necessary items to cook the CRD with in accordance with the CRD menu for the respective date of the menu.
5. I prepared the parts of the CRD that I could in the CRD area by the pots and pans area.
6. In order to cook the CRD I had to obtain meal components (portioned from a bulk box) and then empty contents into serving pan that are situated in a steam well table, then obtain boiling water from the large steam kettle, which is used for all meals.
7. After all CRD meal components are finished cooking, I then made each CRD meal tray, the completed CRD trays are then placed in a warmer behind the serving line to await service also in this same warmer is medical diets meal trays and other meal components.
8. The reusable plastic CRD trays are reddish brown in color and are washed in the same dish washing machine as all other reusable meal trays (veg., medical., etc...). All meal trays are stored in the same area.

Further Affiant saith naught.

/s/ _for Deer_

Subscribed and sworn before me on this _1st_ day of _July_ , 2020

/s/ _Richard D Hoover_

Notary Public

NOTARY PUBLIC - State of Kansas
RICHARD D. HOOVER
My Appt Expires _9/16/2022_

Affidavit of Tyrone Hamilton JGH
Dated 1/4/21

County of Butler )
                  )
State of Kansas  )
          Affidavit of Truth
          Tyrone Hamilton Jr.

I Tyrone Hamilton Jr. being of lawful
age and being duly sworn upon oath
State the following facts.

I work as a inmate Aramark from 6/19
to appcox 3/20

While working as a inmate Aramark
worker I regularly work the front Serving
line window

When General population inmates reached the
Serving line window they state there diet and
show I D if not regular diets.

I then would hand the inmate their corresponding
meal tray from the warmer directly behind
serving line if Renal, CRD, or Gluten free
there is no seperation of trays.

The same reddish-brown plastic reusable
meal trays are used for service of Renal,
Gluten-free and CCRD

          Further Affiant Saith Naught

Date 1-4-21

Notary public

NOTARY PUBLIC - State of Kansas
MICHAEL W. ADDINGTON
My Appt Expires 10/23/21