# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DERON MCCOY, #76894 ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> ARAMARK CORRECTIONAL ) <br> SERVICES, *et al.*, ) <br> ) <br>     **Defendants.** ) <br> ) | Case. No. 21-3269-JWL-JPO |

## NOTICE OF PROPOSED SEALED RECORD

The Office of the Kansas Attorney General, through Deputy Attorney General Dennis D. Depew, has filed provisionally under seal in accordance with D. Kan. Rule 5.4.2 the last known addresses of defendants who are no longer employed by the Kansas Department of Corrections. (Doc. 35) These defendants thus cannot waive service pursuant to the MOU Pilot Program for E-Service in effect between the U.S. District Court, Kansas Attorney General, and Kansas Department of Corrections. The Office of the Kansas Attorney General will file a motion proposing to seal or redact this information to maintain it under seal. No other proponents have designated this information as confidential pursuant to any protective orders.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT


*s/ Dennis D. Depew*
Dennis D. Depew, No. 11605
Deputy Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas, 66612-1597
Phone: (785) 368-8426
Fax: (785) 291-3767
Email: dennis.depew@ag.ks.gov

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 19th day of December, 2022, a true and correct copy of the above and foregoing Notice was mailed, postage prepaid, to:

De Ron McCoy, Jr., #76894
El Dorado Correctional Facility
PO Box 311
El Dorado, KS 67042


*s/ Dennis D. Depew*
Dennis D. Depew