THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DERON MCCOY, #76894 )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>ARAMARK CORRECTIONAL )<br>SERVICES, *et al.*, )<br>)<br>    **Defendants.** )<br>_____) | Case. No. 21-3269-JWL-JPO |

## MOTION TO SEAL OR REDACT

The Office of the Kansas Attorney General, through Deputy Attorney General Dennis D. Depew, moves to seal or redact Doc. [35] in its entirety in accordance with D. Kan. Rule 5.4.2. The document was provisionally filed under seal. It contains the last known addresses of defendants who are no longer employed by the Kansas Department of Corrections. These defendants thus cannot waive service pursuant to the MOU Pilot Program for E-Service in effect between the U.S. District Court, Kansas Attorney General, and Kansas Department of Corrections (MOU).

Although a presumption exists in favor of public access, if the addresses of correctional employees became public and accessible to convicted felons or their associates, that would create a threat to the employees' personal safety. *See Jones v. Corr. Corp. of Am.*, No. 10-3167-JTM, 2011 WL 6217415, at *1 to *2 (D. Kan. Dec. 14, 2011). The potential risk of harm outweighs the public interest in accessing that information. *Id.* Accordingly, paragraph 4 of the MOU states that the confidential last-known addresses of the former employees shall be provided to the Court under seal for the sole purpose of effecting service of process upon them. This motion is made in

accordance with the provisions of the MOU. Restricting public access will prevent the potential risk of harm to the former employees' safety by keeping the former employees' addresses unknown to convicted felons and their associates.

This case involves a pro se plaintiff serving a sentence of incarceration as a convicted felon. Although the Office of the Kansas Attorney General has not consulted with the plaintiff regarding this motion, due to the reasons above, the plaintiff should not be granted access to the sealed document.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

*s/ Dennis D. Depew*
Dennis D. Depew, No. 11605
Deputy Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas, 66612-1597
Phone: (785) 368-8426
Fax: (785) 291-3767
Email: dennis.depew@ag.ks.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of December, 2022, a true and correct copy of the above and foregoing Notice was mailed, postage prepaid, to:

De Ron McCoy, Jr., #76894
El Dorado Correctional Facility
PO Box 311
El Dorado, KS 67042

*s/ Dennis D. Depew*
Dennis D. Depew