Deron McCoy, Jr #100019
P.O Box 311
Eldorado, KS 67042

United States District Court
For the district of Kansas

Deron McCoy JR,
            plaintiff.                    )
                                          )
    v.                                    )     Case 21-CV-3269-TC-TJPO
                                          )
Aramark correctional services et al       )
            Defendants                    )
                                          )

To the clerk of the court: I never
received the actual paper version of the
memorandum order Doc#23 by regular mail,
I also am not recieving all the notice of
re-filing. could please re-send Doc#23 to
me. could you also advise the Judges in
this case that I am not receiving legal mail
from them so they can speak to ~~administration~~
administration of K.D.O.C to ensure this doesn't
continue to occur. Thank you.

                              Respectfully;
                              Deron McCoy Jr

Date: 12/14/2022