IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DERON MCCOY, JR., | ) |
| | ) |
|    Plaintiff, | ) |
| | )   Case No. 5:21-cv-03269-TC-ADM |
| v. | ) |
| | ) |
| ARAMARK CORRECTIONAL | ) |
| SERVICES, LLC, et al., | ) |
| | ) |
|    Defendants. | ) |

**DEFENDANT ARAMARK CORRECTIONAL SERVICES, LLC'S**
**MOTION TO DISMISS**

Defendant Aramark Correctional Services, LLC ("Aramark"),[1] through counsel and pursuant to the doctrine of collateral estoppel and Fed. R. Civ. P. 12(b)(6), moves this Court for dismissal of Plaintiff's Second Amended Complaint ("Complaint") (Doc. # 24).

Plaintiff's Complaint against Aramark and the other Defendants should be dismissed under the doctrine of collateral estoppel because the central and outcome-determinative issue of Plaintiff's claims – *i.e.*, whether the Certified Religious Diet ("CRD") meals provided to Plaintiff at El Dorado Correctional Facility pass constitutional muster by being sufficiently Kosher per the Plaintiff's standards – has *already* been fully litigated and determined by this Court in Plaintiff's prior lawsuit in *Deron McCoy, Jr. v. Aramark Correctional Services, et al.*, No. 5:16-cv-03027-CM-KGG. Additionally, Plaintiff's Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) because Plaintiff has failed to state a viable cause of action under 42 U.S.C. § 1983 or 42 U.S.C. § 2000cc, *et seq*. Lastly, Plaintiff's Complaint, to the extent it relates to either the

---

[1] Plaintiff's Second Amended Complaint names "Aramark Correctional Services" as a Defendant. Aramark's correct legal name is Aramark Correctional Services, LLC.

Hutchinson or Lansing Correctional Facilities should be dismissed based on failure to exhaust administrative remedies prior to filing this lawsuit, as required by federal law.

In support of this Motion, Aramark contemporaneously submits its Brief in Support, pursuant to D. Kan. Rule 7.1, which fully sets forth the relevant arguments and authorities and establishes that dismissal is proper.

WHEREFORE, Defendants Aramark Correctional Services, LLC, respectfully requests the Court enter an Order sustaining its Motion and dismissing Plaintiff's Complaint with prejudice in its entirety, and enjoining Plaintiff from filing this same lawsuit yet again in the future, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Dylan L. Murray*
James Scott Kreamer            KS #14374
Dylan L. Murray                KS #25417
BAKER STERCHI COWDEN & RICE, LLC
2400 Pershing Road, Ste. 500
Kansas City, Missouri 64108
Phone:  (816) 471-2121
Fax:  (816) 472-0288
dmurray@bscr-law.com

**ATTORNEYS FOR DEFENDANT ARAMARK CORRECTIONAL SERVICES, LLC**

**CERTIFICATE OF SERVICE**

       I certify that on this 13th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the same to all counsel of record as indicated below.  A copy was also served on Pro Se Plaintiff via first class mail.

Deron McCoy, Jr. #76894
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042
KDOC_court_file_edcf@ks.gov
**PRO SE PLAINTIFF**

Dennis D. Depew
Matthew Lee Shoger
Office of Kansas Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
dennis.depew@ag.ks.gov
matt.shoger@ag.ks.gov
**ATTORNEYS FOR DEFENDANT**
**JEFF ZMUDA**

Jocilyn Oyler
Natasha M. Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, Kansas 66603
Jocilyn.Oyler1@ks.gov
Natasha.Carter@ks.gov
**ATTORNEYS FOR INTERESTED PARTY**
**KANSAS DEPARTMENT OF CORRECTIONS**

                                              */s/ Dylan L. Murray*