# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

| | |
|---|---|
| DERON MCCOY, JR., <br><br> **Plaintiff**, <br><br> v. <br><br> ARAMARK CORRECTIONAL SERVICES, LLC, JULIE DOCKENDORFF, PATRICIA BERRY, CHERYL ALLEN, M. FELLIG, SHERI BURNS, JOHN DOE, RANDY SINGLETARY, AND PAUL CHURCH, <br><br> **Defendants.** | Case No. 5:16-CV-03027-HLT |

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

    Pursuant to the Orders (Doc. 17 and 20), the action is dismissed against Defendants Randy Singletary, John Doe, and Sheri Burns.

    Pursuant to the Memorandum and Order (Doc. 90), judgment is entered in favor of Defendant M. Fellig against Plaintiff Deron McCoy, Jr.

    Pursuant to the Order (Doc. 175), judgment is entered in favor of Defendant Cheryl Allen against Plaintiff Deron McCoy, Jr.

    Pursuant to the Order (Doc. 190), judgment is entered in favor of Defendants Aramark Correctional Services, Julie Dockendorff, Patricia Berry, and Paul Church against Plaintiff Deron McCoy, Jr.

**EXHIBIT 3**

IT IS SO ORDERED.

Dated:  October 2, 2020            TIMOTHY M. O'BRIEN
                                   CLERK OF THE DISTRICT COURT

                                   by:  */s/ M. Deaton*
                                           Deputy Clerk