# *5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al*

US District Court Docket

United States District Court, Kansas

(Topeka)

**This case was retrieved on 02/07/2023**

## Header

**Case Number:** 5:16cv3027
**Date Filed:** 01/27/2016
**Assigned To:** District Judge Holly L. Teeter
**Referred To:** Magistrate Judge Kenneth G. Gale
**Nature of Suit:** Prisoner - Civil Rights (555)
**Cause:** Prisoner Civil Rights
**Lead Docket:** None
**Other Docket:** None
**Jurisdiction:** Federal Question

**Class Code:** Closed
**Closed:** 10/02/2020
**Statute:** 42:1983
**Jury Demand:** Plaintiff
**Demand Amount:** $0
**NOS Description:** Prisoner - Civil Rights

## Participants

### Litigants

DeRon McCoy, Jr.
**Plaintiff**

Aramark Correctional Services
**Defendant**

### Attorneys

DeRon McCoy, Jr.
PRO SE

76894 El Dorado Correctional Facility-Central Po Box 311
El Dorado, KS  67042
USA
Email:Kdoc_Court_File_Edcf@ks.Gov

Catherine A. Stevens
LEAD ATTORNEY
[Terminated: 04/05/2018]
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500
Kansas City, MO  64108-2533
USA
816-471-2121 Fax: 816-472-0288 Email:Cstevens@bscr-Law.Com

Dylan L. Murray
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500
Kansas City, MO  64108-2533
USA
816-471-2121 Fax: 816-472-0288 Email:Dmurray@bscr-Law.Com

James Scott Kreamer
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500

**EXHIBIT**

**4**

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

## Litigants                                    ## Attorneys

Kansas City, MO  64108-2533
USA
816-471-2121 Fax: 816-472-0288 Email:Kreamer@bscr-Law.Com

Leigh Ann Massey
LEAD ATTORNEY
[Terminated: 11/16/2018]
Shook, Hardy & Bacon LLP - KC/Grand
2555 Grand Boulevard
Kansas City, MO  64108-2613
USA
785-741-2374 Email:Lmassey@shb.Com

Michael Kopit
LEAD ATTORNEY
[Terminated: 03/16/2017]
Lewis Brisbois Bisgaard & Smith, LLP - Kansas City
4600 Madison Avenue, Suite 700
Kansas City, MO  64112
USA
816-299-4267 Fax: 816-299-4245
Email:Michael.Kopit@lewisbrisbois.Com

Sherri L. Price
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Kansas Department of Transportation
700 Sw Harrison Street, 3rd Floor West
Topeka, KS  66603
USA
785-296-8335 Email:Sherri.L.Price@ks.Gov

Julie Dockendorff                              Catherine A. Stevens
Aramark Dietitian, in her individual and official capacity |   LEAD ATTORNEY
**Defendant**                                  [Terminated: 04/05/2018]
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500
Kansas City, MO  64108-2533
USA
816-471-2121 Fax: 816-472-0288 Email:Cstevens@bscr-Law.Com

Dylan L. Murray
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500
Kansas City, MO  64108-2533
USA
816-471-2121 Fax: 816-472-0288 Email:Dmurray@bscr-Law.Com

James Scott Kreamer
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500
Kansas City, MO  64108-2533
USA
816-471-2121 Fax: 816-472-0288 Email:Kreamer@bscr-Law.Com

Leigh Ann Massey
LEAD ATTORNEY

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

## Litigants

## Attorneys

[Terminated: 11/16/2018]
Shook, Hardy & Bacon LLP - KC/Grand
2555 Grand Boulevard
Kansas City, MO  64108-2613
USA
785-741-2374 Email:Lmassey@shb.Com

Michael Kopit
LEAD ATTORNEY
[Terminated: 03/16/2017]
Lewis Brisbois Bisgaard & Smith, LLP - Kansas City
4600 Madison Avenue, Suite 700
Kansas City, MO  64112
USA
816-299-4267 Fax: 816-299-4245
Email:Michael.Kopit@lewisbrisbois.Com

Sherri L. Price
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Kansas Department of Transportation
700 Sw Harrison Street, 3rd Floor West
Topeka, KS  66603
USA
785-296-8335 Email:Sherri.L.Price@ks.Gov

Patricia Berry
KDOC State Contract Monitor, in her official capacity |
**Defendant**

Dylan L. Murray
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500
Kansas City, MO  64108-2533
USA
816-471-2121 Fax: 816-472-0288 Email:Dmurray@bscr-Law.Com

James Scott Kreamer
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500
Kansas City, MO  64108-2533
USA
816-471-2121 Fax: 816-472-0288 Email:Kreamer@bscr-Law.Com

M. J. Willoughby
LEAD ATTORNEY
[Terminated: 01/11/2019]
Kansas Dept. of Corrections
714 Sw Jackson Street, Suite 300
Topeka, KS  66603
USA
785-207-2460 Email:Mj.Willoughby@ks.Gov

Natasha M. Carter
LEAD ATTORNEY
[Terminated: 01/11/2019]
Kansas Department of Corrections
714 Sw Jackson Street, Suite 300
Topeka, KS  66603
USA
785-506-7615 Email:Natasha.Carter@ks.Gov

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

## Litigants                                        ## Attorneys

Rachael D. Longhofer
LEAD ATTORNEY
[Terminated: 07/25/2018]
Myers Longhofer LLC
7200 W. 132nd Street, Suite 190
Overland Park, KS  66213
USA
913-586-6300 Email:Rachael@myerslonghofer.Com

**Cheryl Allen**                                    Elizabeth M. Phelps
KDOC Dietitian, in her individual and official capacity.   Pro Se    LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Electronic Noticing |
[Terminated: 05/12/2020]                            3700 Sw Churchill Road
**Defendant**                                       Topeka, KS  66604
                                                    USA
                                                    785-213-3008 Email:Lilybell@cox.Net

**M. Fellig**                                       Catherine A. Stevens
Rabbi, Aramark Religious Authority, in his individual and official    LEAD ATTORNEY;ATTORNEY TO BE NOTICED
capacity |                                          Baker, Sterchi, Cowden & Rice, LLC - Pershing
[Terminated: 03/16/2018]                            2400 Pershing Road, Suite 500
**Defendant**                                       Kansas City, MO  64108-2533
                                                    USA
                                                    816-471-2121 Fax: 816-472-0288 Email:Cstevens@bscr-Law.Com

                                                    Leigh Ann Massey
                                                    LEAD ATTORNEY
                                                    [Terminated: 11/16/2018]
                                                    Shook, Hardy & Bacon LLP - KC/Grand
                                                    2555 Grand Boulevard
                                                    Kansas City, MO  64108-2613
                                                    USA
                                                    785-741-2374 Email:Lmassey@shb.Com

                                                    Michael Kopit
                                                    LEAD ATTORNEY
                                                    [Terminated: 03/16/2017]
                                                    Lewis Brisbois Bisgaard & Smith, LLP - Kansas City
                                                    4600 Madison Avenue, Suite 700
                                                    Kansas City, MO  64112
                                                    USA
                                                    816-299-4267 Fax: 816-299-4245
                                                    Email:Michael.Kopit@lewisbrisbois.Com

**Sheri Burns**
Aramark Supervisor, Lansing Correctional Facility Max, in her
individual and official capacity |
[Terminated: 09/07/2016]
**Defendant**

**John Doe**                                        Sherri L. Price
Aramark Worker, in his individual and official capacity |    LEAD ATTORNEY;ATTORNEY TO BE NOTICED
[Terminated: 08/31/2016]                            Kansas Department of Transportation
**Defendant**                                       700 Sw Harrison Street, 3rd Floor West
                                                    Topeka, KS  66603
                                                    USA
                                                    785-296-8335 Email:Sherri.L.Price@ks.Gov

**Randy Singletary**
Aramark Supervisor, in his individual and official capacity |
[Terminated: 08/31/2016]

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| Litigants | Attorneys |
|---|---|

**Defendant**

Paul Church
**Defendant**

Catherine A. Stevens
LEAD ATTORNEY
[Terminated: 04/05/2018]
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500
Kansas City, MO  64108-2533
USA
816-471-2121 Fax: 816-472-0288 Email:Cstevens@bscr-Law.Com

Dylan L. Murray
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500
Kansas City, MO  64108-2533
USA
816-471-2121 Fax: 816-472-0288 Email:Dmurray@bscr-Law.Com

James Scott Kreamer
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500
Kansas City, MO  64108-2533
USA
816-471-2121 Fax: 816-472-0288 Email:Kreamer@bscr-Law.Com

Leigh Ann Massey
LEAD ATTORNEY
[Terminated: 11/16/2018]
Shook, Hardy & Bacon LLP - KC/Grand
2555 Grand Boulevard
Kansas City, MO  64108-2613
USA
785-741-2374 Email:Lmassey@shb.Com

Kansas Department of Corrections
**Interested Party**

Jeffrey L. Cowger
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Kansas Department of Corrections - Topeka
714 Sw Jackson, Suite 300
Topeka, KS  66603
USA
785-230-6121 Fax: 785-296-0014 Email:Jeff.Cowger@ks.Gov

Linden G. Appel
LEAD ATTORNEY
[Terminated: 10/23/2018]

325 Sw Yorkshire Road
Topeka, KS  66606
USA
785-228-9304 Email:Carpediem78@cox.Net

Sherri L. Price
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
Kansas Department of Transportation
700 Sw Harrison Street, 3rd Floor West
Topeka, KS  66603
USA

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

## Litigants                              ## Attorneys

785-296-8335 Email:Sherri.L.Price@ks.Gov

## Proceedings

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 1 | 01/27/2016 | COMPLAINT filed by Plaintiff DeRon McCoy, Jr. (smnd) (Entered: 01/28/2016) | |
| 2 | 01/27/2016 | MOTION for Leave to Proceed in forma pauperis by Plaintiff DeRon McCoy, Jr. (referred to Magistrate Judge David J. Waxse) (Attachments: # 1 Inmate Account Statement) (smnd) (Entered: 01/28/2016) | |
| 3 | 02/09/2016 | MOTION to Amend Complaint re 1 Complaint by Plaintiff DeRon McCoy, Jr(Attachments: # 1 Amended Complaint) (referred to Magistrate Judge David J. Waxse) (hs) (Entered: 02/09/2016) | |
| 4 | 03/28/2016 | ORDER ENTERED: Plaintiff's motion to proceed in forma pauperis 2 is granted. The Court assesses an initial partial filing fee of $8.50, calculated under 28 U.S.C. § 1915(b)(1). Plaintiff is granted fourteen (14) days from receipt of this order to submit the fee. Any objection to this order must be filed on or before the date payment is due. The failure to pay the fee as directed may result in the dismissal of this matter without further notice. Plaintiff remains obligated to pay the remainder of the $350.00 filing fee. The agency having custody of plaintiff shall forward payments from plaintiff's account in installments calculated under 28 U.S.C. § 1915(b)(2). The clerk is to transmit a copy of this order to plaintiff, to the finance office at the institution where plaintiff is currently confined, and to the court's finance office. Entered by Magistrate Judge David J. Waxse on 03/28/16. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 03/28/2016) | |
| 5 | 04/22/2016 | ORDER ENTERED: This action is dismissed and all relief is denied without prejudice for failure to pay the initial partial filing fee as ordered. Plaintiff's motion 3 to amend is denied as moot. Signed by Senior District Judge Sam A. Crow on 04/22/16. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (smnd) (Entered: 04/22/2016) | |
| 6 | 04/22/2016 | JUDGMENT regarding Order 5 dismissing action without prejudice. ***Terminating Case. Signed by Deputy Clerk on 04/22/16. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (smnd) (Entered: 04/22/2016) | |
| 7 | 05/04/2016 | MOTION to Alter and/or Amend Judgment by Plaintiff DeRon McCoy, Jr. (smnd) (Entered: 05/04/2016) | |
| 8 | 05/06/2016 | EXHIBIT A IN SUPPORT of 7 MOTION to Alter and/or Amend Judgment by Plaintiff DeRon McCoy, Jr. (smnd) (Entered: 05/06/2016) | |
| 9 | 05/09/2016 | EXHIBIT B IN SUPPORT of 7 MOTION to Alter and/or Amend Judgment by Plaintiff DeRon McCoy, Jr (daw) (Entered: 05/10/2016) | |
| | 05/26/2016 | INITIAL PARTIAL FILING FEE PAID on 05/26/16, receipt number T4631009727, in the amount of $8.50 (smnd) (Entered: 05/26/2016) | |
| 10 | 06/15/2016 | ORDER ENTERED: Plaintiff's motion 7 to alter or amend judgment is granted and this case is reopened. Plaintiff's motion 3 to amend is reconsidered and granted. The clerk is directed to copy and docket the complaint attached to Doc. 3 as plaintiff's First Amended Complaint. Plaintiff is given twenty (20) days in which to show good cause why this action should not be dismissed. Signed by Senior District Judge Sam A. Crow on 06/15/16. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (smnd) (Entered: 06/15/2016) | |
| 11 | 06/15/2016 | FIRST AMENDED COMPLAINT filed by Plaintiff DeRon McCoy, Jr. | |

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | (smnd) (Entered: 06/15/2016) | |
| 12 | 06/23/2016 | NOTICE of Change of Address by Plaintiff DeRon McCoy, Jr., #76894: now at El Dorado Correctional Facility, P.O. Box 311, El Dorado, Kansas 67042 (smnd) (Entered: 06/23/2016) | |
| 13 | 06/23/2016 | MOTION to Stay and MOTION for Extension of Time to File Response as to 10 Order by Plaintiff DeRon McCoy, Jr. (referred to Magistrate Judge David J. Waxse) (smnd) (Entered: 06/23/2016) | |
| 14 | 06/29/2016 | ORDER ENTERED: Plaintiff's motion 13 for extension of time is granted to the extent that the time in which plaintiff is required to respond to the court's show cause order entered on June 16, 2016, is extended to and including August 1, 2016. Plaintiff's motion 13 to stay is denied. Signed by Magistrate Judge David J. Waxse on 06/29/16. Mailed to pro se party DeRon MeCoy, Jr. by regular mail. (smnd) (Entered: 06/29/2016) | |
| 15 | 07/05/2016 | MOTION to Amend 11 First Amended Complaint by Plaintiff DeRon McCoy, Jr. (referred to Magistrate Judge David J. Waxse) (Attachments: # 1 Second Amended Complaint; # 2 Notice to Clerk of the Court) (smnd) (Entered: 07/05/2016) | |
| 16 | 07/14/2016 | RESPONSE by Plaintiff DeRon McCoy, Jr. re 10 Order (Attachments: # 1 Exhibit A; # 2 Exhibit B; # 3 Exhibit C; # 4 Letter to Clerk) (smnd) (Entered: 07/14/2016) | |
| 17 | 08/31/2016 | MARTINEZ REPORT ORDER ENTERED: Plaintiff's motion 15 to amend is granted. The clerk shall file plaintiff's Second Amended Complaint. This action is dismissed as against defendants Patricia Berry, Randy Singletary and John Doe, without prejudice. The clerk of the court shall prepare waiver of service of summons forms pursuant to Rule 4(d) of the Federal Rules of Civil Procedure to be sent to the defendant state employees at no cost to plaintiff and summons to be served upon Aramark Correctional Services, Inc., and its employees by the United States Marshal or Deputy Marshal at no cost to plaintiff. The clerk of the court shall enter the Kansas Department of Corrections as an interested party on the docket for the limited purpose of preparing the Martinez report. Upon the filing of that report, the KDOC may move for termination from this action. Signed by Senior District Judge Sam A. Crow on 08/31/16. Mailed to pro se party Deron McCoy, Jr. by regular mail. (smnd) (Entered: 08/31/2016) | |
| 18 | 08/31/2016 | SECOND AMENDED COMPLAINT filed by Plaintiff DeRon McCoy, Jr. (smnd) (Entered: 08/31/2016) | |
| | 08/31/2016 | SUMMONS ISSUED as to Defendants Aramark Correctional Services, Sheri Burns, Julie Dockendorff and M. Gilly, c/o The Corporation Company, Inc., Resident Agent for Aramark Correctional Services. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 08/31/2016) | |
| | 08/31/2016 | WAIVER OF SERVICE OF SUMMONS ISSUED as to Defendant Cheryl Allen. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 08/31/2016) | |
| 19 | 09/06/2016 | MOTION to Alter/Correct Judgment re: Martinez Report Order 17 by Plaintiff DeRon McCoy, Jr. (smnd) (Entered: 09/06/2016) | |
| 20 | 09/07/2016 | NUNC PRO TUNC ORDER ENTERED: Plaintiff's motion 19 to correct judgment is granted. This action is reinstated and reopened as against defendant Patricia Berry and this action is dismissed without prejudice as against defendant Sheri Burns. The summons already issued to Sheri Burns is nullified and no answer is required from or on behalf of Sheri Burns. The clerk of the court shall prepare waiver of service of summons forms pursuant to Rule 4(d) of the Federal Rules of Civil Procedure to be sent to defendant state employee Patricia Berry at no cost to plaintiff. Signed by Senior District Judge Sam A. Crow on 09/07/16. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (smnd) (Entered: | |

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 09/07/2016) | |
| | 09/07/2016 | WAIVER OF SERVICE OF SUMMONS ISSUED as to Defendant Patricia Berry. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 09/07/2016) | |
| 21 | 09/12/2016 | MOTION for Temporary Restraining Order and MOTION for Preliminary Injunction by Plaintiff DeRon McCoy, Jr. (smnd) (Entered: 09/13/2016) | |
| 22 | 09/12/2016 | MEMORANDUM OF LAW IN SUPPORT of 21 MOTION for Temporary Restraining Order and MOTION for Preliminary Injunction by Plaintiff DeRon McCoy, Jr. (smnd) (Entered: 09/13/2016) | |
| 23 | 09/12/2016 | DECLARATION by Plaintiff DeRon McCoy, Jr. (smnd) (Entered: 09/13/2016) | |
| 24 | 09/13/2016 | SUMMONS RETURNED EXECUTED by certified mail upon Defendant Aramark Correctional Services, c/o The Corporation Company, Inc., Resident Agent; served on 9/9/2016, answer due 9/30/2016 (smnd) (Entered: 09/14/2016) | |
| 25 | 09/13/2016 | SUMMONS RETURNED EXECUTED by certified mail upon Defendant M. Gilly, Rabbi, Aramark Religious Authority, c/o The Corporation Company, Inc., Resident Agent; served on 9/9/2016, answer due 9/30/2016 (smnd) (Entered: 09/14/2016) | |
| 26 | 09/13/2016 | SUMMONS RETURNED EXECUTED by certified mail upon Defendant Sheri Burns, Aramark Supervisor, c/o The Corporation Company, Inc., Resident Agent; served on 9/9/2016, answer due 9/30/2016 (smnd) (Entered: 09/14/2016) | |
| 27 | 09/13/2016 | SUMMONS RETURNED EXECUTED by certified mail upon Defendant Julie Dockendorff, Aramark Dietitian, c/o The Corporation Company, Inc., Resident Agent; served on 9/9/2016, answer due 9/30/2016 (smnd) (Entered: 09/14/2016) | |
| 28 | 09/14/2016 | WAIVER OF SERVICE OF SUMMONS RETURNED UNEXECUTED as to Defendant Cheryl Allen, KDOC Dietitian; Defendant Allen is a contract employee of the Department. As such, staff of agency, including agency legal staff, has no statutory authority to accept process on defendant's behalf. (smnd) (Entered: 09/14/2016) | |
| 29 | 09/19/2016 | WAIVER OF SERVICE OF SUMMONS Returned Executed as to Defendant Patricia Berry; waiver sent on 9/7/2016, answer due 11/7/2016 (smnd) (Entered: 09/20/2016) | |
| 30 | 10/03/2016 | MOTION for Leave to File Answer, Motion, or Otherwise Plead to Plaintiff's Second Amended Complaint Out of Time by Defendants Aramark Correctional Services, Julie Dockendorff, M. Gilly (referred to Magistrate Judge David J. Waxse) (Kopit, Michael) (Entered: 10/03/2016) | |
| 31 | 10/03/2016 | MEMORANDUM IN SUPPORT of 30 MOTION for Leave to File Answer, Motion, or Otherwise Plead to Plaintiff's Second Amended Complaint Out of Time  by Defendants Aramark Correctional Services, Julie Dockendorff, M. Gilly(Kopit, Michael) (Entered: 10/03/2016) | |
| 32 | 10/14/2016 | ORDER ENTERED: Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction 21 is denied without prejudice. Defendants' Motion for Leave to File An Answer, Motion or Otherwise Plead to Plaintiff's Second Amended Complaint Out of Time 30 filed by defendants Aramark, Dockendorff and Gilly is granted, and the time in which defendants are required to respond is hereby extended to and including November 7, 2016. The screening process under 28 U.S.C. 1915A having been completed, this matter is returned to the clerk of the court for random reassignment for all further proceedings pursuant to D. Kan. R. 40.1. Signed by Senior District Judge Sam A. Crow on 10/14/16.Mailed to pro se party Deron McCoy, Jr. by regular mail. (smnd) (Entered: 10/14/2016) | |

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 33 | 10/14/2016 | MINUTE ORDER REASSIGNING CASE: Case reassigned to District Judge Carlos Murguia for all further proceedings. Senior District Judge Sam A. Crow no longer assigned to case. Entered by Deputy Clerk on 10/14/16. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 10/14/2016) | |
| 34 | 10/31/2016 | MOTION for extension of time  by Interested Party Kansas Department of Corrections (referred to Magistrate Judge David J. Waxse) (Price, Sherri) (Entered: 10/31/2016) | |
| 35 | 11/04/2016 | MOTION for Extension of Time to File Answer  by Defendants Aramark Correctional Services, Julie Dockendorff, M. Gilly (referred to Magistrate Judge David J. Waxse) (Kopit, Michael) (Entered: 11/04/2016) | |
| 36 | 12/05/2016 | RESPONSE by Plaintiff DeRon McCoy, Jr. re 34 MOTION for extension of time (smnd) (Entered: 12/05/2016) | |
| 37 | 12/20/2016 | MOTION for Conference Call by Plaintiff DeRon McCoy, Jr. (referred to Magistrate Judge David J. Waxse) (ht) (Entered: 12/20/2016) | |
| 38 | 12/30/2016 | Second MOTION for extension of time  by Interested Party Kansas Department of Corrections (referred to Magistrate Judge David J. Waxse) (Price, Sherri) (Entered: 12/30/2016) | |
| 39 | 12/30/2016 | Second MOTION for Extension of Time to File Answer re 18 Amended Complaint  by Defendants Aramark Correctional Services, Julie Dockendorff, M. Gilly (referred to Magistrate Judge David J. Waxse) (Kopit, Michael) (Entered: 12/30/2016) | |
| 40 | 02/07/2017 | ORDER granting 34 , 38 , Motions for Extension of Time to File Martinez Report; granting 35 , 39 Motions for Extension of Time to File Answer; denying 37 Motion for Conference Call. Interested Party Kansas Department of Corrections ("KDOC") has twice requested a 60-day extension of time to file its Martinez Report. The Court grants the extensions of time, but will not entertain any further extensions by KDOC. Thus, KDOC shall file its Martinez Report on or before February 28, 2017. Defendants Aramark Correctional Services, LLC, Julie Dockendorff, and Rabbi M. Gilly requested an extension of time to file their Answer, the due date of which was 20 days after the Martinez Report was filed. (See Doc. 17.) Defendants shall answer or otherwise plead within 20 days of the filing of the Martinez Report. In light of the Court's rulings, Plaintiff's request for a conference call is moot. However, the Court reminds both KDOC and Defendants that they should ensure proper service of their motions on Plaintiff. Entered by Magistrate Judge David J. Waxse on 02/07/17. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 02/07/2017) | |
| 41 | 02/28/2017 | MARTINEZ REPORT by Interested Party Kansas Department of Corrections re 18 Amended Complaint. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Price, Sherri) (Entered: 02/28/2017) | |
| 42 | 03/16/2017 | WITHDRAWAL OF COUNSEL by Michael Kopit and ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL of Catherine A. Stevens by Michael Kopit on behalf of Aramark Correctional Services, Julie Dockendorff, M. Gilly (Kopit, Michael) (Entered: 03/16/2017) | |
| 43 | 03/20/2017 | MOTION to Dismiss  by Defendant Patricia Berry (Longhofer, Rachael) (Entered: 03/20/2017) | |
| 44 | 03/20/2017 | MEMORANDUM IN SUPPORT of 43 MOTION to Dismiss   by Defendant Patricia Berry(Longhofer, Rachael) (Entered: 03/20/2017) | |
| 45 | 03/20/2017 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , MOTION to Dismiss for Lack of Jurisdiction  (Response deadline 4/10/2017) by Defendants Aramark Correctional Services, Julie | |

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Dockendorff, M. Gilly (Stevens, Catherine) (Entered: 03/20/2017) | |
| 46 | 03/20/2017 | MEMORANDUM IN SUPPORT of 45 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM  MOTION to Dismiss for Lack of Jurisdiction  by Defendants Aramark Correctional Services, Julie Dockendorff, M. Gilly (Attachments: # 1 Exhibit Affidavit)(Stevens, Catherine) (Entered: 03/20/2017) | |
| 47 | 04/03/2017 | NOTICE of Change of Address by Plaintiff DeRon McCoy, Jr., #76894: now at Hutchinson Correctional Facility, P.O. Box 1568, Hutchinson, Kansas 67504 (smnd) (Entered: 04/03/2017) | |
| 48 | 04/05/2017 | MOTION to Amend Complaint re 18 Second Amended Complaint by Plaintiff DeRon McCoy, Jr. (referred to Magistrate Judge David J. Waxse) (Attachments: # 1 Third Amended Complaint) (smnd) (Additional attachment(s) added on 4/5/2017: # 3 Corrected Third Amended Complaint) (smnd). (Entered: 04/05/2017) | |
| 49 | 04/05/2017 | ORDER denying without prejudice 43 Motion to Dismiss; denying without prejudice 45 Motion to Dismiss for Failure to State a Claim and for Lack of Jurisdiction. Signed by District Judge Carlos Murguia on 4/5/17. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (kao) (Entered: 04/05/2017) | |
| 50 | 04/11/2017 | NOTICE of Change of Address by Plaintiff DeRon McCoy, Jr., #76894: now at Hutchinson Correctional Facility, P.O. Box 1568, Hutchinson, Kansas 67504 (smnd) (Entered: 04/11/2017) | |
| 51 | 04/11/2017 | MOTION for extension of time to file response to 43 MOTION to Dismiss by Defendant Patricia Berry by Plaintiff DeRon McCoy, Jr. (referred to Magistrate Judge David J. Waxse) (smnd) (Entered: 04/11/2017) | |
| 52 | 04/11/2017 | RESPONSE by Plaintiff DeRon McCoy, Jr. re 43 MOTION to Dismiss by Defendant Patricia Berry (smnd) (Entered: 04/11/2017) | |
| 53 | 04/12/2017 | ORDER finding as moot 51 plaintiff's Motion for Extension of Time to File Response to 43 defendant's motion to dismiss. Defendant's motion to dismiss was denied without prejudice as a result of plaintiff filing a motion to file a second amended complaint. Therefore plaintiff's motion for extension to file a response to that motion to dismiss is moot. Signed by District Judge Carlos Murguia on 4/12/17.Mailed to pro se party DeRon McCoy by regular mail (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (kem) (Entered: 04/12/2017) | |
| 54 | 04/19/2017 | RESPONSE by Defendant Patricia Berry re 48 MOTION to Amend Complaint re 18 Amended Complaint  (Longhofer, Rachael) (Entered: 04/19/2017) | |
| 55 | 06/14/2017 | MEMORANDUM AND ORDER ENTERED: Plaintiff's Motion to Amend 48 is granted in part and denied in part. It is granted in all respects except that the Kansas Department of Corrections is immune from suit and cannot be added as a defendant. Plaintiff's claim for injunctive relief is construed as one against Defendant Berry in her official capacity. The Clerk's Office is directed to redact paragraph 11 from page 4 of Doc. 48-3 and file it as Plaintiff's Third Amended Complaint. Signed by Magistrate Judge David J. Waxse on 06/14/17.Mailed to pro se party DeRon McCoy, Jr. by regular mail. (smnd) (Entered: 06/14/2017) | |
| 56 | 06/14/2017 | THIRD AMENDED COMPLAINT filed by Plaintiff DeRon McCoy, Jr. (smnd) (Entered: 06/14/2017) | |
| 57 | 06/28/2017 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM  by Defendants Aramark Correctional Services, Paul Church, Julie Dockendorff, M. Gilly (Stevens, Catherine) (Entered: 06/28/2017) | |
| 58 | 06/28/2017 | MEMORANDUM IN SUPPORT of 57 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM   by Defendants Aramark Correctional | |

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Services, Paul Church, Julie Dockendorff, M. Gilly (Attachments: # 1 Exhibit A)(Stevens, Catherine) (Entered: 06/28/2017) | |
| 59 | 06/28/2017 | MOTION to Dismiss Plaintiff's Third Amended Complaint by Defendant Patricia Berry (Longhofer, Rachael) (Entered: 06/28/2017) | |
| 60 | 06/28/2017 | MEMORANDUM IN SUPPORT of 59 MOTION to Dismiss Plaintiff's Third Amended Complaint by Defendant Patricia Berry(Longhofer, Rachael) (Entered: 06/28/2017) | |
| 61 | 07/12/2017 | ORDER ENTERED: Defendant Cheryl Allen's waiver of service of summons returned unexecuted (ECF 28). KDOC's counsel explained that Ms. Allen was a contract employee of KDOC, and thus KDOC could not accept service on her behalf. Therefore, the Court orders that, within twenty-one (21) days of this Order, Interested Party Kansas Department of Corrections shall email the Court the last known address of Defendant Cheryl Allen, so the court may effectuate service on Defendant Allen. Entered by Magistrate Judge David J. Waxse on 07/12/17.Mailed to pro se party DeRon McCoy, Jr. by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 07/12/2017) | |
| 62 | 07/12/2017 | RESPONSE by Plaintiff DeRon McCoy, Jr. re 57 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (smnd) (Entered: 07/12/2017) | |
| 63 | 07/14/2017 | RESPONSE by Plaintiff DeRon McCoy, Jr. re 59 MOTION to Dismiss Plaintiff's Third Amended Complaint (smnd) (Entered: 07/14/2017) | |
| 64 | 07/19/2017 | ORDER TO ISSUE SUMMONS: Pursuant to the Court's Order 61 , the Clerk's Office is directed to issue summons to Defendant Cheryl Allen. Entered by Magistrate Judge David J. Waxse on 07/19/17. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 07/19/2017) | |
| | 07/19/2017 | SUMMONS ISSUED as to Defendant Cheryl Allen. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 07/19/2017) | |
| 65 | 07/26/2017 | REPLY TO RESPONSE TO MOTION by Defendants Aramark Correctional Services, Paul Church, Julie Dockendorff, M. Gilly re: 57 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Stevens, Catherine) (Entered: 07/26/2017) | |
| 66 | 07/27/2017 | MOTION for Extension of Time to File Reply as to 63 Response to Motion  by Defendant Patricia Berry (Longhofer, Rachael) (Entered: 07/27/2017) | |
| | 07/28/2017 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 66 MOTION for Extension of Time to File Reply as to 63 Response to Motion . The motion will be resolved by the District Judge.(ko) (Entered: 07/28/2017) | |
| 67 | 07/31/2017 | ORDER granting 66 Motion for Extension of Time to File Reply. Plaintiff does not oppose this motion. Defendant Berry shall reply to her motion to dismiss on or before August 11, 2017. Signed by Magistrate Judge David J. Waxse on 7/31/2017. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ht) (Entered: 07/31/2017) | |
| 68 | 07/31/2017 | SUMMONS RETURNED EXECUTED -- Certified Mail upon Cheryl Allen served on 7/24/2017, answer due 8/14/2017. (ht) (Entered: 07/31/2017) | |
| 69 | 08/11/2017 | REPLY TO RESPONSE TO MOTION by Defendant Patricia Berry re: 59 MOTION to Dismiss Plaintiff's Third Amended Complaint (Longhofer, Rachael) (Entered: 08/11/2017) | |
| 70 | 08/14/2017 | MOTION to Dismiss by Defendant Cheryl Allen (smnd) (Entered: 08/14/2017) | |
| | 08/15/2017 | DOCKET ANNOTATION: Defendant Cheryl Allen is now a registered | |

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | pro se participant who will receive electronic notification in this case. (sw) (Entered: 08/15/2017) | |
| 71 | 09/02/2017 | RESPONSE by Plaintiff DeRon McCoy, Jr. re 70 MOTION to Dismiss (smnd) (Entered: 09/05/2017) | |
| 72 | 09/02/2017 | MOTION for Summary Judgment Against Defendant Allen by Plaintiff DeRon McCoy, Jr. (smnd) (Entered: 09/05/2017) | |
| 73 | 09/02/2017 | MEMORANDUM IN SUPPORT of 72 MOTION for Summary Judgment Against Defendant Allen by Plaintiff DeRon McCoy, Jr. (Attachments: # 1 Exhibits) (smnd) (Entered: 09/05/2017) | |
| 74 | 09/15/2017 | ENTRY OF APPEARANCE by Elizabeth Marie Phelps on behalf of Cheryl Allen. (Phelps, Elizabeth) (Entered: 09/15/2017) | |
| 75 | 09/15/2017 | REPLY TO RESPONSE TO MOTION by Defendant Cheryl Allen re: 70 MOTION to Dismiss  (Phelps, Elizabeth) (Entered: 09/15/2017) | |
| 76 | 09/22/2017 | MOTION for Extension of Time as to 72 MOTION for Summary Judgment Against Defendant Allen , MOTION to Stay Deadlines ( Response deadline 10/6/2017) by Defendant Cheryl Allen (referred to Magistrate Judge David J. Waxse) (Phelps, Elizabeth) (Entered: 09/22/2017) | |
| 77 | 10/03/2017 | MINUTE ORDER REASSIGNING CASE: Case reassigned to Magistrate Judge Kenneth G. Gale for all further proceedings. Magistrate Judge David J. Waxse no longer assigned to case Signed by deputy clerk on 10/3/17. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(daw) (Entered: 10/03/2017) | |
| 78 | 10/04/2017 | MOTION for Default Judgment against Defendant Cheryl Allen by Plaintiff DeRon McCoy, Jr. (ht) (Entered: 10/04/2017) | |
| 79 | 10/04/2017 | RESPONSE by Plaintiff DeRon McCoy, Jr re 76 MOTION for Extension of Time as to 72 MOTION for Summary Judgment Against Defendant Allen  and MOTION to Stay Deadlines  (ht) (Entered: 10/04/2017) | |
| 80 | 10/10/2017 | MOTION Requesting Class Certification and Motion to Appoint Counsel (Response deadline 10/24/2017) by Plaintiff DeRon McCoy, Jr. (Attachments: # 1 Exhibit 1) (ht) (Entered: 10/10/2017) | |
| | 10/12/2017 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 80 MOTION to Appoint Counsel MOTION to Certify Class. The motion will be resolved by the District Judge.(df)  (Entered: 10/12/2017) | |
| 81 | 10/16/2017 | RESPONSE by Defendant Cheryl Allen re 78 MOTION for Default Judgment  (Phelps, Elizabeth) (Entered: 10/16/2017) | |
| 82 | 10/24/2017 | MOTION for Extension of Time to File Response as to 80 MOTION to Appoint Counsel MOTION to Certify Class  by Defendant Patricia Berry (Longhofer, Rachael) (Entered: 10/24/2017) | |
| 83 | 10/24/2017 | ENTRY OF APPEARANCE by Leigh Ann Massey on behalf of Aramark Correctional Services, Paul Church, Julie Dockendorff, M. Gilly. (Massey, Leigh Ann) (Entered: 10/24/2017) | |
| 84 | 10/24/2017 | RESPONSE by Defendants Aramark Correctional Services, Paul Church, Julie Dockendorff, M. Gilly re 80 MOTION to Appoint Counsel MOTION to Certify Class  (Massey, Leigh Ann) (Entered: 10/24/2017) | |
| 85 | 10/24/2017 | RESPONSE by Defendant Cheryl Allen re 80 MOTION to Appoint Counsel MOTION to Certify Class  (Phelps, Elizabeth) (Entered: 10/24/2017) | |
| | 10/25/2017 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 82 MOTION for Extension of Time to File Response as to 80 MOTION to Appoint Counsel MOTION to Certify Class . The motion will be resolved by the District Judge.(df) (Entered: 10/25/2017) | |
| 86 | 10/25/2017 | ORDER granting 82 Defendant Patricia Berry's Motion for Extension of Time to File Response re 80 MOTION to Appoint Counsel and MOTION to Certify Class and the Response deadline is extended to | |

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | 11/7/2017. Signed by District Judge Carlos Murguia on 10/25/2017. (This is a TEXT ENTRY ONLY. There is no .pdf document associated with this entry.) (ses) (Entered: 10/25/2017) | |
| 87 | 11/07/2017 | RESPONSE by Defendant Patricia Berry re 80 MOTION to Appoint Counsel MOTION to Certify Class  (Longhofer, Rachael) (Entered: 11/07/2017) | |
| 88 | 01/30/2018 | MEMORANDUM AND ORDER denying 78 Motion for Default Judgment. Signed by District Judge Carlos Murguia on 1/29/18. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (kao) (Entered: 01/30/2018) | |
| 89 | 02/06/2018 | NOTICE of Change of Address by DeRon McCoy #76894: now at Eldorado Correctional Facility, PO Box 311 Eldorado, KS 67042 (daw) (Entered: 02/06/2018) | |
| 90 | 03/16/2018 | MEMORANDUM AND ORDER ENTERED: Defendants Aramark Correctional Services, Paul Church, Julie Dockendorff, and Rabbi M. Fellig's Motion to Dismiss 57 is granted as to Rabbi M. Fellig. It is granted on any individual capacity RLUIPA claims. It is denied in all other respects. Defendant Patricia Berry's Motion to Dismiss 59 is granted regarding defendant's § 1983 claim against her in her official capacity and for any retroactive relief. It is denied regarding any individual capacity claim against her for money damages or prospective relief under § 1983. It is granted regarding plaintiff's RLUIPA claims. Defendant Cheryl Allen's Motion to Dismiss 70 is denied regarding any individual capacity RLUIPA claim and denied in all other respects. Defendant Allen's Motion for Extension of Time 76 is granted. Defendant Allen shall respond to plaintiff's Motion for Summary Judgment within three weeks of this order's entry. Plaintiff's Motion Requesting Class Certification is denied and Motion to Appoint Counsel 80 is denied without prejudice. Signed by District Judge Carlos Murguia on 03/16/18. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (smnd) (Entered: 03/16/2018) | |
| 91 | 03/29/2018 | ANSWER to 56 Amended Complaint  by Cheryl Allen.(Phelps, Elizabeth) (Entered: 03/29/2018) | |
| 92 | 03/30/2018 | ENTRY OF APPEARANCE by M. J. Willoughby on behalf of Patricia Berry. (Willoughby, M.) (Entered: 03/30/2018) | |
| 93 | 03/30/2018 | ANSWER to 56 Amended Complaint  by Aramark Correctional Services, Paul Church, Julie Dockendorff.(Massey, Leigh Ann) (Entered: 03/30/2018) | |
| 94 | 03/30/2018 | ANSWER to 56 Amended Complaint  by Patricia Berry. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Longhofer, Rachael) (Entered: 03/30/2018) | |
| 95 | 04/05/2018 | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Catherine A. Stevens as to Aramark Correctional Services, Paul Church, Julie Dockendorff (Stevens, Catherine) (Entered: 04/05/2018) | |
| 96 | 04/06/2018 | MOTION for Extension of Time to File Response as to 72 MOTION for Summary Judgment Against Defendant Allen, 73 Memorandum in Support of Motion  by Defendant Cheryl Allen (Phelps, Elizabeth) Modified on 4/6/2018 to remove referral information. (mam) (Entered: 04/06/2018) | |
| | 04/06/2018 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 96 MOTION for Extension of Time to File Response as to 72 MOTION for Summary Judgment Against Defendant Allen, 73 Memorandum in Support of Motion . The motion will be resolved by the District Judge.(aw)  (Entered: 04/06/2018) | |
| 97 | 04/06/2018 | ORDER ENTERED: Defendant Cheryl Allen's Motion for Additional Time to Respond to Plaintiff's Motion for Summary Judgment 96 is granted and the response deadline is extended to May 7, 2018. Signed by District Judge Carlos Murguia on 04/06/18. Mailed to pro se party | |

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | DeRon McCoy, Jr. by regular mail. (smnd) (Entered: 04/06/2018) | |
| 98 | 04/20/2018 | Amended ANSWER to Complaint by Patricia Berry. (Attachments: # 1 Exhibit - Redacted 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Willoughby, M.) (Entered: 04/20/2018) | |
| 99 | 04/20/2018 | MOTION for Judgment on the Pleadings by Defendant Patricia Berry (Willoughby, M.) (Entered: 04/20/2018) | |
| 100 | 04/20/2018 | MEMORANDUM IN SUPPORT of 99 MOTION for Judgment on the Pleadings by Defendant Patricia Berry(Willoughby, M.) (Entered: 04/20/2018) | |
| 101 | 04/20/2018 | MOTION to Stay Discovery and Other Rule 26 Activities by Defendant Patricia Berry (referred to Magistrate Judge Kenneth G. Gale) (Willoughby, M.) (Entered: 04/20/2018) | |
| 102 | 04/20/2018 | MEMORANDUM IN SUPPORT of 101 MOTION to Stay Discovery and Other Rule 26 Activities by Defendant Patricia Berry(Willoughby, M.) (Entered: 04/20/2018) | |
| 103 | 05/07/2018 | MOTION for Judgment on the Pleadings ( Response deadline 5/29/2018), MOTION to Stay Deadlines , MOTION to Stay Discovery ( Response deadline 5/21/2018) by Defendant Cheryl Allen (Phelps, Elizabeth) (Entered: 05/07/2018) | |
| 104 | 05/07/2018 | MEMORANDUM IN SUPPORT of 103 MOTION for Judgment on the Pleadings MOTION to Stay Deadlines MOTION to Stay Discovery by Defendant Cheryl Allen(Phelps, Elizabeth) (Entered: 05/07/2018) | |
| | 05/23/2018 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 103 MOTION for Judgment on the Pleadings MOTION to Stay Deadlines MOTION to Stay Discovery . The motion will be resolved by the District Judge.(df) (Entered: 05/23/2018) | |
| 105 | 05/23/2018 | ORDER granting 101 Motion to Stay Discovery and Other Rule 26 Activities. Plaintiff did not file a response to this motion and the time to do so has expired pursuant to D. Kan. Rule 6.1(d)(1). As such, the motion is granted as uncontested. D. Kan. Rule 7.4. Discovery and all proceedings under Fed.R.Civ.P. 26 are stayed pending a ruling on Defendant's Motion for Judgment on the Pleadings (and the expiration of the time for appeal should that motion, which raises immunity issues, be denied). Signed by Magistrate Judge Kenneth G. Gale on 5/23/18. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 05/23/2018) | |
| 106 | 05/30/2018 | NOTICE AND ORDER TO SHOW CAUSE - IT IS THEREFORE ORDERED that plaintiff shall show good cause in writing by June 15, 2018, why defendants Berry and Allen's motions for judgment on the pleadings should not be granted as unopposed, including any response plaintiff wishes the court to consider in this matter. Show Cause Response due by 6/15/2018. Signed by District Judge Carlos Murguia on 5/30/18. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (kao) (Entered: 05/30/2018) | |
| 107 | 06/04/2018 | MOTION for Extension of Time to File Response as to 103 MOTION for Judgment on the Pleadings by Plaintiff DeRon McCoy, Jr. (ht) (Entered: 06/04/2018) | |
| 108 | 06/04/2018 | RESPONSE by Plaintiff DeRon McCoy, Jr re 99 MOTION for Judgment on the Pleadings (Attachment: # 1 Memorandum in Support) (ht). (Entered: 06/04/2018) | |
| | 06/04/2018 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 107 MOTION for Extension of Time to File Response as to 103 MOTION for Judgment on the Pleadings MOTION to Stay Deadlines MOTION to Stay Discovery . The motion will be resolved by the District Judge.(df) (Entered: 06/04/2018) | |
| 109 | 06/05/2018 | RESPONSE by Plaintiff DeRon McCoy, Jr re 106 Notice and Order to | |

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Show Cause. (ht) (Entered: 06/05/2018) | |
| 110 | 06/14/2018 | RESPONSE by Plaintiff DeRon McCoy, Jr. re 103 Defendant Cheryl Allen's MOTION for Judgment on the Pleadings (smnd) (Entered: 06/14/2018) | |
| 111 | 06/18/2018 | MOTION for Extension of Time to File Reply as to 108 Response to Motion by Defendant Patricia Berry (Willoughby, M.) (Entered: 06/18/2018) | |
| | 06/18/2018 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 111 MOTION for Extension of Time to File Reply as to 108 Response to Motion . The motion will be resolved by the District Judge.(aw) (Entered: 06/18/2018) | |
| 112 | 06/20/2018 | ORDER - IT IS THEREFORE ORDERED that plaintiff's 107 Motion for Extension of Time to File Response as to defendant Allen's Motion for Judgment on the Pleadings is granted. IT IS FURTHER ORDERED that defendant Berry's 111 Motion for Extension of Time to File Reply (Doc. 111) is granted. Any reply is due by July 31, 2018. Signed by District Judge Carlos Murguia on 6/19/18. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (kao) (Entered: 06/20/2018) | |
| 113 | 07/25/2018 | WITHDRAWAL OF COUNSEL by Rachael D. Longhofer and ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL by Natasha M. Carter on behalf of Patricia Berry (Carter, Natasha) (Entered: 07/25/2018) | |
| 114 | 07/30/2018 | MOTION for Extension of Time to File Reply as to 108 Response to Motion ( Response deadline 8/13/2018) by Defendant Patricia Berry (Carter, Natasha) (Entered: 07/30/2018) | |
| | 07/30/2018 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 114 MOTION for extension of time MOTION for Extension of Time to File Reply as to 108 Response to Motion . The motion will be resolved by the District Judge.(df) (Entered: 07/30/2018) | |
| 115 | 08/01/2018 | ORDER granting 114 Motion for Extension of Time to File Response/Reply re 99 MOTION for Judgment on the Pleadings.  Reply deadline 8/14/2018. Signed by District Judge Carlos Murguia on 07/31/2018. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (tvn) (Entered: 08/01/2018) | |
| 116 | 08/02/2018 | REPLY TO RESPONSE TO MOTION by Defendant Patricia Berry re: 99 MOTION for Judgment on the Pleadings   (Carter, Natasha) (Entered: 08/02/2018) | |
| 117 | 08/17/2018 | (SEE 123 FOR CORRECTED ORDER) MEMORANDUM AND ORDER granting 103 defendant Allen's Motion for Judgment on the Pleadings; Motion to Stay Deadlines and Motion to Stay Discovery; denying 99 defendant Berry's Motion for Judgment on the Pleadings. Signed by District Judge Carlos Murguia on 08/17/2018. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (tvn) Modified on 9/27/2018 (tvn). (Entered: 08/17/2018) | |
| | 08/17/2018 | Reset Deadline as to 72 MOTION for Summary Judgment Against Defendant Allen. Response deadline 8/31/2018.(tvn)  (Entered: 08/17/2018) | |
| 118 | 08/30/2018 | RESPONSE by Defendant Cheryl Allen re 72 MOTION for Summary Judgment Against Defendant Allen  (Phelps, Elizabeth) (Entered: 08/30/2018) | |
| 119 | 08/30/2018 | MEMORANDUM IN OPPOSITION by Defendant Cheryl Allen re 72 MOTION for Summary Judgment Against Defendant Allen  (Phelps, Elizabeth) (Entered: 08/30/2018) | |
| 120 | 08/30/2018 | EXHIBIT(S) IN SUPPORT of 119 Memorandum in Opposition to Motion by Defendant Cheryl Allen(Phelps, Elizabeth) (Entered: 08/30/2018) | |
| 121 | 09/19/2018 | MEMORANDUM AND ORDER denying 72 plaintiff's Motion for | |

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Summary Judgment. Signed by District Judge Carlos Murguia on 09/19/2018. Mailed to pro se party Deron McCoy, Jr. by regular mail. (tvn) (Entered: 09/19/2018) | |
| 122 | 09/26/2018 | MOTION for Scheduling Conference by Plaintiff DeRon McCoy, Jr. (referred to Magistrate Judge Kenneth G. Gale) (smnd) (Entered: 09/26/2018) | |
| 123 | 09/27/2018 | MEMORANDUM AND ORDER NUNC PRO TUNC re 117 MEMORANDUM AND ORDER - IT IS THEREFORE ORDERED that defendant Allen's Motion for Judgment on the Pleadings, Motion to Stay Deadlines, and Motion to Stay Discovery 103 is granted in part and denied in part. The motion for judgment on the pleadings is denied. The motion is granted in all other respects. Defendant Allen must respond to plaintiff's motion for summary judgment by August 31, 2018. No further extensions will be granted on this response. IT IS FURTHER ORDERED that defendant Berry's Motion for Judgment on the Pleadings 99 is denied. Signed by District Judge Carlos Murguia on 09/27/2018. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (tvn) (Entered: 09/27/2018) | |
| 124 | 09/28/2018 | RESPONSE by Defendant Patricia Berry re 122 MOTION for Order for Scheduling Conference (Carter, Natasha) (Entered: 09/28/2018) | |
| 125 | 10/08/2018 | REPLY TO RESPONSE TO MOTION by Plaintiff DeRon McCoy, Jr re: 122 MOTION for Scheduling Conference (smnd) (Entered: 10/09/2018) | |
| 126 | 10/16/2018 | MEMORANDUM AND ORDER denying without prejudice 122 Motion for Scheduling Order. Signed by District Judge Carlos Murguia on 10/15/18. (hw) (Entered: 10/16/2018) | |
| | 10/18/2018 | NOTICE Re: Pro Se Mailing. Document 126 Memorandum and Order mailed to DeRon McCoy, Jr. on 10/18/2018 by regular mail. (hw) (Entered: 10/18/2018) | |
| 127 | 11/12/2018 | MOTION for Summary Judgment  by Defendant Cheryl Allen (Phelps, Elizabeth) (Entered: 11/12/2018) | |
| 128 | 11/12/2018 | MEMORANDUM IN SUPPORT of 127 MOTION for Summary Judgment   by Defendant Cheryl Allen(Phelps, Elizabeth) (Entered: 11/12/2018) | |
| 129 | 11/12/2018 | | |
| 130 | 11/12/2018 | DISREGARD THIS ENTRY- DUPLICATE FILING TO DE 127 . MOTION for Summary Judgment  by Defendant Cheryl Allen (Attachments: # 1 Ex Notice to Pro Se Defendant Who Opposes a Summary Judgment Motion)(Phelps, Elizabeth) Modified on 11/14/2018 and motion terminated (ht). (Entered: 11/12/2018) | |
| 137 | 11/12/2018 | NOTICE TO PRO SE LITIGANT WHO OPPOSES A MOTION FOR SUMMARY JUDGMENT by Cheryl Allen re 127 MOTION for Summary Judgment . (ht) (Entered: 11/14/2018) | |
| 131 | 11/13/2018 | MOTION FOR LEAVE to File Exhibits Conventionally  by Defendant Patricia Berry (Carter, Natasha) (Entered: 11/13/2018) | |
| 132 | 11/13/2018 | MOTION for Summary Judgment  by Defendant Patricia Berry (Carter, Natasha) (Entered: 11/13/2018) | |
| 133 | 11/13/2018 | MEMORANDUM IN SUPPORT of 132 MOTION for Summary Judgment   by Defendant Patricia Berry (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Carter, Natasha) (Entered: 11/13/2018) | |
| 134 | 11/13/2018 | NOTICE TO PRO SE LITIGANT WHO OPPOSES A MOTION FOR SUMMARY JUDGMENT by Patricia Berry re 132 MOTION for Summary Judgment   (Carter, Natasha) (Entered: 11/13/2018) | |
| 136 | 11/14/2018 | MOTION to Stay Discovery re 132 MOTION for Summary Judgment  by Defendant Patricia Berry (referred to Magistrate Judge Kenneth G. Gale) (Carter, Natasha) (Entered: 11/14/2018) | |

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 138 | 11/16/2018 | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney Leigh Ann Massey as to Aramark Correctional Services, Paul Church, Julie Dockendorff (Massey, Leigh Ann) (Entered: 11/16/2018) | |
| 139 | 11/26/2018 | ORDER granting 131 Motion for Leave to File Exhibits Conventionally. Exhibits 2 to the Declaration of Pat Berry and Exhibit 1 to Rabbi Ben Friedman's Declaration, Exhibits 4-1 through 4-31 to the Declaration of Pat Berry and Exhibits 1-73 to the Affidavit of Evan Hitchcock shall be filed conventionally on a CD. Signed by District Judge Carlos Murguia on 11/26/2018. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (tvn) (Entered: 11/26/2018) | |
| 140 | 11/28/2018 | NOTICE OF SERVICE by Patricia Berry of Exhibits  (Carter, Natasha) (Entered: 11/28/2018) | |
| 141 | 12/03/2018 | ORDER granting 136 Motion to Stay Discovery. The time for Plaintiff to respond to this motion has expired. D. Kan. Rule 6.1(d)(1). As such, the motion is granted as uncontested. D. Kan. Rule 7.4. The Court hereby STAYS discovery and other Rule 26 activities, including but not limited to service of discovery requests and responses, scheduling conference, report of planning meeting, etc., pending the District Court's opportunity to rule on Defendant's Motion for Summary Judgment 132 and the expiration of the time for appeal should that Motion be denied. Signed by Magistrate Judge Kenneth G. Gale on 12/3/18. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 12/03/2018) | |
| | 12/03/2018 | NOTICE Re: Pro Se Mailing. Document 141 Order on Motion to Stay Discovery mailed to DeRon McCoy on 12/3/2018 by regular mail. (aw) (Entered: 12/03/2018) | |
| 142 | 12/04/2018 | NOTICE OF DEFICIENCY - Exhibits to Defendant Berry's Motion for Summary Judgment were filed conventionally and no courtesy copy was provided per D.Kan. 7.1(d)(2). The filing party/attorney is directed to correct the deficiency immediately. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 12/04/2018) | |
| 143 | 12/04/2018 | CONVENTIONAL EXHIBITS IN SUPPORT of 132 MOTION for Summary Judgment by Defendant Patricia Berry. (Original CD to be stored in the Topeka Clerk's Office. A copy of the CD to be forwarded to chambers upon receipt from counsel.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (smnd) (Entered: 12/04/2018) | |
| 144 | 12/07/2018 | MOTION for Summary Judgment by Plaintiff DeRon McCoy, Jr. (smnd) (Entered: 12/07/2018) | |
| 145 | 12/07/2018 | MEMORANDUM IN SUPPORT of 144 MOTION for Summary Judgment by Plaintiff DeRon McCoy, Jr. (Attachments: # 1 Exhibit E) (smnd) (Entered: 12/07/2018) | |
| 146 | 12/07/2018 | RESPONSE by Plaintiff DeRon McCoy, Jr. re 127 MOTION for Summary Judgment  (smnd) (Entered: 12/07/2018) | |
| 147 | 12/21/2018 | MOTION to Strike 145 Memorandum in Support of Motion, 144 MOTION for Summary Judgment, 146 Response to Motion  by Defendant Cheryl Allen (Phelps, Elizabeth) (Entered: 12/21/2018) | |
| | 12/26/2018 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 147 MOTION to Strike 145 Memorandum in Support of Motion, 144 MOTION for Summary Judgment, 146 Response to Motion . The motion will be resolved by the District Judge.(aw)  (Entered: 12/26/2018) | |
| 148 | 12/26/2018 | MOTION to Appoint Counsel by Plaintiff DeRon McCoy, Jr. (referred to Magistrate Judge Kenneth G. Gale) (Attachments: # 1 Exhibits) (smnd) (Entered: 12/26/2018) | |
| 149 | 12/28/2018 | Memorandum of Law in Support of 144 MOTION for Summary Judgment and Memorandum of Law in Response by Plaintiff DeRon | |

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | McCoy, Jr re 147 MOTION to Strike 145 Memorandum in Support of Motion, 144 MOTION for Summary Judgment, 146 Response to Motion . (Attachments: # 1 Exhibits) (ht) (Entered: 12/28/2018) | |
| 150 | 01/02/2019 | RESPONSE by Defendant Patricia Berry re 148 MOTION to Appoint Counsel  (Carter, Natasha) (Entered: 01/02/2019) | |
| 151 | 01/07/2019 | MEMORANDUM AND ORDER denying 148 Motion to Appoint Counsel. Signed by Magistrate Judge Kenneth G. Gale on 1/7/19. Mailed to pro se party Deron McCoy, Jr. by regular mail. (df) (Entered: 01/07/2019) | |
| | 01/07/2019 | NOTICE Re: Pro Se Mailing. Document 151 Order on Motion to Appoint Counsel mailed to plaintiff DeRon McCoy on 1/7/2019 by regular mail. (aw) (Entered: 01/07/2019) | |
| 152 | 01/10/2019 | ENTRY OF APPEARANCE by Dylan L. Murray on behalf of Patricia Berry (Murray, Dylan) (Entered: 01/10/2019) | |
| 153 | 01/11/2019 | MOTION to Strike 149 Memorandum in Opposition to Motion, or Alternatively, for Extension of Time to File a Response and/or Reply to Such Document, with Supporting Memorandum by Defendant Patricia Berry.(Murray, Dylan). (Entered: 01/11/2019) | |
| 154 | 01/11/2019 | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney M.J. Willoughby and Natasha M. Carter as to Patricia Berry (Carter, Natasha) (Entered: 01/11/2019) | |
| | 01/11/2019 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 153 MOTION to Strike 149 Memorandum in Opposition to Motion, or Alternatively, for Extension of Time to File a Response and/or Reply to Such Document, with Supporting Memorandum. The motion will be resolved by the District Judge.(df)  (Entered: 01/11/2019) | |
| 155 | 01/11/2019 | RESPONSE by Plaintiff DeRon McCoy, Jr re 147 MOTION to Strike 145 Memorandum in Support of Motion, 144 MOTION for Summary Judgment, 146 Response to Motion (smnd) (Entered: 01/14/2019) | |
| 156 | 01/28/2019 | MOTION for Leave to Resubmit Response to Defendant Berry's Motion for Summary Judgment Untimely by Plaintiff DeRon McCoy, Jr. (Attachments: # 1 Response to Defendant Berry's Motion for Summary Judgment) (smnd) (Entered: 01/28/2019) | |
| 157 | 01/28/2019 | RESPONSE by Plaintiff DeRon McCoy, Jr. re 153 MOTION to Strike 149 Memorandum in Opposition to Motion, or Alternatively, for Extension of Time to File a Response to Such Document, with Supporting Memorandum (smnd) (Entered: 01/28/2019) | |
| | 01/29/2019 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 156 MOTION for Leave to Resubmit Response to Defendant Berry's Motion for Summary Judgment Untimely. The motion will be resolved by the District Judge.(df)  (Entered: 01/29/2019) | |
| 158 | 02/28/2019 | MOTION for Conference Call by Plaintiff DeRon McCoy, Jr. (referred to Magistrate Judge Kenneth G. Gale) (smnd) (Entered: 02/28/2019) | |
| 159 | 03/12/2019 | ADDITIONAL AFFIDAVITS of Truth re 56 Third Amended Complaint by Plaintiff DeRon McCoy, Jr. (smnd) (Entered: 03/12/2019) | |
| 160 | 03/19/2019 | ORDER denying 158 Motion Requesting Conference Call. Signed by Magistrate Judge Kenneth G. Gale on March 19, 2019. The Plaintiff's allegation which is the proposed subject of the requested conference call is beyond the scope of this action. Mailed to pro se party by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(Gale, Kenneth) (Entered: 03/19/2019) | |
| 161 | 04/05/2019 | ADDITIONAL AFFIDAVIT OF TRUTH re 56 Third Amended Complaint by Plaintiff DeRon McCoy, Jr. (smnd) (Entered: 04/08/2019) | |
| 162 | 06/21/2019 | ADDITIONAL AFFIDAVIT re 56 Third Amended Complaint by Plaintiff DeRon McCoy, Jr. (smnd) (Entered: 06/21/2019) | |
| 163 | 07/24/2019 | MEMORANDUM AND ORDER denying 144 plaintiff's Motion for Summary Judgment; granting in part and denying in part 147 defendants' | |

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Motion to Strike or for leave to respond and 153 defendants' Motion to Strike or leave to respond; denying as moot 156 plaintiff's Motion for Leave to File. See Order for deadlines. Signed by District Judge Carlos Murguia on 07/23/2019. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (tvn) (Entered: 07/24/2019) | |
| 164 | 08/21/2019 | MOTION for Extension of Time to File Reply as to 149 Memorandum of Law in Support of 144 MOTION for Summary Judgment and Memorandum of Law in Response by Plaintiff DeRon McCoy, Jr re 147 MOTION to Strike 145 Memorandum in Support of Motion, 144 MOTION for Summary Judgment, 146 Response to Motion by Defendant Patricia Berry (Murray, Dylan) Modified on 8/22/2019 to link to correct document in docket text and behind the scenes (tvn). (Entered: 08/21/2019) | |
| | 08/21/2019 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 164 MOTION for Extension of Time to File Reply as to 163 Order on Motion for Summary Judgment,, Order on Motion to Strike,,,, Order on Motion for Extension of Time to File Response/Reply,, Order on Motion for Leave to File, Defendant, Patricia. The motion will be resolved by the District Judge.(df) (Entered: 08/21/2019) | |
| 165 | 08/22/2019 | MOTION for Extension of Time to File Reply as to 146 Response to Motion for summary judgment by Defendant Cheryl Allen (Phelps, Elizabeth) (Entered: 08/22/2019) | |
| | 08/22/2019 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 165 MOTION for Extension of Time to File Reply as to 146 Response to Motion for summary judgment. The motion will be resolved by the District Judge.(df) (Entered: 08/22/2019) | |
| 166 | 08/22/2019 | ORDER granting 164 defendant Berry's Motion for Extension of Time to File Response/Reply; granting 165 defendant Allen's Motion for Extension of Time to File Response/Reply. Signed by District Judge Carlos Murguia on 08/22/2019. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (tvn) (Entered: 08/22/2019) | |
| 167 | 09/19/2019 | MOTION for Extension of Time to File Reply and Opposition as to 149 Memorandum in Opposition to Motion,  by Defendant Patricia Berry (Murray, Dylan) (Entered: 09/19/2019) | |
| | 09/19/2019 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 167 MOTION for Extension of Time to File Reply and Opposition as to 149 Memorandum in Opposition to Motion, . The motion will be resolved by the District Judge.(aw) (Entered: 09/19/2019) | |
| 168 | 09/20/2019 | ORDER granting 167 Motion for Extension of Time to File Response. Response deadline 10/14/2019. No further extension will be granted. Signed by District Judge Carlos Murguia on 9/19/19. Mailed to pro se party Deron McCoy Jr. by regular mail. (hw) (Entered: 09/20/2019) | |
| 169 | 09/22/2019 | Second MOTION for Extension of Time to File reply to 127 Motion for Summary Judgment  by Defendant Cheryl Allen (Phelps, Elizabeth) Modified to correct title and link on 9/23/2019 (hw). (Entered: 09/22/2019) | |
| | 09/23/2019 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 169 Second MOTION for Extension of Time to File reply as to 146 Response to Motion . The motion will be resolved by the District Judge.(df) (Entered: 09/23/2019) | |
| 170 | 09/23/2019 | ORDER granting 169 Motion for Extension of Time to File Reply re 127 MOTION for Summary Judgment . Reply deadline 10/23/2019. Signed by District Judge Carlos Murguia on 9/23/19. Mailed to pro se party Deron McCoy Jr. by regular mail. (hw) (Entered: 09/23/2019) | |
| 171 | 10/14/2019 | REPLY TO RESPONSE TO MOTION by Defendant Patricia Berry re: 132 MOTION for Summary Judgment  Defendant Patricia Berry's Opposition and Reply to "Plaintiff's Memorandum of Law in Support of his Motion for Summary Judgment Against Defendant Berry and | |

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | Memorandum of Law in Response to Defendant Patricia Berry's Motion Requesting Summary Judgment" (Doc. 149) (Murray, Dylan) (Entered: 10/14/2019) | |
| 172 | 10/22/2019 | REPLY TO RESPONSE TO MOTION by Defendant Cheryl Allen re: 127 MOTION for Summary Judgment   (Phelps, Elizabeth) (Entered: 10/22/2019) | |
| 173 | 11/06/2019 | SURREPLY by Plaintiff DeRon McCoy, Jr. re: 127 MOTION for Summary Judgment by Defendant Cheryl Allen and 132 MOTION for Summary Judgment by Defendant Patricia Berry. (smnd) (Entered: 11/06/2019) | |
| 174 | 02/20/2020 | MINUTE ORDER REASSIGNING CASE: Case reassigned to District Judge Holly L. Teeter for all further proceedings. District Judge Carlos Murguia no longer assigned to case. Signed by deputy clerk on 2/20/20. Mailed to pro se party Deron McCoy, Jr. by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(kao) (Entered: 02/20/2020) | |
| 175 | 05/12/2020 | ORDER ENTERED: Defendants' motions for summary judgment (Docs. 127 and 132 ) are GRANTED and Plaintiff's cross-motion for summary judgment (Doc. 149 ) is DENIED. Defendant Allen is terminated as a party in the case, but Defendant Berry remains an active defendant. Defendant Berry has thirty days from the date of this order to file a motion for summary judgment on the remaining claims against her. Defendants Aramark, Church, and Dockendorff have thirty days from the date of this order to file motions for summary judgment on the exhaustion and mootness issues. If no motions are filed, the Court will lift the stay on the case and refer it to the magistrate judge for scheduling. Signed by District Judge Holly L. Teeter on 05/12/20. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (smnd) (Entered: 05/12/2020) | |
| 176 | 06/11/2020 | MOTION for Summary Judgment  by Defendants Aramark Correctional Services, Paul Church, Julie Dockendorff (Murray, Dylan) (Entered: 06/11/2020) | |
| 177 | 06/11/2020 | MEMORANDUM IN SUPPORT of 176 MOTION for Summary Judgment   by Defendants Aramark Correctional Services, Paul Church, Julie Dockendorff (Attachments: # 1 Exhibit A - Affidavit of Chaplin Herbie Harris, # 2 Exhibit B - Martinez Report filed in Jefferson v. Aramark)(Murray, Dylan) (Entered: 06/11/2020) | |
| 178 | 06/11/2020 | NOTICE TO PRO SE LITIGANT WHO OPPOSES A MOTION FOR SUMMARY JUDGMENT by Aramark Correctional Services, Paul Church, Julie Dockendorff re 176 MOTION for Summary Judgment (Attachments: # 1 Exhibit A - Court Rules)(Murray, Dylan) (Entered: 06/11/2020) | |
| 179 | 06/19/2020 | MOTION FOR LEAVE to File Notice of Joinder in Co-Defendant's Motion for Summary Judgment and Memorandum in Support Out of Time  by Defendant Patricia Berry (Murray, Dylan) (Entered: 06/19/2020) | |
| 180 | 06/19/2020 | MEMORANDUM IN SUPPORT of 179 MOTION FOR LEAVE to File Notice of Joinder in Co-Defendant's Motion for Summary Judgment and Memorandum in Support Out of Time   by Defendant Patricia Berry (Attachments: # 1 Exhibit 1)(Murray, Dylan) (Entered: 06/19/2020) | |
| 181 | 06/19/2020 | NOTICE of to Pro Se Litigant Who Opposes a Summary Judgment Motion by Patricia Berry  (Attachments: # 1 Exhibit A)(Murray, Dylan) (Entered: 06/19/2020) | |
| | 06/22/2020 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 179 MOTION FOR LEAVE to File Notice of Joinder in Co-Defendant's Motion for Summary Judgment and Memorandum in Support Out of Time . The motion will be resolved by the District Judge.(df)  (Entered: 06/22/2020) | |

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 182 | 06/22/2020 | ORDER granting 179 Motion for Leave to File Out of Time. This case is before the court on Defendant Patricia Berry's Motion for Leave to File Out of Time 179 . Defendant Berry moves to join the Motion for Summary Judgment of Defendants Aramark Correctional Services, LLC, Julie Dockendorff, and Paul Church 176 . The Court had granted all four parties leave to file new summary judgment motions on or before June 11, 2020. The other Defendants met that deadline, but Defendant Berry did not. She claims that she intended to join their motion, but her counsel was absent from the firm due to medical issues and the parties had a miscommunication about adding her to the motion. The Court finds that Defendant Berry's motion 179 should be granted for a few reasons. First, it would be inefficient and inconsistent with Rule 1 to resolve identical arguments with respect to three Defendants but not as to Defendant Berry. Second, granting the motion is also beneficial to Plaintiff. If the Court did not allow Defendant Berry to join the other Defendants' motion now, she likely would file another motion later--causing Plaintiff to respond again to another motion and allowing Defendant Berry the benefit of knowing Plaintiff's responsive arguments before she filed her motion. The parties have not yet engaged in discovery and this was not the final summary judgment deadline. And it also is possible that the court would have addressed certain issues as to Defendant Berry sua sponte, without the benefit of a response by Plaintiff. See, e.g., McClendon v. City of Albuquerque, 100 F.3d 863, 867 (10th Cir. 1996) ("Because mootness is a matter of jurisdiction, a court may raise the issue sua sponte."). Allowing Defendant Berry to join the motion now gives Plaintiff the opportunity to respond to the arguments as to Defendant Berry. For these reasons, Defendant Berry may file her Notice of Joinder, and Doc. 176 will be treated as being filed on her behalf, as well as the other three Defendants. In light of Defendant Berry's late joinder, however, the Court finds it appropriate to extend Plaintiff's time to respond to the motion for summary judgment by 11 days. Plaintiff's response to Doc. 176, including any arguments pertaining to Defendant Berry, is due July 13, 2020. Signed by District Judge Holly L. Teeter on 6/22/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (md) (Entered: 06/22/2020) | |
| 183 | 06/26/2020 | NOTICE OF JOINDER by Patricia Berry re 176 MOTION for Summary Judgment  Defendant Patricia Berry's Notice of Joinder in Co-Defendant's Motion for Summary Judgment (Murray, Dylan) (Entered: 06/26/2020) | |
| 184 | 07/13/2020 | RESPONSE by Plaintiff DeRon McCoy, Jr. re 176 Motion for Summary Judgment. (smnd) (Entered: 07/13/2020) | |
| 185 | 07/15/2020 | AMENDED RESPONSE by Plaintiff DeRon McCoy, Jr. re 176 Motion for Summary Judgment. (smnd) (Entered: 07/15/2020) | |
| 186 | 07/29/2020 | MOTION for Extension of Time to File Reply as to 185 Response to Motion  by Defendants Aramark Correctional Services, Patricia Berry, Paul Church, Julie Dockendorff. (Murray, Dylan) (Entered: 07/29/2020) | |
| | 07/30/2020 | MOTION REFERRAL to Magistrate Judge REMOVED as to: 186 MOTION for Extension of Time to File Reply as to 185 Response to Motion . The motion will be resolved by the District Judge.(md) (Entered: 07/30/2020) | |
| 187 | 07/30/2020 | ORDER granting 186 Motion for Extension of Time to File Response/Reply re 176 MOTION for Summary Judgment. Reply deadline is on or before 8/12/2020. Signed by District Judge Holly L. Teeter on 7/30/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (md) (Entered: 07/30/2020) | |
| 188 | 08/04/2020 | ENTRY OF APPEARANCE by James Scott Kreamer on behalf of Aramark Correctional Services, Patricia Berry, Paul Church, Julie Dockendorff (Kreamer, James) (Entered: 08/04/2020) | |

5:16cv3027, Mccoy (Id 76894) V. Aramark Correctional Services Et Al

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 189 | 08/12/2020 | REPLY TO RESPONSE TO MOTION by Defendants Aramark Correctional Services, Patricia Berry, Paul Church, Julie Dockendorff re: 176 Motion for Summary Judgment  (Murray, Dylan) (Entered: 08/12/2020) | |
| 190 | 10/02/2020 | ORDER granting 176 Motion for Summary Judgment. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff. The case is closed. Signed by District Judge Holly L. Teeter on 10/2/2020. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (jal) (Entered: 10/02/2020) | |
| 191 | 10/02/2020 | JUDGMENT ENTERED re 190 Order granting Motion for Summary Judgment. Signed by deputy clerk on 10/20/2020. Mailed to pro se party DeRon McCoy, Jr. by regular mail. (jal) (Entered: 10/02/2020) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**