## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DERON MCCOY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | )   Case No. 5:21-cv-03269-TC-ADM |
| v. | ) |
| | ) |
| ARAMARK CORRECTIONAL | ) |
| SERVICES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT ARAMARK CORRECTIONAL SERVICES, LLC'S
### INDEX OF EXHIBITS FOR ITS BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

Defendant Aramark Correctional Services, LLC ("Aramark") hereby submits this Index of the Exhibits that Aramark has submitted in support of, and has attached to, Aramark's Brief in Support of Aramark's Motion to Dismiss.

### INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | The Court's 10/02/2020 Order in *Deron McCoy, Jr. v. Aramark Correctional Services, et al.*, No. 5:16-cv-03027-CM-KGG (D. Kan.) ("*McCoy* I") (Doc. #190 therein). |
| 2 | *McCoy* I Operative Complaint (Third Amended Complaint) (Doc. #56 therein). |
| 3 | Judgment entered in *McCoy* I (Doc. #191 therein). |
| 4 | Docket of filings from *McCoy* I. |
| 5 | Doc. #177 and #177-1 from *McCoy* I. |

Respectfully submitted,

/s/ Dylan L. Murray
_____
James Scott Kreamer          KS #14374
Dylan L. Murray               KS #25417
BAKER STERCHI COWDEN & RICE, LLC
2400 Pershing Road, Ste. 500
Kansas City, Missouri 64108
Phone:  (816) 471-2121
Fax:  (816) 472-0288
dmurray@bscr-law.com

**ATTORNEYS FOR DEFENDANT ARAMARK
CORRECTIONAL SERVICES, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 13th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the same to all counsel of record as indicated below.  A copy was also served on Pro Se Plaintiff via first class mail.

Deron McCoy, Jr. #76894
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042
KDOC_court_file_edcf@ks.gov
**PRO SE PLAINTIFF**

Dennis D. Depew
Matthew Lee Shoger
Office of Kansas Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
dennis.depew@ag.ks.gov
matt.shoger@ag.ks.gov
**ATTORNEYS FOR DEFENDANT**
**JEFF ZMUDA**

Jocilyn Oyler
Natasha M. Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, Kansas 66603
Jocilyn.Oyler1@ks.gov
Natasha.Carter@ks.gov
**ATTORNEYS FOR INTERESTED PARTY**
**KANSAS DEPARTMENT OF CORRECTIONS**

*/s/ Dylan L. Murray*