IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DERON McCOY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case. No. 21-3269-JWL-KGG |
| ) | |
| ARAMARK CORRECTIONAL ) | |
| SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

COMES NOW, Defendant Jeff Zmuda ("Defendant") by and through Assistant Attorney General Matthew Shoger, and respectfully moves this Court for an order allowing an additional fourteen (14) days in which to file a response to Plaintiff's Second Amended Complaint (Doc. 24). In support of the requested extension, the Defendant state the following:

1. Currently, Defendant must respond by February 27, 2023.

2. Defendant has requested one previous 14-day Clerk's Extension of time as to this deadline.

3. Defendant has not conferred with the Plaintiff in this matter.

4. Good cause exists for the requested motion.

5. This Motion is made in good faith, is not presented for the purpose of delay, and is necessitated due to complications from an acute medical injury that the undersigned counsel is currently recovering from, the press of other business, and the undersigned counsel's previously scheduled obligations.

WHEREFORE, for the reasons set forth above, Defendant Jeff Zmuda requests this Court enter an Order granting an extension of answer deadline allowing fourteen days to answer or otherwise plead to Plaintiff's Second Amended Complaint, and any further relief this Court deems just and proper.

        Respectfully submitted,

        OFFICE OF ATTORNEY GENERAL
        KRIS KOBACH

        */s/ Matthew L. Shoger*
        Matthew L. Shoger, KS No. 28151
        Assistant Attorney General
        120 SW 10th Avenue, 2nd Floor
        Topeka, Kansas 66612-1597
        matt.shoger@ag.ks.gov
        (785) 296-2215
        Fax: (785) 291-3767
        *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2023, the above and foregoing was filed with the clerk of the court by using the CM/ECF system that will send notice of electronic filing and that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

DeRon McCoy, Jr., #76894
EDCF
PO Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

        */s/ Matthew L. Shoger*
        Matthew L. Shoger
        Assistant Attorney General