Exhibit "B"
Plaintiff Derron McCoy Jr
Affidavit
Dated 7/13/2022

State of Kansas  )
                 ) ss:
County of Butler )

Affidavit of
DeRon McCoy, Jr

I DeRon McCoy Jr being of lawful age and being duly sworn upon oath and being duly known of the facts state the following.

1. I am currently incarcerated at Eldorado correctional facility and have been since 6-2019. I have also been incarcerated previously at Lansing correctional facility and Hutchinson correctional facility.

2. While incarcerated at Eldorado correctional facility, I have participated in the Jewish callout and attended nearly every callout and religious observance. I also did the same while at Lansing correctional facility.

3. I personally know every Jewish person who has attended Jewish callout at Lansing correctional while I was there, as well as every Jewish person who attends Jewish callout at Eldorado correctional.

4. There are three other Jewish Callout members. last names are L. Walker, J. Searles, and R. Bixler.

5. At no time while I was at Lansing correctional facility did any Jewish person work as a CRD cook.

6. At no time since I have been at Eldorado correctional have any of the Jewish persons worked as CRD cooks.

(1)

7. The CRD cooks who I obtained Notarized Sworn Affidavits from Joe Hill and Inmate Moses are Muslims and are not Jew. I have never known any CRD cooks to be Jewish.

8. There is no Monetary system between inmates in K.D.O.C.

9. Top Ramen Noodles are used for system of batering due to there being a 30 soup limit on them as well being a cheap meal.

10. I regularly operate a prison store for inmates from which inmates can borrow food items at a interest rate until the next available store day.

11. I use the store to provide for my hygiene and other needs and sometimes convert the store items into actual money thats sent to my children and grandchildren from inmates family members.

12. I often have to purchase items from the commissary to stock my prison store with items inmates prefer to eat.

13. There are not alot of options on the commissary that are Kosher. There are no Kosher meats, Kosher Ramen. Only Kosher snacks and Kosher fish.

(2)

14. I have previously sent request to Union Supply requesting kosher meats and kosher Ramen to no avail.

Further Affiant saith Naught

Date: 7/13/22

*Russell D Hoover*
Notary Public

NOTARY PUBLIC - State of Kansas
RICHARD D. HOOVER
My Appt Expires 9/16/2022

*Deron McCoy Jr*
Deron McCoy Jr #70894
P.O Box 311
Eldorado, KS 67042

(3)