IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DERON McCOY, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case. No. 21-3269-JWL-KGG |
| | ) |
| **ARAMARK CORRECTIONAL** | ) |
| **SERVICES,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

COMES NOW, Defendant Jeff Zmuda ("Defendant") by and through Assistant Attorney General Matthew Shoger, and respectfully moves this Court for an order allowing an additional fourteen (14) days in which to file a response to Plaintiff's Second Amended Complaint (Doc. 24). In support of the requested extension, the Defendant states the following:

1. Currently, Defendant must respond by March 13, 2023.

2. Defendant has requested one previous 14-day Clerk's Extension of time as to this deadline (Doc. 41), and has received an additional 14-day extension from this Court (Doc. 46).

3. Defendant has not conferred with the Plaintiff in this matter.

4. Good cause exists for the requested motion.

5. Since the last extension was granted, the undersigned counsel has undergone multiple unanticipated medical procedures, including surgery under full anesthesia.

6. This Motion is made in good faith, is not presented for the purpose of delay, and is necessitated due to additional complications from an acute medical injury that the undersigned counsel is currently recovering from, the press of other business, and the undersigned counsel's previously scheduled obligations.

WHEREFORE, for the reasons set forth above, Defendant Jeff Zmuda requests this Court enter an Order granting an extension of answer deadline allowing fourteen days to answer or otherwise plead to Plaintiff's Second Amended Complaint, and any further relief this Court deems just and proper.

        Respectfully submitted,

        OFFICE OF ATTORNEY GENERAL
        KRIS KOBACH

        */s/ Matthew L. Shoger*
        Matthew L. Shoger, KS No. 28151
        Assistant Attorney General
        120 SW 10th Avenue, 2nd Floor
        Topeka, Kansas 66612-1597
        matt.shoger@ag.ks.gov
        (785) 296-2215
        Fax: (785) 291-3767
        *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2023, the above and foregoing was filed with the clerk of the court by using the CM/ECF system that will send notice of electronic filing and that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

DeRon McCoy, Jr., #76894
EDCF
PO Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

        */s/ Matthew L. Shoger*
        Matthew L. Shoger
        Assistant Attorney General