## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DERON McCOY Jr.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case. No. 21-3269-JWL |
| ) | |
| **ARAMARK CORRECTIONAL** ) | |
| **SERVICES,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendant Jeffrey Zmuda respectfully request, through Assistant Attorney General Matthew L. Shoger, that this Court dismiss all claims against him pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). In the alternative, Defendant ask this Court to grant summary judgment pursuant to Fed. R. Civ. P. 56. In accordance with D. Kan. Rule 7.1(a), a memorandum in support is filed with this motion.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendant Jeffrey Zmuda*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 27th day of March, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

  Dylan L. Murray
  Baker, Sterchi, Cowden & Rice, LLC - Pershing
  2400 Pershing Road, Suite 500
  Kansas City, MO 64108-2533
  dmurray@bscr-law.com
  *Attorney for Aramark Correctional Services, Inc.*

  James Scott Kreamer
  Baker, Sterchi, Cowden & Rice, LLC - Pershing
  2400 Pershing Road, Suite 500
  Kansas City, MO 64108-2533
  kreamer@bscr-law.com
  *Attorney for Aramark Correctional Services, Inc.*

  Natasha Carter
  Kansas Department of Corrections
  714 SW Jackson, Suite 300
  Topeka, KS 66603
  Natasha.Carter@ks.gov
  *Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

  Deron McCoy, Jr. #76894
  El Dorado Correctional Facility-Central
  P.O. Box 311
  El Dorado, KS 67042
  *Plaintiff, pro se*

            /s/ Matthew L. Shoger
            Matthew L. Shoger
            Assistant Attorney General