**Non-Kosher Canteen Items Purchased by McCoy from 6/30/21 to 2/8/23**

| *Date* | *Item #* | *Item description* | *Quantity* | *Transaction Page #* | *Menu Page #* |
|---|---|---|---|---|---|
| 6/30/21 | 7714 | Faygo Root Beer | 1 | Ex. D at 12  (D-1) | Ex. D at 28  (D-3) |
| 7/14/21 | 7577 | Coyote Valley Cheese Nibbles – Extreme Hot | 2 | Ex. D at 11  (D-1) | Ex. D at 30  (D-3) |
| 7/14/21 | 6940 | Nissin Picante Beef Ramen | 10 | Ex. D at 11  (D-1) | Ex. D at 29  (D-3) |
| 10/13/21 | 6940 | Nissin Picante Beef Ramen | 10 | Ex. D at 8  (D-1) | Ex. D at 29  (D-3) |
| 10/20/21 | 7513 | Pepe's Hot & Spicy Pork Rinds | 1 | Ex. D at 8  (D-1) | Ex. D at 30  (D-3) |
| 10/20/21 | 6942 | Nissin Cajun Chicken Ramen | 6 | Ex. D at 7  (D-1) | Ex. D at 29  (D-3) |
| 10/20/21 | 6940 | Nissin Picante Beef Ramen | 10 | Ex. D at 7  (D-1) | Ex. D at 29  (D-3) |
| 10/20/21 | 6517 | Eastview Habanero Cheese Cup | 1 | Ex. D at 7  (D-1) | Ex. D at 36[1]  (D-3) |
| 4/6/22 | 6940 | Nissin Picante Beef Ramen | 27 | Ex. D at 6  (D-1) | Ex. D at 37  (D-3) |
| 4/6/22 | 6518 | Eastview Jalapeno Cheese Cup | 1 | Ex. D at 6  (D-1) | Ex. D at 36  (D-3) |
| 4/27/22 | 6940 | Nissin Picante Beef Ramen | 26 | Ex. D at 5  (D-1) | Ex. D at 45  (D-3) |
| 4/27/22 | 6517 | Eastview Habanero Cheese Cup | 1 | Ex. D at 4  (D-1) | Ex. D at 44  (D-3) |
| 5/11/22 | 6940 | Nissin Picante Beef Ramen | 28 | Ex. D at 4  (D-1) | Ex. D at 45  (D-3) |
| 5/25/22 | 6940 | Nissin Picante Beef Ramen | 30 | Ex. D at 4  (D-2) | Ex. D at 45  (D-3) |
| 7/6/22 | 6940 | Nissin Picante Beef Ramen | 19 | Ex. D at 26  (D-2) | Ex. D at 45  (D-3) |
| 7/27/22 | 6940 | Nissin Picante Beef Ramen | 29 | Ex. D at 26  (D-2) | Ex. D at 45  (D-3) |
| 7/27/22 | 6517 | Eastview Habanero Cheese Cup | 1 | Ex. D at 25  (D-2) | Ex. D at 44  (D-3) |
| 8/3/22 | 6940 | Nissin Picante Beef Ramen | 10 | Ex. D at 25  (D-2) | Ex. D at 45  (D-3) |
| 8/3/22 | 6939 | Nissin Chili Ramen | 5 | Ex. D at 25  (D-2) | Ex. D at 45  (D-3) |
| 8/3/22 | 6686 | Legendary Meat Snacks Hot Beef Summer Sausage | 1 | Ex. D at 25  (D-2) | Ex. D at 45  (D-3) |

---

[1] Although not on the canteen menu as updated 3/22/21, this was the second purchase of this product by McCoy after purchasing one a week earlier on 10/13/21. Exhibit D at 8 (D-1). McCoy claims under penalty of perjury that all kosher items must be marked as kosher (Doc. 19 at ¶ 4; *see also* Doc. 24 at 21), so by the standard he expresses he would have known that the product was non-kosher after the first purchase.

| Date | Item # | Item description | Quantity | Transaction Page # | Menu Page # |
|---|---|---|---|---|---|
| 8/3/22 | 6381 | Siam Sweet & Hot Asian Hot Sauce | 1 | Ex. D at 24  (D-2) | Ex. D at 47  (D-3) |
| 8/17/22 | 5519 (typo as 6519) | Eastview Nacho Cheese Cup | 1 | Ex. D at 24  (D-2) | Ex. D at 44  (D-3) |
| 8/24/22 | 7008 | Cheez It Hot & Spicy | 1 | Ex. D at 23  (D-2) | Ex. D at 44  (D-3) |
| 9/21/22 | 6473 | Food Express Grape Jelly Squeeze Bottle | 1 | Ex. D at 22  (D-2) | Ex. D at $52^2$  (D-3) |
| 9/28/22 | 7577 | Coyote Valley Cheese Nibbles – Extreme Hot | 1 | Ex. D at 22  (D-2) | Ex. D at 46  (D-3) |
| 9/28/22 | 7513 | Pepe's Hot & Spicy Pork Rinds | 1 | Ex. D at 22  (D-2) | Ex. D at 46  (D-3) |
| 9/28/22 | 6686 | Legendary Meat Snacks Hot Beef Summer Sausage | 1 | Ex. D at 21  (D-2) | Ex. D at 45  (D-3) |
| 9/28/22 | 6519 | Eastview Nacho Cheese Cup | 1 | Ex. D at 21  (D-2) | Ex. D at 44  (D-3) |
| 9/28/22 | 6381 | Siam Sweet & Hot Asian Hot Sauce | 1 | Ex. D at 21  (D-2) | Ex. D at 47  (D-3) |
| 10/19/22 | 7577 | Coyote Valley Cheese Nibbles – Extreme Hot | 1 | Ex. D at 20  (D-2) | Ex. D at 46  (D-3) |
| 10/19/22 | 7155 | Old Fashioned Assorted Lemonade Hard Candy | 1 | Ex. D at 20  (D-2) | Ex. D at 46  (D-3) |
| 11/9/22 | 6528 | Habanero Cheese Cup | 1 | Ex. D at 19  (D-2) | Ex. D at $52^3$  (D-2) |
| 11/9/22 | 6473 | Food Express Grape Jelly Squeeze Bottle | 1 | Ex. D at 19  (D-2) | Ex. D at $52^4$  (D-3) |
| 11/30/22 | 6473 | Food Express Grape Jelly Squeeze Bottle | 1 | Ex. D at 18  (D-2) | Ex. D at $52^5$  (D-3) |
| 12/14/22 | 8625 | Sauce Supreme Taco Seasoning Mix | 2 | Ex. D at 18  (D-2) | Ex. D at 55  (D-3) |
| 12/14/22 | 7579 | Coyote Valley White Cheddar Popcorn | 2 | Ex. D at 17  (D-2) | Ex. D at 53  (D-3) |
| 12/15/22 | 8625 | Sauce Supreme Taco Seasoning Mix | 2 | Ex. D at 16  (D-2) | Ex. D at 55  (D-3) |
| 12/28/22 | 7579 | Coyote Valley White Cheddar Popcorn | 2 | Ex. D at 16  (D-2) | Ex. D at 53  (D-3) |
| 12/28/22 | 7577 | Coyote Valley Cheese Nibbles – Extreme Hot | 1 | Ex. D at 16  (D-2) | Ex. D at 54  (D-3) |

[2] Although not on menu as updated 4/21/22, this was the second purchase of this product by McCoy after he purchased some about a month earlier on 8/24/22. Exhibit D at 23 (D-2).

[3] Although not on menu as updated 4/21/22, this was the second purchase of this product by McCoy after he purchased some earlier on 9/21/22. Exhibit D at 22 (D-2).

[4] Third purchase of this product. *See* footnote 2.

[5] Fourth purchase of this product. *See* footnotes 2 & 4.

2

| *Date* | *Item #* | *Item description* | *Quantity* | *Transaction Page #* | *Menu Page #* |
|---|---|---|---|---|---|
| 1/11/23 | 7579 | Coyote Valley White Cheddar Popcorn | 2 | Ex. D at 16  (D-2) | Ex. D at 53  (D-3) |
| 1/11/23 | 7577 | Coyote Valley Cheese Nibbles – Extreme Hot | 1 | Ex. D at 15  (D-2) | Ex. D at 54  (D-3) |
| 1/18/23 | 8625 | Sauce Supreme Taco Seasoning Mix | 2 | Ex. D at 15  (D-2) | Ex. D at 55  (D-3) |
| 1/18/23 | 7577 | Coyote Valley Cheese Nibbles – Extreme Hot | 1 | Ex. D at 15  (D-2) | Ex. D at 54  (D-3) |
| 1/18/23 | 7009 | Keebler Town House Crackers | 2 | Ex. D at 15  (D-2) | Ex. D at 52  (D-3) |
| 1/18/23 | 6773 | Spice Supreme Seasoned Salt | 2 | Ex. D at 15  (D-2) | Ex. D at 55  (D-3) |
| 1/18/23 | 6473 | Food Express Grape Jelly Squeeze Bottle | 1 | Ex. D at 15  (D-2) | Ex. D at 52  (D-3) |
| 1/20/23 | 7579 | Coyote Valley White Cheddar Popcorn | 2 | Ex. D at 14  (D-2) | Ex. D at 53  (D-3) |
| 1/25/23 | 7579 | Coyote Valley White Cheddar Popcorn | 2 | Ex. D at 14  (D-2) | Ex. D at 53  (D-3) |
| 2/1/23 | 7579 | Coyote Valley White Cheddar Popcorn | 2 | Ex. D at 13  (D-2) | Ex. D at 53  (D-3) |
| 2/8/23 | 7579 | Coyote Valley White Cheddar Popcorn | 2 | Ex. D at 13  (D-2) | Ex. D at 53  (D-3) |
| | | TOTAL | 261 non-kosher items | | |
| | | NUMBER OF DAYS | over 589 days = | | |
| | | NON-KOSHER ITEMS PER DAY *(total divided by number of days)* | 0.443 non-kosher items per day | | |
| | | AVG NUMBER OF DAYS PER NON-KOSHER ITEM *(1 divided by non-kosher items per day)* | OR 2.26 days per non-kosher item | | |

3