UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DeRON McCOY, JR.,

    Plaintiff,

v.                           Case No. 21-3269-TC-ADM

ARAMARK CORRECTIONAL
SERVICES, et al.,

    Defendants.

**ORDER**

This matter comes before the court on pro se plaintiff DeRon McCoy, Jr.'s Motion for Issuance of Waivers of Service of Summons. (ECF 55.) By way of this motion, McCoy requests that the court direct the Clerk to issue waiver of service of summons for six defendants for whom previously issued waivers of service were returned unexecuted.

On November 16, 2022, the court directed the Clerk to "prepare waivers of service and transmit them to the defendants." (ECF 23, at 3.) That same day, the Clerk issued waivers of service of summons to defendants Aramark Correctional Services ("Aramark"); Jeff Zmuda, c/o Kansas Department of Corrections; and M. Fellig, B. Friedman, Patricia Berry, Randy Singletary, Sharon Coats and Judy Hay, c/o El Dorado Correctional Facility. The waivers were retuned executed as to Aramark and Zmuda. (ECF 32, 34.) But the waivers sent to defendants c/o El Dorado Correctional Facility were all returned unexecuted. (ECF 26-31.) Since that time, the Kansas Attorney General's Office has stated that Berry and Singletary are former employees of the Kansas Department of Corrections ("KDOC") and provided their last known address under seal. (ECF 35.) The Kansas Attorney General's Office further stated that the remaining four defendants—Fellig, Friedman, Coats, and Hay—are not current or former KDOC employees.

1

(ECF 32.)  McCoy alleged in his second amended complaint that Felling and Hay were Aramark employees, and Friedman and Coats were KDOC employees; he has not provided addresses for any of these individuals.  (ECF   24, at 7-8.)

McCoy's motion is granted as to defendants Berry and Singletary.  Given that the court now has addresses for Berry and Singletary, the court directs the United States Marshals Service ("USMS") to serve them pursuant to Federal Rule of Civil Procedure 4(c)(3).  Because the court has sealed the addresses of these two defendants, the court directs that the returns of service of summons be filed under seal.

McCoy's motion is denied without prejudice to refiling as to defendants Fellig, Friedman, Coats, and Hay.  At this juncture, neither McCoy nor any other party has provided addresses for these defendants.  The Kansas Attorney General's Office has stated that KDOC never employed these individuals.  It is possible they were Aramark employees.  Thus, the court orders Aramark to file a notice by **April 28, 2023**, stating (1) whether it ever employed Fellig, Friedman, Coats, and/or Hay, (2) whether it would accept waiver of service of summons for any or all of these defendants, and (3) if it will not accept waiver, the last known addresses, if any, it has for these defendants.  If Aramark agrees to accept waiver of service of summons or provides an address for any of these defendants, McCoy may renew his motion for the court to issue waivers of service of summons or otherwise effectuate service.

**IT IS THEREFORE ORDERED** that McCoy's Motion for Issuance of Waivers of Service of Summons (ECF 55) is granted in part and denied without prejudice in part, as discussed above.

**IT IS FURTHER ORDERED** that the Clerk shall issue new summonses for defendants Berry and Singletary, and service of the summonses and copies of the second amended complaint

shall be effected by the United States Marshal or a Deputy United States Marshal, both of whom are appointed for such purpose pursuant to Fed. R. Civ. P. 4(c)(3). The returns of service of summons shall be filed under seal.

**IT IS FURTHER ORDERED** that Aramark file a notice by **April 28, 2023**, stating (1) whether it ever employed Fellig, Friedman, Coats, and/or Hay, (2) whether it would accept waiver of service of summons for any or all of these defendants, and (3) if it will not accept waiver, the last known addresses of these defendants.

Dated April 19, 2023, at Kansas City, Kansas.

                                               s/ Angel D. Mitchell
                                               Angel D. Mitchell
                                               U.S. Magistrate Judge