**In the United States District Court
for the District of Kansas**

---

Case No. 5:21-cv-03269-TC

---

DeRon McCoy, Jr.,

*Plaintiff*

v.

Aramark Correctional Services, et al.,

*Defendants*

---

# ORDER

Plaintiff DeRon McCoy moves for an extension of time to file a response to Defendant Jeff Zmuda's motion to dismiss or, in the alternative, motion for summary judgment. Doc. 54. Among other things, McCoy contends that he did not receive Zmuda's motion until April 10 and needs additional time to respond. *Id.* McCoy's motion for additional time, Doc. 54, is granted and all briefing on Zmuda's motion, Doc. 51, is stayed pending further Order of the Court.

It is so ordered.

Date:  April 20, 2023           s/ Toby Crouse
                                Toby Crouse
                                United States District Judge

1