Exhibit 'C'
Plaintiff Derron McCoy Jr
Affidavit
Dated 8/29/2022

State of Kansas  )
                 ) SS:
County of Butler )

### Affidavit of truth
### Deron McCoy, Jr

I Deron McCoy Jr being of age and duly sworn under oath do attest to the following.

1) The Shulhan Arukh also known as the Jewish code of law contains a compilation of Jewish laws and customs.

2) There is no singular Rabbi whose opinion overrules the Shulhan Arukh and in fact the Shulhan Arukh supercedes any Rabbi's personal opinion as it is the ultimate religious authority when it comes to Jewish religious laws and customs.

3) The following paragraphs are dictated from chapter 46 "Forbidden Foods"

Paragraph (16) If we give wine, meat or a piece of fish into the care of a Non-Jew, without making any special mark by which it may be recognized, and especially so when given to an Israelite who is suspected of tampering with it, either to store it or to forward it, we must put a double seal on it. But one seal suffices for boiled wine, wine-vinegar, bread or cheese.

Paragraph (17) If we give something in a sack to a Non-Jew, either to be forwarded or to be stored, it is necessary that the stitches of the sack be on the inside and it must be tied and sealed.

(1)

4) Paragraphs (16) and 17 from Chapter 46 "Forbidden Foods" Is the basis of the formation of the Rabbinical Kosher certification companies and further form the basis of that when a Kosher food or food item is prepared or cooked in a Kosher manner by a Jew out of the site of a Jew that it must be double sealed and have a Kosher mark and must remain in that manner until the Jew consuming the food or food item receives it in his or her hands. It cannot be opened by a non-Jew or a untrustworthy Jew.

5) The following paragraph is dictated from chapter 46 "forbidden foods" from the "Shulhan Aruch" paragraph "20" care should be taken that a Jew and a non-Jew should not cook or fry, together in uncovered pots or frying pans, one pot containing food which is ritually fit, and the other containing ritually unfit food. Care should also be taken not to leave any pots in the care of non Jewish servants, when there is no Jew in the house, or when there is no Jew going in and out.

6. Paragraph (20) from chapter 46 "Forbidden Foods" Is the basis of the Jewish law that Kosher food and non-Kosher food cannot be prepared and cook in the same kitchen. It also forms the basis of Jewish law that a non-Jew cannot handle or touch Kosher pots, pans, utensil etc. unless there is a supervising Rabbi on-site.

7). On 8/15/2022 I wrote a form 9 "Inmate Request" to the Chaplin office and requested that I be given or be allowed to purchase "Challah bread" and grape Juice. Since Rabbi Ben Friedman said in his Affidavit that offenders in seg should be provided with Challah bread and grape Juice.

8) On 8/15/2022 I recieved response back from the Chaplins office that Challah bread and grape Juice or any other food items are provided by the chaplins office for offenders in Segregation. That response was sent to me via the via path (GTL) Tablets (account).

¶ Further Affiant saith Naught

Date 8-20-22

NOTARY PUBLIC - State of Kansas
DAVID S. LEWIS
My Appt Expires 05-26-2025

Notary Public

Deron McCoy Jr
Deron McCoy Jr
P.O. Box 311
Eldorado, Ks 67042

(3)