Affidavit of inmate Moses#56669

(Exhibit E)

State of Kansas  )
                 ) :ss
County of Butler )

Affidavit of Inmate

Moses          # 57669

I Moses being duly sworn upon oath and being of lawful age state the following:

1. I have held the position of CRD cook at E.D.C.F. From 12/18 to 6/2020.
2. I am fully aware of the CRD menu as well as preparation, storage, and secure process of the CRD at E.D.C.F.
3. There is No separate room designated as a (CRD) room at E.D.C.F. kitchen there is only a small table and rollable cart in a area by the pots and pans area.
4. After my arrival at work I had to have a Aramark supervisor let me in the dry storage area, freezer, etc..... to get the necessary items to cook the CRD with in accordance with the CRD menu for the respective date of the menu.
5. I prepared the parts of the CRD that I could in the CRD area by the pots and pans area.
6. It was common practice to use the same pots and pans for preparation and service of the CRD. The only time that there was deviation of the practice was right before the inspection by the Attorney General's Office. At which time pots and pans were separated and marked with a K. for kosher, one month later things went back to the common practice, where the same pots and pans are used for preparation and service of the regular meals and CRD meals, which I grabbed from general pots and pans area. There generally is no separation of pots and pans. The same are generally used for all diet.
7. In order to cook the CRD I had to obtain meal components (portioned from a bulk box) and then empty contents into serving pan that are situated in a steam well table, then obtain boiling water from the large steam kettle, which is used for all meals.
8. After all CRD meal components are finished cooking, I then made each CRD meal tray, the completed CRD trays are then placed in a warmer behind the serving line to await service also in this same warmer is medical diets meal trays and other meal components.
9. The reusable plastic CRD trays are reddish brown in color and are washed in the same dish washing machine as all other reusable meal trays (veg., medical., etc...). All meal trays are stored in the same area.

Further Affiant saith naught.

/s/ Stu Moses

Subscribed and sworn before me on this 1st day of July, 2020

NOTARY PUBLIC - State of Kansas
RICHARD D. HOOVER
My Appt Expires 9/16/2022

/s/ Richard D Hoover
    Notary Public