Affidavit of Joe Hill#90373

Exhibit F

State of Kansas    )
                   ) :ss
County of Butler   )

Affidavit of Inmate

_Jor Quin_ # 96373

I _Joe Hill_ being duly sworn upon oath and being of lawful age state the following:

1. I have held the position of CRD cook at E.D.C.F. From _9/1/20_ to _Currently_
2. I am fully aware of the CRD menu as well as preparation, storage, and secure process of the CRD at E.D.C.F.
3. There is No separate room designated as a (CRD) room at E.D.C.F. kitchen there is only a small table and rollable cart in a area by the pots and pans area.
4. After my arrival at work I had to have a Aramark supervisor let me in the dry storage area, freezer, etc..... to get the necessary items to cook the CRD with in accordance with the CRD menu for the respective date of the menu.
5. I prepared the parts of the CRD that I could in the CRD area by the pots and pans area.
6. In order to cook the CRD I had to obtain meal components (portioned from a bulk box) and then empty contents into serving pan that are situated in a steam well table, then obtain boiling water from the large steam kettle, which is used for all meals.
7. After all CRD meal components are finished cooking, I then made each CRD meal tray, the completed CRD trays are then placed in a warmer behind the serving line to await service also in this same warmer is medical diets meal trays and other meal components.
8. The reusable plastic CRD trays are reddish brown in color and are washed in the same dish washing machine as all other reusable meal trays (veg., medical., etc...). All meal trays are stored in the same area.

Further Affiant saith naught.

/s/ _Jor Quin_

Subscribed and sworn before me on this _1st_ day of _July_, 2020

/s/ _Richard D. Hoover_
Notary Public

NOTARY PUBLIC - State of Kansas
RICHARD D. HOOVER
My Appt Expires _9/16/2022_