Affidavit of Tyrone Hamilton Jr#
Dated 1/4/21
(Exhibit G)

County of Butler )
State of Kansas )

## Affidavit of Truth
### Tyrone Hamilton Jr.

I Tyrone Hamilton Jr. being of lawful age and being duly sworn upon oath state the following facts.

I work as a inmate Aramark from 6/19 to approx 3/20

While working as a inmate Aramark worker I regularly work the front serving line window

When General population inmates reached the serving line window they state there diet and show I.D. if not regular diets

I then would hand the inmate their corresponding meal tray from the warmer directly behind serving line if Renal, CRD, or Gluten free there is no seperation of trays.

The same reddish-brown plastic reusable meal trays are used for service of Renal, Gluten-free and CCRD

Further Affiant Saith Naught

Date 1-4-21