## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DERON MCCOY, JR.,            )
                             )
       Plaintiff,         )
                             )   Case No. 5:21-cv-03269-TC-ADM
v.                        )
                             )
ARAMARK CORRECTIONAL  )
SERVICES, LLC, et al.,       )
                             )
       Defendants.     )

### DEFENDANT ARAMARK CORRECTIONAL SERVICES, LLC's MOTION TO FILE REDACTED NOTICE IN PLACE OF DOC. #60

Comes now Defendant Aramark Correctional Services, LLC ("Aramark"), pursuant to D. Kan. Rule 5.4.2, and moves the Court to permit Aramark to withdraw Doc. #60 (Aramark's 4/28/2023 Notice to the Court) and file in its place Aramark's redacted Notice (attached as Exhibit 1). In support of this Motion, Aramark states as follows:

1.     The Court's 4/20/2023 Order (Doc. #56) required Aramark, by April 28, to file a Notice stating whether it ever employed Defendants Hay, Coats, Fellig and Friedman, whether it would accept waiver of service on their behalf, and if not to provide the last known addresses for these Defendants.

2.     Pursuant to the Court's Order, Aramark filed its Notice on April 28. Therein, Aramark stated that Julie Hay is a former Aramark employee who, upon information and belief, is now an employee of KDOC. Aramark's Notice also provided Ms. Hay's last known address. Aramark's Notice further explained that because Plaintiff's Second Amended Complaint makes allegations referring to Ms. Hay as an Aramark employee, Aramark anticipates representing Ms. Hay in this case and would agree to accept waiver of service on Ms. Hay's behalf.

3. On May 1, 2023, counsel for KDOC contacted counsel for Aramark and informed counsel that KDOC considers Ms. Hay's last known address to be confidential information that should be so designated and therefore filed under seal or redacted from the public record on file. Such designation is based on the security and safety concern for the addresses of correctional employees becoming public and accessible to convicted felons or their associates. Counsel for KDOC requested that such information be redacted or filed under seal so that only the Court may access and review such information. Aramark has no objection to this request and has therefore filed this Motion.

4. Doc. #60 and Aramark's redacted Notice pertain solely to service of process issues in this matter, and neither Plaintiff nor any other party would be prejudiced by the proposed redaction.

WHEREFORE, for these reasons, Aramark respectfully requests that Doc. #60 (Aramark's 04/28/2023 Notice to the Court) be withdrawn and that Aramark's redacted Notice (attached hereto as Exhibit 1) be filed in its place, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Dylan L. Murray
James Scott Kreamer          KS #14374
Dylan L. Murray              KS #25417
BAKER STERCHI COWDEN & RICE, LLC
2400 Pershing Road, Ste. 500
Kansas City, Missouri 64108
Phone: (816) 471-2121
Fax: (816) 472-0288
kreamer@bakersterchi.com
dmurray@bakersterchi.com

**ATTORNEYS FOR DEFENDANT ARAMARK CORRECTIONAL SERVICES, LLC**

2

## CERTIFICATE OF SERVICE

I certify that on this 1st day day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the same to all counsel of record as indicated below.  A copy will also be sent to the Pro Se Plaintiff via first class mail.

Deron McCoy, Jr. #76894
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042
KDOC_court_file_edcf@ks.gov
**PRO SE PLAINTIFF**

Dennis D. Depew
Matthew Lee Shoger
Office of Kansas Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
dennis.depew@ag.ks.gov
matt.shoger@ag.ks.gov
**ATTORNEYS FOR DEFENDANT**
**JEFF ZMUDA**

Jocilyn Oyler
Natasha M. Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, Kansas 66603
Jocilyn.Oyler1@ks.gov
Natasha.Carter@ks.gov
**ATTORNEYS FOR INTERESTED PARTY**
**KANSAS DEPARTMENT OF CORRECTIONS**

/s/ Dylan L. Murray