## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DERON MCCOY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 5:21-cv-03269-TC-ADM |
| v. ) | |
| ) | |
| ARAMARK CORRECTIONAL ) | |
| SERVICES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT ARAMARK CORRECTIONAL SERVICES, LLC's REDACTED NOTICE PURSUANT TO THE COURT'S ORDERS (DOC. #56 AND DOC. #62)**

Pursuant to the Court's Orders of April 20, 2023 (Doc. #56) and May 2, 2023 (Doc. #62), Defendant Aramark Correctional Services, LLC ("Aramark"), hereby provides this Redacted Notice to the Court and states as follows:

1. Plaintiff's Second Amended Complaint ("Complaint") refers to both "Judy Hay" and "Julie Hay." While Aramark is not aware of a "Judy Hay," *Julie* Hay ("Ms. Hay") is a former Aramark employee at El Dorado Correctional Facility who, upon information and belief, is now an employee of KDOC.

Because Plaintiff's Complaint makes allegations referring to Ms. Hay as an Aramark employee (*see, e.g.*, Doc. #24, at pp. 8, 11), Aramark's undersigned counsel anticipates representing Ms. Hay in this case and would agree to accept waiver of service of summons on behalf of Ms. Hay.

2. Upon investigation, information and belief, Sharon Coats is not a current or former Aramark employee, but rather has been an employee or contractor of KDOC.

3. Rabbi Menachem Fellig has acted as Aramark's Religious Authority. Aramark agrees to accept waiver of service of summons on Rabbi Fellig's behalf.

4. Rabbi Friedman has acted as KDOC's Religious Authority and has contracted with KDOC in that capacity. (*See* Doc. #133-3 from *McCoy* I (*Deron McCoy, Jr. v. Aramark Correctional Services, et al.*, No. 5:16-cv-03027-CM-KGG)). Upon information and belief, Rabbi Friedman is not a current or former Aramark employee.

Respectfully submitted,

/s/ Dylan L. Murray
James Scott Kreamer         KS #14374
Dylan L. Murray             KS #25417
BAKER STERCHI COWDEN & RICE, LLC
2400 Pershing Road, Ste. 500
Kansas City, Missouri 64108
Phone: (816) 471-2121
Fax: (816) 472-0288
kreamer@bakersterchi.com
dmurray@bakersterchi.com

**ATTORNEYS FOR DEFENDANT ARAMARK CORRECTIONAL SERVICES, LLC**

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the same to all counsel of record as indicated below.  A copy will also be sent to the Pro Se Plaintiff via first class mail.

Deron McCoy, Jr. #76894
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042
KDOC_court_file_edcf@ks.gov
**PRO SE PLAINTIFF**

Dennis D. Depew
Matthew Lee Shoger
Office of Kansas Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
dennis.depew@ag.ks.gov
matt.shoger@ag.ks.gov
**ATTORNEYS FOR DEFENDANT**
**JEFF ZMUDA**

Jocilyn Oyler
Natasha M. Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, Kansas 66603
Jocilyn.Oyler1@ks.gov
Natasha.Carter@ks.gov
**ATTORNEYS FOR INTERESTED PARTY**
**KANSAS DEPARTMENT OF CORRECTIONS**

/s/ Dylan L. Murray