IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DERON McCOY Jr.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case. No. 21-3269-TC-ADM |
| | ) |
| **ARAMARK CORRECTIONAL SERVICES,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## **WAIVER OF SERVICE OF SUMMONS EXECUTED**

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Kansas Department of Corrections ("KDOC") agrees on behalf of Sharon Coats to waive service of process and complaint in this matter. Coats intends to join Defendant Jeff Zmuda's responsive filing, which has a current deadline of May 16, 2023.

| | |
|---|---|
| May 3, 2023 | s/Dennis D. Depew |
| Date | Signature of Deputy Attorney General |