## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DERON McCOY Jr.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case. No. 21-3269-TC-ADM** |
| ) | |
| **ARAMARK CORRECTIONAL** ) | |
| **SERVICES,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## <u>NOTICE TO THE COURT</u>

Defendants Jeff Zmuda, Patricia Berry, and Sharon Coats (the "KDOC Defendants"), through Assistant Attorney General Matthew L. Shoger, provide this Notice to the Court and state upon information and belief as follows to proactively clarify relationships between the Kansas Department of Corrections ("KDOC") and the defendants:

1.  Patricia Berry has been served with a summons and will be represented by the undersigned counsel. Berry is a former KDOC employee. Berry intends to join Zmuda's responsive filing, which has a current deadline of May 16, 2022.

2.  Sharon Coats has now waived service and will be represented by the undersigned counsel. Some confusion apparently existed within KDOC regarding Coats' status, and the KDOC Defendants apologize for that confusion. Coats is a contract employee with KDOC as a registered dietician. Coats intends to join Zmuda's responsive filing, which has a current deadline of May 16, 2022.

3.  KDOC has contracted with Rabbi Friedman as an independent contractor for consultation services as a rabbinical authority. (Doc. 18 at ¶ 1; Doc. 52 at 4 (¶¶ 11-12).) Rabbi Friedman is not a former or current employee of KDOC (and therefore

would not be represented by the Attorney General's office and is not covered under the Memorandum of Understanding for E-Service).

4. As Defendant Aramark Correctional Services, LLC ("Aramark"), has noted (Doc. 64 at 1), Plaintiff Deron McCoy, Jr. ("McCoy") referred in his Second Amended Complaint ("Complaint") to both "Judy Hay" (Doc. 24 at 6 (caption)) and "Julie Hay" (Doc. 24 at 8).

   a. Similarly to Aramark, Zmuda is not aware of a "Judy Hay."

   b. KDOC records show that Julie Hay started employment for the KDOC as a Corrections Officer on March 21, 2022. Julie Hay was not believed to be a KDOC employee at the time of Zmuda's waiver of service in December 2022 (Doc. 32) because the complaint identifies Hay as an Aramark employee rather than a KDOC employee and complains of her conduct as an Aramark employee (*see* Doc. 24 at 8; *see also* Doc. 24 at 11, 22-23 (conduct of "J. Hay")).

   c. Aramark's attorneys have stated they anticipate representing Julie Hay (Doc. 64 at 1), and, accordingly, the Court has sent a waiver of service for Julie Hay to Aramark's counsel.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for the KDOC Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Dylan L. Murray
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
dmurray@bscr-law.com
*Attorney for Aramark Correctional Services, LLC*

James Scott Kreamer
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
kreamer@bscr-law.com
*Attorney for Aramark Correctional Services, LLC*

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
Natasha.Carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

Deron McCoy, Jr. #76894
El Dorado Correctional Facility-Central
P.O. Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General

4