IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DERON MCCOY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 5:21-cv-03269-TC-ADM |
| v. | ) |
| | ) |
| ARAMARK CORRECTIONAL | ) |
| SERVICES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT ARAMARK CORRECTIONAL SERVICES, LLC's NOTICE TO THE COURT REGARDING ITS MOTION TO DISMISS (DOC. #42) AND BRIEF IN SUPPORT OF ITS MOTION TO DISMISS (DOC. #43)**

Defendant Aramark Correctional Services, LLC ("Aramark") provides this Notice to the Court regarding its previously filed Motion to Dismiss (Doc. #42) and the Brief in Support of such Motion to Dismiss (Doc. # 43) ("Aramark's Brief"), and specifically pertaining to the employment status of Defendant Sharon Coats ("Ms. Coats"), and states as follows:

1. Aramark's Brief incorrectly describes Ms. Coats as an Aramark employee. Upon information and belief, Ms. Coats is a KDOC contract employee.

2. Aramark notes that there has been confusion surrounding this fact from the inception of this case. Plaintiff's Second Amended Petition ("Petition") describes Ms. Coats as an Aramark employee, and also as a KDOC employee. The KDOC Defendants' Notice of 5/3/2023 (Doc. #68) also noted the confusion in this case concerning Ms. Coats' employment status.

3. In response to the Court's Order of 4/20/2023 (Doc. #56) concerning service of process issues, Aramark and its undersigned counsel undertook further investigation into the specific employment status of the three named Defendants covered by that Order – Ms. Coats, Rabbi Fellig, and Julie Hay (incorrectly named in the Petition as "Judy Hay"). During that process,

and specific to Ms. Coats, Aramark was unable to locate any record of her having been an Aramark employee and further discovered that Ms. Coats was believed to be a KDOC employee or contractor. As a result, Aramark's Notices of 4/28/23 and 5/2/2023 (Doc. #60 and #64), in response to the Court's 4/20/2023 Order, stated that upon investigation, information and belief, Sharon Coats is not a current or former Aramark employee, but rather has been an employee or contractor of KDOC. The KDOC Defendants confirmed Ms. Coats' status as a KDOC "contract employee" in the KDOC Defendants' Notice of 5/3/2023 (Doc. #68).

4. Similar to what was stated in the KDOC Defendants' Notice, Aramark's undersigned counsel regrets this error and inaccuracy in the prior Brief and also apologizes for the confusion that has been previously attendant to this issue.

Respectfully submitted,

/s/ Dylan L. Murray
James Scott Kreamer          KS #14374
Dylan L. Murray              KS #25417
BAKER STERCHI COWDEN & RICE, LLC
2400 Pershing Road, Ste. 500
Kansas City, Missouri 64108
Phone: (816) 471-2121
Fax: (816) 472-0288
kreamer@bakersterchi.com
dmurray@bakersterchi.com

**ATTORNEYS FOR DEFENDANT ARAMARK CORRECTIONAL SERVICES, LLC**

## CERTIFICATE OF SERVICE

       I certify that on this 4th day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the same to all counsel of record as indicated below. A copy will also be sent to the Pro Se Plaintiff via first class mail.

Deron McCoy, Jr. #76894
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042
KDOC_court_file_edcf@ks.gov
**PRO SE PLAINTIFF**

Dennis D. Depew
Matthew Lee Shoger
Office of Kansas Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
dennis.depew@ag.ks.gov
matt.shoger@ag.ks.gov
**ATTORNEYS FOR DEFENDANT**
**JEFF ZMUDA**

Jocilyn Oyler
Natasha M. Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, Kansas 66603
Jocilyn.Oyler1@ks.gov
Natasha.Carter@ks.gov
**ATTORNEYS FOR INTERESTED PARTY**
**KANSAS DEPARTMENT OF CORRECTIONS**

                                              /s/ Dylan L. Murray