IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DERON McCOY Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case. No. 21-3269-TC-ADM |
| ) | |
| ARAMARK CORRECTIONAL ) | |
| SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER FOR CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, Defendant Patricia Berry, should be and hereby is granted fourteen (14) additional days in which to answer or otherwise plead to the petition filed herein. This is the first request for an extension. Defendant's answer or other responsive pleading was originally due May 15, 2023. The time to answer has not expired. Defendants' answer or other responsive pleading is now due on or before May 29, 2023.

Dated this 5th day of May 2023.

                                                  Clerk of the United States District Court
                                                  For the District of Kansas

                                                  By: s/ J. Kendall
                                                      Deputy Clerk

PREPARED BY:

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May 2023, I electronically sent the foregoing **ORDER FOR CLERK'S FOURTEEN-DAY EXTENSION** to the Clerk of the Court *via* email transmission. When filed by the Clerk, the CM/ECF system will send notice of electronic filing to the following:

Dylan L. Murray
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
dmurray@bscr-law.com
*Attorney for Aramark Correctional Services, LLC*

James Scott Kreamer
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
kreamer@bscr-law.com
*Attorney for Aramark Correctional Services, LLC*

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
Natasha.Carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

>Deron McCoy, Jr. #76894
>El Dorado Correctional Facility-Central
>P.O. Box 311
>El Dorado, KS 67042
>*Plaintiff, pro se*

/s/ *Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General