### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DERON McCOY Jr.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ARAMARK CORRECTIONAL** )<br>**SERVICES,** *et al.*, )<br>)<br>**Defendants.** )<br>) | Case. No. 21-3269-TC-ADM |

### DEFENDANTS' MOTION TO DISMISS

Defendants Jeff Zmuda, Patricia Berry, and Sharon Coats (the "KDOC Defendants") respectfully request, through Assistant Attorney General Matthew L. Shoger, that this Court dismiss all claims against them pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). In accordance with D. Kan. Rule 7.1(a), a memorandum in support is filed with this motion.

                                  Respectfully submitted,

                                  OFFICE OF ATTORNEY GENERAL
                                  KRIS W. KOBACH

                                  /s/ Matthew L. Shoger
                                  Matthew L. Shoger, KS No. 28151
                                  Assistant Attorney General
                                  120 SW 10th Avenue, 2nd Floor
                                  Topeka, Kansas 66612-1597
                                  matt.shoger@ag.ks.gov
                                  (785) 296-2215
                                  Fax: (785) 291-3767
                                  *Attorney for the KDOC Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Dylan L. Murray
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
dmurray@bscr-law.com
*Attorney for Aramark Correctional Services, LLC*

James Scott Kreamer
Baker, Sterchi, Cowden & Rice, LLC - Pershing
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
kreamer@bscr-law.com
*Attorney for Aramark Correctional Services, LLC*

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
Natasha.Carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

Deron McCoy, Jr. #76894
El Dorado Correctional Facility-Central
P.O. Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

                                              */s/ Matthew L. Shoger*
                                              Matthew L. Shoger
                                              Assistant Attorney General