# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name: DeRon McCoy Jr   Number: 76894
Facility: E.D.C.F.   Housing Unit: B2-141   Work Detail: ____

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member)

On 1- -21 I requested to be placed on a fully Kosher modified diet that meets all Jewish dietary laws for preparation, service and storage. I was instead sent a form for a certified religious diet or vegetarian diet. There was no place for Kosher diet. I write

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 1-21-21

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

See Attached

Unit Team Signature: UTJ   Date: 1-29-2021

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

X I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature: DeRon McCoy Jr   Date: 1-29-21

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)
Date Received: FEB - 2 2021   Date of Final Answer: FEB - 3 2021   Date Returned to Inmate: 2-5-2021

Inmate's Signature: DeRon McCoy Jr   Date: 2/5/21   Unit Team Signature: UTJ   Date: 2-5-21

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number: AA22101
Type of Complaint (Item 4: Code 01-75): 01
Cause of Complaint (Item 5: Code 01-30): 04
Type of Response (Item 6a: Code 01,02,08 or 09): 08

RECEIVED FEB - 2 2021 WARDEN'S OFFICE

place, where it asked the reason for the request I wrote that "I would like a Kosher modified diet, not a CRD as it does not meet all Jewish dietary laws. I received response back that I had been placed on (CRD). The (CRD) which is used at every K.D.O.C facility kitchen operated by Aramark is not Kosher as does not meet all Jewish dietary laws for preparation, service, and storage for the following reasons.

1. The (CRD) is prepared in the same kitchen that other Non Kosher food items are prepared in.

2. The (CRD) meal items that are served are taken from large bulk packages and placed into smaller portions which invalidates the meal items Kosher certification due to there being no rabbinical supervision during this process

(2)

3) There is only vegan soy protein served for the main course there is no meat served. Jewish dietary laws require that Jewish people eat meat and milk on the sabbath during sabbath meal. ~~[crossed out]~~ which is weekly. Jewish dietary laws also require that Jewish people eat cheesecake during Rosh Hashana, fish and meat during succoth and other meal items required to break religious fast are also not supplied under CCKDT

4) The CKD policy also is remoded does not meet Jewish dietary laws for service due to it leaving a option of using washable reusable plastic trays. These trays are stored in the same areas as regular trays, washed in the same dishwasher(s) as all the other trays, and the same reddish-brown trays used to serve Gluten-free & renal diet meals

(3)

5. The policy for service of the CRD to RH offenders is also unconstitutional and do not meet Jewish dietary laws due to the reusable trays being transported down with all other meal trays and there being no separation in a completly different Kosher only warmer.

1. I believe the warden shall direct Aramark correctional services completly do away with serving CRD to Jewish offenders (who religious beliefs require Kosher meals that meet all Jewish dietary laws not just some.) and have Kosher airplane type TV-Dinner meals 365 days a year. Like pre-CRD (year "2005")

2. Direct Aramark to do away with the reusable trays and use only styrofoam trays and have Kosher only meal warmers used to transport Kosher meals.

(4)

3. Direct Aramark to supply Jewish inmates who qualify with other required meal items in accordance with meal items required to properly observe religious High holidays as well as meal items required to break religious fast

(5)



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

Kansas
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary

Laura Kelly, Governor

Sam Cline, Warden

**Date:** 1-28-2021

**To:** McCoy, DeRon #76894

**Subject:** Grievance dated 1-21-2021 received by my office on Friday 1-22-2021
In your claim you stat that you that you are requesting the Kosher Modified diet.

**Finding Facts:** Upon receiving this grievance, I spoke with Chaplin Jones. She states that the KDOC does not off the Kosher Modified diet. The Certified Religious Diet is the meal program for the Religious Groups that need to have a Kosher meal.

**Conclusion:** EDCF and the KDOC offer a compatible religious diet to the Kosher Modified diet with the CRD meal.

**Actions taken:** Nothing further is required at this time.

UTS C Brewer
B2 Unit Team

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042



Kansas
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Sam Cline, Warden

Laura Kelly, Governor

Date: FEB - 3 2021

To: I/M McCoy, Deron #76894 B2-141

Subject: Grievance dated 1/21/21, CA22101

Findings of Facts: Your grievance was received and a review into your allegations has been completed.

Conclusion Made: After a review of the applicable documentation, it was determined the response provided by UTS C. Brewer is appropriate regarding your issues.

Action Taken: Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Sam Cline, Warden
El Dorado Correctional Facility

Cc: file
    Offender
    UTS C. Brewer

# APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: Deron McCoy Jr II   Facility: LCF

Inmate Number: 768941   Grievance Serial No.: CA22101

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Kansas Department of Corrections   Date Mailed: 2/7/2021
714 SW Jackson
Suite 300
Topeka, KS 66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) I feel the principal administrators should have done more like lookin into the Jewish, Kosher dietary laws himself instead of just going with what the findings were. I believe the secretary should direct Aramark

Signature of Inmate: Deron McCoy Jr II

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____   Date Sent to Inmate: _____

Finding of Fact:

**RECEIVED**
**FEB 10 2021**
DOC Facility Management Area

Conclusions Made:

Action Taken:

Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code   01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

services to serve ~~all to~~ Jewish offenders who request it only Kosher modified diet that meets all Jewish dietary laws ~~that~~ for sourcing, preparation, and service.

# Grievance-Response on Appeal

**FACILITY:** El Dorado Correctional Facility

**INMATE:** 0076894 MCCOY, DERON

**GRIEVANCE NO.:** CA00022101

**DATE:** February 11, 2021

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

## ACTION TAKEN

None further.

_____
Libby T. Keogh
SECRETARY OF CORRECTIONS DESIGNEE

cc:   Acting Warden Butler
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

D. M'Coy, Jr.
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

7894

Number

### INMATE REQUEST TO STAFF MEMBER

To: Chaplin          Date: 8/5/22
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I would like challah and grape juice in order to observe the shabbat. I would also like to know what all High holidays I can observe food items for in order to observe them as well as the process please and thank you.

Work Assignment: _____    Living Unit Assignment: A2-205
Comment: _____            Unit Team Members Signature: _____

Disposition: Responded J/L Message #690985290∂
8/15/22

To: _____                  Date: _____
(Name & Number)

Disposition: _____

_____                      To be returned to inmate.
Employee's Signature
P-0009b

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name: DeRon McCoy Jr   Number: 76894

Facility: EDCF   Housing Unit: A2-205   Work Detail: ___

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

On 8/5/2022 I wrote a form-9 to the chaplins office requesting that I be provided with challah bread & grape juice or be allowed to purchase challah bread and grape juice in order to celebrate the Sabbath. I also requested to know all other food items that are provided or available for purchase to observe the other Jewish High Holy days while I'm in segregation. I recieved response back via GTL tablet account that the chaplins office does not provide this for segregation offenders.

Date this report was given to Unit Team for informal resolution (to be completed by inmate): 8/17/2022

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Forward to Chaplains office for response.

Unit Team Signature: [signature]   Date: 8/18/2022

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

___ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

X  I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). ___

Inmate Signature: DeRon McCoy Jr   Date: 8/27/22

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received: SEP - 6 2022   Date of Final Answer: SEP - 8 2022   Date Returned to Inmate: 9/12/22

Inmate's Signature: DeRon McCoy Jr   Date: 9/12/22   Unit Team Signature: CCI Martinez   Date: 9/12/22

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number: CA22693

Type of Complaint (Item 4: Code 01-75): 08

Cause of Complaint (Item 5: Code 01-30): 04

Type of Response (Item 6a: Code 01,02,08 or 09): 08

RECEIVED SEP 6 2022 WARDEN'S OFFICE

The offenders in general population are allowed to purchase various items including challah bread and grape juice via the Jewish canteen account. For me to not be allowed to purchase items while in segregation amounts to a violation of R.L.U.I.P.A my first Amendment free exercise clause, and is a equal protection right violation as protected by the 14th Amendment of the US constitution. I believe the warden shall have procedure be implemented that provides for offenders who are Jewish and housed to be located in seg to be allowed to purchase the same food items that the Jewish canteen can purchase in general population.

DO NOT WRITE BELOW THIS LINE

McCoy #76894 A2-205 Response to Grievance Dated 08/17/22

Attached is a copy of the form-9 that is referred to in this grievance. As you can read, he is asking the Chaplain to provide challah bread and grape juice to observe Shabbat, which is the Jewish Sabbath. He does not offer to purchase said items. His form-9 also asked for dates of upcoming holidays, which were included in GTL Message# 6908852902. According EDCF GO23-103 Page 1, Second paragraph under Policy, it states "Banquets and refreshment events shall only be open to those inmates who are members of the requesting organization at the time of the request and who are housed in the facility general population units. No meals shall be approved for delivery to inmates on segregation or RDU intake status." According to EDCF GO 23-103 Inmate Organization Food Events are not for an "individual" but for a group. Section II. Inmate Organization Food Event Scheduling, B, 5 Food from a food event shall not be delivered to any inmate not attending the banquet; i.e. inmates on segregation or RDU intake status. To my knowledge there have been no residents in restricted housing allowed to order food outside of Canteen or Aramark Fresh Favorites.

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042


**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary

Laura Kelly, Governor

Tommy Williams, Warden

Date: SEP - 8 2022

To: McCoy, Deron #76894 A2-205

Subject: Grievance dated 8/17/22, CA22693

Findings of Facts: Your grievance was received and a review into your allegations has been completed.

Conclusion Made: After a review of the applicable documentation, it was determined the response provided by Chaplain's Office is appropriate regarding your issues.

Action Taken: Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

*[signature]*

Tommy Williams, Warden
El Dorado Correctional Facility


Cc: file
    Offender
    UTM J. Buchanan

## Appeal of Grievance To Secretary of corrections

Inmate Name: DeRon McCoy Jr        Facility: E.D.C.F
Inmate Number: 106814        Grievance Serial NO: CA22693

(Attach grievance report with principal Administrator's response or explanation when principal Administrator is bypassed)

Mail To: Kansas Department of corrections        Date Mailed: 9/12/22
714 SW Jackson
Suite 300
Topeka, KS 66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. I feel the Principal Administrator should Amended the G.O to accommodate Inmates who religious observances require food items to be allowed to purchase or be provided the required food items to properly observe religious holidays while housed in segregation (Restrictive housing). I believe the S.o.C should enact I.M.P.P to accommodate offenders in (RH) to be allowed to buy and/or have food items to properly observe religious holidays. Specifically Jewish offenders

Signature of Inmate: DeRon McCoy II

---

Decision by the Secretary of corrections (To be corrected and returned within 20 days).

Date received in office of Secretary of corrections:
Date of Final Answer: _____   Date Sent to Inmate:
Finding of Fact:

Conclusion Made:

Action Taken:

RECEIVED SEP 21 2022 DOC Facility Management Area

Signature of secretary of corrections

# Grievance-Response on Appeal

**FACILITY:**  El Dorado Correctional Facility

**INMATE:**  0076894 MCCOY, DERON

**GRIEVANCE NO.:**  CA00022693

**DATE:**  October 18, 2022

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate. It appears EDCF responses have the support of policy that they have listed.

## ACTION TAKEN

None further.

*[signature]*

Darcie Holthaus
SECRETARY OF CORRECTIONS DESIGNEE

cc:  Warden Williams
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.