Deron McCoy Jr #70894
P.O Box 311
Eldorado Ks 67042

United States District Court
For the District of Kansas

Deron McCoy Jr )
    Plaintiff, )
)
vs )  Case No. 21-CV-3269-TC-ADM
)
Aramark Correctional Services )
et al   Defendants )
)
/

Plaintiffs motion for extension
of time to file

Comes now the Plaintiff Deron McCoy Jr
pro se and request the Court grant him a 30 day
extension of time to respond to defendants
motion to dismiss. In support of said motion
Plaintiff states the following:

### Facts

1. The defendants motion was due June 2, 2023

2. The defendants e-filed there motion to dismiss on June 2nd, 2023

3. The defendants did not mail the motion to dismiss to the the plaintiff on that day.

4. The plaintiff did not recieve the defendants motion to dismiss until June 15th 2023 U.S mail.

(1)

5. The plaintiff has to sign up for Law Library which takes a week and then he can only go for up to 30 min

6. The plaintiff needs this time to do legal research.

Wherefore the plaintiff respectfully request the court grant him a 30 day extension.

Respectfully submitted,
Deron McCoy Jr

Certificate of Service

I Deron McCoy Jr hereby certify that on this 21st day of June 2023 I submitted the foregoing motion to EDCF staff for e-filing

/s/ Deron McCoy Jr

(2)