Delon McCoy Jr #76079
P.O Box 311
Eldorado, KS 67042

United States District Court
For the District of Kansas

Delon McCoy Jr,
   Plaintiff,

vs,

Aramark correctional services etc,
   Defendants

Case No. 21-3269-TC-ADM

## Plaintiffs Motion for leave

Comes now the plaintiff Delon McCoy Jr pro se and request the court grant him leave to exceed the 15 page parameters for a response to motion to dismiss. In support of said motion, the Plaintiff states the following:

## facts

1. The plaintiff proceeds pro se in the above captioned case.
2. He does not have a typewriter and had to write the motion by hand.
3. The current response to defendants motion to dismiss is 25 pages long not including exhibits.
4. The plaintiff was unable to fit 15 pages of a response motion within said parameters due to the size he had to write in order for the motion to be legible.

(1)

5. The response motion is only 10 pages over the 15 page limit

6. If the motion was to be typed on a typewriter it generally reduce the page limit by half. That would make the response motion around 12½ pages long.

Therefore in light of this the plaintiff request the court grant him leave to submit his 25 page response motion to defendants motion to dismiss

Respectfully,
/s/ Derlon McCoy II
Derlon McCoy II
P.O Box 311
Eldorado, KS

Certificate of service

I Derlon McCoy II hereby certify that on this 25th day of June I submitted the foregoing motion to staff at S.W.C.F for e-filing the same in the U.S Dist court for the district of KS.

/S/ Derlon McCoy II

2