DeRon McCoy JC #116819
P.O Box 311
Eldorado Ks 67042

In the United States District Court
For The District of Kansas

DeRon McCoy JC, )
    Plaintiff, )
)
vs )   Case No. 21-3269-TC-ADM
)
Aramark correctional services )
    et al Defendants. )
)

## Plaintiff Response to Defendants Motion to Dismiss

Comes now the plaintiff DeRon McCoy Jr pro se and submits to the court his response to defendants Aramack correctional services motion to dismiss. The plaintiff asserts that defendants motion to dismiss should fails as collateral estoppel does not apply to this matter; The Issues raised in the civil action are not identical to the Issues raised in the previous civil action; The parties are not all the same parties; The Issue have not been fully and fairly litigated by this court; and Lastly the plaintiff does state a viable claim of action under 42 U.S.C § 1983 and 42 U.S.C § 2000cc. Which this court has already established during PLRA screening before the complaint was served on the defendants).

The plaintiff further submits to the court his memorandum of law in support of his response to defendants motion to dismiss.

(1)

wherefore the Plaintiff respectfully request the court deny defendants motion to dismiss in its entirety and allow the plaintiff complaint to proceed.

Respectfully submitted,
Deron McCoy Jr
P.O Box 311
El Dorado Ks 67042

## Certificate of Service

I Deron McCoy Jr hereby certify that I submitted the foregoing response to defendant motion to dismiss, to staff at e.d.c.f for electronic filing on the 25th day of ~~February~~ June, 2023.

S/Deron McCoy Jr