Exhibit D
Shulhan Arukh
( Code of Jewish law )
( relevant excerpts
concerning Jewish Kosher
dietary laws as well as
laws for properly observing
High Holy days and fast )

A Compilation of Jewish Laws and Customs

# Code of Jewish Law

KITZUR SHULHAN ARUKH

By Rabbi Solomon Ganzfried

Translated by Hyman E. Goldin

## Contents

| Chapter | | Page |
|---|---|---|
| 24 | Laws Concerning Errors and Defects in a Sefer Torah | 78 |
| 25 | Rules Concerning Ashre, Uva Letziyon, etc. | 82 |
| 26 | The Mourner's Kaddish | 83 |
| 27 | The Study of the Torah | 87 |
| 28 | The Scroll and Other Holy Books | 89 |
| 29 | Moral Laws | 91 |
| 30 | Talebearing, Slander, Vengeance, and Bearing a Grudge | 97 |
| 31 | All of Man's Intentions Must be for the Sake of Heaven | 100 |
| 32 | Rules Concerning Physical Wellbeing | 101 |
| 33 | Things Forbidden Because They are Dangerous | 108 |
| 34 | Laws Concerning Charity | 110 |
| 35 | The Separation of Ḥallah (First Portion of the Dough) | 115 |
| 36 | The Salting of Meat | 116 |
| 37 | The Immersion of Vessels | 119 |
| 38 | Laws Concerning Bread, Cooked Food, and Milk of a Non-Jew | 121 |
| 39 | Eating and Drinking Before the Regular Meals | 124 |
| 40 | Washing the Hands Before Meals | 125 |
| 41 | The Breaking of Bread and Hamotzi | 130 |
| 42 | Laws Concerning Meals | 132 |
| 43 | Benedictions Over Special Courses During Meals | 135 |
| 44 | Laws Concerning the Washing of Hands and the Saying of Grace After Meals | 137 |
| 45 | Formal Grace (of Three or More) | 141 |
| 46 | Forbidden Foods | 146 |
| 47 | Non-Jewish Wine and Making the Vessels Fit for Use | 152 |
|  | Notes to Volume I | I |

## Contents

### Volume 2

| Chapter | | Page |
|---|---|---|
| 48 | Benedictions Over the Five Species of Grain | 1 |
| 49 | The Benediction Over Wine and "Hatov Vehametiv" | 4 |
| 50 | Benedictions Said Before Enjoying Food and Drink | 6 |
| 51 | The Concluding Benediction | 10 |
| 52 | The Benedictions, "Bore Peri Haetz," "Bore Peri Haadamah," and "Shehakol" | 13 |
| 53 | Benedictions Over Soup, Fruit and Vegetable Extracts | 17 |
| 54 | Principal and Accessory Foods | 18 |
| 55 | Order of Precedence Relating to Benedictions | 20 |
| 56 | Benedictions Pronounced Erroneously | 21 |
| 57 | Benediction Over Food Served more than Originally Intended | 22 |
| 58 | Benediction Over Fragrance | 24 |
| 59 | Benedictions Over Joy and Grief | 26 |
| 60 | Benedictions Over Sights in Nature | 30 |
| 61 | The Benediction "Haggomel" | 33 |
| 62 | Concerning Commerce | 36 |
| 63 | Wronging by Means of Words | 39 |
| 64 | Dealing in Forbidden Objects | 40 |
| 65 | Interest on Loans | 41 |
| 66 | Agreements to Trade in Business | 48 |
| 67 | Vows and Oaths | 51 |
| 68 | Prayers When Traveling | 54 |
| 69 | The Minḥah (Afternoon) Service | 57 |
| 70 | The Maariv (Evening) Service | 59 |

## Contents

| Chapter | | Page |
|---|---|---|
| 71 | The Order of the Night | 60 |
| 72 | The Holiness of The Sabbath | 63 |
| 73 | Work Done by a Non-Jew on The Sabbath | 68 |
| 74 | Embarking on a Vessel on The Sabbath | 70 |
| 75 | The Sabbath Candles | 71 |
| 76 | Prayers on Sabbath and Festivals | 75 |
| 77 | The Kiddush and The Sabbath Meals | 79 |
| 78 | The Torah Reading on The Sabbath and Festivals | 84 |
| 79 | Laws Concerning Maftir | 87 |
| 80 | Some Labors Forbidden on The Sabbath | 89 |
| 81 | The Four Premises With Regard to Sabbath Laws | 104 |
| 82 | The Prohibition Against Removing Thing from One Domain Into Another | 105 |
| 83 | The Enclosure of Spaces | 108 |
| 84 | Carrying Garments or Ornaments on The Sabbath | 110 |
| 85 | If a Fire Breaks Out on The Sabbath | 113 |
| 86 | Bathing on The Sabbath | 114 |
| 87 | The Resting of Cattle on The Sabbath | 116 |
| 88 | *Muktzeh*, Things Forbidden to Be Handled on The Sabbath | 120 |
| 89 | Concerning a Base for Things Forbidden | 124 |
| 90 | Doing Things That Are Not Actual-Work by a Non-Jew | 125 |
| 91 | One in Pain, and One Not Critically Ill | 130 |
| 92 | One Who Is Critically Ill—Forced to Transgress a Precept | 133 |
| 93 | Concerning Childbirth | 135 |
| 94 | Inter-Community of Courts | 136 |
| 95 | Inter-Community of Boundaries | 141 |
| 96 | The Maariv Service and the Havdalah | 145 |
| 97 | Laws Concerning Rosh Hodesh (New Moon) | 148 |
| | Notes to Volume II | XIII |

## Contents

### Volume 3

| Chapter | | Page |
|---|---|---|
| 98 | Laws Concerning Festivals | 1 |
| 99 | Things Forbidden to Be Handled on Festivals | 7 |
| 100 | The Benediction of the Priests (Birkat Kohanim) | 8 |
| 101 | The Preparation of Foods on the First Day of a Festival for the Second Day | 13 |
| 102 | "Eruv Tavshilin" (Combination of Dishes) | 14 |
| 103 | Rejoicing on a Festival | 16 |
| 104 | Hol Hammoed (Intermediate Days of a Festival) | 19 |
| 105 | Things Forbidden Because They Require Exertion | 21 |
| 106 | Buying and Selling During Hol Hammoed | 22 |
| 107 | The Month of Nisan | 23 |
| 108 | The Wheat and Flour for the Matzah | 23 |
| 109 | The Water Used for Kneading Matzah | 24 |
| 110 | The Kneading and Baking of Matzah | 26 |
| 111 | The Search for Leaven | 28 |
| 112 | Leaven Which May and Which May Not Be Retained on Pesah | 31 |
| 113 | The Day Before Pesah and the Baking of Matzot | 32 |
| 114 | The Selling of Hametz | 34 |
| 115 | If the Day Before Pesah Occurs On a Sabbath | 39 |
| 116 | The Ceremonial Purification of Vessels | 40 |
| 117 | Various Laws Concerning Pesah | 43 |
| 118 | The Seder (Program) For Pesah Nights | 45 |
| 119 | Pesah Night—Continued | 48 |
| 120 | Sefirah (Counting of the Omer) | 52 |

| Chapter | | Page |
|---|---|---|
| 121 | Public Fast Days | 54 |
| 122 | The Interval Between the Seventeenth of Tammuz and the Ninth of Av | 56 |
| 123 | The Day Preceding the Ninth of Av | 60 |
| 124 | The Ninth of Av | 60 |
| 125 | When the Ninth of Av Occurs on Saturday or Sunday | 65 |
| 126 | Commemorating the Destruction of the Temple | 66 |
| 127 | Private Fast Days | 67 |
| 128 | The Month of Elul | 70 |
| 129 | Rosh Hashanah | 74 |
| 130 | The Ten Days of Penitence | 80 |
| 131 | The Day Before Yom Kippur | 81 |
| 132 | Yom Kippur Eve | 86 |
| 133 | Yom Kippur | 87 |
| 134 | The Sukkah (Tabernacle) | 93 |
| 135 | Dwelling in the Sukkah | 96 |
| 136 | The Lulav and the Other Species | 101 |
| 137 | The Taking of the Lulav and the Hakkafot (Procession) | 103 |
| 138 | Hoshana Rabbah; Shemini Atzeret; Simḥat Torah | 106 |
| 139 | Ḥanukkah | 108 |
| 140 | The Four Parshiyot | 114 |
| 141 | The Reading of the Megillah | 115 |
| 142 | The Sending of Portions—Gifts to the Needy—Purim Seudah (Feast) | 119 |
| | Notes to Volume III | XVIII |

## CONTENTS

### Volume 4

| Chapter | | Page |
|---|---|---|
| 143 | Honoring Father and Mother | 1 |
| 144 | Honor Due the Teacher, Scholar, Aged and Priest | 4 |
| 145 | Laws Concerning Marriage | 6 |
| 146 | The Fast of the Bridegroom and Bride | 9 |
| 147 | The Nuptial Ceremony | 10 |
| 148 | The Privacy Following the Nuptial Ceremony | 11 |
| 149 | Grace at Weddings and Entertaining the Groom and the Bride | 11 |
| 150 | Laws of Chastity | 13 |
| 151 | The Sin of Discharging Semen in Vain | 17 |
| 152 | Prohibition Against Being Alone With Women | 19 |
| 153 | A Woman who is Menstrually Unclean | 21 |
| 154 | Regulations Concerning the Menses | 24 |
| 155 | Separation Before Menstrual Term | 26 |
| 156 | Perception of Blood as the Result of Cohabitation | 30 |
| 157 | Prenuptial Laws | 31 |
| 158 | Childbirth and Miscarriage | 32 |
| 159 | Putting On White Linen and Counting the Clean Days | 33 |
| 160 | How to Shampoo the Hair | 35 |
| 161 | What Constitutes Interposition | 36 |
| 162 | Immersion | 40 |
| 163 | The Law of Circumcision | 43 |
| 164 | The Redemption of the Firstborn | 45 |
| 165 | The Training of Children | 47 |
| 166 | Enchantment and Superstition | 49 |
| 167 | Laws Concerning Idolatry | 51 |

commanded us concerning the immersion of *a vessel*," (or "vessels" if more than one are immersed).

2. Since the vessels must be immersed in a stream valid for the ritual immersion of women, therefore, care should be taken not to immerse in streams at the time they are swelled by excessive rain or by the thaw. It occurs very frequently that people do immerse vessels in streams before the Passover when the rivers swell up; this is an improper practice. (See chapter 162:12-13.)

3. Wooden vessels need not be immersed, but if they have metal hoops, they are to be immersed without pronouncing the benediction. Clay vessels need not be immersed, but if they are glazed on the inside, they are to be immersed without pronouncing the benediction; the same law applies to porcelain vessels.

4. An old vessel which has been used by a non-Jew and it is necessary to put it in boiling water or made red hot, must be done before it is immersed.

5. Vessels hired or borrowed from a non-Jew need not be immersed; but vessels hired or borrowed from Jewish dealers should be immersed without pronouncing the benediction. The dealer must make the fact of the immersion known to the one who subsequently buys the vessels, so that the latter might not immerse them again and pronounce the benediction in vain.

6. Glassware manufactured by an Israelite who employs non-Jewish workmen, should be immersed without pronouncing the benediction.

7. If an Israelite has given silver or any other kind of metal to a non-Jewish artisan to make a vessel out of it, or he has given to repair a leaky vessel not large enough to hold a fourth of a *lug* (a quantity equal to the capacity of one and one-half egg shells), such vessels should be immersed without the benediction.

8. Only vessels used to hold food ready to be eaten without any further preparation need be immersed. The iron tools with which the *matzot* are prepared, and with which the dough is cut, and the needle with which stuffed birds or parts of animals are sewn, need not be immersed. A slaughtering knife, or a knife with which animals are skinned, since it may be used to cut with it food fit to eat without any further preparation, also trays upon which *matzot* are placed, should be immersed but without pronouncing the benediction. A tripod upon which cooking utensils are placed, because it

is not touched by the food, need not be immersed. A metal spit used for roasting meat, must be immersed and the benediction pronounced. Some authorities hold that large glass bottles in which liquids are kept to be poured out into drinking glasses, are not classed as table utensils, and need not be immersed; while other authorities hold that they should be immersed; they should, therefore, be immersed without the benediction.

9. Pepper grinders should be immersed, because they have some metal parts, but their lower parts which receive the ground pepper need not be immersed since they are made of wood. Coffee grinders should be immersed without the benediction.

10. Before immersing the vessel, it must be thoroughly cleansed, so that neither rust nor dirt be found on it. (A small particle of rust or a black spot, usually found on such vessels, and regarding which people are not fastidious, may be disregarded). The whole vessel must be submerged at one time, so that the whole of it should be in the water. A vessel with a handle, must be submerged with the handle and all at one time. If the vessel is held in the hand during the immersion, the hand should first be dipped into the water; and the vessel be held not tightly, but with an ordinary grip. If the vessel is immersed by means of a cord, as when it is immersed in a well, the cord should be knotted loosely, so that the water may reach every part of the vessel.

11. If we immerse vessels with narrow openings, we must keep them in the water until the water fills them entirely.

12. A minor, whether male or female, may not be entrusted with the ritual of immersing vessels.

13. It is forbidden to immerse vessels either on the Sabbath or on a festival. If we neglect to immerse a vessel before those days, we should give it as a gift to a non-Jew, and then borrow it from him. If it is a vessel fit to carry water in it, and we live in a community where it is permissible to carry things on the Sabbath, we should draw water with it and bring the water into the house, so that it may not appear as if we have immersed it, but we should not say the benediction.

## CHAPTER 38

### Laws Concerning Bread, Cooked Food, and Milk of a Non-Jew

1. The sages have forbidden us to eat the bread of a non-Jew. In some localities, they do buy bread of a non-Jewish baker, either when there is no Jewish baker in that locality, or when there is one, but his bread is inferior to

that of the non-Jewish baker. However, they are more strict regarding the bread of a non-Jewish private person, and they permit the use of such bread only in cases of emergency. When we are on the road, we should wait for *kosher* bread, if it can be obtained within the distance of a mile. Only bread baked especially for the family, is called *private bread*, but if it is made for the purpose of being sold, it is called a *baker's bread*, even though ordinarily he does not bake for the trade; if a baker bakes bread for his own family, it is called *private bread*. One authority holds that in a locality where no baker can be found, it is even permissible to partake of the bread of a non-Jewish private person, and one need not wait for *kosher* bread; and this opinion is generally followed.

2. If a Jew has thrown even one piece of wood into a non-Jewish oven at the time it was heated, the bread baked in that oven is no longer considered as the bread of a non-Jew.

3. The bread of a non-Jew is forbidden only when it is made of one of the five species of grain: wheat, barley, spelt, rye and oats, but bread made of pulse, like beans, peas, etc., is not considered bread; neither can it be forbidden as food cooked by a non-Jew, since such food is not fit to be served on "the table of a king."

4. Non-Jewish bread smeared over with eggs is forbidden on account of the eggs, for it is then considered as the cooking of a non-Jew. Those cakes which are baked on iron pans are forbidden in any event, because there is a possibility that the iron has been smeared with some kind of forbidden fat, and that the pan has absorbed some of the fat.

5. Jewish bread baked by a non-Jew is much worse than the bread of a non-Jew, and it is forbidden as food cooked by a non-Jew, unless the owner of the bread has prepared the oven by throwing a piece of wood in it. When we send something to be baked or roasted in an oven of a non-Jewish baker, we must be careful to have a Jew throw a piece of wood into the oven, or that a Jew put the bread or the pan into the oven.

6. An article of food that is not eaten raw and is also fit to be served at the table of a king, either as a relish eaten with bread or as a dessert, if cooked or roasted by a non-Jew, even in the vessels and in the house of a Jew, is forbidden, inasmuch as it was cooked by a non-Jew. However, an article of food that is eaten when raw, or if it is not a delicacy fit to be served at the table of a king, is not forbidden as the cooking of a non-Jew. Nor need any scruples be felt regarding the gentile's vessels, because it is assumed that ordinarily no cooking had been done in them in the past twenty-four hours.

[ 122 ]

7. A Jewish household employing a non-Jewish servant who also does the cooking, the cooking is not forbidden, since it seems unlikely that some member of the household will not rake the fire while the cooking is being done.

8. However, if the servant cooks food for herself only, it is not likely that any member of the Jewish family would rake the fire—and it is possible that even raking the fire would be of no avail; it is worse than when she cooks for a Jew. Therefore, if she cooks food which is subject to the rules of non-Jewish cooking, then not only the food but also the use of the pots is forbidden, and if we happen to use them, we must consult a competent rabbi about it.

9. The food cooked by a non-Jew for a sick person on the Sabbath, may not be eaten at the close of the Sabbath even by the sick person himself, if it is possible to cook other food for him. The vessels, however, may be used after the expiration of twenty-four hours.

10. Although an egg is fit to be swallowed raw, yet if it is cooked by a non-Jew, it becomes forbidden food. This rule of law applies also to anything similar to it.

11. Fruits, not fully ripened and are eaten raw only in cases of emergency, are forbidden as food cooked by a non-Jew, if they are expertly preserved in sugar.

12. It is customary to permit the drinking of beer made either of grain or of honey, even when sold in the house of a non-Jew. This is not subject to the law of non-Jewish cooking, because the grain loses its identity in the water. It is only necessary to investigate whether or not it has been made with wine-yeast. In a locality where Jews trifle with the law and permit the use of non-Jewish wine, a scrupulous person should refrain from the use of beer. A scrupulous Jew should avoid the drinking of coffee (without milk, for with milk it is surely forbidden), chocolate or tea of a non-Jew. Some authorities permit to drink the above only occasionally, but not to make it a regular practice.

13. It is forbidden to use the milk which has been milked by a non-Jew, not under the supervision of a Jew; and it is even forbidden to make cheese from it. It is necessary that a Jew be present when the milking is begun and

[ 123 ]

22. If women eat together with men who are obliged to unite in saying Grace, they must listen to its recital. It is the custom not to include a minor in the quorum for reciting the formal Grace, unless he is thirteen years and one day old, even though it has not been ascertained whether or not he brought forth at least two hairs indicating puberty.

23. A person who does not read the *Shema* morning and evening, or the one who publicly violates the Divine Commands should not be counted in with those who unite in saying Grace. A true proselyte may join others to recite Grace, and he may also recite the verse: "Who has caused our fathers to inherit," for it is written concerning Abraham (Genesis 17:5): "For a father of many nations have I made thee," and this verse is interpreted to mean: In the past he had been the father of Assyria only, but thenceforth the father of all nations.

## CHAPTER 46

### Forbidden Foods

1. The blood found in eggs is forbidden. Occasionally it is forbidden to eat the entire egg on account of blood-spots. Therefore, the egg should be examined before using it in the preparation of food.

2. The use of the blood of fish is permitted, but if it is collected into a vessel, its use is forbidden for the sake of appearance, because people might think that it is forbidden blood. If, however, it is evident that it is the blood of a fish, as when it contains scales, then its use is permissible.

3. If we bite off a piece of bread or any other food, and blood from our gums is upon it, we must cut off the tinted part and throw it away. The blood from the gums may be soaked up on a weekday, since it has not discharged itself, but not on a Sabbath. (See chapter 80, section 54, below.)

4. Blood is sometimes found in milk, which comes out of the cow's udder together with the milk; when that occurs, a rabbi should be consulted.

5. Meat and dairy products may not be eaten or cooked together, nor is it permissible to derive any benefit from such mixed foods. If, therefore, meat and dairy products happen to become mixed together, a rabbi should be consulted, as in certain instances a benefit may be derived from it, while in others it may not.

6. Two Jewish acquaintances may not eat at one table, if one eats meat and the other dairy products, even though they are at odds, unless they make a noticeable mark between them, for instance, by having a separate cover laid for each, or by placing upon the table a certain article that generally does not belong there, between their respective food. They must be careful not to drink any liquid out of the same vessel, as the food clings to it.

7. We must not eat of the same loaf of bread with both meat and dairy products. It is customary to have two salt-cellars, one for meat and another for dairy products, because at times the food is dipped into the salt, and part of the food may have remained in it.

8. It is customary to mark all utensils used for dairy foods, so that they might not be interchanged with those used for meat.

9. After eating meat or a dish prepared with meat, we should wait six hours before eating dairy food, and the one who masticates food for an infant is also obliged to wait that length of time. If after waiting six hours, we find particles of meat between our teeth, we must remove it, but we need not wait thereafter. We should cleanse our mouth and rinse it, that is, we should eat a little bread to cleanse our mouth with it, and then rinse our mouth with water or any other liquid.

10. If one has eaten food which contained neither meat nor animal fat, but was cooked in a pot used for boiling meat, even if that pot has not been cleansed beforehand, it is permissible to eat dairy food immediately thereafter.

11. After eating cheese, we may eat meat immediately thereafter at another meal, but we must carefully examine our hands to make sure that no particles of cheese cling to them; we must also cleanse the teeth and rinse the mouth. If the cheese was hard, that is to say, it was curdled by rennet and was six months old, or if it had worms, we must wait six hours before eating meat.

12. If we desire to eat meat after eating cheese, we must remove from the table the rest of the bread of which we ate with the cheese. Cheese should not be eaten upon the tablecloth on which we have eaten meat, and conversely, no meat should be eaten upon the tablecloth upon which we have eaten cheese; nor should we cut bread to eat with cheese, with a knife used for cutting meat, or vice versa, even if the knife is clean. However, in an emergency, as when we are on a journey, we are allowed to cut the bread to eat with cheese with a knife that has been used for cutting meat, or vice versa, if the knife is thoroughly clean.

13. If we cut onions or some other pungent things with a knife used for cutting meat, and put it in food made of milk, or vice versa, a rabbi should be consulted as to the fitness of the food.

14. If we prepare a dish of meat with the extract of almonds, we must put whole almonds in it on account of its deceptive appearance (because it looks like milk, thus averting the suspicion of having transgressed the law, by having boiled meat and milk together).

15. It is not customary ritually to purify utensils used for dairy food, to make them fit for use of meat, or vice versa.

16. If we give wine, meat or a piece of fish into the care of a non-Jew, without making any special mark (by which it may be recognized, and especially so when given to an Israelite who is suspected of tampering with it,) either to store it or to forward it, we must put a double seal on it. But one seal suffices for boiled wine, wine-vinegar, bread or cheese.

17. If we give something in a sack to a non-Jew, either to be forwarded or to be stored, it is necessary that the stitches of the sack be on the inside and it must be tied and sealed.

18. If we happen to forward, through a non-Jew, a slaughtered beast or fowl or anything else without a seal, then we must consult a rabbi about it.

19. Cheese or other articles of food which are in the hands of a non-Jew, although they are sealed or stamped, stating that they are ritually fit for food, are, neverthelesss, unfit for use as long as we do not know who has sealed them.

20. Care should be taken that a Jew and a non-Jew should not cook or fry, together in uncovered pots or frying pans, one pot containing food which is ritually fit, and the other containing ritually unfit food. Care should also be taken not to leave any pots in the care of non-Jewish servants, when there is no Jew in the house, or when there is no Jew going in and out.

21. It is forbidden to purchase wine or any food, the ritual fitness of which may be doubtful, from one who does not have a reputation for complying with the dietary laws. However, if we become such a person's guest, we may eat with him as long as we are not certain that there is ground for suspicion.

22. Care must be taken not to leave culinary utensils in the house of a non-Jew, lest he make use of them. Even when we give such utensils to a non-Jew to be repaired, we must consult a rabbi, if there is a possibility that he has made use of them.

23. Occasionally people buy a live fowl with its legs trussed, they throw it to the ground, and subsequently have it ritually killed. It is strictly forbidden to eat of such fowl; because when a beast or a fowl has fallen, its meat is unfit for use unless we see it walk thereafter at least four cubits (six feet). It is well to be extremely careful in regard to this matter with lambs and calves as well.

24. During the summer, slight swellings like warts are at times found upon the intestines of ducks and many of them become ritually unfit for food because of that. It is, therefore, advisable to examine the intestines, and if such swellings are found, a rabbi should be consulted.

25. We must not knead dough with milk, lest it be eaten with meat, and for this reason it is even forbidden to eat the bread itself, if it has been entirely prepared in that manner. If, however, it was only in a small quantity, sufficient only for one meal, or if the bread has been shaped in such a manner that it can be easily discerned that it is not to be eaten with meat, it is permissible to prepare it with milk. The same law applies to the use of animal fat in the kneading of dough. We must not bake bread with pancakes or pies in one oven, as the butter or the fat may flow under the bread; and if it is so baked, it may not be used even by itself, as though it were kneaded with it.

26. If bread has been baked and meat has been roasted in the same oven and the oven was closed while the meat was uncovered, it is forbidden to eat that bread with dairy foods. It is permitted, however, to eat the bread with milk if the roasted meat was covered, or if the oven is as large as our modern ovens and has been open. Care should, however, be taken not to roast meat in an oven in which bread is being baked, as the grease may flow under the bread, and this may happen even if the roast is in a frying pan.

27. If milk or grease overflows on the bottom of an oven, the oven must be cleansed by means of glowing heat in accordance with the law, that is to say, glowing coal should be spread upon the entire surface so that it is heated white.

28. Castrated cocks may be eaten, because we rely on the presumption that the non-Jewish castrator is an expert, and would not cause any defect in the entrails of the cock by sewing it up. But if any defect is found, be it only a dislocation of the entrails, thay may not be eaten.

29. In some communities, non-Jews raise geese for the purpose of selling them to Jews, and they generally stab them with a needle or the like under their wings, so that the flesh becomes swollen and the geese may look fat. A rabbi should be consulted as to whether or not such geese are fit to eat. It happens also that when the life of an animal is endangered by being overfed, it is stuck with an awl beneath its belly as a cure, and a rabbi should be consulted whether or not such an animal is fit for use.

30. In preserving fruit, it is customary to place them in a jar which is covered and tied with a bladder skin over the opening, and it is thus placed into a hot oven so that the fruit may be preserved. The bladder skin must be from an animal that is ritually fit for food, and it must also be salted and properly rinsed to make it fit for use.

with very small insects, round as a lentil which are upon their bodies, by and upon their fins, in their mouths, and behind their ears; they should be examined in such places and well scraped off.

44. The worms found in cheese, may be eaten with the cheese if they are not loathsome to him, as long as they are not separated from it.

45. Many Divine Commands are contained in the Torah, forbidding the eating of creeping things. Many Divine Commands are violated upon eating them and they also defile the body, as it is written (Leviticus 11:43): "That ye should be defiled thereby." Therefore, one must be very careful not to become a victim of that sin.

46. If we have consulted a rabbi and he has forbidden the use of a subject in question, we must not consult another rabbi about the same matter, unless we notify him of the decision of the first rabbi.

## CHAPTER 47

### Non-Jewish Wine and Making the Vessels Fit for Use

1. Nowadays the ordinary wine of a non-Jew, or Jewish wine that has been touched by a non-Jew, is, according to the opinion of some authorities, forbidden only for drinking purposes, but not forbidden to derive any benefit from it. Therefore, we are permitted to take non-Jewish wine in payment of a debt due us, for it is equivalent to saving it from a loss. The same law applies to a case, when we have violated the law and have purchased wine from them. But it is forbidden in the first instance to buy wine from them in order to make a profit by it. Other authorities are lenient even as regards the latter case, but it is best to follow the stricter opinion.

2. It is permissible to make a bath out of non-Jewish wine for a sick person although he is not critically ill.

3. If kosher wine that has been boiled until its quantity was reduced by evaporation, is touched by a non-Jew, it may be used even for the purpose of drinking it. Wine, into which spices have been put, as long as it still retains the name wine and has not been boiled, becomes forbidden when touched by a non-Jew.

4. Victuals mixed with wine, the presence of which is not discernable, even if the victuals have not yet been brought to a boiling point, do not become unfit for use if they have been touched by a non-Jew.

5. If wine is adulterated with six parts of water, the wine becomes nullified and does not become forbidden by the touch of a non-Jew. However, raisin wine, that is, when water is poured upon the raisins, is considered as true wine.

6. If water is poured upon the kernels of pressed grapes, or upon the lees of wine, as long as it is improved for the purpose of drinking by doing so, it becomes forbidden when touched by a non-Jew.

[152]

7. If some wine has been extracted from the grapes pressed in a tank, be it even only a small quantity, or if some wine has been taken out of it into a vessel, the entire contents of the tank is legally called wine, and it becomes forbidden by the touch of a non-Jew even if only the kernels or the husks have been touched. It is, therefore, forbidden to make use of the tanks of grapes found in the house of a non-Jew, for it is likely that the non-Jew has already extracted some wine from it. It is forbidden to let a non-Jew press grapes in a tank, even if such a tank is provided with a stopper.

8. We must also be careful not to let a non-Jew remove the kernels and the husks from the wine-press, even after we have already extracted the first and second wine from it, as they might still be moist with wine.

9. If a non-Jew has poured water into wine with the intention of diluting it, we are not allowed to drink from it. But if he had not intended to dilute it, or even if it is only doubtful whether he has intended to do so, its use is permissible.

10. If vinegar is made out of kosher wine, and it is so strong that it seethes when poured upon the ground, it no longer becomes forbidden by the touch of a non-Jew. But if vinegar is made out of non-Jewish wine, it always remains forbidden.

11. Brandy that is made out of non-Jewish wine, or of kernels and husks or of lees, is considered like the wine itself. But brandy made out of kosher wine, is no longer rendered unfit for use by the touch of a non-Jew.

12. It has become a prevailing custom to permit the use of Tartaric acid, since it is not tasteful.

13. If a non-Jew touches wine by means of something else (not a part of his body), or if it is touched through his power, a rabbi should be consulted as to the fitness of the wine.

14. When we send wine through a non-Jew, we must take the precaution of doubly sealing the mouth or the faucet of the vessel.

15. There are many diverse laws regarding the wine that a Jew makes for a non-Jew, for the purpose of selling it to Jewish consumers. In certain instances, even double seals and a lock are of no avail. It is necessary to consult an ordained rabbi as to what procedure to follow in such a case. The scrupulous should avoid the use of such wine.

[153]

prayers, provided we do not lose thereby the opportunity of joining in public prayer with the congregation. It is preferrable to make the purchases for the Sabbath on Friday rather than on Thursday. However, articles of food requiring preparation, should be procured on Thursday. While making the purchases, we should say: "It is in honor of the Sabbath." In accordance with the ordinances of Ezra, the clothes for the Sabbath should be washed on Thursday, not on Friday, as on that day all attention is needed for the preparation of the Sabbath needs.

5. Every man, even one who has many servants, must do something himself in honor of the Sabbath, thereby doing homage unto it, as it was the habit of the *Amoraim* (authors of the Talmud, or the Gemara). Rab Ḥisda, for instance, used to cut the vegetables very thin. Rabbah and Rab Joseph used to chop wood for cooking. Rab Zera was in the habit of lighting the fire over which the Sabbath food was cooked. Rab Naḥman put the house in order, bringing in all the utensils needed for the Sabbath and putting away the things used during the weekdays. We should emulate their example and not regard it as undignified, for by honoring the Sabbath, we honor ourselves.

6. It is a prevailing custom among all Jews to bake some loaves of bread in their homes in honor of the Sabbath. If a person eats non-Jewish bread on weekdays, he shall make it a point to eat Jewish bread on the holy Sabbath. Even if he eats Jewish bread during the week, he should have bread baked in the house for the Sabbath, so that the mistress of the house be given the opportunity to perform the precept requiring her to separate the *Ḥallah* (the first of the dough). For Adam was created on Friday, and he was destined to be the *Ḥallah*, the choice of the world, but this excellence was lost by the woman's sin, therefore, she has to make amends (by separating the first of the dough). Three loaves should be baked, a large one, a medium one, and a small one; the medium one for the Friday evening meal, the large one for the daytime meal, to indicate that the day is of greater importance, and the small loaf for the third meal.

7. We should procure meat, fish, dainties, and good wine for the Sabbath, in accordance with our means. It is proper to eat fish at every Sabbath meal. But if it does not agree with us, we should not eat it, because the Sabbath is given us for pleasure and not for suffering. The cutlery should be sharpened and polished, and fresh coverings should be put on the beds. We should also have the household furniture nicely arranged, and the table covered with a fresh cloth, which is to remain on the table the entire Sabbath day. Some people place two cloths on the table. We should rejoice with the coming of the Sabbath. The expectation of a dear and distinguished guest would cause us to hustle and bustle. How much more so should we act when the guest is Queen Sabbath! There is a custom in some places to make pies for the Friday evening meal, in commemoration of the manna, which lay as

[64]

if in a box, with dew on the top and dew at the bottom. It is well to taste the Sabbath food on Friday.

8. Even the poorest man in Israel should endeavor with all his might to luxuriate in the Sabbath. He should economize the whole week to save enough money for the Sabbath meals. If necessary, one should even borrow money on a pledge in order to provide for the Sabbath. Of such a person, our Rabbis, of blessed memory, say (Betzah 15a): "Said the Holy One, blessed be He, to His people Israel: 'My children, borrow for My sake and I will repay you.'" A man's needs for the year are apportioned on *Rosh Hashanah*, with the exception of his expenses for Sabbath and festivals, for which—if he spends more he is given more. If, however, one is in dire straits, one should be guided by the maxim of the Sages (Shabbot 118a): "Make thy Sabbath as a weekday, rather than depend on men." Nevertheless, if at all possible, one should do at least some minor thing in honor of the Sabbath, like procuring small fishes, or something similar. If something edible is sent to someone for the Sabbath, he should eat it on the Sabbath and not leave it for a weekday.

9. No regular work should be done on Friday from the *Minḥah ketannah* (small *minḥah*; 3:30 p.m.) on. But casual work is permissible. It is forbidden to make clothes for someone else. But when a person is poor and he desires to earn enough for the Sabbath meals, he may work all day Friday, just the same as on *Ḥol Ḥammoed* (Intermediate Days of the festivals). Giving a haircut to a Jew is permissible all day on Friday, even if one is a professional barber and he does it for pay, inasmuch as it is obvious that the hair cutting is for the sake of the Sabbath. It is customary to close shops an hour before the Sabbath sets in.

10. From the ninth hour (3:30 p.m.) on, we should abstain from having a regular meal, even the kind we are accustomed to have on weekdays. A feast, which we do not generally have on weekdays, even if it is on the occasion of performing a religious act, is forbidden even on Friday morning, if it can be postponed for another day. However, if it must be given on that day, like one on the occasion of a circumcision, or the redemption of a first-born, may be held. Nevertheless, it is proper to have it in the morning and not eat too much, certainly not to eat to excess, so that we may eat the Sabbath meal with relish.

11. A Jew must read every week the entire weekly portion of the Torah; that is, he must read the Scriptural text twice, and the *Targum* once. The reading may begin on Sunday. However, it is best to do so Friday afternoon. One should read twice each *Parshah* (subdivision), whether it ends a chapter or not, or even when it ends in the middle of a verse, and then read the *Targum* once. After finishing the *Targum*, one must read one verse of the

[65]

tain whether a needle is stuck in them, or if there is anything in the pockets. This must be done even in places where there is an *eruv* (see chapter 94, below), because the pockets might contain something *muktzeh* (an article untouchable on the Sabbath).

## CHAPTER 73

### Work Done by a Non-Jew on the Sabbath

1. A Jew is forbidden to allow a non-Jew to do work for him on the Sabbath. This law is based upon the Biblical verse (Exodus 12:16): "No manner of work shall be done," which implies even by a non-Jew. However, if the work is delivered to the non-Jew on Friday, it is permissible even if he does it on the Sabbath, but only on the following conditions: (a) The non-Jew should take the work before the Sabbath, but not on the Sabbath day.

2. (b) The amount of compensation should be stipulated in advance, then the non-Jew does the work for his own sake, in order to get paid. Therefore, one who employs a non-Jewish servant, is forbidden to allow the latter to do any work on the Sabbath, as the work is done solely for the benefit of the Jew. If a non-Jew travels to a certain place (before the Sabbath), and a Jew asks him to deliver a letter, which will have to be carried on the Sabbath, he should be given some reward. Then he does it for compensation and not gratis.

3. (c) The non-Jew should be paid a stipulated amount for the entire work and not hired by the day.

4. (d) A Jew is forbidden to engage a non-Jew to complete some work before a certain time if it is clear that the non-Jew cannot complete it unless he worked on the Sabbath. If a Jew sends a written message through a non-Jew and tells him: "See to it that you deliver it on such and such a day," and it is obvious that he cannot reach there on that day unless he travels on the Sabbath, this is likewise forbidden. If a fair is to be held on the Sabbath, a Jew is not allowed to give money to a non-Jew on Friday to buy things for him, if he knows that the non-Jew cannot obtain it on any other day except on the Sabbath. Likewise, he is forbidden to give him anything to sell. However, if he does not explicitly tell the non-Jew to do the work on the Sabbath, it is forbidden only when he delivers the work to him on Friday, but before that day he is permitted to give him some work, or some money to make a pur-

[ 68 ]

chase. It is best not to live in a community where the fair takes place on a Sabbath, for it is impossible to avoid violations. But if it is held in a non-Jewish quarter, it does not matter.

5. (e) The work should not be connected with the soil, such as building, or farm work. We are not allowed to have a non-Jew work on a building on the Sabbath, even if we have agreed to pay him a certain amount for the entire work. In case of urgent necessity, we should consult a rabbi. On the Sabbath, it is forbidden even to let a non-Jew quarry stones or prepare lumber for building purposes, if it is known that they belong to a Jew, and if the non-Jew works on it publicly in the street. This rule applies also to farming, such as ploughing or reaping, even if the non-Jew is hired at a stipulated price for the whole task. If, however, the non-Jew has a share in the crops, and it is customary in that region for a farm worker to receive a share in the crops, it is permissible. If the farm is far away, where there is no Jew in the vicinity within two thousand cubits (three thousand feet), it is permissible, if the non-Jew performs the work at a stipulated sum, so long as he is not hired by the day.

6. If a non-Jew has illegally built a house for a Jew on the Sabbath, it is well to be scrupulous and not move into it. (There are many divergent opinions about this).

7. The owner of a farm or a mill may rent it to a non-Jew, although he will work there on the Sabbath. But it is forbidden to rent a bathing establishment to a non-Jew. If the Jew does not own the bathing establishment, but only rented it from a non-Jew, he should consult a rabbi on how to act. The owner of a hotel, a glass factory, a brick factory, and the like, should also consult a rabbi how to act.

8. A Jew is forbidden, under any circumstances, to allow a non-Jew to do work at his house on the Sabbath. Even if a non-Jewish servant desires to do some work for himself on the Sabbath, he should be forbidden by the Jewish employer.

9. If a non-Jewish tailor made a garment for a Jew and brought it to him on the Sabbath, he is permitted to put it on. If, however, it is known that the tailor has completed it on the Sabbath, it should not be worn, unless in a case of extreme necessity. It is forbidden to take utensils or garments from the house of a artisan, even a Jewish artisan, on a Sabbath or on a festival. From a non-Jew who is not a manufacturer, but owns a shop where

[ 69 ]

has not as yet recited the *kiddush*, should first drink a mouthful from the cup, and then an additional quarter of a *lug*. This may be done also before praying the *Musaph* service, if one's heart is faint.

15. After praying the *Shaharit* (morning) service, a person who feels faint, may partake of some food before praying the *Musaph*, that is, he may eat bread no more than the size of an egg, but he may eat plenty of fruit to refresh himself. He must, however, first recite the *kiddush*, and drink a mouthful of wine, and then an additional quarter of a *lug*—for in an emergency, the drinking of that much wine may be considered as having a meal—or he may drink that quantity of wine, and then eat the size of an olive of food made of one of the five species of grain.

16. Every Jew, man or woman, is duty bound to eat three meals on the Sabbath, one on Sabbath-eve and two during the day. At each of the three meals, one must eat bread (and since the hands are washed and the benediction *Al netilat yadayim* is pronounced, one must eat of the bread no less than the size of an egg.) Therefore, one should not eat to excess at the morning meal. If, however, one finds it impossible to eat bread at the third meal, he should, at least, eat pastry or any food made of one of the five species of grain over which the benediction *Bore mine mezonot* is pronounced. If this, too, is impossible, one should at least eat something that is eaten with bread, such as meat or fish. And if this too is impossible, one should, at any rate, partake of cooked fruit. The time for eating the third meal begins at one and one-half hours past noon.

17. On the Sabbath we must say the benediction *Hamotzi* over two loaves of bread at every meal. While saying the *Hamotzi*, we hold both loaves in our hands, and we cut one of them. Before saying the *Hamotzi*, it is customary to make a mark with the knife upon that part of the loaf we desire to cut, the reason for it being, as stated in chapter 41, paragraph 3, above, that on weekdays we are required to cut a little around the bread before saying the benediction, but on the Sabbath it cannot be done, because the loaves must be whole when the *Hamotzi* is said. Therefore, we should at least mark the place to be cut, in order that we may know the exact spot where it is to be cut and not pause too long before deciding where to cut. We should place the loaves in such a way that the one we desire to cut should be closer to us, so that we would not (by passing one loaf) act as if we are ignoring a potential object of a *mitzvah*. We must have two whole loaves at every meal, even if we eat many meals during the day. In the morning when saying the *kiddush*, and we partake of pastry, we should also have two whole cakes.

[82]

18. If only one of those seated at the table is provided with double loaves, he should say the *Hamotzi* and exempt the others, who need not say the *Hamotzi* themselves. Before reciting the *Hamotzi*, he should say, *Bireshut morai verabbotai* (with the permission of my teachers and masters), and after eating some of the bread, he gives each one a slice.

19. If we have neglected to read the weekly portion of the Pentateuch on Friday, we must read it in the morning before the meal. If we forget to read it before the morning meal, we should read it at least before the *Minhah* service, and post facto it may be read at any time before Tuesday evening.

20. On the Sabbath, it is forbidden to abstain from food, even for a short time for the purpose of fasting. And it is forbidden to abstain from eating until noontime, even if it is not intended as a fast.

21. It is forbidden to grieve over any distress, God forbid, but one should pray for mercy to the Master of Mercy.

22. On the Sabbath one should partake generously of fruits and delicacies, and inhale sweet odors, in order to complete the total of one hundred benedictions. Indeed, it is meritorious to partake of everything that provides one with pleasure, as it is written (Isaiah 58:13): "And thou shalt call the Sabbath a delight."

23. If one is accustomed to take a nap after the meal, he shall do so. But one shall not say: "I will sleep so that I may do some work or start on a journey at the conclusion of the Sabbath."

24. After such sleep, a time should be set aside for the study of the Torah. For, relating to the Sabbath, it is written (Exodus 35:1): "And Moses assembled." And our Rabbis, of blessed memory, asked (Tanhuma, Vayakhel): "Why is in this portion written, 'And he assembled,' and not elsewhere in the Torah? God said to Moses: 'Go down, make assemblies on the Sabbath, so that the generations to come will also convoke assemblies for the study of the Torah.'" They further said (Yerushalmi, Shabbat 15:13): "Sabbaths and festivals were given to Israel for the studying of the Torah. For many are too occupied with their daily tasks during the week to study the Torah regularly, but on Sabbaths and festivals, being relieved from their work, they can study the Torah properly." Hence, those who are unable to study the Torah during the week, are especially obliged to study on the holy Sabbath, each man according to his knowledge and ability.

[83]

flour, meat and their concomitants, to the latter as a gift, who acquires possession of these things by lifting them, and then he cooks and bakes for him and it may be done even in the house of the one who had forgotten to make the *Eruv*.

6. Every householder is required to make an *Eruv tavshilin* for himself. Even a woman who has no husband is required to do so, if she knows how to perform it. One must not rely on the *Eruv* made by the leader of the town. If by accident, a person failed to make an *Eruv*, or if he has made one but it was lost, then if there is one in town who makes an *Eruv* for all the town people (that is, he gives them a share in the victuals and in the bread, as is explained in *Shulḥan Aruḥ*), he may rely upon such a *Eruv*. If, however, it was due to negligence, or because he had relied upon the *Eruv* of the leader, it will not avail him, and his case is to be governed by the laws laid down in section 5, above.

7. If a festival occurs on Thursday and Friday, and on Thursday we become aware that we have neglected to make an *Eruv*, we may make it that day, say the prescribed benediction, and thereafter say: "If this day is holy, then I need not make the *Eruv*, and if this day is not holy, then, 'By this eruv,' etc." But this cannot be done on *Rosh Hashanah*.

## CHAPTER 103

### Rejoicing on a Festival

1. It is our duty to honor all the festivals and take delight in them, just as we are to honor and take delight in the Sabbath, as it is written (Isaiah 58:13): "And the holy of the Lord honorable," and concerning all the festivals, it is written: "A holy convocation."

2. What constitutes honor? As our Rabbis, of blessed memory, said: On the day before the festival we must cut our hair, in order not to usher in the festival in an untidy appearance. We should also bathe in warm water, wash the head, and pare the nails on the day before the festival, even as we do on the day before the Sabbath. We should also bake *ḥallot* (white loaves of bread) in our homes in honor of the festival, just as we do on the eve of the Sabbath. On the day before a festival, we are also forbidden to eat after the time set for the *Minḥah* service (3:30 p.m.), just as on the day before the Sabbath, so that we may eat the festival meal with a good appetite. If the day before the festival occurs on the Sabbath, the third meal should be eaten before the small *Minḥah* (see chapter 59:2, above) that is, 3:30 p.m. This law also applies to the first day of a festival, as that is the eve of the second day of the festival.

3. What is meant by delight? As our Rabbis, of blessed memory, said: On each day of a festival, we must have two meals, one at night and one during the day, but no third meal is required. We should also recite the

[16]

*kiddush* over a cup of wine before the meal, and utter the benediction *Hamotzi* over two *ḥallot*, as we do on the Sabbath. We should be as lavish with meat, wine, and dainties as our means permit.

4. On concluding the evening *kiddush* on every festival, we say the benediction *Sheheḥeyanu* (who hath kept us in life), except on the seventh and eighth nights of Passover when this benediction is omitted, because these two days are not a distinct festival in themselves. When lighting the candles, women should not say the benediction *Sheheḥeyanu* on any festival. Some women, however, say *Sheheḥeyanu* on all festivals (except on the seventh and eighth nights of Passover), and they should not be interfered with.

5. Every man is obliged to gladden the hearts of his wife, his children, and all his dependents, in a manner appropriate to each. Thus, we should give nuts and dainties to the little children, apparel and ornaments to the women, and meat and wine to the men. It is the custom to fare more sumptuously on a festival than on the Sabbath, because concerning the festival, the Torah mentions "rejoicing" (Deuteronomy 16:14), but it is not mentioned concerning the Sabbath. The holiday garments should also be costlier than those of the Sabbath.

6. On the second day of Passover, we should add some extra dish to the regular meal, commemorative of the feast of Esther which took place on this day, for it was on this day that Haman was hanged.

7. It is customary to eat dairy food on the first day of *Shavuot*. There are many reasons for that. A hint of this custom is found in the phrase מנחה חדשה לה' בשבועותיכם (Numbers 28:26). The initials of these words spell out מחלב ("of milk"). Also honey should be eaten on this day, because the Torah (given on this day on Sinai) is compared to honey and milk, as it is written (Song 4:11): "Honey and milk are under thy tongue." Now, inasmuch as dairy food is eaten on this holiday, while it is also necessary to partake of meat, the eating of meat being mandatory on every holiday, great care should be taken not to mix the dairy and the meat foods.

8. Although eating and drinking on a festival is a positive precept, we should not spend the entire day indulging in food and drink, because it is written (Deuteronomy 16:8): "A holy assembly to the Lord your God," and it is also written (Numbers 29:35): "A holy assembly it shall be to you." The Rabbis, of blessed memory, explained it thus (Betzah 15b): "We should divide the day into two parts, devoting one-half to the service of God, and the other half to our own pleasures." Therefore, it is our duty to engage also in the study of the Torah.

9. When a man eats and drinks on a festival, it is his duty to take care also of the orphan and the widow, as well as others who are in need. He who locks the doors of his house in order to eat and drink with his wife and children, and gives nothing to the poor and the mournful souls, is not rejoicing in a precept, but merely indulging in gluttony. Concerning such people, it is

[17]

us), because the heavenly judgment is not concluded until Israel concludes the order of prayers below. If the stars have already become visible, we should not say, *Hayyom yifneh* (the day is nearly past), because that would be speaking falsehood. We should say instead: *Hayyom panah, hashemesh ba ufanah* (the day has passed, the sun has set and is gone). But the *hazan* recites *birhat kohanim* (the priestly benediction), and *sim shalom* (bestow peace) even if it is already night.

25. We should abolish the custom to have a non-Jew light candles for the purpose of reciting the liturgic poetry of *Neilah*, but he should distribute the burning candles throughout the synagogue, because this is merely disregarding a Rabbinical enjoinder in a secondary and indirect manner.

26. When the *Neilah* service is concluded, we say *Avinu malkenu* (our Father, our King), even if it is a Sabbath and still day. Then we say once, *Shema yisrael* (hear, O Israel); three times, *Baruh shem kevod malhuto leolam vaed* (blessed be His name whose glorious kingdom is forever and ever) and seven times, *Adonai hu haelohim* (the Lord, He is God). It is to send off the Divine Presence, to the higher spheres of the seventh heaven. The *hazan* then chants the whole *kaddish* in a joyous tone, after which the *shofar* is sounded once, symbolic of the ascension of the Divine Presence, as it was when the Torah was given on Sinai. For when the Divine Presence ascended, it is written (Exodus 19:13): "When the ram's horn soundeth long," etc., and it is also written (Psalms 47:6): "The Lord is gone amidst shouting, the Lord amidst the sound of the horn." It also commemorates the sounding of the *shofar* on the *Yom Kippur* of the Jubilee year. The *shofar* may be sounded even at twilight when the stars are not yet visible, even on the Sabbath, but it should not be sounded in the daytime. After the sounding of the *shofar*, all say three times, *Leshanah habaah birushalayim* (Next year in Jerusalem).

27. After the stars become visible, we pray the *Maariv* service, and it is well to delegate as *hazan* a reputable man. The prayers should be recited slowly and devoutly. Those who pray hurriedly should be rebuked. In the *Shemoneh esreh*, we include, *Attah honantanu* (Thou hast bestowed upon us). If it is Saturday night, we recite *Veyitten leha* (and God give thee), but we omit *Vihi noam* (may the pleasantness), and *Veattah kadosh* (and Thou art holy). After the prayers, the sanctification of the moon is performed, and friendly greetings are exchanged with merriment and joy as on a festival.

28. In the *havdalah* of *Yom Kippur* night, the benediction for light must be said over a candle that had been kindled before *Yom Kippur*, and not over a light that is now produced by means of a match and the like. The most preferable way is to light a candle from the light of another candle that had been lit in the house the day before, and say the benediction over both. If there is no burning candle in the house, one should bring a burning candle from the synagogue, light another candle from this one, and say the benediction over both. In an emergency, we may say the benediction over a candle lit from the candle of a non-Jew, or by a match, and the like. We do not begin the *havdalah* with *Hinneh el yeshuati* (behold the God of my salvation), but we say the benedictions over a goblet of wine, over the light, and *Hammavdil* (who hath made a distinction); no benediction is pronounced over spices. If it is Saturday night, we also say the benediction over spices, and we begin with *Hinneh el yeshuati*, as we do on the conclusion of an ordinary Sabbath.

29. On the conclusion of *Yom Kippur*, we eat and drink and rejoice; for it is stated in the *Midrash Rabbah* (Kohelet 9): "On the conclusion of *Yom Kippur* a heavenly voice goes forth and says: 'Go, eat thy bread with joy, and drink with a merry heart thy wine, for God has already accepted thy deeds favorably.'"

30. The meticulously devout begin the construction of the *Sukkah* immediately after *Yom Kippur*, in the spirit of the verse (Psalms 84:8): "They go from strength to strength."

31. On the day after *Yom Kippur*, it is customary to rise early and go to the synagogue to pray. We do not fast, between *Yom Kippur* and *Sukkot*; even on the occasion of a *Jahrzeit*. We also omit the *Tahanun* (petition for Grace) on these days, because they are days of rejoicing, during which the altar was dedicated in the days of Solomon. In this interval we are to engage in the building of the *sukkah*, preparing the *etrog* (citron) and the other accessory species, in honor of the Lord of Lords, who hath sanctified Israel and the seasons.

## CHAPTER 134

### The Sukkah (Tabernacle)

1. It is a meritorious act to start building the *sukkah* immediately after *Yom Kippur*, even if it is a Friday, because a chance to perform a precept should not be put off. One should choose for it a clean site. Every one should personally build the *sukkah*, even if one is an eminent person. For it is an honor to perform a precept in person. By right, the benediction *Sheheheyanu* (who hat kept us in life) should be said upon erecting the *sukkah*, but the *sheheheyanu* benediction said in the *kiddush* also includes the construction. One should embellish the *sukkah* and adorn it by placing in it fine furniture and beautiful spreads to the full extent of one's means.

2. There are many different opinions regarding the walls of the *sukkah*, in which not everybody is well versed. It is essential, therefore, to make the walls of the *sukkah* compact and strong, so that the wind could not shake them or blow out the candles. If one has not enough material with which to make four walls, one should rather erect three complete walls than four incomplete ones. A person who can afford it, should build a *sukkah* with a roof that can open and close on hinges, so that he can close it in case of rain and reopen it when the rain is over. Thus the covering of the *sukkah* can be kept dry, and the precept properly observed.

3. There are also many different opinions regarding the roofing of the *sukkah*. However, since we generally cover it with the branches of trees, or with reeds, which are detached products of the soil, and not subject to defilement, and are not tied together, there is no cause for scruples.

out further preparations, such as boiled meat, fish, confectionery, fruits, wine, mead, or something similiar.

3. Everybody, even the poorest in Israel who is himself dependent on charity, is to give at least one gift each to two poor persons, for it is written (Esther 9:22): "And gifts to the poor," which means, two gifts to two poor persons. One should not make any inquiries in giving to the poor. Whoever puts out his hand and begs, should be given alms. If one lives in a community where there are no poor people, one must either keep the Purim money until one meets poor persons, or send it to some needy persons that he knows.

4. Women, too, must send gifts to their friends and contribute to charity on this day. Women should send gifts to women, and men to men, but as regards charity to the needy, women may help men, and men may help women. Some women depend on their husbands that they give for them as well; but this is improper; they should be more exacting about it.

5. Purim must be celebrated by eating, drinking, and making merry. Also on the night of the fourteenth of Adar, one must be joyful and eat somewhat more abundantly. If Purim occurs on Saturday night, although one must have a third meal on the Sabbath, one should eat a little less during the day in order to be able to enjoy the Purim repast. Nevertheless, the obligation of feasting on Purim is not fulfilled by the feast that we make at night; the principal Purim feast is to be held in the daytime. For it is written (Esther 9:22): "Days of feasting." It is appropriate to light candles as becomes a festival occasion, even though the meal is had in the daytime. On the night of the fifteenth, there should also be some rejoicing. The giving of charity and the sending of gifts to friends also should be performed during the daytime. And because people are concerned with sending out portions, a part of the repast is had in the night time. The Minḥah prayer is, therefore, said while it is yet broad day, and the feast is held after Minḥah. But at least the greater part of the feast should be had while it is yet day. When Purim occurs on a Friday, the feast is held in the morning, in deference to the Sabbath. It is well to engage in the study of the Torah for a short time before beginning the feast. A support for this view is found in the verse (Esther 8:16): "The Jews had light," and "light" is defined as having reference to the Torah. Some authorities say that it is appropriate to eat some seeds on Purim, to recall the seeds which Daniel and his comrades ate in Babylon, and also to recall the seeds that Esther had eaten. For the Talmud says (Megillah 16b): "The verse (Esther 2:9): 'And he advanced her and the maidens to the best,' means that he permitted her to have seeds for her food."



6. Since the whole miracle of Purim was occasioned through wine: Vashti met her fate at the wine feast and Esther took the crown in her stead; the downfall of Haman was due to wine, therefore, the Sages, of blessed memory, made it obligatory on every one to become drunk, and ordained: "One is obliged to regale himself on Purim, until one is unable to differentiate between 'Cursed be Haman,' and 'Blessed be Mordecai.'" At least to commemorate the great miracle, one should drink more than he is accustomed, until he falls asleep, and while asleep, he will be unable to differentiate between "Cursed be Haman" and "Blessed be Mordecai." However, if one has a delicate constitution, likewise if one knows that drunkenness may cause him, God forbid, to slight some precept, a benediction or a prayer, or that it will lead him, God forbid, to levity, it is best for him not to become intoxicated; for all our deeds must be for the sake of Heaven.

7. A mourner, even during the first seven days of mourning, is obliged to send gifts to the needy and portions to his friends; he should not, however, send them anything that will cause joy. But we do not send anything to a mourner the entire twelve months, even a thing that is not of a joy-provoking nature. If the mourner is a poor man, it is permissible to send him money or any article that is not calculated to cause joy. If only the mourner and one other person dwell in that place, a gift must be sent to him, in order to observe the precept of sending portions. (For the law regarding an onan, see chapter 141:21, above).

8. No labor may be performed on Purim, and whoever performs any labor on that day, will never derive any benefit from it. But it is permissible to have work done for us by a non-Jew. It is also permissible to attend to business, to write even a social letter, to make a note of debts due, and to do anything that does not require much concentration. Especially is it permissible to write something of a religious nature or do some work for the performance of a precept. For the requirements of Purim it is permissible to perform any labor.

9. The fifteenth day of Adar is known as Shushan Purim. On this day we do not say Taḥanun (petition for Grace), nor El ereḥ appayim (O God, Thou art long-suffering), nor Lamenatzeaḥ (To the chief musician). On this day it is also forbidden to deliver funeral orations or to fast. It is customary to make rather festive meals and to be merry on Shushan Purim, but no Al hannissim (We thank Thee for the miracles) is said. Marriages are permitted on this day, but not on the fourteenth of Adar, when the Megillah is read, for it is a joyous event, and we do not join one festive event with another.

10. On the fourteenth and fifteenth days of the first Adar (in a leap-year), neither Taḥanun, nor El ereḥ appayim, nor Lamenatzeaḥ is said, and it is also forbidden to deliver funeral orations or to fast on those days. On the fourteenth, our meals are more or less of a festive nature.