Affidavit of Tyrone Hamilton JGH
Dated 1/4/21

(Exhibit G)

...ty of Butler )
)
of Kansas )

## Affidavit of Truth
### Tyrone Hamilton Jr.

...irone Hamilton Jr. being of lawful...
...d being duly sworn upon oath...
the following facts

...rk as a inmate Aramark from 6|19
...x 3/20

...working as a inmate Aramark
I regularly work the front serving
...indow

...eneral population inmates reached the
line window they state there diet and
I.D. if not regular diets

...would hand the inmate their corresponding
...ay from the warmer directly behind
...line if Renal, CRD, or Gluten free
no seperation of trays.

...the reddish-brown plastic reusable
...ays are used for service of Renal
...free and CRD

Notary Public

NOTARY PUBLIC - State of Kansas
MICHAEL W. ADDINGTON
My Appt Expires 10/23/21

Affidavit of Truth
Delron McCoy. Jr
pertaining to various
religious Precepts from
Jewish code of law
"Shulhan Arukh"

Dated 1/6/22

State of Kansas )

county of Butler ) SS

Affidavit of
Deron McCoy, Jr

I Deron McCoy Jr being of lawful age and being duly sworn upon oath and having being fully known of the facts state the following:

1. The Jewish laws and customs are contained within a text called the "Kitzur Shulhan Arukh" ~~or also~~ "Code of Jewish law".

2. The Shulhan Arukh contains the code of Jewish law for kosher foods, kosher utensils, what foods can be eaten as well as when certain foods are to be eaten. also who can prepare food items and who can not.

3. The Shulhan Arukh is the religious authority and standard for customs and laws for Jewish people.

(1)

7-13

4. Volume I  chapter 37 parh outlines
the Immersion of utensils pot, pans
etc what items can be immersed, how
to immerse such items as well as which
items must have a blessing said over
them.

5. volume I  chapter 38  of the Shulhan
Arukh outlines the laws concerning
bread, cooked food and milk of a Non-Jew

6. Volume I  chapter 38 pgrah 6 states
that a Non-Jew may not cook any
Kosher food item." An article of food
that is not eaten raw and is also fit
to be served at the table of a King,
either as a relish eaten with bread
or as a dessert, if cooked or roasted
by a Non-Jew, even in the vessels
and in the house of a Jew is forbidden

7. Volume I  chapter 46 of the Shulhan Arukh
outlines the forbidden foods.

②

8. Volume 2 chapter 72 paragraph out lines
   the holiness of the sabbath

9. Volume 2 chapter 72 ~~eleventh~~ paragraph 7
   of the shulhan Arukh states "we should
   procure meat, fish, dainties and good wine
   for the sabbath, in accordance with our means.
   It is proper to eat fish at every sabbath

10. Volume 2 chapter 72 paragraph 9. states
    no regular work should be done on friday
    from minah ketannah (7:30 pm) on.

11. Volume 2 Chapter 73 Paragraph 1 states
    A Jew is forbidden to allow a non Jew
    to do work for him on the Sabbath.

2 Volume 2 chapter 77 paragraph 22 states
   on the sabbath one should partake generously
   of fruits and delicacies, and inhale sweet
   orders, in order to complete the total of one
   hundred benedictions. Indeed it is meritorious
   to partake of everything that provides
   one with pleasures, as it is written (
   Isaiah 58:13)" And thou shalt call the sabbath a delight"

③

13. Volume 3 Chapter 103 of the Shulhan
Arukh outline rejoicing on a festival.

14. Volume 3 chapter 103 paragraph 1 states.
It is our duty to honor all the festivals
and take delight in them, just as we
are to honor and take delight in the Sabbath,
as it is written (Isaiah 58:13) "And the holy
of the Lord honorable" and concerning all the
festivals, is is written, "A holy convocation"

15. Volume 3 chapter 103 paragraph 3, states
what is meant by delight? As our Rabbis,
of blessed memory, said, on each day of
a festival, we must have two meals, one
at night and one during the day; but no
third meal is required. we should also
recite the kiddush over a cup of wine
before the meal. and utter the benediction
Hamotzi over two hallot, as we do on
Sabbath. we should be as lavish with
meat, wine, and dainties as our means
permit.

④

16. Volume 3 Chapter 103 paragraph7 States "It is customary to eat dairy food on the First day of Shavuot. Also honey should be eaten on this day.

17. Volume 3 chapter 129 outlines the laws and customs for Rosh Hashanah

18. Volume 3 chapter 129 paragraph 9 states At the evening meal, it is customary to perform symbols as omens for a good year. we dip in honey a portion of the hallah over which we have said the Hamotzi. after this we dip a piece of sweet apple in honey and say benediction. It is also customary to eat the head of some animal. we also eat some vegetables, like carrots. It is also meritorious to procure for this occasion, fish which symbolizes fertility. Also meat and confectioneries should be partaken of.

19. Volume 3 Chapter 133 outlines the laws and customs for 'Yom Kippur'

(5)

20. Volume 3 Chapter 133 paragraph 3 states It Is mandatory to feast Sumptuously on the day before yom kippur and the person who does it for the purpose of fulfilling this precept is credited with having fasted also on that day. It is fitting to eat fish at the first meal.

21. Volume 3 chapter 133 paragraph 2a states on the conclusion of Yom kippur, We eat and drink and rejoice.

22. Volume 3 chapter 134 contains the custom and laws for sukkah.

23. Volume 3 Chapter 142 contains the Customs and laws for purim.

Further Affiant saith Naught.

NOTARY PUBLIC - State of Kansas
JEREMY HOEPNER
My Appt Expires 8/26/25

Notary public

Deron McCoy Jr

Deron McCoy Jr

P.O Box 311

ElDorado iKS 67042

Signed and sworn to me on this 16 day of January 2022

County of Butler )

State of Kansas )

Affidavit of Truth
Tyrone Hamilton Jr.

I Tyrone Hamilton Jr. being of lawful age and being duly sworn upon oath state the following facts.

I work as a inmate Aramark from 6|19 to appcox 3/20

While working as a inmate Aramark worker I regularly work the front serving line window

when General population inmates reached the serving line window they state there diet and show I.D. if not regular diets

I then would hand the inmate their corresponding meal tray from the warmer directly behind serving line if Renal, CCD, or Gluten free there is no seperation of trays.

the same reddish-brown plastic reusable meal trays are used for service of Renal, Gluten-free and CCD

Further Affiant Saith Naught

Date 1-4-21

Notary Public

NOTARY PUBLIC - State of Kansas
MICHAEL W. ADDINGTON
My Appt. Expires 10/23/21