**In the United States District Court
for the District of Kansas**

---

Case No. 21-cv-03269-TC

---

DeRon McCoy, Jr.,

*Plaintiff*

v.

Aramark Correctional Services, et al.,

*Defendants*

---

**ORDER**

Plaintiff DeRon McCoy filed a motion seeking leave to submit a response in opposition to Defendants Zmuda, Berry, and Coats's Motion to Dismiss that, as he notes, exceeds the 15-page limit established in D. Kan. R. 7.1(d)(3). Doc. 84. In particular, McCoy, a prisoner proceeding pro se, filed the 25-page, handwritten brief that he wishes to have considered if he obtains permission. Doc. 85. McCoy avers that he does not have access to a typewriter and must handwrite his pleadings. Doc. 84. While the proposed brief exceeds the number of pages permitted for typewritten briefs, it is legible and "likely required more pages than a typed version of his Response would span." *Gardiner v. McBryde*, No. 15-3151, 2019 WL 3716362, at *1 (D. Kan. Aug. 7, 2019). As a result, McCoy's motion for leave, Doc. 84, is granted, and his response, Doc. 85, will be considered as filed as of June 27, 2023.

It is so ordered.

Date: June 27, 2023         s/ Toby Crouse
                            Toby Crouse
                            United States District Judge

1