### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DERON MCCOY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 5:21-cv-03269-TC-ADM |
| v. | ) |
| | ) |
| ARAMARK CORRECTIONAL | ) |
| SERVICES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT JULIE HAY AND DEFENDANT M. FELLIG'S NOTICE OF JOINDER IN CO-DEFENDANT ARAMARK CORRECTIONAL SERVICES, LLC'S MOTION TO DISMISS

COME NOW, Defendants Julie Hay and M. Fellig ("Defendants Hay and Fellig"), by and through their attorneys, Baker Sterchi Cowden & Rice, LLC, and hereby join in the Motion to Dismiss previously filed with this Court on February 13, 2023, by Co-Defendant Aramark Correctional Services, LLC ("Aramark"), as Doc. #42 and Doc. #43.

Defendants Hay[1] and Fellig state that they are entitled to the entry of an order dismissing Plaintiff's Second Amended Complaint on all of the same grounds and for the same reasons set forth in the referenced Motion to Dismiss (Doc. #42) and Memorandum in Support (Doc. #43) filed by Aramark. In particular, Defendants Hay and Fellig state that Plaintiff's claims should be dismissed against them under the doctrine of collateral estoppel. Additionally, Plaintiff's claims against Defendants Hay and Fellig should be dismissed for failure to state a claim for the same grounds and reasons fully explained in Aramark's Motion to Dismiss and Memorandum in Support, including: Plaintiff's failure to plead or otherwise demonstrate that private Defendants Hay and Fellig acted "under color of law"; Plaintiff's failure to factually allege the individual

---

[1] Ms. Hay has previously been incorrectly referred to in this case as "Judy Hay."

participation of Defendants Hay and Fellig; Plaintiff's failure to plead or otherwise establish that his religious beliefs are sincerely held; and Plaintiff's failure to exhaust administrative remedies. Therefore, Defendants Hay and Fellig hereby adopt the facts, arguments, and relief as set forth in said Motion to Dismiss and Memorandum in Support of Aramark.

WHEREFORE, Defendants Julie Hay and M. Fellig respectfully request this Court dismiss Plaintiff's Second Amended Complaint with prejudice in its entirety and enter an order enjoining Plaintiff from filing this same lawsuit yet again in the future, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Dylan L. Murray
James Scott Kreamer        KS #14374
Dylan L. Murray            KS #25417
BAKER STERCHI COWDEN & RICE, LLC
2400 Pershing Road, Ste. 500
Kansas City, Missouri 64108
Phone: (816) 471-2121
Fax: (816) 472-0288
kreamer@bakersterchi.com
dmurray@bakersterchi.com

**ATTORNEYS FOR DEFENDANTS ARAMARK CORRECTIONAL SERVICES, LLC, JULIE HAY AND M. FELLIG**

**CERTIFICATE OF SERVICE**

    I certify that on this 30th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the same to all counsel of record as indicated below.  A copy will also be sent to the Pro Se Plaintiff via first class mail.

Deron McCoy, Jr. #76894
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas 67042
KDOC_court_file_edcf@ks.gov
**PRO SE PLAINTIFF**

Dennis D. Depew
Matthew Lee Shoger
Office of Kansas Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
dennis.depew@ag.ks.gov
matt.shoger@ag.ks.gov
**ATTORNEYS FOR DEFENDANT**
**JEFF ZMUDA**

Jocilyn Oyler
Natasha M. Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, Kansas 66603
Jocilyn.Oyler1@ks.gov
Natasha.Carter@ks.gov
**ATTORNEYS FOR INTERESTED PARTY**
**KANSAS DEPARTMENT OF CORRECTIONS**

                /s/ Dylan L. Murray