Deron McCoy JR # 76894
P.O. Box 711
Eldorado KS 67042

United States District Court
For the Dist of KS

Deron McCoy JR,
Plaintiff,

vs.

Aramark Correctional Services,
et al defendants,

Case No. 21-CV-3269-TC
ADM

~~States Dist of the District court~~ Plaintiffs motion of clarity

There is a typo. In the response motion that I submitted to defendants represented by the Kansas Attorney General office. That typo ~~KDOC~~ says Aramark instead of KDOC, but it is apparent from the body of the response that it is a response to KDOC motion to dismiss.

Respectfully,
Deron McCoy II

Date, 12-6-23