**In the United States District Court
for the District of Kansas**

───────────

Case No. 21-cv-03269-TC

───────────

DERON MCCOY, JR.,

*Plaintiff*

v.

ARAMARK CORRECTIONAL SERVICES, LLC, ET AL.,

*Defendants*

───────────

**ORDER**

Plaintiff requests a status conference relative to the claims in his lawsuit. Doc. 92. That request is DENIED. A forthcoming order concerning the pending dispositive motions, Doc. 42 and Doc. 79, will likely address many of Plaintiff's concerns. If not, he can seek appropriate relief at that time.

It is so ordered.

Date: December 12, 2023         s/ Toby Crouse
                                Toby Crouse
                                United States District Judge

1