Deron McCoy Jr #70854
P.O Box 311
Ellsworth, KY
67042.

United States District
Court for Dist of Ksgi

Deron McCoy JR
  Plaintiff

V.                                    Case No:
                                      21-3027-TC-ADM

Aramark Correctional services
et al defendants


<u>Plaintiffs Motion to ~~extend~~</u>
<u>of time to file</u>

Comes Now the plaintiff Deron
McCoy JR in a pro se fashion
and request the court grant him
a extension of time to file
In support of said Motion the
Plaintiff states the following:

1) The plaintiff has been seperated
from his legal box and legal
documents etc. Not sure if case No is correct

2) As such he does Not Know the
case No Nor have Neccesary legal
documents.

(1)

3) The plaintiff was sent to segregation which is a move of cell houses temporarily.

4) The plaintiff did submit a response to order show cause to staff in the general population cell house.

5) Plaintiff has been in this situation before and believing that the staff would still e-file his documents without additional prompting did not work out in plaintiffs favor

6) The plaintiff after submitting documents usually has to ask if U.T has received for them to get it out of there pile of papers and then explain to them that theres a filing date(s) so they will promptly e-file it.

7) There was also a time where staff didn't e-file the submitted documents but instead forwarded them to the U.T over the segregation cellhouse the plaintiff

(2)

got moved to which took a additional week.

(4) Wherefore out of a abundance of caution the plaintiff seeks a additional 30 days in which to submit his response and other legal filings in regard to the courts order in this case.

Date 3/31/2024         Respectfully submitted
                        Devon McCoy Jr

## certificate of service

I Devon McCoy Jr hereby certify that on this 31st day of March 2024 I submitted the foregoing motion to staff at C.O.C.F for e-filing the same in the U.S. Dist Court (District of Ks) (other) (Federal court)

                        S/ Devon McCoy Jr

(3)