**In the United States District Court
for the District of Kansas**

―――――――――

Case No. 21-cv-03269-TC-ADM

―――――――――

DeRon McCoy, Jr.,

*Plaintiff*

v.

Aramark Correctional Services, LLC, et al.,

*Defendants*

―――――――――

**ORDER**

    DeRon McCoy filed this action against Aramark Correctional Services, LLC, several of its employees, and multiple Kansas Department of Corrections employees. Doc. 1; Doc. 24. Most of the defendants successfully moved to dismiss McCoy's second amended complaint. Doc. 95. But two defendants—Randy Singletary and "B." Friedman—had not been served. *See generally* Doc. 43; Doc. 80; Doc. 88. So McCoy was ordered to show cause, by March 29, 2024, why the remainder of his case should not be dismissed for failure to prosecute. Doc. 95 at 14–15. He now moves for extension of time to respond to the order to show cause. Doc. 96. Since McCoy adequately explains his delay, his motion is GRANTED.

    IT IS THEREFORE ORDERED THAT McCoy be given until April 23, 2024 to file a response to Doc. 95 at 14–15.

    IT IS SO ORDERED.


Date: April 2, 2024                        s/ Toby Crouse
                                                     Toby Crouse
                                                     United States District Judge

1