Deron McCoy II
P.O. Box 311
El Dorado, KS 67042

United States District Court
For the District of Ks

Deron McCoy II
    Plaintiff

Vs.                                    Case No.
                                       21-3269-TC-ADM

Aramark Correctional Service et al
    Defendants

## Plaintiffs Additional Exhibits in Support

Comes now the plaintiff Deron McCoy II pro se and submits to the court his Exhibit (2)(1) - (2)(5) in support of his §1983 petition. These exhibits include receipts for Kosher meal and meal items bought through the Jewish callout for Residents on Judaic/Jewish ceellout and two letters from Rabbi Shmuel Spritzer with his stance on the Kosher Dietary laws as they apply to prisons.

Date _____

Respectfully Submitted
Deron McCoy II

Certificate of Service

I Delon McCoy Jr hereby certify that on this 11th day of May 2024 I submitted the foregoing and attached Notices and Exhibit to Staff at EDCF for e-filing in the U.S. District Court for the Dist of Kansas 10th circuit

S/ Delon McCoy Jr