DeRon McCoy, Jr #76894
P.O Box 311
Eldorado, Ks 67042

United States District Court
For the District of Kansas

DeRon McCoy, Jr         )
      Plaintiff         )
                        )
                        )
vs.                     )   case # 21-3269-TC-ADM
Aramark Correctional    )
services et al.         )
                        )
      Defendants        )
                        )

<u>Plaintiff's additional exhibits
of Actual Kosher for Passover
Meals served for Passover Year '2024'</u>

Comes Now the Plaintiff DeRon McCoy, Jr pro se a submits to the Court his additional exhibits in support of his petition pursuant to § 1983 U.S.C.. These exhibits highlight and prove the fact that irregardless if a meal item is vegetable, meat or a Parve (neutral)

(1)

or Dairy meal item, that the meal item must NOT be open for cooking or service as is dictated by Jewish code of law (submitted as evidence by the plaintiff) the meals come double sealed and state "Do Not Unwrap, Heat in original packaging serve heated with wrap and seals Unopened" clearly on the label of meals see exhibit K1 - 'K4' Passover 2024 April 22 - April 30th.

Respectfuly Submitted
Devon McCoy Jr

Certificate of Service

I Devon McCoy Jr hereby certify that on this 24th day of April I submitted the foregoing additional exhibits to staff at EDCF for e-filing in the u.s dist court for the district of KS 10th cir

s/ Devon McCoy Jr

(2)