**In the United States District Court
for the District of Kansas**

---

Case No. 21-cv-03269-TC

---

DERON MCCOY, JR.,

*Plaintiff*

v.

ARAMARK CORRECTIONAL SERVICES, LLC, ET AL.,

*Defendants*

---

### **ORDER OF DISMISSAL**

The Court filed a Memorandum and Order (Doc. 95) granting defendant Aramark Correction Services' motion to dismiss, Doc. 42, as well as defendants Berry, Coats and Zmuda's motion to dismiss, Doc. 79. Plaintiff was ordered to show cause why the remainder of his case against defendants Friedman and Singletary should not be dismissed for failure to prosecute. Doc. 95.

He responded to that order, Doc. 99, moved for an issuance of waiver of service upon the remaining Defendants, Doc. 104, and moved for an order requesting to renew his claim against Zmuda, Doc. 102. His motions were denied. Docs. 105 & 107. As a result, all issues in this case have been dismissed.

Pursuant to the Court's Orders filed on February 16, 2024, and August 5, 2024, this case is dismissed in favor of Defendants.

**IT IS SO ORDERED.**

Date: January 17, 2025         s/ Toby Crouse

                               Toby Crouse
                               United States District Judge

1